**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF NEW YORK, STATE OF CONNECTICUT, COMMONWEALTH OF PENNSYLVANIA, STATE OF DELAWARE, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF OKLAHOMA, STATE OF OREGON, STATE OF RHODE ISLAND, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | **CASE NO.: 2:23-cv-01495**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF FTC'S MOTION FOR LEAVE TO TEMPORARILY SEAL PORTIONS OF THE COMPLAINT** |

Plaintiff Federal Trade Commission ("FTC") having filed its Motion for Leave to Temporarily Seal Portions of the Complaint (the "Motion"), and the Court having considered all filings and memoranda of law concerning this matter, the Motion is GRANTED. The Court hereby ORDERS:

1. Plaintiffs' Complaint (Dkt. #3), shall be temporarily sealed.

[PROPOSED] ORDER TO TEMPORARILY SEAL - 1
CASE NO. 2:23-CV-01495

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

2. The FTC shall provide copies by email of this Order to all persons or entities (hereinafter referred to as "producing parties") who provided information or documents designated as confidential to the FTC during its pre-complaint investigation, where such information or documents is disclosed or reflected in the Complaint.

3. Amazon or any other producing party shall file any motion to permanently seal parts of the Complaint within fourteen (14) days of this Order.

4. If no producing party files a motion to permanently seal parts of the Complaint within fourteen (14) days of this Order, the Clerk of the Court shall unseal the Complaint.

5. If producing parties file motions to permanently seal any part of the Complaint within fourteen (14) days of this Order, the FTC may file a public version of the Complaint that redacts only the portions of the Complaint that a producing party has moved to permanently seal.

6. After the Court resolves any outstanding motions filed pursuant to paragraph 3 of this Order, the FTC shall file a public version of the Complaint.

[PROPOSED] ORDER TO
TEMPORARILY SEAL - 2
CASE NO. 2:23-CV-01495

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Susan A. Musser*
SUSAN A. MUSSER (DC Bar # 1531486)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2122
Email: smusser@ftc.gov

*Attorney for Plaintiff*
*Federal Trade Commission*

[PROPOSED] ORDER TO
TEMPORARILY SEAL - 3
CASE NO. 2:23-CV-01495

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222