1

2

3

4

5

6                   **UNITED STATES DISTRICT COURT**
                   **WESTERN DISTRICT OF WASHINGTON**

7

8    FEDERAL TRADE COMMISSION,
     STATE OF NEW YORK, STATE OF
9    CONNECTICUT, COMMONWEALTH OF
     PENNSYLVANIA, STATE OF DELAWARE,
10   STATE OF MAINE, STATE OF MARYLAND,
     COMMONWEALTH OF MASSACHUSETTS,
11   STATE OF MICHIGAN, STATE OF
     MINNESOTA, STATE OF NEVADA, STATE
12   OF NEW HAMPSHIRE, STATE OF NEW               **CASE NO.: 2:23-cv-01495**
     JERSEY, STATE OF NEW MEXICO, STATE
13   OF OKLAHOMA, STATE OF OREGON,                **NOTICE OF RELATED CASES**
     STATE OF RHODE ISLAND, and STATE OF
14   WISCONSIN,

15           Plaintiffs,

16       v.

17   AMAZON.COM, INC., a corporation,

18           Defendant.

19

20       Pursuant to Local Civil Rule 3(g)(1), Plaintiffs Federal Trade Commission ("FTC") and

21   states of New York, Connecticut, Pennsylvania, Delaware, Maine, Maryland, Massachusetts,

22   Michigan, Minnesota, Nevada, New Hampshire, New Jersey, New Mexico, Oklahoma, Oregon,

23   Rhode Island, and Wisconsin submit this notice of the following related cases:  *Frame-Wilson v.*

24   *Amazon.com, Inc.*, No. 2:20-cv-00424 (W.D. Wash.) ("*Frame-Wilson*"); *De Coster v.*

**FEDERAL TRADE COMMISSION**
                                                          600 Pennsylvania Avenue, NW
                                                          Washington, DC 20580
                                                          (202) 326-2222

1   *Amazon.com, Inc.*, No. 2:21-cv-00693 (W.D. Wash.) ("*De Coster*"); and *Hogan v. Amazon.com,*

2   *Inc.*, No. 2:21-cv-00996 (W.D. Wash.) ("*Hogan*") (together, the "Related Cases"). Judge

3   Ricardo S. Martinez currently presides over each of the Related Cases.

4        *Frame-Wilson* is a putative class action brought on behalf of "[a]ll persons who, on or

5   after March 19, 2016, purchased through any other retail e-commerce channel in the United

6   States other than Amazon Marketplace one or more products concurrently offered for sale by

7   Amazon's third-party sellers on Amazon Marketplace." Second Amended Class Action

8   Complaint, *Frame-Wilson v. Amazon.com, Inc.*, No. 2:20-cv-00424 (W.D. Wash. Apr. 11, 2022),

9   Dkt. #55 at 94-95. The *Frame-Wilson* plaintiffs bring antitrust claims for violations of Section 1

10  and Section 2 of the Sherman Act as well as California's Cartwright Act, alleging that Amazon

11  "regularly monitors retail e-commerce prices offered to U.S. customers both by its external

12  competitors and its third-party sellers," *id.* at 66, and "penalize[s] sellers that offer products at a

13  lower price on competing sites" such that "sellers either raise their prices on other websites or

14  lose selling privileges on Amazon Marketplace," *id.* at 11-12. The *Frame-Wilson* plaintiffs

15  allege that Amazon's conduct has the effect of "reducing online competition and increasing

16  online retail prices." *Id.* at 50.

17       *De Coster* is a putative class action brought on behalf of "[a]ll persons who on or after

18  May 26, 2017, purchased one or more goods on Amazon's marketplace." Consolidated

19  Amended Complaint, *De Coster v. Amazon.com, Inc.*, No. 2:21-cv-00693 (W.D. Wash. July 21,

20  2021), Dkt. #20 at 50. The *De Coster* plaintiffs bring antitrust claims for violations of Section 1

21  and Section 2 of the Sherman Act, alleging that Amazon's pricing policies "prohibit third-party

22  merchants from lowering their prices anywhere on the internet" and "neutralize competition by

23  other online retail marketplaces." *Id.* at 12. The parties in *Frame-Wilson* and *De Coster* have

24  "agreed to general cross-use as between *Frame-Wilson* and *De Coster*—discovery served or

NOTICE OF RELATED CASES - 2
CASE NO. 2:23-CV-01495

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1    produced in one case is available for use in the other, with all parties reserving all objections as

2    to admissibility of the discovery material in the litigation."  Stipulated Motion and Order

3    Regarding Discovery, *De Coster v. Amazon.com, Inc.*, No. 2:21-cv-00693 (W.D. Wash. May 18,

4    2023), Dkt. # 90 at 2.

5         Like the *Frame-Wilson* and *De Coster* plaintiffs, Plaintiffs allege that Amazon denies

6    shoppers lower prices both on and off Amazon by punishing sellers who offer lower prices off

7    Amazon.  *See, e.g.*, Compl., Dkt. #1 at 83-87.  However, Plaintiffs here challenge that conduct

8    under Section 5 of the FTC Act, Section 2 of the Sherman Act, and numerous state laws not at

9    issue in *Frame-Wilson* or *De Coster*.  Plaintiffs also challenge Amazon conduct that is not at

10   issue in *Frame-Wilson* or *De Coster*, under both federal and state laws.

11        *Hogan* is a putative class action brought on behalf of "[a]ll persons who, while residing in

12   the United States, purchased an item during the Relevant Period through Amazon's Buy Box,

13   and the order was then shipped (or 'fulfilled') by Amazon."  Second Amended Class Action

14   Complaint, *Hogan v. Amazon.com, Inc.*, No. 2:21-cv-00996 (W.D. Wash. June 21, 2023), Dkt.

15   #44 at 58-59.  The *Hogan* plaintiffs bring antitrust claims for violations of Section 1 and

16   Section 2 of the Sherman Act, alleging that Amazon "conditioned a Seller's access to the Prime

17   Badge—and with it, placement in the Buy Box—on a Seller's using Fulfillment by Amazon,"

18   which results in shoppers "pay[ing] higher prices when shopping on Amazon.com than they

19   would but for Amazon's unlawful conduct."  *Id.* at 12-13.

20        Plaintiffs in this case allege that Amazon coerces sellers into using Amazon's fulfillment

21   service, depriving competitors of scale and constraining rivals' ability to compete on price and

22   product selection.  *See, e.g.*, Compl., Dkt. #1 at 102-117.  However, Plaintiffs here challenge that

23   conduct under Section 5 of the FTC Act, Section 2 of the Sherman Act, and numerous state laws

24

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1  not at issue in *Hogan*.  Plaintiffs also challenge Amazon conduct that is not at issue in *Hogan*,

2  under both federal and state laws.

3       Plaintiffs' case differs from and is broader than the Related Cases.  However, Plaintiffs'

4  case involves certain overlapping factual and legal issues with each of the Related Cases.

5  Plaintiffs' case and the Related Cases address some of the same conduct engaged in by Amazon,

6  and Plaintiffs' case and the Related Cases concern many of the same transactions and events,

7  including purchases made on Amazon's online store and certain of the restrictions Amazon

8  imposes on sellers.  Accordingly, it is "likely that there will be an unduly burdensome

9  duplication of labor and expense or the potential for conflicting results if the cases are conducted

10  before different judges."  Local Rules W.D. Wash. LCR 3(g)(4).

11

12  Dated: September 26, 2023            Respectfully submitted,

13                                       *s/ Susan A. Musser*
                                         SUSAN A. MUSSER (DC Bar # 1531486)
14                                       EDWARD H. TAKASHIMA (DC Bar # 1001641)
                                         DAVID B. SCHWARTZ (NY Reg. # 4947925)
15                                       COLIN M. HERD (NY Reg. # 5665740)
                                         DANIELLE C. QUINN (NY Reg. # 5408943)
16                                       Federal Trade Commission
                                         600 Pennsylvania Avenue, NW
17                                       Washington, DC 20580
                                         Telephone:  (202) 326-2122 (Musser)
18                                                   (202) 326-2464 (Takashima)
                                         Email: smusser@ftc.gov
19                                              etakashima@ftc.gov
                                                dschwartz1@ftc.gov
20                                              cherd@ftc.gov
                                                dquinn@ftc.gov
21
                                         *Attorneys for Plaintiff*
22                                       *Federal Trade Commission*

23                                       I certify that this memorandum contains
                                         833 words, in compliance with the Local Civil
24                                       Rules.

NOTICE OF RELATED CASES - 4                    **FEDERAL TRADE COMMISSION**
CASE NO. 2:23-CV-01495                              600 Pennsylvania Avenue, NW
                                                         Washington, DC 20580
                                                            (202) 326-2222

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## **CERTIFICATE OF SERVICE**

I, Susan A. Musser, certify that on September 26, 2023, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system. Additionally, today I effectuated service of the same by email on Kevin M. Hodges, counsel for the Defendant.  I understand that Defendant's counsel has consented to service in this manner.  A copy of this Motion will also be personally delivered today to Kevin Hodges, counsel for Defendant, at Williams & Connolly LLP, 680 Maine Ave SW, Washington, DC 20024.

*s/ Susan A. Musser*
SUSAN A. MUSSER (DC Bar # 1531486)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone:  (202) 326-2122
Email: smusser@ftc.gov

*Attorney for Plaintiff*
*Federal Trade Commission*

NOTICE OF RELATED CASES - 5
CASE NO. 2:23-CV-01495

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222