THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, | CASE NO. C23-1495-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Honorable John C. Coughenour, United States District Judge, hereby RECUSES himself from further proceedings in this case. The case is to be REASSIGNED in rotation.

DATED this 27th day of September 2023.

Ravi Subramanian
Clerk of Court

s/Samantha Spraker
Deputy Clerk