# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF NEW YORK, STATE OF CONNECTICUT, COMMONWEALTH OF PENNSYLVANIA, STATE OF DELAWARE, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF OKLAHOMA, STATE OF OREGON, STATE OF RHODE ISLAND, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | CASE NO.: 2:23-cv-01495<br><br>NOTICE OF CHANGE OF ADDRESS FOR SENIOR AAG TIMOTHY D. SMITH OREGON DEPARTMENT OF JUSTICE |

Pursuant to Local Civil Rule 10(f), counsel for the State of Oregon, acting by and through its Attorney General, provides notice of change of address. The address, phone number, and fax number for Senior Assistant Attorney General Timothy D. Smith, WSBA # 44583, are as follows:

///

///

///

///

Page 1 -   NOTICE OF CHANGE OF ADDRESS FOR SENIOR AAG TIMOTHY D. SMITH

**DEPARTMENT OF JUSTICE**
100 SW Market Street
Portland, OR 97201
Phone: (503) 934-4400

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone (503) 934-4400
Fax (503) 373-7067

DATED: this 28th day of September 2023.

    Respectfully submitted,

    s/ Timothy D. Smith

    **Timothy D. Smith, WSBA # 44583**
    Senior Assistant Attorney General
    Antitrust and False Claims Unit
    Oregon Department of Justice
    100 SW Market St,
    Portland OR  97201
    503.934.4400 | tim.smith@doj.state.or.us

CERTIFICATE OF SERVICE

I, Timothy D. Smith, certify that on September 28, 2023, I electronically filed the foregoing Notice of Change of Address with the Clerk of the Court using the CM/ECF system. Additionally, today I effectuated service of the same by email on Kevin M. Hodges, counsel for the Defendant. I understand that Defendant's counsel has consented to service in this manner. A copy of this Motion will also be mailed today to Kevin Hodges, counsel for Defendant, at Williams & Connolly LLP, 680 Maine Ave SW, Washington, DC 20024.

DATED: this 28th day of September 2023.

<u>s/ Timothy D. Smith</u>
**Timothy D. Smith, WSBA # 44583**
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St,
Portland OR  97201
971.673.3885 | tim.smith@doj.state.or.us

Page 1 -   CERTIFICATE OF SERVICE