# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

**Federal Trade Commission, et al.**

                **Plaintiff(s)**

Case No.: 2:23-cv-01495-JCC

*vs.*

**Amazon.com, Inc.**

                **Defendant**

## AFFIDAVIT OF SERVICE

I, Adam Golden, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Sealed Envelope with Complaint filed Under Seal in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/28/2023 at 12:48 PM, I served Amazon.com, Inc. c/o Corporation Service Company, Registered Agent with the Summons and Sealed Envelope with Complaint filed Under Seal at 251 Little Falls Drive, Wilmington, Delaware 19808. Service was accepted by a Legal Representative of Corporation Service Company, who received on behalf of the registered agent.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

9-28-23
Executed On



Adam Golden

Client Ref Number: N/A
Job #: 1624215

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Federal Trade Commission, et al., | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:23-cv-01495-JCC |
| Amazon.com, Inc. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amazon.com, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan A. Musser and Edward H. Takashima
Counsel for Federal Trade Commission
600 Pennsylvania Ave. NW, Washington, DC 20580

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/26/2023