THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF NEW YORK, STATE OF CONNECTICUT, COMMONWEALTH OF PENNSYLVANIA, STATE OF DELAWARE, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF OKLAHOMA, STATE OF OREGON, STATE OF RHODE ISLAND, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | Case No. 2:23-cv-01495-JHC<br><br>**NOTICE OF APPEARANCE**<br><br>[*Clerk's Action Required*] |

TO:   THE CLERK OF THE COURT

AND TO:   ALL PARTIES AND COUNSEL OF RECORD

NOTICE OF APPEARANCE - 1
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1  YOU AND EACH OF YOU will please take notice that Patty A. Eakes and Molly A. Terwilliger of Morgan, Lewis & Bockius LLP hereby appear in the above-entitled action as counsel for Defendant Amazon.com, Inc., and request that all further papers and pleadings be served upon the undersigned attorneys at the address below stated.

DATED this 2nd day of October, 2023.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
   Patty A. Eakes, WSBA #18888

By: *s/ Molly A. Terwilliger*
   Molly A. Terwilliger, WSBA #28449

1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email:  patty.eakes@morganlewis.com
       molly.terwilliger@morganlewis.com

*Attorneys for Defendant Amazon.com, Inc.*

NOTICE OF APPEARANCE - 2
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401