THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF NEW YORK, STATE OF CONNECTICUT, COMMONWEALTH OF PENNSYLVANIA, STATE OF DELAWARE, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF OKLAHOMA, STATE OF OREGON, STATE OF RHODE ISLAND, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | Case No. 2:23-cv-01495-JHC<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1(a) and LCR 7.1, defendant Amazon.com, Inc. states that it has no parent company, and no publicly held corporation owns 10% or more of its stock.

//

//

CORPORATE DISCLOSURE STATEMENT - 1
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1    DATED this 2nd day of October, 2023.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
    Patty A. Eakes, WSBA #18888
    Molly A. Terwilliger, WSBA #28449
    1301 Second Avenue, Suite 2800
    Seattle, WA 98101
    Phone: (206) 274-6400
    Email: patty.eakes@morganlewis.com
           molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

    Heidi K. Hubbard (*pro hac vice pending*)
    Kevin M. Hodges (*pro hac vice pending*)
    680 Maine Avenue SW
    Washington, DC 20024
    Phone: (202) 434-5000
    Email: hhubbard@wc.com
           khodges@wc.com

**COVINGTON & BURLING LLP**

    Thomas O. Barnett (*pro hac vice pending*)
    One CityCenter
    850 Tenth Street, NW
    Washington, DC 20001-4956
    Phone: 202 662 5407
    Email: tbarnett@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

CORPORATE DISCLOSURE STATEMENT - 2
(Case No. 2:23-cv-01495-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401