THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | **CASE NO. 2:23-cv-01495-JHC**<br><br>**JOINT MOTION FOR ENTRY OF ORDER RESOLVING PLAINTIFF FTC'S MOTION FOR LEAVE TO TEMPORARILY SEAL THE COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>Friday, October 6, 2023 |

Pursuant to Local Civil Rule 5(g), 15 U.S.C. § 57b-2, and 16 C.F.R. § 4.10(g), Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. ("Amazon") jointly move the Court for an Order resolving the FTC's Motion for Leave to Temporarily Seal the Complaint (the "Original Motion," Dkt. #2). In support of this Joint Motion, the FTC and Amazon state as follows:

1. On September 26, 2023, the FTC filed under seal an unredacted version of the Complaint. Dkt. #3.

2. As stated in the Original Motion, the FTC is not permitted to publicly file information received from Amazon or third parties in response to compulsory process or

JOINT MOTION FOR ENTRY OF ORDER RESOLVING
PLTF FTC'S MOTION FOR LEAVE TO TEMPORARILY
SEAL THE COMPLAINT - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

designated as confidential until the FTC has provided producing parties "an opportunity to seek an appropriate protective or *in camera* order."  16 C.F.R. § 4.10(g).

3. In the sealed, unredacted Complaint, the FTC filed under seal information that Amazon and third parties produced in response to compulsory process or was designated by the producing parties as confidential.  In order to afford producing parties an opportunity to seek a protective order, or permanent sealing order, under 16 C.F.R. § 4.10, the FTC sought leave to temporarily seal the Complaint.  Dkt. #2.

4. The FTC and Amazon agree that there are compelling reasons for the Court to enter the attached Proposed Order, which maintains a temporary seal over the sealed Complaint, while allowing producing parties until October 27, 2023 to file a motion to permanently seal any portion of the sealed Complaint.  In particular, under Local Civil Rule 5(g)(3)(B), such a temporary seal protects "legitimate private or public interests," and no "less restrictive alternative" exists, because the procedure agreed upon by the parties allows for efficient resolution of producing parties' effort to keep materials sealed.  The Court has authority to seal the Complaint in such circumstances.  *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

5. Further, the Proposed Order specifically unseals any portions of the Complaint that a party has not sought to seal on a permanent basis by October 27, 2023.

6. The FTC has consulted with all other Plaintiffs, none of whom object to the procedure that the FTC has proposed.

7. Pursuant to Local Civil Rule 5(g)(3)(A), the undersigned counsel certify that they met and conferred to reach the agreement described in this Joint Motion.  Among other efforts, the following attorneys conferred by videoconference on October 4, 2023:  Edward H.

JOINT MOTION FOR ENTRY OF ORDER RESOLVING
PLTF FTC'S MOTION FOR LEAVE TO TEMPORARILY
SEAL THE COMPLAINT - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1  Takashima, Susan A. Musser, David B. Schwartz, and Danielle C. Quinn for the FTC, and Kevin

2  Hodges and Constance Forkner for Amazon.

3  Dated: October 6, 2023                                    Respectfully submitted,

4                                                            <u>s/ Edward H. Takashima</u>
    SUSAN A. MUSSER (DC Bar # 1531486)
5   EDWARD H. TAKASHIMA (DC Bar # 1001641)
    DAVID B. SCHWARTZ (NY Reg. # 4947925)
6   DANIELLE C. QUINN (NY Reg. # 5408943)
    Z. LILY RUDY (DC Bar # 1023073)
7   Federal Trade Commission
    600 Pennsylvania Avenue, NW
8   Washington, DC 20580
    Telephone:  (202) 326-2122 (Musser)
9                        (202) 326-2464 (Takashima)
    Email: smusser@ftc.gov
10          etakashima@ftc.gov
            dschwartz@ftc.gov
11          dquinn@ftc.gov
            zrudy@ftc.gov
12
    *Attorneys for Plaintiff*
13  *Federal Trade Commission*

14  MORGAN, LEWIS & BOCKIUS LLP
    By: s/ *Patty A. Eakes*
15  Patty A. Eakes. WSBA #18888
    Molly A. Terwilliger, WSBA #28449
16  1301 Second Avenue, Suite 2800
    Seattle, WA 98101
17  Phone: (206) 274-6400
    Email: paaty.eakes@morganlewis.com
18  Molly.terwilliger@morganlewis.com

19  WILLIAMS & CONNOLLY LLP
    Heidi K. Hubbard (admitted *pro hac vice*)
20  Kevin M. Hodges (admitted *prohac vice*)
    680 Maine Avenue, SW
21  Washington, DC 20024
    Phone: (202) 434-5000
22  Email: hhubbard@wc.com
    khodges@wc.com
23
    COVINGTON & BURLING LLP
24  Thomas O. Barnett (admitted *pro hac vice*)

One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

I certify that this memorandum contains 427 words, in compliance with the Local Civil Rules.

JOINT MOTION FOR ENTRY OF ORDER RESOLVING
PLTF FTC'S MOTION FOR LEAVE TO TEMPORARILY
SEAL THE COMPLAINT - 4
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222