THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> [PROPOSED] STIPULATED ORDER TO TEMPORARILY SEAL THE COMPLAINT |

Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. ("Amazon"), having filed their Joint Motion for Entry of Order Resolving Plaintiff FTC's Motion for Leave to Temporarily Seal the Complaint (the "Motion"), and the Court having considered all filings concerning this matter, the Motion is GRANTED.  The Court hereby ORDERS:

1. Plaintiffs' Complaint (Dkt. #3) shall be temporarily sealed.

2. The FTC shall provide copies by email of this Order to all persons or entities (hereinafter referred to as "producing parties") who provided information or documents designated as confidential to the FTC during its pre-complaint investigation, where such information or documents are disclosed or reflected in the Complaint.

[PROPOSED] STIPULATED ORDER
TO TEMPORARILY SEAL THE COMPLAINT - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

3. Amazon or any other producing party shall file any motion to permanently seal parts of the Complaint no later than October 27, 2023.

4. If no producing party files a motion to permanently seal parts of the Complaint by October 27, 2023, the Clerk of the Court shall unseal the Complaint.

5. If producing parties file motions to permanently seal any part of the Complaint by October 27, 2023, the FTC may file a public version of the Complaint that redacts only the portions of the Complaint that a producing party has moved to permanently seal.

6. After the Court resolves any outstanding motions filed pursuant to paragraph 3 of this Order, the FTC shall file a public version of the Complaint consistent with the Court's order resolving such outstanding motions.

7. The FTC's original Motion for Leave to Temporarily Seal Portions of the Complaint (Dkt. #2) is DENIED as moot.

[PROPOSED] STIPULATED ORDER
TO TEMPORARILY SEAL THE COMPLAINT - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2023.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Edward H. Takashima*
EDWARD H. TAKASHIMA (DC Bar # 1001641)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone:  (202) 326-2464
Email: etakashima@ftc.gov

*Attorney for Plaintiff*
*Federal Trade Commission*

[PROPOSED] STIPULATED ORDER
TO TEMPORARILY SEAL THE COMPLAINT - 3
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222