THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | **CASE NO.: 2:23-cv-01495-JHC** <br><br> **NOTICE OF RELATED CASE** |

Pursuant to Local Civil Rule 3(g)(1), Plaintiffs Federal Trade Commission ("FTC") and states of New York, Connecticut, Pennsylvania, Delaware, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New Jersey, New Mexico, Oklahoma, Oregon, Rhode Island, and Wisconsin (collectively, "Plaintiffs") submit this notice of the following related case: *Hopper v. Amazon.com, Inc.*, No. 2:23-cv-01523 (W.D. Wash.) ("*Hopper*"), filed on October 3, 2023. This Court currently presides over *Hopper*.

*Hopper* is a putative class action brought on behalf of "[a]ll individuals or organizations who purchased a product offered for sale by Amazon's third-party sellers on the Amazon Marketplace where the third-party seller offers the product using Amazon's fulfillment services" and "[a]ll individuals or organizations who purchased through any other retail e-commerce channel in the US, other than Amazon Marketplace, a product that was concurrently offered for

NOTICE OF RELATED CASE - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

sale by Amazon's third party sellers on Amazon Marketplace." Complaint, *Hopper v. Amazon.com, Inc.*, No. 2:23-cv-01523 (W.D. Wash. Oct. 3, 2023), Dkt. #1 at 29. The *Hopper* plaintiffs bring antitrust claims for violations of Section 1 and Section 2 of the Sherman Act, the Washington Consumer Protection Act, and California's Cartwright Act.

Like Plaintiffs in this case, the *Hopper* plaintiffs allege that Amazon denies shoppers lower prices both on and off Amazon by punishing sellers who offer lower prices off Amazon. *See, e.g.*, Complaint, *FTC, et al., v. Amazon.com, Inc.*, 2:23-cv-01495-JHC (W.D. Wash. Sept. 26, 2023), Dkt. #1 at 83-87. Plaintiffs and the *Hopper* plaintiffs both also allege that Amazon coerces sellers into using Amazon's fulfillment service. *See, e.g.*, *id.* at 102-04. However, Plaintiffs challenge that conduct under Section 5 of the FTC Act and numerous state laws not at issue in *Hopper*. Plaintiffs also challenge Amazon conduct that is not at issue in *Hopper* under both federal and state laws.

Plaintiffs' case differs from and is broader than *Hopper*. However, Plaintiffs' case involves certain overlapping factual and legal issues with *Hopper*. Plaintiffs' case and *Hopper* address some of the same conduct engaged in by Amazon, and Plaintiffs' case and *Hopper* concern many of the same transactions and events, including purchases made on Amazon's online store and certain of the restrictions Amazon imposes on sellers. Accordingly, it is "likely that there will be an unduly burdensome duplication of labor and expense or the potential for conflicting results if the cases are conducted before different judges." Local Rules W.D. Wash. LCR 3(g)(4).

Dated: October 10, 2023                    Respectfully submitted,

                                           *s/ Edward H. Takashima*
                                           SUSAN A. MUSSER (DC Bar # 1531486)
                                           EDWARD H. TAKASHIMA (DC Bar # 1001641)

DAVID B. SCHWARTZ (NY Reg. # 4947925)
DANIELLE C. QUINN (NY Reg. # 5408943)
JAKE WALTER-WARNER (NY Reg. # 5396668)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone:  (202) 326-2122 (Musser)
                     (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
           etakashima@ftc.gov
           dschwartz1@ftc.gov
           dquinn@ftc.gov
           jwalterwarner@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

NOTICE OF RELATED CASE - 3
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222