# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF NEW YORK, STATE OF CONNECTICUT, COMMONWEALTH OF PENNSYLVANIA, STATE OF DELAWARE, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF RHODE ISLAND, *and* STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | CASE NO. 2:23-cv-01495<br><br>ORDER RE: PLAINTIFF STATES' MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* WITHOUT ASSOCIATION WITH LOCAL COUNSEL WITH AN OFFICE WITHIN THE DISTRICT |

Upon consideration of Plaintiff States' Motion For Leave To Appear *Pro Hac Vice* Without Association With Local Counsel With An Office Within The District, Dkt. # 20, it is hereby ORDERED that the Motion is GRANTED, and it is further ORDERED that attorneys for Plaintiff States are permitted to designate Timothy D. Smith, Senior Assistant Attorney General

ORDER RE: PLAINTIFF STATES' MOTION FOR LEAVE TO APPEAR PRO HAC VICE WITHOUT ASSOCIATION WITH LOCAL COUNSEL WITH AN OFFICE WITHIN THE DISTRICT - 1

at the Oregon Department of Justice and counsel for the Plaintiff State of Oregon, as local counsel.

Dated this 11th day of October, 2023.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE