1

2

3

4

5

6

7

8

HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  FEDERAL TRADE COMMISSION, STATE
   OF NEW YORK, STATE OF

10 CONNECTICUT, COMMONWEALTH OF
   PENNSYLVANIA, STATE OF

11 DELAWARE, STATE OF MAINE, STATE
   OF MARYLAND, COMMONWEALTH OF

12 MASSACHUSETTS, STATE OF
   MICHIGAN, STATE OF MINNESOTA,

13 STATE OF NEVADA, STATE OF NEW
   HAMPSHIRE, STATE OF NEW JERSEY,

14 STATE OF NEW MEXICO, STATE OF
   OKLAHOMA, STATE OF OREGON,

15 STATE OF RHODE ISLAND, and STATE

16 OF WISCONSIN,

17                 Plaintiffs,

18          v.

19 AMAZON.COM, INC., a corporation,

20                 Defendant.

21

NO.  2:23-cv-01495-JHC

NOTICE OF APPEARANCE

**CLERK'S ACTION REQUIRED**

22  TO:        THE CLERK OF THE COURT

23  AND TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

24          PLEASE TAKE NOTICE that Tyler L. Farmer and Ariel A. Martinez of Harrigan Leyh

25  Farmer & Thomsen LLP hereby appear on behalf of Intervenor Walmart, Inc. along with Koren W.

26

NOTICE OF APPEARANCE - 1
(2:23-cv-01495-JHC)

1    Wong-Ervin and David C. Kiernan of Jones Day (to be admitted pro hac vice) in the above-entitled

2    action.

3         It is further requested that all further papers and pleadings, except original process, be

4    served upon the undersigned at the address stated below.

5

6         DATED this 16th day of October, 2023.

7

8                                            HARRIGAN LEYH FARMER & THOMSEN LLP

9
                                             By: _s/Tyler L. Farmer_____
10                                           By: _s/Ariel A. Martinez_____
                                                 Tyler L. Farmer, WSBA #39912
11                                               Ariel A. Martinez, WSBA #54869
                                                 999 Third Avenue, Suite 4400
12                                               Seattle, WA  98104
                                                 Tel: (206) 623-1700
13                                               Email: tylerf@harriganleyh.com
                                                 Email: arielm@harriganleyh.com
14

15                                           JONES DAY

16
                                             By: _s/Koren W. Wong-Ervin_____
17                                               Koren W. Wong-Ervin (*to be admitted pro hac*
                                                 *vice*)
18                                               51 Louisiana Avenue, N.W.
                                                 Washington, D.C.  20001-2113
19                                               Tel: 202.879.3622
                                                 Email: kwongervin@jonesday.com
20

21                                           By: _s/David C. Kiernan_____
                                                 David C. Kiernan (*to be admitted pro hac vice*)
22                                               555 California Street 26th Floor
                                                 San Francisco, CA 94104
23                                               Tel: 415.8755745
                                                 Email: dkiernan@jonesday.com
24

25                                           *Attorneys for Intervenor Walmart, Inc.*

26

NOTICE OF APPEARANCE - 2
(2:23-cv-01495-JHC)