HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, STATE
OF NEW YORK, STATE OF
CONNECTICUT, COMMONWEALTH OF
PENNSYLVANIA, STATE OF
DELAWARE, STATE OF MAINE, STATE
OF MARYLAND, COMMONWEALTH OF
MASSACHUSETTS, STATE OF
MICHIGAN, STATE OF MINNESOTA,
STATE OF NEVADA, STATE OF NEW
HAMPSHIRE, STATE OF NEW JERSEY,
STATE OF NEW MEXICO, STATE OF
OKLAHOMA, STATE OF OREGON,
STATE OF RHODE ISLAND, and STATE
OF WISCONSIN,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

NO.  2:23-cv-01495-JHC

MOTION FOR LIMITED INTERVENTION BY
WALMART

**NOTE ON MOTION CALENDAR:
October 17, 2023**

Non-party Walmart respectfully requests that the Court allow it to intervene in this action
under Federal Rules of Civil Procedure Rule 24(b) for the limited purpose of filing a motion to
permanently seal parts of the Complaint in accordance with the Court's October 6, 2023 Order
instructing that producing parties shall file any such motion no later than October 27, 2023.  Dkt.
#19. Walmart met and conferred with the Federal Trade Commission ("FTC") and Amazon, Inc. to

MOTION FOR LIMITED INTERVENTION BY WALMART - 1
(Case No. 2:23-cv-01495-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

seek consent to this motion. The FTC and Amazon do not oppose this motion.

DATED this 17th day of October, 2023.

HARRIGAN LEYH FARMER & THOMSEN LLP

By: _s/Tyler L. Famer_____ *
By: _s/Ariel A. Martinez_____
    Tyler L. Farmer, WSBA #39912
    Ariel A. Martinez, WSBA #54869
    999 Third Avenue, Suite 4400
    Seattle, WA  98104
    Tel: (206) 623-1700
    Email: tylerf@harriganleyh.com
    Email: arielm@harriganleyh.com

*Attorneys for Intervenor Walmart*

---

\* I certify that this memorandum contains 91 words, in compliance with the Local Civil Rules.

MOTION FOR LIMITED INTERVENTION BY WALMART - 2
(Case No. 2:23-cv-01495-JHC)