HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF NEW YORK, STATE OF CONNECTICUT, COMMONWEALTH OF PENNSYLVANIA, STATE OF DELAWARE, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF OKLAHOMA, STATE OF OREGON, STATE OF RHODE ISLAND, and STATE OF WISCONSIN,<br><br>                    Plaintiffs,<br><br>     v.<br><br>AMAZON.COM, INC., a corporation,<br><br>                    Defendant. | NO.  2:23-cv-01495-JHC<br><br>[PROPOSED] ORDER GRANTING WALMART'S MOTION FOR LIMITED INTERVENTION<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 17, 2023** |

   THIS MATTER came before the Court on Walmart's Motion for Limited Intervention.

   The Court has considered the pleadings filed and the record in this case, and therefore deems itself fully advised.  Based on the pleadings submitted,

   IT IS HEREBY ORDERED that:

[PROPOSED] ORDER GRANTING WALMART'S MOTION FOR LIMITED INTERVENTION - 1
(2:23-cv-01495-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

Walmart's Motion to Intervene is GRANTED.

Dated this _____ day of _____, 2023.

_____
HONORABLE JOHN H. CHUN

*Presented by*:

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/Tyler L. Farmer*
   Tyler L. Farmer, WSBA #39912
   Ariel A. Martinez, WSBA #54869
   999 Third Avenue, Suite 4400
   Seattle, WA  98104
   Tel: (206) 623-1700
   Email: tylerf@harriganleyh.com
   Email: arielm@harriganleyh.com

*Attorneys for Walmart*

[PROPOSED] ORDER GRANTING WALMART'S MOTION FOR
LIMITED INTERVENTION - 2
(2:23-cv-01495-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717