```
 1                    UNITED STATES DISTRICT COURT

 2                  WESTERN DISTRICT OF WASHINGTON AT SEATTLE

 3   _____
                                      )
 4    FEDERAL TRADE COMMISSION,        ) C23-01495-JHC
      STATE OF NEW YORK, STATE OF      )
 5    CONNECTICUT, COMMONWEALTH OF     ) SEATTLE, WASHINGTON
      PENNSYLVANIA, STATE OF           )
 6    DELAWARE, STATE OF MAINE,        ) October 17, 2023 -
      STATE OF MARYLAND,               ) 3:00 p.m.
 7    COMMONWEALTH OF MASSACHUSETTS,   )
      STATE OF MICHIGAN, STATE OF      ) TELEPHONE CONFERENCE
 8    MINNESOTA, STATE OF NEVADA,      )
      STATE OF NEW HAMPSHIRE, STATE    )
 9    OF NEW JERSEY, STATE OF NEW      )
      MEXICO, STATE OF OKLAHOMA,       )
10    STATE OF OREGON, STATE OF        )
      RHODE ISLAND, and STATE OF       )
11    WISCONSIN,                       )
                                       )
12                   Plaintiffs,       )
                                       )
13    v.                               )
                                       )
14    AMAZON.COM, INC., a              )
      corporation,                     )
15                                     )
                     Defendant.        )
16                                     )
     _____
17
                     VERBATIM REPORT OF PROCEEDINGS
18               BEFORE THE HONORABLE JOHN H. CHUN
                    UNITED STATES DISTRICT JUDGE
19   _____

20   APPEARANCES:

21   For the Plaintiff       Edward H. Takashima
     FTC:                    Susan A. Musser
22                           Federal Trade Commission
                             600 Pennsylvania Avenue N.W.
23                           Washington, DC 20580

24   For the State of        Timothy D. Smith
     Oregon and plaintiff    Oregon Department of Justice
25   states:                 1162 Court St. N.E.
                             Salem, OR 97301-4096
```

```
 1   For the Defendant:    Heidi K. Hubbard
                           Williams & Connolly
 2                         680 Maine Avenue S.W.
                           Washington, DC 20024
 3
                           Molly A. Terwilliger
 4                         Morgan Lewis & Bockius
                           1301 Second Avenue
 5                         Suite 2800
                           Seattle, WA 98101
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1           THE CLERK:  Good afternoon, counsel.  As we have
2    everyone on the line who is speaking, we will go ahead and get
3    started.
4       This is Case No. C23-1495, Federal Trade Commission, et al.
5    versus Amazon.com, Inc.
6       Would counsel for the FTC, the State of Oregon, and then
7    Amazon please make your appearances for the record?
8           MR. TAKASHIMA:  Good afternoon, Your Honor.  This is Ed
9    Takashima from the FTC, and I have with me co-lead counsel, Susan
10   Musser.
11          MR. SMITH:  Good afternoon, Your Honor.  Tim Smith from
12   the Oregon Department of Justice appearing on behalf of the State
13   of Oregon and the plaintiff states.
14          MS. HUBBARD:  Good afternoon, Your Honor.  Heidi Hubbard
15   from Williams & Connolly.  I will be speaking for Amazon today.
16   And several of my co-counsel are also on the line.
17          THE COURT:  Good afternoon, everyone.  This is Judge
18   Chun.  Thank you for making yourselves available for this
19   conference call.  The reason why I called it is because I would
20   like to disclose a relationship that I had with one of the
21   lawyers in the case.  The lawyer is Molly Terwilliger, and she is
22   one of the local counsel for the defendant.
23      Ms. Terwilliger and I were law partners together at Summit
24   Law Group, which I left almost ten years ago, at the beginning of
25   2014.  We did work on some matters together.  The time range of

1  working together is around 10 to 15 years ago.  That's a
2  guesstimate.  She is active in the local Federal Bar
3  Association -- I think she's currently president -- and, last
4  year, when I was a new judge on this court, she authored my
5  profile in a Federal Bar Association publication.
6      I don't believe this connection will in any way affect my
7  ability to be fair and impartial, but I thought that it's
8  something that counsel might want to know, so I'm sharing it with
9  you.
10      So my question for you now is, are there any concerns?  I
11  will start with the plaintiff.
12          MR. TAKASHIMA:  Thank you, Your Honor.  For the FTC, we
13  have no concerns.
14          MS. HUBBARD:  Your Honor --
15          THE COURT:  Mr. Smith?
16          MS. HUBBARD:  Oh, sorry.
17          MR. SMITH:  Thank you, Your Honor.
18      For the State of Oregon and the plaintiff states, no
19  concerns, Your Honor.
20          THE COURT:  Ms. Hubbard?
21          MS. HUBBARD:  Thank you, Your Honor.  Heidi Hubbard for
22  Amazon.  And Molly, Ms. Terwilliger, is actually on the phone
23  with me.  And so, as you might imagine, we have no concerns.
24          THE COURT:  Okay.  Very good.  I'm sorry that I had to
25  round you all up for such a short call, but I thought it was

```
 1   important to make this disclosure.
 2         That's all I have.
 3              MR. TAKASHIMA:  Very good, Judge.
 4              MS. HUBBARD:  Your Honor, Heidi --
 5              THE COURT:  Oh, we have some question?
 6              MS. HUBBARD:  Yes, I have one very quick question.  And,
 7   I apologize; it's Heidi Hubbard for Amazon.
 8         Yesterday, we filed a motion for a short extension of time to
 9   respond to the complaint -- it's Document No. 27 on the docket --
10   and I just wanted to flag that for Your Honor because there is
11   some time sensitivity to the request.
12              THE COURT:  What date is it noted for?
13              MS. HUBBARD:  I'm sorry, I lost you right there, "is
14   it" --
15              THE COURT:  What date is it noted for?
16              MS. HUBBARD:  Oh.
17              THE COURT:  It looks like it's noted for the 27th of
18   October.
19              MS. HUBBARD:  Yeah.  Yes.
20              THE COURT:  So if the court rules on it that day or the
21   following week, will that be okay?
22              MS. HUBBARD:  As long as the parties are in agreement
23   that the plaintiffs will not say we have missed our response
24   date.  We had tried to reach agreement with the plaintiff on
25   this, and things were unclear as of yesterday.
```

1           MR. TAKASHIMA:  Your Honor --
2           THE COURT:  Mr. Takashima?
3           MR. TAKASHIMA:  -- this is Ed Takashima for the FTC.
4      If I can, let me summarize the issue for the court.  We think
5  there are two closely intertwined issues here.  One is what
6  Amazon has raised, which is the briefing schedule for its motion
7  to dismiss; the other is whether this case, and when this case,
8  can move forward in discovery, a Rule 26(f) conference, and a
9  case management order.
10     Amazon came to us and asked for, I believe, 74 days,
11 initially, from service of the complaint to their initial motion.
12 That seemed rather extended.  We told Amazon we were willing
13 that if we can move the case forward and set dates for the
14 beginning of discovery, the Rule 26(f) process, we would be
15 willing to go along with their schedule.  Amazon wasn't willing
16 to commit to starting discovery or the Rule 26(f) process, and so
17 we offered a second proposal, which was six weeks from the
18 beginning of service till their motion.  Amazon felt it was
19 insufficient and went ahead and filed their motion yesterday.
20 The current deadline is this upcoming Thursday.
21     So I think it would help, honestly, if the court could give
22 us some guidance about starting the discovery process and the
23 Rule 26(f) papers.  That, I think, is a gaping issue for us.  I'm
24 happy to talk about that more, but I don't want to belabor my
25 point.

1        THE COURT:  Well, I am not prepared to discuss this
2    issue because I haven't read this motion that you have talked to
3    me about.
4        If it would help the parties for me to just say, I want you
5    to suspend all this until I rule on this particular motion, I'm
6    happy to do that.
7        MS. HUBBARD:  That would be very helpful, Your Honor.
8    Heidi Hubbard for Amazon.  It's just that Thursday deadline issue
9    that forced me to bring it up on this call.
10        THE COURT:  Mr. Takashima?
11        MR. TAKASHIMA:  That's fine, Your Honor.
12      So if the noting -- my understanding is that the noting date
13    is -- well, let me suggest this.  I understand the noting date is
14    next Friday.  I think we can get our opposition brief in before
15    the end of the week.  And if Amazon will waive its reply -- I
16    think that this is a pretty simple matter -- the court can go
17    ahead and rule on this.
18        THE COURT:  Okay.  And can Amazon waive its reply?
19        MS. HUBBARD:  Your Honor, Heidi Hubbard, yes.  I believe
20    in efficiency and practicality, and it's a straightforward issue.
21    We are asking for, really, basic courtesy from the plaintiffs,
22    and, if not, relief from the court, for a little longer to
23    respond to a 150-page complaint.
24        THE COURT:  Okay.  All right.
25      All right.  Mr. Takashima, I will be looking forward to your

1 brief.
2      MR. TAKASHIMA:  We will get it in by the end of the
3 week, Your Honor.
4      THE COURT:  Very good.
5   Okay.  Take care, counsel.  We will be in recess.
6      MS. HUBBARD:  Thank you, Your Honor.
7      MR. TAKASHIMA:  Thank you, Your Honor.
8
9                     (Adjourned.)
10                   C E R T I F I C A T E
11
12   I, Nickoline M. Drury, RMR, CRR, Court Reporter for the
13 United States District Court in the Western District of
14 Washington at Seattle, do certify that the foregoing is a correct
15 transcript, to the best of my ability, from the record of
16 proceedings in the above-entitled matter.
17
18
19                    /s/ Nickoline Drury
20                    Nickoline Drury
21
22
23
24
25