1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9   FEDERAL TRADE COMMISSION, STATE
OF NEW YORK, STATE OF
10   CONNECTICUT, COMMONWEALTH OF
PENNSYLVANIA, STATE OF
11   DELAWARE, STATE OF MAINE, STATE
OF MARYLAND, COMMONWEALTH OF
12   MASSACHUSETTS, STATE OF
MICHIGAN, STATE OF MINNESOTA,
13   STATE OF NEVADA, STATE OF NEW
HAMPSHIRE, STATE OF NEW JERSEY,
14   STATE OF NEW MEXICO, STATE OF
OKLAHOMA, STATE OF OREGON,
15   STATE OF RHODE ISLAND, and STATE
OF WISCONSIN,
16

17            Plaintiffs,

18       v.

19   AMAZON.COM, INC., a corporation,

20            Defendant.

21

NO.  2:23-cv-01495-JHC

ORDER GRANTING WALMART'S MOTION
FOR LIMITED INTERVENTION

22

23       THIS MATTER comes before the Court on Walmart's motion for limited intervention.

24   Dkt. # 31.  The Court has considered the pleadings filed and the record in this case, and therefore

25   deems itself fully advised.  Based on the pleadings submitted, IT IS HEREBY ORDERED that:

26   Walmart's motion to intervene is GRANTED.

ORDER GRANTING WALMART'S MOTION FOR LIMITED
INTERVENTION - 1
(2:23-cv-01495-JHC)

1

2   Dated this 19th day of October, 2023.

3

4

5   JOHN H. CHUN
U.S. DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING WALMART'S MOTION FOR LIMITED
INTERVENTION - 2
(2:23-cv-01495-JHC)