THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO. 2:23-cv-01495 <br><br> **PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** <br><br> NOTE ON MOTION CALENDAR: October 27, 2023 |

Plaintiffs Federal Trade Commission ("FTC") and the states of New York, Connecticut, New Hampshire, Oklahoma, Pennsylvania, Delaware, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, Oregon, Rhode Island, and Wisconsin ("Plaintiff States") respectfully oppose Amazon.com, Inc.'s ("Amazon") motion to extend its deadline to respond to the Complaint from October 19, 2023 to December 8, 2023, Dkt. #27, and respectfully request that the Court set deadlines for the Fed. R. Civ. P. 26(f) case management process and the start of discovery.

This case should begin moving forward without delay. The FTC and Plaintiff States allege that Amazon is engaged in a widespread course of conduct that maintains its monopolies in the online superstore and online marketplace services markets. Compl., Dkt. #1, ¶¶ 1-40.

PLAINTIFFS' OPP. TO
MOTION TO EXTEND TIME
TO RESPOND TO THE COMPLAINT - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Amazon's monopolistic conduct reverberates throughout much of the online economy. Every year, it affects tens of millions of American households, hundreds of thousands of sellers on Amazon, and hundreds of billions of dollars in commerce. *Id.* ¶¶ 37, 205. Every day that passes is another day of harm inflicted on shoppers, sellers, and competition.

Moreover, Congress has expressed a "clear intent to prioritize speedy and efficient resolution of government antitrust suits." *United States v. Google LLC*, 2023 WL 2486605, at *9 (E.D. Va. Mar. 14, 2023); *see FTC v. Vyera Pharms., LLC*, 2021 WL 76336, at *1 (S.D.N.Y. Jan. 8, 2021) ("The parties and the public have a significant interest in resolving the issues raised by the [government] plaintiffs' claims with due expedition."); *United States v. Dentsply Int'l, Inc.*, 190 F.R.D. 140, 145 (D. Del. 1999) (explaining that Congress recognized "the primacy of antitrust enforcement actions brought by the United States, and that such actions are of special urgency and serve a different purpose than private damages suits because they seek to enjoin ongoing anticompetitive conduct").

Plaintiffs respectfully request that the Court set deadlines for a Rule 26(f) conference between the parties, the start of discovery, and the submission of a joint status report and discovery plan to the Court. If those dates are set and this case can move forward while Amazon's anticipated motion to dismiss is being briefed and decided, Plaintiffs do not object to Amazon's requested extension of time, provided that Plaintiffs receive a corresponding extension of time for their opposition brief. During the parties' meet and confers, Plaintiffs proposed the following dates based on Amazon's requested extensions for its opening and reply briefs and the initial scheduling order this Court entered in the *FTC v. Amazon* Prime Enrollment and Cancellation litigation, No. 2:23-cv-0932, Dkt. #49 (W.D. Wash. July 21, 2023):

PLAINTIFFS' OPP. TO
MOTION TO EXTEND TIME
TO RESPOND TO THE COMPLAINT - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1  •  Rule 26(f) conference between the parties: November 9, 2023 (six weeks after service of the Complaint)

•  Initial disclosures: November 22, 2023 (two weeks after the Rule 26(f) conference, adjusted to avoid Thanksgiving)

•  Joint status report and discovery plan: November 30, 2023 (three weeks after the Rule 26(f) conference)

•  Amazon's motion to dismiss: December 8, 2023 (71 days after service of the Complaint, as proposed by Amazon)

•  Plaintiffs' opposition: February 6, 2024 (60 days after Amazon's motion)

•  Amazon's reply: March 22, 2024 (45 days after Plaintiffs' opposition, as proposed by Amazon)

Takashima Decl., Ex. A at 3-4.

There is no reason to delay the start of discovery and the Rule 26(f) case management process. Three related cases are already in discovery. Any incremental burden on Amazon associated with starting discovery now is far outweighed by the public interest in moving this case forward.

Amazon's arguments only further underscore the need for discovery and case management discussions to begin immediately. The sole basis Amazon has offered for delaying discovery is its view that there may be scheduling issues related to the various related cases. *Id.* at 1-2. Plaintiffs do not believe that there are any unique case management issues here, whether due to the related cases or otherwise, and it is common for there to be related cases to major government antitrust enforcement actions. However, to the extent there are any such issues, that is all the more reason to begin the Rule 26(f) process promptly so that the parties can

PLAINTIFFS' OPP. TO
MOTION TO EXTEND TIME
TO RESPOND TO THE COMPLAINT - 3
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

meet and confer regarding case management and submit a joint status report and discovery plan to the Court.  It is not a reason to delay the Rule 26(f) process or the start of discovery.  Plaintiffs explained to Amazon that they were willing to consider a longer time period between an initial Rule 26(f) conference between the parties and the deadline for a joint status report and discovery plan, which would give the parties additional time to meet and confer regarding case management issues, including scheduling and any issues associated with the related cases.  Plaintiffs invited Amazon to propose any deadline it would consider acceptable.  *Id.* at 2.  Amazon declined to do so.  *See id.* at 1.

Amazon has not taken a position on whether it will move to stay discovery pending its motion to dismiss.  *Id.* ("I did not represent to you that Amazon would not file a motion to stay discovery . . . .  Amazon reserves all rights with regard to scheduling issues.")  However, as this Court has previously noted in another case where Amazon was the defendant, "[a] pending motion to dismiss is generally not grounds for staying discovery," *Dorian v. Amazon Web Services, Inc.*, 2022 WL 3155369, at *1 (W.D. Wash. Aug. 8, 2022) (citation omitted), and that is even more the case here, where Amazon has not yet filed a motion to dismiss.  Accordingly, Plaintiffs ask the Court to set a schedule to move this case forward, including the start of discovery.

In the alternative, if the Court is not inclined to set a schedule for the start of discovery and the Rule 26(f) process at this time, Plaintiffs request that the Court set the following schedule for Amazon's anticipated motion:

- Amazon's motion to dismiss:  November 9, 2023 (six weeks after service of the Complaint)
- Plaintiffs' opposition:  December 21, 2023 (six weeks after Amazon's motion)
- Amazon's reply:  January 18, 2024 (four weeks after Plaintiffs' opposition)

PLAINTIFFS' OPP. TO
MOTION TO EXTEND TIME
TO RESPOND TO THE COMPLAINT - 4
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Plaintiffs respectfully submit that this schedule strikes a reasonable balance between Amazon's request for additional time and the need to move this case forward. It doubles the amount of time Amazon would have for its opening brief under Fed. R. Civ. P. 12(a)(1)(A)(i) and extends Amazon's time to file a reply brief from the four days provided under Local Civil Rule 7(d)(3) to four weeks. At the same time, this schedule would have briefing complete by January 18, 2024—more than two months faster than a schedule based on Amazon's proposed timeline.

This schedule is particularly reasonable given that Amazon met with the FTC and several of the Plaintiff States multiple times before Plaintiffs filed their Complaint. Amazon has also briefed several motions to dismiss in related cases. *See, e.g.*, *Frame-Wilson v. Amazon.com, Inc.*, No. 2:20-cv-0424, Dkt. #48 (W.D. Wash. Mar. 11, 2022) (denying Amazon's motion in part); *De Coster v. Amazon.com, Inc.*, No. 2:21-cv-0693, Dkt. #59 (W.D. Wash. Jan. 24, 2023) (same); *Hogan v. Amazon.com, Inc.*, No. 21-cv-0996, Dkt. #41 (W.D. Wash. Apr. 20, 2023) (granting motion on standing grounds not applicable here); *People of the State of California v. Amazon.com, Inc.*, No. CGC-22-601826 (Cal. Super. Ct. Mar. 30, 2023) (overruling demurrer). Amazon is hardly working from a blank slate.

For the reasons above, the FTC and Plaintiff States respectfully request that the Court set deadlines for a Rule 26(f) conference between the parties, the start of discovery, and the submission of a joint status report and discovery plan to the Court. If the Court does so, Plaintiffs do not object to a briefing schedule based on Amazon's requested date. In the alternative, Plaintiffs request that the Court set a shorter schedule, with Amazon's anticipated motion to dismiss due on November 9, 2023.

PLAINTIFFS' OPP. TO
MOTION TO EXTEND TIME
TO RESPOND TO THE COMPLAINT - 5
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| Dated: October 20, 2023 | Respectfully submitted, |
| | *s/ Edward H. Takashima* |
| | EDWARD H. TAKASHIMA (DC Bar # 1001641) |
| | SUSAN A. MUSSER (DC Bar # 1531486) |
| | DAVID B. SCHWARTZ (NY Reg. # 4947925) |
| | DANIELLE C. QUINN (NY Reg. # 5408943) |
| | Federal Trade Commission |
| | 600 Pennsylvania Avenue, NW |
| | Washington, DC 20580 |
| | Telephone:  (202) 326-2464 (Takashima) |
| |              (202) 326-2122 (Musser) |
| | Email: etakashima@ftc.gov |
| |           smusser@ftc.gov |
| |           dschwartz@ftc.gov |
| |           dquinn@ftc.gov |
| | *Attorneys for Plaintiff Federal Trade Commission* |

I certify that this memorandum contains 1,291 words, in compliance with the Local Civil Rules.

PLAINTIFFS' OPP. TO
MOTION TO EXTEND TIME
TO RESPOND TO THE COMPLAINT - 6
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | | |
|---|---|---|
| 1 | *s/ Michael Jo* | *s/ Jennifer A. Thomson* |
| | Michael Jo (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| 2 | Assistant Attorney General, Antitrust Bureau | Senior Deputy Attorney General |
| | New York State Office of the Attorney General | Pennsylvania Office of Attorney General |
| 3 | 28 Liberty Street | Strawberry Square, 14th Floor |
| 4 | New York, NY 10005 | Harrisburg, PA 17120 |
| | Telephone: (212) 416-6537 | Telephone: (717) 787-4530 |
| 5 | Email: Michael.Jo@ag.ny.gov | Email: jthomson@attorneygeneral.gov |
| | *Counsel for Plaintiff State of New York* | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| 6 | | |
| 7 | *s/ Rahul A. Darwar* | *s/ Michael A. Undorf* |
| | Rahul A. Darwar (admitted *pro hac vice*) | Michael A. Undorf (admitted *pro hac vice*) |
| | Assistant Attorney General | Deputy Attorney General |
| 8 | Office of the Attorney General of Connecticut | Delaware Department of Justice |
| | 165 Capitol Avenue | 820 N. French St., 5th Floor |
| 9 | Hartford, CT 06016 | Wilmington, DE 19801 |
| | Telephone: (860) 808-5030 | Telephone: (302) 683-8816 |
| 10 | Email: Rahul.Darwar@ct.gov | Email: michael.undorf@delaware.gov |
| | *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff State of Delaware* |
| 11 | | |
| 12 | *s/ Alexandra C. Sosnowski* | *s/ Christina M. Moylan* |
| | Alexandra C. Sosnowski (admitted *pro hac vice*) | Christina M. Moylan (admitted *pro hac vice*) |
| 13 | Assistant Attorney General | Assistant Attorney General |
| | Consumer Protection and Antitrust Bureau | Chief, Consumer Protection Division |
| 14 | New Hampshire Department of Justice | Office of the Maine Attorney General |
| | Office of the Attorney General | 6 State House Station |
| 15 | 33 Capitol St. | Augusta, ME 04333-0006 |
| | Concord, NH 03301 | Telephone: (207) 626-8800 |
| 16 | Telephone: (603) 271-2678 | Email: christina.moylan@maine.gov |
| | Email: Alexandra.c.sosnowski@doj.nh.gov | *Counsel for Plaintiff State of Maine* |
| 17 | *Counsel for Plaintiff State of New Hampshire* | |
| | | Schonette J. Walker (*pro hac vice* forthcoming) |
| 18 | *s/ Caleb J. Smith* | Assistant Attorney General |
| | Caleb J. Smith (admitted *pro hac vice*) | Chief, Antitrust Division |
| 19 | Assistant Attorney General | Office of the Maryland Attorney General |
| | Consumer Protection Unit | 200 St. Paul Place |
| 20 | Office of the Oklahoma Attorney General | Baltimore, MD 21202 |
| | 15 West 6th Street, Suite 1000 | Telephone: (410) 576-6474 |
| 21 | Tulsa, OK 74119 | Email: Swalker@oag.state.md.us |
| | Telephone: (918) 581-2230 | *Counsel for Plaintiff State of Maryland* |
| 22 | Email: caleb.smith@oag.ok.gov | |
| | *Counsel for Plaintiff State of Oklahoma* | |
| 23 | | |
| 24 | | |

| | |
|---|---|
| PLAINTIFFS' OPP. TO MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT - 7 CASE NO. 2:23-cv-01495-JHC | FEDERAL TRADE COMMISSION 600 Pennsylvania Avenue, NW Washington, DC 20580 (202) 326-2222 |

Michael Mackenzie (*pro hac vice* forthcoming)
Deputy Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2369
Email: michael.mackenzie@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

Scott Mertens (*pro hac vice* forthcoming)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

Zach Biesanz (*pro hac vice* forthcoming)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

s/ *Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

Ana Atta-Alla (*pro hac vice* forthcoming)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-3070
Email: Ana.Atta-Alla@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

Jeffrey Herrera (*pro hac vice* forthcoming)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4885
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

s/ *Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

s/ *Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

Gwendolyn J. Cooley (*pro hac vice* forthcoming)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 261-5810
Email: cooleygj@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*

PLAINTIFFS' OPP. TO
MOTION TO EXTEND TIME
TO RESPOND TO THE COMPLAINT - 8
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222