THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | **CASE NO. 2:23-cv-01495** <br><br> **DECLARATION OF EDWARD H. TAKASHIMA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** <br><br> NOTE ON MOTION CALENDAR: October 27, 2023 |

I, Edward H. Takashima, declare as follows:

1. I am Senior Trial Counsel in the Federal Trade Commission's ("FTC") Bureau of Competition, and represent the FTC in the above-captioned action. I am over eighteen years of age and am competent to testify to the matters set forth in this declaration. I make the following statements based on my personal knowledge.

TAKASHIMA DECL. ISO
PLAINTIFFS' OPP. TO
MOTION TO EXTEND TIME
TO RESPOND TO THE COMPLAINT - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

2. I have participated in several meet and confers with Amazon's counsel in this case. The parties met and conferred by videoconference on October 4, 10, and 13, with further discussions by email on October 14 and 15, 2023.

3. Attached as **Exhibit A** is a true and correct copy of an email chain between counsel for Plaintiffs and counsel for Amazon in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2023, in Washington, DC.

*s/ Edward H. Takashima*
Edward H. Takashima

TAKASHIMA DECL. ISO
PLAINTIFFS' OPP. TO
MOTION TO EXTEND TIME
TO RESPOND TO THE COMPLAINT - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222