UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, | Case No. 2:23-cv-01495-JHC |
| Plaintiffs, | |
| v. | **ORDER RE: DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |
| AMAZON.COM, INC., a corporation, | |
| Defendant. | |

This matter comes before the Court on Defendant's Motion to Extend Time to Respond to the Complaint. Dkt. # 27. The Court has considered the materials submitted by the parties, pertinent portions of the record, the parties' statements at the last hearing, and the applicable law. Being fully advised, the Court ORDERS the following schedule:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | November 9, 2023 |
| Initial Disclosures Under FRCP 26(a)(1): | November 22, 2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | November 30, 2023 |
| Defendant's answer or motion to dismiss (noted for March 22, 2024): | December 8, 2023 |
| Plaintiff's response to motion to dismiss: | February 6, 2024 |

ORDER RE: DEFENDANT'S MOTION TO EXTEND
TIME TO RESPOND TO THE COMPLAINT - 1
(Case No. 2:23-cv-01495-JHC)

| | |
|---|---|
| Defendant's reply: | March 22, 2024 |

This ruling is without prejudice to Defendant's ability to seek a stay of discovery once the motion to dismiss is filed.

The Court DIRECTS the Clerk to issue an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement in accordance with the above.

DATED this 23rd day of October, 2023.

*/s/ John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE