1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## WESTERN DISTRICT OF WASHINGTON

7

8  FEDERAL TRADE COMMISSION, STATE
   OF NEW YORK, STATE OF
9  CONNECTICUT, COMMONWEALTH OF
   PENNSYLVANIA, STATE OF
10 DELAWARE, STATE OF MAINE, STATE
   OF MARYLAND, COMMONWEALTH OF
   MASSACHUSETTS, STATE OF
11 MICHIGAN, STATE OF MINNESOTA,
   STATE OF NEVADA, STATE OF NEW
12 HAMPSHIRE, STATE OF NEW JERSEY,
   STATE OF NEW MEXICO, STATE
13 OF OKLAHOMA, STATE OF OREGON,
   STATE OF RHODE ISLAND, and STATE
14 OF WISCONSIN,

15                    Plaintiffs,

16          v.

17 AMAZON.COM, INC., a corporation,

18                    Defendant.

19

CASE NO.: 2:23-cv-01495

NOTICE OF CHANGE OF EMAIL ADDRESS
FOR AAG TAL M. ELMATAD, NEW YORK
STATE OFFICE OF THE ATTORNEY
GENERAL

20      Pursuant to Local Civil Rule 10(f), counsel for the State of New York, acting by and

21 through its Attorney General, provides notice of change of email address. The email address for

22 Assistant Attorney General Tal M. Elmatad, NY # 5583398, is as follows: tal.elmatad@ag.ny.gov.

23 ///

24 ///

25 ///

26 ///

Page 1 -   NOTICE OF CHANGE OF EMAIL ADDRESS FOR AAG TAL M. ELMATAD

1
2
DATED: this 24th day of October 2023.
3
4                                      Respectfully submitted,
5
6                                      /s/ Tal M. Elmatad
                                       TAL M. ELMATAD (NY # 5583398)
7                                      Antitrust Bureau
                                       Office Of The New York Attorney General
8                                      28 Liberty St, New York, NY 10005
                                       Telephone: (212) 416-6318
9                                      Email: tal.elmatad@ag.ny.gov
10
                                       *Attorney for Plaintiff State of New York*
11
12                                     /s/ Timothy D. Smith
                                       TIMOTHY D. SMITH (WSBA # 44583)
13                                     Antitrust and False Claims Unit
                                       Oregon Department of Justice
14                                     100 SW Market St, Portland OR 97201
                                       Telephone: (971) 673-3885
15                                     Email: tim.smith@doj.state.or.us
16
                                       *Attorney for Plaintiff State of Oregon*
17                                     *Local Counsel*
18
19
20
21
22
23
24
25
26

Page 2 -    NOTICE OF CHANGE OF EMAIL ADDRESS FOR AAG TAL M. ELMATAD

1
2

**CERTIFICATE OF SERVICE**

3         I hereby certify that on October 24, 2023, I electronically filed the foregoing with the

4   Clerk of the Court using the CM/ECF system and have verified that such filing was sent

5   electronically using the CM/ECF system.

6
7
8
9
10
11

/s/ Tal M. Elmatad
TAL M. ELMATAD (NY # 5583398)
Antitrust Bureau
Office Of The New York Attorney General
28 Liberty St, New York, NY 10005
Telephone: (212) 416-6318
Email: tal.elmatad@ag.ny.gov

*Attorney for Plaintiff State of New York*

12
13
14
15
16
17
18

/s/ Timothy D. Smith
TIMOTHY D. SMITH (WSBA # 44583)
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St, Portland OR 97201
Telephone: (971) 673-3885
Email: tim.smith@doj.state.or.us

*Attorney for Plaintiff State of Oregon*
*Local Counsel*

19
20
21
22
23
24
25
26

Page 1 -   CERTIFICATE OF SERVICE