HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | NO. 2:23-cv-01495-JHC<br><br>WALMART'S MOTION TO SEAL PORTIONS OF ITS MOTION TO MAINTAIN CERTAIN THIRD-PARTY INFORMATION IN THE COMPLAINT UNDER SEAL<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 10, 2023** |

Walmart Inc. ("Walmart") respectfully requests that the Court seal limited portions of (1) its Motion to Maintain Certain Third-Party Information in the Complaint Under Seal, (2) the Declaration of Michael Mosser submitted in support thereof, and (3) Exhibit A to the Declaration of Koren W. Wong-Ervin. Walmart met and conferred with the Federal Trade Commission ("FTC") and Amazon.com, Inc. ("Amazon") to seek consent to this motion. The FTC does not oppose and Amazon takes no position on this motion. The relief Walmart seeks is narrowly tailored to seal only references to specific paragraph numbers and relief sought that, if otherwise disclosed, would defeat the purpose of its narrowly tailored requests.

WALMART'S MOTION TO SEAL PORTIONS OF ITS MOTION TO MAINTAIN CERTAIN THIRD-PARTY INFORMATION IN THE COMPLAINT UNDER SEAL - 1
(2:23-cv-01495-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

DATED this 26th day of October, 2023.

HARRIGAN LEYH FARMER & THOMSEN LLP

By: s/Tyler L. Farmer *
By: s/Ariel A. Martinez
    Tyler L. Farmer, WSBA #39912
    Ariel A. Martinez, WSBA #54869
    999 Third Avenue, Suite 4400
    Seattle, WA  98104
    Tel: (206) 623-1700
    Email: tylerf@harriganleyh.com
    Email: arielm@harriganleyh.com

JONES DAY

By: s/ Koren W. Wong-Ervin
    Koren W. Wong-Ervin (*admitted pro hac vice*)
    51 Louisiana Avenue, N.W.
    Washington, D.C.  20001-2113
    Tel: 202.879.3622
    Email: kwongervin@jonesday.com

    David C. Kiernan (*admitted pro hac vice*)
    555 California St, 26th floor
    San Francisco, CA 94104
    Tel: 415.875.5745
    Email: dkiernan@jonesday.com

*Attorneys for Limited Intervenor Walmart Inc.*

---

* I certify that this memorandum contains 110 words, in compliance with the Local Civil Rules.

WALMART'S MOTION TO SEAL PORTIONS OF ITS MOTION TO MAINTAIN CERTAIN THIRD-PARTY INFORMATION IN THE COMPLAINT UNDER SEAL - 2
(2:23-cv-01495-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717