HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | NO. 2:23-cv-01495-JHC<br><br>PROPOSED ORDER GRANTING WALMART'S MOTION TO SEAL<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 10, 2023** |

Walmart Inc., as a limited intervenor, having filed its Motion to Seal Portions of its Motion to Maintain Certain Third-Party Information in the Complaint Under Seal, and the Court having considered all filings concerning this matter, the Motion is GRANTED.

**IT IS SO ORDERED**

Dated this _____ day of _____, 2023.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER GRANTING
WALMART'S MOTION TO SEAL - 1
(2:23-cv-01495-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

*Presented by*:

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Tyler L. Farmer*
  Tyler L. Farmer, WSBA #39912
  Ariel A. Martinez, WSBA #54869
  999 Third Avenue, Suite 4400
  Seattle, WA  98104
  Tel: (206) 623-1700
  Email: tylerf@harriganleyh.com
  Email: arielm@harriganleyh.com

JONES DAY

  Koren W. Wong-Ervin (*admitted pro hac vice*)
  51 Louisiana Avenue, N.W.
  Washington, D.C.  20001-2113
  Tel: 202.879.3622
  Email: kwongervin@jonesday.com

  David C. Kiernan (*admitted pro hac vice*)
  555 California Street 26th Floor
  San Francisco, CA 94104
  Tel: 415.8755745
  Email: dkiernan@jonesday.com

*Attorneys for Limited Intervenor Walmart Inc.*

PROPOSED ORDER GRANTING
WALMART'S MOTION TO SEAL - 2
(2:23-cv-01495-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717