HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | NO.  2:23-cv-01495-JHC<br><br>PROPOSED ORDER GRANTING WALMART'S MOTION TO MAINTAIN CERTAIN THIRD-PARTY INFORMATION IN THE COMPLAINT UNDER SEAL<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 10, 2023** |

Walmart Inc., as a limited intervenor, having filed its Motion to Maintain Certain Third-Party Information in the Complaint Under Seal and the Court having considered all filings concerning this matter, the Motion is GRANTED. The Court hereby ORDERS that the parts of the Complaint identified in Exhibit A to the Declaration of Koren W. Wong-Ervin shall be maintained under seal.

IT IS SO ORDERED

Dated this _____ day of _____, 2023.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER GRANTING WALMART'S MOTION TO
MAINTAIN CERTAIN THIRD-PARTY INFORMATION IN THE
COMPLAINT UNDER SEAL - 1
(2:23-cv-01495-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

*Presented by*:

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Tyler L. Farmer*
    Tyler L. Farmer, WSBA #39912
    Ariel A. Martinez, WSBA #54869
    999 Third Avenue, Suite 4400
    Seattle, WA  98104
    Tel: (206) 623-1700
    Email: tylerf@harriganleyh.com
    Email: arielm@harriganleyh.com

JONES DAY

    Koren W. Wong-Ervin (*admitted pro hac vice*)
    51 Louisiana Avenue, N.W.
    Washington, D.C.  20001-2113
    Tel: 202.879.3622
    Email: kwongervin@jonesday.com

    David C. Kiernan (*admitted pro hac vice*)
    555 California Street 26th Floor
    San Francisco, CA 94104
    Tel: 415.8755745
    Email: dkiernan@jonesday.com

*Attorneys for Limited Intervenor Walmart Inc.*

PROPOSED ORDER GRANTING WALMART'S MOTION TO MAINTAIN CERTAIN THIRD-PARTY INFORMATION IN THE COMPLAINT UNDER SEAL - 2
(2:23-cv-01495-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717