HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | NO. 2:23-cv-01495-JCC<br><br>**REDACTED**<br><br>DECLARATION OF MICHAEL MOSSER IN SUPPORT OF WALMART'S MOTION TO MAINTAIN CERTAIN THIRD-PARTY INFORMATION IN THE COMPLAINT UNDER SEAL<br><br>NOTE ON MOTION CALENDAR: |

I, Michael Mosser, declare as follows:

1. I am over the age of 18 and am competent to make this declaration. I make this declaration in support of Walmart's Motion to Maintain Certain Third-Party Information in the Complaint Under Seal. The information herein is based on my personal knowledge and information acquired during the ordinary course of my official professional duties at Walmart, Inc. ("Walmart"), and I would testify truthfully to the facts included herein if called on to do so.

2. I am employed by Walmart as Vice President of Categories for Walmart Marketplace. I have been in this role since December 2022. My primary responsibilities include the Marketplace assortment and category strategies, and leadership of our account management

DECLARATION OF MICHAEL MOSSER IN SUPPORT OF WALMART'S MOTION TO MAINTAIN CERTAIN THIRD-PARTY INFORMATION IN THE COMPLAINT UNDER SEAL - 1
(2:23-cv-01495-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1   teams. From January 2021 through December 2022, I served as General Manager for Walmart
2   Marketplaces with responsibility for entertainment, toys, and seasonal.

3.   I understand that certain paragraphs of the Federal Trade Commission ("FTC") complaint in this matter rely on non-public information obtained from Walmart in response to compulsory process in the FTC's pre-suit investigation. I have reviewed these paragraphs and the relevant portions of the underlying documents and testimony that purport to support these paragraphs. I am familiar with the information that Walmart seeks to maintain under seal and how that information would be maintained in the ordinary course of business at Walmart.

4.   The information contained in Paragraphs 213, ▮, 334, and 336-337 (collectively, the "Paragraphs") of the complaint reveal Walmart's proprietary and confidential commercial and business information. The disclosure of this information would result in a serious risk of harm to Walmart, including threatening to place Walmart at a competitive disadvantage and otherwise harm its business.

5.   Walmart is an omni-channel retailer that provides opportunities for consumers to shop through online marketplaces and in brick-and-mortar retail stores. Walmart's strategic decisions, including as to pricing and what it takes to create and maintain a successful marketplace, are the result of Walmart's confidential and proprietary investments in its businesses. Walmart spends considerable time and resources considering, developing, and implementing strategies to promote the effectiveness of its online marketplaces and to better serve consumers and its third-party sellers.

6.   Disclosure of Paragraphs ▮, 334, and 336-337 would provide competitors with a roadmap into how Walmart thinks about and responds to competition and its underlying strategic and decision-making processes. Paragraph 337 risks providing competitors with insights into Walmart's sensitive profitability analyses, which competitors could use to anticipate and respond to Walmart's strategies.

DECLARATION OF MICHAEL MOSSER IN SUPPORT OF
WALMART'S MOTION TO MAINTAIN CERTAIN THIRD-PARTY
INFORMATION IN THE COMPLAINT UNDER SEAL - 2
(2:23-cv-01495-JHC)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

7. Disclosure of Paragraphs ▮▮▮, and 336-337 would risk harming Walmart's reputation—including with consumers—by revealing internal analyses and decisions that could be used to create the misimpression that Walmart's prices are not competitive with Amazon's. This would risk threatening Walmart's ability to attract consumers and, in turn, third-party sellers.

8. Paragraph 213 represents Walmart's proprietary assessment of what it takes to create and maintain a profitable marketplace, including (as depicted in box 3 under point 6 of the graphic) Walmart's confidential and competitively-sensitive profitability strategy. Disclosure of this information risks providing competitors with a competitive advantage by giving them insights into Walmart's strategies, which could be used to anticipate and respond to Walmart's strategies.

9. While some of the information in the Paragraphs identified above reflects historic decisions, it reveals Walmart's underlying strategic decision-making processes, disclosure of which risks equipping competitors with information that could be used against Walmart in current and future competitive scenarios.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 23rd day of October, 2023, at Sunnyvale, California.

*Michael Mosser*

Michael Mosser

DECLARATION OF MICHAEL MOSSER IN SUPPORT OF WALMART'S MOTION TO MAINTAIN CERTAIN THIRD-PARTY INFORMATION IN THE COMPLAINT UNDER SEAL - 3
(2:23-cv-01495-JHC)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717