THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF NEW YORK, STATE OF CONNECTICUT, COMMONWEALTH OF PENNSYLVANIA, STATE OF DELAWARE, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF OKLAHOMA, STATE OF OREGON, STATE OF RHODE ISLAND, and STATE OF WISCONSIN,<br><br>          Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., a corporation,<br><br>          Defendant. | Case No. 2:23-cv-01495-JHC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SEAL COMMERCIALLY SENSITIVE INFORMATION CONTAINED IN THE COMPLAINT** |

    This matter came before the Court on Amazon.com, Inc.'s Unopposed Motion to Seal Commercially Sensitive Information Contained in the Complaint (the "Motion"). The Court, having considered the Motion and all other papers submitted in support of the Motion, and for compelling reasons shown, GRANTS the Motion. The Court further ORDERS the highlighted

[PROPOSED] ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO SEAL
(Case No. 2:23-cv-01495-JHC) - 1

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

portions of Exhibit B to the Declaration of Carol J. Pruski to be sealed.  Within 14 days of this Order, Plaintiffs shall file a copy of the Complaint in which the highlighted portions of Exhibit B to the Pruski Declaration have been redacted.

DATED this \_\_\_\_ day of October, 2023.

THE HONORABLE JOHN H CHUN
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
            molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
            khodges@wc.com

*Attorneys for Defendant Amazon.com*

[PROPOSED] ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO SEAL
(Case No. 2:23-cv-01495-JHC) - 2

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401