THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF NEW YORK, STATE OF CONNECTICUT, COMMONWEALTH OF PENNSYLVANIA, STATE OF DELAWARE, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF OKLAHOMA, STATE OF OREGON, STATE OF RHODE ISLAND, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | Case No. 2:23-cv-01495-JHC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SEAL EXHIBIT B TO THE DECLARATION OF CAROL J. PRUSKI** |

This matter came before the Court on Amazon.com, Inc.'s Unopposed Motion to Seal Exhibit B to the Declaration of Carol J. Pruski ("Pruski Decl."), filed in support of Amazon's Unopposed Motion to Seal Commercially Sensitive Information Contained in the Complaint ("Motion to Seal"). The Court, having considered the Motion and all other papers submitted in

[PROPOSED] ORDER GRANTING DEF'S
UNOPPOSED MOTION TO SEAL EXHIBIT B
TO PRUSKI DECLARATION
(Case No. 2:23-cv-01495-JHC) - 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

support of the Motion, and for compelling reasons shown, GRANTS the Motion and ORDERS Exhibit B to the Declaration of Carol J. Pruski to be sealed.

DATED this ____ day of October, 2023.

_____
THE HONORABLE JOHN H CHUN
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
　　　molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
　　　khodges@wc.com

*Attorneys for Defendant Amazon.com*

[PROPOSED] ORDER GRANTING DEF'S
UNOPPOSED MOTION TO SEAL EXHIBIT B
TO PRUSKI DECLARATION
(Case No. 2:23-cv-01495-JHC) - 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401