UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO. 2:23-cv-01495-JHC <br><br> ORDER GRANTING WALMART'S MOTION TO SEAL |

Walmart Inc., as a limited intervenor, having filed its Motion to Seal Portions of its Motion to Maintain Certain Third-Party Information in the Complaint Under Seal, Dkt. # 90, and the Court having considered all filings concerning this matter, the Motion is GRANTED.

Dated this 13th day of November, 2023.

John H. Chun
United States District Judge