UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ET AL. | CASE NO. 2:23-cv-01495-JHC |
| Plaintiffs, | ORDER GRANTING WALMART'S MOTION TO MAINTAIN CERTAIN THIRD-PARTY INFORMATION IN THE COMPLAINT UNDER SEAL |
| v. | |
| AMAZON.COM, INC., a corporation, | |
| Defendant. | |

Walmart Inc., as a limited intervenor, having filed its Motion to Maintain Certain Third-Party Information in the Complaint Under Seal, Dkt. # 94, and the Court having considered all filings concerning this matter, the Motion is GRANTED. The Court hereby ORDERS that the parts of the Complaint identified in Exhibit A to the Declaration of Koren W. Wong-Ervin, Dkt. # 95, shall be maintained under seal.

Dated this 13th day of November, 2023.

*John H. Chun*
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING WALMART'S MOTION TO MAINTAIN
CERTAIN THIRD-PARTY INFORMATION IN THE COMPLAINT
UNDER SEAL - 1