THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC<br><br>STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR THE PARTIES TO SUBMIT A JOINT STATUS REPORT AND DISCOVERY PLAN<br><br>NOTE ON MOTION CALENDAR: November 28, 2023 |

**STIPULATED MOTION**

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below, which extends the deadline for the parties to submit a Combined Joint Status Report and Discovery Plan to December 15, 2023.

In support of this request, the parties represent the following to the Court:

1. On October 24, 2023, the Court entered an order setting November 30, 2023 as the deadline for the parties to submit a Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) and Local Civil Rule 26(f). Dkt. #80.

2. The parties have engaged in good faith negotiations regarding the discovery process, plan to meet and confer further regarding discovery issues, and agree that

STIPULATED MOT. AND [PROPOSED] ORDER
EXTENDING THE DEADLINE TO SUBMIT A JOINT
STATUS REPORT AND DISCOVERY PLAN - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

a short extension of the deadline to file a Combined Joint Status Report and Discovery Plan would be productive.

3. The parties stipulate as follows, subject to Court approval, and jointly request that the Court enter the following Order approving this Stipulation:

   a. The deadline for the parties to file a Combined Joint Status Report and Discovery Plan is extended to December 15, 2023.

Stipulated to and respectfully submitted this 28th day of November, 2023, by:

*s/ Edward H. Takashima*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
DAVID B. SCHWARTZ (NY Reg. # 4947925)
DANIELLE C. QUINN (NY Reg. # 5408943)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:  (202) 326-2122 (Musser)
       (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
       etakashima@ftc.gov
       dschwartz1@ftc.gov
       dquinn@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Rahul A. Darwar*
Rahul A. Darwar (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Rahul.Darwar@ct.gov
*Counsel for Plaintiff State of Connecticut*

STIPULATED MOT. AND [PROPOSED] ORDER
EXTENDING THE DEADLINE TO SUBMIT A JOINT
STATUS REPORT AND DISCOVERY PLAN - 2
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | | |
|---|---|---|
| 1 | *s/ Alexandra C. Sosnowski* | *s/ Christina M. Moylan* |
| | Alexandra C. Sosnowski (admitted *pro hac vice*) | Christina M. Moylan (admitted *pro hac vice*) |
| 2 | Assistant Attorney General | Assistant Attorney General |
| 3 | Consumer Protection and Antitrust Bureau | Chief, Consumer Protection Division |
| | New Hampshire Department of Justice | Office of the Maine Attorney General |
| 4 | Office of the Attorney General | 6 State House Station |
| | One Granite Place South | Augusta, ME 04333-0006 |
| 5 | Concord, NH 03301 | Telephone: (207) 626-8800 |
| | Telephone: (603) 271-2678 | Email: christina.moylan@maine.gov |
| 6 | Email: Alexandra.c.sosnowski@doj.nh.gov | *Counsel for Plaintiff State of Maine* |
| | *Counsel for Plaintiff State of New Hampshire* | |
| 7 | | *s/ Gary Honick* |
| | | Gary Honick (admitted *pro hac vice*) |
| 8 | *s/ Caleb J. Smith* | Assistant Attorney General |
| | Caleb J. Smith (admitted *pro hac vice*) | Deputy Chief, Antitrust Division |
| 9 | Assistant Attorney General | Office of the Maryland Attorney General |
| | Consumer Protection Unit | 200 St. Paul Place |
| 10 | Office of the Oklahoma Attorney General | Baltimore, MD 21202 |
| | 15 West 6th Street, Suite 1000 | Telephone: (410) 576-6474 |
| 11 | Tulsa, OK 74119 | Email: Ghonick@oag.state.md.us |
| | Telephone: (918) 581-2230 | *Counsel for Plaintiff State of Maryland* |
| 12 | Email: caleb.smith@oag.ok.gov | |
| | *Counsel for Plaintiff State of Oklahoma* | *s/ Michael MacKenzie* |
| 13 | | Michael Mackenzie (admitted *pro hac vice*) |
| | *s/ Jennifer A. Thomson* | Deputy Chief, Antitrust Division |
| 14 | Jennifer A. Thomson (admitted *pro hac vice*) | Office of the Massachusetts Attorney General |
| 15 | Senior Deputy Attorney General | One Ashburton Place, 18th Floor |
| | Pennsylvania Office of Attorney General | Boston, MA 02108 |
| 16 | Strawberry Square, 14th Floor | Telephone: (617) 963-2369 |
| | Harrisburg, PA 17120 | Email: michael.mackenzie@mass.gov |
| 17 | Telephone: (717) 787-4530 | *Counsel for Plaintiff Commonwealth of Massachusetts* |
| | Email: jthomson@attorneygeneral.gov | |
| 18 | *Counsel for Plaintiff Commonwealth of Pennsylvania* | |
| 19 | | *s/ Scott A. Mertens* |
| | *s/ Michael A. Undorf* | Scott A. Mertens (admitted *pro hac vice*) |
| 20 | Michael A. Undorf (admitted *pro hac vice*) | Assistant Attorney General |
| | Deputy Attorney General | Michigan Department of Attorney General |
| 21 | Delaware Department of Justice | 525 West Ottawa Street |
| | 820 N. French St., 5th Floor | Lansing, MI 48933 |
| 22 | Wilmington, DE 19801 | Telephone: (517) 335-7622 |
| | Telephone: (302) 683-8816 | Email: MertensS@michigan.gov |
| 23 | Email: michael.undorf@delaware.gov | *Counsel for Plaintiff State of Michigan* |
| | *Counsel for Plaintiff State of Delaware* | |

| | | |
|---|---|---|
| 24 | STIPULATED MOT. AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO SUBMIT A JOINT STATUS REPORT AND DISCOVERY PLAN - 3 CASE NO. 2:23-cv-01495-JHC | **FEDERAL TRADE COMMISSION**<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(202) 326-2222 |

*s/ Zach Biesanz*
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

*s/ Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

*s/ Ana Atta-Alla*
Ana Atta-Alla (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-3070
Email: Ana.Atta-Alla@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

*s/ Jeffrey Herrera*
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

*s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Gwendolyn J. Cooley*
Gwendolyn J. Cooley (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 261-5810
Email: cooleygj@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*

STIPULATED MOT. AND [PROPOSED] ORDER
EXTENDING THE DEADLINE TO SUBMIT A JOINT
STATUS REPORT AND DISCOVERY PLAN - 4
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**MORGAN, LEWIS & BOCKIUS LLP**

By: _s/ Patty A. Eakes_
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
   molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
   khodges@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOT. AND [PROPOSED] ORDER
EXTENDING THE DEADLINE TO SUBMIT A JOINT
STATUS REPORT AND DISCOVERY PLAN - 5
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Edward H. Takashima*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
DAVID B. SCHWARTZ (NY Reg. # 4947925)
DANIELLE C. QUINN (NY Reg. # 5408943)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email:  smusser@ftc.gov
        etakashima@ftc.gov
        dschwartz1@ftc.gov
        dquinn@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

STIPULATED MOT. AND [PROPOSED] ORDER
EXTENDING THE DEADLINE TO SUBMIT A JOINT
STATUS REPORT AND DISCOVERY PLAN - 6
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222