THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, et al.,

    Plaintiffs,

    v.

AMAZON.COM, INC., a corporation,

    Defendant.

Case No. 2:23-cv-01495-JHC

**[PROPOSED] ORDER GRANTING AMAZON'S MOTION TO DISMISS**

This matter came before the Court on Amazon.com, Inc.'s Motion to Dismiss Plaintiffs' Complaint ("the Motion"). The Court, having considered the Motion and all other papers submitted in support of the Motion, and for compelling reasons shown, GRANTS the Motion.

DATED this ____ day of _____, 2024.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING AMAZON'S
MOTION TO DISMISS - 1
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

*Presented by:*

**WILLIAMS & CONNOLLY LLP**

By: *s/ Heidi K. Hubbard*
Heidi K. Hubbard (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Carl R. Metz (*pro hac vice pending*)
Carol J. Pruski (*pro hac vice pending*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email:  hhubbard@wc.com
            khodges@wc.com
            cmetz@wc.com
            cpruski@wc.com

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email:  patty.eakes@morganlewis.com
            molly.terwilliger@morganlewis.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email:  tbarnett@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

---

[PROPOSED] ORDER GRANTING AMAZON'S MOTION TO DISMISS - 2
(Case No. 2:23-cv-01495-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401