THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, et al.,

          Plaintiffs,

      v.

AMAZON.COM, INC., a corporation,

          Defendant.

Case No. 2:23-cv-01495-JHC

**NOTICE OF RELATED CASE**

    Pursuant to Local Civil Rule 3(g)(3), Defendant Amazon.com, Inc. ("Amazon") hereby gives notice of a related case pending in the Western District of Washington, *Zulily, LLC v. Amazon.com, Inc.*, 2:23-cv-01900-BJR.  Given the similarity of the allegations in the *Zulily* case to those made here, there could be an unduly burdensome duplication of labor and expense if the cases are conducted before different judges, per CLR 3(g)(4(B).

    DATED this 15th day of December, 2023.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
　　　　molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Constance T. Forkner (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
　　　　khodges@wc.com
　　　　jpitt@wc.com
　　　　cmetz@wc.com
　　　　cpruski@wc.com
　　　　cforkner@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

NOTICE OF RELATED CASE - 2
(Case No. 2:23-cv-01495-JHC)