THE HONORABLE JOHN H. CHUN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, | Case No. 2:23-cv-01495-JHC |
| *Plaintiffs*, | **NOTICE OF WITHDRAWAL, TAL M. ELMATAD** |
| v. | |
| AMAZON.COM, INC., a corporation, | |
| *Defendant*. | |

Pursuant to Local Rule 83.2(b)(3), Tal M. Elmatad of the Office of the Attorney General of the State of New York ("State of New York") withdraws as counsel for the State of New York in the above-captioned action. The State of New York remains represented by Elinor R. Hoffmann, Amy Elizabeth McFarlane, James Yoon, and Michael Jo.

Dated: January 5, 2024

Respectfully submitted,

*s/ Tal M. Elmatad*
Tal M. Elmatad (admitted *pro hac vice*)
Assistant Attorney General
28 Liberty Street
New York, New York 10005
Telephone: (212) 416-6318
Email: tal.elmatad@ag.ny.gov

*Counsel for Plaintiff State of New York*

I certify that this notice contains 57 words, in compliance with the Local Civil Rules.

*s/ Elinor R Hoffmann*
Elinor R Hoffmann (admitted *pro hac vice*)
Bureau Chief, Antitrust Bureau

*s/ Amy Elizabeth McFarlane*
Amy Elizabeth McFarlane (admitted *pro hac vice*)
Deputy Bureau Chief, Antitrust Bureau

*s/ James Yoon*
James Yoon (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
*Counsel for Plaintiff State of New York*


*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*