|   |   |
|---|---|
|   | THE HONORABLE JOHN H. CHUN |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | Case No. 2:23-cv-01495-JHC<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>(*Clerk's Action Required*) |

TO:         THE CLERK OF THE COURT

AND TO:   ALL PARTIES AND COUNSEL OF RECORD

PLEASE BE ADVISED that Patty A. Eakes and Molly A. Terwilliger of Morgan, Lewis & Bockius LLP, counsel of record for Defendant Amazon.com, Inc. in the above-captioned matter, make the following update to the contact information on file with this court, effective immediately, and respectfully request that the docket be updated accordingly:

//

//

//

NOTICE OF CHANGE OF ADDRESS - 1
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

| | |
|---|---|
| 1 | Patty A. Eakes |
| 2 | Molly A. Terwilliger |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | 1301 Second Avenue, **Suite 3000** |
|   | Seattle, WA 98101 |
| 4 | Phone: (206) 274-6400 |
|   | Fax: (206) 274-6401 |
| 5 | Email: patty.eakes@morganlewis.com |
|   |        molly.terwilliger@morganlewis.com |

DATED this 9th day of January, 2024.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
       molly.terwilliger@morganlewis.com

*Attorneys for Defendant Amazon.com, Inc.*

NOTICE OF CHANGE OF ADDRESS - 2
(Case No. 2:23-cv-01495-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401