1
2
3
4
5

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7
8

FEDERAL TRADE COMMISSION, *et al.*,

9          Plaintiffs,

10    v.

11    AMAZON.COM, INC., a corporation,

12          Defendant.

CASE NO. 2:23-cv-01495-JHC

**DECLARATION OF DANIEL A. PRINCIPATO IN SUPPORT OF PLAINTIFFS' POSITION IN LCR 37 JOINT SUBMISSION FOR A PROTECTIVE ORDER**

13

I, Daniel A. Principato, declare as follows:

14
15    1.  I am an Attorney in the Federal Trade Commission's ("FTC") Bureau of

16       Competition, and represent the FTC in the above-captioned action.  I am over

17       eighteen years of age and am competent to testify to the matters set forth in this

18       declaration.  I make the following statements based on my personal knowledge.

19    2.  Pursuant to Local Civil Rule 37(a)(2)(F), an excerpt of a transcript of proceedings

20       from December 2, 2020, before the United States District Court for the District of

21       Columbia is attached as **Exhibit C**, *see also United States v. Google LLC*, No. 20-cv-

22       3010-APM (D.D.C. Nov. 20, 2020), Dkt. # 50 (accompanying brief), and an excerpt

23       of a transcript of proceedings from October 25, 2023, before the Superior Court of the

24       State of California is attached as **Exhibit D**.

1          I declare under penalty of perjury that the foregoing is true and correct.

2          Executed on February 5, 2024, in Washington, DC.

3

4                                  *s/Daniel A. Principato*
                                   Daniel A. Principato

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DECLARATION OF DANIEL A. PRINCIPATO IN SUPPORT
OF PLAINTIFFS' POSITION IN LCR 37 JOINT SUBMISSION
FOR A PROTECTIVE ORDER
  No. 2:23-cv-01495 - 2