THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> **DECLARATION OF TRACY W. WERTZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO AMAZON'S MOTION TO DISMISS** |

## DECLARATION OF TRACY W. WERTZ

1. I am the Chief Deputy Attorney General of the Antitrust Section for the Pennsylvania Office of Attorney General, representing Plaintiff Commonwealth of Pennsylvania in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of the court's order in *In re Condemnation by Susquehanna Area Reg'l Airport Auth.*, No. 2005-CV-1282-CN (Pa. C.P. Dauphin Cnty. Aug. 14, 2006).

3. I declare under penalty of perjury that the foregoing is true and correct.

DECLARATION OF TRACY W. WERTZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO AMAZON'S MOTION TO DISMISS - 1
CASE NO. 2:23-cv-01495-JHC

PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530

Dated: February 6, 2024

Respectfully submitted,

*s/ Tracy W. Wertz*
TRACY W. WERTZ
PENNSYLVANIA OFFICE OF ATTORNEY GENERAL
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: twertz@attorneygeneral.gov

*Counsel for Plaintiff Commonwealth of Pennsylvania*

DECLARATION OF TRACY W. WERTZ IN SUPPORT
OF PLAINTIFFS' OPPOSITION TO AMAZON'S
MOTION TO DISMISS
CASE NO. 2:23-cv-01495-JHC

**PENNSYLVANIA OFFICE OF THE
ATTORNEY GENERAL**
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530