# EXHIBIT A

DECLARATION OF TRACY W. WERTZ IN SUPPORT
OF PLAINTIFFS' OPPOSITION TO AMAZON'S
MOTION TO DISMISS
CASE NO. 2:23-cv-01495-JHC

**PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL**
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530

Aug 15 2006 7:22AM  Daup' County                 71777 3455                    P.2

| | |
|---|---|
| IN RE: CONDEMNATION BY THE SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY OF LAND AND INTERESTS IN LAND OWNED BY STANFORD E. CRAMER IN LOWER SWATARA TOWNSHIP, DAUPHIN COUNTY, PENNSYLVANIA, FOR AIRPORT PURPOSES, | IN THE COURT OF COMMON PLEAS DAUPHIN COUNTY, PENNSYLVANIA<br><br>EMINENT DOMAIN PROCEEDINGS IN REM<br><br>NO. 2005-CV-1282 CN |
| COMMONWEALTH OF PENNSYLVANIA BY THOMAS CORBETT, JR., ATTORNEY GENERAL,<br><br>     Intervenor/Petitioner<br><br>     v.<br><br>SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY,<br><br>     Respondent | |

## ORDER

AND NOW, to wit, this, 14th day of August, 2006, after hearing in the matter of the Attorney General's Petition to Intervene and Petition to File Complaint, the Court makes the following conclusions and rulings:

1. There exists at Common Law a cause of action sounding in Anti-Trust as elaborated by the Pennsylvania Supreme Court in <u>Schwartz v. Laundry & Linen Supply Drivers' Union, Local 187</u>, 339 Pa. 353, 14 A.2d 438 (Pa. 1940).

EXHIBIT B

2.  If the Commonwealth wishes to proceed against SARAA under the aforementioned Common Law cause of action, it (Commonwealth) must file under a separate docket.

3.  After the Commonwealth has filed its Complaint, at the appropriate procedural time, the Commonwealth may file a Motion seeking Consolidation, in whole or in part, with the above captioned case.

BY THE COURT:

_____
Lawrence F. Clark, Jr., Judge

Distribution:
James A. Donahue, III, Esquire, Chief Deputy Attorney General,
    Jennifer A. Thomson, Esquire, Deputy Attorney General,
    Joseph S. Betsko, Esquire, Deputy Attorney General, Office
    of Attorney General, Antitrust Section, 14th Floor,
    Strawberry Square, Harrisburg, PA 17120

Charles B. Zwally, Esquire, Mette, Evans & Woodside, PC, 3401
    North Front Street, P.O. Box 5950, Harrisburg, PA 17110

Jack F. Hurley, Jr., Esquire, Timothy J. Nieman, Esquire, Rhoads
    & Sinon, LLP, One South Market Square, 12th Floor, P.O. Box
    1146, Harrisburg, PA 17108

The Honorable Richard B. Wickersham, Esquire, Special Master,
    682 Saint John's Drive, Camp Hill, PA 17011-1337

FILE