AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

FEDERAL TRADE COMMISSION, et al. )
*Plaintiff* )
v. ) Case No. 2:23-cv-01495
Amazon.com, Inc. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 02/12/2024

s/ Kenneth H. Merber
*Attorney's signature*

Kenneth H. Merber (DC – 985703)
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
*Address*

kmerber@ftc.gov
*E-mail address*

(202) 326-3551
*Telephone number*

(202) 326-2286
*FAX number*