THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> **DECLARATION OF EMILY K. BOLLES IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING NUMBER OF DEPOSITIONS** |

I, Emily K. Bolles, declare as follows:

    1.    I am an Attorney in the Federal Trade Commission's ("FTC") Bureau of Competition, and I represent the FTC in the above-captioned action. I am over eighteen years of age and am competent to testify to the matters set forth in this declaration. I make the following statements based on my personal knowledge.

    2.    Attached as **Exhibit A** is a true and correct copy of Amazon's Initial Disclosures as served on Plaintiffs on November 22, 2023.

    3.    Attached as **Exhibit B** is a true and correct copy of an excerpt from the January 12, 2024 Joint Case Management Statement in *People of the State of California v. Amazon.com, Inc.*, Case No. CGC-22-601826 (Cal. Super. Ct.).

DECLARATION OF EMILY K. BOLLES IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING NUMBER OF DEPOSITIONS
No. 2:23-cv-01495 - 1

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1      I declare under penalty of perjury that the foregoing is true and correct.

2      Executed on February 16, 2024, in Washington, DC.

3                                      *s/ Emily K. Bolles*
                                         Emily K. Bolles

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DECLARATION OF EMILY K. BOLLES IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING NUMBER OF DEPOSITIONS
No. 2:23-cv-01495 - 2

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222