THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC<br><br>**[PROPOSED] BIFURCATION ORDER** |

Plaintiffs have moved to bifurcate the proceedings to conduct separate proceedings on liability and, if necessary, remedy.

Rule 42(b) of the Federal Rules of Civil Procedure authorizes a court to conduct separate proceedings on separate issues "[f]or convenience, to avoid prejudice, or to expedite and economize." Having duly considered Plaintiffs' motion and Amazon's opposition, the Court finds that holding separate proceedings on liability and remedies will be more convenient for the Court and the Parties and will expedite and economize this litigation.

IT IS THEREFORE ORDERED:

1. The bench trial identified in the Case Scheduling Order (Dkt. #159) will address only Amazon's liability under the FTC Act, Sherman Act, and the state laws implicated by Plaintiffs' Complaint.

[PROPOSED] BIFURCATION ORDER - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

2. If the Court renders a decision finding Amazon liable, the Court will schedule a conference to address how to proceed on remedies.

3. Nothing in this Order shall (a) alter the Parties' respective abilities to offer evidence relevant to Amazon's liability at trial nor alter the burden of proof, persuasion, or production to establish each and every element of liability, justifications, or defenses, or (b) limit the scope of fact discovery in this case.

Dated this ___ day of _____, 2024

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

[PROPOSED] BIFURCATION ORDER - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Presented by:

*s/ Susan A. Musser*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
SARA M. DIVETT (DC Bar # 1736504)
COLIN M. HERD (NY Reg. # 5665740)
JAKE WALTER-WARNER (NY Reg. # 5396668)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
       etakashima@ftc.gov
       sdivett@ftc.gov
       cherd@ftc.gov
       jwalterwarner@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Rahul A. Darwar*
Rahul A. Darwar (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Rahul.Darwar@ct.gov
*Counsel for Plaintiff State of Connecticut*

*s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

*s/ Caleb J. Smith*
Caleb J. Smith (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2230
Email: caleb.smith@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

[PROPOSED] BIFURCATION ORDER - 3
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| *s/ Jennifer A. Thomson* | *s/ Michael Mackenzie* |
| Jennifer A. Thomson (admitted *pro hac vice*) | Michael Mackenzie (admitted *pro hac vice*) |
| Senior Deputy Attorney General | Deputy Chief, Antitrust Division |
| Pennsylvania Office of Attorney General | Office of the Massachusetts Attorney General |
| Strawberry Square, 14th Floor | One Ashburton Place, 18th Floor |
| Harrisburg, PA 17120 | Boston, MA 02108 |
| Telephone: (717) 787-4530 | Telephone: (617) 963-2369 |
| Email: jthomson@attorneygeneral.gov | Email: michael.mackenzie@mass.gov |
| *Counsel for Plaintiff Commonwealth of Pennsylvania* | *Counsel for Plaintiff Commonwealth of Massachusetts* |
| | |
| *s/ Michael A. Undorf* | *s/ Scott A. Mertens* |
| Michael A. Undorf (admitted *pro hac vice*) | Scott A. Mertens (admitted *pro hac vice*) |
| Deputy Attorney General | Assistant Attorney General |
| Delaware Department of Justice | Michigan Department of Attorney General |
| 820 N. French St., 5th Floor | 525 West Ottawa Street |
| Wilmington, DE 19801 | Lansing, MI 48933 |
| Telephone: (302) 683-8816 | Telephone: (517) 335-7622 |
| Email: michael.undorf@delaware.gov | Email: MertensS@michigan.gov |
| *Counsel for Plaintiff State of Delaware* | *Counsel for Plaintiff State of Michigan* |
| | |
| *s/ Christina M. Moylan* | *s/ Zach Biesanz* |
| Christina M. Moylan (admitted *pro hac vice*) | Zach Biesanz (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Enforcement Counsel |
| Chief, Consumer Protection Division | Office of the Minnesota Attorney General |
| Office of the Maine Attorney General | 445 Minnesota Street, Suite 1400 |
| 6 State House Station | Saint Paul, MN 55101 |
| Augusta, ME 04333-0006 | Telephone: (651) 757-1257 |
| Telephone: (207) 626-8800 | Email: zach.biesanz@ag.state.mn.us |
| Email: christina.moylan@maine.gov | *Counsel for Plaintiff State of Minnesota* |
| *Counsel for Plaintiff State of Maine* | |
| | *s/ Lucas J. Tucker* |
| *s/ Gary Honick* | Lucas J. Tucker (admitted *pro hac vice*) |
| Gary Honick (admitted *pro hac vice*) | Senior Deputy Attorney General |
| Assistant Attorney General | Office of the Nevada Attorney General |
| Deputy Chief, Antitrust Division | 100 N. Carson St. |
| Office of the Maryland Attorney General | Carson City, NV 89701 |
| 200 St. Paul Place | Telephone: (775) 684-1100 |
| Baltimore, MD 21202 | Email: LTucker@ag.nv.gov |
| Telephone: (410) 576-6474 | *Counsel for Plaintiff State of Nevada* |
| Email: Ghonick@oag.state.md.us | |
| *Counsel for Plaintiff State of Maryland* | |

[PROPOSED] BIFURCATION ORDER - 4
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| *s/ Ana Atta Alla* | *s/ Stephen N. Provazza* |
| Ana Atta-Alla (admitted *pro hac vice*) | Stephen N. Provazza (admitted *pro hac vice*) |
| Deputy Attorney General | Special Assistant Attorney General |
| New Jersey Office of the Attorney General | Chief, Consumer and Economic Justice Unit |
| 124 Halsey Street, 5th Floor | Department of the Attorney General |
| Newark, NJ 07101 | 150 South Main Street |
| Telephone: (973) 648-3070 | Providence, RI 02903 |
| Email: Ana.Atta-Alla@law.njoag.gov | Telephone: (401) 274-4400 |
| *Counsel for Plaintiff State of New Jersey* | Email: sprovazza@riag.ri.gov |
| | *Counsel for Plaintiff State of Rhode Island* |
| *s/ Jeffrey Herrera* | |
| Jeffrey Herrera (admitted *pro hac vice*) | *s/ Gwendolyn J. Cooley* |
| Assistant Attorney General | Gwendolyn J. Cooley (admitted *pro hac vice*) |
| New Mexico Office of the Attorney General | Assistant Attorney General |
| 408 Galisteo St. | Wisconsin Department of Justice |
| Santa Fe, NM 87501 | Post Office Box 7857 |
| Telephone: (505) 490-4878 | Madison, WI 53707-7857 |
| Email: jherrera@nmag.gov | Telephone: (608) 261-5810 |
| *Counsel for Plaintiff State of New Mexico* | Email: cooleygj@doj.state.wi.us |
| | *Counsel for Plaintiff State of Wisconsin* |
| *s/ Timothy D. Smith* | |
| Timothy D. Smith, WSBA No. 44583 | |
| Senior Assistant Attorney General | |
| Antitrust and False Claims Unit | |
| Oregon Department of Justice | |
| 100 SW Market St | |
| Portland, OR 97201 | |
| Telephone: (503) 934-4400 | |
| Email: tim.smith@doj.state.or.us | |
| *Counsel for Plaintiff State of Oregon* | |

[PROPOSED] BIFURCATION ORDER - 5
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222