THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

Case No. 2:23-cv-01495-JHC

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO BIFURCATE**

This matter comes before the Court on Plaintiffs' Motion to Bifurcate, Dkt. #167. The Court, having considered Plaintiffs' Motion, Amazon's Brief in Opposition, and all other papers submitted in connection with the Motion, and for compelling reasons shown, DENIES the Motion.

IT IS THEREFORE ORDERED:

(1) The bench trial identified in the Case Scheduling Order (Dkt. #159) will address liability and remedies for all claims in the Complaint that survive to trial; and

(2) Plaintiffs shall disclose with reasonable particularity to Amazon all remedies they are considering proposing within 30 days of this Order.

DATED this ____ day of _____, 2024.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DENYING PLAINTIFFS'
MOTION TO BIFURCATE - 1
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1  *Presented by:*

2  **MORGAN, LEWIS & BOCKIUS LLP**

3
4  By: *s/ Patty A. Eakes*
   Patty A. Eakes, WSBA #18888
   Molly A. Terwilliger, WSBA #28449
5  1301 Second Avenue, Suite 3000
   Seattle, WA 98101
6  Phone: (206) 274-6400
   Email:   patty.eakes@morganlewis.com
7            molly.terwilliger@morganlewis.com

8  **WILLIAMS & CONNOLLY LLP**

9
   By: *s/ Kevin M. Hodges*
10 Heidi K. Hubbard (*pro hac vice*)
   John E. Schmidtlein (*pro hac vice*)
11 Kevin M. Hodges (*pro hac vice*)
   Jonathan B. Pitt (*pro hac vice*)
12 Carl R. Metz (*pro hac vice*)
   Carol J. Pruski (*pro hac vice*)
13 Constance T. Forkner (*pro hac vice*)
   680 Maine Avenue SW
14 Washington, DC 20024
   Phone: (202) 434-5000
15 Email:   hhubbard@wc.com
            jschmidtlein@wc.com
16          khodges@wc.com
            jpitt@wc.com
17          cmetz@wc.com
            cpruski@wc.com
18          cforkner@wc.com

19
   **COVINGTON & BURLING LLP**
20
   Thomas O. Barnett (*pro hac vice*)
21 One CityCenter
   850 Tenth Street, NW
22 Washington, DC 20001-4956
   Phone: (202) 662-5407
23 Email:   tbarnett@cov.com

24
   *Attorneys for Defendant Amazon.com, Inc.*
25

26

[PROPOSED] ORDER DENYING PLAINTIFFS'
MOTION TO BIFURCATE - 2
(Case No. 2:23-cv-01495-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401