THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

CASE NO.: 2:23-cv-01495-JHC

**STIPULATED MOTION AND [PROPOSED] ORDER TO SEAL PORTIONS OF THE AMENDED COMPLAINT**

NOTE ON MOTION CALENDAR:
Thursday, March 14, 2024

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below, sealing portions of Plaintiffs' Amended Complaint.

In support of this request, the parties represent the following to the Court:

1. On February 13, 2024, the Court issued a Case Scheduling Order setting March 14, 2024 as the deadline to join additional parties. Dkt. #159.

2. Pursuant to that Order, Plaintiffs are filing an Amended Complaint that joins as plaintiffs the Commonwealth of Puerto Rico and the State of Vermont. The only changes in the Amended Complaint relate to this joinder.

STIPULATED MOTION AND [PROPOSED] ORDER TO SEAL PORTIONS OF THE AMENDED COMPLAINT - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

3. The Court previously entered two orders sealing portions of the Complaint. Dkts. #108, 120.

4. The Amended Complaint includes information the Court previously ordered to be sealed. *Id.* That information is highlighted in the Amended Complaint.

5. Plaintiffs are filing a public version of the Amended Complaint redacting only the information the Court previously ordered to be sealed. *Id.*

6. Pursuant to Local Civil Rule 5(g)(3)(A), the undersigned counsel certify that they met and conferred to reach the agreement described in this Stipulated Motion. The following attorneys conferred by telephone on March 14, 2024: Edward H. Takashima and Kara King for the FTC and Constance T. Forkner for Amazon.

7. The parties stipulate as follows, subject to Court approval, and jointly request that the Court enter the following Order approving this Stipulation:

   a. The highlighted portions of the Amended Complaint shall be sealed.

Stipulated to and respectfully submitted this 14th day of March, 2024, by:

*s/ Edward H. Takashima*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
DANIELLE C. QUINN (NY Reg. # 5408943)
KARA KING (DC BAR # 90004509)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email:  smusser@ftc.gov
        etakashima@ftc.gov
        dquinn@ftc.gov
        kking@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED] ORDER TO SEAL PORTIONS OF THE AMENDED COMPLAINT - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Rahul A. Darwar*
Rahul A. Darwar (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Rahul.Darwar@ct.gov
*Counsel for Plaintiff State of Connecticut*

*s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

*s/ Caleb J. Smith*
Caleb J. Smith (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2230
Email: caleb.smith@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

*s/ Gary Honick*
Gary Honick (admitted *pro hac vice*)
Assistant Attorney General
Deputy Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6474
Email: Ghonick@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

STIPULATED MOTION AND [PROPOSED] ORDER TO SEAL PORTIONS OF THE AMENDED COMPLAINT - 3
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| *s/ Michael Mackenzie* | *s/ Ana Atta-Alla* |
| Michael Mackenzie (admitted *pro hac vice*) | Ana Atta-Alla (admitted *pro hac vice*) |
| Deputy Chief, Antitrust Division | Deputy Attorney General |
| Office of the Massachusetts Attorney General | New Jersey Office of the Attorney General |
| One Ashburton Place, 18th Floor | 124 Halsey Street, 5th Floor |
| Boston, MA 02108 | Newark, NJ 07101 |
| Telephone: (617) 963-2369 | Telephone: (973) 648-3070 |
| Email: michael.mackenzie@mass.gov | Email: Ana.Atta-Alla@law.njoag.gov |
| *Counsel for Plaintiff Commonwealth of Massachusetts* | *Counsel for Plaintiff State of New Jersey* |
| | |
| *s/ Scott A. Mertens* | *s/ Jeffrey Herrera* |
| Scott A. Mertens (admitted *pro hac vice*) | Jeffrey Herrera (admitted *pro hac vice*) |
| Assistant Attorney General | Assistant Attorney General |
| Michigan Department of Attorney General | New Mexico Office of the Attorney General |
| 525 West Ottawa Street | 408 Galisteo St. |
| Lansing, MI 48933 | Santa Fe, NM 87501 |
| Telephone: (517) 335-7622 | Telephone: (505) 490-4878 |
| Email: MertensS@michigan.gov | Email: jherrera@nmag.gov |
| *Counsel for Plaintiff State of Michigan* | *Counsel for Plaintiff State of New Mexico* |
| | |
| *s/ Zach Biesanz* | *s/ Timothy D. Smith* |
| Zach Biesanz (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Senior Enforcement Counsel | Senior Assistant Attorney General |
| Office of the Minnesota Attorney General | Antitrust and False Claims Unit |
| 445 Minnesota Street, Suite 1400 | Oregon Department of Justice |
| Saint Paul, MN 55101 | 100 SW Market St |
| Telephone: (651) 757-1257 | Portland, OR 97201 |
| Email: zach.biesanz@ag.state.mn.us | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of Minnesota* | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of Oregon* |
| *s/ Lucas J. Tucker* | |
| Lucas J. Tucker (admitted *pro hac vice*) | *s/ Zulma Carrasquillo-Almena* |
| Senior Deputy Attorney General | Zulma Carrasquillo (*pro hac vice* forthcoming) |
| Office of the Nevada Attorney General | Assistant Attorney General |
| 100 N. Carson St. | Antitrust Division |
| Carson City, NV 89701 | Puerto Rico Department of Justice |
| Telephone: (775) 684-1100 | P.O. Box 9020192 |
| Email: LTucker@ag.nv.gov | San Juan, Puerto Rico 00901-0192 |
| *Counsel for Plaintiff State of Nevada* | Telephone: (787) 721-2900 |
| | Email: zcarrasquillo@justicia.pr.gov |
| | *Counsel for Plaintiff Commonwealth of Puerto Rico* |

STIPULATED MOTION AND [PROPOSED] ORDER TO SEAL PORTIONS OF THE AMENDED COMPLAINT - 4
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| 1 | *s/ Stephen N. Provazza* |
|   | Stephen N. Provazza (admitted *pro hac vice*) |
| 2 | Special Assistant Attorney General |
|   | Chief, Consumer and Economic Justice Unit |
| 3 | Department of the Attorney General |
|   | 150 South Main Street |
| 4 | Providence, RI 02903 |
|   | Telephone: (401) 274-4400 |
| 5 | Email: sprovazza@riag.ri.gov |
|   | *Counsel for Plaintiff State of Rhode Island* |
| 6 | |
|   | *s/ Sarah L. J. Aceves* |
| 7 | Sara L. J. Aceves (*pro hac vice* forthcoming) |
|   | Assistant Attorney General |
| 8 | Vermont Attorney General's Office |
|   | 109 State Street |
| 9 | Montpelier, VT 05609 |
|   | Telephone: (802) 828-3170 |
| 10 | Email: sarah.aceves@vermont.gov |
|   | *Counsel for Plaintiff State of Vermont* |
| 11 | |
|   | *s/ Gwendolyn J. Cooley* |
| 12 | Gwendolyn J. Cooley (admitted *pro hac vice*) |
|   | Assistant Attorney General |
| 13 | Wisconsin Department of Justice |
|   | Post Office Box 7857 |
| 14 | Madison, WI 53707-7857 |
|   | Telephone: (608) 261-5810 |
| 15 | Email: cooleygj@doj.state.wi.us |
|   | *Counsel for Plaintiff State of Wisconsin* |

STIPULATED MOTION AND [PROPOSED] ORDER TO SEAL PORTIONS OF THE AMENDED COMPLAINT - 5
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
        molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (pro hac vice)
John E. Schmidtlein (pro hac vice)
Kevin M. Hodges (pro hac vice)
Jonathan B. Pitt (pro hac vice)
Carl R. Metz (pro hac vice)
Carol J. Pruski (pro hac vice)
Constance T. Forkner (pro hac vice)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
        khodges@wc.com
        jpitt@wc.com
        cmetz@wc.com
        cpruski@wc.com
        cforkner@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (pro hac vice)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND [PROPOSED]
ORDER TO SEAL PORTIONS OF THE
AMENDED COMPLAINT - 6
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

[PROPOSED] ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Edward H. Takashima*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
DANIELLE C. QUINN (NY Reg. # 5408943)
KARA KING (DC Bar # 90004509)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.: (202) 326-2122 (Musser)
(202) 326-2464 (Takashima)
Email: smusser@ftc.gov
        etakashima@ftc.gov
        dquinn@ftc.gov
        kking@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED] ORDER TO SEAL PORTIONS OF THE AMENDED COMPLAINT - 7
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222