# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | **CASE NO.: 2:23-cv-01495-JHC** <br><br> **STIPULATED MOTION AND ORDER TO SEAL PORTIONS OF THE AMENDED COMPLAINT** <br><br> NOTE ON MOTION CALENDAR: <br> Thursday, March 14, 2024 |

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below, sealing portions of Plaintiffs' Amended Complaint.

In support of this request, the parties represent the following to the Court:

1. On February 13, 2024, the Court issued a Case Scheduling Order setting March 14, 2024 as the deadline to join additional parties. Dkt. #159.

2. Pursuant to that Order, Plaintiffs are filing an Amended Complaint that joins as plaintiffs the Commonwealth of Puerto Rico and the State of Vermont. The only changes in the Amended Complaint relate to this joinder.

3. The Court previously entered two orders sealing portions of the Complaint. Dkts. #108, 120.

4. The Amended Complaint includes information the Court previously ordered to be sealed. *Id.* That information is highlighted in the Amended Complaint.

5. Plaintiffs are filing a public version of the Amended Complaint redacting only the information the Court previously ordered to be sealed. *Id.*

6. Pursuant to Local Civil Rule 5(g)(3)(A), the undersigned counsel certify that they met and conferred to reach the agreement described in this Stipulated Motion. The following attorneys conferred by telephone on March 14, 2024: Edward H. Takashima and Kara King for the FTC and Constance T. Forkner for Amazon.

7. The parties stipulate as follows, subject to Court approval, and jointly request that the Court enter the following Order approving this Stipulation:

   a. The highlighted portions of the Amended Complaint shall be sealed.

Stipulated to and respectfully submitted this 14th day of March, 2024, by:

*s/ Edward H. Takashima*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
DANIELLE C. QUINN (NY Reg. # 5408943)
KARA KING (DC BAR # 90004509)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:  (202) 326-2122 (Musser)
       (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
       etakashima@ftc.gov
       dquinn@ftc.gov
       kking@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND
ORDER TO SEAL PORTIONS OF THE
AMENDED COMPLAINT - 2
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| *s/ Michael Jo* | *s/ Jennifer A. Thomson* |
| Michael Jo (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| Assistant Attorney General, Antitrust Bureau | Senior Deputy Attorney General |
| New York State Office of the Attorney General | Pennsylvania Office of Attorney General |
| 28 Liberty Street | Strawberry Square, 14th Floor |
| New York, NY 10005 | Harrisburg, PA 17120 |
| Telephone: (212) 416-6537 | Telephone: (717) 787-4530 |
| Email: Michael.Jo@ag.ny.gov | Email: jthomson@attorneygeneral.gov |
| *Counsel for Plaintiff State of New York* | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| | |
| *s/ Rahul A. Darwar* | *s/ Michael A. Undorf* |
| Rahul A. Darwar (admitted *pro hac vice*) | Michael A. Undorf (admitted *pro hac vice*) |
| Assistant Attorney General | Deputy Attorney General |
| Office of the Attorney General of Connecticut | Delaware Department of Justice |
| 165 Capitol Avenue | 820 N. French St., 5th Floor |
| Hartford, CT 06016 | Wilmington, DE 19801 |
| Telephone: (860) 808-5030 | Telephone: (302) 683-8816 |
| Email: Rahul.Darwar@ct.gov | Email: michael.undorf@delaware.gov |
| *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff State of Delaware* |
| | |
| *s/ Alexandra C. Sosnowski* | *s/ Christina M. Moylan* |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | Christina M. Moylan (admitted *pro hac vice*) |
| Assistant Attorney General | Assistant Attorney General |
| Consumer Protection and Antitrust Bureau | Chief, Consumer Protection Division |
| New Hampshire Department of Justice | Office of the Maine Attorney General |
| Office of the Attorney General | 6 State House Station |
| One Granite Place South | Augusta, ME 04333-0006 |
| Concord, NH 03301 | Telephone: (207) 626-8800 |
| Telephone: (603) 271-2678 | Email: christina.moylan@maine.gov |
| Email: Alexandra.c.sosnowski@doj.nh.gov | *Counsel for Plaintiff State of Maine* |
| *Counsel for Plaintiff State of New Hampshire* | |
| | *s/ Gary Honick* |
| *s/ Caleb J. Smith* | Gary Honick (admitted *pro hac vice*) |
| Caleb J. Smith (admitted *pro hac vice*) | Assistant Attorney General |
| Assistant Attorney General | Deputy Chief, Antitrust Division |
| Consumer Protection Unit | Office of the Maryland Attorney General |
| Office of the Oklahoma Attorney General | 200 St. Paul Place |
| 15 West 6th Street, Suite 1000 | Baltimore, MD 21202 |
| Tulsa, OK 74119 | Telephone: (410) 576-6474 |
| Telephone: (918) 581-2230 | Email: Ghonick@oag.state.md.us |
| Email: caleb.smith@oag.ok.gov | *Counsel for Plaintiff State of Maryland* |
| *Counsel for Plaintiff State of Oklahoma* | |

STIPULATED MOTION AND
ORDER TO SEAL PORTIONS OF THE
AMENDED COMPLAINT - 3
CASE NO. 2:23-cv-01495-JHC


| | |
|---|---|
| s/ Michael Mackenzie<br>Michael Mackenzie (admitted *pro hac vice*)<br>Deputy Chief, Antitrust Division<br>Office of the Massachusetts Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Telephone: (617) 963-2369<br>Email: michael.mackenzie@mass.gov<br>*Counsel for Plaintiff Commonwealth of Massachusetts* | s/ Ana Atta-Alla<br>Ana Atta-Alla (admitted *pro hac vice*)<br>Deputy Attorney General<br>New Jersey Office of the Attorney General<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Telephone: (973) 648-3070<br>Email: Ana.Atta-Alla@law.njoag.gov<br>*Counsel for Plaintiff State of New Jersey* |
| s/ Scott A. Mertens<br>Scott A. Mertens (admitted *pro hac vice*)<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>525 West Ottawa Street<br>Lansing, MI 48933<br>Telephone: (517) 335-7622<br>Email: MertensS@michigan.gov<br>*Counsel for Plaintiff State of Michigan* | s/ Jeffrey Herrera<br>Jeffrey Herrera (admitted *pro hac vice*)<br>Assistant Attorney General<br>New Mexico Office of the Attorney General<br>408 Galisteo St.<br>Santa Fe, NM 87501<br>Telephone: (505) 490-4878<br>Email: jherrera@nmag.gov<br>*Counsel for Plaintiff State of New Mexico* |
| s/ Zach Biesanz<br>Zach Biesanz (admitted *pro hac vice*)<br>Senior Enforcement Counsel<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>Saint Paul, MN 55101<br>Telephone: (651) 757-1257<br>Email: zach.biesanz@ag.state.mn.us<br>*Counsel for Plaintiff State of Minnesota* | s/ Timothy D. Smith<br>Timothy D. Smith, WSBA No. 44583<br>Senior Assistant Attorney General<br>Antitrust and False Claims Unit<br>Oregon Department of Justice<br>100 SW Market St<br>Portland, OR 97201<br>Telephone: (503) 934-4400<br>Email: tim.smith@doj.state.or.us<br>*Counsel for Plaintiff State of Oregon* |
| s/ Lucas J. Tucker<br>Lucas J. Tucker (admitted *pro hac vice*)<br>Senior Deputy Attorney General<br>Office of the Nevada Attorney General<br>100 N. Carson St.<br>Carson City, NV 89701<br>Telephone: (775) 684-1100<br>Email: LTucker@ag.nv.gov<br>*Counsel for Plaintiff State of Nevada* | s/ Zulma Carrasquillo-Almena<br>Zulma Carrasquillo (*pro hac vice* forthcoming)<br>Assistant Attorney General<br>Antitrust Division<br>Puerto Rico Department of Justice<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00901-0192<br>Telephone: (787) 721-2900<br>Email: zcarrasquillo@justicia.pr.gov<br>*Counsel for Plaintiff Commonwealth of Puerto Rico* |

STIPULATED MOTION AND
ORDER TO SEAL PORTIONS OF THE
AMENDED COMPLAINT - 4
CASE NO. 2:23-cv-01495-JHC

*s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L. J. Aceves*
Sara L. J. Aceves (*pro hac vice* forthcoming)
Assistant Attorney General
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: sarah.aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

*s/ Gwendolyn J. Cooley*
Gwendolyn J. Cooley (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 261-5810
Email: cooleygj@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*

STIPULATED MOTION AND
ORDER TO SEAL PORTIONS OF THE
AMENDED COMPLAINT - 5
CASE NO. 2:23-cv-01495-JHC

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
　　　　molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (pro hac vice)
John E. Schmidtlein (pro hac vice)
Kevin M. Hodges (pro hac vice)
Jonathan B. Pitt (pro hac vice)
Carl R. Metz (pro hac vice)
Carol J. Pruski (pro hac vice)
Constance T. Forkner (pro hac vice)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
　　　　khodges@wc.com
　　　　jpitt@wc.com
　　　　cmetz@wc.com
　　　　cpruski@wc.com
　　　　cforkner@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (pro hac vice)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND
ORDER TO SEAL PORTIONS OF THE
AMENDED COMPLAINT - 6
CASE NO. 2:23-cv-01495-JHC

**ORDER**

IT IS SO ORDERED.

DATED this 15th day of March, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE