UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | **CASE NO.: 2:23-cv-01495-JHC**<br><br>**STIPULATED MOTION AND SCHEDULING ORDER ON AMAZON'S MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>Monday, March 18, 2024 |

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below regarding the briefing schedule for Amazon's motion to dismiss Plaintiff's Amended Complaint.

In support of this request, the parties represent the following to the Court:

1. On October 23, 2023, the Court issued an Order setting the following deadlines for Amazon's response to the Complaint and related briefing:

    a. Defendant's answer or motion to dismiss (noted for March 22, 2024): December 8, 2023.

STIPULATED MOTION AND
SCHEDULING ORDER ON
AMAZON'S MOTION TO DISMISS THE
AMENDED COMPLAINT - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

      b.      Plaintiffs' response to any motion to dismiss: February 6, 2024.

      c.      Defendant's reply: March 22, 2024.  Dkt. #78.

2. On December 8, 2023, Amazon filed a motion to dismiss the Complaint. Dkt. #127.

3. On February 6, 2024, Plaintiffs filed an opposition to Amazon's motion to dismiss the Complaint. Dkt. #149.

4. On February 13, 2024, the Court issued a Case Scheduling Order setting March 14, 2024 as the deadline to join additional parties. Dkt. #159.

5. Pursuant to the Case Scheduling Order, Plaintiffs filed an Amended Complaint on March 14, 2024, that joined as plaintiffs the Commonwealth of Puerto Rico and the State of Vermont. Dkt. #170. The only changes in the Amended Complaint relate to this joinder.

6. Puerto Rico and Vermont are asserting the same claims against Amazon under Section 2 of the Sherman Act, 15 U.S.C. § 2, that were previously pleaded in Plaintiffs' initial Complaint by other Plaintiff States. *Id.*, Counts V and VI. Puerto Rico and Vermont are not asserting any new claims.

7. The parties stipulate as follows, subject to Court approval, and jointly request that the Court enter the following Order approving this Stipulation:

      a.      Amazon's motion to dismiss the Complaint, Dkt. #127, shall be deemed to be Amazon's motion to dismiss the Amended Complaint.

      b.      Plaintiffs' opposition to Amazon's motion to dismiss the Complaint, Dkt. #149, shall be deemed to be Plaintiffs' opposition to Amazon's motion to dismiss the Amended Complaint.

STIPULATED MOTION AND
SCHEDULING ORDER ON
AMAZON'S MOTION TO DISMISS THE
AMENDED COMPLAINT - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

      c.      Amazon's reply in support of its motion to dismiss the Complaint, to be filed no later than March 22, 2024, shall be deemed to be Amazon's reply in support of its motion to dismiss the Amended Complaint.

      d.      The inclusion of two additional parties changes the paragraph numbering from the original Complaint to the Amended Complaint. For ease of reference, all citations to paragraphs of the Complaint in the memoranda identified in paragraphs 7a to 7c, will be written as citations to the applicable paragraphs in the original Complaint.

Stipulated to and respectfully submitted this 18th day of March, 2024, by

*s/ Edward H. Takashima*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
DANIELLE C. QUINN (NY Reg. # 5408943)
KARA KING (DC BAR # 90004509)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:  (202) 326-2122 (Musser)
       (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
       etakashima@ftc.gov
       dquinn@ftc.gov
       kking@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND SCHEDULING ORDER ON AMAZON'S MOTION TO DISMISS THE AMENDED COMPLAINT - 3
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| *s/ Michael Jo* | *s/ Jennifer A. Thomson* |
| Michael Jo (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| Assistant Attorney General, Antitrust Bureau | Senior Deputy Attorney General |
| New York State Office of the Attorney General | Pennsylvania Office of Attorney General |
| 28 Liberty Street | Strawberry Square, 14th Floor |
| New York, NY 10005 | Harrisburg, PA 17120 |
| Telephone: (212) 416-6537 | Telephone: (717) 787-4530 |
| Email: Michael.Jo@ag.ny.gov | Email: jthomson@attorneygeneral.gov |
| *Counsel for Plaintiff State of New York* | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| | |
| *s/ Rahul A. Darwar* | *s/ Michael A. Undorf* |
| Rahul A. Darwar (admitted *pro hac vice*) | Michael A. Undorf (admitted *pro hac vice*) |
| Assistant Attorney General | Deputy Attorney General |
| Office of the Attorney General of Connecticut | Delaware Department of Justice |
| 165 Capitol Avenue | 820 N. French St., 5th Floor |
| Hartford, CT 06016 | Wilmington, DE 19801 |
| Telephone: (860) 808-5030 | Telephone: (302) 683-8816 |
| Email: Rahul.Darwar@ct.gov | Email: michael.undorf@delaware.gov |
| *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff State of Delaware* |
| | |
| *s/ Alexandra C. Sosnowski* | *s/ Christina M. Moylan* |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | Christina M. Moylan (admitted *pro hac vice*) |
| Assistant Attorney General | Assistant Attorney General |
| Consumer Protection and Antitrust Bureau | Chief, Consumer Protection Division |
| New Hampshire Department of Justice | Office of the Maine Attorney General |
| Office of the Attorney General | 6 State House Station |
| One Granite Place South | Augusta, ME 04333-0006 |
| Concord, NH 03301 | Telephone: (207) 626-8800 |
| Telephone: (603) 271-2678 | Email: christina.moylan@maine.gov |
| Email: Alexandra.c.sosnowski@doj.nh.gov | *Counsel for Plaintiff State of Maine* |
| *Counsel for Plaintiff State of New Hampshire* | |
| | *s/ Gary Honick* |
| *s/ Caleb J. Smith* | Gary Honick (admitted *pro hac vice*) |
| Caleb J. Smith (admitted *pro hac vice*) | Assistant Attorney General |
| Assistant Attorney General | Deputy Chief, Antitrust Division |
| Consumer Protection Unit | Office of the Maryland Attorney General |
| Office of the Oklahoma Attorney General | 200 St. Paul Place |
| 15 West 6th Street, Suite 1000 | Baltimore, MD 21202 |
| Tulsa, OK 74119 | Telephone: (410) 576-6474 |
| Telephone: (918) 581-2230 | Email: Ghonick@oag.state.md.us |
| Email: caleb.smith@oag.ok.gov | *Counsel for Plaintiff State of Maryland* |
| *Counsel for Plaintiff State of Oklahoma* | |

| | |
|---|---|
| STIPULATED MOTION AND SCHEDULING ORDER ON AMAZON'S MOTION TO DISMISS THE AMENDED COMPLAINT - 4 CASE NO. 2:23-cv-01495-JHC | **FEDERAL TRADE COMMISSION** 600 Pennsylvania Avenue, NW Washington, DC 20580 (202) 326-2222 |

| | | |
|---|---|---|
| 1 | *s/ Michael Mackenzie* | *s/ Ana Atta-Alla* |
| | Michael Mackenzie (admitted *pro hac vice*) | Ana Atta-Alla (admitted *pro hac vice*) |
| 2 | Deputy Chief, Antitrust Division | Deputy Attorney General |
| | Office of the Massachusetts Attorney General | New Jersey Office of the Attorney General |
| 3 | One Ashburton Place, 18th Floor | 124 Halsey Street, 5th Floor |
| | Boston, MA 02108 | Newark, NJ 07101 |
| 4 | Telephone: (617) 963-2369 | Telephone: (973) 648-3070 |
| | Email: michael.mackenzie@mass.gov | Email: Ana.Atta-Alla@law.njoag.gov |
| 5 | *Counsel for Plaintiff Commonwealth of Massachusetts* | *Counsel for Plaintiff State of New Jersey* |

s/ Scott A. Mertens
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

s/ Jeffrey Herrera
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

s/ Zach Biesanz
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

s/ Timothy D. Smith
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

s/ Lucas J. Tucker
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

s/ Zulma Carrasquillo-Almena
Zulma Carrasquillo (*pro hac vice* forthcoming)
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00901-0192
Telephone: (787) 721-2900
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

STIPULATED MOTION AND SCHEDULING ORDER ON AMAZON'S MOTION TO DISMISS THE AMENDED COMPLAINT - 5
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| 1 | <u>s/ Stephen N. Provazza</u> |
| | Stephen N. Provazza (admitted *pro hac vice*) |
| 2 | Special Assistant Attorney General |
| | Chief, Consumer and Economic Justice Unit |
| 3 | Department of the Attorney General |
| | 150 South Main Street |
| 4 | Providence, RI 02903 |
| | Telephone: (401) 274-4400 |
| 5 | Email: sprovazza@riag.ri.gov |
| | *Counsel for Plaintiff State of Rhode Island* |
| 6 | |
| | <u>s/ Sarah L. J. Aceves</u> |
| 7 | Sarah L. J. Aceves (*pro hac vice* forthcoming) |
| | Assistant Attorney General |
| 8 | Vermont Attorney General's Office |
| | 109 State Street |
| 9 | Montpelier, VT 05609 |
| | Telephone: (802) 828-3170 |
| 10 | Email: sarah.aceves@vermont.gov |
| | *Counsel for Plaintiff State of Vermont* |
| 11 | |
| | <u>s/ Gwendolyn J. Cooley</u> |
| 12 | Gwendolyn J. Cooley (admitted *pro hac vice*) |
| | Assistant Attorney General |
| 13 | Wisconsin Department of Justice |
| | Post Office Box 7857 |
| 14 | Madison, WI 53707-7857 |
| | Telephone: (608) 261-5810 |
| 15 | Email: cooleygj@doj.state.wi.us |
| | *Counsel for Plaintiff State of Wisconsin* |

STIPULATED MOTION AND
SCHEDULING ORDER ON
AMAZON'S MOTION TO DISMISS THE
AMENDED COMPLAINT - 6
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
    molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (pro hac vice)
John E. Schmidtlein (pro hac vice)
Kevin M. Hodges (pro hac vice)
Jonathan B. Pitt (pro hac vice)
Carl R. Metz (pro hac vice)
Carol J. Pruski (pro hac vice)
Constance T. Forkner (pro hac vice)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
    khodges@wc.com
    jpitt@wc.com
    cmetz@wc.com
    cpruski@wc.com
    cforkner@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (pro hac vice)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND SCHEDULING ORDER ON AMAZON'S MOTION TO DISMISS THE AMENDED COMPLAINT - 7
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**ORDER**

IT IS SO ORDERED.

DATED this 18th day of March, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
SCHEDULING ORDER ON
AMAZON'S MOTION TO DISMISS THE
AMENDED COMPLAINT - 8
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222