# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> ORDER RE: BIFURCATION |

Before the Court is Plaintiffs' Motion to Bifurcate. Dkt. # 167. The Court has considered the materials filed by the parties in support of an in opposition to the motion, the rest of the file, and the applicable law. Being fully advised, the Court DEFERS ruling on the motion until after it rules on Amazon's Motion to Dismiss, Dkt. # 127.

Dated this 18th day of March, 2024.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER RE: BIFURCATION - 1
CASE NO. 2:23-cv-01495-JHC