THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

CASE NO.: 2:23-cv-01495-JHC

**PLAINTIFFS' MOTION TO TEMPORARILY SEAL THE PROPOSED ORDER FOR PLAINTIFFS' MOTION TO ENTER AN ESI ORDER**

NOTE ON MOTION CALENDAR:
Friday, April 19, 2024

Pursuant to Local Civil Rule 5(g) and § 5.6 of the Protective Order (Dkt. #160), Plaintiffs respectfully move the Court to temporarily seal the Proposed Order for Plaintiffs' Motion to Enter an ESI Order. Plaintiffs are filing this motion only because Amazon maintains that portions of the Proposed Order should be sealed. Plaintiffs do not claim confidentiality with respect to any information that is the subject of this Motion.

Pursuant to Local Civil Rule 5(g)(3)(A), the undersigned counsel certify that they met and conferred with Amazon in an attempt to reach agreement on the need to file the Proposed Order for Plaintiffs' Motion to Enter an ESI Order under seal. Declaration of Christine Kennedy

PLAINTIFFS' MOTION TO TEMPORARILY SEAL
PROPOSED ORDER FOR PLAINTIFFS' MOTION
TO ENTER AN ESI ORDER - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

in Support of Plaintiffs' Motion to Temporarily Seal the Proposed Order for Plaintiffs' Motion to Enter an ESI Order ("Kennedy Decl.") at ¶¶ 2-3.  The parties were unable to reach an agreement. *Id.*

## **ARGUMENT**

Section 5.6 of the Protective Order requires any party filing information that has been designated as Protected Material by another party or non-party to "confer with the Designating Party, in accordance with Local Civil Rule 5(g)(3)(A), to determine whether the Designating Party will remove the designation, whether the document can be redacted, or whether a motion to seal or stipulation and proposed order is warranted." Protective Order § 5.6.  Plaintiffs have met and conferred with Amazon regarding the Proposed Order for Plaintiffs' Motion to Enter an ESI Order, and Amazon has taken the position that portions of it should be sealed.  Kennedy Decl. at ¶¶ 2-3.

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)).  Accordingly, when a court considers a request to seal, "a strong presumption in favor of access is the starting point." *Id.* at 1178 (internal quotation marks and citations omitted); *see also* W.D. Wash. LCR 5(g) ("There is a strong presumption of public access to the court's files.").  Courts apply a "good cause" standard when considering requests to seal materials in connection with non-dispositive motions. *Kamakana*, 447 F.3d at 1180.

Amazon asserts that portions of the Proposed Order for Plaintiffs' Motion to Enter an ESI Order are confidential, and contain sensitive, non-public information regarding Amazon's information technology systems.  Kennedy Decl. at ¶ 3.

PLAINTIFFS' MOTION TO TEMPORARILY SEAL
PROPOSED ORDER FOR PLAINTIFFS' MOTION
TO ENTER AN ESI ORDER - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Plaintiffs do not agree that any portions of the Proposed Order for Plaintiffs' Motion to Enter an ESI Order should be sealed, and are filing this motion solely based on Amazon's assertion of confidentiality. If entered, the Proposed Order would be a court order, and does not contain any information that would prejudice Amazon if publicly disclosed. If Amazon files a "specific statement" supporting its request to seal, as required by Local Civil Rule 5(g)(3)(B), Plaintiffs will address Amazon's claimed grounds for sealing in their reply brief.

## CONCLUSION

Pursuant to Local Civil Rule 5(g) and § 5.6 of the Protective Order (Dkt. #160), Plaintiffs respectfully request that the Court temporarily seal the Proposed Order for Plaintiffs' Motion to Enter an ESI Order until Amazon has had an opportunity to file the statement required by Local Civil Rule 5(g)(3)(B) and the Court has ruled on any request to permanently seal.

Dated: March 22, 2024

*I certify that this brief contains 552 words, in compliance with LCR 7(e)(4).*

Respectfully submitted,

*s/ Christine M. Kennedy*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
EMILY K. BOLLES (NY Reg. # 5408703)
EMMA DICK (IA Bar # 51155)
CHRISTINE M. KENNEDY (DC Bar # 1032904)
DANIELLE C. QUINN (NY Reg. # 5408943)
ERIC ZEPP (NY Reg. #5538491)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
         (202) 326-2464 (Takashima)
Email:  smusser@ftc.gov
         etakashima@ftc.gov
         ebolles@ftc.gov

PLAINTIFFS' MOTION TO TEMPORARILY SEAL
PROPOSED ORDER FOR PLAINTIFFS' MOTION
TO ENTER AN ESI ORDER - 3
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

edick@ftc.gov
ckennedy@ftc.gov
dquinn@ftc.gov
ezepp@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

| | |
|---|---|
| PLAINTIFFS' MOTION TO TEMPORARILY SEAL PROPOSED ORDER FOR PLAINTIFFS' MOTION TO ENTER AN ESI ORDER - 4<br>CASE NO. 2:23-cv-01495-JHC | **FEDERAL TRADE COMMISSION**<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(202) 326-2222 |

| | | |
|---|---|---|
| 1 | *s/ Michael Jo* | *s/ Jennifer A. Thomson* |
| | Michael Jo (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| 2 | Assistant Attorney General, Antitrust Bureau | Senior Deputy Attorney General |
| | New York State Office of the Attorney | Pennsylvania Office of Attorney General |
| 3 | General | Strawberry Square, 14th Floor |
| | 28 Liberty Street | Harrisburg, PA 17120 |
| 4 | New York, NY 10005 | Telephone: (717) 787-4530 |
| | Telephone: (212) 416-6537 | Email: jthomson@attorneygeneral.gov |
| 5 | Email: Michael.Jo@ag.ny.gov | *Counsel for Plaintiff Commonwealth of* |
| | *Counsel for Plaintiff State of New York* | *Pennsylvania* |
| 6 | | |
| | *s/ Rahul A. Darwar* | *s/ Michael A. Undorf* |
| 7 | Rahul A. Darwar (admitted *pro hac vice*) | Michael A. Undorf (admitted *pro hac vice*) |
| | Assistant Attorney General | Deputy Attorney General |
| 8 | Office of the Attorney General of Connecticut | Delaware Department of Justice |
| | 165 Capitol Avenue | 820 N. French St., 5th Floor |
| 9 | Hartford, CT 06016 | Wilmington, DE 19801 |
| | Telephone: (860) 808-5030 | Telephone: (302) 683-8816 |
| 10 | Email: Rahul.Darwar@ct.gov | Email: michael.undorf@delaware.gov |
| | *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff State of Delaware* |
| 11 | | |
| | *s/ Alexandra C. Sosnowski* | *s/ Christina M. Moylan* |
| 12 | Alexandra C. Sosnowski (admitted *pro hac vice*) | Christina M. Moylan (admitted *pro hac vice*) |
| 13 | Assistant Attorney General | Assistant Attorney General |
| | Consumer Protection and Antitrust Bureau | Chief, Consumer Protection Division |
| 14 | New Hampshire Department of Justice | Office of the Maine Attorney General |
| | Office of the Attorney General | 6 State House Station |
| 15 | One Granite Place South | Augusta, ME 04333-0006 |
| | Concord, NH 03301 | Telephone: (207) 626-8800 |
| 16 | Telephone: (603) 271-2678 | Email: christina.moylan@maine.gov |
| | Email: Alexandra.c.sosnowski@doj.nh.gov | *Counsel for Plaintiff State of Maine* |
| 17 | *Counsel for Plaintiff State of New Hampshire* | *s/ Gary Honick* |
| | | Gary Honick (admitted *pro hac vice*) |
| 18 | *s/ Caleb J. Smith* | Assistant Attorney General |
| | Caleb J. Smith (admitted *pro hac vice*) | Deputy Chief, Antitrust Division |
| 19 | Assistant Attorney General | Office of the Maryland Attorney General |
| | Consumer Protection Unit | 200 St. Paul Place |
| 20 | Office of the Oklahoma Attorney General | Baltimore, MD 21202 |
| | 15 West 6th Street, Suite 1000 | Telephone: (410) 576-6474 |
| 21 | Tulsa, OK 74119 | Email: Ghonick@oag.state.md.us |
| | Telephone: (918) 581-2230 | *Counsel for Plaintiff State of Maryland* |
| 22 | Email: caleb.smith@oag.ok.gov | |
| | *Counsel for Plaintiff State of Oklahoma* | |
| 23 | | |
| 24 | | |

| | |
|---|---|
| PLAINTIFFS' MOTION TO TEMPORARILY SEAL PROPOSED ORDER FOR PLAINTIFFS' MOTION TO ENTER AN ESI ORDER - 5 CASE NO. 2:23-cv-01495-JHC | **FEDERAL TRADE COMMISSION** 600 Pennsylvania Avenue, NW Washington, DC 20580 (202) 326-2222 |

| | |
|---|---|
| s/ Michael Mackenzie | s/ Ana Atta-Alla |
| Michael Mackenzie (admitted *pro hac vice*) | Ana Atta-Alla (admitted *pro hac vice*) |
| Deputy Chief, Antitrust Division | Deputy Attorney General |
| Office of the Massachusetts Attorney General | New Jersey Office of the Attorney General |
| One Ashburton Place, 18th Floor | 124 Halsey Street, 5th Floor |
| Boston, MA 02108 | Newark, NJ 07101 |
| Telephone: (617) 963-2369 | Telephone: (973) 648-3070 |
| Email: michael.mackenzie@mass.gov | Email: Ana.Atta-Alla@law.njoag.gov |
| *Counsel for Plaintiff Commonwealth of Massachusetts* | *Counsel for Plaintiff State of New Jersey* |
| | |
| s/ Scott A. Mertens | s/ Jeffrey Herrera |
| Scott A. Mertens (admitted *pro hac vice*) | Jeffrey Herrera (admitted *pro hac vice*) |
| Assistant Attorney General | Assistant Attorney General |
| Michigan Department of Attorney General | New Mexico Office of the Attorney General |
| 525 West Ottawa Street | 408 Galisteo St. |
| Lansing, MI 48933 | Santa Fe, NM 87501 |
| Telephone: (517) 335-7622 | Telephone: (505) 490-4878 |
| Email: MertensS@michigan.gov | Email: jherrera@nmag.gov |
| *Counsel for Plaintiff State of Michigan* | *Counsel for Plaintiff State of New Mexico* |
| | |
| s/ Zach Biesanz | s/ Timothy D. Smith |
| Zach Biesanz (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Senior Enforcement Counsel | Senior Assistant Attorney General |
| Office of the Minnesota Attorney General | Antitrust and False Claims Unit |
| 445 Minnesota Street, Suite 1400 | Oregon Department of Justice |
| Saint Paul, MN 55101 | 100 SW Market St |
| Telephone: (651) 757-1257 | Portland, OR 97201 |
| Email: zach.biesanz@ag.state.mn.us | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of Minnesota* | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of Oregon* |
| s/ Lucas J. Tucker | |
| Lucas J. Tucker (admitted *pro hac vice*) | s/ Zulma Carrasquillo-Almena |
| Senior Deputy Attorney General | Zulma Carrasquillo (*pro hac vice* forthcoming) |
| Office of the Nevada Attorney General | Assistant Attorney General |
| 100 N. Carson St. | Antitrust Division |
| Carson City, NV 89701 | Puerto Rico Department of Justice |
| Telephone: (775) 684-1100 | P.O. Box 9020192 |
| Email: LTucker@ag.nv.gov | San Juan, Puerto Rico 00901-0192 |
| *Counsel for Plaintiff State of Nevada* | Telephone: (787) 721-2900 |
| | Email: zcarrasquillo@justicia.pr.gov |
| | *Counsel for Plaintiff Commonwealth of Puerto Rico* |

PLAINTIFFS' MOTION TO TEMPORARILY SEAL  
PROPOSED ORDER FOR PLAINTIFFS' MOTION  
TO ENTER AN ESI ORDER - 6  
CASE NO. 2:23-cv-01495-JHC  

**FEDERAL TRADE COMMISSION**  
600 Pennsylvania Avenue, NW  
Washington, DC 20580  
(202) 326-2222

1  s/ Stephen N. Provazza
   Stephen N. Provazza (admitted *pro hac vice*)
2  Special Assistant Attorney General
   Chief, Consumer and Economic Justice Unit
3  Department of the Attorney General
   150 South Main Street
4  Providence, RI 02903
   Telephone: (401) 274-4400
5  Email: sprovazza@riag.ri.gov
   *Counsel for Plaintiff State of Rhode Island*
6
   s/ Sarah L. J. Aceves
7  Sara L. J. Aceves (*pro hac vice* forthcoming)
   Assistant Attorney General
8  Vermont Attorney General's Office
   109 State Street
9  Montpelier, VT 05609
   Telephone: (802) 828-3170
10 Email: sarah.aceves@vermont.gov
   *Counsel for Plaintiff State of Vermont*
11
   s/ Gwendolyn J. Cooley
12 Gwendolyn J. Cooley (admitted *pro hac vice*)
   Assistant Attorney General
13 Wisconsin Department of Justice
   Post Office Box 7857
14 Madison, WI 53707-7857
   Telephone: (608) 261-5810
15 Email: cooleygj@doj.state.wi.us
   *Counsel for Plaintiff State of Wisconsin*

16

17

18

19

20

21

22

23

24

PLAINTIFFS' MOTION TO TEMPORARILY SEAL PROPOSED ORDER FOR PLAINTIFFS' MOTION TO ENTER AN ESI ORDER - 7
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222