THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

       Plaintiffs,

       v.

AMAZON.COM, INC., a corporation,

       Defendant.

**CASE NO.: 2:23-cv-01495-JHC**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO TEMPORARILY SEAL THE PROPOSED ORDER FOR PLAINTIFFS' MOTION TO ENTER AN ESI ORDER**

## [PROPOSED] ORDER

Plaintiffs having filed their Motion to Temporarily Seal the Proposed Order for Plaintiffs' Motion to Enter an ESI Order, and the Court having considered all filings and memoranda of law concerning this matter, the Motion is GRANTED.  The Court hereby ORDERS that the Proposed Order for Plaintiffs' Motion to Enter an ESI Order is sealed.

IT IS SO ORDERED.

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
TEMPORARILY SEAL THE PROPOSED ORDER FOR
PLAINTIFFS' MOTION TO ENTER AN ESI ORDER

- 1
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1    DATED this _____ day of _____, 2024.

2

3                                              _____
                                               THE HONORABLE JOHN H. CHUN
4                                              UNITED STATES DISTRICT JUDGE

    Presented By:
5
    *s/ Christine M. Kennedy*
6    SUSAN A. MUSSER (DC Bar # 1531486)
    EDWARD H. TAKASHIMA (DC Bar # 1001641)
7    EMILY K. BOLLES (NY Reg. # 5408703)
    EMMA DICK (IA Bar # 51155)
8    CHRISTINE M. KENNEDY (DC Bar # 1032904)
    DANIELLE C. QUINN (NY Reg. # 5408943)
9    ERIC ZEPP (NY Reg. #5538491)
    Federal Trade Commission
10   600 Pennsylvania Avenue, NW
    Washington, DC 20580
11   Tel.: (202) 326-2122 (Musser)
    (202) 326-2464 (Takashima)
12   Email: smusser@ftc.gov
            etakashima@ftc.gov
13          ebolles@ftc.gov
            edick@ftc.gov
14          ckennedy@ftc.gov
            dquinn@ftc.gov
15          ezepp@ftc.gov

16   *Attorneys for Plaintiff*
    *Federal Trade Commission*
17

18

19

20

21

22

23

24   [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO          **FEDERAL TRADE COMMISSION**
    TEMPORARILY SEAL THE PROPOSED ORDER FOR                   600 Pennsylvania Avenue, NW
    PLAINTIFFS' MOTION TO ENTER AN ESI ORDER                  Washington, DC 20580
                                                              (202) 326-2222
    - 2
    CASE NO. 2:23-cv-01495-JHC

1   *s/ Michael Jo*
    Michael Jo (admitted *pro hac vice*)
2   Assistant Attorney General, Antitrust Bureau
    New York State Office of the Attorney
3   General
    28 Liberty Street
4   New York, NY 10005
    Telephone: (212) 416-6537
5   Email: Michael.Jo@ag.ny.gov
    *Counsel for Plaintiff State of New York*
6
    *s/ Rahul A. Darwar*
7   Rahul A. Darwar (admitted *pro hac vice*)
    Assistant Attorney General
8   Office of the Attorney General of Connecticut
    165 Capitol Avenue
9   Hartford, CT 06016
    Telephone: (860) 808-5030
10  Email: Rahul.Darwar@ct.gov
    *Counsel for Plaintiff State of Connecticut*
11
    *s/ Alexandra C. Sosnowski*
12  Alexandra C. Sosnowski (admitted *pro hac
    vice*)
13  Assistant Attorney General
    Consumer Protection and Antitrust Bureau
14  New Hampshire Department of Justice
    Office of the Attorney General
15  One Granite Place South
    Concord, NH 03301
16  Telephone: (603) 271-2678
    Email: Alexandra.c.sosnowski@doj.nh.gov
17  *Counsel for Plaintiff State of New Hampshire*

18  *s/ Caleb J. Smith*
    Caleb J. Smith (admitted *pro hac vice*)
19  Assistant Attorney General
    Consumer Protection Unit
20  Office of the Oklahoma Attorney General
    15 West 6th Street, Suite 1000
21  Tulsa, OK 74119
    Telephone: (918) 581-2230
22  Email: caleb.smith@oag.ok.gov
    *Counsel for Plaintiff State of Oklahoma*
23

24

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of
Pennsylvania*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

*s/ Gary Honick*
Gary Honick (admitted *pro hac vice*)
Assistant Attorney General
Deputy Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6474
Email: Ghonick@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
TEMPORARILY SEAL THE PROPOSED ORDER FOR
PLAINTIFFS' MOTION TO ENTER AN ESI ORDER

- 3
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1 | *s/ Michael Mackenzie*
Michael Mackenzie (admitted *pro hac vice*)
2 | Deputy Chief, Antitrust Division
Office of the Massachusetts Attorney General
3 | One Ashburton Place, 18th Floor
Boston, MA 02108
4 | Telephone: (617) 963-2369
Email: michael.mackenzie@mass.gov
5 | *Counsel for Plaintiff Commonwealth of*
*Massachusetts*
6 |
  | *s/ Scott A. Mertens*
7 | Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
8 | Michigan Department of Attorney General
525 West Ottawa Street
9 | Lansing, MI 48933
Telephone: (517) 335-7622
10 | Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*
11 |
  | *s/ Zach Biesanz*
12 | Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
13 | Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
14 | Saint Paul, MN 55101
Telephone: (651) 757-1257
15 | Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*
16 |
  | *s/ Lucas J. Tucker*
17 | Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
18 | Office of the Nevada Attorney General
100 N. Carson St.
19 | Carson City, NV 89701
Telephone: (775) 684-1100
20 | Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

*s/ Ana Atta-Alla*
Ana Atta-Alla (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-3070
Email: Ana.Atta-Alla@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

*s/ Jeffrey Herrera*
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

*s/ Zulma Carrasquillo-Almena*
Zulma Carrasquillo (*pro hac vice*
forthcoming)
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00901-0192
Telephone: (787) 721-2900
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto*
*Rico*

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
TEMPORARILY SEAL THE PROPOSED ORDER FOR
PLAINTIFFS' MOTION TO ENTER AN ESI ORDER
- 4
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1   *s/ Stephen N. Provazza*
    Stephen N. Provazza (admitted *pro hac vice*)
2   Special Assistant Attorney General
    Chief, Consumer and Economic Justice Unit
3   Department of the Attorney General
    150 South Main Street
4   Providence, RI 02903
    Telephone: (401) 274-4400
5   Email: sprovazza@riag.ri.gov
    *Counsel for Plaintiff State of Rhode Island*
6
    *s/ Sarah L. J. Aceves*
7   Sara L. J. Aceves (*pro hac vice* forthcoming)
    Assistant Attorney General
8   Vermont Attorney General's Office
    109 State Street
9   Montpelier, VT 05609
    Telephone: (802) 828-3170
10  Email: sarah.aceves@vermont.gov
    *Counsel for Plaintiff State of Vermont*
11
    *s/ Gwendolyn J. Cooley*
12  Gwendolyn J. Cooley (admitted *pro hac vice*)
    Assistant Attorney General
13  Wisconsin Department of Justice
    Post Office Box 7857
14  Madison, WI 53707-7857
    Telephone: (608) 261-5810
15  Email: cooleygj@doj.state.wi.us
    *Counsel for Plaintiff State of Wisconsin*
16

17

18

19

20

21

22

23

24  [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO        **FEDERAL TRADE COMMISSION**
    TEMPORARILY SEAL THE PROPOSED ORDER FOR               600 Pennsylvania Avenue, NW
    PLAINTIFFS' MOTION TO ENTER AN ESI ORDER              Washington, DC 20580
                                                          (202) 326-2222

    - 5
    CASE NO. 2:23-cv-01495-JHC