THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC<br><br>DECLARATION OF CHRISTINE KENNEDY IN SUPPORT OF PLAINTIFFS' MOTION TO TEMPORARILY SEAL THE PROPOSED ORDER FOR PLAINTIFFS' MOTION TO ENTER AN ESI ORDER |

I, Christine Kennedy, declare as follows:

1. I am an Attorney in the Federal Trade Commission's ("FTC") Bureau of Competition, and I represent the FTC in the above-captioned action. I am over eighteen years of age and am competent to testify to the matters set forth in this declaration. I make the following statements based on my personal knowledge.

2. Pursuant to Local Civil Rule 5(g)(3)(A), the following attorneys conferred by telephone on March 22, 2024, in an attempt to reach agreement on the need to file the Proposed

DECL. OF CHRISTINE KENNEDY ISO
PLAINTIFF'S MOTION TO TEMPORARILY SEAL
PROPOSED ORDER FOR PLAINTIFF'S MOTION
TO ENTER AN ESI ORDER
No. 2:23-cv-01495 - 1

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Order for Plaintiffs' Motion to Enter an ESI Order under seal: Emily Bolles for the FTC and Ray Mangum for Amazon.

3. On March 22, 2024, Ray Mangum emailed Emily Bolles and stated that Amazon asserts confidentiality over portions of the Proposed Order for Plaintiffs' Motion to Enter an ESI Order because it contains sensitive, non-public information regarding Amazon's information technology systems.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2024, in Washington, DC.

*s/ Christine M. Kennedy*
Christine M. Kennedy

DECL. OF CHRISTINE KENNEDY ISO
PLAINTIFF'S MOTION TO TEMPORARILY SEAL
PROPOSED ORDER FOR PLAINTIFF'S MOTION
TO ENTER AN ESI ORDER
No. 2:23-cv-01495 - 2

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222