AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:23-cv-01495 |
| Amazon.com, Inc. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 03/27/2024

s/ Caroline N. Holland
*Attorney's signature*

Caroline N. Holland (NY – 4487815)
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
*Address*

cholland@ftc.gov
*E-mail address*

(202) 326-2982
*Telephone number*

(202) 326-2286
*FAX number*