AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

FEDERAL TRADE COMMISSION, et al.  )
    *Plaintiff* )
v. )  Case No.  2:23-cv-01495
Amazon.com, Inc. )
    *Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission

Date:   03/27/2024

s/Shira Steinberg
*Attorney's signature*

Shira Steinberg (New York - 5695580)
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
*Address*

ssteinberg1@ftc.gov
*E-mail address*

(202) 326-3396
*Telephone number*

(202) 326-2286
*FAX number*