THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

**CASE NO.: 2:23-cv-01495-JHC**

**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO ENTER AN ESI ORDER**

NOTE ON MOTION CALENDAR:
March 28, 2024

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below, which replaces the Proposed Order for Plaintiffs' Motion to Enter an ESI Order (Dkt. #181, 182) with a Proposed Order that Amazon agrees does not need to be filed under seal:

In support of this request, the parties represent the following to the Court:

1.      On March 22, 2024, Plaintiffs filed a Motion to Enter an ESI Order. Dkt. #181.

2.      Amazon asserted confidentiality with respect to certain portions of the Proposed

Order for Plaintiffs' Motion to Enter an ESI Order. *See* Kennedy Decl. at ¶ 3,

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO ENTER AN ESI ORDER - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Dkt. #180.  Accordingly, Plaintiffs filed a Motion to Temporarily Seal the Proposed Order, Dkt. #179, and filed a redacted public version of the Proposed Order with their Motion to Enter an ESI Order, Dkt. #181-1.

3. The parties have agreed on a version of the Proposed Order, attached as **Exhibit A**, that Amazon agrees does not need to be filed under seal.

4. The parties stipulate as follows, subject to Court approval, and jointly request that the Court enter the following Order approving this stipulation:

   a. The Proposed Order attached as **Exhibit A** is the Proposed Order for Plaintiffs' Motion to Enter an ESI Order, Dkt. #181.

   b. Plaintiffs' Motion to Seal the Proposed Order for Plaintiffs' Motion to Enter an ESI Order, Dkt. #179, is moot.

Stipulated to and respectfully submitted this 28th day of March, 2024, by:

*s/ Christine M. Kennedy*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
EMILY K. BOLLES (NY Reg. # 5408703)
EMMA DICK (IA Bar # 51155)
CHRISTINE M. KENNEDY (DC Bar # 1032904)
DANIELLE C. QUINN (NY Reg. # 5408943)
ERIC ZEPP (NY Reg. #5538491)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email:  smusser@ftc.gov
        etakashima@ftc.gov
        ebolles@ftc.gov
        edick@ftc.gov
        ckennedy@ftc.gov
        dquinn@ftc.gov
        ezepp@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO ENTER AN ESI ORDER - 2
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| *s/ Michael Jo* | *s/ Jennifer A. Thomson* |
| Michael Jo (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| Assistant Attorney General, Antitrust Bureau | Senior Deputy Attorney General |
| New York State Office of the Attorney General | Pennsylvania Office of Attorney General |
| 28 Liberty Street | Strawberry Square, 14th Floor |
| New York, NY 10005 | Harrisburg, PA 17120 |
| Telephone: (212) 416-6537 | Telephone: (717) 787-4530 |
| Email: Michael.Jo@ag.ny.gov | Email: jthomson@attorneygeneral.gov |
| *Counsel for Plaintiff State of New York* | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| | |
| *s/ Rahul A. Darwar* | *s/ Michael A. Undorf* |
| Rahul A. Darwar (admitted *pro hac vice*) | Michael A. Undorf (admitted *pro hac vice*) |
| Assistant Attorney General | Deputy Attorney General |
| Office of the Attorney General of Connecticut | Delaware Department of Justice |
| 165 Capitol Avenue | 820 N. French St., 5th Floor |
| Hartford, CT 06016 | Wilmington, DE 19801 |
| Telephone: (860) 808-5030 | Telephone: (302) 683-8816 |
| Email: Rahul.Darwar@ct.gov | Email: michael.undorf@delaware.gov |
| *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff State of Delaware* |
| | |
| *s/ Alexandra C. Sosnowski* | *s/ Christina M. Moylan* |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | Christina M. Moylan (admitted *pro hac vice*) |
| Assistant Attorney General | Assistant Attorney General |
| Consumer Protection and Antitrust Bureau | Chief, Consumer Protection Division |
| New Hampshire Department of Justice | Office of the Maine Attorney General |
| Office of the Attorney General | 6 State House Station |
| One Granite Place South | Augusta, ME 04333-0006 |
| Concord, NH 03301 | Telephone: (207) 626-8800 |
| Telephone: (603) 271-2678 | Email: christina.moylan@maine.gov |
| Email: Alexandra.c.sosnowski@doj.nh.gov | *Counsel for Plaintiff State of Maine* |
| *Counsel for Plaintiff State of New Hampshire* | |
| | *s/ Gary Honick* |
| *s/ Caleb J. Smith* | Gary Honick (admitted *pro hac vice*) |
| Caleb J. Smith (admitted *pro hac vice*) | Assistant Attorney General |
| Assistant Attorney General | Deputy Chief, Antitrust Division |
| Consumer Protection Unit | Office of the Maryland Attorney General |
| Office of the Oklahoma Attorney General | 200 St. Paul Place |
| 15 West 6th Street, Suite 1000 | Baltimore, MD 21202 |
| Tulsa, OK 74119 | Telephone: (410) 576-6474 |
| Telephone: (918) 581-2230 | Email: Ghonick@oag.state.md.us |
| Email: caleb.smith@oag.ok.gov | *Counsel for Plaintiff State of Maryland* |
| *Counsel for Plaintiff State of Oklahoma* | |

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO ENTER AN ESI ORDER - 3
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| *s/ Michael Mackenzie* | *s/ Ana Atta-Alla* |
| Michael Mackenzie (admitted *pro hac vice*) | Ana Atta-Alla (admitted *pro hac vice*) |
| Deputy Chief, Antitrust Division | Deputy Attorney General |
| Office of the Massachusetts Attorney General | New Jersey Office of the Attorney General |
| One Ashburton Place, 18th Floor | 124 Halsey Street, 5th Floor |
| Boston, MA 02108 | Newark, NJ 07101 |
| Telephone: (617) 963-2369 | Telephone: (973) 648-3070 |
| Email: michael.mackenzie@mass.gov | Email: Ana.Atta-Alla@law.njoag.gov |
| *Counsel for Plaintiff Commonwealth of Massachusetts* | *Counsel for Plaintiff State of New Jersey* |
| | |
| *s/ Scott A. Mertens* | *s/ Jeffrey Herrera* |
| Scott A. Mertens (admitted *pro hac vice*) | Jeffrey Herrera (admitted *pro hac vice*) |
| Assistant Attorney General | Assistant Attorney General |
| Michigan Department of Attorney General | New Mexico Office of the Attorney General |
| 525 West Ottawa Street | 408 Galisteo St. |
| Lansing, MI 48933 | Santa Fe, NM 87501 |
| Telephone: (517) 335-7622 | Telephone: (505) 490-4878 |
| Email: MertensS@michigan.gov | Email: jherrera@nmag.gov |
| *Counsel for Plaintiff State of Michigan* | *Counsel for Plaintiff State of New Mexico* |
| | |
| *s/ Zach Biesanz* | *s/ Timothy D. Smith* |
| Zach Biesanz (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Senior Enforcement Counsel | Senior Assistant Attorney General |
| Office of the Minnesota Attorney General | Antitrust and False Claims Unit |
| 445 Minnesota Street, Suite 1400 | Oregon Department of Justice |
| Saint Paul, MN 55101 | 100 SW Market St |
| Telephone: (651) 757-1257 | Portland, OR 97201 |
| Email: zach.biesanz@ag.state.mn.us | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of Minnesota* | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of Oregon* |
| *s/ Lucas J. Tucker* | |
| Lucas J. Tucker (admitted *pro hac vice*) | *s/ Zulma Carrasquillo-Almena* |
| Senior Deputy Attorney General | Zulma Carrasquillo (*pro hac vice* forthcoming) |
| Office of the Nevada Attorney General | Assistant Attorney General |
| 100 N. Carson St. | Antitrust Division |
| Carson City, NV 89701 | Puerto Rico Department of Justice |
| Telephone: (775) 684-1100 | P.O. Box 9020192 |
| Email: LTucker@ag.nv.gov | San Juan, Puerto Rico 00901-0192 |
| *Counsel for Plaintiff State of Nevada* | Telephone: (787) 721-2900 |
| | Email: zcarrasquillo@justicia.pr.gov |
| | *Counsel for Plaintiff Commonwealth of Puerto Rico* |

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO ENTER AN ESI ORDER - 4
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1  *s/ Stephen N. Provazza*
   Stephen N. Provazza (admitted *pro hac vice*)
2  Special Assistant Attorney General
   Chief, Consumer and Economic Justice Unit
3  Department of the Attorney General
   150 South Main Street
4  Providence, RI 02903
   Telephone: (401) 274-4400
5  Email: sprovazza@riag.ri.gov
   *Counsel for Plaintiff State of Rhode Island*

6

7  *s/ Sarah L. J. Aceves*
   Sara L. J. Aceves (*pro hac vice* forthcoming)
   Assistant Attorney General
8  Vermont Attorney General's Office
   109 State Street
9  Montpelier, VT 05609
   Telephone: (802) 828-3170
10 Email: sarah.aceves@vermont.gov
   *Counsel for Plaintiff State of Vermont*

11
   *s/ Gwendolyn J. Cooley*
12 Gwendolyn J. Cooley (admitted *pro hac vice*)
   Assistant Attorney General
13 Wisconsin Department of Justice
   Post Office Box 7857
14 Madison, WI 53707-7857
   Telephone: (608) 261-5810
15 Email: cooleygj@doj.state.wi.us
   *Counsel for Plaintiff State of Wisconsin*

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND [PROPOSED]              **FEDERAL TRADE COMMISSION**
ORDER REGARDING PLAINTIFFS' MOTION TO ENTER          600 Pennsylvania Avenue, NW
AN ESI ORDER - 5                                            Washington, DC 20580
CASE NO. 2:23-cv-01495-JHC                                       (202) 326-2222

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
           molly.terwilliger@morganlewis.com


**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (pro hac vice)
John E. Schmidtlein (pro hac vice)
Kevin M. Hodges (pro hac vice)
Jonathan B. Pitt (pro hac vice)
Carl R. Metz (pro hac vice)
Carol J. Pruski (pro hac vice)
Constance T. Forkner (pro hac vice)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
           khodges@wc.com
           jpitt@wc.com
           cmetz@wc.com
           cpruski@wc.com
           cforkner@wc.com


**COVINGTON & BURLING LLP**

Thomas O. Barnett (pro hac vice)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO ENTER AN ESI ORDER - 6
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

                                                                              _____
                                                                              JOHN H. CHUN
                                                                              UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Christine M. Kennedy*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
EMILY K. BOLLES (NY Reg. # 5408703)
EMMA DICK (IA Bar # 51155)
CHRISTINE M. KENNEDY (DC Bar # 1032904)
DANIELLE C. QUINN (NY Reg. # 5408943)
ERIC ZEPP (NY Reg. #5538491)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.: (202) 326-2122 (Musser)
(202) 326-2464 (Takashima)
Email: smusser@ftc.gov
           etakashima@ftc.gov
           ebolles@ftc.gov
           edick@ftc.gov
           ckennedy@ftc.gov
           dquinn@ftc.gov
           ezepp@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED]
ORDER REGARDING PLAINTIFFS' MOTION TO ENTER
AN ESI ORDER - 7
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222