UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>AMAZON.COM, INC., a corporation, <br><br>Defendant. | **CASE NO.: 2:23-cv-01495-JHC** <br><br>**STIPULATED MOTION AND ORDER REGARDING PLAINTIFFS' MOTION TO ENTER AN ESI ORDER** <br><br>NOTE ON MOTION CALENDAR: <br>March 28, 2024 |

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below, which replaces the Proposed Order for Plaintiffs' Motion to Enter an ESI Order (Dkt. #181, 182) with a Proposed Order that Amazon agrees does not need to be filed under seal:

In support of this request, the parties represent the following to the Court:

1. On March 22, 2024, Plaintiffs filed a Motion to Enter an ESI Order. Dkt. #181.

2. Amazon asserted confidentiality with respect to certain portions of the Proposed Order for Plaintiffs' Motion to Enter an ESI Order. *See* Kennedy Decl. at ¶ 3,

Dkt. #180. Accordingly, Plaintiffs filed a Motion to Temporarily Seal the Proposed Order, Dkt. #179, and filed a redacted public version of the Proposed Order with their Motion to Enter an ESI Order, Dkt. #181-1.

3. The parties have agreed on a version of the Proposed Order, attached as **Exhibit A**, that Amazon agrees does not need to be filed under seal.

4. The parties stipulate as follows, subject to Court approval, and jointly request that the Court enter the following Order approving this stipulation:

    a. The Proposed Order attached as **Exhibit A** is the Proposed Order for Plaintiffs' Motion to Enter an ESI Order, Dkt. #181.

    b. Plaintiffs' Motion to Seal the Proposed Order for Plaintiffs' Motion to Enter an ESI Order, Dkt. #179, is moot.

Stipulated to and respectfully submitted this 28th day of March, 2024, by:

*s/ Christine M. Kennedy*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
EMILY K. BOLLES (NY Reg. # 5408703)
EMMA DICK (IA Bar # 51155)
CHRISTINE M. KENNEDY (DC Bar # 1032904)
DANIELLE C. QUINN (NY Reg. # 5408943)
ERIC ZEPP (NY Reg. #5538491)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:  (202) 326-2122 (Musser)
      (202) 326-2464 (Takashima)
Email:  smusser@ftc.gov
        etakashima@ftc.gov
        ebolles@ftc.gov
        edick@ftc.gov
        ckennedy@ftc.gov
        dquinn@ftc.gov
        ezepp@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Rahul A. Darwar*
Rahul A. Darwar (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Rahul.Darwar@ct.gov
*Counsel for Plaintiff State of Connecticut*

*s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

*s/ Caleb J. Smith*
Caleb J. Smith (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2230
Email: caleb.smith@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

*s/ Gary Honick*
Gary Honick (admitted *pro hac vice*)
Assistant Attorney General
Deputy Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6474
Email: Ghonick@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

| | |
|---|---|
| *s/ Michael Mackenzie* | *s/ Ana Atta-Alla* |
| Michael Mackenzie (admitted *pro hac vice*) | Ana Atta-Alla (admitted *pro hac vice*) |
| Deputy Chief, Antitrust Division | Deputy Attorney General |
| Office of the Massachusetts Attorney General | New Jersey Office of the Attorney General |
| One Ashburton Place, 18th Floor | 124 Halsey Street, 5th Floor |
| Boston, MA 02108 | Newark, NJ 07101 |
| Telephone: (617) 963-2369 | Telephone: (973) 648-3070 |
| Email: michael.mackenzie@mass.gov | Email: Ana.Atta-Alla@law.njoag.gov |
| *Counsel for Plaintiff Commonwealth of Massachusetts* | *Counsel for Plaintiff State of New Jersey* |
| | |
| *s/ Scott A. Mertens* | *s/ Jeffrey Herrera* |
| Scott A. Mertens (admitted *pro hac vice*) | Jeffrey Herrera (admitted *pro hac vice*) |
| Assistant Attorney General | Assistant Attorney General |
| Michigan Department of Attorney General | New Mexico Office of the Attorney General |
| 525 West Ottawa Street | 408 Galisteo St. |
| Lansing, MI 48933 | Santa Fe, NM 87501 |
| Telephone: (517) 335-7622 | Telephone: (505) 490-4878 |
| Email: MertensS@michigan.gov | Email: jherrera@nmag.gov |
| *Counsel for Plaintiff State of Michigan* | *Counsel for Plaintiff State of New Mexico* |
| | |
| *s/ Zach Biesanz* | *s/ Timothy D. Smith* |
| Zach Biesanz (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Senior Enforcement Counsel | Senior Assistant Attorney General |
| Office of the Minnesota Attorney General | Antitrust and False Claims Unit |
| 445 Minnesota Street, Suite 1400 | Oregon Department of Justice |
| Saint Paul, MN 55101 | 100 SW Market St |
| Telephone: (651) 757-1257 | Portland, OR 97201 |
| Email: zach.biesanz@ag.state.mn.us | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of Minnesota* | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of Oregon* |
| | |
| *s/ Lucas J. Tucker* | *s/ Zulma Carrasquillo-Almena* |
| Lucas J. Tucker (admitted *pro hac vice*) | Zulma Carrasquillo (*pro hac vice* forthcoming) |
| Senior Deputy Attorney General | Assistant Attorney General |
| Office of the Nevada Attorney General | Antitrust Division |
| 100 N. Carson St. | Puerto Rico Department of Justice |
| Carson City, NV 89701 | P.O. Box 9020192 |
| Telephone: (775) 684-1100 | San Juan, Puerto Rico 00901-0192 |
| Email: LTucker@ag.nv.gov | Telephone: (787) 721-2900 |
| *Counsel for Plaintiff State of Nevada* | Email: zcarrasquillo@justicia.pr.gov |
| | *Counsel for Plaintiff Commonwealth of Puerto Rico* |

STIPULATED MOTION AND
ORDER REGARDING PLAINTIFFS' MOTION TO ENTER
AN ESI ORDER - 4
CASE NO. 2:23-cv-01495-JHC

*s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L. J. Aceves*
Sara L. J. Aceves (*pro hac vice* forthcoming)
Assistant Attorney General
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: sarah.aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

*s/ Gwendolyn J. Cooley*
Gwendolyn J. Cooley (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 261-5810
Email: cooleygj@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*

STIPULATED MOTION AND
ORDER REGARDING PLAINTIFFS' MOTION TO ENTER
AN ESI ORDER - 5
CASE NO. 2:23-cv-01495-JHC

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
　　　 molly.terwilliger@morganlewis.com


**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (pro hac vice)
John E. Schmidtlein (pro hac vice)
Kevin M. Hodges (pro hac vice)
Jonathan B. Pitt (pro hac vice)
Carl R. Metz (pro hac vice)
Carol J. Pruski (pro hac vice)
Constance T. Forkner (pro hac vice)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
　　　 khodges@wc.com
　　　 jpitt@wc.com
　　　 cmetz@wc.com
　　　 cpruski@wc.com
　　　 cforkner@wc.com


**COVINGTON & BURLING LLP**

Thomas O. Barnett (pro hac vice)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND
ORDER REGARDING PLAINTIFFS' MOTION TO ENTER
AN ESI ORDER - 6
CASE NO. 2:23-cv-01495-JHC

**ORDER**

IT IS SO ORDERED.

DATED this 28th day of March, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE