AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| FEDERAL TRADE COMMISSION, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-01495 |
| Amazon.com, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission    .

Date: 04/04/2024

s/ Cathleen V. Williams
*Attorney's signature*

Maryland 1312190321
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
*Address*

cwilliams@ftc.gov
*E-mail address*

(202) 326-3653
*Telephone number*

(202) 326-2286
*FAX number*