AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:23-cv-01495 |
| Amazon.com, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission                                                                                                    .

Date:      04/04/2024

s/ Ethan D. Stevenson
*Attorney's signature*

Ethan D. Stevenson (NY – 5597679)
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580

*Address*

estevenson1@ftc.gov
*E-mail address*

(202) 531-8971
*Telephone number*

(202) 326-2286
*FAX number*