HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | NO.  2:23-cv-01495-JHC<br><br>NOTICE OF CHANGE OF FIRM AFFILIATION<br><br>**[CLERKS ACTION REQUIRED]** |

PLEASE TAKE NOTICE that effective immediately, the firm affiliation for counsel of record for Limited Intervenor Walmart Inc., in the above captioned action has changed from Harrigan Leyh Farmer & Thomsen LLP to Bryan Cave Leighton Paisner LLP.

The affiliation change only affects counsels' email addresses. Counsels' updated information is as follows:

**BRYAN CAVE LEIGHTON PAISNER LLP**
999 3rd Ave., Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700
Fax: (206) 623-8717
Email: tyler.farmer@bclplaw.com
Email: ariel.martinez@bclplaw.com

NOTICE OF CHANGE OF FIRM AFFILIATION - 1
(2:23-cv-01495-JHC)

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700

1   DATED this 15th day of April, 2024.

2                                      BRYAN CAVE LEIGHTON PAISNER LLP

By: *s/ Tyler L. Farmer*
By: *s/ Ariel A. Martinez*
    Tyler L. Farmer, WSBA #39912
    Ariel A. Martinez, WSBA #54869
    999 Third Avenue, Suite 4400
    Seattle, WA  98104
    Tel: (206) 623-1700
    Email: tyler.farmer@bclplaw.com
    Email: ariel.martinez@bclplaw.com

JONES DAY

    Koren W. Wong-Ervin (*admitted pro hac vice*)
    51 Louisiana Avenue, N.W.
    Washington, D.C.  20001-2113
    Tel: 202.879.3622
    Email: kwongervin@jonesday.com

    David C. Kiernan (*admitted pro hac vice*)
    555 California Street 26th Floor
    San Francisco, CA 94104
    Tel: 415.8755745
    Email: dkiernan@jonesday.com

*Attorneys for Limited Intervenor Walmart Inc.*

NOTICE OF CHANGE OF FIRM AFFILIATION - 2
(2:23-cv-01495-JHC)

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700