THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC<br><br>[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO SPOLIATION |

Plaintiffs Federal Trade Commission and the states and territories of New York, Connecticut, New Hampshire, Oklahoma, Pennsylvania, Delaware, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, Oregon, Puerto Rico, Rhode Island, Vermont, and Wisconsin, acting by and through their respective Attorneys General ("Plaintiff States," and together with the Federal Trade Commission, "Plaintiffs") having filed their Motion to Compel Production of Documents Related to Spoliation (the "Motion"), and the Court having considered all papers filed in support and in opposition of the Motion, including all filings and memoranda of law concerning this matter, hereby ORDERS the following:

1. Plaintiffs' Motion is GRANTED.

[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO SPOLIATION - 1
CASE NO. 23-CV-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

2.  Within 30 days of this Order, Amazon shall produce to Plaintiffs:

   a.  All litigation holds, preservation notices, or similar documents sent by Amazon in connection with the June 17, 2019 preservation letters, August 5, 2019 Voluntary Access Letter, February 20, 2020 Civil Investigative Demand, and/or September 26, 2023 Complaint in this matter, as requested by Plaintiffs' Request for Production No. 25.

   b.  All documents relating to instructions or advice given to employees about the use of ephemeral messaging, including but not limited to Signal or Wickr, as requested by Plaintiffs' Request for Production No. 27.

**IT IS SO ORDERED**.

Dated this _____ day of _____, 2024

THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

*Presented by:*

*s/ Emily K. Bolles*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
EMILY K. BOLLES (NY Reg. # 5408703)
KARA KING (DC Bar # 90004509)
ERIC ZEPP (NY Reg. #5538491)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.: (202) 326-2122 (Musser)
      (202) 326-2464 (Takashima)

[PROPOSED] ORDER REGARDING PLAINTIFFS'
MOTION TO COMPEL PRODUCTION OF DOCUMENTS
RELATED TO SPOLIATION - 2
CASE NO. 23-CV-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Email: smusser@ftc.gov
etakashima@ftc.gov
ebolles@ftc.gov
kking@ftc.gov
ezepp@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

s/ Michael Jo
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

s/ Rahul A. Darwar
Rahul A. Darwar (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Rahul.Darwar@ct.gov
*Counsel for Plaintiff State of Connecticut*

s/ Alexandra C. Sosnowski
Alexandra C. Sosnowski (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

s/ Caleb J. Smith
Caleb J. Smith (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2230
Email: craleb.smith@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

s/ Timothy D. Smith
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

s/ Jennifer A. Thomson
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO SPOLIATION - 3
CASE NO. 23-CV-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| *s/ Michael A. Undorf* | *s/ Scott A. Mertens* |
| Michael A. Undorf (admitted *pro hac vice*) | Scott A. Mertens (admitted *pro hac vice*) |
| Deputy Attorney General | Assistant Attorney General |
| Delaware Department of Justice | Michigan Department of Attorney General |
| 820 N. French St., 5th Floor | 525 West Ottawa Street |
| Wilmington, DE 19801 | Lansing, MI 48933 |
| Telephone: (302) 683-8816 | Telephone: (517) 335-7622 |
| Email: michael.undorf@delaware.gov | Email: MertensS@michigan.gov |
| *Counsel for Plaintiff State of Delaware* | *Counsel for Plaintiff State of Michigan* |
| | |
| *s/ Christina M. Moylan* | *s/ Zach Biesanz* |
| Christina M. Moylan (admitted *pro hac vice*) | Zach Biesanz (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Enforcement Counsel |
| Chief, Consumer Protection Division | Office of the Minnesota Attorney General |
| Office of the Maine Attorney General | 445 Minnesota Street, Suite 1400 |
| 6 State House Station | Saint Paul, MN 55101 |
| Augusta, ME 04333-0006 | Telephone: (651) 757-1257 |
| Telephone: (207) 626-8800 | Email: zach.biesanz@ag.state.mn.us |
| Email: christina.moylan@maine.gov | *Counsel for Plaintiff State of Minnesota* |
| *Counsel for Plaintiff State of Maine* | |
| | *s/ Lucas J. Tucker* |
| *s/ Gary Honick* | Lucas J. Tucker (admitted *pro hac vice*) |
| Gary Honick (admitted *pro hac vice*) | Senior Deputy Attorney General |
| Assistant Attorney General | Office of the Nevada Attorney General |
| Deputy Chief, Antitrust Division | 100 N. Carson St. |
| Office of the Maryland Attorney General | Carson City, NV 89701 |
| 200 St. Paul Place | Telephone: (775) 684-1100 |
| Baltimore, MD 21202 | Email: LTucker@ag.nv.gov |
| Telephone: (410) 576-6474 | *Counsel for Plaintiff State of Nevada* |
| Email: Ghonick@oag.state.md.us | |
| *Counsel for Plaintiff State of Maryland* | *s/ Ana Atta-Alla* |
| | Ana Atta-Alla (admitted *pro hac vice*) |
| *s/ Michael MacKenzie* | Deputy Attorney General |
| Michael Mackenzie (admitted *pro hac vice*) | New Jersey Office of the Attorney General |
| Deputy Chief, Antitrust Division | 124 Halsey Street, 5th Floor |
| Office of the Massachusetts Attorney General | Newark, NJ 07101 |
| One Ashburton Place, 18th Floor | Telephone: (973) 648-3070 |
| Boston, MA 02108 | Email: Ana.Atta-Alla@law.njoag.gov |
| Telephone: (617) 963-2369 | *Counsel for Plaintiff State of New Jersey* |
| Email: michael.mackenzie@mass.gov | |
| *Counsel for Plaintiff Commonwealth of Massachusetts* | |

[PROPOSED] ORDER REGARDING PLAINTIFFS'  
MOTION TO COMPEL PRODUCTION OF DOCUMENTS  
RELATED TO SPOLIATION - 4  
CASE NO. 23-CV-01495-JHC

FEDERAL TRADE COMMISSION  
600 Pennsylvania Avenue, NW  
Washington, DC 20580  
(202) 326-2222

s/ Jeffrey Herrera
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

s/ Zulma Carrasquillo Almena
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

s/ Stephen N. Provazza
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

s/ Sarah L.J. Aceves
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

s/ Gwendolyn J. Cooley
Gwendolyn J. Cooley (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 261-5810
Email: cooleygj@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsi*

---

[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO SPOLIATION - 5
CASE NO. 23-CV-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222