THE HONORABLE JOHN H. CHUN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

**CASE NO.: 2:23-cv-01495-JHC**

**PLAINTIFFS' MOTION TO SEAL**

NOTE ON MOTION CALENDAR: May 17, 2024

Pursuant to Local Civil Rule 5(g) and § 5.6 of the Protective Order (Dkt. #160), Plaintiffs respectfully move the Court to temporarily seal Exhibit B and portions of Exhibit E to the Declaration of Emily K. Bolles in Support of Plaintiffs' Motion to Compel Production of Documents Related to Spoliation, and to permanently seal portions of Exhibits B-E, G, and L.

Amazon is asserting confidentiality over all of Exhibit B and portions of Exhibit E (highlighted in blue in the version filed under seal). Plaintiffs request that the Court temporarily seal those documents so that Amazon has an opportunity to provide its basis for sealing, as required by LCR 5(g)(3)(B).

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Plaintiffs also respectfully request that the Court permanently seal narrow portions of Exhibits B-E, G, and L that refer to a nonpublic FTC investigation. Those portions of Exhibits B-E, G, and L are highlighted in yellow in the versions filed under seal.

Pursuant to Local Civil Rule 5(g)(3)(A), the undersigned counsel certify that they met and conferred with Amazon in an attempt to reach agreement on the need to file any documents associated with Plaintiffs' Motion to Compel Production of Documents Related to Spoliation under seal. Declaration of Emily K. Bolles in Support of Plaintiffs' Motion to Seal ("Bolles Decl.") at ¶¶ 2-5. The parties have narrowed the issues in dispute but have not been able to reach an agreement. *Id.* at ¶ 6.

## ARGUMENT

### I. THE COURT SHOULD TEMPORARILY SEAL EXHIBIT B AND PORTIONS OF EXHIBIT E TO ALLOW AMAZON AN OPPORTUNITY TO FILE A "SPECIFIC STATEMENT" SUPPORTING ITS REQUEST TO SEAL.

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)). Accordingly, when a court considers a request to seal, "a strong presumption in favor of access is the starting point." *Id.* at 1178 (internal quotation marks and citations omitted); *see also* W.D. Wash. LCR 5(g) ("There is a strong presumption of public access to the court's files."). Courts apply a "good cause" standard when considering requests to seal materials in connection with non-dispositive motions. *Kamakana*, 447 F.3d at 1180.

Amazon asserts that Exhibit B and the portions of Exhibit E highlighted in blue should be sealed. Bolles Decl. ¶¶ 7-8. If Amazon files a specific statement supporting its request to seal, as

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

required by Local Civil Rule 5(g)(3)(B), Plaintiffs will address Amazon's asserted grounds for sealing in their reply brief.[1]

## II. THE COURT SHOULD PERMANENTLY SEAL PORTIONS OF EXHIBITS B-E, G, AND L THAT REFER TO A NONPUBLIC FTC INVESTIGATION.

Plaintiffs request that the Court permanently seal narrow portions of Exhibits B-E, G, and L that refer to a nonpublic FTC investigation, *see* Bolles Decl. ¶ 9, which the FTC is required to keep confidential. *See* 15 U.S.C. § 18a(h); 15 U.S.C. § 57b-2(c). These confidentiality obligations are good cause to maintain these portions of Exhibits B-E, G, and L under seal. Plaintiffs are filing public redacted versions of Exhibits C-E, G, and L, and will file a public redacted version of Exhibit B if the Court denies Amazon's request to seal Exhibit B in its entirety. There are no less restrictive alternatives to sealing portions of these exhibits that refer to the FTC's nonpublic investigation.

## CONCLUSION

Pursuant to Local Civil Rule 5(g) and § 5.6 of the Protective Order (Dkt. #160), Plaintiffs respectfully request that the Court temporarily seal Exhibit B and portions of Exhibit E (highlighted in blue in the version filed under seal) so that Amazon has an opportunity to provide its basis for sealing those documents. Plaintiffs further request that the Court permanently seal narrow portions of Exhibits B-E, G, and L (highlighted in yellow) that refer to a nonpublic FTC investigation.

[1] Plaintiffs proposed to redact the portions of Exhibit E identified by Amazon, which are not cited in Plaintiffs' Motion to Compel, in order to reduce the number of sealing issues before the Court. Amazon, however, requested that Plaintiffs file those portions of Exhibit E under seal. Bolles Decl. ¶ 8.

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Dated: April 25, 2024

*I certify that this brief contains 646 words, in compliance with LCR 7(e)(4).*

Respectfully submitted,

*s/ Emily K. Bolles*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
EMILY K. BOLLES (NY Reg. # 5408703)
KARA KING (DC Bar # 90004509)
ERIC ZEPP (NY Reg. #5538491)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.: (202) 326-2122 (Musser)
(202) 326-2464 (Takashima)
Email: smusser@ftc.gov
etakashima@ftc.gov
ebolles@ftc.gov
kking@ftc.gov
ezepp@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Rahul A. Darwar*
Rahul A. Darwar (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Rahul.Darwar@ct.gov
*Counsel for Plaintiff State of Connecticut*

*s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

*s/ Caleb J. Smith*
Caleb J. Smith (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2230
Email: caleb.smith@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

*s/ Gary Honick*
Gary Honick (admitted *pro hac vice*)
Assistant Attorney General
Deputy Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6474
Email: Ghonick@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

*s/ Michael MacKenzie*
Michael Mackenzie (admitted *pro hac vice*)
Deputy Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2369
Email: michael.mackenzie@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Scott A. Mertens*
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

*s/ Zach Biesanz*
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

*s/ Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

*s/ Ana Atta-Alla*
Ana Atta-Alla (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-3070
Email: Ana.Atta-Alla@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

*s/ Jeffrey Herrera*
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

*s/ Zulma Carrasquillo Almena*
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

*s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L.J. Aceves*
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

*s/ Gwendolyn J. Cooley*
Gwendolyn J. Cooley (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 261-5810
Email: cooleygj@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*