THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

**CASE NO.: 2:23-cv-01495-JHC**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL**

Plaintiffs having filed a Motion to Seal in connection with Plaintiffs' Motion to Compel Production of Documents Related to Spoliation, and the Court having considered all filings and memoranda of law concerning this matter, the Motion is GRANTED. The Court hereby ORDERS:

1. Exhibit B to the Declaration of Emily K. Bolles in Support of Plaintiffs' Motion to Compel Production of Documents Related to Spoliation is sealed; and

2. The highlighted portions of Exhibits B-E, G, and L to the Declaration of Emily K. Bolles in Support of Plaintiffs' Motion to Compel Production of Documents Related to Spoliation are sealed.

IT IS SO ORDERED.

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO SEAL - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

DATED this _____ day of _____, 2024.

                                                                             _____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Emily K. Bolles*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
EMILY K. BOLLES (NY Reg. # 5408703)
KARA KING (DC Bar # 90004509)
ERIC ZEPP (NY Reg. #5538491)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.: (202) 326-2122 (Musser)
(202) 326-2464 (Takashima)
Email: smusser@ftc.gov
      etakashima@ftc.gov
      ebolles@ftc.gov
      kking@ftc.gov
      ezepp@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*


[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO SEAL - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

s/ Michael Jo
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

s/ Rahul A. Darwar
Rahul A. Darwar (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Rahul.Darwar@ct.gov
*Counsel for Plaintiff State of Connecticut*

s/ Alexandra C. Sosnowski
Alexandra C. Sosnowski (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

s/ Caleb J. Smith
Caleb J. Smith (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2230
Email: caleb.smith@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

s/ Timothy D. Smith
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

s/ Jennifer A. Thomson
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

s/ Michael A. Undorf
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

s/ Christina M. Moylan
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

STIPULATED MOTION AND [PROPOSED] ORDER TO SEAL PORTIONS OF THE AMENDED COMPLAINT - 3
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| *s/ Gary Honick*<br>Gary Honick (admitted *pro hac vice*)<br>Assistant Attorney General<br>Deputy Chief, Antitrust Division<br>Office of the Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Telephone: (410) 576-6474<br>Email: Ghonick@oag.state.md.us<br>*Counsel for Plaintiff State of Maryland* | *s/ Lucas J. Tucker*<br>Lucas J. Tucker (admitted *pro hac vice*)<br>Senior Deputy Attorney General<br>Office of the Nevada Attorney General<br>100 N. Carson St.<br>Carson City, NV 89701<br>Telephone: (775) 684-1100<br>Email: LTucker@ag.nv.gov<br>*Counsel for Plaintiff State of Nevada* |
| *s/ Michael MacKenzie*<br>Michael Mackenzie (admitted *pro hac vice*)<br>Deputy Chief, Antitrust Division<br>Office of the Massachusetts Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Telephone: (617) 963-2369<br>Email: michael.mackenzie@mass.gov<br>*Counsel for Plaintiff Commonwealth of Massachusetts* | *s/ Ana Atta-Alla*<br>Ana Atta-Alla (admitted *pro hac vice*)<br>Deputy Attorney General<br>New Jersey Office of the Attorney General<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Telephone: (973) 648-3070<br>Email: Ana.Atta-Alla@law.njoag.gov<br>*Counsel for Plaintiff State of New Jersey* |
| *s/ Scott A. Mertens*<br>Scott A. Mertens (admitted *pro hac vice*)<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>525 West Ottawa Street<br>Lansing, MI 48933<br>Telephone: (517) 335-7622<br>Email: MertensS@michigan.gov<br>*Counsel for Plaintiff State of Michigan* | *s/ Jeffrey Herrera*<br>Jeffrey Herrera (admitted *pro hac vice*)<br>Assistant Attorney General<br>New Mexico Office of the Attorney General<br>408 Galisteo St.<br>Santa Fe, NM 87501<br>Telephone: (505) 490-4878<br>Email: jherrera@nmag.gov<br>*Counsel for Plaintiff State of New Mexico* |
| *s/ Zach Biesanz*<br>Zach Biesanz (admitted *pro hac vice*)<br>Senior Enforcement Counsel<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>Saint Paul, MN 55101<br>Telephone: (651) 757-1257<br>Email: zach.biesanz@ag.state.mn.us<br>*Counsel for Plaintiff State of Minnesota* | *s/ Zulma Carrasquillo Almena*<br>Zulma Carrasquillo Almena (admitted *pro hac vice*)<br>Puerto Rico Department of Justice<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00902-0192<br>Telephone: (787) 721-2900, Ext. 1211<br>Email: zcarrasquillo@justicia.pr.gov<br>*Counsel for Plaintiff Commonwealth of Puerto Rico* |

STIPULATED MOTION AND [PROPOSED]<br>
ORDER TO SEAL PORTIONS OF THE<br>
AMENDED COMPLAINT - 4<br>
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**<br>
600 Pennsylvania Avenue, NW<br>
Washington, DC 20580<br>
(202) 326-2222

```
1   s/ Stephen N. Provazza
    Stephen N. Provazza (admitted pro hac vice)
2   Special Assistant Attorney General
    Chief, Consumer and Economic Justice Unit
3   Department of the Attorney General
    150 South Main Street
4   Providence, RI 02903
    Telephone: (401) 274-4400
5   Email: sprovazza@riag.ri.gov
    Counsel for Plaintiff State of Rhode Island
6
    s/ Sarah L.J. Aceves
7   Sarah L.J. Aceves (admitted pro hac vice)
    Assistant Attorney General
8   Public Protection Division
    Vermont Attorney General's Office
9   109 State Street
    Montpelier, VT 05609
10  Telephone: (802) 828-3170
    Email: Sarah.Aceves@vermont.gov
11  Counsel for Plaintiff State of Vermont

12  s/ Gwendolyn J. Cooley
    Gwendolyn J. Cooley (admitted pro hac vice)
13  Assistant Attorney General
    Wisconsin Department of Justice
14  Post Office Box 7857
    Madison, WI 53707-7857
15  Telephone: (608) 261-5810
    Email: cooleygj@doj.state.wi.us
16  Counsel for Plaintiff State of Wisconsin
```