THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> **DECLARATION OF EMILY K. BOLLES IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL** |

I, Emily K. Bolles, declare as follows:

1. I am an Attorney in the Federal Trade Commission's ("FTC") Bureau of Competition, and I represent the FTC in the above-captioned action. I am over eighteen years of age and am competent to testify to the matters set forth in this declaration. I make the following statements based on my personal knowledge.

2. Pursuant to Local Civil Rule 5(g)(3)(A), the following attorneys conferred by telephone on April 23, 2024, in an attempt to reach agreement on the need to file any documents associated with Plaintiffs' Motion to Compel Production of Documents Related to Spoliation under seal: Emily K. Bolles, Eric Zepp, and Kara King for the FTC and Katherine Trefz,

DECL. OF EMILY K. BOLLES ISO
PLAINTIFFS' MOTION TO SEAL - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1  Constance Forkner, Ralia Polechronis, Kosta Stojikovic, Alexander Heldman, and Molly
2  Terwilliger for Amazon.

3      3. On April 24, 2024, the following attorneys conferred by telephone to further
4  discuss sealing issues: Emily Bolles, Eric Zepp, and Kara King for the FTC and Katherine Trefz
5  and Kosta Stojikovic for Amazon.

6      4. On April 25, 2024, I conferred by telephone with Mr. Stojilkovic for Amazon to
7  further discuss sealing issues.

8      5. I further conferred with Mr. Stojikovic by email on April 24 and April 25, 2024.

9      6. The parties have narrowed the issues in dispute but have not been able to reach an
10 agreement.

11     7. I understand from Mr. Stojilkovic that Amazon is asserting confidentiality over
12 Exhibit B to the Declaration of Emily K. Bolles in Support of Plaintiffs' Motion to Compel
13 Production of Documents Related to Spoliation. Mr. Stojilkovic requested that Plaintiffs file
14 Exhibit B under seal in its entirety.

15     8. I understand from Mr. Stojilkovic that Amazon is also asserting confidentiality
16 over portions of Exhibit E to the Declaration of Emily K. Bolles in Support of Plaintiffs' Motion
17 to Compel Production of Documents Related to Spoliation. Those portions of Exhibit E are
18 highlighted in blue in the version filed under seal. Plaintiffs proposed to redact those portions of
19 Exhibit E, which are not cited in Plaintiffs' Motion to Compel, in order to reduce the number of
20 sealing issues before the Court. Amazon, however, requested that Plaintiffs file those portions of
21 Exhibit E under seal.

22     9. Plaintiffs are moving to permanently seal portions of Exhibits B-E, G, and L that
23 refer to a nonpublic FTC investigation. Those portions of Exhibits B-E, G, and L are highlighted
24

DECL. OF EMILY K. BOLLES ISO
PLAINTIFFS' MOTION TO SEAL - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

in yellow in the versions filed under seal, and have been redacted in the publicly-filed versions of Exhibits C-E, G, and L. Because Amazon is asserting confidentiality over all of Exhibit B, Plaintiffs are not filing a public version of Exhibit B at this time.

10. I understand from Mr. Stojilkovic that Amazon is evaluating its position with respect to Plaintiffs' request to seal above and will address that request in its response.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2024, in Washington, DC.

<em>s/ Emily K. Bolles</em><br>Emily K. Bolles

DECL. OF EMILY K. BOLLES ISO
PLAINTIFFS' MOTION TO SEAL - 3
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222