EXHIBIT D



2001 M Street NW, 10th Floor
Washington, DC 20036

WWW.WILKINSONSTEKLOFF.COM
———
A LIMITED LIABILITY PARTNERSHIP

August 31, 2022

**CONFIDENTIAL TREATMENT REQUESTED**

<u>**BY EMAIL**</u>

David Schwartz, Esq.
United States Federal Trade Commission
Bureau of Competition
Technology Enforcement Division
400 7th Street, SW
dschwartz1@ftc.gov

Re:     <u>**Amazon.com, Inc., FTC File Nos. 191-0129 & 191-0130**</u>

Dear David:

We appreciate your willingness to accept Amazon's proposal to respond to the Commission's August 9, 2022 subpoena with a written submission and a document production of responsive policies, in addition to the Commission's in-person review of the hard copies of certain Signal screenshots. Amazon remains committed to cooperating with the Commission and Staff regarding the August 9, 2022 subpoena. Amazon hopes that this submission, combined with Staff's *in camera* review of screenshots of the asterisked Signal threads identified in the updated Appendix A of Amazon's August 29, 2022 letter (the "Signal log") (i.e., threads where the disappearing message feature was enabled at any time during the thread), will address your concerns. This submission is provided consistent with our proposal for specifications 1–9.

In particular, we provide with this submission the following policies identified to date that are responsive to specifications 1–5.  If we identify any other responsive policies we will supplement this disclosure promptly.

- Enclosure A, Amazon U.S. Owner's Manual and Guide to Employment (last edited July 29, 2022) in response to specifications 1, 2, and 3;
- Enclosure B, Mobile Phones and Tablets Standard (last published November 9, 2021) in response to Specifications 1 and 2;
- Enclosure C, one of Amazon's Third-Party Software Policies (last published April 29, 2022) in response to specifications 2 and 3;
- Enclosure D, another Third-Party Software Policy (last modified 1 year ago) in response to specifications 2 and 3;
- Enclosure E, Laptop and Desktop Standard (last published August 5, 2022) in response to specification 3;
- Enclosure F, Amazon's Secure Communication Policy (last published March 22, 2022) in response to specifications 4 and 5; and

**Confidential Treatment Requested**

- Enclosure G, Amazon's Policy on Document and Record Retention and Destruction (last revised August 18, 2022) in response to specification 5.

In addition, Amazon has issued legal guidance that specifically addresses the use of Signal. Amazon is not producing those legal guidance documents in order to maintain privilege and avoid effecting a privilege waiver, but identifies them in a privilege log accompanying this response.

Our written submissions for specifications 6–9 are provided below. Amazon is providing the below written responses and the documents produced with this submission without waiving any privileges, protections, or immunities, including, without limitation, the attorney-client privilege, work product protection, and any other applicable privileges or protections.

Best regards,

Beth Wilkinson

Confidential Treatment Requested

## Amazon's Written Submissions to Specifications 6–9

***Spec. 6:*** *All recipients of any document preservation notices and refresh document preservation notices sent by the Company in connection with the Investigation, as well as the timing of any document preservation and refresh notices sent by the Company in connection with the Investigation.*

After Amazon received the Commission's June 2019 notice letter, document preservation notices were sent to Amazon personnel that Amazon believed may have information responsive to the FTC's voluntary request. Following issuance of the Commission's Civil Investigative Demand in February 2020, Amazon sent document preservation notices to additional personnel who Amazon viewed as potential Investigation custodians based on early discussions with FTC staff. After lengthy negotiations surrounding the scope of the CID in Spring and Summer of 2020, Amazon issued an additional notice in June 2020, expanding both the scope of document preservation obligations and the recipient list. Amazon continued to issue additional notices based on evolving custodian negotiations with FTC staff.

Amazon previously provided dates of the first document preservation notices for custodians who used Signal in its letter to the Commission on May 20, 2022. Below, Amazon lists below the recipients and dates of all formal document preservation notices issued in connection with the Investigation to Amazon personnel who served as Investigation custodians.[1]

| Table 1 | |
|---|---|
| **Custodian** | **Document Preservation Notice Dates** |
| Aubrey, Colleen | July 2, 2019; March 19, 2020; June 4, 2020 |
| Bajari, Pat | July 2, 2019; March 19, 2020; June 4, 2020 |
| Baker, Adam | July 2, 2019; March 19, 2020; June 4, 2020 |
| Bangs, Jonathan | March 19, 2020; June 4, 2020 |
| Beauchamp, Christine | July 2, 2019; March 19, 2020; June 4, 2020 |
| Bennett, Lindell Lee | June 4, 2020 |
| Berns, Adam | March 19, 2020; June 4, 2020 |
| Bezos, Jeff | April 13, 2020 |
| Blackburn, Jeff | July 2, 2019; March 19, 2020; June 4, 2020 |
| Bozeman, Dave | July 2, 2019; March 19, 2020; June 4, 2020 |
| Cardadeiro, David | June 4, 2020 |
| Carter, Jeff | March 19, 2020; June 4, 2020 |
| Chand, Natasha | July 2, 2019; March 19, 2020; June 4, 2020 |
| Chopra, Rajiv | July 2, 2019; March 19, 2020; June 4, 2020 |
| Clark, Dave | July 2, 2019; March 19, 2020; June 4, 2020 |
| Coleman, Janette | June 4, 2020 |
| Collins, Timothy | July 2, 2019; March 19, 2020; June 4, 2020 |
| Connors, John | June 4, 2020 |
| Copeland, Jack Patrick | July 2, 2019; March 19, 2020; June 4, 2020 |

---

[1] Custodians listed in the September 29, 2020 Final Production Schedule, but not included this chart, were no longer Amazon employees when formal document preservation notices were sent.

Confidential Treatment Requested

| | |
|---|---|
| Daniel, Miriam | June 4, 2020 |
| Delingat, Marc | June 4, 2020 |
| Denissen, Nick | July 2, 2019; March 19, 2020; June 4, 2020 |
| Despins, Paula | June 4, 2020 |
| Downer, Steve | July 2, 2019; March 19, 2020; June 4, 2020 |
| Elton, Tanner Jon | March 19, 2020; June 4, 2020 |
| Farrell, Corey | June 4, 2020 |
| Felton, John | July 2, 2019; March 19, 2020; June 4, 2020 |
| Fincham, Tim | July 2, 2019; June 4, 2020 |
| French, Eric | July 2, 2019; March 19, 2020; June 4, 2020 |
| Fresko, Nedim | June 4, 2020 |
| Gansert, Rebecca | June 4, 2020 |
| Gao, Wei | July 2, 2019; March 19, 2020; June 4, 2020 |
| Garg, Neeraj | June 4, 2020 |
| George, Dave | June 4, 2020 |
| Ghani, Jamil | July 2, 2019; March 19, 2020; June 4, 2020 |
| Glenn, Christa Stephens | March 19, 2020; June 4, 2020 |
| Grandinetti, Russ | July 2, 2019; March 19, 2020; June 4, 2020 |
| Griffith, Mark Bowen | June 4, 2020 |
| Gupta, Srishti | March 19, 2020; June 4, 2020 |
| Hart, Greg | March 19, 2020; June 4, 2020 |
| Helbling, Jeff | March 19, 2020; June 4, 2020 |
| Henri, David | July 2, 2019; March 19, 2020; June 4, 2020 |
| Herrington, Doug | July 2, 2019; March 19, 2020; June 4, 2020 |
| Heyworth, Sam | March 19, 2020; June 4, 2020 |
| Hopkins, Mike | March 19, 2020; June 4, 2020 |
| Jain, Ravi | July 2, 2019; March 19, 2020; June 4, 2020 |
| Jain, Sachin | July 2, 2019; March 19, 2020; June 4, 2020 |
| Jassy, Andy | February 10, 2021 |
| Kirk, Jon | March 19, 2020; June 4, 2020 |
| Knievel, Danica | March 19, 2020; June 4, 2020 |
| Kotas, Paul | July 2, 2019; March 19, 2020; June 4, 2020 |
| Krawiec, Peter | March 19, 2020; June 4, 2020 |
| Landry, Stephenie | July 2, 2019; March 19, 2020; June 4, 2020 |
| Lane, David | July 2, 2019; March 19, 2020; June 4, 2020 |
| Larsen, Peter | March 19, 2020; June 4, 2020 |
| Limp, Dave | March 19, 2020; June 4, 2020 |
| Lindsay, Neil | July 2, 2019; March 19, 2020; June 4, 2020 |
| Livesay, David | June 4, 2020 |
| Love, John | July 2, 2019; March 19, 2020; June 4, 2020 |
| Mason, Llew | July 2, 2019; March 19, 2020; June 4, 2020 |
| Mathieson, Mike | March 19, 2020; June 4, 2020 |
| McGinness, Tralee | March 19, 2020; June 4, 2020 |
| McGuire, Laurie Brooks | June 4, 2020 |
| Mehta, Dharmesh | July 2, 2019; March 19, 2020; June 4, 2020 |

Confidential Treatment Requested

| | |
|---|---|
| Mishra, Devesh | July 2, 2019; March 19, 2020; June 4, 2020 |
| Moore, Chuck | July 2, 2019; March 19, 2020; June 4, 2020 |
| Naggar, David | July 2, 2019; March 19, 2020; June 4, 2020 |
| Nahon, Jean-Luc | July 2, 2019; March 19, 2020; June 4, 2020 |
| Nidamarthi, Lakshmi | August 14, 2020 |
| Olsavsky, Brian | March 19, 2020; June 4, 2020 |
| Patrick, Piper | March 19, 2020; June 4, 2020 |
| Perez-Tenessa, Alex | June 4, 2020 |
| Phillips, Roberts | June 4, 2020 |
| Pulciani, Rob | June 4, 2020 |
| Rabuchin, Steve | March 19, 2020; June 4, 2020 |
| Roth, Mike | July 2, 2019; March 19, 2020; June 4, 2020 |
| Rubenson, Aaron | June 4, 2020 |
| Salomon, Shelley | July 2, 2019; March 19, 2020; June 4, 2020 |
| Santana-Alvarez, Barbara | June 4, 2020 |
| Shure, Steve | July 2, 2019; March 19, 2020; June 4, 2020 |
| Sibay, Cem | July 2, 2019; March 19, 2020; June 4, 2020 |
| Signorelli, Sharon | June 4, 2020 |
| Simpson, Ian | July 2, 2019; March 19, 2020; June 4, 2020 |
| Spoonemore, Brenda | March 19, 2020; June 4, 2020 |
| St. Angel, Lindo | March 19, 2020; June 4, 2020 |
| Stites, Robert | March 19, 2020; June 4, 2020 |
| Taddy, Matt | July 2, 2019; March 19, 2020; June 4, 2020 |
| Taylor, Tom | March 19, 2020; June 4, 2020 |
| Thirumalai, Srikanth | July 2, 2019; March 19, 2020; June 4, 2020 |
| Tundrea, Emanuella | June 4, 2020 |
| Weiland, Thomas | July 2, 2019; March 19, 2020; June 4, 2020 |
| Weldele, Tobin | July 2, 2019; March 19, 2020; June 4, 2020 |
| Wilke, Jeff | July 2, 2019; March 19, 2020; June 4, 2020 |
| Williams, Lisa Amelia | March 19, 2020; June 4, 2020 |
| Witham, John | July 2, 2019; March 19, 2020; June 4, 2020 |
| Wood, Sarah | July 2, 2019; March 19, 2020; June 4, 2020 |

In addition, Amazon lists below the recipients of all formal document preservation notices issued in connection with the Investigation to other Amazon personnel (i.e., those who did not end up serving as Investigation custodians), as well as the first date those personnel received a formal notice in connection with the Investigation.

| Table 2 | | | |
|---|---|---|---|
| **Employee** | **Document Preservation Notice** | **Employee** | **Document Preservation Notice** |
| Adkins, Jim | July 2, 2019 | Leslie, Phil | March 19, 2020 |
| Alibhai, Ashiana | June 4, 2020 | Levkiv, Carly | June 4, 2020 |
| Araiza, Kyle | June 4, 2020 | Li, Chenchen | June 4, 2020 |
| Archer, Meghan | June 4, 2020 | Lien, Jana | August 14, 2020 |

Confidential Treatment Requested

| | | | |
|---|---|---|---|
| Ashrit, Manuraj | June 4, 2020 | Lightfoot, Monica | June 4, 2020 |
| Atluri, Sandeep | June 4, 2020 | Linsay, Ernie | July 2, 2019 |
| Badyal, Rajeev | March 19, 2020 | Lisondra, DJ | June 4, 2020 |
| Bailey, John | August 14, 2020 | Liu, Jenny | June 4, 2020 |
| Barbiere, Karen | June 4, 2020 | Lomas, Jamie | March 19, 2020 |
| Bar-Haim, Tamir | March 19, 2020 | Longron, Katie | June 4, 2020 |
| Bass, Steve | June 4, 2020 | Lorenz, Eva | July 2, 2019 |
| Battles, Matthew | March 19, 2020 | Love, Nick | July 2, 2019 |
| Beach, Leigh | June 4, 2020 | Luis Chopra, Naveen | June 4, 2020 |
| Beck, Jenna | June 4, 2020 | Luthy, Dana | July 2, 2019 |
| Belle, Jeffrey | July 2, 2019 | Ma, Kristine | June 4, 2020 |
| Bergdahl, Alex | June 4, 2020 | Mackey, John | June 4, 2020 |
| Bergey, Sarah | June 4, 2020 | Madan, Udit | July 2, 2019 |
| Bernal, Irene | June 4, 2020 | Mahen, Nick | June 4, 2020 |
| Bernard, Paul | March 19, 2020 | Mansuri, Fouzan | July 2, 2019 |
| Berry, Katelyn | June 4, 2020 | Martin, Stephen | June 4, 2020 |
| Berryhill, Stephanie | August 14, 2020 | Mashruwala, Rajiv | June 4, 2020 |
| Bertucci, Carlo | March 19, 2020 | Masone, Tony | March 19, 2020 |
| Bhatia, Deepak | July 2, 2019 | Mathew, Sara | July 2, 2019 |
| Black, Deborah | July 2, 2019 | Maxfield, Daniel | March 19, 2020 |
| Blair, Kevin | June 4, 2020 | Mayward, Ryan | March 19, 2020 |
| Blevins, Erin | June 4, 2020 | Mccarroll, Dan | June 4, 2020 |
| Boom, Steve | March 19, 2020 | McCray, Timothy | June 4, 2020 |
| Bottorff, Mandy | June 4, 2020 | McDaniel, Mylinda | August 14, 2020 |
| Brandhorst, Ellena | June 4, 2020 | Meader, Ryan | June 4, 2020 |
| Broussard, Eric | June 4, 2020 | Medina, Juan | June 4, 2020 |
| Brownlow, Wood | June 4, 2020 | Mendelson, Robin | July 2, 2019 |
| Bunch, John | July 2, 2019 | Midgley, Maureen | July 2, 2019 |
| Burkhart, Kevin | June 4, 2020 | Miller, David | July 2, 2019 |
| Calderon, Eva | June 4, 2020 | Mishra, Ashutosh | June 4, 2020 |
| Caldwell, Christy | June 4, 2020 | Mitchell Hulford, Chelsea | June 4, 2020 |
| Caleffi, Sara | July 2, 2019 | Mohn, Marisa | June 4, 2020 |
| Cantu-Paz, Erick | June 4, 2020 | Moir, Dustyn | August 14, 2020 |
| Carpenter, Gail | March 19, 2020 | Monti, Daniele | June 4, 2020 |
| Carr, Matthew | March 19, 2020 | Mottolese, Giovanni | June 4, 2020 |
| Carr, Neil | June 4, 2020 | Mullinix, Betsy | June 4, 2020 |
| Carroll, Dorion | July 2, 2019 | Narayanan, Balaji | June 4, 2020 |
| Cathey-Roberts, John | March 19, 2020 | Narayanan, Kannan | June 4, 2020 |
| Ceballos Encarnacion, Alex | March 19, 2020 | Needham, Col | March 19, 2020 |
| Chan, Kristine | March 19, 2020 | Nelli, Rohit | June 4, 2020 |
| Chauhan, Akash | July 2, 2019 | Nestares, Carmen | July 2, 2019 |
| Chempananical, Tom | June 4, 2020 | Nigh, Kelly | June 4, 2020 |
| Chereau, Marion | June 4, 2020 | Nyeholt, Tanja | August 14, 2020 |

Confidential Treatment Requested

| | | | |
|---|---|---|---|
| Chiarella, Sharon | July 2, 2019 | OConnor, Daniel | June 4, 2020 |
| Chilukuri, Shiva | June 4, 2020 | Omar, Yousri | June 4, 2020 |
| Chin, Lesley | June 4, 2020 | Park, Jae | March 19, 2020 |
| Chopra, Naveen | March 19, 2020 | Parker, TJ | July 2, 2019 |
| Christensen, Alexandra | August 14, 2020 | Patel, Hetu | June 4, 2020 |
| Christensen, Amy | August 14, 2020 | Person, Kerry | July 2, 2019 |
| Chun, Betty | June 4, 2020 | Peterson, Matt | March 19, 2020 |
| Cohen, Alisa | June 4, 2020 | Philip, Harry | June 4, 2020 |
| Colby, Emily | August 14, 2020 | Phillips, Robert | June 4, 2020 |
| Collins, Brian | June 4, 2020 | Pickthorn, Allison | June 4, 2020 |
| Cosentino, Sarah | March 19, 2020 | Pohlers, Dirk | June 4, 2020 |
| Costello, Melissa | August 14, 2020 | Popchuk, Michael | July 2, 2019 |
| Crawford, Robin | June 4, 2020 | Powell, Chuck | July 2, 2019 |
| Craycroft, Tim | July 2, 2019 | Prasad, Archit | June 4, 2020 |
| Curan, Alexis | August 14, 2020 | Prasad, Rohit | June 4, 2020 |
| Cyran, Jeff | June 4, 2020 | Prybell, Mark | July 2, 2019 |
| Dale, Becky | June 4, 2020 | Radhakrishnan, Anand | June 4, 2020 |
| Dallaire, Seth | July 2, 2019 | Ragi, Shaminder Singh | June 4, 2020 |
| Davis, Alicia | March 19, 2020 | Rahemtulla, Munira | March 19, 2020 |
| Davis, Briana | August 14, 2020 | Rajan, Arun | July 2, 2019 |
| Dawes, Matt | June 4, 2020 | Rakhimova, Kamila | June 4, 2020 |
| Demeester, Yana | June 4, 2020 | Rasberry, Celena | June 4, 2020 |
| DePree, Alexis | July 2, 2019 | Rathnam, Sukumar | July 2, 2019 |
| Dumoulin, Benoit | June 4, 2020 | Renz, Maria | July 2, 2019 |
| Durasoff, Hannah | June 4, 2020 | Reynolds, Shelley | March 19, 2020 |
| Eamer, Mark | March 19, 2020 | Rich, Hilary | June 4, 2020 |
| Elvers, Ryan | June 4, 2020 | Roberts, Carolyn | June 4, 2020 |
| English, Amber | June 4, 2020 | Rothman, Michelle | July 2, 2019 |
| Evans, Chris | March 19, 2020 | Saleeba, Ashley | June 4, 2020 |
| Evans, Jack | June 4, 2020 | Salke, Jennifer | March 19, 2020 |
| Everett, Jason | June 4, 2020 | Saranow, David | June 4, 2020 |
| Feitzinger, Ed | July 2, 2019 | Scharf, Will | June 4, 2020 |
| Fletcher, Ian | July 2, 2019 | Schneider, Karena | March 19, 2020 |
| Fordyce, Eve | August 14, 2020 | Schulte, Cynthia | June 4, 2020 |
| Forsythe, David | July 2, 2019 | Schwartz, Ian | June 4, 2020 |
| Furlong, Matt | July 2, 2019 | Shearer, David | March 19, 2020 |
| Gandhi, Rushi | June 4, 2020 | Sheehan, Kathy | June 4, 2020 |
| Gannon, Brittney | March 19, 2020 | Shure, Steven | March 19, 2020 |
| Geil, John | June 4, 2020 | Siefker, William | July 2, 2019 |
| Giannini, Suzanne | August 14, 2020 | Siminoff, Jamie | March 19, 2020 |
| Goetsch, Adam | July 2, 2019 | Sinha, Avantika | June 4, 2020 |
| Gold, Kim | June 4, 2020 | Sjostrom, Danielle | August 14, 2020 |

Confidential Treatment Requested

| | | | |
|---|---|---|---|
| Goldberg, Brett | June 4, 2020 | Snodgrass, Molly | June 4, 2020 |
| Gordon, Lauren | June 4, 2020 | Solomon, Elizabeth | June 4, 2020 |
| Grant, Jed | June 4, 2020 | Song, Janie | July 2, 2019 |
| Grether, Mark | March 19, 2020 | Soto, Rafael | June 4, 2020 |
| Grossman, Dan | March 19, 2020 | Srinivasan, Arun | March 19, 2020 |
| Guo, Gary | July 2, 2019 | Srinivasan, Vaishnavi | July 2, 2019 |
| Hall, Christi | August 14, 2020 | Stanzel, Steve | March 19, 2020 |
| Halladay, Tim | March 19, 2020 | Stewart, Joanna | March 19, 2020 |
| Hamel, Andrew | July 2, 2019 | Stix, Jessica | June 4, 2020 |
| Hardin, Phil | March 19, 2020 | Stockman, Susan | June 4, 2020 |
| Harner, Shelby | August 14, 2020 | Straube, Lisa | June 4, 2020 |
| Harper, Ayesha | June 4, 2020 | Strauch, Mike | July 2, 2019 |
| Hart, Nicole | August 14, 2020 | Suruliz, Nedim | June 4, 2020 |
| Harter, Nicole | June 4, 2020 | Sussner, Daniel | June 4, 2020 |
| Hawley, Ruthie | June 4, 2020 | Suveyke, Shira | July 2, 2019 |
| Heaton-Armstrong, Piers | July 2, 2019 | Swanson, Eric | July 2, 2019 |
| Herman, Wes | March 19, 2020 | Swayze, Shannon | August 14, 2020 |
| Hilal, Dina | June 4, 2020 | Taneja, Veenu | July 2, 2019 |
| Hockin, Chad | June 4, 2020 | Tatman, Mara | June 4, 2020 |
| Holby, Sara | August 14, 2020 | Taubenheim, Elise | June 4, 2020 |
| Holloway, Chris | July 2, 2019 | Taylor, Dena | June 4, 2020 |
| Hom, Kendall | June 4, 2020 | Tippett, Matthew | June 4, 2020 |
| Hsieh, Tony | July 2, 2019 | Tirumale, Arun | June 4, 2020 |
| Huey, Phyllis | June 4, 2020 | Toupalik, Madeline | June 4, 2020 |
| Hung, Hsiao Fen | August 14, 2020 | Tracy, Jahn | June 4, 2020 |
| Hurst, Carole | June 4, 2020 | Treadwell, Dave | July 2, 2019 |
| Jain, Palak | March 19, 2020 | Trigg, Becky | August 14, 2020 |
| Jedda, Dan | March 19, 2020 | Tsukamoto, Shinji | March 19, 2020 |
| Jimerson, Courtney | June 4, 2020 | Tulasendrapuram, Janani | June 4, 2020 |
| Joannides, Selena | June 4, 2020 | Van der Meulen, Jorrit | March 19, 2020 |
| Johnson, Ethan | June 4, 2020 | Van Soye, Kristen | August 14, 2020 |
| Johnson, Zach | March 19, 2020 | Varadhan, Devraj | July 2, 2019 |
| Joubert, Vincent | June 4, 2020 | Vasen, Simoina | July 2, 2019 |
| Kabbani, Nader | July 2, 2019 | Vasisht, Neha | June 4, 2020 |
| Kalsi, Ankur | June 4, 2020 | Visoso, Luis | March 19, 2020 |
| Kapoyos, Yanti | August 14, 2020 | Vrubel, Maryana | June 4, 2020 |
| Kenneway, Matt | June 4, 2020 | Walowski, Joe | June 4, 2020 |
| Kessel, Steven | July 2, 2019 | Walsh-Allen, Krystal | March 19, 2020 |
| Khera, Munny | June 4, 2020 | Wang, Yunyan | July 2, 2019 |
| Kim, Min | June 4, 2020 | Watts, Zak | July 2, 2019 |
| Kim, Roger | June 4, 2020 | Whitten, Marc | March 19, 2020 |
| Klenetsky, Jennifer | August 14, 2020 | Wieder, Natalie | June 4, 2020 |

Confidential Treatment Requested

| | | | |
|---|---|---|---|
| Kok, Li-yin | June 4, 2020 | Wiggers, Mat | March 19, 2020 |
| Komorous, Nick | March 19, 2020 | Williams, Michael | March 19, 2020 |
| Konganda, Somana | July 2, 2019 | Williams, Robert | March 19, 2020 |
| Kuzak, Derek | June 4, 2020 | Williams, Tyler | March 19, 2020 |
| Lamp, Kurt | March 19, 2020 | Williams, Vanessa | June 4, 2020 |
| Lane, Katrina | July 2, 2019 | Windham, Chris | June 4, 2020 |
| Lange, John | March 19, 2020 | Wolf, Toki | June 4, 2020 |
| Later, Sam | August 14, 2020 | Wreakes, Paul | June 4, 2020 |
| Laughlin, Kristin | June 4, 2020 | Yousuf, Rehan | June 4, 2020 |
| Lawson, Chris | June 4, 2020 | Zapolsky, David | June 4, 2020 |
| Le Bourgeois, Nicolas | July 2, 2019 | Zawojski, Emmy | August 14, 2020 |
| Lemoine, Gaetan | June 4, 2020 | Zehr, Gregg | March 19, 2020 |

***Spec. 7:*** *All steps taken by the Company to identify current and former Company employees and Investigation custodians who had previously used and/or are currently using Signal and the timing of those steps.*

## Overview

As part of its compliance with the Investigation, Amazon sent formal document preservation notices and took the steps described below to identify custodians who have used Signal for work. Following this initial diligence, Amazon took additional steps for purposes of custodial collections, including those steps described below, in response to this Investigation ███ ████████████████████████████████████ to confirm whether custodians had any existing, responsive Signal messages on their phones.

Through this process, as described in greater detail below, Amazon determined there were no existing Signal messages on any custodians' phones that were substantive and responsive to this Investigation under the parameters of the September 29, 2020 Final Production Schedule. Amazon reached this conclusion for several reasons: (1) because the vast majority of custodians did not use Signal; (2) because some custodians used Signal but not for work-related communications; (3) because some custodians used Signal for work-related communications but only for non-substantive communications or for substantive communications that were not within the scope or relevant time period of the Investigation; and (4) because some custodians had Signal message threads where the disappearing message feature was enabled by a party to that thread and Amazon cannot recover or assess the content of messages sent while the disappearing message feature was enabled. With respect to category (4), Amazon disclosed the issue to FTC staff during a call on March 4, 2022 and via correspondence of March 22, 2022 (in relation to this Investigation). Amazon also made a disclosure regarding Signal threads not retrievable ███ ████████████████████████████████ on February 14, 2022.

## Detailed Description

In response to the notification letter sent to Amazon in June 2019 and the Civil Investigative Demand issued to Amazon in February 2020, Amazon sent formal document

preservation notices to numerous Amazon personnel, as described in the response to Specification 6. In Summer 2020, Amazon also sent questionnaires to the Investigation custodians identified in response to Specification 6, along with legal guidance regarding Amazon's preservation obligations.[2] Based on custodians' responses to these questionnaires, as well as subsequent diligence on particular custodians during the collection period from Summer 2020 and Spring 2021, Amazon determined which custodians may have used Signal for work-related communications.

After identifying an Investigation custodian who may have used Signal for work-related communications, Amazon's counsel conducted additional diligence to determine whether they had any existing Signal messages on their phones responsive to the Investigation. In doing so, Amazon sought to understand the nature of Signal use for each custodian through in-person interviews and email correspondence, as described further below. Amazon reiterated its legal guidance to custodians regarding Amazon's preservation obligations during these communications. As a result of this diligence, Amazon determined there were no existing Signal messages within the scope of the Investigation, as defined by the September 29, 2020 Final Production Schedule. At that time, Amazon understood it had complied with its collection obligations under the Investigation, which did not extend beyond March 1, 2020 for sources other than email and Chime, nor to collection of sources other than internal email and Chime for Mr. Bezos, Mr. Hopkins, and Mr. Jassy. Counsel also issued legal guidance regarding Amazon's preservation obligations with respect to secure messaging apps to Amazon's S-Team, including over a dozen Investigation custodians, in October 2020. This legal guidance was subsequently re-issued to several Investigation custodians ████ ████████████████████████████████████████████

As Amazon learned more information through its diligence ████████████████████ ████████████████ in Summer 2021, Amazon continued its efforts to identify custodians using Signal for work-related communications. In particular, Amazon counsel conducted additional interviews and email outreach to Investigation custodians in Fall 2021 and Spring and Summer 2022.

In all, Amazon's counsel conducted follow-up interviews and email communications concerning Signal use with the following custodians, all of whom Amazon had identified as having used Signal for potentially work-related messages: Pat Bajari, Christine Beauchamp, Jeff Bezos, Jeff Blackburn, Jeff Carter, Natasha Chand, Dave Clark, Janette Coleman, John Connors, John Felton, Russ Grandinetti, David Henri, Doug Herrington, Mike Hopkins, Andy Jassy, Paul Kotas, Peter Krawiec, Stephenie Landry, Dave Limp, Neil Lindsay, Brian Olsavksy, Cem Sibay, Tom Taylor, and Jeff Wilke. On those occasions, custodians were again provided legal guidance regarding Amazon's preservation obligations. Some of these interactions also addressed the collection of Signal messages from the custodians, as described further in the response to Specification 8.

---

[2] Amazon sent questionnaires to custodians insofar as they were employees at Amazon at the time. Amazon did not receive a completed questionnaire from Mr. Blackburn, who was on sabbatical at the time, or from Mr. Hopkins, who was only subject to email and Chime refresh collections and production obligations. Amazon later received completed questionnaires from Mr. Blackburn and Mr. Hopkins in Summer 2021 ████████████████████████████████████

Confidential Treatment Requested

In particular:

- **Pat Bajari:** In addition to Mr. Bajari being issued the notices identified above in response to Specification 6, following review of Signal materials collected from other custodians, counsel interviewed Mr. Bajari in August 2022 and confirmed that Mr. Bajari's Signal use was not substantive or was not responsive to the Investigation.

- **Christine Beauchamp:** In addition to Ms. Beauchamp being issued the notices identified in response to Specification 6 and additional guidance—including the October 2020 S-Team guidance and reissuance of that guidance in March 2021—counsel followed up with Ms. Beauchamp via email in March 2021 and confirmed that she did not possess any substantive messages within the relevant time period that were responsive to the Investigation. Counsel also interviewed Ms. Beauchamp in January 2022 and confirmed that Ms. Beauchamp's Signal use was not substantive or was not responsive to the Investigation.

- **Jeff Bezos:** In addition to Mr. Bezos being issued the notice identified in response to Specification 6 and additional guidance—including the October 2020 S-Team guidance and additional guidance in July 2021—counsel interviewed him in February 2022 concerning his Signal usage. Amazon also collected Signal screenshots from Mr. Bezos's phone as described in response to Specification 8. These Signal screenshots did not contain responsive messages under the parameters of the September 29, 2020 Final Production Schedule.

- **Jeff Blackburn:** In addition to Mr. Blackburn being issued the notices identified in response to Specification 6, and additional guidance—including the October 2020 S-Team guidance and reissuance of that S-Team guidance in October 2021—counsel interviewed him in August 2021, December 2021, and March 2022. These interviews related, in part, to his Signal usage. Amazon also collected Signal screenshots from Mr. Blackburn's phone as described in response to Specification 8. These Signal screenshots did not contain responsive messages under the parameters of the September 29, 2020 Final Production Schedule.

- **Jeff Carter:** In addition to Mr. Carter being issued the notices identified in response to Specification 6, counsel interviewed Mr. Carter in July 2020 and April 2022 and confirmed that Mr. Carter's Signal use was not substantive or was not responsive to the Investigation.

- **Natasha Chand:** In addition to Ms. Chand being issued the notices identified in response to Specification 6, counsel followed up with Ms. Chand via email and interviewed her in January 2021 and confirmed that Ms. Chand's Signal use was not substantive or was not responsive to the Investigation. Ms. Chand left Amazon in December 2021 and is not presently employed by the Company.

- **Dave Clark:** In addition to Mr. Clark being issued the notices identified in response to Specification 6 and additional guidance—including the October 2020 S-Team guidance

Confidential Treatment Requested

and reissuance of that guidance in November 2020—counsel followed up with Mr. Clark via email in November 2020 and confirmed that he did not possess any substantive messages within the relevant time period that were responsive to the Investigation. Counsel again interviewed Mr. Clark in November 2021. Amazon also collected Signal screenshots from Mr. Clark's phone as described in response to Specification 8. These Signal screenshots did not contain responsive messages under the parameters of the September 29, 2020 Final Production Schedule. Mr. Clark left Amazon in July 2022 and is not presently employed by the Company.

- **Janette Coleman:** In addition to Ms. Coleman being issued the notices identified in response to Specification 6, counsel followed up with Ms. Coleman via email in November 2020 and confirmed that she did not possess any substantive messages within the relevant time period that were responsive to the Investigation. Counsel also interviewed Ms. Coleman in November 2021 and April 2022 and confirmed that Ms. Coleman's Signal use was not substantive or was not responsive to the Investigation. Ms. Coleman left Amazon in July 2022, and is not presently employed by the Company.

- **John Connors:** In addition to Mr. Connors being issued the notices identified in response to Specification 6, counsel followed up with Mr. Connors via email in July 2020 and December 2020 and confirmed that his Signal use was not substantive or was not responsive to the Investigation. Counsel interviewed Mr. Connors in April 2022 and again confirmed that his Signal use was not responsive to the Investigation.

- **John Felton:** In addition to Mr. Felton being issued the notices identified in response to Specification 6 and additional guidance—including the October 2020 S-Team guidance—counsel interviewed Mr. Felton in July 2020 and April 2022 and confirmed that Mr. Felton's Signal use was not substantive or was not responsive to the Investigation.

- **Russ Grandinetti:** In addition to Mr. Grandinetti being issued the notices identified in response to Specification 6 and additional guidance—including the October 2020 S-Team guidance—counsel followed up with Mr. Grandinetti in November 2020 and confirmed that he did not possess any substantive messages within the relevant time period that were responsive to the Investigation. Counsel interviewed Mr. Grandinetti in November 2021 and confirmed that Mr. Grandinetti's Signal use was not substantive or was not responsive to the Investigation.

- **David Henri:** In addition to Mr. Henri being issued the notices identified in response to Specification 6, counsel followed up with Mr. Henri via email in December 2020 and confirmed that he did not possess any substantive messages within the relevant time period that were responsive to the Investigation. Mr. Henri left Amazon in 2021, and is not presently employed by the Company.

- **Doug Herrington:** In addition to Mr. Herrington being issued the notices identified in response to Specification 6 and additional guidance—including the October 2020 S-Team guidance and reissuance of that S-Team guidance in November 2020—counsel followed up with Mr. Herrington via email in November 2020 and interviewed him in March 2022,

**Confidential Treatment Requested**

and confirmed that Mr. Herrington's Signal use was not substantive or was not responsive to the Investigation.

- **Mike Hopkins:** In addition to Mr. Hopkins being issued the notices identified in response to Specification 6 and additional guidance—including the October 2020 S-Team guidance—after review of Mr. Hopkins's questionnaire responses ███████████ ███████████, counsel conducted interviews with Mr. Hopkins in August 2021 and February 2022 concerning his Signal usage. Amazon also collected Signal screenshots from Mr. Hopkins's phone as described in response to Specification 8. These Signal screenshots did not contain responsive messages under the parameters of the September 29, 2020 Final Production Schedule.

- **Andy Jassy:** In addition to Mr. Jassy being issued the notice identified in response to Specification 6 and additional guidance—including the October 2020 S-Team guidance and additional guidance in July 2021, December 2021 and February 2022—counsel interviewed Mr. Jassy in February 2022 concerning his Signal usage. Amazon also collected Signal screenshots from Mr. Jassy's phone as described in response to Specification 8. These Signal screenshots did not contain responsive messages under the parameters of the September 29, 2020 Final Production Schedule.

- **Paul Kotas:** In addition to Mr. Kotas being issued the notices identified in response to Specification 6 and additional guidance—including the October 2020 S-Team guidance—counsel followed up with Mr. Kotas in December 2020 and determined that he did not possess any substantive messages within the relevant time period that were responsive to the Investigation. Counsel interviewed Mr. Kotas in April 2022 and confirmed that Mr. Kotas's Signal use was not substantive or was not responsive to the Investigation.

- **Peter Krawiec:** In addition to Mr. Krawiec being issued the notices identified in response to Specification 6 and additional guidance—including the October 2020 S-Team guidance and reissuance of that S-Team guidance in January 2021 and February 2021—counsel interviewed Mr. Krawiec in February 2021, November 2021, February 2022, and May 2022. These interviews related, in part, to his Signal usage. Amazon also collected Signal screenshots from Mr. Krawiec's phone as described in response to Specification 8. These Signal screenshots did not contain responsive messages under the parameters of the September 29, 2020 Final Production Schedule.

- **Stephenie Landry:** In addition to Ms. Landry being issued the notices identified in response to Specification 6, counsel conducted an interview with Ms. Landry in July 2020 and concluded that Ms. Landry did not use Signal for work-related communications during the relevant time period. Counsel interviewed Ms. Landry again in November 2021 and April 2022 and confirmed that Ms. Landry's Signal use was not substantive or was not responsive to the Investigation.

- **Dave Limp:** In addition to Mr. Limp being issued the notices identified in response to Specification 6 and additional guidance—including the October 2020 S-Team guidance—counsel interviewed Mr. Limp in December 2020 and November 2021, and confirmed that

Confidential Treatment Requested

he did not possess any substantive messages within the relevant time period that were responsive to the Investigation.

- **Neil Lindsay:** In addition to Mr. Lindsay being issued the notices identified in response to Specification 6 and additional guidance—including the October 2020 S-Team guidance and reissuance of that S-Team guidance in February 2021—counsel followed up with Mr. Lindsay via email in February 2021 and confirmed that Mr. Lindsay's Signal use was not substantive or was not responsive to the Investigation. Counsel interviewed Mr. Lindsay in May 2022 and again confirmed that his Signal use was not substantive or was not responsive to the Investigation.

- **Brian Olsavksy:** In addition to Mr. Olsavsky being issued the notices identified in response to Specification 6 and additional guidance—including the October 2020 S-Team guidance and reissuance of that S-Team guidance in November 2020—counsel followed up with Mr. Olsavsky via email in November 2020 and confirmed that his Signal use was not substantive or was not responsive to the Investigation. Counsel interviewed Mr. Olsavsky in April 2022 and again confirmed that his Signal use was not substantive or was not responsive to the Investigation.

- **Cem Sibay:** In addition to Mr. Sibay being issued the notices identified in response to Specification 6, after review of Signal materials collected from other custodians, counsel conducted follow up interviews with Mr. Sibay in May 2022 and confirmed that Mr. Sibay's Signal use was not substantive or was not responsive to the Investigation.

- **Tom Taylor:** In addition to Mr. Taylor being issued the notices identified in response to Specification 6 and additional guidance—including the October 2020 S-Team guidance—counsel interviewed Mr. Taylor in April 2022 and confirmed that Mr. Taylor's Signal use was not substantive or was not responsive to the Investigation.

- **Jeff Wilke:** In addition to Mr. Wilke being issued the notices identified in response to Specification 6 and additional guidance—including the October 2020 S-Team guidance and reissuance of that S-Team guidance in December 2020—counsel followed up with Mr. Wilke via email in December 2020 and interviewed him in March 2022 and confirmed that he did not possess any substantive messages within the relevant time period that were responsive to the Investigation. Mr. Wilke left Amazon in March 2021 and is not presently employed by the Company.

***Spec. 8:*** *All steps taken by the Company to collect and preserve current and former Company employee Signal messages and threads in connection with the Investigation and the timing of those steps, including, but not limited to:*

*(a) collecting physical phones, tablets, and computers;*

*(b) taking screenshots of Signal messages and threads;*

*(c) collecting screenshots of Signal messages and threads;*

Confidential Treatment Requested

(d) *collecting Signal log-in information;*

(e) *collecting metadata relating to Signal messages and threads, including deleted and disappearing messages;*

(f) *imaging of physical phones, tablets, and computers; and*

(g) *retaining physical phones, tablets, and computers previously used for Signal that are no longer in use.*

As part of its diligence on Signal, described above in the response to Specification 7, Amazon took steps to collect potentially responsive Signal messages.

As explained in Amazon's prior correspondence, due to Signal's method of encryption, Amazon and its eDiscovery vendor Consilio have not identified a reliable way to collect native data from Signal that preserves and exports all metadata. As a result, Signal messages have been collected through a manual process that involves taking screenshots of messages on the custodians' personal cell phones.

As discussed in the response to Specification 7, Amazon did not identify any substantive Signal messages that were responsive under the parameters of the September 29, 2020 Final Production Schedule. In connection with ▮▮▮▮▮▮▮▮▮▮▮ Mr. Clark's departure, Amazon collected all existing, work-related Signal threads for six Investigation custodians, as described in the chart below.[3]

| Table 3 | |
|---|---|
| **Custodian** | **Signal Collection Dates** |
| Bezos, Jeff | January 7, 2022 and May 14, 2022 |
| Blackburn, Jeff | November 17, 2021 and January 18, 2022 |
| Clark, Dave | July 25, 2022 |
| Hopkins, Mike | October 20, 2021 and January 3, 2022 |
| Jassy, Andy | January 5, 2022 |
| Krawiec, Peter | November 15, 2021 |

Amazon collected forensic images of phones and reviewed text messages from the following custodians in connection with this Investigation, once Amazon learned these custodians may have used texts on their personal phones for potentially responsive communications. Similarly, Amazon collected and imaged phones for this reason for four Investigation custodians ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, as denoted by asterisks in the table below. As described above, these images did not capture Signal messages due to Signal's method of encryption.

| Table 4 | |
|---|---|
| **Custodian** | **Image Date** |

---

[3] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Amazon also collected all existing, work-related Signal threads for Jennifer Salke on November 22, 2021 and February 5, 2022 and for Jay Marine on November 10, 2021 and January 6, 2022.

Confidential Treatment Requested

| | |
|---|---|
| Baker, Adam | January 25, 2021 |
| Bangs, Jon | October 28, 2020 |
| Berns, Adam | April 5, 2021 |
| Blackburn, Jeff | August 25, 2021* |
| Blackburn, Jeff | January 18, 2022* |
| Chand, Natasha | January 19, 2021 |
| Collins, Tim | February 9, 2021 |
| Downer, Steve | January 11, 2021 |
| Fincham, Tim | February 25, 2021 |
| Gao, Wei | June 25, 2021 |
| Hopkins, Mike | September 17, 2021* |
| Hopkins, Mike | January 8, 2022* |
| Jassy, Andy | January 5, 2022*[4] |
| Krawiec, Peter | March 10, 2021 |
| Krawiec, Peter | September 13, 2021* |
| Landry, Stephenie | July 1, 2021 |
| Limp, Dave | January 19, 2021 |
| Pulciani, Rob | May 14, 2021 |
| Stites, Robert | July 22, 2021 |

Amazon also collected text messages through screenshots from Mr. Bezos's phone on January 7, 2022 and May 14, 2022, and from Mr. Clark's phone on July 25, 2022.

In addition, Amazon collected and obtained forensic images of company-issued laptops for all Investigation custodians who were employed at Amazon during Summer 2020. Laptops were imaged either by in-person collection or through a remote imaging process. Eight of these custodians also had their company-issued laptops imaged in Summer 2021 ███████████ ██████████, denoted by an asterisk. The dates and methods of laptop imaging are listed below. These laptops were imaged as part of the general document collection processes for this Investigation ███████████, not as part of an effort to collect Signal messages.

| Table 5 | | |
|---|---|---|
| **Custodian** | **Image Date** | **Image Method** |
| Agostini, Adrian | April 26, 2022 | In-Person |
| Anbalagan, Karthik | July 21, 2020 | Remote |
| Atkins, Brian | July 9, 2020 | Remote |
| Aubrey, Colleen | July 2, 2020 | In-Person |
| Bajari, Pat | July 24, 2020 | In-Person |
| Baker, Adam | July 17, 2020 | Remote |
| Bangs, Jon | July 30, 2020 | Remote |
| Beauchamp, Christine | July 23, 2020 | Remote |
| Beauchamp, Christine | September 3, 2021* | Remote |

[4] Mr. Jassy had two phones, a Blackberry and an iPhone, both of which were imaged on January 5, 2022.

Confidential Treatment Requested

| | | |
|---|---|---|
| Bennett, Lindell Lee | July 1, 2020 | In-Person |
| Berns, Adam | July 9, 2020 | Remote |
| Blackburn, Jeff | October 9, 2019 | In-Person |
| Blackburn, Jeff | October 9, 2019 | In-Person |
| Blackburn, Jeff | October 9, 2019 | In-Person |
| Blackburn, Jeff | October 9, 2019 | In-Person |
| Blackburn, Jeff | October 9, 2019 | In-Person |
| Blackburn, Jeff | August 20, 2021* | In-Person |
| Bozeman, David | July 27, 2020 | Remote |
| Cardadeiro, David | July 14, 2020 | Remote |
| Carter, Jeff | July 1, 2020 | Remote |
| Chand, Natasha | July 2, 2020 | In-Person |
| Chew, Chee | April 26, 2022 | In-Person |
| Chopra, Rajiv | July 1, 2020 | In-Person |
| Chopra, Rajiv | June 26, 2020 | In-Person |
| Clark, Dave | July 28, 2020 | Remote |
| Coleman, Janette | July 29, 2020 | Remote |
| Collins, Timothy | July 15, 2020 | In-Person |
| Collins, Timothy | July 15, 2020 | In-Person |
| Copeland, Pat | July 21, 2020 | Remote |
| Cravalho, Nick | July 13, 2020 | Remote |
| Daniel, Miriam | July 11, 2020 | Remote |
| Delingat, Marc | July 1, 2020 | Remote |
| Denissen, Nicholas | July 1, 2020 | Remote |
| Despins, Paula | July 2, 2020 | Remote |
| Downer, Steve | October 29, 2019 | Unknown |
| Downer, Steve | July 13, 2020 | Remote |
| Eamer, Melissa | April 26, 2022 | In-Person |
| Elton, Tanner | July 2, 2020 | Remote |
| Faricy, Peter | April 25, 2022 | In-Person |
| Farrell, Corey | July 8, 2020 | Remote |
| Felton, John | July 15, 2020 | In-Person |
| Fincham, Tim | July 22, 2020 | In-Person |
| French, Eric | July 20, 2020 | Remote |
| Fresko, Nedim | July 8, 2020 | Remote |
| Gansert, Rebecca | July 21, 2020 | Remote |
| Gao, Wei | July 30, 2020 | Remote |
| Garg, Neeraj | July 30, 2020 | Remote |
| Garg, Neeraj | July 30, 2020 | Remote |
| George, Dave | June 29, 2020 | Remote |
| Ghani, Jamil | July 31, 2020 | Remote |
| Ghani, Jamil | August 24, 2021* | Remote |
| Glenn, Christa | July 1, 2020 | In-Person |
| Grandinetti, Russ | October 16, 2019 | In-Person |
| Grandinetti, Russ | July 24, 2020 | In-Person |

Confidential Treatment Requested

| | | |
|---|---|---|
| Greeley, Greg | April 26, 2022 | In-Person |
| Griffith, Mark | July 16, 2020 | In-Person |
| Gunningham, Sebastian | April 26, 2022 | In-Person |
| Gupta, Srishti | July 9, 2020 | Remote |
| Helbling, Jeff | July 21, 2020 | Remote |
| Henri, David | July 28, 2020 | In-Person |
| Herrington, Doug | July 21, 2020 | Remote |
| Heyworth, Sam | July 1, 2020 | In-Person |
| Hopkins, Mike | August 25, 2021* | Remote |
| Indresano, Mike | April 26, 2022 | In-Person |
| Jain, Ravi | July 22, 2020 | In-Person |
| Jain, Ravi | July 24, 2020 | In-Person |
| Jain, Sachin | June 25, 2020 | In-Person |
| Jain, Sunny | April 26, 2022 | In-Person |
| Keith, Kevin | July 16, 2020 | Remote |
| Kirk, Jon | July 17, 2020 | In-Person |
| Knievel, Danica | July 24, 2020 | In-Person |
| Kotas, Paul | August 3, 2020 | In-Person |
| Krawiec, Peter | August 5, 2020 | In-Person |
| Krawiec, Peter | September 1, 2021* | In-Person |
| Landry, Stephenie | February 19, 2020 | Unknown |
| Landry, Stephenie | July 16, 2020 | In-Person |
| Lane, David | July 16, 2020 | In-Person |
| Larsen, Peter | July 15, 2020 | In-Person |
| Levanon, Nurit | July 24, 2020 | Remote |
| Limp, Dave | August 14, 2020 | In-Person |
| Limp, Dave | October 7, 2019 | In-Person |
| Lindsay, Neil | July 31, 2020 | Remote |
| Lindsay, Neil | August 20, 2021* | Remote |
| Lindsay, Neil | August 23, 2021* | Remote |
| Livesay, David | July 17, 2020 | In-Person |
| Love, John | July 10, 2020 | Remote |
| Mason, Llew | July 20, 2020 | Remote |
| Mason, Llew | August 19, 2021* | Remote |
| Mathieson, Mike | April 26, 2022 | In-Person |
| McGinness, Tralee | July 27, 2020 | In-Person |
| McGinness, Tralee | July 27, 2020 | In-Person |
| McGuire, Laurie | August 19, 2020 | In-Person |
| Mehta, Dharmesh | June 24, 2020 | Remote |
| Mishra, Devesh | July 15, 2020 | Remote |
| Moore, Chuck | July 26, 2020 | Remote |
| Muthukrishnan, Muthu | July 1, 2020 | Remote |
| Naggar, David | July 15, 2020 | Remote |
| Naggar, David | August 30, 2019 | Remote |
| Nahon, Jean-Luc | July 1, 2020 | In-Person |

Confidential Treatment Requested

| | | |
|---|---|---|
| Nidamarthi, Lakshmi | July 22, 2020 | In-Person |
| Olsavsky, Brian | July 31, 2020 | In-Person |
| Olsavsky, Brian | December 9, 2021* | In-Person |
| Orvidas, Laura C | April 26, 2022 | In-Person |
| Pang, Jimmy | April 26, 2022 | In-Person |
| Pape, Craig | July 14, 2020 | Remote |
| Patrick, Piper | August 3, 2020 | Remote |
| Perez-Tenessa, Alex | July 15, 2020 | Remote |
| Phillips, Robert | June 30, 2020 | Remote |
| Pinkerton, Brian | April 26, 2022 | In-Person |
| Pulciani, Rob | July 14, 2020 | Remote |
| Rabuchin, Steve | July 15, 2020 | In-Person |
| Ronen, Assaf | April 26, 2022 | In-Person |
| Roth, Mike | April 26, 2022 | In-Person |
| Rupp, Christine | April 26, 2022 | In-Person |
| Salomon, Shelley | July 24, 2020 | In-Person |
| Santana-Alvarez, Barbara | July 24, 2020 | In-Person |
| Seth, Pooja | July 20, 2020 | Remote |
| Shure, Steven | August 25, 2020 | In-Person |
| Sibay, Cem | July 24, 2020 | Remote |
| Signorelli, Sharon | July 24, 2020 | In-Person |
| Simpson, Ian | July 8, 2020 | Remote |
| Spoonemore, Brenda | July 24, 2020 | Remote |
| Spoonemore, Brenda | October 21, 2019 | In-Person |
| St. Angel, Lindo | June 17, 2020 | Remote |
| Stites, Robert | July 31, 2020 | Remote |
| Taddy, Matt | July 2, 2020 | In-Person |
| Taylor, Tom | August 13, 2020 | In-Person |
| Thirumalai, Srikanth | August 3, 2020 | Remote |
| Tundrea, Emanuela | September 9, 2020 | In-Person |
| Valdez, Arthur | May 5, 2022 | In-Person |
| Weiland, Tom | July 17, 2020 | Remote |
| Weldele, Tobin | July 20, 2020 | Remote |
| Wilke, Jeff | July 28, 2020 | In-Person |
| Wilke, Jeff | July 28, 2020 | In-Person |
| Wilke, Jeff | July 28, 2020 | In-Person |
| Wilke, Jeff | May 5, 2021 | In-Person |
| Williams, Cynthia | April 26, 2022 | In-Person |
| Williams, Lisa | August 14, 2020 | In-Person |
| Williams, Robert | July 9, 2020 | Remote |
| Witham, Jon | July 7, 2020 | Remote |
| Wood, Sarah | July 17, 2020 | Remote |
| Yurcisin, Jeff | April 26, 2022 | In-Person |
| Zimmer, Dave | July 16, 2020 | Remote |

Confidential Treatment Requested

Amazon did not identify any tablets used for Signal or containing otherwise unique responsive documents for this Investigation.

In an effort to ensure preservation of any personal phones, tablets, or computers that may have previously been used for responsive communications and are no longer in use, Amazon issued legal document preservation notices to all Investigation custodians regarding Amazon's preservation obligations under the Investigation (see response to Specification 6). Those custodians identified as having used Signal for work-related communications were also issued additional guidance as described in response to Specification 7. Amazon also took proactive steps to retain information from phones that custodians no longer used. Specifically, when Amazon Web Services ("AWS") Security replaced Mr. Blackburn's and Mr. Jassy's phones in 2022, their old devices were retained. AWS also transferred all Signal messages from their old phones to these custodians' new devices.

The Red Brass team, an IT service for members of Amazon's S-Team, has also assisted with replacement of custodians' phones to ensure that Signal messages were preserved as custodians upgraded personal phones. Red Brass's practice is to perform device-to-device transfers to preserve all data, including any Signal data. Red Brass also assisted with "iCloud restores" for Mr. Jassy, Mr. Blackburn, and Mr. Hopkins onto new phones.

Mr. Bezos's staff has handled his phone upgrades since 2010. Their practice is to migrate communications, including Signal messages, from his old phone every time he gets a new phone.

Amazon did not collect Signal log-in information—or any other personal log-in information on private devices and apps—for any custodians, out of concern for privacy and because doing so is beyond the scope of reasonable company preservation and collection efforts.

***Spec. 9:*** *The make and model of each phone, tablet, and computer used for Signal by each investigation custodian.*

Amazon does not in the ordinary course of business maintain information regarding the make and model of employees' personal devices. In addition, over the course of the last few years, several custodians have switched to new phones in the normal course. Amazon identified the below information for the following custodians who used Signal in connection with imaging their phones or collecting Signal screenshots from their phones.

| Table 6 | |
|---|---|
| **Custodian** | **Phone** |
| Bezos, Jeff | iPhone 13 Pro Max |
| Blackburn, Jeff | iPhone 12 Pro Max |
| Chand, Natasha | iPhone XS |
| Clark, Dave | iPhone 13 Pro |
| Hopkins, Mike | iPhone 11 Pro Max |
| Jassy, Andy | Blackberry Key 2 and iPhone XR |
| Krawiec, Peter | iPhone 8 |
| Landry, Stephenie | iPhone 12 Pro Max |
| Limp, Dave | iPhone 11 |