# EXHIBIT E

**From**: jeff@amazon.com [jeff@amazon.com]
**Sent**: 2/29/2020 10:15:23 AM
**To**: Hopkins, Mike [mikehopk@amazon.com]
**Subject**: Re: █████████████████████

Thanks Mike. Are you on signal messaging app? (Better way to communicate with me.)

On Feb 29, 2020, at 3:58 PM, Hopkins, Mike <mikehopk@amazon.com> wrote:

That's great. I will organize that call/meeting.

Sent from my iPhone

On Feb 28, 2020, at 9:56 PM, Bezos, Jeff <jeff@amazon.com> wrote:

I am happy to support preferably with you also at the meeting or call.

On Feb 29, 2020, at 2:42 AM, Hopkins, Mike <mikehopk@amazon.com> wrote:

Hi Jeff,



CONFIDENTIAL - NOT SUBJECT TO DISCLOSURE
CONFIDENTIAL TREATMENT REQUESTED / FOIA EXEMPT

Amazon-FTC-CID_08914012

Safe travels,

Mike

CONFIDENTIAL - NOT SUBJECT TO DISCLOSURE
CONFIDENTIAL TREATMENT REQUESTED / FOIA EXEMPT

Amazon-FTC-CID_08914013