# EXHIBIT H



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                              AMZN-RTL-FTC-00019918



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AMZN-RTL-FTC-00019919



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AMZN-RTL-FTC-00019920


HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AMZN-RTL-FTC-00019921