# EXHIBIT I



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AMZN-RTL-FTC-00019848