# EXHIBIT J



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AMZN-RTL-FTC-00019849