# EXHIBIT K



UNITED STATES OF AMERICA
Federal Trade Commission
WASHINGTON, D.C. 20580

Stephen Antonio
Bureau of Competition
Technology Task Force
Attorney
(202) 326-2536
santonio@ftc.gov

June 17, 2019

**By Electronic Mail**

Andrew Devore, Esq.
Vice President and Associate General Counsel
Amazon.com, Inc.
2021 7th Ave
Seattle, WA 98121
Adevore@Amazon.com

      Re:    Amazon.com, Inc.
              FTC File No. 191-0129

Dear Mr. Devore:

      The Federal Trade Commission's Bureau of Competition is conducting a non-public investigation to determine whether Amazon.com, Inc. ("Amazon" or "Company") has engaged or is engaging in unfair methods of competition, through anticompetitive or exclusionary conduct related to online retail sales and distribution, in violation of Section 5 of the Federal Trade Commission Act, 15 U.S.C. § 45, as amended. As used in this letter, the term "Company" means Amazon.com, Inc., and its domestic and foreign parents, predecessors, divisions, subsidiaries, affiliates, partnerships and joint ventures, and all directors, officers, employees, agents, and representatives of the foregoing. Please note that neither this letter nor the existence of this nonpublic investigation indicates that the Federal Trade Commission or its staff has concluded that the Company, or anyone else, has violated the law.

      To assist in this investigation, we may find it necessary to request relevant information, documents, or data from the Company or third parties. Accordingly, we ask that the Company immediately take the necessary measures to preserve all documents and information and cease all document destruction activities with respect to matters that may be of relevance to this investigation. This includes documents and information that currently exists as well as documents that come into existence during the pendency of this investigation. This also specifically extends to computer files; electronic correspondence (including instant messaging); and all other written, recorded, and graphic material of every kind. Among other things, the

Amazon
FTC File No. 191-0129

Company should suspend any regular document management practice, including, but not limited to, regular automatic deletion of documents or destruction or recycling of backup tapes, that would result in failure to preserve relevant documents. The destruction of documents and the interference of dealings with potential witnesses may violate 18 U.S.C. §§ 1505 and 1512, which make it unlawful for anyone to influence, obstruct, or impede the due and proper administration of the law.

    Please do not hesitate to contact me at 202-326-2536 or Eric Cochran at 202-326-3454 if you have any questions.

                                                  Sincerely,

                                                  Stephen Antonio
                                                  Attorney