# EXHIBIT M

CONFIDENTIAL TREATMENT REQUESTED UNDER 15 U.S.C. § 18a(h), § 46(f), § 57b-2, AND ALL OTHER APPLICABLE STATUTES OR REGULATIONS

Amazon August 31, 2022 Privilege Log

| Log Number | Family Relationship | Primary Custodian | Privilege Claim | Privilege Type | Document Type | Page Count | Date | Subject | Author / Sender [1] | Recipients | Recipients (CC) | Recipients (BCC) | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Standalone | Amazon, Inc. | A/C | Wholly Privileged | Email | 2 | 10/1/2020 | Secure messaging guidance for senior leaders | DeVore, Andrew* | Members of the S-Team listserv, including S-Team members and their exectuive assistants | | | Email communicating legal advice regarding guidance for using messaging applications. |
| 2 | Standalone | Amazon, Inc. | A/C | Wholly Privileged | Document | 2 | 8/27/2021 | Legal Hold FAQ that includes guidance on Signal | Penn, Lawton* | | | | Document communicating legal advice regarding internal guidance for individuals on legal holds. |
| 3 | Standalone | Amazon, Inc. | A/C | Wholly Privileged | Document | 3 | 8/27/2021 | Guidance related to the disappearing message function on Signal | Fitzgerald, Scott* | | | | Document communicating legal advice regarding internal policy. |
| 4 | Standalone | Amazon, Inc. | A/C | Wholly Privileged | Document | 4 | 12/17/2021 | Wickr FAQ that includes guidance on Signal | Venugopalan, Lakshmanan | | | | Document communicating legal advice regarding guidance for using messaging applications. |
| 5 | Standalone | Amazon, Inc. | A/C | Wholly Privileged | Email | 2 | 3/2/2022 | Wickr guidance that includes guidance on Signal | Zapolsky, David* | Agarwal, Amit; Aubrey, Colleen; Beauchamp, Christine; Bezos, Jeff; Blackburn, Jeff; Carney, Jay; Clark, Dave; Davis, Alicia Boler; DeSantis, Peter; Felton, John; Galetti, Beth; Garman, Matt; Grandinetti, Russell; Hamilton, James; Herdener, Drew; Herrington, Doug; Hoggett, Tony; Hopkins, Mike; Jassy, Andy; Kotas, Paul; Krawiec, Peter; Limp, Dave; Lindsay, Neil; Olsavsky, Brian; Prasad, Rohit; Schmidt, Steve; Selipsky, Adam; Taylor, Tom; Treadwell, Dave | | | Email communicating legal advice regarding guidance for using messaging applications. |

[1] Names of attorneys are denoted by an asterisk (*).