# EXHIBIT N

Privileged & Confidential

## How turn off disappearing messages on Signal

If you are under litigation hold, ████████████████████████████████████████ This document describes how to turn off disappearing messages for existing contact groups. For new contact groups, disappearing messages are turned off by default.

### Step 1:
Open the Signal application, clicking on the following icon:



### Step 2:
Select a group that uses disappearing messages, then select the settings in the upper right-hand corner:



PX1826-001

Privileged & Confidential

**Step 3**
After opening the settings, select "Disappearing messages."



PX1826-002

Privileged & Confidential

**Step 4**
Select "Off" and click save. Disappearing messages are now deactivated.

PX1826-003