# EXHIBIT P

| | |
|---|---|
| **From:** | Zapolsky, David |
| **To:** | Agarwal (Corporate), Amit; Aubrey, Colleen; Beauchamp, Christine; Bezos, Jeff; Blackburn, Jeff; Carney, Jay; hold-davecl; Davis, Alicia Boler; DeSantis, Peter; Felton (Seattle), John; Galetti, Beth; Garman, Matt; Grandinetti, Russell; Hamilton (Seattle), James; Herdener, Drew; Herrington, Doug; Hoggett, Tony; Hopkins, Mike; Jassy, Andy; Kotas, Paul; Krawiec, Peter; Limp, Dave; Lindsay, Neil; Olsavsky, Brian; Prasad, Rohit; Schmidt (Security), Steve; Selipsky, Adam; Taylor, Tom; Treadwell, Dave; Zapolsky, David |
| **Subject:** | Wickr Instructions: Privileged and Confidential |
| **Date:** | Wednesday, March 2, 2022 11:39:24 AM |

Hi everyone,

As we discussed at our breakfast yesterday, you can install Wickr on your laptop or phone following these instructions (which are accessible only from an Amazon laptop unless your phone has Amazon Enterprise Access). If you need help with the installation, please contact redbrass@amazon.com. Wickr is currently available only for execs L10 and up (and their EAs) and can only be used internally, but the team is working to expand the functionality this year, targeting June. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ For additional details on Wickr, below is the announcement that went out in December.

------------

**Subject line:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Hello, you now have access to Wickr, a secure AWS messaging, video conferencing, and file sharing app. Follow the steps in the Wickr Enterprise article on it.amazon.com to start using Wickr.

**When to use Wickr**

1. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Wickr is managed by IT Services and has the same strong encryption, includes enhanced security features, and is approved for your use. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ As discussed below, if you are on litigation hold Wickr ensures that messages deleted from your device will be saved centrally.

3. Use Wickr when the message recipients also have access to Wickr. L10+ employees and their EAs are currently part of an early, invite-only launch of Wickr. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Features of Wickr**

- Wickr offers enhanced security features to protect your sensitive business communications

including end-to-end encryption.

- Your message content will be available for 30 days, but you can configure that period to be shorter.

- Wickr provides customizable features, including message expiration time and "burn-on-read," to protect sensitive business communications.

**What if I'm on litigation hold?**

- 

- If you're on litigation hold, your Wickr messages will be saved centrally even if you have configured them to be deleted from your device after a set time period.

- 

David Zapolsky (he/him)
Amazon Legal

Note:  I send emails at times that are convenient for me.  But unless I ask otherwise or it's clear from the context, no response is necessary (if at all) until convenient for you.