# EXHIBIT S

**CONFIDENTIAL TREATMENT REQUESTED UNDER 15 U.S.C. § 18a(h), § 46(f), § 57b-2, AND ALL OTHER APPLICABLE STATUTES OR REGULATIONS**

**Amazon May 25, 2021 Privilege Log — Aubrey, Bezos, Blackburn, Clark, Coleman, Connors, Grandinetti, Henri, Herrington, Krawiec, Limp, McGinness, McGuire, Olsavsky, Santana-Alvarez, Signorelli, Taylor, Tundrea, Wilke,**

| Log number | Family Relationship [1] | Bates Number [2] | Primary Custodian | CID Specification(s) | Privilege Claim | Privilege Type | Document Type | Page Coun | Date [3] | Subject / Title [4] | Author / Sender [5] [6] | Recipients [7] | Recipients (CC) | Recipients (BCC) | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMZ_LOG_0 00062826 | Parent | | Wilke, Jeff | 10; 16; 29; 31; 41; 42; 44; 45; 46; 51; 53 | A/C, WP | Wholly Privileged | Email | 2 | 9/15/2019 | RE: Congressional and FTC investigations into Amazon - privileged & confidential | DeVore, Andrew* (amazon.com) | Steam (amazon.com) | Legal-vps (amazon.com); Herdener, Drew (amazon.com); Evans, Jack (amazon.com); Huseman, Brian* (amazon.com); O'Connor, Daniel (amazon.com); Reynolds, Shelley (amazon.com); Barrysmith, Mark (amazon.com); Sutton, Nate* | | Email communicating legal advice regarding regulatory compliance. |