THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC<br><br>STIPULATED MOTION AND SCHEDULING ORDER ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO SPOLIATION AND PLAINTIFFS' MOTION TO SEAL<br><br>NOTE ON MOTION CALENDAR:<br>April 26, 2024 |

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed scheduling order set forth below regarding the briefing schedule for Plaintiffs' Motion to Compel Production of Documents Related to Spoliation ("Motion to Compel") (Dkt. #198) and Plaintiffs' related Motion to Seal (Dkt. #199).

1. The parties stipulate as follows, subject to Court approval, and jointly request that the Court enter the following Order approving this Stipulation:

   a. Amazon shall file any opposition to Plaintiffs' Motion to Compel no later than May 13, 2024.

    b. Amazon shall file any response to Plaintiffs' Motion to Seal (including any submission required by Local Civil Rule 5(g)(3)(B)) no later than May 13, 2024.

    c. Plaintiffs shall file any reply in support of their Motion to Compel no later than May 23, 2024.

    d. Plaintiffs shall file any reply regarding their Motion to Seal no later than May 23, 2024.

    e. The noting date for Plaintiffs' Motion to Compel and Plaintiffs' Motion to Seal is May 23, 2204.

Stipulated to and respectfully submitted this 26th day of April, 2024, by:

*s/ Edward H. Takashima*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
EMILY K. BOLLES (NY Reg. # 5408703)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.: (202) 326-2122 (Musser)
   (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
    etakashima@ftc.gov
    ebolles@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND
SCHEDULING ORDER - 2
CASE NO. 2:23-cv-01495-JHC

s/ Michael Jo
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

s/ Rahul A. Darwar
Rahul A. Darwar (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Rahul.Darwar@ct.gov
*Counsel for Plaintiff State of Connecticut*

s/ Alexandra C. Sosnowski
Alexandra C. Sosnowski (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

s/ Caleb J. Smith
Caleb J. Smith (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2230
Email: caleb.smith@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

s/ Timothy D. Smith
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

s/ Jennifer A. Thomson
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

s/ Michael A. Undorf
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

s/ Christina M. Moylan
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

STIPULATED MOTION AND
SCHEDULING ORDER - 3
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| *s/ Gary Honick* | *s/ Lucas J. Tucker* |
| Gary Honick (admitted *pro hac vice*) | Lucas J. Tucker (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Deputy Chief, Antitrust Division | Office of the Nevada Attorney General |
| Office of the Maryland Attorney General | 100 N. Carson St. |
| 200 St. Paul Place | Carson City, NV 89701 |
| Baltimore, MD 21202 | Telephone: (775) 684-1100 |
| Telephone: (410) 576-6474 | Email: LTucker@ag.nv.gov |
| Email: Ghonick@oag.state.md.us | *Counsel for Plaintiff State of Nevada* |
| *Counsel for Plaintiff State of Maryland* | |
| | *s/ Ana Atta-Alla* |
| *s/ Michael Mackenzie* | Ana Atta-Alla (admitted *pro hac vice*) |
| Michael Mackenzie (admitted *pro hac vice*) | Deputy Attorney General |
| Deputy Chief, Antitrust Division | New Jersey Office of the Attorney General |
| Office of the Massachusetts Attorney General | 124 Halsey Street, 5th Floor |
| One Ashburton Place, 18th Floor | Newark, NJ 07101 |
| Boston, MA 02108 | Telephone: (973) 648-3070 |
| Telephone: (617) 963-2369 | Email: Ana.Atta-Alla@law.njoag.gov |
| Email: michael.mackenzie@mass.gov | *Counsel for Plaintiff State of New Jersey* |
| *Counsel for Plaintiff Commonwealth of Massachusetts* | |
| | *s/ Jeffrey Herrera* |
| *s/ Scott A. Mertens* | Jeffrey Herrera (admitted *pro hac vice*) |
| Scott A. Mertens (admitted *pro hac vice*) | Assistant Attorney General |
| Assistant Attorney General | New Mexico Office of the Attorney General |
| Michigan Department of Attorney General | 408 Galisteo St. |
| 525 West Ottawa Street | Santa Fe, NM 87501 |
| Lansing, MI 48933 | Telephone: (505) 490-4878 |
| Telephone: (517) 335-7622 | Email: jherrera@nmag.gov |
| Email: MertensS@michigan.gov | *Counsel for Plaintiff State of New Mexico* |
| *Counsel for Plaintiff State of Michigan* | |
| | *s/ Zulma Carrasquillo-Almena* |
| *s/ Zach Biesanz* | Zulma Carrasquillo (admitted *pro hac vice*) |
| Zach Biesanz (admitted *pro hac vice*) | Assistant Attorney General |
| Senior Enforcement Counsel | Antitrust Division |
| Office of the Minnesota Attorney General | Puerto Rico Department of Justice |
| 445 Minnesota Street, Suite 1400 | P.O. Box 9020192 |
| Saint Paul, MN 55101 | San Juan, Puerto Rico 00901-0192 |
| Telephone: (651) 757-1257 | Telephone: (787) 721-2900 |
| Email: zach.biesanz@ag.state.mn.us | Email: zcarrasquillo@justicia.pr.gov |
| *Counsel for Plaintiff State of Minnesota* | *Counsel for Plaintiff Commonwealth of Puerto Rico* |

STIPULATED MOTION AND
SCHEDULING ORDER - 4
CASE NO. 2:23-cv-01495-JHC

1 | s/ Stephen N. Provazza
  | Stephen N. Provazza (admitted *pro hac vice*)
2 | Special Assistant Attorney General
  | Chief, Consumer and Economic Justice Unit
3 | Department of the Attorney General
  | 150 South Main Street
4 | Providence, RI 02903
  | Telephone: (401) 274-4400
5 | Email: sprovazza@riag.ri.gov
  | *Counsel for Plaintiff State of Rhode Island*
6 |
  | s/ Sarah L. J. Aceves
7 | Sarah L. J. Aceves (admitted *pro hac vice*)
  | Assistant Attorney General
8 | Vermont Attorney General's Office
  | 109 State Street
9 | Montpelier, VT 05609
  | Telephone: (802) 828-3170
10 | Email: sarah.aceves@vermont.gov
   | *Counsel for Plaintiff State of Vermont*
11 |
   | s/ Gwendolyn J. Cooley
12 | Gwendolyn J. Cooley (admitted *pro hac vice*)
   | Assistant Attorney General
13 | Wisconsin Department of Justice
   | Post Office Box 7857
14 | Madison, WI 53707-7857
   | Telephone: (608) 261-5810
15 | Email: cooleygj@doj.state.wi.us
   | *Counsel for Plaintiff State of Wisconsin*
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |

STIPULATED MOTION AND
SCHEDULING ORDER - 5
CASE NO. 2:23-cv-01495-JHC

|   |   |
|---|---|
| 1 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | By: *s/ Molly A. Terwilliger* |
|   | Patty A. Eakes, WSBA #18888 |
| 3 | Molly A. Terwilliger, WSBA #28449 |
|   | 1301 Second Avenue, Suite 2800 |
| 4 | Seattle, WA 98101 |
|   | Phone: (206) 274-6400 |
| 5 | Email: patti.eakes@morganlewis.com |
|   |         molly.terwilliger@morganlewis.com |
| 6 |   |
| 7 | **WILLIAMS & CONNOLLY LLP** |
| 8 | Heidi K. Hubbard (pro hac vice) |
|   | John E. Schmidtlein (pro hac vice) |
| 9 | Kevin M. Hodges (pro hac vice) |
|   | Jonathan B. Pitt (pro hac vice) |
| 10 | Carl R. Metz (pro hac vice) |
|   | Carol J. Pruski (pro hac vice) |
| 11 | Constance T. Forkner (pro hac vice) |
|   | 680 Maine Avenue SW |
| 12 | Washington, DC 20024 |
|   | Phone: (202) 434-5000 |
| 13 | Email: hhubbard@wc.com |
|   |         khodges@wc.com |
| 14 |         jpitt@wc.com |
|   |         cmetz@wc.com |
| 15 |         cpruski@wc.com |
|   |         cforkner@wc.com |
| 16 |   |
| 17 | **COVINGTON & BURLING LLP** |
| 18 | Thomas O. Barnett (pro hac vice) |
|   | One CityCenter |
| 19 | 850 Tenth Street, NW |
|   | Washington, DC 20001-4956 |
| 20 | Phone: (202) 662-5407 |
|   | Email: tbarnett@cov.com |
| 21 |   |
|   | *Attorneys for Defendant Amazon.com, Inc.* |
| 22 |   |
| 23 |   |
| 24 |   |

STIPULATED MOTION AND
SCHEDULING ORDER - 6
CASE NO. 2:23-cv-01495-JHC

**ORDER**

IT IS SO ORDERED. The Court DIRECTS the Clerk to re-note Plaintiffs' Motion to Compel (Dkt. # 198) and Plaintiffs' Motion to Seal (Dkt. # 199) for May 23, 2024.

DATED this 26th day of April, 2024.

*[signature]*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE