THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO. 2:23-cv-01495-JHC <br><br> [PROPOSED] ORDER GRANTING MOTION OF AMERICAN BOOKSELLERS ASSOCIATION TO INTERVENE <br><br> NOTE ON MOTION CALENDAR: <br> May 17, 2024 |

THIS MATTER came before the Court on a Motion to Intervene filed by American Booksellers Association, Inc. ("ABA"). The Court has considered ABA's motion, any responsive briefs filed by the parties, and the pleadings filed in and other record of this case, and thereby being fully informed and advised:

IT IS HEREBY ORDERED that:

ABA's Motion to Intervene is GRANTED.

//

//

//

[PROPOSED] ORDER GRANTING MOTION OF
AMERICAN BOOKSELLERS ASS'N TO INTERVENE – 1
(Case No. 2:23-cv-01495-JHC)

POTOMAC LAW GROUP, PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Tel: (206) 599-8888  Fax: (202) 318-7707

DATED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

*Presented by:*

POTOMAC LAW GROUP, PLLC


By: */s/ William D. Fisher*
    William D. Fisher, WSBA No. 27475
    1455 NW Leary Way, Suite 400
    Seattle, WA 98107
    Phone: (206) 599-8888
    Email: wfisher@potomaclaw.com

    Timothy W. Bergin (*pro hac vice pending*)
    1717 Pennsylvania Ave., NW, Suite 1025
    Washington DC 20006
    Phone: (703) 447-4032
    Email: tbergin@potomaclaw.com

*Attorneys for Intervenor American Booksellers Association, Inc.*

[PROPOSED] ORDER GRANTING MOTION OF AMERICAN BOOKSELLERS ASS'N TO INTERVENE – 2
(Case No. 2:23-cv-01495-JHC)

**POTOMAC LAW GROUP, PLLC**
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Tel: (206) 599-8888  Fax: (202) 318-7707