THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

CASE NO. 2:23-cv-01495-JHC

CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a) and LCR 7.1, intervenor American Booksellers Association, Inc. hereby states that it has no parent, shareholder, member, or partner to identify as required under Fed. R. Civ. P. 7.1(a) or LCR 7.1.

//

//

//

//

//

//

//

CORPORATE DISCLOSURE STATEMENT – 1
(Case No. 2:23-cv-01495-JHC)

**Potomac Law Group, PLLC**
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Tel: (206) 599-8888  Fax: (202) 318-7707

DATED this 26th day of April, 2024.

POTOMAC LAW GROUP

By: */s/ William D. Fisher*
William D. Fisher, WSBA No. 27475
1455 NW Leary Way, Suite 400
Seattle, WA 98107
Phone: (206) 599-8888
Email: wfisher@potomaclaw.com

Timothy W. Bergin (*pro hac vice pending*)
1717 Pennsylvania Ave., NW, Suite 1025
Washington DC 20006
Phone: (703) 447-4032
Email: tbergin@potomaclaw.com

*Attorneys for Intervenor American Booksellers Association, Inc.*

CORPORATE DISCLOSURE STATEMENT – 2
(Case No. 2:23-cv-01495-JHC)

**POTOMAC LAW GROUP, PLLC**
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Tel: (206) 599-8888  Fax: (202) 318-7707