THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

Case No. 2:23-cv-01495-JHC

**NOTICE OF WITHDRAWAL**

TO:  THE CLERK OF THE COURT

AND TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to Local Rule 83.2(b)(3), Constance T. Forkner withdraws as an attorney of record (admitted *pro hac vice*) for Defendant Amazon.com, Inc. in the above-captioned matter. Defendant will continue to be represented by other counsel of record who have entered appearances in this action, and there will therefore be no disruption to the Court's calendar or the representation of Defendant in this matter.

//

//

//

NOTICE OF WITHDRAWAL - 1
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

DATED this 2nd day of May, 2024.

| | |
|---|---|
| *Withdrawing Attorney:* | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Constance T. Forkner*<br>Constance T. Forkner (*pro hac vice*) | By: *s/ Patty A. Eakes*<br>Patty A. Eakes, WSBA #18888<br>Molly A. Terwilliger, WSBA #28449<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>Email: patty.eakes@morganlewis.com<br>molly.terwilliger@morganlewis.com |

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
jschmidtlein@wc.com
khodges@wc.com
cmetz@wc.com
cpruski@wc.com
jpitt@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

NOTICE OF WITHDRAWAL - 2
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401