

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
OFFICE OF THE CLERK
U.S. COURTHOUSE, LOBBY LEVEL
700 STEWART STREET
SEATTLE, WASHINGTON  98101
(206) 370-8400

**RAVI SUBRAMANIAN**
**District Court Executive**
**Clerk of Court**

**ERIC SMITS**
**Chief Deputy Clerk**

# INSTRUCTIONS FOR COMPLETION OF
# APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCR 83.1(d) – Permission to Participate in a Particular Case

Pro Hac Vice Attorney Requirements

Pro Hac Vice Attorney Applicant must:

1. Obtain local counsel (see Local Counsel Requirements).

2. Fill out all sections of the Application for Leave to Appear Pro Hac Vice (attached) except for the Statement of Local Counsel.

3. Send the Application to local counsel to complete.

4. Submit a Pro Hac Vice access request from attorney pacer.uscourts.gov account (see Pro Hac Vice Application Guide for information on when this needs to be done).

Local Counsel Requirements

Local Counsel must:

1. Be admitted to practice before this Court.

2. Have a physical office within the geographical boundaries of the Western District of Washington.

3. Formally appear (LCR 83.2(a)) in the case in which the attorney files the Application.

4. Complete and sign the Statement of Local Counsel section of the Application for Leave to Appear Pro Hac Vice signifying the attorney has read and understands their responsibilities as local counsel.

5. Electronically file and pay the fee for the completed application (either **Civil** or **Criminal**), under **Other Documents**, then select **Application for Leave to Appear Pro Hac Vice**.

The court will review applications and upon approval docket an Order in the case.

Questions regarding Pro Hac Vice applications:

Jesse Curry 206-370-8439

WAWD_Admissions@wawd.uscourts.gov

Questions regarding Electronic Case Filing (ECF):

ECF Help Desk 1-866-323-9293

cmecf@wawd.uscourts.gov



United States District Court
Western District of Washington

Federal Trade Commission et al.

Plaintiff(s)

V.

Amazon.com, Inc.

Defendant(s)

Case Number: 2:23-cv-01495-JHC

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Katherine Trefz hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Amazon.com, Inc.

The particular need for my appearance and participation is:

Participate in the defense of Amazon in the above-captioned matter.

I, Katherine Trefz understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 05/02/2024    Signature of Applicant: s/ Katherine Trefz

**Pro Hac Vice Attorney**

Applicant's Name: Katherine Trefz

Law Firm Name: Williams & Connolly LLP

Street Address 1: 680 Maine Avenue SW

Address Line 2:

City: Washington   State: DC   Zip: 20024

Phone Number w/ Area Code: 202-434-5000   Bar #: 994103   State: DC

Primary E-mail Address: ktrefz@wc.com

*(Primary email address must be for the Pro Hac attorney and not a subordinate or staff member)*

Secondary E-mail Address:
*(Additional contact email for questions during the application process)*

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, up to and including trial, in the event the applicant Katherine Trefz is unable to be present upon any date assigned by the court.

Date: 5/2/2024   Signature of Local Counsel: s/ *Patty A. Eakes*

Local Counsel's Name: Patty A. Eakes

Law Firm Name: Morgan, Lewis & Bockius LLP

**Address must be within the geographical boundaries of the Western District of Washington per LCR 83.1(d)(2).**

Street Address 1: 1301 Second Avenue, Suite 3000

Address Line 2:

City: Seattle   State: WA   Zip: 98101

Phone Number w/ Area Code: 206-274-6400   Bar #: 18888



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons or sealed documents.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access case information via the Western District of Washington's website or through the Public Access to Court Electronic Records (PACER) system. A PACER login and password is required to electronically file. You can register for PACER access at their website: www.pacer.uscourts.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

✔ I have completed, or will complete immediately after submitting this form, the creation of a **PACER – Case Search Only** account and submitted my request for **Pro Hac Vice Attorney Admission access** as required per the Pro Hac Vice Application Guide.

Date Signed  05/02/2024        Signature  s/ Katherine Trefz
*(Pro Hac Vice applicant name)*