THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> **NOTICE OF WITHDRAWAL** |

Pursuant to Local Civil Rule 83.2(b)(3), Emma Dick respectfully withdraws as an attorney of record for Plaintiff Federal Trade Commission in this matter. The FTC will continue to be represented by the undersigned counsel and other attorneys who have entered appearances for the FTC in this action.

Dated: May 6, 2024

Respectfully submitted,

*s/ Edward H. Takashima*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email:  smusser@ftc.gov
        etakashima@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

*Withdrawing Attorney:*

*s/ Emma Dick*
EMMA DICK (IA Bar # 51155)

NOTICE OF WITHDRAWAL
NO. 2:23-CV-01495

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222