# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

**CASE NO.: 2:23-cv-01495-JHC**

**STIPULATED MOTION AND SCHEDULING ORDER ON MOTION OF AMERICAN BOOKSELLERS ASSOCIATION TO INTERVENE**

NOTE ON MOTION CALENDAR:
May 17, 2024

The parties and proposed-intervenor American Booksellers Association, Inc. ("ABA"), by and through their attorneys of record, respectfully request that the Court enter the proposed scheduling order set forth below regarding the briefing schedule for the Motion of American Booksellers Association to Intervene (Dkt. #205) ("ABA's Motion").

In support of this request, the parties and ABA represent the following to the Court:

1. The parties and ABA stipulate as follows, subject to Court approval, and jointly request that the Court enter the following Order approving this Stipulation:

   a. Amazon and Plaintiffs shall file any responses to ABA's Motion no later than May 23, 2024.

b. The ABA shall file any reply in support of its Motion no later than May 31, 2024.

c. The noting date for ABA's Motion is May 31, 2024.

Stipulated to and respectfully submitted this 8th day of May, 2024, by

*s/ Christine M. Kennedy*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
CHRISTINE M. KENNEDY (DC Bar # 1032904)
KENNETH H. MERBER (DC Bar # 985703)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
       etakashima@ftc.gov
       ckennedy@ftc.gov
       kmerber@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND
SCHEDULING ORDER ON MOTION OF
ABA TO INTERVENE - 2
CASE NO. 2:23-cv-01495-JHC

s/ Michael Jo
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

s/ Rahul A. Darwar
Rahul A. Darwar (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Rahul.Darwar@ct.gov
*Counsel for Plaintiff State of Connecticut*

s/ Alexandra C. Sosnowski
Alexandra C. Sosnowski (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

s/ Caleb J. Smith
Caleb J. Smith (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2230
Email: caleb.smith@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

s/ Timothy D. Smith
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

s/ Jennifer A. Thomson
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

s/ Michael A. Undorf
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

s/ Christina M. Moylan
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

STIPULATED MOTION AND SCHEDULING ORDER ON MOTION OF ABA TO INTERVENE - 3
CASE NO. 2:23-cv-01495-JHC

*s/ Gary Honick*
Gary Honick (admitted *pro hac vice*)
Assistant Attorney General
Deputy Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6474
Email: Ghonick@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

*s/ Michael MacKenzie*
Michael MacKenzie (admitted *pro hac vice*)
Deputy Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2369
Email: michael.mackenzie@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

*s/ Scott A. Mertens*
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

*s/ Zach Biesanz*
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

*s/ Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

*s/ Ana Atta-Alla*
Ana Atta-Alla (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-3070
Email: Ana.Atta-Alla@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

*s/ Jeffrey Herrera*
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

*s/ Zulma Carrasquillo Almena*
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

STIPULATED MOTION AND
SCHEDULING ORDER ON MOTION OF
ABA TO INTERVENE - 4
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| 1 | *s/ Stephen N. Provazza* |
| 2 | Stephen N. Provazza (admitted *pro hac vice*)<br>Special Assistant Attorney General |
| 3 | Chief, Consumer and Economic Justice Unit<br>Department of the Attorney General |
| 4 | 150 South Main Street<br>Providence, RI 02903 |
| 5 | Telephone: (401) 274-4400<br>Email: sprovazza@riag.ri.gov |
| 6 | *Counsel for Plaintiff State of Rhode Island* |
| 7 | *s/ Sarah L.J. Aceves*<br>Sarah L.J. Aceves (admitted *pro hac vice*) |
| 8 | Assistant Attorney General<br>Public Protection Division |
| 9 | Vermont Attorney General's Office<br>109 State Street |
| 10 | Montpelier, VT 05609<br>Telephone: (802) 828-3170 |
| 11 | Email: Sarah.Aceves@vermont.gov<br>*Counsel for Plaintiff State of Vermont* |
| 12 | *s/ Gwendolyn J. Cooley* |
| 13 | Gwendolyn J. Cooley (admitted *pro hac vice*) |
| 14 | Assistant Attorney General<br>Wisconsin Department of Justice |
| 15 | Post Office Box 7857<br>Madison, WI 53707-7857 |
| 16 | Telephone: (608) 261-5810<br>Email: cooleygj@doj.state.wi.us |
| | *Counsel for Plaintiff State of Wisconsin* |

STIPULATED MOTION AND
SCHEDULING ORDER ON MOTION OF
ABA TO INTERVENE - 5
CASE NO. 2:23-cv-01495-JHC

|   |   |
|---|---|
| 1 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | By: *s/ Patty A. Eakes* |
|   | Patty A. Eakes, WSBA #18888 |
| 3 | Molly A. Terwilliger, WSBA #28449 |
|   | 1301 Second Avenue, Suite 2800 |
| 4 | Seattle, WA 98101 |
|   | Phone: (206) 274-6400 |
| 5 | Email: patti.eakes@morganlewis.com |
|   |          molly.terwilliger@morganlewis.com |
| 6 |   |
| 7 | **WILLIAMS & CONNOLLY LLP** |
| 8 | Heidi K. Hubbard (pro hac vice) |
|   | John E. Schmidtlein (pro hac vice) |
| 9 | Kevin M. Hodges (pro hac vice) |
|   | Jonathan B. Pitt (pro hac vice) |
| 10 | Carl R. Metz (pro hac vice) |
|   | Carol J. Pruski (pro hac vice) |
| 11 | Katherine A. Trefz (pro hac vice) |
|   | 680 Maine Avenue SW |
| 12 | Washington, DC 20024 |
|   | Phone: (202) 434-5000 |
| 13 | Email: hhubbard@wc.com |
|   |          khodges@wc.com |
| 14 |          jpitt@wc.com |
|   |          cmetz@wc.com |
| 15 |          cpruski@wc.com |
|   |          ktrefz@wc.com |
| 16 |   |
| 17 |   |
|   | **COVINGTON & BURLING LLP** |
| 18 |   |
|   | Thomas O. Barnett (pro hac vice) |
| 19 | One CityCenter |
|   | 850 Tenth Street, NW |
| 20 | Washington, DC 20001-4956 |
|   | Phone: (202) 662-5407 |
| 21 | Email: tbarnett@cov.com |
| 22 | *Attorneys for Defendant Amazon.com, Inc.* |
| 23 |   |
| 24 |   |

STIPULATED MOTION AND
SCHEDULING ORDER ON MOTION OF
ABA TO INTERVENE - 6
CASE NO. 2:23-cv-01495-JHC

**POTOMAC LAW GROUP**

By: *s/ William D. Fisher*
WILLIAM D. FISHER (WSBA # 27475)
1455 NW Leary Way, Suite 400
Seattle, WA 98107
Tel.:   (206) 599-8888
Email:  wfisher@potomaclaw.com

TIMOTHY W. BERGIN (admitted *pro hac vice*)
1717 Pennsylvania Ave., NW, Suite 1025
Washington, DC 20006
Tel.:   (703) 447-4032
Email:  tbergin@potomaclaw.com

*Attorneys for Proposed Intervenor American Booksellers Association, Inc.*

STIPULATED MOTION AND
SCHEDULING ORDER ON MOTION OF
ABA TO INTERVENE - 7
CASE NO. 2:23-cv-01495-JHC

**ORDER**

IT IS SO ORDERED.  The Court DIRECTS the Clerk to re-note the Motion of American Booksellers Association to Intervene (Dkt. #205) for May 31, 2024.

DATED this 8th day of May, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE