THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

AMAZON.COM INC., a corporation,

Defendant.

Case No. 2:23-cv-01495-JHC

**[PROPOSED] ORDER GRANTING AMAZON'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF RE: FORTHCOMING OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO SPOLIATION**

THIS MATTER comes before the Court on Amazon's Motion For Leave To File Over-Length Brief Re: Forthcoming Opposition To Plaintiffs' Motion To Compel Production Of Documents Related To Spoliation. The Court has considered the motion filed and therefore deems itself fully advised. The motion is GRANTED. Amazon shall have an additional 800 words for its brief in support of its Opposition to Plaintiff's Motion to Compel Production of Documents Related to Spoliation, for a total of 5,000 words, with the length of the reply to be governed by Local Rule 7(f)(4).

DATED this ____ day of May, 2024.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING AMAZON'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF - 1
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
 molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)

680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
 jschmidtlein@wc.com
 khodges@wc.com
 cmetz@wc.com
 cpruski@wc.com
 jpitt@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

[PROPOSED] ORDER GRANTING AMAZON'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF - 2
(Case No. 2:23-cv-01495-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401