UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM INC., a corporation,<br><br>Defendant. | Case No. 2:23-cv-01495-JHC<br><br>**ORDER GRANTING AMAZON'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF RE: FORTHCOMING OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO SPOLIATION** |

THIS MATTER comes before the Court on Amazon's Motion For Leave To File Over-Length Brief Re: Forthcoming Opposition To Plaintiffs' Motion To Compel Production Of Documents Related To Spoliation. Dkt. # 217. The Court has considered the motion filed and therefore deems itself fully advised. The motion is GRANTED. Amazon shall have an additional 800 words for its brief in support of its Opposition to Plaintiff's Motion to Compel Production of Documents Related to Spoliation, for a total of 5,000 words, with the length of the reply to be governed by Local Rule 7(f)(4).

/

/

DATED this 9th day of May, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING
AMAZON'S MOTION FOR LEAVE
TO FILE OVER-LENGTH BRIEF - 2
(Case No. 2:23-cv-01495-JHC)