THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | Case No. 2:23-cv-01495-JHC<br><br>**[PROPOSED] ORDER GRANTING AMAZON'S MOTION TO SEAL EXHIBITS TO AMAZON'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** |

This matter comes before the Court on Amazon's Motion to Seal Exhibits to Amazon's Opposition to Plaintiffs' Motion to Compel. The Court, having considered Amazon's Motion, Plaintiffs' Response, and all other papers submitted in connection with the Motion, and for good cause shown, GRANTS the Motion. The Court hereby ORDERS:

1. The highlighted portion of Exhibit 13 to the Declaration of Kosta S. Stojilkovic in Support of Amazon's Opposition to Plaintiffs' Motion to Compel Production of Documents is sealed; and

//

//

//

[PROPOSED] ORDER GRANTING AMAZON'S MOT. TO SEAL EXHIBITS TO AMAZON'S OPPOSITION TO PLTFS' MOTION TO COMPEL - 1
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

2. Exhibits 20–23 to the Declaration of Kosta S. Stojilkovic in Support of Amazon's Opposition to Plaintiffs' Motion to Compel Production of Documents are sealed.

IT IS SO ORDERED.

DATED this ____ day of _____, 2024.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
         molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
         jschmidtlein@wc.com
         khodges@wc.com
         jpitt@wc.com
         cmetz@wc.com
         cpruski@wc.com
         ktrefz@wc.com

---

[PROPOSED] ORDER GRANTING AMAZON'S MOT. TO SEAL EXHIBITS TO AMAZON'S OPPOSITION TO PLTFS' MOTION TO COMPEL - 2
(Case No. 2:23-cv-01495-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katharine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Phone: (202) 662-5407
Email: tbarnett@cov.com
        kmitchelltombras@cov.com

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice* pending)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

[PROPOSED] ORDER GRANTING AMAZON'S MOT.
TO SEAL EXHIBITS TO AMAZON'S OPPOSITION
TO PLTFS' MOTION TO COMPEL - 3
(Case No. 2:23-cv-01495-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401