THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

Case No. 2:23-cv-01495-JHC

**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO SEAL**

This matter comes before the Court on Plaintiffs' Motion to Seal, Dkt. No. 199, in connection with their Motion to Compel Production of Documents, Dkt. No. 198. The Court, having considered Plaintiffs' Motion, Amazon's Response, and all other papers submitted in connection with the Motion to Seal, and for good cause shown, GRANTS in part and DENIES in part as withdrawn and moot the Motion to Seal. The Court hereby ORDERS:

1. Exhibit B to the Declaration of Emily K. Bolles in Support of Plaintiffs' Motion to Compel Production of Documents is sealed;

2. The entirety of the blue highlighted portion and the yellow highlighted portion in the document's subject line of Exhibit E to the Declaration of Emily K. Bolles in Support of Plaintiffs' Motion to Compel Production of Documents is sealed; and

[PROPOSED] ORDER GRANTING IN PART
AND DENYING IN PART PLAINTIFFS'
MOTION TO SEAL - 1
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

3. Plaintiffs' request to seal portions of Exhibits B through E, G, and L is DENIED as withdrawn and moot.

IT IS SO ORDERED.

DATED this \_\_\_\_ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN H. CHUN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
　　　　 molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
　　　　 jschmidtlein@wc.com
　　　　 khodges@wc.com
　　　　 jpitt@wc.com
　　　　 cmetz@wc.com
　　　　 cpruski@wc.com
　　　　 ktrefz@wc.com

[PROPOSED] ORDER GRANTING IN PART
AND DENYING IN PART PLAINTIFFS'
MOTION TO SEAL - 2
(Case No. 2:23-cv-01495-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katharine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Phone: (202) 662-5407
Email: tbarnett@cov.com
　　　　kmitchelltombras@cov.com

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice* pending)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO SEAL - 3
(Case No. 2:23-cv-01495-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401