**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

May 14, 2024

**FEDERAL TRADE COMMISSION ET AL V. AMAZON.COM INC**
Case # 2:23–cv–01495–JHC

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Improper Signature**
> The document as filed was not properly signed by Scott Fitzgerald. Signatures must be in
> accordance with Federal Rule of Civil Procedure 11 and Local Civil Rule 83.2, and must
> comply with Section IV(L) of the Electronic Filing Procedures. **Please file a corrected**
> **signature page as soon as practicable** by going to **Other Documents** and selecting
> **Praecipe to Attach Document** and relating it back to the original filing.

***Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.***

Thank you.

cc: file