AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-01495 |
| Amazon.com, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 05/17/2024

s/ Nathan Mendelsohn
*Attorney's signature*

Nathan Mendelsohn (MD – 1712140047)
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
*Address*

nmendelsohn@ftc.gov
*E-mail address*

(202) 326-2794
*Telephone number*

(202) 326-2286
*FAX number*