THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | Case No. 2:23-cv-01495-JHC<br><br>**[PROPOSED] ORDER DENYING MOTION OF AMERICAN BOOKSELLERS ASS'N TO INTERVENE** |

This matter comes before the Court on non-party America Booksellers Association, Inc.'s Motion to Intervene, Dkt. No. 205 (the "Motion"). The Court, having considered the Motion, and all other papers submitted in connection with the Motion by the parties, and for compelling reasons shown, DENIES the Motion.

DATED this ____ day of _____, 2024.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DENYING ABA'S MOTION
TO INTERVENE - 1
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1  *Presented by:*

2  **MORGAN, LEWIS & BOCKIUS LLP**

3  By: *s/ Patty A. Eakes*
   Patty A. Eakes, WSBA #18888
4  Molly A. Terwilliger, WSBA #28449
   1301 Second Avenue, Suite 3000
5  Seattle, WA 98101
6  Phone: (206) 274-6400
   Email: patty.eakes@morganlewis.com
7  molly.terwilliger@morganlewis.com

8  **WILLIAMS & CONNOLLY LLP**

9  Heidi K. Hubbard (*pro hac vice*)
   John E. Schmidtlein (*pro hac vice*)
10 Kevin M. Hodges (*pro hac vice*)
   Jonathan B. Pitt (*pro hac vice*)
11 Carl R. Metz (*pro hac vice*)
12 Katherine Trefz (*pro hac vice*)
   Carol J. Pruski (*pro hac vice*)
13 680 Maine Avenue SW
   Washington, DC 20024
14 Phone: (202) 434-5000
   Email: hhubbard@wc.com
15        jschmidtlein@wc.com
          khodges@wc.com
16        jpitt@wc.com
          cmetz@wc.com
17        ktrefz@wc.com
          cpruski@wc.com
18

19 **COVINGTON & BURLING LLP**

20 Thomas O. Barnett (*pro hac vice*)
   Derek Ludwin (*pro hac vice forthcoming*)
21 Kate Mitchell-Tombras (*pro hac vice*)
   One CityCenter
22 850 Tenth Street, NW
   Washington, DC 20001-4956
23 Phone: (202) 662-5407
24 Email: tbarnett@cov.com
          dludwin@cov.com
25        kmitchelltombras@cov.com

26 *Attorneys for Defendant Amazon.com, Inc.*

[PROPOSED] ORDER DENYING ABA'S MOTION TO INTERVENE - 2
(Case No. 2:23-cv-01495-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401