THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | **CASE NO.: 2:23-cv-01495-JHC** <br><br> **[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO SEAL** |

Plaintiffs having filed a Motion to Seal in connection with Plaintiffs' Motion to Compel Production of Documents Related to Spoliation, and the Court having considered all filings and memoranda of law concerning this matter, the Motion is GRANTED IN PART AND DENIED IN PART. The Court hereby ORDERS:

1. The highlighted portions of Exhibit B to the Declaration of Kara King in Support of Plaintiffs' Reply Regarding Plaintiffs' Motion to Seal and Plaintiffs' Response to Amazon's Motion to Seal are sealed;

2. Amazon's request to seal the remainder of Exhibit B is denied;

3. The blue highlighted portion and the yellow highlighted portion in the document's subject line of Exhibit E to the Declaration of Emily K. Bolles in Support of

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO SEAL - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1   Plaintiffs' Motion to Compel Production of Documents Related to Spoliation are

2   sealed;

3   4.   Plaintiffs' request to seal portions of Exhibits B through E (other than the portions

4   of Exhibit E addressed above), G and L is withdrawn and is moot; and

5   5.   Plaintiffs are directed to file public versions of Exhibits B through E, G and L

6   consistent with this Order.

7   IT IS SO ORDERED.

8   DATED this _____ day of _____, 2024.

9

10   _____

11   THE HONORABLE JOHN H. CHUN
     UNITED STATES DISTRICT JUDGE

12   Presented By:

13   *s/ Kara King*_____
     SUSAN A. MUSSER (DC Bar # 1531486)
14   EDWARD H. TAKASHIMA (DC Bar # 1001641)
     EMILY K. BOLLES (NY Reg. # 5408703)
15   KARA KING (DC Bar # 90004509)
     ERIC ZEPP (NY Reg. #5538491)
16   Federal Trade Commission
     600 Pennsylvania Avenue, NW
17   Washington, DC 20580
     Tel.: (202) 326-2122 (Musser)
18   (202) 326-2464 (Takashima)
     Email: smusser@ftc.gov
19          etakashima@ftc.gov
            ebolles@ftc.gov
20          kking@ftc.gov
            ezepp@ftc.gov
21
     *Attorneys for Plaintiff*
22   *Federal Trade Commission*

23

24

[PROPOSED] ORDER GRANTING IN PART AND
DENYING IN PART PLAINTIFFS' MOTION TO SEAL - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Rahul A. Darwar*
Rahul A. Darwar (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Rahul.Darwar@ct.gov
*Counsel for Plaintiff State of Connecticut*

*s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

*s/ Caleb J. Smith*
Caleb J. Smith (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2230
Email: caleb.smith@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO SEAL - 3
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| s/ Gary Honick | s/ Lucas J. Tucker |
| Gary Honick (admitted *pro hac vice*) | Lucas J. Tucker (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Deputy Chief, Antitrust Division | Office of the Nevada Attorney General |
| Office of the Maryland Attorney General | 100 N. Carson St. |
| 200 St. Paul Place | Carson City, NV 89701 |
| Baltimore, MD 21202 | Telephone: (775) 684-1100 |
| Telephone: (410) 576-6474 | Email: LTucker@ag.nv.gov |
| Email: Ghonick@oag.state.md.us | *Counsel for Plaintiff State of Nevada* |
| *Counsel for Plaintiff State of Maryland* | |
| | s/ Ana Atta-Alla |
| s/ Michael MacKenzie | Ana Atta-Alla (admitted *pro hac vice*) |
| Michael Mackenzie (admitted *pro hac vice*) | Deputy Attorney General |
| Deputy Chief, Antitrust Division | New Jersey Office of the Attorney General |
| Office of the Massachusetts Attorney General | 124 Halsey Street, 5th Floor |
| One Ashburton Place, 18th Floor | Newark, NJ 07101 |
| Boston, MA 02108 | Telephone: (973) 648-3070 |
| Telephone: (617) 963-2369 | Email: Ana.Atta-Alla@law.njoag.gov |
| Email: michael.mackenzie@mass.gov | *Counsel for Plaintiff State of New Jersey* |
| *Counsel for Plaintiff Commonwealth of Massachusetts* | |
| | s/ Jeffrey Herrera |
| | Jeffrey Herrera (admitted *pro hac vice*) |
| s/ Scott A. Mertens | Assistant Attorney General |
| Scott A. Mertens (admitted *pro hac vice*) | New Mexico Office of the Attorney General |
| Assistant Attorney General | 408 Galisteo St. |
| Michigan Department of Attorney General | Santa Fe, NM 87501 |
| 525 West Ottawa Street | Telephone: (505) 490-4878 |
| Lansing, MI 48933 | Email: jherrera@nmag.gov |
| Telephone: (517) 335-7622 | *Counsel for Plaintiff State of New Mexico* |
| Email: MertensS@michigan.gov | |
| *Counsel for Plaintiff State of Michigan* | s/ Zulma Carrasquillo Almena |
| | Zulma Carrasquillo Almena (admitted *pro hac vice*) |
| s/ Zach Biesanz | Puerto Rico Department of Justice |
| Zach Biesanz (admitted *pro hac vice*) | P.O. Box 9020192 |
| Senior Enforcement Counsel | San Juan, Puerto Rico 00902-0192 |
| Office of the Minnesota Attorney General | Telephone: (787) 721-2900, Ext. 1211 |
| 445 Minnesota Street, Suite 1400 | Email: zcarrasquillo@justicia.pr.gov |
| Saint Paul, MN 55101 | *Counsel for Plaintiff Commonwealth of Puerto Rico* |
| Telephone: (651) 757-1257 | |
| Email: zach.biesanz@ag.state.mn.us | |
| *Counsel for Plaintiff State of Minnesota* | |

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO SEAL - 4
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

*s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L.J. Aceves*
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

*s/ Gwendolyn J. Cooley*
Gwendolyn J. Cooley (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 261-5810
Email: cooleygj@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO SEAL - 5
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222