THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC<br><br>**DECLARATION OF KARA KING IN SUPPORT OF PLAINTIFFS' REPLY REGARDING PLAINTIFFS' MOTION TO SEAL AND PLAINTIFFS' RESPONSE TO AMAZON'S MOTION TO SEAL** |

I, Kara King, declare as follows:

1. I am an Attorney in the Federal Trade Commission's ("FTC") Bureau of Competition, and I represent the FTC in the above-captioned action. I am over eighteen years of age and am competent to testify to the matters set forth in this declaration. I make the following statements based on my personal knowledge.

2. Attached as **Exhibit B** is a true and correct copy of a document sent by Kosta Stojilkovic, counsel for Amazon, to Emily K. Bolles, counsel for the FTC, dated July 6, 2022. Plaintiffs previously submitted Exhibit B to the Court in connection with Plaintiffs' Motion to Compel Production of Documents Related to Spoliation (Dkt. #201).

DECL. OF KARA KING ISO PLAINTIFFS' REPLY REGARDING MOTION TO SEAL AND PLAINTIFFS' RESPONSE TO AMAZON'S MOTION TO SEAL - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

3. On April 25, 2024, Plaintiffs met and conferred with Amazon about Amazon's request to seal Exhibit B. Amazon took the position that Exhibit B should be sealed in its entirety. *See* Bolles Decl. ¶ 7, Dkt. #200.

4. Plaintiffs have marked certain portions of this version of Exhibit B in pink. Plaintiffs do not oppose Amazon's request to permanently seal those portions of Exhibit B.

5. Because Amazon is asserting confidentiality over all of Exhibit B, Plaintiffs are not filing a public version of Exhibit B at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2024, in Washington, DC.

*s/ Kara King*
Kara King

DECL. OF KARA KING ISO PLAINTIFFS' REPLY
REGARDING MOTION TO SEAL AND PLAINTIFFS'
RESPONSE TO AMAZON'S MOTION TO SEAL - 2
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222