THE HONORABLE JOHN H. CHUN

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8
9
10
11
12
13
14
15
16

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

**CASE NO.: 2:23-cv-01495-JHC**

**STIPULATED MOTION AND [PROPOSED] ORDER TO TEMPORARILY SEAL EXHIBIT B TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO SPOLIATION**

NOTE ON MOTION CALENDAR:
May 23, 2024

17
18
19
20

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below regarding Exhibit B to Plaintiffs' Motion to Compel Production of Documents Related to Spoliation.

In support of this request, the parties represent the following to the Court:

21
22
23

1.      On April 25, 2024, Plaintiffs filed a Motion to Compel Production of Documents Related to Spoliation (Dkt. #198).

24

STIPULATED MOTION AND [PROPOSED]
ORDER TO TEMPORARILY SEAL EXHIBIT B TO
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF
DOCUMENTS RELATED TO SPOLIATION - 1
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

2.	Exhibit B to that Motion is a log of Signal screenshots for certain Amazon executives who were custodians in Plaintiffs' pre-Complaint investigation (Dkt. #201).

3.	At Amazon's request, Plaintiffs filed Exhibit B under seal, *see* Bolles Decl. ¶ 7, Dkt. #200, and Amazon is requesting that the Court permanently seal Exhibit B, (Dkt. #221 at 3).

4.	Plaintiffs are now filing another version of Exhibit B marked with proposed redactions in connection with Plaintiffs' Reply Regarding Plaintiffs' Motion to Seal and Plaintiffs' Response to Amazon's Motion to Seal.

5.	Plaintiffs provided their redactions proposal to Amazon on May 22, 2024. In lieu of initiating new motions practice on sealing, Amazon requests to file a sur-reply addressing Plaintiffs' proposal. Plaintiffs do not oppose Amazon's request to file a sur-reply.

6.	The parties stipulate as follows, subject to Court approval, and jointly request that the Court enter the following Order approving this Stipulation.

   a.	The version of Exhibit B filed with the Declaration of Kara King in Support of Plaintiffs' Reply Regarding Plaintiffs' Motion to Seal and Plaintiffs' Response to Amazon's Motion to Seal is temporarily sealed, pending the Court's decision on Plaintiffs' Motion to Seal (Dkt. # 199).

   b.	Amazon may file a sur-reply addressing Plaintiffs' redaction proposal for Exhibit B by Friday, May 31, 2024.

STIPULATED MOTION AND [PROPOSED]
ORDER TO TEMPORARILY SEAL EXHIBIT B TO
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF
DOCUMENTS RELATED TO SPOLIATION - 2
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1    Stipulated to and respectfully submitted this 23rd day of May, 2024, by:

2                                    *s/ Kara King*
                                     SUSAN A. MUSSER (DC Bar # 1531486)
3                                    EDWARD H. TAKASHIMA (DC Bar #
                                     1001641)
4                                    EMILY K. BOLLES (NY Reg. # 5408703)
                                     KARA KING (DC Bar # 90004509)
5                                    ERIC ZEPP (NY Reg. #5538491)
                                     Federal Trade Commission
6                                    600 Pennsylvania Avenue, NW
                                     Washington, DC 20580
7                                    Tel.:   (202) 326-2122 (Musser)
                                             (202) 326-2464 (Takashima)
8                                    Email: smusser@ftc.gov
                                             etakashima@ftc.gov
9                                            ebolles@ftc.gov
                                             kking@ftc.gov
10                                           ezepp@ftc.gov

11                                   *Attorneys for Plaintiff Federal Trade*
                                     *Commission*

12

13

14

15

16

17

18

19

20

21

22

23

24   STIPULATED MOTION AND [PROPOSED]          **FEDERAL TRADE COMMISSION**
     ORDER TO TEMPORARILY SEAL EXHIBIT B TO         600 Pennsylvania Avenue, NW
     PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF         Washington, DC 20580
     DOCUMENTS RELATED TO SPOLIATION - 3                    (202) 326-2222
     CASE NO. 2:23-cv-01495-JHC

1   *s/ Michael Jo*
    Michael Jo (admitted *pro hac vice*)
2   Assistant Attorney General, Antitrust Bureau
    New York State Office of the Attorney
3   General
    28 Liberty Street
4   New York, NY 10005
    Telephone: (212) 416-6537
5   Email: Michael.Jo@ag.ny.gov
    *Counsel for Plaintiff State of New York*
6
    *s/ Rahul A. Darwar*
7   Rahul A. Darwar (admitted *pro hac vice*)
    Assistant Attorney General
8   Office of the Attorney General of Connecticut
    165 Capitol Avenue
9   Hartford, CT 06016
    Telephone: (860) 808-5030
10  Email: Rahul.Darwar@ct.gov
    *Counsel for Plaintiff State of Connecticut*
11
    *s/ Alexandra C. Sosnowski*
12  Alexandra C. Sosnowski (admitted *pro hac vice*)
13  Assistant Attorney General
    Consumer Protection and Antitrust Bureau
14  New Hampshire Department of Justice
    Office of the Attorney General
15  One Granite Place South
    Concord, NH 03301
16  Telephone: (603) 271-2678
    Email: Alexandra.c.sosnowski@doj.nh.gov
17  *Counsel for Plaintiff State of New Hampshire*

18  *s/ Caleb J. Smith*
    Caleb J. Smith (admitted *pro hac vice*)
19  Assistant Attorney General
    Consumer Protection Unit
20  Office of the Oklahoma Attorney General
    15 West 6th Street, Suite 1000
21  Tulsa, OK 74119
    Telephone: (918) 581-2230
22  Email: caleb.smith@oag.ok.gov
    *Counsel for Plaintiff State of Oklahoma*

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

23

24

STIPULATED MOTION AND [PROPOSED]
ORDER TO TEMPORARILY SEAL EXHIBIT B TO
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF
DOCUMENTS RELATED TO SPOLIATION - 4
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1    _s/ Gary Honick_
     Gary Honick (admitted *pro hac vice*)
2    Assistant Attorney General
     Deputy Chief, Antitrust Division
3    Office of the Maryland Attorney General
     200 St. Paul Place
4    Baltimore, MD 21202
     Telephone: (410) 576-6474
5    Email: Ghonick@oag.state.md.us
     *Counsel for Plaintiff State of Maryland*
6
     _s/ Michael Mackenzie_
7    Michael Mackenzie (admitted *pro hac vice*)
     Deputy Chief, Antitrust Division
8    Office of the Massachusetts Attorney General
     One Ashburton Place, 18th Floor
9    Boston, MA 02108
     Telephone: (617) 963-2369
10   Email: michael.mackenzie@mass.gov
     *Counsel for Plaintiff Commonwealth of*
11   *Massachusetts*

12   _s/ Scott A. Mertens_
     Scott A. Mertens (admitted *pro hac vice*)
13   Assistant Attorney General
     Michigan Department of Attorney General
14   525 West Ottawa Street
     Lansing, MI 48933
15   Telephone: (517) 335-7622
     Email: MertensS@michigan.gov
16   *Counsel for Plaintiff State of Michigan*

17   _s/ Zach Biesanz_
     Zach Biesanz (admitted *pro hac vice*)
18   Senior Enforcement Counsel
     Office of the Minnesota Attorney General
19   445 Minnesota Street, Suite 1400
     Saint Paul, MN 55101
20   Telephone: (651) 757-1257
     Email: zach.biesanz@ag.state.mn.us
21   *Counsel for Plaintiff State of Minnesota*

22

23

24

_s/ Lucas J. Tucker_
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

_s/ Ana Atta-Alla_
Ana Atta-Alla (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-3070
Email: Ana.Atta-Alla@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

_s/ Jeffrey Herrera_
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

_s/ Zulma Carrasquillo-Almena_
Zulma Carrasquillo (admitted *pro hac vice*)
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00901-0192
Telephone: (787) 721-2900
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

STIPULATED MOTION AND [PROPOSED]
ORDER TO TEMPORARILY SEAL EXHIBIT B TO
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF
DOCUMENTS RELATED TO SPOLIATION - 5
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1   s/ Stephen N. Provazza
    Stephen N. Provazza (admitted *pro hac vice*)
2   Special Assistant Attorney General
    Chief, Consumer and Economic Justice Unit
3   Department of the Attorney General
    150 South Main Street
4   Providence, RI 02903
    Telephone: (401) 274-4400
5   Email: sprovazza@riag.ri.gov
    *Counsel for Plaintiff State of Rhode Island*
6
    s/ Sarah L.J. Aceves
7   Sarah L. J. Aceves (admitted *pro hac vice*)
    Assistant Attorney General
8   Public Protection Division
    Vermont Attorney General's Office
9   109 State Street
    Montpelier, VT 05609
10  Telephone: (802) 828-3170
    Email: sarah.aceves@vermont.gov
11  *Counsel for Plaintiff State of Vermont*

12  s/ Gwendolyn J. Cooley
    Gwendolyn J. Cooley (admitted *pro hac vice*)
13  Assistant Attorney General
    Wisconsin Department of Justice
14  Post Office Box 7857
    Madison, WI 53707-7857
15  Telephone: (608) 261-5810
    Email: cooleygj@doj.state.wi.us
16  *Counsel for Plaintiff State of Wisconsin*

17

18

19

20

21

22

23

24

STIPULATED MOTION AND [PROPOSED]
ORDER TO TEMPORARILY SEAL EXHIBIT B TO
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF
DOCUMENTS RELATED TO SPOLIATION - 6
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1

**MORGAN, LEWIS & BOCKIUS LLP**

2

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888

3

Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800

4

Seattle, WA 98101
Phone: (206) 274-6400

5

Email: patti.eakes@morganlewis.com
       molly.terwilliger@morganlewis.com

6

7

**WILLIAMS & CONNOLLY LLP**

8

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)

9

Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)

10

Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)

11

Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW

12

Washington, DC 20024
Phone: (202) 434-5000

13

Email: hhubbard@wc.com
       khodges@wc.com

14

       jpitt@wc.com
       cmetz@wc.com

15

       cpruski@wc.com
       ktrefz@wc.com

16

17

**COVINGTON & BURLING LLP**

18

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)

19

One CityCenter
850 Tenth Street, NW

20

Washington, DC 20001-4956
Phone: (202) 662-5407

21

Email: tbarnett@cov.com
       kmitchelltombras@cov.com

22

23

24

STIPULATED MOTION AND [PROPOSED]
ORDER TO TEMPORARILY SEAL EXHIBIT B TO
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF
DOCUMENTS RELATED TO SPOLIATION - 7
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1

2

**WILKINSON STEKLOFF LLP**

3

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

4

5

*Attorneys for Defendant Amazon.com, Inc.*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND [PROPOSED]
ORDER TO TEMPORARILY SEAL EXHIBIT B TO
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF
DOCUMENTS RELATED TO SPOLIATION - 8
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1

**[PROPOSED] ORDER**

2

IT IS SO ORDERED.

3

DATED this _____ day of _____, 2024.

4

5

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

6

Presented By:

7

*s/ Kara King*_____
SUSAN A. MUSSER (DC Bar # 1531486)

8

EDWARD H. TAKASHIMA (DC Bar # 1001641)
EMILY K. BOLLES (NY Reg. # 5408703)

9

KARA KING (DC Bar # 90004509)
ERIC ZEPP (NY Reg. #5538491)

10

Federal Trade Commission
600 Pennsylvania Avenue, NW

11

Washington, DC 20580
Tel.:    (202) 326-2122 (Musser)

12

           (202) 326-2464 (Takashima)
Email:  smusser@ftc.gov

13

           etakashima@ftc.gov

14

           ebolles@ftc.gov
           kking@ftc.gov

15

           ezepp@ftc.gov

16

*Attorneys for Plaintiff*
*Federal Trade Commission*

17

18

19

20

21

22

23

24

STIPULATED MOTION AND [PROPOSED]
ORDER TO TEMPORARILY SEAL EXHIBIT B TO
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF
DOCUMENTS RELATED TO SPOLIATION - 9
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2122