# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

**CASE NO.: 2:23-cv-01495-JHC**

**STIPULATED MOTION AND ORDER TO TEMPORARILY SEAL EXHIBIT B TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO SPOLIATION**

NOTE ON MOTION CALENDAR: May 23, 2024

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below regarding Exhibit B to Plaintiffs' Motion to Compel Production of Documents Related to Spoliation.

In support of this request, the parties represent the following to the Court:

1. On April 25, 2024, Plaintiffs filed a Motion to Compel Production of Documents Related to Spoliation (Dkt. #198).

STIPULATED MOTION AND
ORDER TO TEMPORARILY SEAL EXHIBIT B TO
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF
DOCUMENTS RELATED TO SPOLIATION - 1
CASE NO. 2:23-cv-01495-JHC

2. Exhibit B to that Motion is a log of Signal screenshots for certain Amazon executives who were custodians in Plaintiffs' pre-Complaint investigation (Dkt. #201).

3. At Amazon's request, Plaintiffs filed Exhibit B under seal, *see* Bolles Decl. ¶ 7, Dkt. #200, and Amazon is requesting that the Court permanently seal Exhibit B, (Dkt. #221 at 3).

4. Plaintiffs are now filing another version of Exhibit B marked with proposed redactions in connection with Plaintiffs' Reply Regarding Plaintiffs' Motion to Seal and Plaintiffs' Response to Amazon's Motion to Seal.

5. Plaintiffs provided their redactions proposal to Amazon on May 22, 2024. In lieu of initiating new motions practice on sealing, Amazon requests to file a sur-reply addressing Plaintiffs' proposal. Plaintiffs do not oppose Amazon's request to file a sur-reply.

6. The parties stipulate as follows, subject to Court approval, and jointly request that the Court enter the following Order approving this Stipulation.

   a. The version of Exhibit B filed with the Declaration of Kara King in Support of Plaintiffs' Reply Regarding Plaintiffs' Motion to Seal and Plaintiffs' Response to Amazon's Motion to Seal is temporarily sealed, pending the Court's decision on Plaintiffs' Motion to Seal (Dkt. # 199).

   b. Amazon may file a sur-reply addressing Plaintiffs' redaction proposal for Exhibit B by Friday, May 31, 2024.

STIPULATED MOTION AND
ORDER TO TEMPORARILY SEAL EXHIBIT B TO
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF
DOCUMENTS RELATED TO SPOLIATION - 2
CASE NO. 2:23-cv-01495-JHC

Stipulated to and respectfully submitted this 23rd day of May, 2024, by:

*s/ Kara King*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
EMILY K. BOLLES (NY Reg. # 5408703)
KARA KING (DC Bar # 90004509)
ERIC ZEPP (NY Reg. #5538491)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
        etakashima@ftc.gov
        ebolles@ftc.gov
        kking@ftc.gov
        ezepp@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Rahul A. Darwar*
Rahul A. Darwar (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Rahul.Darwar@ct.gov
*Counsel for Plaintiff State of Connecticut*

*s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

*s/ Caleb J. Smith*
Caleb J. Smith (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2230
Email: caleb.smith@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

STIPULATED MOTION AND
ORDER TO TEMPORARILY SEAL EXHIBIT B TO
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF
DOCUMENTS RELATED TO SPOLIATION - 4
CASE NO. 2:23-cv-01495-JHC

*s/ Gary Honick*
Gary Honick (admitted *pro hac vice*)
Assistant Attorney General
Deputy Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6474
Email: Ghonick@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

*s/ Michael Mackenzie*
Michael Mackenzie (admitted *pro hac vice*)
Deputy Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2369
Email: michael.mackenzie@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

*s/ Scott A. Mertens*
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

*s/ Zach Biesanz*
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

*s/ Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

*s/ Ana Atta-Alla*
Ana Atta-Alla (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-3070
Email: Ana.Atta-Alla@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

*s/ Jeffrey Herrera*
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

*s/ Zulma Carrasquillo-Almena*
Zulma Carrasquillo (admitted *pro hac vice*)
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00901-0192
Telephone: (787) 721-2900
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

STIPULATED MOTION AND ORDER TO TEMPORARILY SEAL EXHIBIT B TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO SPOLIATION - 5
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| 1 | *s/ Stephen N. Provazza* |
| | Stephen N. Provazza (admitted *pro hac vice*) |
| 2 | Special Assistant Attorney General |
| | Chief, Consumer and Economic Justice Unit |
| 3 | Department of the Attorney General |
| | 150 South Main Street |
| 4 | Providence, RI 02903 |
| | Telephone: (401) 274-4400 |
| 5 | Email: sprovazza@riag.ri.gov |
| | *Counsel for Plaintiff State of Rhode Island* |
| 6 | |
| | *s/ Sarah L.J. Aceves* |
| 7 | Sarah L. J. Aceves (admitted *pro hac vice*) |
| | Assistant Attorney General |
| 8 | Public Protection Division |
| | Vermont Attorney General's Office |
| 9 | 109 State Street |
| | Montpelier, VT 05609 |
| 10 | Telephone: (802) 828-3170 |
| | Email: sarah.aceves@vermont.gov |
| 11 | *Counsel for Plaintiff State of Vermont* |
| 12 | *s/ Gwendolyn J. Cooley* |
| | Gwendolyn J. Cooley (admitted *pro hac vice*) |
| 13 | Assistant Attorney General |
| | Wisconsin Department of Justice |
| 14 | Post Office Box 7857 |
| | Madison, WI 53707-7857 |
| 15 | Telephone: (608) 261-5810 |
| | Email: cooleygj@doj.state.wi.us |
| 16 | *Counsel for Plaintiff State of Wisconsin* |

STIPULATED MOTION AND
ORDER TO TEMPORARILY SEAL EXHIBIT B TO
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF
DOCUMENTS RELATED TO SPOLIATION - 6
CASE NO. 2:23-cv-01495-JHC

|   |   |
|---|---|
| 1 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | By: *s/ Patty A. Eakes* |
|   | Patty A. Eakes, WSBA #18888 |
| 3 | Molly A. Terwilliger, WSBA #28449 |
|   | 1301 Second Avenue, Suite 2800 |
| 4 | Seattle, WA 98101 |
|   | Phone: (206) 274-6400 |
| 5 | Email: patti.eakes@morganlewis.com |
|   |        molly.terwilliger@morganlewis.com |
| 6 |   |
| 7 | **WILLIAMS & CONNOLLY LLP** |
| 8 | Heidi K. Hubbard (*pro hac vice*) |
|   | John E. Schmidtlein (*pro hac vice*) |
| 9 | Kevin M. Hodges (*pro hac vice*) |
|   | Jonathan B. Pitt (*pro hac vice*) |
| 10 | Carl R. Metz (*pro hac vice*) |
|   | Carol J. Pruski (*pro hac vice*) |
| 11 | Katherine Trefz (*pro hac vice*) |
|   | 680 Maine Avenue SW |
| 12 | Washington, DC 20024 |
|   | Phone: (202) 434-5000 |
| 13 | Email: hhubbard@wc.com |
|   |        khodges@wc.com |
| 14 |        jpitt@wc.com |
|   |        cmetz@wc.com |
| 15 |        cpruski@wc.com |
|   |        ktrefz@wc.com |
| 16 |   |
| 17 | **COVINGTON & BURLING LLP** |
| 18 | Thomas O. Barnett (*pro hac vice*) |
|   | Katherine Mitchell-Tombras (*pro hac vice*) |
| 19 | One CityCenter |
|   | 850 Tenth Street, NW |
| 20 | Washington, DC 20001-4956 |
|   | Phone: (202) 662-5407 |
| 21 | Email: tbarnett@cov.com |
|   |        kmitchelltombras@cov.com |
| 22 |   |
| 23 |   |
| 24 | STIPULATED MOTION AND ORDER TO TEMPORARILY SEAL EXHIBIT B TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO SPOLIATION - 7 |
|   | CASE NO. 2:23-cv-01495-JHC |

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED this 23rd day of May, 2024.

_JOHN H. CHUN_
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
ORDER TO TEMPORARILY SEAL EXHIBIT B TO
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF
DOCUMENTS RELATED TO SPOLIATION - 9
CASE NO. 2:23-cv-01495-JHC