UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO SEAL |

Plaintiffs having filed a Motion to Seal, Dkt. # 199, in connection with Plaintiffs' Motion to Compel Production of Documents Related to Spoliation, Dkt. # 198, and the Court having considered all filings and memoranda of law concerning this matter, including the Defendant's surreply at Dkt. # 242, the Motion is GRANTED IN PART AND DENIED IN PART. The Court hereby ORDERS:

1. The highlighted portions of Exhibit B to the Declaration of Kara King in Support of Plaintiffs' Reply Regarding Plaintiffs' Motion to Seal and Plaintiffs' Response to Amazon's Motion to Seal, Dkt. ## 237, 239, are sealed;

2. Amazon's request to seal the remainder of Exhibit B is denied;

3. The blue highlighted portion and the yellow highlighted portion in the document's subject line of Exhibit E to the Declaration of Emily K. Bolles in Support of

Plaintiffs' Motion to Compel Production of Documents Related to Spoliation, Dkt. # 201-4, are sealed;

4. Plaintiffs' request to seal portions of Exhibits B through E (other than the portions of Exhibit E addressed above), G and L, Dkt. # 199, is withdrawn and is moot; and

5. Plaintiffs are directed to file public versions of Exhibits B through E, G and L consistent with this Order.

IT IS SO ORDERED.

DATED this 31st day of May, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE