UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>               Plaintiffs,<br><br>   v.<br><br>AMAZON.COM, INC., a corporation,<br><br>               Defendant. | Case No. 2:23-cv-01495-JHC<br><br>**ORDER DENYING MOTION TO INTERVENE** |

    This matter comes before the Court on America Booksellers Association, Inc.'s (ABA) Motion to Intervene.  Dkt. # 205.  The Court has reviewed the materials filed in support of, and in opposition to, the motion; the rest of the file; and the governing law.  For reasons presented by Plaintiffs, Dkt. 234, and Defendant, Dkt. # 233, the Court DENIES the motion.  As suggested by, Defendant, Dkt. # 233 at 15, if ABA wishes to submit an *amicus* brief, it may move the Court to do so.

    DATED this 3rd day of June, 2024.

                                                              */s/ John H. Chun*
                                              JOHN H. CHUN
                                              UNITED STATES DISTRICT JUDGE