UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>AMAZON.COM, INC., a corporation, <br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br>**STIPULATED MOTION AND ORDER TO FILE A CORRECTED REDACTED COPY OF EXHIBIT B** <br><br>NOTE ON MOTION CALENDAR: June 3, 2024 |

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below regarding Exhibit B to Plaintiffs' Motion to Compel Production of Documents Related to Spoliation.

In support of this request, the parties represent the following to the Court:

1. On May 31, 2024, the Court ordered that Exhibit B should be publicly filed with Plaintiffs' partial redactions of the document. (Dkt. #243).

2. The parties met and conferred on June 3, 2024. Amazon identified two additional instances where names should be redacted, and Plaintiffs agree that those

redactions are appropriate.  Both of the names in question were redacted elsewhere in Plaintiffs' proposed redactions.

3. The parties stipulate as follows, subject to Court approval, and jointly request that the Court enter the following Order approving this Stipulation.

    a. Plaintiffs are directed to file a public version of Exhibit B consistent with the Court's May 31, 2024 Order and the additional redactions described above.

Stipulated to and respectfully submitted this 3rd day of June, 2024, by:

*s/ Kara King*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
EMILY K. BOLLES (NY Reg. # 5408703)
KARA KING (DC Bar # 90004509)
ERIC ZEPP (NY Reg. #5538491)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:  (202) 326-2122 (Musser)
      (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
      etakashima@ftc.gov
      ebolles@ftc.gov
      kking@ftc.gov
      ezepp@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

*s/ Michael Jo*

| | | |
|---|---|---|
| 1 | Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| | Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| 2 | New York State Office of the Attorney General | Antitrust and False Claims Unit |
| | | Oregon Department of Justice |
| 3 | 28 Liberty Street | 100 SW Market St |
| | New York, NY 10005 | Portland, OR 97201 |
| 4 | Telephone: (212) 416-6537 | Telephone: (503) 934-4400 |
| | Email: Michael.Jo@ag.ny.gov | Email: tim.smith@doj.state.or.us |
| 5 | *Counsel for Plaintiff State of New York* | *Counsel for Plaintiff State of Oregon* |

6  *s/ Rahul A. Darwar*  
Rahul A. Darwar (admitted *pro hac vice*)  
7  Assistant Attorney General  
Office of the Attorney General of Connecticut  
8  165 Capitol Avenue  
Hartford, CT 06016  
9  Telephone: (860) 808-5030  
Email: Rahul.Darwar@ct.gov  
10  *Counsel for Plaintiff State of Connecticut*

*s/ Jennifer A. Thomson*  
Jennifer A. Thomson (admitted *pro hac vice*)  
Senior Deputy Attorney General  
Pennsylvania Office of Attorney General  
Strawberry Square, 14th Floor  
Harrisburg, PA 17120  
Telephone: (717) 787-4530  
Email: jthomson@attorneygeneral.gov  
*Counsel for Plaintiff Commonwealth of Pennsylvania*

11  *s/ Alexandra C. Sosnowski*  
Alexandra C. Sosnowski (admitted *pro hac vice*)  
12  Assistant Attorney General  
13  Consumer Protection and Antitrust Bureau  
New Hampshire Department of Justice  
14  Office of the Attorney General  
One Granite Place South  
15  Concord, NH 03301  
Telephone: (603) 271-2678  
16  Email: Alexandra.c.sosnowski@doj.nh.gov  
*Counsel for Plaintiff State of New Hampshire*

*s/ Michael A. Undorf*  
Michael A. Undorf (admitted *pro hac vice*)  
Deputy Attorney General  
Delaware Department of Justice  
820 N. French St., 5th Floor  
Wilmington, DE 19801  
Telephone: (302) 683-8816  
Email: michael.undorf@delaware.gov  
*Counsel for Plaintiff State of Delaware*

17  *s/ Caleb J. Smith*  
18  Caleb J. Smith (admitted *pro hac vice*)  
Assistant Attorney General  
19  Consumer Protection Unit  
Office of the Oklahoma Attorney General  
20  15 West 6th Street, Suite 1000  
Tulsa, OK 74119  
21  Telephone: (918) 581-2230  
Email: caleb.smith@oag.ok.gov  
22  *Counsel for Plaintiff State of Oklahoma*

*s/ Christina M. Moylan*  
Christina M. Moylan (admitted *pro hac vice*)  
Assistant Attorney General  
Chief, Consumer Protection Division  
Office of the Maine Attorney General  
6 State House Station  
Augusta, ME 04333-0006  
Telephone: (207) 626-8800  
Email: christina.moylan@maine.gov  
*Counsel for Plaintiff State of Maine*

23

24  *s/ Timothy D. Smith*                *s/ Gary Honick*

STIPULATED MOTION AND ORDER TO FILE A CORRECTED  
REDACTED COPY OF EXHIBIT B - 3  
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| Gary Honick (admitted *pro hac vice*)<br>Assistant Attorney General<br>Deputy Chief, Antitrust Division<br>Office of the Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Telephone: (410) 576-6474<br>Email: Ghonick@oag.state.md.us<br>*Counsel for Plaintiff State of Maryland* | Lucas J. Tucker (admitted *pro hac vice*)<br>Senior Deputy Attorney General<br>Office of the Nevada Attorney General<br>100 N. Carson St.<br>Carson City, NV 89701<br>Telephone: (775) 684-1100<br>Email: LTucker@ag.nv.gov<br>*Counsel for Plaintiff State of Nevada* |
| *s/ Michael Mackenzie*<br>Michael Mackenzie (admitted *pro hac vice*)<br>Deputy Chief, Antitrust Division<br>Office of the Massachusetts Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Telephone: (617) 963-2369<br>Email: michael.mackenzie@mass.gov<br>*Counsel for Plaintiff Commonwealth of Massachusetts* | *s/ Ana Atta-Alla*<br>Ana Atta-Alla (admitted *pro hac vice*)<br>Deputy Attorney General<br>New Jersey Office of the Attorney General<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Telephone: (973) 648-3070<br>Email: Ana.Atta-Alla@law.njoag.gov<br>*Counsel for Plaintiff State of New Jersey* |
| *s/ Scott A. Mertens*<br>Scott A. Mertens (admitted *pro hac vice*)<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>525 West Ottawa Street<br>Lansing, MI 48933<br>Telephone: (517) 335-7622<br>Email: MertensS@michigan.gov<br>*Counsel for Plaintiff State of Michigan* | *s/ Jeffrey Herrera*<br>Jeffrey Herrera (admitted *pro hac vice*)<br>Assistant Attorney General<br>New Mexico Office of the Attorney General<br>408 Galisteo St.<br>Santa Fe, NM 87501<br>Telephone: (505) 490-4878<br>Email: jherrera@nmag.gov<br>*Counsel for Plaintiff State of New Mexico* |
| *s/ Zach Biesanz*<br>Zach Biesanz (admitted *pro hac vice*)<br>Senior Enforcement Counsel<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>Saint Paul, MN 55101<br>Telephone: (651) 757-1257<br>Email: zach.biesanz@ag.state.mn.us<br>*Counsel for Plaintiff State of Minnesota* | *s/ Zulma Carrasquillo-Almena*<br>Zulma Carrasquillo (admitted *pro hac vice*)<br>Assistant Attorney General<br>Antitrust Division<br>Puerto Rico Department of Justice<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00901-0192<br>Telephone: (787) 721-2900<br>Email: zcarrasquillo@justicia.pr.gov<br>*Counsel for Plaintiff Commonwealth of Puerto Rico* |
| *s/ Lucas J. Tucker* | *s/ Stephen N. Provazza* |

STIPULATED MOTION AND ORDER TO FILE A CORRECTED
REDACTED COPY OF EXHIBIT B - 4
CASE NO. 2:23-cv-01495-JHC

Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L.J. Aceves*
Sarah L. J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: sarah.aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

*s/ Laura E. McFarlane*
Laura E. McFarlane (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*

| | |
|---|---|
| 1 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | By: *s/ Patty A. Eakes* |
| 3 | Patty A. Eakes, WSBA #18888<br>Molly A. Terwilliger, WSBA #28449 |
| 4 | 1301 Second Avenue, Suite 2800<br>Seattle, WA 98101 |
| 5 | Phone: (206) 274-6400<br>Email: patti.eakes@morganlewis.com |
| 6 | molly.terwilliger@morganlewis.com |
| 7 | **WILLIAMS & CONNOLLY LLP** |
| 8 | Heidi K. Hubbard (*pro hac vice*) |
| 9 | John E. Schmidtlein (*pro hac vice*)<br>Kevin M. Hodges (*pro hac vice*) |
| 10 | Jonathan B. Pitt (*pro hac vice*)<br>Carl R. Metz (*pro hac vice*) |
| 11 | Carol J. Pruski (*pro hac vice*)<br>Katherine Trefz (*pro hac vice*) |
| 12 | 680 Maine Avenue SW<br>Washington, DC 20024 |
| 13 | Phone: (202) 434-5000<br>Email: hhubbard@wc.com |
| 14 | khodges@wc.com<br>jpitt@wc.com |
| 15 | cmetz@wc.com<br>cpruski@wc.com |
| 16 | ktrefz@wc.com |
| 17 | **COVINGTON & BURLING LLP** |
| 18 | Thomas O. Barnett (*pro hac vice*) |
| 19 | Katherine Mitchell-Tombras (*pro hac vice*)<br>One CityCenter |
| 20 | 850 Tenth Street, NW<br>Washington, DC 20001-4956 |
| 21 | Phone: (202) 662-5407<br>Email: tbarnett@cov.com |
| 22 | kmitchelltombras@cov.com |
| 23 | |
| 24 | |

STIPULATED MOTION AND ORDER TO FILE A CORRECTED
REDACTED COPY OF EXHIBIT B - 6
CASE NO. 2:23-cv-01495-JHC

1  **WILKINSON STEKLOFF LLP**

2  Kosta S. Stojilkovic (*pro hac vice*)
   2001 M Street NW, 10th Floor
3  Washington, DC 20036
   Phone: (202) 847-4045
4  Email: kstojilkovic@wilkinsonstekloff.com

5  *Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED this 4th day of June, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE