THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> *Defendant.* | Case No. 2:23-cv-01495-JHC <br><br> **NOTICE OF WITHDRAWAL** |

Pursuant to Local Civil Rule 83.2(b)(3), Gwendolyn J. Cooley of the Office of the Attorney General for the State of Wisconsin respectfully withdraws as counsel for Plaintiff State of Wisconsin in the above-captioned action. The State of Wisconsin remains represented in this action by the undersigned counsel.

Dated: June 4, 2024

*Withdrawing Attorney:*

*s/ Gwendolyn J. Cooley*
Gwendolyn J. Cooley
(admitted *pro hac vice*)

Respectfully submitted,

*s/Laura E. McFarlane*
Laura E. McFarlane (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us

*Counsel for Plaintiff State of Wisconsin*

NOTICE OF WITHDRAWAL - 1
CASE NO. 2:23-cv-01495-JHC

**WISCONSIN DEPARTMENT OF JUSTICE**
17 West Main Street, P.O. Box 7857
Madison, WI 53707-7857
(608) 266-8911