THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | **CASE NO.: 2:23-cv-01495-JHC** <br><br> **PLAINTIFFS' NOTICE OF FILING EXHIBITS B-E, G AND L** |

Pursuant to the Court's May 31, 2024 Order (Dkt. # 243) and June 4, 2024 Order (Dkt. #248), Plaintiffs are filing with this notice public versions of Exhibits B-E, G, and L to the Declaration of Emily K. Bolles in Support of Plaintiffs' Motion to Compel Production of Documents Related to Spoliation (Dkt. #201).

PLAINTIFFS' NOTICE OF FILING
EXHIBITS B-E, G, AND L - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1  Dated: June 4, 2024                         Respectfully submitted,

2                                              *s/ Kara King*
   SUSAN A. MUSSER (DC Bar #1531486)
3  EDWARD H. TAKASHIMA (DC Bar # 1001641)
   EMILY K. BOLLES (NY Reg. # 5408703)
4  KARA KING (DC Bar # 90004509)
   Federal Trade Commission
5  600 Pennsylvania Avenue, NW
   Washington, DC 20580
6  Tel.:   (202) 326-2122 (Musser)
           (202) 326-2464 (Takashima)
7  Email:  smusser@ftc.gov
           etakashima@ftc.gov
8          ebolles@ftc.gov
           kking@ftc.gov
9
   *Attorneys for Plaintiff Federal Trade Commission*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

PLAINTIFFS' NOTICE OF FILING                              **FEDERAL TRADE COMMISSION**
EXHIBITS B-E, G, AND L - 2                                       600 Pennsylvania Avenue, NW
CASE NO. 2:23-cv-01495-JHC                                             Washington, DC 20580
                                                                            (202) 326-2222

| | |
|---|---|
| *s/ Michael Jo* | *s/ Timothy D. Smith* |
| Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| New York State Office of the Attorney General | Antitrust and False Claims Unit |
| 28 Liberty Street | Oregon Department of Justice |
| New York, NY 10005 | 100 SW Market St |
| Telephone: (212) 416-6537 | Portland, OR 97201 |
| Email: Michael.Jo@ag.ny.gov | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of New York* | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of Oregon* |
| *s/ Rahul A. Darwar* | *s/ Jennifer A. Thomson* |
| Rahul A. Darwar (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Office of the Attorney General of Connecticut | Pennsylvania Office of Attorney General |
| 165 Capitol Avenue | Strawberry Square, 14th Floor |
| Hartford, CT 06016 | Harrisburg, PA 17120 |
| Telephone: (860) 808-5030 | Telephone: (717) 787-4530 |
| Email: Rahul.Darwar@ct.gov | Email: jthomson@attorneygeneral.gov |
| *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| *s/ Alexandra C. Sosnowski* | |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | *s/ Michael A. Undorf* |
| Assistant Attorney General | Michael A. Undorf (admitted *pro hac vice*) |
| Consumer Protection and Antitrust Bureau | Deputy Attorney General |
| New Hampshire Department of Justice | Delaware Department of Justice |
| Office of the Attorney General | 820 N. French St., 5th Floor |
| One Granite Place South | Wilmington, DE 19801 |
| Concord, NH 03301 | Telephone: (302) 683-8816 |
| Telephone: (603) 271-2678 | Email: michael.undorf@delaware.gov |
| Email: Alexandra.c.sosnowski@doj.nh.gov | *Counsel for Plaintiff State of Delaware* |
| *Counsel for Plaintiff State of New Hampshire* | |
| | *s/ Christina M. Moylan* |
| *s/ Caleb J. Smith* | Christina M. Moylan (admitted *pro hac vice*) |
| Caleb J. Smith (admitted *pro hac vice*) | Assistant Attorney General |
| Assistant Attorney General | Chief, Consumer Protection Division |
| Consumer Protection Unit | Office of the Maine Attorney General |
| Office of the Oklahoma Attorney General | 6 State House Station |
| 15 West 6th Street, Suite 1000 | Augusta, ME 04333-0006 |
| Tulsa, OK 74119 | Telephone: (207) 626-8800 |
| Telephone: (918) 581-2230 | Email: christina.moylan@maine.gov |
| Email: caleb.smith@oag.ok.gov | *Counsel for Plaintiff State of Maine* |
| *Counsel for Plaintiff State of Oklahoma* | |

PLAINTIFFS' NOTICE OF FILING
EXHIBITS B-E, G, AND L - 3
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| *s/ Gary Honick* | *s/ Lucas J. Tucker* |
| Gary Honick (admitted *pro hac vice*) | Lucas J. Tucker (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Deputy Chief, Antitrust Division | Office of the Nevada Attorney General |
| Office of the Maryland Attorney General | 100 N. Carson St. |
| 200 St. Paul Place | Carson City, NV 89701 |
| Baltimore, MD 21202 | Telephone: (775) 684-1100 |
| Telephone: (410) 576-6474 | Email: LTucker@ag.nv.gov |
| Email: Ghonick@oag.state.md.us | *Counsel for Plaintiff State of Nevada* |
| *Counsel for Plaintiff State of Maryland* | |
| | *s/ Ana Atta-Alla* |
| *s/ Michael Mackenzie* | Ana Atta-Alla (admitted *pro hac vice*) |
| Michael Mackenzie (admitted *pro hac vice*) | Deputy Attorney General |
| Deputy Chief, Antitrust Division | New Jersey Office of the Attorney General |
| Office of the Massachusetts Attorney General | 124 Halsey Street, 5th Floor |
| One Ashburton Place, 18th Floor | Newark, NJ 07101 |
| Boston, MA 02108 | Telephone: (973) 648-3070 |
| Telephone: (617) 963-2369 | Email: Ana.Atta-Alla@law.njoag.gov |
| Email: michael.mackenzie@mass.gov | *Counsel for Plaintiff State of New Jersey* |
| *Counsel for Plaintiff Commonwealth of Massachusetts* | |
| | *s/ Jeffrey Herrera* |
| | Jeffrey Herrera (admitted *pro hac vice*) |
| *s/ Scott A. Mertens* | Assistant Attorney General |
| Scott A. Mertens (admitted *pro hac vice*) | New Mexico Office of the Attorney General |
| Assistant Attorney General | 408 Galisteo St. |
| Michigan Department of Attorney General | Santa Fe, NM 87501 |
| 525 West Ottawa Street | Telephone: (505) 490-4878 |
| Lansing, MI 48933 | Email: jherrera@nmag.gov |
| Telephone: (517) 335-7622 | *Counsel for Plaintiff State of New Mexico* |
| Email: MertensS@michigan.gov | |
| *Counsel for Plaintiff State of Michigan* | *s/ Zulma Carrasquillo-Almena* |
| | Zulma Carrasquillo (admitted *pro hac vice*) |
| *s/ Zach Biesanz* | Assistant Attorney General |
| Zach Biesanz (admitted *pro hac vice*) | Antitrust Division |
| Senior Enforcement Counsel | Puerto Rico Department of Justice |
| Office of the Minnesota Attorney General | P.O. Box 9020192 |
| 445 Minnesota Street, Suite 1400 | San Juan, Puerto Rico 00901-0192 |
| Saint Paul, MN 55101 | Telephone: (787) 721-2900 |
| Telephone: (651) 757-1257 | Email: zcarrasquillo@justicia.pr.gov |
| Email: zach.biesanz@ag.state.mn.us | *Counsel for Plaintiff Commonwealth of Puerto Rico* |
| *Counsel for Plaintiff State of Minnesota* | |

1  *s/ Stephen N. Provazza*
   Stephen N. Provazza (admitted *pro hac vice*)
2  Special Assistant Attorney General
   Chief, Consumer and Economic Justice Unit
3  Department of the Attorney General
   150 South Main Street
4  Providence, RI 02903
   Telephone: (401) 274-4400
5  Email: sprovazza@riag.ri.gov
   *Counsel for Plaintiff State of Rhode Island*
6
   *s/ Sarah L. J. Aceves*
7  Sara L. J. Aceves (admitted *pro hac vice*)
   Assistant Attorney General
8  Vermont Attorney General's Office
   109 State Street
9  Montpelier, VT 05609
   Telephone: (802) 828-3170
10 Email: sarah.aceves@vermont.gov
   *Counsel for Plaintiff State of Vermont*
11
   *s/ Laura E. McFarlane*
12 Laura E. McFarlane (admitted *pro hac vice*)
   Assistant Attorney General
13 Wisconsin Department of Justice
   Post Office Box 7857
14 Madison, WI 53707-7857
   Telephone: (608) 266-8911
15 Email: mcfarlanele@doj.state.wi.us
   *Counsel for Plaintiff State of Wisconsin*
16

17

18

19

20

21

22

23

24

PLAINTIFFS' NOTICE OF FILING         **FEDERAL TRADE COMMISSION**
EXHIBITS B-E, G, AND L - 5           600 Pennsylvania Avenue, NW
CASE NO. 2:23-cv-01495-JHC           Washington, DC 20580
                                     (202) 326-2222