# EXHIBIT B

Confidential Treatment Requested

July 6, 2023

## Updated Signal Log with DM Feature Information

*This log updates Amazon's log of May 25, 2023 with a collection of potentially work-related Signal from BlackBerries formerly used by Andy Jassy. Because the Signal communications on these BlackBerries predate prior collections from Mr. Jassy, this update includes Signal messages and disappearing message ("DM") settings that post-date Mr. Jassy's receipt of a hold notice for the CID Investigation (hereinafter "this Investigation"), as well as earlier Signal messages and DM settings between Mr. Jassy and other custodians in this Investigation.*

*For ease of identification, information added to this updated log due to the collection described above appears in italics. Due to overlapping screenshots, the screenshot count for logged threads is often greater than the number of collected messages. To the extent collections included messages already covered in prior iterations of this log, no changes were made to the log.*

*Because the refresh period for this Investigation has long expired, this log includes potentially work-related Signal communications through May 2022. This timeframe was chosen for consistency with prior iterations of the log, all of which contained messages through May 2022 (the month by which Amazon had completed its original Signal collections). For prior Signal collection dates for particular custodians, please see Amazon's August 31, 2022 submission to the FTC and other correspondence.[1]*

Signal is a third-party messaging application that uses end-to-end encryption for secure communications. As has been previously disclosed, the use of Signal among certain Amazon executives and employees began in 2019 following the hack of Jeff Bezos's cell phone, reportedly by hostile foreign actors. As a result of this hack and ongoing concerns about unauthorized efforts to gain access to Amazon's executives' communications, certain executives and employees began using Signal in a limited fashion for short, typically time-sensitive communications, in addition to non-substantive or personal communications. Even as some Amazon executives and employees began to use Signal, other forms of electronic communication—like email and Chime—remained the primary method of work communications.

Per your request, the log below includes Signal communications involving CID custodians that Amazon has collected through its due diligence, and provides additional information on the settings of the DM feature in those communications.[2] None of the collected messages was responsive to the CID under the parameters of the September 29, 2020 Final Production schedule. Most collected messages were brief or non-substantive in nature. Other collected messages were substantive but related to aspects of Amazon different than those at issue in the CID or were outside the relevant production period.

---

[1] Amazon's extensive engagement with the FTC on this issue includes prior correspondence dated March 22, May 20, July 15, and August 3, August 29, August 31, September 26, October 4, October 6, and November 11, 2022, and January 17, January 20, February 8, and May 1, 2023.

[2] Amazon is providing the information in the log without any intent to waive any privileges, protections, or immunities, including, without limitation, the attorney-client privilege, work product protection, and any other applicable privileges or protection from disclosure. However, certain materials included in the log are privileged, as indicated, for example, by the involvement of an attorney or other indicia of privilege. The descriptions in this appendix include only the subject matter of the thread and are not intended to reveal any privileged communication.

Page 2                                                **Confidential Treatment Requested**

Given the way Signal functions, Amazon cannot determine with certainty whether any substantive messages responsive to this Investigation may have been lost due to the DM function. Based on Amazon's diligence as well as the custodians' testimony in FTC investigational hearings, however, Amazon does not believe that the use of Signal or the DM feature materially impacted the company's ability to provide a comprehensive production in response to the CID. Even if a small number of potentially responsive messages were no longer available due to the DM feature, there is no reasonable basis to conclude that the Commission was prejudiced. Signal communications were miniscule compared to the millions of pages of documents and many terabytes of data that Amazon collected in its response to this Investigation. Moreover, the topics that the Commission is investigating here—including Amazon's approach to retail, Prime, pricing, and fulfilment—span many years and involve decisions that are carefully studied and well-documented in Amazon documents. While the seven relevant executives occasionally sent or received substantive, work-related messages via Signal, material communications concerning Amazon's significant business decisions occurred through others means—including email, Chime, and related attachments—that were systematically collected and produced, evidenced by the more than 125,000 documents produced from the files of those seven custodians alone. This is particularly true given Amazon's well-documented and longstanding corporate culture of drafting detailed documents for meetings and important decisions—documents that FTC staff has used to probe Amazon's business practices in great depth in the dozens of investigational hearings conducted to date in this Investigation.

In addition, as we have informed you, Amazon launched an enterprise version of Wickr—a secure messaging application owned by Amazon—for internal use. Amazon's enterprise version of Wickr can be used by Amazon executives and employees to send each other secure, end-to-end encrypted messages, while allowing Amazon to preserve messages sent and received by executives and employees who are on litigation hold.

Subject to that context, for each Signal thread below, the log identifies the following available information: (i) the participants in the thread; (ii) the date range of the thread; (iii) the number of logged screenshots; (iv) the title of the thread (available for threads with more than two participants); (v) the subject matter of the thread, if the thread included any messages at the time of collection, and (vi) changes (if any) to settings of Signal's DM feature before collection.[3] Where the DM feature was enabled at the time of collection, custodians were again provided legal guidance regarding Amazon's preservation obligations.

Amazon produced some of the collected threads as responsive in a separate FTC investigation of Amazon's acquisition of MGM and reproduced them for overlap custodians in this Investigation. The produced threads are bolded below, and the associated Bates numbers are provided below such entries.

---

[3] Amazon's collection of Signal messages relied on capturing screenshots of a custodian's phone. An individual screenshot may include one or more unique messages, and in some cases the content in separate screenshots overlaps. For this reason, when the same message thread was collected from multiple custodians' phones, the number of screenshots may differ between collections. Additionally, some collected threads and screenshots included in this appendix do not include any message content, but do include other content (*e.g.*, identity of the individuals on the thread; date when the disappearing feature was enabled or disabled).

Page 3                                                    **Confidential Treatment Requested**

The log is organized in chronological order.

- Jeff Bezos and Stephen Schmidt on April 2, 2019, comprising one screenshot.
  - DM settings before collection were as follows: 30 minutes on April 2, 2019 (Bezos).

- Jeff Bezos and David Zapolsky on April 2, 2019, comprising one screenshot, providing contact information.
  - DM settings before collection was as follows: 30 minutes on April 2, 2019 (Bezos).

- Jeff Bezos and Andy Jassy between April 2, 2019 and April 22, 2019, comprising two screenshots.
  - DM settings before collection was as follows: 30 minutes on April 2, 2019 (Bezos); 6 hours on April 2, 2019 (Jassy); 30 minutes on April 2, 2019 (Jassy); six hours on April 3, 2019 (Jassy); 30 minutes on April 3, 2019 (Jassy).

- Jeff Bezos and ▮▮▮▮▮▮▮▮ between May 3, 2019 and May 7, 2019, comprising three screenshots, relating to logistics.
  - DM settings before collection were as follows: 1 week on May 7, 2019 (Bezos).

- Jeff Bezos, ▮▮▮▮▮▮ and ▮▮▮▮▮▮▮ between May 13, 2019 and June 15, 2019, comprising two screenshots.
  - DM settings before collection were as follows: 1 week on May 13, 2019 (Bezos); disabled on June 15, 2019 (▮▮▮▮).

- Jeff Bezos and ▮▮▮▮▮ between May 13, 2019 and May 15, 2019, comprising two screenshots, relating to scheduling.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, ▮▮▮▮▮▮▮, and ▮▮▮▮▮▮ on May 15, 2019, comprising two screenshots.
  - DM settings before collection were as follows: 1 week on May 15, 2019 (Bezos).

- Andy Jassy and Jeff Wilke starting on May 25, 2019 and comprising 34 screenshots through May 2022, relating to personnel and personal issues.[4]
  - DM settings before collection were as follows: 30 minutes on May 25, 2019 (Wilke); disabled on Aug. 15, 2019 (Wilke); 1 day on Sept. 1, 2019 (Jassy); 1 day on unknown date (Jassy); 1 day on unknown date (Wilke); disabled on Jan. 3, 2021 (Wilke); 1 day on Jan. 4, 2021 (Jassy); 1 week on Feb. 22, 2021 (Jassy); disabled on Dec. 6, 2021 (Jassy).

- Jeff Bezos and Beth Galetti between June 2, 2019 and July 11, 2019, comprising one screenshot, relating to HR.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Jay Carney, and Andrew Herdener between June 4, 2019 and July 11, 2019, comprising 3 screenshots, titled "Jay, Drew, Jeff" relating to personal and business-related social media posts.

---

[4] *This thread was previously logged. 22 additional screenshots were collected from Mr. Jassy in the collection reflected in this update.*

Page 4                                                         **Confidential Treatment Requested**

  o   DM settings before collection were as follows: 1 week, but specifics are unknown.

- Jeff Bezos and Jon Rubinstein between June 5, 2019 and June 7, 2019, comprising one screenshot, relating to real estate.
  o   DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Jay Carney between June 5, 2019 and June 13, 2019, comprising two screenshots, relating to personal business, and a tax issue.
  o   DM settings before collection were as follows: 1 week, but specifics are unknown.

- Jeff Bezos, Jay Carney, Andrew Herdener, and Neal Karlinsky on June 10, 2019, comprising one screenshot.
  o   DM settings before collection were as follows: 1 week on June 10, 2019.

- Jeff Bezos and ███████████ between June 12, 2019 and July 16 2019, comprising two screenshots, relating to scheduling meetings for personal and business issues.
  o   DM settings before collection were as follows: 1 week, but the specifics are unknown.

- Jeff Bezos and ██████ on June 12, 2019, comprising one screenshot.
  o   DM settings before collection were as follows: 1 week on June 12, 2019 (Bezos).

- Jeff Bezos and Jay Carney on June 15, 2019, comprising one screenshot, relating to public relations personnel.
  o   DM settings before collection were as follows: 1 day on June 17, 2019 (Bezos).

- Jeff Bezos and ██████████ between June 15, 2019 and July 11, 2019, comprising four screenshots, relating to scheduling and logistics.
  o   DM settings before collection were as follows: one week on July 9, 2019 (Bezos).

- Jeff Bezos and Andy Jassy between June 19, 2019 and July 17, 2019, comprising two screenshots.
  o   DM settings before collection was as follows: 1 week on June 19, 2019 (Bezos); 1 day on June 27, 2019 (Jassy); 1 week on June 29, 2019 (Jassy); 1 day on July 17, 2019 (Jassy).

- Jeff Bezos and Andy Jassy between June 27, 2019 and July 11, 2019, comprising four screenshots, relating to employee compensation and related issues.
  o   DM settings before collection was as follows: disabled on July 11, 2019 (Jassy).

- Jeff Bezos and Neal Karlinsky between July 9, 2019 and August 22, 2019, comprising 18 screenshots, relating to social media posts regarding the Seattle Spheres at Amazon's headquarters.
  o   DM settings before collection were as follows: 1 week on August 21, 2019 (Bezos).

- Jeff Bezos and David Zapolsky on July 14, 2019, comprising one screenshot.
  o   DM settings before collection was as follows: 1 week on July 14, 2019 (Bezos).

- Jeff Bezos, ██████████, and Andrew Herdener between July 17, 2019 and August 2, 2019, comprising 17 screenshots, relating to a news story concerning ██████████.

Page 5                                                    **Confidential Treatment Requested**

- o  DM settings before collection were as follows: 1 week, but specifics are unknown.

- Jeff Bezos and Judy McGrath between July 31, 2019 and August 2, 2019, comprising one screenshot, relating to HR issues.
  - o  DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Beth Galetti on July 31, 2019, comprising one screenshot.
  - o  DM settings before collection were as follows: 1 week on July 31, 2019 (Bezos).

- Jeff Bezos, Beth Galetti, and Jeff Wilke between July 31, 2019 and August 8, 2019, comprising nine screenshots, titled "Jeff, JAW, and Beth" relating to HR.
  - o  DM settings before collection were as follows: 1 week on August 8, 2019 (Bezos).

- Jeff Bezos and Jeff Blackburn on August 2, 2019, comprising one screenshot.
  - o  DM settings before collection were as follows: 1 week on August 2, 2019 (Bezos).

- Jeff Bezos, Jay Carney, and Andrew Herdener between August 5, 2019 and August 16, 2019, comprising five screenshots, titled "Jeff & Drew" (and later "Jeff, drew, jay") relating to compensation, ███████████████, and a news story relating to the hacking of Bezos's phone.
  - o  DM settings before collection were as follows: one week on August 16, 2019 (Bezos).

- Jeff Bezos, Andy Jassy, and Andrew Herdener on August 6, 2019, comprising three screenshots, titled "Jeff B, Andy J, Drew H" and relating to logistics for an AWS CEO summit.
  - o  DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Jeff Wilke on August 8, 2019, comprising one screenshot.
  - o  DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Russ Grandinetti on August 12, 2019, comprising one screenshot.
  - o  DM settings before collection were as follows: 1 week on August 12, 2019 (Bezos).

- Jeff Bezos, Jay Carney, Mike George, and Andrew Herdener on August 16, 2019, comprising one screenshot, and titled "Jeff, Jay, Mike, Drew."
  - o  DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Dave Limp on August 19, 2019, comprising one screenshot, relating to a news article about Disney+.
  - o  DM settings before collection were as follows: 1 week on August 19, 2019 (Bezos).

- Andy Jassy and Paul Kotas between August 26, 2019 and April 25, 2022, comprising eight screenshots, relating to personnel issues and remote work.
  - o  DM settings before collection were as follows: 12 hours on August 26, 2019 (Jassy); disabled on March 5, 2020 (Jassy).

- Jeff Bezos, Jay Carney, Mike George, Andrew Herdener, Neal Karlinsky, and ███████ between August 21, 2019 and August 28, 2019, comprising 32 screenshots, titled "Jeff, Neal,

**Confidential Treatment Requested**

Drew" (later "Jeff, Neal, Drew, Jay, Mike G" and then "Jeff, Neal, Drew, Jay, Mike G, and ██████ relating to social media posts.
  o   DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Stephen Schmidt on August 22, 2019, comprising one screenshot confirming contact information.
  o   DM settings before collection were as follows: 1 week on August 22, 2019 (Bezos).

- Jeff Bezos and ██████████ between August 31, 2019 and September 14, 2019, comprising three screenshots, relating a news article about the theater business and a ██████████ ████.
  o   DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Andrew Herdener, and Neal Karlinsky between September 10, 2019 and September 23, 2019, comprising 25 screenshots, and titled "Jeff, Drew, Neal" and relating to social media posts.
  o   DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Jennifer Salke between September 12, 2019 and September 25, 2019, comprising one screenshot about scheduling.
  o   DM settings before collection were as follows: 1 week on September 13, 2019 (Bezos).

- Peter Krawiec and Dan Grossman between Sept. 17, 2019 and Feb. 1, 2021, comprising four screenshots.
  o   DM settings before collection were as follows: 30 minutes on Sept. 17, 2019 (Krawiec); 5 minutes on Oct. 2, 2019 (Krawiec); 30 minutes on Oct. 3, 2019 (Krawiec); 12 hours on Dec. 5, 2019 (Grossman); 5 minutes on Aug. 30, 2020 (Krawiec); 1 hour on Sept. 11, 2020 (Krawiec); 6 hours on Sept. 11, 2020 (Krawiec); 10 seconds on Oct. 2, 2020 (Grossman); 1 hour on Oct. 2, 2020 (Grossman); 40 minutes on Oct. 2, 2020 (Krawiec); disabled on Feb. 1, 2021 (Krawiec).

- Peter Krawiec and Carlo Bertucci between Sept. 17, 2019 and May 20, 2021, comprising four screenshots and relating to opening a thread on Signal and sharing one public news article.
  o   DM settings before collection were as follows: 1 day on Sept. 17, 2019 (Krawiec); 1 hour on Sept. 17, 2019 (Krawiec); 30 minutes on Sept. 17, 2019 (Krawiec); 1 week on July 7, 2020 (Krawiec); disabled on Aug. 6, 2020 (Bertucci); 1 day on Aug. 12, 2020 (Krawiec).

- Peter Krawiec and Alex Ceballos Encarnacion between Sept. 17, 2019 and Jan. 13, 2021, comprising two screenshots.
  o   DM settings before collection were as follows: 5 minutes on Sept. 17, 2019 (Encarnacion); 30 minutes on Sept. 17, 2019 (Krawiec); 6 hours on Jan. 12, 2021 (Encarnacion).

- Jeff Bezos, Jay Carney, Andrew Herdener, and David Zapolsky on September 20, 2019, comprising one screenshot.
  o   DM settings before collection were as follows: 1 week on September 20, 2019 (Bezos).

- Peter Krawiec and Will Shu between Sept. 20, 2019 and June 16, 2021, comprising 36 screenshots and relating to the relationship between Amazon and Deliveroo.

Page 7                                                                                 **Confidential Treatment Requested**

- o DM settings before collection were as follows: 6 hours on Sept. 20, 2019 (Krawiec); disabled on Dec. 18, 2020 (Shu).

- Jeff Wilke and Mike George between Sept. 26, 2019 and Nov. 2, 2020, comprising 22 screenshots and relating to personnel and personal issues.
  - o DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, ███████, Jay Carney, and Andrew Herdener between Sept. 27, 2019 and Feb. 21, 2021, comprising three screenshots and titled "Jay, Drew, ██ Jeff."
  - o DM settings before collection were as follows: 1 week on Sept. 27, 2019 (unknown).

- Jeff Bezos and Beth Galetti between Sept. 27, 2019 and July 17, 2021, comprising one screenshot.
  - o DM settings before collection were as follows: 1 week on Sept. 27, 2019 (Galetti).

- Jeff Bezos and ████████ between Sept. 27, 2019 and April 7, 2020, comprising one screenshot.
  - o DM settings before collection were as follows: 1 week on Sept. 27, 2019 (███████

- Jeff Bezos and Andrew Herdener between Sept. 27, 2019 and Jan. 29, 2021, comprising one screenshot.
  - o DM settings before collection were as follows: 1 week on Sept. 27, 2019 (Herdener).

- Peter Krawiec and Cem Sibay between Sept. 27, 2019 and Feb. 1, 2021, comprising three screenshots.
  - o DM settings before collection were as follows: 1 minute on Sept. 27, 2019 (Sibay); 5 minutes on Oct. 30, 2019 (Sibay); disabled on Feb. 1, 2021 (Krawiec).

- Jeff Bezos and Jeff Blackburn between Sept. 28, 2019 and March 4, 2022, comprising seven screenshots and relating to a publicly reported Netflix HR issue and March 2022 message about meeting logistics and *Lord of the Rings* marketing.
  - o DM settings before collection were as follows: 1 week on Sept. 28, 2019 (Bezos); disabled on Aug. 19, 2021 (Blackburn).

- Jeff Bezos and ████████ between Sept. 30, 2019 and April 3, 2020, comprising one screenshot and relating to personal logistics.
  - o DM settings before collection were as follows: 1 week on Sept. 30, 2019 (Bezos).

- Jeff Bezos, ████████, and ████████ between Oct. 1, 2019 and April 7, 2020, comprising three screenshots and titled "████████/J."
  - o DM settings before collection were as follows: 1 week on Oct. 1, 2019 (Bezos).

- Jeff Bezos and Stephen Schmidt between Oct. 1, 2019 and Aug. 15, 2020, comprising three screenshots and relating to security issues.
  - o DM settings before collection were as follows: 1 week on Oct. 1, 2019 (Schmidt); disabled on July 15, 2020 (Schmidt); 1 week on Aug. 15, 2020 (Schmidt).

- Jeff Bezos, Jay Carney, Andrew Herdener, and Dan Perlet between Oct. 1, 2019 and March 2, 2021, comprising three screenshots and titled "Jeff, Jay, Drew, Dan."

Page 8                                                    **Confidential Treatment Requested**

- ○ DM settings before collection were as follows: 1 week on Oct. 1, 2019 (Bezos).

- Jeff Bezos, ███████████████████████████████████████████ between Oct. 1, 2019 and May 14, 2022, comprising 21 screenshots, titled "Kamala" [the name of an EA listserv], and relating to personal and business scheduling and coordination with Executive Assistant staff.
  - ○ DM settings before collection were as follows: 1 week on Oct. 2, 2019 (Bezos).

- Jeff Bezos and Jay Carney between Oct. 3, 2019 and March 16, 2020, comprising one screenshot.
  - ○ DM settings before collection were as follows: 1 week on Oct. 3, 2019 (Bezos).

- Jeff Bezos and Andy Jassy between Oct. 7, 2019 and March 9, 2022, comprising 32 screenshots and relating to scheduling, security, public relations, COVID-19 response, Twitch, employee compensation, ███████████, closing of stores, and personnel issues.[5]
  - ○ DM settings before collection were as follows: 1 week on Oct. 7, 2019 (Jassy); disabled on Feb. 25, 2020 (Jassy); 1 week on Mar. 19, 2020 (Bezos); 30 minutes on Apr. 7, 2020 (Jassy); 5 minutes on Apr. 7, 2020 (Jassy); 1 day on Apr. 11, 2020 (Jassy); 1 week on Aug. 27, 2020 (Bezos); 1 day on Jan. 9. 2021 (Jassy); 1 week on Apr. 13, 2021 (Bezos); 1 week on May 30, 2021 (Jassy); disabled Jan. 4, 2022 (Bezos); 1 week on Jan. 20, 2022 (Jassy); disabled on Jan. 27, 2022 (Jassy); 1 week on Feb. 17, 2022 (Jassy); disabled on Feb. 25, 2022 (Bezos).

- **Jeff Bezos and Jennifer Salke between Oct. 8, 2019 and Dec. 24, 2021, comprising 128 screenshots and relating to scheduling and administrative issues, personnel issues, ███████████████████████████████, and production and content updates.**
  - ○ Amazon-FTC-CID_ 09327810 to Amazon-FTC-CID_09327812; Amazon-FTC-CID_09327814 to Amazon-FTC-CID_09327815; Amazon-FTC-CID_09327817; Amazon-FTC-CID_09327819 to Amazon-FTC-CID_09327821; Amazon-FTC-CID_09327823 to Amazon-FTC-CID_09327829
  - ○ DM settings before collection were as follows: 1 week on Oct. 8, 2019 (Salke); disabled on June 5, 2020 (Salke).

- Jeff Bezos, Jay Carney, Andrew Herdener, Neal Karlinsky, and Dan Perlet between Oct. 23, 2019 and March 3, 2021, comprising two screenshots and titled "Jeff, Drew, Jay, Dan, Neal."
  - ○ DM settings before collection were as follows: 1 week on Oct. 23, 2019 (Bezos).

- Jeff Bezos, Jay Carney, Dave Clark, and Andrew Herdener between Oct. 29, 2019 and May 21, 2022, comprising two screenshots and titled "Jeff, Dave C, Jay, Drew."
  - ○ DM settings before collection were as follows: Unknown participant enabled DM on an unknown date; disabled DM on May 21, 2022 (Bezos).

- Jeff Bezos, Andy Jassy, and David Zapolsky between Oct. 29, 2019 and May 21, 2022, comprising five screenshots and titled "Jedi Privileged and Confidential."

---

[5] *This thread was previously logged.  Two additional screenshots were collected from Mr. Jassy in the collection reflected in this update.*

Page 9                                               **Confidential Treatment Requested**

    o  DM settings before collection were as follows: 1 week on Oct 29, 2019 (Bezos); disabled on May 21, 2022 (Bezos).

- Jeff Bezos and David Zapolsky between Oct. 29, 2019 and Oct. 24, 2020, comprising one screenshot.
  - o  DM settings before collection were as follows: 1 week on Oct. 29, 2019 (Bezos).

- Jeff Bezos, Jay Carney, Andrew Herdener, Neal Karlinsky, and ▮▮▮▮▮▮▮ between Nov. 4, 2019 and April 22, 2021, comprising 26 screenshots, titled "Jeff, Jay, Drew, ▮▮▮ Neal," and relating to public relations issues, such as Thanksgiving wishes, Amazon support for U.S. troops, and the COVID-19 pandemic.
  - o  DM settings before collection were as follows: 1 week on Apr. 8, 2020 (Bezos).

- Jeff Bezos, Jay Carney, Neal Karlinsky, Andrew Herdener, Lauren Sanborn, and Dan Perlet between Nov. 8, 2019 and Jan. 29, 2021, comprising 39 screenshots, titled "Jeff, Drew, Jay, Dan, Neal, Lsanborn," and relating to social media posts.
  - o  DM settings before collection were as follows: 1 week on Jan. 11, 2020 (Bezos).

- Jeff Bezos, Jay Carney, and David Zapolsky between Nov. 10, 2019 and Jan. 30, 2021, comprising two screenshots and titled "Privileged Confidential DavidZ Jeff."
  - o  DM settings before collection were as follows: 1 week on Nov. 10, 2019 (Bezos).

- Jeff Bezos and Jeff Wilke between Nov. 22, 2019 and Aug. 6, 2022 comprising seven screenshots and relating to organization changes and the French business.
  - o  DM settings before collection were as follows: 1 day on Nov. 22, 2019 (Bezos); 1 week on Dec. 6, 2019 (Bezos); disabled on Dec. 11, 2020 (Bezos); 1 week on Dec. 17, 2020 (Bezos); disabled on May 21, 2021 (Bezos).

- Peter Krawiec and Donald Katz between Dec. 4, 2019 and Oct. 1, 2020, comprising two screenshots and relating to a potential Audible acquisition.
  - o  DM settings before collection were as follows: 1 day on Oct. 1, 2020 (Krawiec).

- Peter Krawiec and Mike George between Dec. 5, 2019 and March 5, 2020, comprising two screenshots and relating to Krawiec's promotion and interactions with ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮
  - o  DM settings before collection were as follows: DM enabled, but specifics are unknown.

- Jeff Bezos, Jay Carney, Drew Herdener, and Dan Perlet between Dec. 10, 2019 and May 12, 2022, comprising 25 screenshots, titled "Jeff, Jay, Drew, Dan," and relating to public relations issues and personal logistics.
  - o  DM settings before collection were as follows: 1 week on May 9, 2021 (Bezos).

- Andy Jassy and David Limp between Dec. 17, 2019 and Feb. 25, 2022, comprising five screenshots and relating to office attendance and personal logistics while out of the office.
  - o  DM settings before collection were as follows: 12 hours on Dec. 17, 2019 (Jassy); disabled on Mar. 5, 2020 (Jassy); 1 day on June 15, 2020 (Jassy); disabled on June 26, 2021 (Jassy); 1 week on June 26, 2021 (Jassy); disabled on Nov. 16, 2021 (Limp); 1 week on Dec. 20, 2021 (Jassy); disabled on Jan. 4, 2022 (Jassy); 1 week on Feb. 3, 2022 (Jassy); disabled on Feb. 25, 2022 (Jassy).

**Confidential Treatment Requested**

- Jeff Bezos and Adam Selipsky between Dec. 21, 2019 and Jan. 7, 2022, comprising one screenshot.
  - DM settings before collection were as follows: 1 week on Aug. 30, 2021 (Bezos); disabled on Jan. 7, 2022 (Bezos).

- Jeff Bezos and Brian Olsavsky between Jan. 3, 2020 and April 29, 2020, comprising one screenshot.
  - DM settings before collection were as follows: 1 day on Jan. 3, 2020 (Bezos); 1 week on Apr. 29, 2020 (Bezos).

- Jeff Bezos, Beth Galetti, and David Zapolsky between Jan. 7, 2020 and July 17, 2021, comprising three screenshots and titled "Beth and DavidZ."
  - DM settings before collection were as follows: Bezos set DM to 1 week on Jan. 7, 2020 (Bezos).

- Jeff Bezos, Amit Agarwal, Jay Carney, and Andrew Herdener between Jan. 13, 2020 and Jan. 29, 2021, comprising 15 screenshots, titled "Amit, Jay, Jeff, Drew," and relating to a public relations issue in India.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Amit Agarwal on Jan. 15, 2020, comprising one screenshot.
  - DM settings before collection were as follows: 1 week on Jan. 15, 2020 (Bezos).

- Peter Krawiec and "Jeff" (incorrect number) on Jan. 17, 2020, comprising two screenshots and relating to interactions with Mars.
  - DM settings before collection were as follows: 12 hours on Jan. 17, 2020 (Krawiec).

- Jeff Bezos and Dave Clark between Jan. 27, 2020 and June 21, 2022, comprising 16 screenshots and relating to call scheduling, the grocery business, COVID-19 hazard pay, and ███████████.
  - DM settings before collection were as follows: 1 week on Nov. 25, 2020 (Bezos); disabled DM on Feb. 25, 2022 (Bezos).

- Jeff Bezos, Jay Carney, and David Zapolsky between Jan. 27, 2020 and Jan. 11, 2021, comprising two screenshots and titled "Privileged Zapolsky Carney."
  - DM settings before collection were as follows: 1 week on Jan. 27, 2020 (Bezos).

- Andy Jassy and Brian Olsavsky between Jan. 30, 2020 and Feb 26, 2022, comprising 22 screenshots and relating to format for financial reporting and a ███████████.[6]
  - DM settings before collection were as follows: 1 day on Jan. 30, 2020 (Jassy); 1 day on Mar. 2, 2020 (Olsavsky); 1 day on unknown date (Jassy); 1 week on July 16, 2021 (Jassy); 1 week on Jan. 11, 2022 (Jassy); disabled on Feb. 10, 2022 (Jassy); 1 week on Feb. 18, 2022 (Jassy); disabled on Feb. 25, 2022 (Jassy).

---

[6] *This thread was previously logged. Three additional screenshots were collected from Mr. Jassy in the collection reflected in this update.*

**Confidential Treatment Requested**

- Jeff Bezos and Dave Limp between Feb. 12, 2020 and May 23, 2022, comprising 19 screenshots and relating to scheduling logistics for a conference and space flight.
  - DM settings before collection were as follows: 1 week on Feb. 12, 2020 (Bezos); disabled on Dec. 1, 2020 (Limp); 1 week on Dec. 4, 2020 (Bezos); disabled on Jan. 4, 2022 (Bezos).

- Jeff Bezos and ███████████ between Feb. 17, 2020 and Oct. 28, 2020, comprising two screenshots and relating to ██████████████████████████ and personal travel.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Jay Carney, and Andrew Herdener between Feb. 19, 2020 and Jan. 30, 2021, comprising three screenshots, titled "Jeff, Jay, Drew," and relating to public relations.
  - DM settings before collection were as follows: 1 week on Feb. 19, 2020 (Bezos).

- Dave Limp and Jeff Wilke starting on Feb. 20, 2020 and comprising 19 screenshots through May 2022, relating to devices, covid, and personnel and personal issues.
  - DM settings before collection were as follows: 1 week on May 14, 2020 (Limp); disabled on Oct. 14, 2020 (Limp).

- **Jeff Bezos and Mike Hopkins between March 2, 2020 and March 17, 2022, comprising 15 screenshots and relating to personal logistics, personnel issues, COVID-related production impacts, ██████████, MGM, and ███████.**
  - Amazon-FTC-CID_09327813;    Amazon-FTC-CID_09327816;    Amazon-FTC-CID_09327818;    Amazon-FTC-CID_09327822;    Amazon-FTC-CID_09327999   to   Amazon-FTC-CID_09328003
  - DM settings before collection were as follows: 1 week on Apr. 25, 2020 (Bezos); disabled on Jan. 4, 2022 (Bezos).

- **Mike Hopkins and Jennifer Salke between March 3, 2020 and Oct. 28, 2021, comprising 603 screenshots and relating to personnel issues, the MGM transaction, and video production.**
  - Amazon-FTC-CID_09328041   to   Amazon-FTC-CID_09328348;    Amazon-FTC-CID_09328507 to Amazon-FTC-CID_09328508
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Paul Kotas between March 6, 2020 and May 21, 2022, comprising two screenshots.
  - DM settings before collection were as follows: Bezos set DM to 1 week on Mar. 6, 2020 (Bezos); disabled on May 21, 2022 (Bezos).

- Peter Krawiec and Cem Sibay between March 15, 2020 and Aug. 14, 2021, comprising two screenshots and relating to personal matters.
  - DM settings before collection were as follows: 5 minutes on Mar. 15, 2020 (Sibay); disabled on June 28, 2020 (Sibay); 1 week on June 29, 2020 (Sibay); 1 day on July 30, 2020 (Krawiec); 30 minutes on Feb. 23, 2021 (Sibay); 1 day on Apr. 28, 2021 (Sibay).

- Jeff Bezos, Dave Clark, Doug Herrington, and Jeff Wilke between March 19, 2020 and Dec. 7, 2020, comprising three screenshots and titled "Wilke, Doug, Dave, Jeff."
  - DM settings before collection were as follows: 1 week on Mar. 19, 2020 (Bezos).

Page 12                                          **Confidential Treatment Requested**

- Jeff Wilke and Jen Salke on Mar. 20, 2020, comprising two screenshots and relating to personnel and the COVID-19 pandemic.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and ███████████ between March 23, 2020 and March 16, 2022, comprising seven screenshots and relating to ████████████████████████
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and John Schoettler between March 24, 2020 and April 16, 2020, comprising one screenshot.
  - DM settings before collection were as follows: 1 week on Apr. 16, 2020 (Bezos).

- Jeff Bezos and Russ Grandinetti on March 25, 2020, comprising one screenshot.
  - DM settings before collection were as follows: 1 week on Mar. 25, 2020 (Bezos).

- Jeff Wilke and Dave Clark between Mar. 25, 2020 and May 29, 2020, comprising three screenshots and relating to a personnel issue.
  - DM settings before collection were as follows: 1 day on Apr. 4, 2020 (Clark); 1 day on Apr. 5, 2020 (Wilke); 1 day on May 29, 2020 (Wilke).

- Jeff Wilke and Beth Galetti between Mar. 30, 2020 and Aug. 12, 2020, comprising one screenshot.
  - DM settings before collection were as follows: 1 week on July 24, 2020 (Wilke); 1 week on Aug. 12, 2020 (Wilke).

- Jeff Bezos, Jay Carney, Dave Clark, Andrew Herdener, and David Zapolsky between April 2, 2020 and Jan. 29, 2021, comprising 12 screenshots, titled "Jeff, Dave, Jay, David, Drew, Dave," relating to a public relations issue.
  - DM settings before collection were as follows: 1 day on Apr. 2, 2020 (Bezos).

- Jeff Wilke and Drew Herdener on Apr. 2, 2020, comprising nine screenshots and relating to COVID-19 response and personnel issues.
  - DM settings before collection were as follows: 1 week on unknown date (unknown).

- Jeff Wilke and David Henri between Apr. 2, 2020 and Aug. 19, 2020, comprising two screenshots and relating to personnel issues.
  - DM settings before collection were as follows: 1 week on Aug. 19, 2020 (Wilke).

- Jeff Bezos and TJ Klomp on April 7, 2020, comprising one screenshot.
  - DM settings before collection were as follows: 1 week on Apr. 7, 2020 (Bezos).

- Jeff Bezos and Rick Thomas between April 7, 2020 and Sept. 27, 2021, comprising one screenshot and relating to Amazon Security.
  - DM settings before collection were as follows: 1 week on Apr. 7, 2020 (Bezos); disabled DM on Sept. 7, 2021 (Thomas).

- Jeff Bezos, Jay Carney, Andrew Herdener, and Andy Jassy between April 23, 2020 and May 21, 2022, comprising five screenshots, titled "Drew, Jay, Andy, Jeff," and relating to a news article about Bezos's role.

Page 13                                              **Confidential Treatment Requested**

- o   DM settings before collection were as follows: 1 day on Apr. 23, 2020 (Bezos); disabled on May 21, 2022 (Bezos).

- Jeff Bezos, Mike Hopkins, Jennifer Salke, and Jay Carney between April 26, 2020 and Dec. 13, 2021, comprising five screenshots, titled "Mike, Jen, Jeff," and relating to an ██████████ ██████████████ and an article about potential awards for Amazon content.
  - o   DM settings before collection were as follows: 1 week on Apr. 25, 2020 (Bezos); disabled on June 20, 2020 (Salke); 1 week on Oct. 23, 2020 (Bezos).

- **Jeff Bezos and Peter Krawiec between April 27, 2020 and March 23, 2022, comprising 21 screenshots and relating to meeting logistics, personnel issues, the MGM transaction, other corporate development activity, and a logistics issue in the UK.**
  - o   Amazon-FTC-CID_09327779;     Amazon-FTC-CID_09328370   to   Amazon-FTC-CID_09328371
  - o   DM settings before collection were as follows: 1 week on Apr. 27, 2020 (Bezos); 1 day on Aug. 29, 2020 (Krawiec); disabled on Feb. 1, 2021 (Krawiec).

- Jeff Wilke and James Dibbo on Apr. 29, 2020, comprising one screenshot and relating to email logistics.
  - o   DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Peter DeSantis between May 3, 2020 and March 20, 2021, comprising two screenshots and relating to Chime functionality.
  - o   DM settings before collection were as follows: 1 day on July 2, 2020 (Bezos).

- Jeff Bezos, Beth Galetti, and David Zapolsky between May 8, 2020 and July 17, 2021, comprising seven screenshots, titled "Privileged w/ Beth & DavidZ," and relating to personnel issues.
  - o   DM settings before collection were as follows: 1 week on May 30, 2020 (Zapolsky).

- Jeff Bezos and Ty Rogers between May 11, 2020 and Dec. 11, 2021, comprising one screenshot.
  - o   DM settings before collection were as follows: 1 week on Dec. 11, 2021 (Bezos).

- **Mike Hopkins and Peter Krawiec between May 11, 2020 and Aug. 30, 2020, comprising three screenshots and relating to the MGM transaction and other corporate development topics.**
  - o   Amazon-FTC-CID_09328373
  - o   DM settings before collection were as follows: 1 day on Aug. 30, 2020 (Krawiec).

- Jeff Bezos and ███████████ between May 17, 2020 and April 1, 2022, comprising 18 screenshots and relating to ████████████████████████████████████ ███████████████████████████████████████.
  - o   DM settings before collection were as follows: 1 day on May 18, 2020 (Bezos); disabled DM on Jan. 19, 2021 ██████████.

- Jeff Wilke and Steve Schmidt between May 5, 2020 and Aug. 15, 2020, comprising two screenshots and relating to meeting logistics.
  - o   DM settings before collection were as follows: 1 day on Aug. 15, 2020 (Schmidt).

**Confidential Treatment Requested**

- Jeff Wilke and Russ Grandinetti starting on May 7, 2020, comprising 12 screenshots through May 2022, and relating to personal issues, personnel issues, █████████████, and French business operations.
  - DM settings before collection were as follows: 1 week on Aug. 18, 2020 (Wilke); disabled thereafter (specifics unknown).

- Jeff Bezos, Jay Carney, Andrew Herdener, and Neil Lindsay between May 18, 2020 and April 22, 2021, comprising nine screenshots, titled "Jeff, Neil L, Jay, Drew," and relating to media logistics and Amazon marketing.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Dave Clark, Jeff Wilke, David Zapolsky, and Pat Bajari between May 24, 2020 and Dec. 7, 2020, comprising 10 screenshots, titled "Privileged confidential zapolsky, pat, jaw, clark," relating to the COVID-19 pandemic.
  - DM settings before collection were as follows: 1 week on May 24, 2020 (Bezos).

- Jeff Wilke and David Zapolsky between June 10, 2020 and Feb. 26, 2022, comprising seven screenshots and relating to legal matters.
  - DM settings before collection were as follows: 1 week on June 24, 2020 (Wilke); 1 week on Nov. 18, 2021 (Wilke); disabled on Nov. 18, 2021 (Zapolsky); 4 weeks on Feb. 26, 2022 (Wilke).

- Dave Limp and Jay Carney between July 1, 2020 and Nov. 3, 2020, comprising three screenshots and relating to the 2020 election.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Wilke, Jeff Bezos, and Dave Clark between July 15, 2020 and Oct. 30, 2020, comprising four screenshots, titled "FR," and relating to organization changes and the French business.
  - DM settings before collection were as follows: DM was never enabled.

- Dave Limp, Jay Carney, Beth Galetti, Andy Jassy, and Jeff Wilke on July 19, 2020, comprising seven screenshots, titled "BG, AJ, JAW, DL, DZ, JC" and relating to public relations.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Jon Rubinstein between May 28, 2020 and March 1, 2022, comprising 16 screenshots and relating to call scheduling and miscellaneous personal and business issues.
  - DM settings before collection were as follows: 1 week on May 24, 2020 (Bezos).

- **Mike Hopkins and Jay Carney between May 30, 2020 and Oct. 3, 2021, comprising 51 screenshots and relating to public relations issues.**
  - Amazon-FTC-CID_09327846 to Amazon-FTC-CID_09327852
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Jay Carney, Andrew Herdener, and Andy Jassy between June 10, 2020 and Jan. 6, 2022, comprising three screenshots and titled "Facial Recognition."
  - DM settings before collection were as follows: 1 day on June 10, 2020 (Bezos).

**Confidential Treatment Requested**

- Peter Krawiec and Jeff Wilke between June 12, 2020 and Feb. 1, 2021, comprising eight screenshots and relating to Zoox and personnel issues.
  - DM settings before collection were as follows: 1 week on July 24, 2020 (Wilke); disabled on Feb. 1, 2021 (Krawiec).

- Dave Limp and David Zapolsky between June 12, 2020 and Mar. 1, 2022, comprising two screenshots.
  - DM settings before collection were as follows: 1 hour on June 12, 2020 (Limp); disabled on Mar. 1, 2022 (Limp).

- Jeff Bezos, Jay Carney, and David Zapolsky between June 14, 2020 and Jan. 14, 2021, comprising 23 screenshots, titled "Privileged w/ Zapolsky & Carney," relating to regulatory affairs.
  - DM settings before collection were as follows: 1 week on June 26, 2020 (Bezos).

- Jeff Bezos, Jay Carney, Dave Clark, Beth Galetti, Andrew Herdener, and Andy Jassy between June 15, 2020 and Jan. 29, 2021, comprising 38 screenshots, titled "Jeff/Jay/Beth/Andy/Drew/Dave," and relating to the Juneteenth holiday.
  - DM settings before collection were as follows: 1 week on June 15, 2020 (Bezos).

- Jeff Bezos, Jay Carney, Andrew Herdener, David Limp, and David Zapolsky between July 14, 2020 and May 21, 2022, comprising seven screenshots, titled "Jeff/Davel/DavidZ/Jay/Drew," and relating to a public relations issue.
  - DM settings before collection were as follows: 1 day on July 14, 2020 (Bezos); disabled on May 21, 2022 (Bezos).

- Jeff Bezos, Jay Carney, Andrew Herdener, and ███████ between June 23, 2020 and Aug. 31, 2021, comprising 26 screenshots, titled "Jeff/Jay/Drew/███ and relating to an agenda for a meeting and personal public relations.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Peter DeSantis, and Andy Jassy between July 1, 2020 and May 29, 2021, comprising three screenshots, titled "Peter, Jeff, and Andy."
  - DM settings before collection were as follows: 1 day on July 1, 2020 (Bezos); disabled on May 21, 2022 (Bezos).

- Jeff Bezos, Michael Frazzini, Andy Jassy, and Bing "Primary" between July 2, 2020 and Jan. 6, 2022, comprising 29 screenshots, titled "Crucible Update," and relating to updates on video games.
  - DM settings before collection were as follows: DM was never enabled.

- Dave Limp and Steve Schmidt on July 10, 2020, comprising one screenshot and including one message saying hello.
  - DM settings before collection were as follows: 1 day on July 10, 2020 (Schmidt); disabled on Mar. 1, 2022 (Limp).

- Jeff Bezos, Jay Carney, Andrew Herdener, Neal Karlinsky, Christina Lee, Dan Perlet, and Lauren Sanborn between July 15, 2020 and March 17, 2021, comprising 14 screenshots, titled "Jeff Social," and relating to environmental and ████████████████ .

**Confidential Treatment Requested**

- o   DM settings before collection were as follows: 1 week on Sept. 9, 2020 (Bezos).

- Dave Limp and ▮▮▮▮▮ between July 18, 2020 and Dec. 28, 2021, comprising two screenshots, prompting Limp to respond to an email.
  - o   DM settings before collection were as follows: 6 hours on July 18, 2020 (Limp); disabled on Dec. 17, 2021 (Limp).

- Jeff Wilke and Darcie Henry between July 18, 2020 and Mar. 1, 2021, comprising 25 screenshots and relating to personnel issues.
  - o   DM settings before collection were as follows: DM never enabled.

- Jeff Bezos, Jay Carney, Andrew Herdener, and David Zapolsky between July 28, 2020 and Jan. 30, 2021, comprising four screenshots, titled "Privileged Jeff/Jay/David/Drew," and relating to a public relations issue.
  - o   DM settings before collection were as follows: 1 week on July 30, 2020 (Bezos).

- Jeff Bezos, Andy Jassy, and Dave Limp between July 30, 2020 and May 21, 2022, comprising 10 screenshots, titled "Kuiper Call," and relating to Project Kuiper, a broadband internet project.
  - o   DM settings before collection were as follows: 1 day on July 30, 2020 (Bezos); disabled on May 21, 2022 (Bezos).

- Dave Limp and Tobias Straub starting on July 30, 2020 and comprising two screenshots through May 2022, and relating to communications.
  - o   DM settings before collection were as follows: 1 day on July 30, 2020 (Limp); disabled on Mar. 1, 2022 (Limp).

- *Andy Jassy, Dave Limp, and Jeff Wilke in August 2020, comprising four screenshots and titled "Update."*
  - o   *DM settings before collection were as follows: 1 day in August 2020 (Limp).*

- Peter Krawiec and Dave Limp between Aug. 1, 2020 and June 14, 2021, comprising three screenshots and relating to a software company and an online entertainment company.
  - o   DM settings before collection were as follows: 1 day on Aug. 12, 2020 (Krawiec); disabled on Oct. 2, 2020 (Limp).

- Andy Jassy and Peter Krawiec between Aug. 2, 2020 and Apr. 4, 2022, comprising 14 screenshots and relating to a press release concerning ▮▮▮▮▮▮▮▮, call scheduling, and personal issues.[7]
  - o   DM settings before collection were as follows: 1 day on Aug. 4, 2020 (Jassy); 1 week on Apr. 15, 2021 (Jassy); 1 week on May 28, 2021 (Krawiec); 1 week on Dec. 1, 2021 (Krawiec); 1 week on Jan. 6, 2022 (Jassy); disabled on Feb. 10, 2022 (Krawiec).

- Dave Limp and Rob Williams between Aug. 3, 2020 and Nov. 16, 2021, comprising five screenshots and relating to device security.

---

[7] *This thread was previously logged.  Five additional screenshots were collected from Mr. Jassy in the collection reflected in this update.*

**Confidential Treatment Requested**

- o   DM settings before collection were as follows: 1 week on Aug. 3, 20202 (Williams); 1 day on Aug. 3, 2020 (Williams); disabled on Oct. 2, 2020 (Limp); 1 week on Jan. 8, 2021 (Williams); disabled on Nov. 16, 2021 (Limp).

- Dave Limp and Robert Stites between Aug. 3, 2020 and Dec. 7, 2021, comprising two screenshots and relating to public relations.
  - o   DM settings before collection were as follows: 1 day on Aug. 3, 2020 (Limp); disabled on Nov. 20, 2020 (Limp).

- Dave Limp and Marc Whitten between Aug. 3, 2020 and Jan. 13, 2021, comprising five screenshots and relating to FireTV, Amazon Luna, and logistics.
  - o   DM settings before collection were as follows: 1 day on Aug. 3, 2020 (Limp); disabled on Oct. 2, 2020 (Limp).

- Dave Limp and Jamie Siminoff on Aug. 3, 2020, comprising two screenshots and relating to ███████████████.
  - o   DM settings before collection were as follows: 1 day on Aug. 3, 2020 (Limp); disabled on Mar. 1, 2022 (Limp).

- Peter Krawiec and ██████████████ between Aug. 4, 2020 and Feb. 1, 2021, comprising three screenshots and relating to Deliveroo.
  - o   DM settings before collection were as follows: 1 day on Aug. 12, 2020 (Krawiec); disabled on Feb. 1, 2020 (Krawiec).

- Dave Limp and Jeff Wilke between Aug. 4, 2020 and Feb. 1, 2021, comprising one screenshot.
  - o   DM settings before collection were as follows: 1 day on Aug. 5, 2020 (Limp); disabled on Oct. 14, 2020 (Limp).

- Dave Limp and Brian Huseman between Aug. 10, 2020 and Sept. 22, 2021, comprising three screenshots and relating to public policy issues.
  - o   DM settings before collection were as follows: 12 hours on Aug. 10, 2020 (Limp); disabled on Nov. 20, 2020 (Limp).

- Mike Hopkins and David Limp on Aug. 11, 2020, comprising two screenshots with the text "Ping".
  - o   DM settings before collection were as follows: 1 day on Aug. 11, 2020 (Limp); disabled on Nov. 18, 2021 (Limp).

- Dave Limp and Jon Kirk between Aug. 11, 2020 and Nov. 20, 2020, comprising two screenshots and relating to meeting logistics.
  - o   DM settings before collection were as follows: 1 day on Aug. 11, 2020 (Limp); disabled on Nov. 20, 2020 (Limp).

- Dave Limp and John Schoettler between Aug. 12, 2020 and Mar. 1, 2022, comprising two screenshots and relating to real estate.
  - o   DM settings before collection were as follows: 1 day on Aug. 12, 2020 (Limp); disabled on Mar. 1, 2022 (Limp).

**Confidential Treatment Requested**

- Jeff Bezos, Mike Hopkins, and Jay Carney between Aug. 17, 2020 and Jan. 13, 2021, comprising two screenshots, titled "Social Post," and relating to public relations concerning social media posts.
    o DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Beth Galetti, and David Zapolsky between Aug. 17, 2020 and July 17, 2021, comprising five screenshots, titled "Privileged – DZ, BethG, DZ," relating to personnel issues.
    o DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Claudine Cheever, Andrew Herdener, Neal Karlinsky, and Neil Lindsay between Aug. 18, 2020 and May 3, 2022, comprising six screenshots, titled "MTM Update," and relating to sustainability-related marketing.
    o DM settings before collection were as follows: DM was never enabled.

- Dave Limp and Aaron McGrath on Aug. 18, 2020, comprising one screenshot.
    o DM settings before collection were as follows: 1 day on Aug. 18, 2020 (Limp); disabled on Nov. 20, 2020 (Limp).

- Jeff Bezos, Andrew Herdener, Jay Carney, and David Zapolsky between Aug. 28, 2020 and Feb. 2, 2021, comprising 40 screenshots, titled "Jeff/Jay/David/ Drew," and relating to public relations and personnel issues.
    o DM settings before collection were as follows: 1 week on Nov. 24, 2020 (Bezos).

- Jeff Bezos, Jay Carney, Andrew Herdener, and David Zapolsky between Aug. 31, 2020 and Jan. 30, 2021 comprising three screenshots, titled "Jeff/Jay/David/Drew," and relating to scheduling a Board meeting.
    o DM settings before collection were as follows: 1 week on Sept. 1, 2020 (Bezos).

- Jeff Bezos, Mike Hopkins, and Dave Limp between Sept. 1, 2020 and March 1, 2022, comprising three screenshots, titled "Follow Up," and relating to Prime Video.
    o DM settings before collection were as follows: 1 week on Sept. 2, 2020 (Bezos); disabled on Mar. 1, 2021 (Limp).

- Jeff Bezos, Jay Carney, Andrew Herdener, Andy Jassy, and David Zapolsky between Sept. 4, 2020 and Jan. 6, 2022, comprising 33 screenshots, titled "Jeff/DavidZ/Andy/Jay/Drew," relating to an ██████████████████████
    o DM settings before collection were as follows: DM was never enabled.

- Dave Limp and Kinley Pearsall starting on Sept. 8, 2020 and comprising 109 screenshots through May 2022, and relating to public relations, personnel issues, covid, devices, scheduling, logistics, travel plans, space travel, and personal issues.
    o DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Jay Carney, Andrew Herdener, and David Zapolsky between Sept. 9, 2020 and Jan. 30, 2021, comprising three screenshots and titled "Jeff/Jay/DavidZ/Drew."
    o DM settings before collection were as follows: 1 week on Sept. 9, 2020 (Bezos).

**Confidential Treatment Requested**

- Jeff Bezos, Jay Carney, Andrew Herdener, and Neal Karlinsky between Sept. 9, 2020 and Jan. 30, 2021, comprising 13 screenshots, titled "Jeff, Jay, Drew, Neal" and relating to public relations about Rivian vans, environmental issues, and a 103-year old Alexa user.
  - DM settings before collection were as follows: 1 week on Nov. 7, 2020 (Bezos).

- Jeff Bezos, Dave Clark, Doug Herrington, and Jeff Wilke on Sept. 9, 2020, comprising one screenshot and titled "JAW, Doug, Dave, Jeff."
  - DM settings before collection were as follows: 1 week on unknown date (Bezos).

- Dave Limp, Jay Carney, Drew Herdener, and Neal Karlinksy between Sept. 23, 2020 and Sept. 25, 2020, comprising 18 screenshots and relating to public relations and environmental sustainability.
  - DM settings before collection were as follows: DM was never enabled.

- *Andy Jassy and Thomas Taylor on Sept. 24, 2020, comprising one screenshot and relating to personnel.*
  - *DM settings before collection were as follows: DM was never enabled.*

- Jeff Bezos, Jay Carney, Andrew Herdener, Neal Karlinsky, and David Limp between Sept. 24, 2020 and Jan. 30, 2021, comprising 44 screenshots, titled "Jeff, DaveL, Jay, Drew, Neal," and relating to a public relations statement regarding the environmental sustainability of Amazon production activities.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Jay Carney, Dave Clark, Andrew Herdener, Ty Rogers, and David Zapolsky between Sept. 28, 2020 and Feb. 12, 2021, comprising 47 screenshots, titled "Privileged and Confidential," relating to COVID-19.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Jennifer Salke, Jay Carney, and Mike Hopkins between Sept. 28, 2020 and Dec. 13, 2021, comprising three screenshots, titled "Jeff, Jen, Jay, Mike," and sharing a link to a movie trailer.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Michael Frazzini, and Bing "Primary" between Oct. 1, 2020 and March 22, 2022, comprising seven screenshots, titled "AGS Update," and relating to video game development.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and ████ on Oct. 2, 2020, comprising two screenshots, and including the text "Hi".
  - DM settings before collection were as follows: 1 week on Oct. 2, 2020 (Bezos).

- Peter Krawiec and Abhijeet Muzumdar between Oct. 3, 2020 and Feb. 9, 2021, comprising nine screenshots and relating to meeting scheduling, the approval process for smaller deals, and personnel dynamics.
  - DM settings before collection were as follows: 12 hours on Oct. 3, 2020 (Krawiec); disabled on Feb. 1, 2021 (Krawiec).

Page 20                                                          **Confidential Treatment Requested**

- *Andy Jassy and Mike Hopkins between Oct. 7, 2020 and Oct. 16, 2020, comprising one screenshot.*
  - *DM settings before collection were as follows: 1 week on Oct. 7, 2020 (Jassy); 1 week on Oct. 16, 2020 (Jassy); 1 day on Oct. 16, 2020 (Jassy).*

- Dave Clark and Beth Galetti between Oct. 29, 2020 and July 5, 2022, comprising 136 screenshots and relating to personnel and organizational issues, COVID-19, remote work, meeting scheduling and logistics, holiday and COVID-19-related bonuses, and personal issues.
  - DM settings before collection were as follows: 1 week on Jan. 11, 2021 (Clark); disabled on July 19, 2021 (Galetti); 1 week on July 21, 2021 (Clark).

- Dave Clark and Darcie Henry between Oct. 29, 2020 and Feb. 23, 2021, comprising 66 screenshots and relating to succession planning, hiring strategy, and organizational and personnel issues.
  - DM settings before collection were as follows: 1 week on Dec. 10, 2020 (Clark).

- Dave Clark and Kelly Cheeseman between Oct. 30, 2020 and June 7, 2022, comprising 54 screenshots and relating to personnel issues, Clark's departure, and personal conversation.
  - DM settings before collection were as follows: 1 day on Oct. 30, 2020 (Cheeseman); disabled on Apr. 22, 2022 (Clark); one week on May 23, 2022 (Clark); five minutes on June 3, 2022 (Cheeseman); 1 day on June 3, 2022 (Cheeseman); disabled on June 7, 2022 (Clark).

- Andy Jassy and Dave Clark between Nov. 3, 2020 and April 11, 2022, comprising 20 screenshots and relating to personnel, community engagement in Seattle, renewable energy, COVID-19, polling at a fulfillment center, and safety-related visits to fulfillment centers.[8]
  - DM settings before collection were as follows: 1 day on unknown date (Jassy); disabled on Nov. 3, 2020 (Clark); 1 week on Nov. 11, 2020 (Jassy); disabled on Jan. 4, 2021 (Jassy); 1 day on Jan. 8, 2021 (Jassy); 1 week on Mar. 3, 2021 (Jassy); 1 week on June 1, 2021 (Jassy); disabled on Jan. 4, 2022 (Jassy); 1 day on Jan. 12, 2022 (Jassy); disabled on Jan. 18, 2022 (Jassy).

- **Jeff Bezos, Mike Hopkins, and Jen Salke between Nov. 11, 2020 and Dec. 13, 2021, comprising 16 screenshots, titled "Jeff & Mike," and relating to content negotiation and potential Studios content opportunities.**
  - Amazon-FTC-CID_09327799 to Amazon-FTC-CID_09327809
  - DM settings before collection were as follows: DM was never enabled.

- Dave Clark and David Zapolsky on Nov. 16, 2020, comprising three screenshots, and relating to personal security.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Ty Rogers, Jay Carney, Dave Clark, and Andrew Herdener between Nov. 24, 2020 and May 21, 2022 and titled "Holiday Bonus Blog."

---

[8] *This thread was previously logged.  Three additional screenshots were collected from Mr. Jassy in the collection reflected in this update.*

**Confidential Treatment Requested**

- o DM settings before collection were as follows: 1 week on Nov. 24, 2020 (Bezos); disabled on May 21, 2022 (Bezos).

- Jeff Bezos, Andrew Herdener, Jay Carney, Dave Clark, and Ty Rogers between Nov. 24, 2020 and May 21, 2022, comprising six screenshots, titled "Jeff / Jay / Dave / Ty / Drew," and relating to a press release about holiday bonuses.
  - o DM settings before collection were as follows: 1 week on Nov. 24, 2020 (Bezos); disabled on May 21, 2022 (Bezos).

- Jeff Bezos and Claudine Cheever between Nov. 25, 2020 and Nov. 27, 2020, comprising two screenshots and relating to casting for a Super Bowl advertisement.
  - o DM settings before collection were as follows: DM was never enabled.

- Jeff Wilke and Dave Clark starting on Dec. 8, 2020 and comprising one screenshot through May 2022.
  - o DM settings before collection were as follows: 1 day on Dec. 8, 2020 (Clark).

- Jeff Wilke and Jay Carney between Dec. 9, 2020 and Oct. 7, 2021, comprising one screenshot.
  - o DM settings before collection were as follows: 1 week on Dec. 9, 2020 (Carney).

- Jeff Bezos, Dan Perlet, Jay Carney, Beth Galetti, and Andrew Herdener between Dec. 19, 2020 and July 17, 2021, comprising two screenshots and titled "Jeff/Beth/Jay/Drew/Dan."
  - o DM settings before collection were as follows: 1 week on Dec. 19, 2020 (Perlet).

- Jeff Bezos, Andrew Herdener, Jay Carney, and Dan Perlet between Dec. 20. 2020 and Jan. 29, 2021, comprising two screenshots, titled "Jeff/Jay/Drew/Dan," and relating to a COVID-19 relief donation.
  - o DM settings before collection were as follows: 1 week on Dec. 20, 2020 (Bezos).

- Jeff Bezos, Beth Galetti, and Jeff Wilke between Jan. 5, 2021 and July 17, 2021, comprising two screenshots and titled "Jeff, JAWS, and Beth."
  - o DM settings before collection were as follows: 1 week on Jan. 5, 2021 (Unknown).

- Mike Hopkins, Jennifer Salke, and Jay on Jan. 7, 2021, comprising one screenshot.
  - DM settings before collection were as follows: DM was never enabled.

- Dave Limp and Jorrit Van der Meulen between Jan. 20, 2021 and Sept. 29, 2021, comprising ten screenshots and relating to personnel issues, covid, generally how a meeting went, personal issues, and congratulations.
  - o DM settings before collection were as follows: DM never enabled.

- Jeff Bezos, Jay Carney, Andrew Herdener, and David Zapolsky between Jan. 7, 2021 and Jan. 30, 2021, comprising two screenshots and titled "Drew, Jay, DavidZ, Jeff."
  - o DM settings before collection were as follows: 1 week on Jan. 7, 2021 (Bezos).

- Dave Clark and Mike George between Jan. 21, 2021 and Nov. 7, 2021, comprising 10 screenshots and relating to Clark's new role, a news article, and Amazon's customer service.
  - o DM settings before collection were as follows: 1 week on Nov. 7, 2021 (George).

Page 22                                              **Confidential Treatment Requested**

- Jeff Bezos and Dan Huttenlocher on Jan. 22, 2021, comprising one screenshot and relating to an Amazon Board meeting.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Mike Hopkins, Amit Agarwal, and Jay Carney between Jan. 23, 2021 and Jan. 24, 2022, comprising five screenshots, titled "India Issue," and relating to an issue in India.
  - DM settings before collection were as follows: DM was never enabled.

- Amit Agarwal, Jennifer Salke, Jay Marine, and Mike Hopkins on Jan. 23, 2021, comprising nine screenshots and relating to public relations issues in India.
  - DM settings before collection were as follows: DM was never enabled.

- **Mike Hopkins and Jay Marine between Jan. 23, 2021 and Dec. 21, 2021, comprising 292 screenshots and relating to personnel issues, the MGM transaction, Prime Video, and other issues.**
  - Amazon-FTC-CID_09327853 to Amazon-FTC-CID_09327994; Amazon-FTC-CID_09328485 to Amazon-FTC-CID_09328499
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Wilke and Brian Olsavsky between Jan. 23, 2021 and Feb. 11, 2021, comprising one screenshot.
  - DM settings before collection were as follows: 1 day on Feb. 11, 2021 (Wilke).

- Jeff Bezos, Jay Carney, and Drew Herdener on Jan. 30, 2021, comprising two screenshots and titled "Drew, Jay."
  - DM settings before collection were as follows: 1 week on Jan. 30, 2021 (Unknown).

- Dave Limp and Tom Taylor on Feb. 1, 2021, comprising one screenshot and relating to a personnel issue.
  - DM settings before collection were as follows: DM was never enabled.

- Dave Clark and ███████████ between Feb. 2, 2021 and May 4, 2022, comprising 37 screenshots and relating to personnel, administrative, and personal issues.
  - DM settings before collection were as follows: 1 hour on June 2, 2021 ███████; disabled on Nov. 15, 2021 ███████; 1 day on Apr. 12, 2022 (Clark); disabled on Apr. 22, 2022 (Clark).

- Jeff Bezos and ███████████ between Feb. 3, 2021 and March 29, 2022, comprising 10 screenshots and relating to networking and potential investments unrelated to Amazon.
  - DM settings before collection were as follows: DM was never enabled.

- Peter Krawiec and Kurt Zumwalt on Feb. 4, 2021, comprising three screenshots and relating to scheduling a time to speak.
  - DM settings before collection were as follows: DM was never enabled.

- Mike Hopkins, Jennifer Salke, Jay Marine, and Aaron McGrath between Feb. 7, 2021 and Feb. 8, 2021, comprising seven screenshots, titled "Mike and jay m," relating to a public relations issue.

**Confidential Treatment Requested**

     o   DM settings before collection were as follows: DM was never enabled.

- Andy Jassy and Andrew Herdener, comprising 247 screenshots between Mr. Jassy's receipt of a hold notice on February 10, 2021 and Apr. 6, 2022, and relating to scheduling a facility tour for governors, public relations issues, and other work and personal issues.[9]
  - o   DM settings before collection were as follows: 1 week on July 23, 2021 (Jassy); 1 day on October 13, 2021 (Jassy); 1 day on Dec. 1, 2021 (Jassy); disabled on Dec. 13, 2021 (Jassy); 1 week on Dec. 14, 2021 (Jassy); 1 day on Dec. 20, 2021 (Jassy); 1 week on Jan. 3, 2021 (Jassy); 1 day on Feb. 3, 2022 (Jassy); disabled on Feb. 10, 2022 (Jassy); 1 day on Feb. 11, 2022 (Jassy); disabled on Feb. 25, 2022 (Jassy).

- Andy Jassy and Beth Galetti, comprising 116 screenshots from Mr. Jassy's receipt of a hold notice on February 10, 2021 through May 2022, and relating to employee compensation, personnel issues, communication logistics, and personal issues.[10]
  - o   DM settings before collection were as follows: 1 day on unknown date (Galetti); 1 week on Aug. 17, 2021 (Jassy); 1 day on Oct. 14, 2021 (Jassy); 1 week on Oct. 14, 2021 (Jassy); 1 week on Jan. 10, 2022 (Jassy); 1 day on Jan. 11, 2022 (Jassy); 1 week on Jan. 11, 2022 (Jassy); 1 day on Jan. 20, 2022 (Jassy); 1 week on Jan. 20, 2022; 1 day on Jan. 20, 2022 (Jassy); 1 week on Jan. 20, 2022; disabled on Feb. 27, 2022 (Jassy).

- *Andy Jassy and Bob Kimball, comprising 11 screenshots between Mr. Jassy's receipt of a hold notice on February 10, 2021 and Feb. 20, 2022, and relating to microchips.[11]*
  - o   *DM settings before collection were as follows: 1 day on June 4, 2021 (Jassy); disabled sometime prior to Feb. 11, 2022 (unknown).*

- *Andy Jassy and Charlie Bell, comprising three screenshots between Mr. Jassy's receipt of a hold notice on February 10, 2021 and Nov. 29, 2021, and relating to communications.*
  - o   *DM settings before collection were as follows: 1 day on June 29, 2021 (Jassy); 1 week on July 29, 2021 (Jassy); 1 day on Aug. 9, 2021 (Jassy).*

- Andy Jassy and Dan Grossman, comprising nine screenshots between Mr. Jassy's receipt of a hold notice on February 10, 2021 and Jan. 14, 2022, and relating to ███████████, and a request for a call.[12]
  - o   DM settings before collection were as follows: 1 week on Feb. 22, 2021 (Jassy); 1 week on unknown date (Grossman); 1 week on Dec. 29, 2021 (Jassy); disabled on unknown date (unknown).

---

[9] *This thread was previously logged.  Three additional screenshots were collected from Mr. Jassy in the collection reflected in this update.*

[10] *This thread was previously logged.  Two additional screenshots were collected from Mr. Jassy in the collection reflected in this update.*

[11] *This thread appears on the Blackberries that prompted this log update and also includes additional communications and settings on Mr. Jassy's subsequent Signal devices.*

[12] *This thread was previously logged.  Two additional screenshot was collected from Mr. Jassy in the collection reflected in this update.*

**Confidential Treatment Requested**

- *Andy Jassy and David Brown, comprising three screenshots between Mr. Jassy's receipt of a hold notice on February 10, 2021 and Apr. 20, 2021, and relating to personnel issues and meeting preparations.*
  - *DM settings before collection were as follows: 1 day on Apr. 20, 2021 (Brown).*

- Andy Jassy and David Zapolsky, comprising 10 screenshots between Mr. Jassy's receipt of a hold notice on February 10, 2021 and Feb. 11, 2022, and relating to regulatory filings and messaging practices.[13]
  - DM settings before collection were as follows: 1 day on Feb. 11, 2021 (Jassy); 1 week on Sept. 13, 2021 (Jassy); 1 day on Sept. 13, 2021 (Zapolsky); 1 week on Jan. 11, 2022 (Jassy); disabled on Feb. 10, 2022 (Jassy).

- *Andy Jassy and Emmett Shear, comprising one screenshot between Mr. Jassy's receipt of a hold notice on February 10, 2021 and October 7, 2021, and related to Twitch.*
  - *DM settings before collection were as follows: 1 week on Oct. 7, 2021 (Jassy).*

- *Andy Jassy and Guy Palumbo comprising 244 screenshots from Mr. Jassy's receipt of a hold notice on February 10, 2021 through May 2022, and relating to public relations, public policy issues, and personal matters.[14]*
  - *DM settings before collection were as follows: 6 hours on Mar. 8, 2021 (Palumbo); disabled on Apr. 24, 2021 (Palumbo); 6 hours on Apr. 24, 2021 (Palumbo); 1 day on May 24, 2021 (Jassy); 1 day on June 2, 2021 (Palumbo); 1 day on Jan. 13, 2022 (Palumbo); disabled on Jan 13, 2022 (Jassy).*

- Andy Jassy and Jay Carney, comprising 33 screenshots between Mr. Jassy's receipt of a hold notice on February 10, 2021 and Feb. 10, 2022, and relating to lobbying.[15]
  - DM settings before collection were as follows: 1 day on unknown date (Jassy); 1 week on August 25, 2021 (Jassy); 1 day on August 25, 2021 (Jassy); 1 week on Sept. 8, 2021 (Jassy); 1 week on Jan. 11, 2022 (Jassy); disabled on Feb. 10, 2022 (Jassy).

- *Andy Jassy and Ian Wilson, comprising three screenshots between Mr. Jassy's receipt of a hold notice on February 10, 2021 and Feb. 19, 2022, and relating to personal matters.[16]*
  - *DM settings before collection were as follows: 1 week on Feb. 22, 2021 (Jassy); 1 day on Mar. 1, 2021 (Jassy); 1 week on unknown date (Jassy); 1 day on unknown date (Wilson); 1 week on July 26, 2021 (Jassy); 1 week on Jan. 10, 2022 (Wilson); disabled on Feb. 10, 2022 (Jassy).*

---

[13] *This thread was previously logged. Two additional screenshots were collected from Mr. Jassy in the collection reflected in this update.*

[14] *This thread appears on the Blackberries that prompted this log update and also includes additional communications and settings on Mr. Jassy's subsequent Signal devices.*

[15] *This thread was previously logged. Two additional screenshots were collected from Mr. Jassy in the collection reflected in this update.*

[16] *This thread appears on the Blackberries that prompted this log update and also includes additional settings on Mr. Jassy's subsequent Signal devices.*

Page 25                                                        **Confidential Treatment Requested**

- *Andy Jassy and Kathrin Buvac, comprising two screenshots between Mr. Jassy's receipt of a hold notice on February 10, 2021 and April 8, 2021.*
  - *DM settings before collection were as follows: 1 week on Apr. 8, 2021 (Jassy).*

- Andy Jassy and Matt Garman, comprising 83 screenshots between Mr. Jassy's receipt of a hold notice on February 10, 2021 and Mar. 2, 2022, and relating to a government contract, AWS's annual conference, personnel issues, ███████████████, personnel issues, investment in security space, internal communications about world events, and personal issues.[17]
  - DM settings before collection were as follows: 1 day on unknown date (Garman); 1 week on unknown date (Jassy); disabled on July 2, 2021 (Garman); 1 week on Dec. 8, 2021 (Jassy); 1 week on Jan. 5, 2022 (Garman); disabled on Jan. 5, 2022 (Garman); 1 week on Jan. 6, 2022 (Jassy); disabled on Feb. 10, 2022 (Jassy).

- *Andy Jassy and Mike George, comprising 27 screenshots between Mr. Jassy's receipt of a hold notice on February 10, 2021 and Jan. 8, 2022, and relating to executive recruitment, various Amazon partnerships, Amazon Pay and personal matters.[18]*
  - *DM settings before collection were as follows: disabled on March 23, 2021 (George); 1 day on August 14, 2021 (Jassy); 1 day on Jan. 8, 2022 (George).*

- *Andy Jassy and Patrick Collison, comprising one screenshot between Mr. Jassy's receipt of a hold notice on February 10, 2021 and October 2021.*
  - *DM settings before collection were as follows: 1 day in October 2021 (Collison).*

- Andy Jassy and Peter DeSantis, comprising 14 screenshots between Mr. Jassy's receipt of a hold notice on February 10, 2021 and Feb. 25, 2022, and relating to AWS's annual conference and personnel and organizational issues.[19]
  - DM settings before collection were as follows: 1 week on unknown date (Jassy); 1 week on Dec. 22, 2021 (Jassy); 1 week on Jan. 6, 2022 (DeSantis); disabled on Feb. 25, 2022 (Jassy).

- Andy Jassy and Sara Duffer, comprising 17 screenshots between Mr. Jassy's receipt of a hold notice on February 10, 2021 and Feb. 25, 2022, and relating to administrative and personal issues. [20]
  - DM settings before collection were as follows: 1 day on unknown date (Jassy); 1 week on July 6, 2021 (Jassy); 4 weeks on Jan. 11, 2022 (Jassy); 1 week on Jan. 11, 2022 (Jassy); disabled on Feb. 10, 2022 (Jassy); 1 week on Feb. 18, 2022 (Jassy); disabled on Feb. 25, 2022 (Jassy).

---

[17] *This thread was previously logged.  Five additional screenshots were collected from Mr. Jassy in the collection reflected in this update.*

[18] *This thread appears on the Blackberries that prompted this log update and also includes additional settings on Mr. Jassy's subsequent Signal devices.*

[19] *This thread was previously logged.  Two additional screenshots were collected from Mr. Jassy in the collection reflected in this update.*

[20] *This thread was previously logged.  One additional screenshot was collected from Mr. Jassy in the collection reflected in this update.*

**Confidential Treatment Requested**

- *Andy Jassy and Soo Lee, comprising one screenshot between Mr. Jassy's receipt of a hold notice on February 10, 2021 and October 21, 2021.*
  - *DM settings before collection were as follows: 1 day on Oct. 21, 2021 (Jassy).*

- *Andy Jassy and* ████████, *comprising 33 screenshots between Mr. Jassy's receipt of a hold notice on February 10, 2021 and Mar. 2, 2022, and relating to scheduling and other administrative tasks.[21]*
  - *DM settings before collection were as follows: 1 day on an unknown date* ████ *; disabled sometime prior to Feb. 3, 2022 (unknown).*

- Andy Jassy and Stephen Schmidt, comprising 16 screenshots between Mr. Jassy's receipt of a hold notice on February 10, 2021 and Feb. 28, 2022, and relating to cybersecurity, AWS's annual conference, personnel and organizational issues.[22]
  - DM settings before collection were as follows: 1 week on June 5, 2021 (Jassy); 1 day on Dec. 9, 2021 (Jassy); 1 day on Jan. 8, 2022; disabled on Feb. 27, 2022 (Jassy); 1 week on Feb. 28, 2022 (Jassy).

- Andy Jassy and ████████, comprising 95 screenshots between Mr. Jassy's receipt of a hold notice on February 10, 2021 and Mar. 3, 2022, and relating to administrative and personal issues.[23]
  - DM settings before collection were as follows: 1 day on July 26, 2021 (Jassy); 1 day on Jan. 28, 2022 (Jassy); disabled on Jan. 28, 2022 (Jassy).

- *Andy Jassy and Teresa Carlson, comprising six screenshots between Mr. Jassy's receipt of a hold notice on February 10, 2021 and May 3, 2021, and relating to personal matters.*
  - *DM settings before collection were as follows: 1 day on May 3, 2021 (Jassy); 1 day on unknown date (Carlson); disabled on November 15, 2021 (Carlson).*

- Andy Jassy and James Hamilton between February 12, 2021 and Mar. 2, 2022, comprising 13 screenshots and relating to artificial intelligence and personal matters.[24]
  - DM settings before collection were as follows: 1 week on Feb. 17, 2021 (Jassy); 1 day on July 27, 2021 (Jassy); 1 week on Aug. 31, 2021 (Jassy); disabled on Nov. 14, 2021 (Hamilton); 1 week on Nov. 16, 2021 (Jassy); disabled on Nov. 16, 2021 (Hamilton); 1 day on Jan. 6, 2022 (Hamilton); 2 days on Feb. 21, 2022 (Hamilton); disabled on Feb. 25, 2022 (Hamilton).

---

[21] *This thread appears on the Blackberries that prompted this log update and also includes additional communications or settings on Mr. Jassy's subsequent Signal devices.*

[22] *This thread was previously logged.  Four additional screenshots were collected from Mr. Jassy in the collection reflected in this update.*

[23] *This thread was previously logged.  One additional screenshot was collected from Mr. Jassy in the collection reflected in this update.*

[24] *This thread was previously logged.  Eight additional screenshots were collected from Mr. Jassy in the collection reflected in this update.*

**Confidential Treatment Requested**

- *Andy Jassy, Peter DeSantis, Matt Garman between Feb. 17, 2021 and Feb. 18, 2021, comprising 31 screenshots, titled "peter_matt_aj," and relating to potential AWS clients.*
  - *DM settings before collection were as follows: 1 week on Feb. 18, 2021 (Jassy).*

- Mike Hopkins, Jay Carney, and Jennifer Salke on Feb. 26, 2021, comprising two screenshots and relating to employee security in India.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Jamie Gorelick between Feb. 27, 2021 and Dec. 6, 2021, comprising three screenshots, and relating to call logistics, current events, and personal issues.
  - DM settings before collection were as follows: DM was never enabled.

- **Jeff Bezos, Neal Karlinsky, Jennifer Salke, Lauren Sanborn, and Jay Carney between Feb. 28, 2021 and Dec. 13, 2021, comprising 18 screenshots, titled "Oscars/Jeff IG," and relating to the Oscars.**
  - Amazon-FTC-CID_09327782 to Amazon-FTC-CID_09327798
  - DM settings before collection were as follows: DM was never enabled.

- Mike Hopkins, Jay Carney, Amit Agarwal, and Jennifer Salke between March 1, 2021 and March 2, 2021, comprising seven screenshots and relating to public relations issues in India.
  - DM settings before collection were as follows: DM was never enabled.

- **Peter Krawiec and Jennifer Salke on March 2, 2021, comprising two screenshots and relating to the MGM transaction.**
  - Amazon-FTC-CID_09328372
  - DM settings before collection were as follows: DM was never enabled.

- **Jeff Bezos, Jennifer Salke, and Mike Hopkins between March 6, 2021 and Dec. 13, 2021, comprising 30 screenshots, titled "Jeff Jen Mike," and relating to Prime Video content.**
  - Amazon-FTC-CID_ 09327764 to Amazon-FTC-CID_09327778
  - DM settings before collection were as follows: DM was never enabled.

- **Jeff Bezos and ████████████ between March 16, 2021 and July 9, 2021, comprising nine screenshots and relating to ████████████ ████████**
  - Amazon-FTC-CID_ 09327763
  - DM settings before collection were as follows: DM was never enabled.

- **Andy Jassy and Mike Hopkins between March 18, 2021 and June 28, 2021, comprising 13 screenshots and relating to the MGM transaction, the NFL, Prime Video, and other issues.**
  - Amazon-FTC-CID_09327830 to Amazon-FTC-CID_09327838; Amazon-FTC-CID_09328509 to Amazon-FTC-CID_09328510
  - DM settings before collection were as follows: 1 week on June 28, 2021 (Jassy).

- Dave Clark, David Zapolsky, Andrew Herdener, and Jay Carney between March 21, 2021 and March 30, 2021, comprising two screenshots, titled "Clark/Drew/Carney/DZ-Privileged," and relating to ████████████

Page 28                                                                       **Confidential Treatment Requested**

- o   DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and ▮▮▮▮▮▮▮ between March 20, 2021 and April 8, 2021, comprising two screenshots and relating to a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
  - o   DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Andrew Herdener, Jay Carney, Dave Clark, Andy Jassy, Dan Perlet, Ty Rogers, and David Zapolsky between March 26, 2021 and May 21, 2022, comprising 12 screenshots, titled "Andy/Drew/JB/Jay/Dave/Ty/DZ/Dan," and relating to public relations issues.
  - o   DM settings before collection were as follows: 1 day on Mar. 26, 2021 (Clark); disabled on May 21, 2022 (Bezos).

- Jay Carney, Dave Clark, Andrew Herdener, and David Zapolsky between March 29, 2021 and March 30, 2021, comprising 3 screenshots, titled "Clark/Drew/Carney/DZ – Privilege," and relating to security issues.
  - o   DM settings before collection were as follows: DM was never enabled.

- *Andy Jassy, Stephen Schmidt, and Peter DeSantis in April 2021, comprising two screenshots and titled "IAD50."*
  - o   *DM settings before collection were as follows: 1 day in April 2021 (Schmidt).*

- *Andy Jassy and Michael Punke on April 5, 2021, comprising one screenshot, relating to logistics.*
  - o   *DM settings before collection were as follows: 1 day on April 5, 2021 (Jassy).*

- *Andy Jassy, Jay Carney, and Michael Punke on April 5, 2021, comprising three screenshots and titled "Andy, Michael, Jay."*
  - o   *DM settings before collection were as follows: 1 week in April 2021 (Jassy).*

- *Andy Jassy, Ian Wilson, and Peter DeSantis on April 6, 2021, comprising two screenshots and titled "apps transition."*
  - o   *DM settings before collection were as follows: 1 week on April 6, 2021 (Jassy).*

- Jeff Bezos, Jay Carney, Dave Clark, Andrew Herdener, Brian Huseman, Andy Jassy, Christina Lee, Brian Olsavsky, Michael Punke, and David Zapolsky between April 6, 2021 and Jan. 6, 2022, comprising 30 screenshots, titled "Infrastructure Talk," and relating to a public relations issue.
  - o   DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and ▮▮▮▮▮▮▮ between April 8, 2021 and April 2, 2022, comprising 34 screenshots and relating to personal issues, scheduling, ▮▮▮▮▮▮▮▮▮▮▮▮▮, B20 summit, and ▮▮▮▮▮▮▮▮▮▮▮.
  - o   DM settings before collection were as follows: DM was never enabled.

- *Andy Jassy and ▮▮▮▮▮▮▮ on April 10, 2021, comprising three screenshots, relating to logistics.*
  - o   *DM settings before collection were as follows: DM was never enabled.*

Page 29                                                    **Confidential Treatment Requested**

- Jeff Bezos, Andrew Herdener, Jay Carney, David Limp, Aaron McGrath, and Kinley Pearsall between April 16, 2021 and Sept. 19, 2021, comprising 43 screenshots, titled "Jeff/DaveL/Aaron/Jay/Drew/Kinley," and relating to Project Kuiper.
    - DM settings before collection were as follows: DM was never enabled.

- *Andy Jassy and Babak Parviz on April 20, 2021, comprising one screenshot.*
    - *DM settings before collection were as follows: DM was never enabled.*

- **Jeff Bezos, Andy Jassy, and Mike Hopkins between April 23, 2021 and Jan. 6, 2022, comprising five screenshots, titled "Jeff & Andy," and relating to a sports content announcement.**
    - Amazon-FTC-CID_ 09327780 to Amazon-FTC-CID_09327781
    - DM settings before collection were as follows: DM was never enabled.

- *Andy Jassy, Stephen Schmidt, and Bob Kimball on May 7, 2021, comprising two screenshots and titled "N."*
    - *DM settings before collection were as follows: 1 week on unknown date (Schmidt).*

- Jeff Bezos, Jay Carney, Dave Clark, Beth Galetti, Drew Herdener, and Andy Jassy between May 7, 2021 and May 21, 2022, comprising 3 screenshots and titled "Jeff/Jay/Beth/Andy/ Drew/Dave."
    - DM settings before collection were as follows: 1 week on May 7, 2021 (Unknown); disabled on May 21, 2022 (Bezos).

- Andy Jassy and Adam Selipsky between March 15, 2021 and Mar. 7, 2022, comprising 110 screenshots and relating to AWS's annual conference, meetings, federal contract, returning to the office,■■■■■■■■■■■■■■■, world events, donations, personnel issues, and AWS business.[25]
    - DM settings before collection were as follows: 1 week on March 15, 2021 (Jassy); 1 week in June 2021 (Jassy); 1 day on Dec. 8, 2021 (Jassy); 1 week on Dec. 22, 2021 (Jassy); 1 week on Jan. 6, 2022 (Jassy); disabled on Feb. 10, 2022 (Jassy).

- **Mike Hopkins and Jim Sterner between May 16, 2021 and Aug. 24, 2021, comprising six screenshots and relating to personnel issues and the MGM transaction.**
    - Amazon-FTC-CID_ 09328349 to Amazon-FTC-CID_09328351
    - DM settings before collection were as follows: DM was never enabled.

- **Andy Jassy, Peter Krawiec, and Mike Hopkins between May 16, 2021 and May 28, 2021, comprising 13 screenshots, titled "Andy and Peter K," and relating to the MGM transaction and a transaction not involving Amazon.**
    - Amazon-FTC-CID_09328358 to Amazon-FTC-CID_09328369
    - DM settings before collection were as follows: DM was never enabled.

---

[25] *This thread was previously logged.  Three additional screenshots were collected from Mr. Jassy in the collection reflected in this update.*

**Confidential Treatment Requested**

- **Jeff Blackburn and Mike Hopkins between May 16, 2021 and Jan. 3, 2022, comprising 56 screenshots and relating to personnel / organizational issues, meeting scheduling, the MGM transaction, the NFL, and other programming.**
  - Amazon-FTC-CID_09328004 to Amazon-FTC-CID_09328040; Amazon-FTC-CID_09328463 to Amazon-FTC-CID_09328484; Amazon-FTC-CID_09328502 to Amazon-FTC-CID_09328506
  - DM settings before collection were as follows: 1 week on May 24, 2021 (Blackburn); disabled on July 13, 2021 (Blackburn).

- **Mike Hopkins and Emily Wallis from May 16, 2021 to July 18, 2021, comprising four screenshots and relating to team meetings and the MGM transaction.**
  - Amazon-FTC-CID_09327844 to Amazon-FTC-CID_09327845
  - DM settings before collection were as follows: DM was never enabled.

- *Andy Jassy, Matt Garman, Ian Wilson on May 17, 2021 to May 18, 2021, comprising six screenshots, titled "Andy_Matt_Ian," and relating to hiring.*
  - *DM settings before collection were as follows: DM was never enabled.*

- Mike Hopkins, Jennifer Salke, and Albert Cheng between May 19, 2021 and Nov. 22, 2021, comprising two screenshots and relating to safety issues.
  - DM settings before collection were as follows: DM was never enabled.

- **Carlo Bertucci, Peter Krawiec, and Mike Hopkins between May 20, 2021 and June 1, 2021, comprising 74 screenshots and relating to meeting and call scheduling, the MGM transaction, and other corporate development updates.**
  - Amazon-FTC-CID_09328374 to Amazon-FTC-CID_09328443
  - DM settings before collection were as follows: DM was never enabled.

- **Jeff Blackburn, Mike Hopkins, and Jennifer Salke between May 24, 2021 and Aug. 19, 2021, comprising eight screenshots, titled "Jblack and Mike," and relating to meeting scheduling, the MGM transaction, and personnel issues.**
  - Amazon-FTC-CID_09327995 to Amazon-FTC-CID_09327998; Amazon-FTC-CID_09328445 to Amazon-FTC-CID_09328448
  - DM settings before collection were as follows: 1 week on May 24, 2021 (Blackburn); disables on July 13, 2021 (Blackburn).

- Andy Jassy and Jeff Blackburn between May 24, 2021 and Mar. 7, 2022, comprising 70 screenshots relating to call and meeting scheduling, personnel and organizational issues, Twitch, the NFL, and global events.[26]
  - DM settings before collection were as follows: 30 minutes in May 24, 2021 (Blackburn); 1 week on May 24, 2021 (Jassy); disables on Aug. 19, 2021 (Blackburn); 1 week on Oct. 14, 2021 (Jassy); 1 week on Nov. 16, 2021 (Jassy); 1 day on Dec. 21, 2021 (Jassy); disabled on Jan. 8, 2021 (Jassy).

---

[26] *This thread was previously logged.  One additional screenshot was collected from Mr. Jassy in the collection reflected in this update.*

Page 31                                           **Confidential Treatment Requested**

- Peter Krawiec and Drew Herdener on May 25, 2021, comprising two screenshots and relating to getting the attention of senior executives.
  - DM settings before collection were as follows: DM was never enabled.

- **Jeff Blackburn and Jennifer Salke between May 25, 2021 and Dec. 14, 2021, comprising 25 screenshots and relating to personnel, meeting scheduling, productions, and marketing and budget issues.**
  - Amazon-FTC-CID_09328449 to Amazon-FTC-CID_09328458
  - DM settings before collection were as follows: DM was never enabled.

- **Mike Hopkins and Cory Shields between May 26, 2021 and July 22, 2021, comprising six screenshots and relating to the MGM transaction and Prime Video premieres.**
  - Amazon-FTC-CID_09327840 to Amazon-FTC-CID_09327843
  - DM settings before collection were as follows: DM was never enabled.

- Dave Limp and Beth Galetti between May 27, 2021 and Aug. 5, 2021, comprising seven screenshots and relating to personnel issues.
  - DM settings before collection were as follows: 1 week on Aug. 5, 2021 (Galetti).

- Jeff Bezos, Jennifer Salke, Jeff Blackburn, and Mike Hopkins between May 27, 2021 and Dec. 13, 2021, comprising three screenshots, titled "Jen, jblack, jb," and including a link to Amazon video content and personal responses thereto.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Wilke and Mike George between May 27, 2021 and Sept. 9, 2021, comprising one screenshot.
  - DM settings before collection were as follows: 1 week on Aug. 8, 2021 (George).

- Mike Hopkins, Jay Marine, and Jennifer Salke on June 1, 2021, comprising three screenshots and relating to a release in India.
  - DM settings before collection were as follows: DM was never enabled.

- **Jeff Blackburn, Mike Hopkins, and Jennifer Salke between June 8, 2021 and Dec. 20, 2021, comprising 11 screenshots, titled "MH-JS," and relating to meeting scheduling, programing, and the MGM transaction.**
  - Amazon-FTC-CID_09328352 to Amazon-FTC-CID_09328357; Amazon-FTC-CID_09328459 to Amazon-FTC-CID_0932846211
  - DM settings before collection were as follows: 5 min on June 8, 2021 (Blackburn); disabled on July 13, 2021 (Blackburn).

- *Andy Jassy, Drew Herdener, Neal Karlinsky, Dan Perlet, Lauren Sanborn, Sarah Duffer, and Orion Gousie between June 16, 2021 and March 28, 2022, comprising 11 screenshots, titled "Andy Social" and relating to social media.[27]*

---

[27] *This thread appears on the Blackberries that prompted this log update and also includes additional settings on Mr. Jassy's subsequent Signal devices.*

Page 32                                           **Confidential Treatment Requested**

- o   *DM settings before collection were as follows: 1 week on June 16, 2021 (Jassy).*

- **Mike Hopkins and Chris Brearton between June 16, 2021 and Aug. 5, 2021, comprising seven screenshots and relating to the MGM transaction.**
  - o   Amazon-FTC-CID_09327839
  - o   DM settings before collection were as follows: 1 week on July 19, 2021 (Brearton).

- Jeff Bezos and Neil Lindsay between June 27, 2021 and Jan. 7, 2022, comprising one screenshot.
  - o   DM settings before collection were as follows: set DM to 1 week on June 27, 2021 (Bezos); set DM to 4 weeks on June 27, 2021 (Lindsay).

- Jeff Bezos and ▆▆▆▆▆ on July 15, 2021, comprising one screenshot and relating to scheduling a Project Kuiper meeting.
  - o   DM settings before collection were as follows: DM was never enabled.

- Mike Hopkins and Dawn Chimielewski between Aug. 10, 2021 and Nov. 4, 2021, comprising one screenshot and relating to a news article.
  - o   DM settings before collection were as follows: DM was never enabled.

- Jeff Blackburn and Beth Galetti between Aug. 18, 2021 and Sept. 1, 2021, comprising two screenshots and relating to the remote work environment.
  - o   DM settings before collection were as follows: 1 week on Sept. 1, 2021 (Galetti).

- Jeff Blackburn and Cem Sibay on Aug. 19, 2021, comprising one screenshot.
  - o   DM settings before collection were as follows: 1 week on Aug. 19, 2021 (Sibay).

- Andy Jassy, Peter DeSantis, Bob Kimball, and an unidentified fourth individual between Aug. 28, 2021 and Sept. 10, 2021, comprising six screenshots, titled "AWS and Andy," and relating to ▆▆▆▆▆▆▆▆▆▆.
  - o   DM settings before collection were as follows: DM was never enabled.

- Lindo St. Angel and Chris Lander starting on Aug. 27, 2021, comprising 385 screenshots through May 2022, and relating to various personal and work matters.
  - o   DM settings before collection were as follows: DM was never enabled.
- **Jeff Bezos and Colin Needham between Sept. 27, 2021 and April 27, 2022, comprising eight screenshots and relating to watching movies and the MGM acquisition.**
  - o   Amazon-FTC-CID_ 09327761 to Amazon-FTC-CID_09327762
  - o   DM settings before collection were as follows: DM was never enabled.

- *Andy Jassy and Keith Alexander on October 7, 2021, comprising two screenshots related to communication logistics.*
  - o   *DM settings before collection were as follows: 1 week on Oct. 7, 2021 (Jassy).*

- Peter Krawiec and Kyle Roche on Oct. 27, 2021, comprising one screenshot and relating to sharing contact information.
  - o   DM settings before collection were as follows: DM was never enabled.

Page 33                                                    **Confidential Treatment Requested**

- Jeff Bezos, Dan Perlet, Jay Carney, Andrew Herdener, and another individual () between Nov. 2, 2020 and Jan. 29, 2021 comprising two screenshots and titled "Jeff, Jay, Drew, Dan."
    - DM settings before collection were as follows: 1 week on Nov. 2, 2020 (Bezos); disabled on Nov. 2, 2020 (Perlet); 1 week on Nov. 2, 2020 (Bezos).

- Dave Limp and Andrew Herdener between Nov. 12, 2021 and Jan. 28, 2022, comprising five screenshots and relating to public relations and personnel issues.
    - DM settings before collection were as follows: DM was never enabled.

- *Andy Jassy and Dave Treadwell on November 18, 2021, comprising one screenshot.*
    - *DM settings before collection were as follows: 1 day on Nov. 18, 2021 (Jassy).*

- Dave Limp and Doug Booms between Nov. 22, 2021 and Mar. 1, 2022, comprising three screenshots, and relating to a device company.
    - DM settings before collection were as follows: 8 hours on Nov. 23, 2021 (Booms); disabled on Mar. 1, 2022 (Limp).

- Jeff Blackburn and Drew Herdener on Dec. 9, 2021, comprising two screenshots and relating to internal communications regarding DE&I.
    - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Andrew Herdener, and Dan Perlet on Dec. 11, 2021, comprising two screenshots.
    - DM settings before collection were as follows: Unknown set DM to 1 week on Dec. 11, 2021.

- Andy Jassy, Andrew Herdener, Brian Huseman, Ty Rogers, and Jay Carney on Dec. 12, 2021, comprising six screenshots, titled "Drew/Andy/Jay/Brian/Ty," and relating to outreach to state governors following a storm.
    - DM settings before collection were as follows: DM was never enabled.

- Andy Jassy, Andrew Herdener, Bob Kimball, and David Zapolsky on Dec, 15, 2021, comprising four screenshots, titled "Bob/David/Andy," and relating to a public relations issue in China.
    - DM settings before collection were as follows: DM was never enabled.

- Jeff Blackburn and Peter Krawiec on Dec. 23, 2021, comprising three screenshots and relating to an update for an unnamed negotiation.
    - DM settings before collection were as follows: DM was never enabled.

- **Jeff Bezos, Jeff Blackburn, and Mike Hopkins between Dec. 23, 2021 and Jan. 24, 2022, comprising three screenshots, titled "Jeff and Jeff," and relating to a Super Bowl advertisement.**
    - Amazon-FTC-CID_09328500 to Amazon-FTC-CID_09328501
    - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Jennifer Salke between Dec. 24, 2021 and March 10, 2022, comprising seven screenshots and relating to personal issues and updates on Amazon Prime series.
    - DM settings before collection were as follows: DM was never enabled.

Page 34                                                **Confidential Treatment Requested**

- Dave Clark, Kelly Cheeseman, and ████████████ on Dec. 24, 2021, comprising five screenshot, titled "Dave/██████ and relating to a holiday message.
  - DM settings before collection were as follows: DM was never enabled.

- Dave Clark, ████████████, and Kelly Cheeseman, on Dec. 24, 2021, comprising four screenshots, titled "Dave/████████" and relating to administrative issues.
  - DM settings before collection were as follows: DM was never enabled.

- Andy Jassy, Stephen Schmidt, Sara Duffer, Kim Herb, and Bob Kimball on Jan. 5, 2022, titled "Quick update" and comprising four screenshots.[28]
  - DM settings before collection were as follows: 1 day on unknown date (unknown).

- Andy Jassy, Dan Perlet, and Andrew Herdener on Jan. 5, 2022, titled "Andy/Drew/Dan" and comprising four screenshots.[29]
  - DM settings before collection were as follows: 4 weeks on unknown date (unknown).

- Dave Limp and Heather Smedstad on Jan. 12, 2022, comprising one screenshot.
  - DM settings before collection were as follows: 1 day on Jan. 12, 2022 (Smedstad).

- Andy Jassy and Mike Hopkins between Jan. 23, 2022 and Feb. 24, 2022, comprising six screenshots, relating to the Oscars.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Dan Perlet starting on Feb. 3, 2022, and comprising three screenshots through May 2022, relating to communications and personal issues.
  - DM settings before collection were as follows: 1 week on Mar. 31, 2022 (Bezos); disabled on May 21, 2022 (Bezos).

- Andy Jassy, Beth Galetti, and Andrew Herdener on Feb. 6, 2022, comprising 38 screenshots, titled "Beth/Andy/Drew," and relating to compensation.
  - DM settings before collection were as follows: DM was never enabled.

- Andy Jassy and ████████████ between Feb. 22, 2022 and Feb. 25, 2022, comprising 11 screenshots and relating to logistics about a slide deck.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Kara Hurst between March 2, 2022 and March 3, 2022, comprising three screenshots and relating to environmental issues.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Mike Frazzini on March 22, 2022, comprising seven screenshots and relating to Frazzini's pending departure and experience at Amazon.

---

[28] *This thread was previously logged.  Two additional screenshots were collected from Mr. Jassy in the collection reflected in this update.*

[29] *This thread was previously logged.  Two additional screenshots were collected from Mr. Jassy in the collection reflected in this update.*

**Confidential Treatment Requested**

- o  DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Neal Karlinsky between May 11, 2022 and May 13, 2022, comprising 10 screenshots and relating to staffing, social media and public relations issues, and outreach from Shopify.
   - o  DM settings before collection were as follows: DM feature enabled, but specifics are unknown.

- Jeff Bezos, Dave Clark, Doug Herrington, and Jeff Wilke on May 21, 2022, comprising 2 screenshots and titled "JAW, Doug, Dave, Jeff."
   - o  DM settings before collection were as follows: 1 week on May 21, 2022 (Unknown); disabled on May 21, 2022 (Bezos).

- *Andy Jassy, Drew Herdener, and Ty Rogers on an unknown date, comprising 10 screenshots related to a press release and titled "Andy/Ty/Drew."*
   - o  *DM settings before collection were as follows: DM was never enabled.*

- *Andy Jassy and* ████████████ *on an unknown date, comprising two screenshots related to scheduling.*
   - o  *DM settings before collection were as follows: DM was never enabled.*

- Dave Clark and Gail Carpenter on an unknown date, comprising one screenshot.
   - o  No message content.
   - o  DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, ██████████████████████████, on an unknown date, comprising one screenshot.
   - o  DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Jay Carney, Andrew Herdener, Dan Perlet, and ██████████ on an unknown date, comprising two screenshots and titled "Jeff, Jay, Drew, Dan, ██████."
   - o  DM settings before collection were as follows: 1 week, but specifics are unknown.

- Jeff Wilke and Jay Carney on an unknown date, comprising one screenshot.
   - o  DM settings before collection were as follows: 1 week on unknown date (Wilke).