# EXHIBIT E

| | |
|---|---|
| From: | jeff@amazon.com [jeff@amazon.com] |
| Sent: | 2/29/2020 10:15:23 AM |
| To: | Hopkins, Mike [mikehopk@amazon.com] |
| Subject: | Re: |

Thanks Mike. Are you on signal messaging app? (Better way to communicate with me.)

On Feb 29, 2020, at 3:58 PM, Hopkins, Mike <mikehopk@amazon.com> wrote:

That's great. I will organize that call/meeting.

Sent from my iPhone

On Feb 28, 2020, at 9:56 PM, Bezos, Jeff <jeff@amazon.com> wrote:

I am happy to support preferably with you also at the meeting or call.

On Feb 29, 2020, at 2:42 AM, Hopkins, Mike <mikehopk@amazon.com> wrote:

Hi Jeff,



CONFIDENTIAL - NOT SUBJECT TO DISCLOSURE
CONFIDENTIAL TREATMENT REQUESTED / FOIA EXEMPT

AMZN-MGM-2R-007840316
Amazon-FTC-CID_08914012

PX2071-001

Safe travels,

Mike

CONFIDENTIAL - NOT SUBJECT TO DISCLOSURE
CONFIDENTIAL TREATMENT REQUESTED / FOIA EXEMPT

AMZN-MGM-2R-007840317
Amazon-FTC-CID_08914013

PX2071-002