# EXHIBIT G

# In the Matter of:

# Amazon eCommerce

*September 27, 2022*
*Jeff Blackburn*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

201

23  Q    You can put that document aside.
24       MS. BOLLES: I know this has been
25  going an hour, but I do need a top off on

202
1   water, is everybody okay?
2        MS. WILKINSON: Sure.
3        (Brief recess.)
4   BY MS. BOLLES:
5   Q    We've seen reference to "JBlack"
6   all one word in the documents.
7   A    Yes.
8   Q    Is that you?
9   A    Yes.
10  Q    Mr. Blackburn, are you familiar
11  with an app called Signal?
12  A    Yes.
13  Q    What is Signal?
14  A    It's a messaging app that's kind
15  of more secure than texting.
16  Q    Have you ever used Signal for
17  work?
18  A    Yes.
19  Q    When did you begin using Signal
20  for work?
21  A    I started -- it's the beginning of
22  2019, around there. It was related to Jeff.
23  He likes security and wanting us to have a more
24  secure way to text.
25  Q    And which Jeff are you referencing

203
1   there?
2   A    Jeff Bezos. His security team
3   asked a few of us if we could start to
4   communicate that way rather than text.
5   Q    And you said a few of you, was
6   that the S-Team?
7   A    I can't remember if it was S-Team
8   or his direct reports, but it was some senior
9   group, yeah.
10  Q    Do you recall who on Mr. Bezos'
11  security team asked you to begin using Signal?
12  A    No.
13  Q    How big is his security team?
14  A    The security team is a pretty big
15  team. There's a group -- I'm talking in the
16  past -- was responsible for his office and that
17  group is maybe four or five people.
18  Q    Do you still use Signal for work
19  today?
20  A    No.
21  Q    Are you familiar with Signal's
22  disappearing message feature?
23  A    Yes.
24  Q    Have you ever used Signal's
25  disappearing message feature on messages about

204
1   work?
2   A    No.
3   Q    And just to be clear, when I say
4   "use," I mean whether or not you turned on the
5   disappearing message feature, if it was on,
6   that's what I mean by "use"; is that fair?
7   A    Yes, but I didn't use it a lot. I
8   mean, I literally had a few different people
9   that I would use it with. And then it's not
10  like a primary way that I was communicating or
11  anything like that in the company. And I
12  wasn't, like, very familiar with those
13  functions that you're discussing. I only later
14  learned that, you know, these are -- about all
15  that functionality.
16       MS. WILKINSON: You're talking
17  about your use of Signal, generally.
18       THE WITNESS: Yes.
19       MS. WILKINSON: She was asking
20  about just the function. But you're
21  saying you didn't even use Signal.
22       THE WITNESS: I used it just for
23  the messaging application. I later on
24  learned that there's a lot more
25  functionality to it and that was after I

51 (Pages 201 to 204)

### Page 205

1     had come back to the company.
2     BY MS. BOLLES:
3         Q     So you learned about the
4     disappearing message feature after you came
5     back to the company?
6         A     Yes.
7         Q     Just to be clear, prior to leaving
8     the company, did you use the disappearing
9     message feature on Signal messages?
10        A     I think it's default on.
11        Q     So might you have?
12        A     I didn't use it.
13        Q     Might you have used the
14    disappearing message feature?
15        A     I mean, I don't know.
16        Q     Did you receive any formal or
17    informal instructions on how to use Signal?
18        A     I was told at a certain point by
19    our legal team to change.
20              MS. WILKINSON:  You don't want to
21    reveal privileged information.  All you
22    can say is --
23              THE WITNESS:  -- I was told by our
24    legal.
25              MS. WILKINSON:  -- to take certain

### Page 206

1     actions.
2     BY MS. BOLLES:
3         Q     Other than from your legal team or
4     counsel, did you receive any formal or informal
5     instructions on how to use Signal?
6         A     No.
7         Q     Did you receive any instruction
8     from Mr. Bezos' security team as to how to use
9     it?
10        A     No.
11        Q     To your knowledge, does Amazon
12    have a policy about Signal usage by employees?
13        A     Well, the legal team put out --
14    that's the only thing.
15        Q     So that's the only policy that
16    applied to Signal was from your legal counsel?
17        A     I don't know if it's a policy
18    even.  It was just guidance on Signal.
19        Q     Have you asked anyone else to use
20    Signal for work?
21        A     Maybe people just in -- maybe
22    certain people that work closely in a group
23    with Jeff, I might have, yes.  But I don't
24    remember specifically doing that.
25        Q     Who have you communicated with on

### Page 207

1     Signal about work?
2         A     Jeff Bezos, Andy Jassy,
3     Mike Hopkins, Jen Salke.  Probably a few of my
4     other direct reports.  Maybe Steve Boom.  Maybe
5     my finance leader.  But it's a group of roughly
6     that size.  I could probably count them on one
7     hand or two.
8         Q     Have you ever communicated about
9     Prime Video on Signal?
10        A     Probably.
11        Q     Have you ever had the disappearing
12    message feature turned on when discussing
13    Prime Video?
14        A     No, not that I know of.
15        Q     Have you communicated about
16    business strategy on Signal?
17        A     Perhaps.  It's not something I
18    would typically do.  It's mainly meant for
19    short messages and our longer communications
20    are all, as you've seen in the documents
21    obviously, you have e-mail in our documents and
22    things like that.  But I may have.  I can't say
23    that I have definitively, but I haven't talked
24    about strategy on Signal.  I might have.
25        Q     Have you ever had the disappearing

### Page 208

1     message feature turned on when discussing
2     business strategy on Signal?
3         A     I don't know.  I'm not -- like I
4     was saying, I'm not really familiar with that
5     or I wasn't when I was using Signal.
6         Q     Have you communicated about
7     potential or actual acquisitions on Signal?
8         A     I don't know.
9         Q     What topics would you typically
10    communicate about on Signal?
11        A     Typically, it would be things like
12    can you do a call later today?  Can you do this
13    meeting?  What did you think of that?  Should
14    we have another conversation?  Do we need a
15    further review of X or Y.  You know, that's
16    what I remember using it for.
17        Q     Why did you want to use an
18    encrypted messaging app to have those
19    communications?
20        A     I didn't want to.  I didn't want
21    to.  I was fine using text and e-mail.  It
22    happened.  And Jeff had this incident -- I
23    don't really know what happened actually, but I
24    suspect that it was because of a hack or
25    something that happened to him, we were asked

**Page 209**

```
 1   to use a more secure messaging system.  I
 2   understood, and I used it.
 3       Q    Did you ever manually delete
 4   messages from Signal?
 5       A    Not that I remember, no.
 6       Q    Other than the use of the
 7   disappearing message feature or by manually
 8   deleting Signal messages, have you retained all
 9   of your messages on Signal?
10       A    Yes.  I mean, I don't use it any
11   longer, as I said.  I copied my phone.  You've
12   got all the information.  It's all there.  So
13   you know everything.
14       Q    I understand you no longer use it,
15   did you delete the app off your phone?
16       A    It's not on my current phone.  I
17   have a new phone.
18       Q    When did you upgrade your phone?
19       A    I don't know.
20       Q    Is it the iPhone 14?
21       A    Yes.
22       Q    So after that came out you
23   upgraded your phone?
24       A    I don't know.
25       Q    I'm just trying to get a ballpark.
```

**Page 210**

```
 1   Was it the last month, the last week?
 2       A    It wasn't in the last month or
 3   last week, no.
 4       Q    Last six months?
 5       A    Sometime in the last 12 months, I
 6   would say.
 7       Q    Do you need an account to use
 8   Signal?
 9       A    I don't know.  I think so, yes.
10   Yes, you have to have some way to have your
11   name, so there has to be some kind of account.
12       Q    Do you know if you still have a
13   Signal account?
14       A    I don't know.  I don't use it.
15       Q    Amazon collected Signal messages
16   off your phone, right?
17       A    Yes.
18       Q    Do you recall if that was during
19   the MGM second request?
20       A    I don't recall.  I know there were
21   multiple times that it was done and we provided
22   my phone both times for as long as you wanted,
23   and you got it.  So I don't know -- I don't
24   know anything about how that works.  All I know
25   is someone took my phone.  They took all of it.
```

**Page 211**

```
 1   They have it all.  They did it multiple times.
 2       Q    Who did you give your phone to?
 3       A    A lawyer.
 4       Q    Was it one of your lawyers here
 5   today?  Just the name of the lawyer, none of
 6   the content of the communications.
 7       A    I don't know who it was.  My
 8   assistant did it.
 9       Q    Do you recall the dates of the
10   Signal message collections?
11            MS. WILKINSON:  I'm going to
12       object.  I don't think he even knows what
13       that means when you say "collections"
14       because it's something the lawyers do.
15            MS. BOLLES:  I think we were just
16       talking about when Signal messages were
17       collected off his phone.  My question is
18       what dates was that.
19            THE WITNESS:  I don't know when
20       that was.
21   BY MS. BOLLES:
22       Q    Do you recall the years or year?
23       A    There's some things that lawyers
24   were handling so you'd have to ask them.  They
25   would know.
```

**Page 212**

```
 1       Q    Do you know if Amazon also took a
 2   forensic image of your phone?
 3       A    I believe they did, yeah.  I was
 4   told that that's the way it works and I know
 5   that it happened multiple times, but that's all
 6   I know.
 7       Q    Do you know why it happened
 8   multiple times?
 9       A    No.
10       Q    Did Amazon also forensically image
11   your company-issued laptop in connection with
12   this matter?
13       A    I think so.  But I'm not sure.
14       Q    Did you have to relinquish your
15   laptop at that time?
16       A    I did, but my assistant would have
17   just done it.
18       Q    Who is your assistant?
19       A    Sharon Signorelli.
20       Q    Do you know if Amazon collected
21   your personal e-mails from Outlook or e-mail
22   for this matter?
23       A    I don't know.
24       Q    I'm going to hand you Plaintiff's
25   Exhibit 1585.
```

                                                                                        213
 1            (Copy of text messages was marked
 2       PX1585 for identification.)
 3   BY MS. BOLLES:
 4       Q    Have you reviewed the document?
 5       A    Yeah.
 6       Q    Do you recognize this document?
 7       A    It looks like messages, text
 8   messages between myself and Jen Salke.
 9       Q    Do you see at the bottom it says
10   "You set disappearing message time to one
11   week"?
12       A    Yes.
13       Q    Does that indicate that these are
14   Signal messages?
15       A    I don't know.  You would know.  I
16   think so.  I don't know what it looks like.  I
17   don't remember what the UI looks like for
18   Signal.  That doesn't look like Apple texting
19   to me.
20       Q    And do you have a disappearing
21   message function on your text messages?
22       A    No.  But there's many different
23   messaging apps.  I use the Wickr one now.
24       Q    Other than Wickr and Signal and
25   text message, have you used any other messaging

                                                                                        214
 1   apps for work?
 2       A    No.
 3       Q    So it appears that you are
 4   messaging with Jennifer Salke; is that right?
 5       A    That's what this looks like, yes.
 6       Q    And then at the top it says
 7   "JBlack and Mike."
 8            Do you see that?
 9       A    Yes.
10       Q    Do you know who Mike is?
11       A    That's probably Mike Hopkins.
12       Q    There are two dates on the screen.
13   One is Monday, May 24, and one is July 13.
14            Can you confirm the year of these
15   messages?  My understanding is that it is 2021,
16   but I would like to know if you agree with
17   that.
18       A    Okay.  Yeah, this is very shortly
19   after I came back to the company.
20       Q    And was that in 2021?
21       A    Yes.
22       Q    At the bottom of the screen, you
23   write, "Thumbs up emoji.  Jim Freeman, was
24   good, kind of what you've been saying all
25   along, old IP, more valuable to PV versus

                                                                                        215
 1   model."
 2            Do you see that?
 3       A    Yes.
 4       Q    What does that mean?
 5       A    It means that some of this -- in
 6   our estimation of what -- some of this older
 7   intellectual property like Creed or Rocky or
 8   Bond was probably more valuable to us than kind
 9   of our finance team was thinking.
10       Q    And why is that?
11       A    Because new ideas come along and
12   ways to create new projects that we -- that the
13   modelers don't think about.  Like, for example,
14   here it looks like there's opportunity around a
15   game for James Bond.  That would not be
16   something that you would capture in that model.
17   It's a new opportunity.  That's my opportunity.
18   I'm just stating it here.  It's kind of a
19   texting thing.
20       Q    After that message was sent,
21   that's where it says "You set disappearing
22   message time to one week," right?
23       A    I don't know what that is.
24       Q    So you don't recall setting the
25   disappearing message time in May of 2021?

                                                                                        216
 1       A    No.
 2       Q    Do you recall if you continued to
 3   discuss with Miss Salke and Mr. Hopkins
 4   Prime Video on Signal?
 5       A    I don't know that we did very
 6   much.  I don't remember doing it very much, no.
 7   I mean, if we did, it was only in a very
 8   limited way.
 9       Q    At the bottom of the screen it
10   says "Tuesday, July 13," but then it's cut off.
11            Do you recall if anything happened
12   on Tuesday, July 13, 2021, on Signal?
13       A    No.
14       Q    I'm going to hand you what's been
15   marked as PX1586.
16            (Copy of text messages was marked
17       PX1586 for identification.)
18       Q    Have you had a chance to review
19   the document?
20       A    Yeah.
21       Q    This document at the top says
22   "MHJS."
23            Do you see that?
24       A    Yes.
25       Q    Is that Mike Hopkins,

217

1   Jennifer Salke?
2       A   I think so.
3       Q   Do you see the date at the top
4   says "Tuesday, July 13"?
5       A   Yes.
6       Q   My understanding is that the year
7   is 2021, but does that sound right based on the
8   context of this document?
9       A   I don't know. I don't have this
10  information.
11      Q   This says "On Tuesday, July 13,
12  you disabled disappearing messages."
13          Do you see that?
14      A   Yes.
15      Q   Do you recall disabling
16  disappearing messages on July 13?
17      A   No, but I know that I did at some
18  point.
19      Q   You did at some point disable
20  disappearing messages?
21      A   Yes.
22      Q   Was that after you learned about
23  the disappearing message functionality?
24      A   Yes. Someone explained how it
25  worked.

218

1       Q   And was that when you came back to
2   Amazon in 2021?
3       A   I don't remember when it was
4   exactly, the timing of that.
5       Q   Was it after you came back to
6   Amazon?
7       A   So this is like --
8           MS. WILKINSON: I think --
9           THE WITNESS: My lawyers have
10  talked to me about this stuff.
11          MS. WILKINSON: Can we consult off
12  the record for a moment?
13          MS. BOLLES: Yes, and if you want
14  to step outside, that's fine.
15          MS. WILKINSON: Let's step
16  outside.
17          (Brief recess.)
18  BY MS. BOLLES:
19      Q   I think we established before we
20  took a short break that you did not recall
21  disabling disappearing messages on July 13; is
22  that right?
23          I might have that wrong so please
24  correct me if I'm wrong.
25      A   I don't recall the date is what I

219

1   said. I didn't say that I didn't recall doing
2   it, I don't recall the date. I got guidance
3   from our legal department, and I made the
4   change. And I think that happened more than
5   one time, so -- and I did what they told me to
6   do.
7       Q   By "more than one time," do you
8   mean like on multiple threads?
9       A   No. No. There is at least one
10  time period. There may have been two. They
11  said, This has this functionality in it. You
12  need to turn it off.
13          MS. WILKINSON: Okay. You can't
14  say more. You can say you received
15  guidance on several occasions and after
16  that you turned it off.
17          Is that fair?
18          THE WITNESS: Yes. I think that's
19  what you're seeing here.
20  BY MS. BOLLES:
21      Q   Did you receive a document
22  preservation notice in this matter?
23      A   I don't know.
24      Q   Do you know if you're currently
25  under a document preservation notice in this

220

1   matter?
2       A   Yes, I am.
3       Q   When did that begin?
4       A   I don't know.
5       Q   How do you know that you're
6   under -- I want to be clear.
7       A   I don't know what this matter is
8   for. There's multiple things going on here.
9   There's many, many different matters for which
10  I get document preservation notices, so I can't
11  tell you specifically. When you say "for this
12  matter," the best way to answer is I don't
13  know. Yes, am I aware that I get document
14  preservation notices, yes, I am.
15      Q   Did you receive a document
16  preservation notice in connection with the MGM
17  matter?
18      A   Yes.
19      Q   Did you receive a document
20  preservation notice in connection with any
21  other FTC investigations?
22      A   I believe I have, yes.
23      Q   Do you recall when that was?
24      A   No.
25      Q   I want to be clear that I'm not

221

1  asking for your advice of counsel, the
2  boundaries that we've drawn today.
3          What was your understanding of
4  whether Signal messages were covered by the
5  document preservation notices?
6          MS. WILKINSON: I'm going to
7  object because I think it's -- if I could
8  assist, give him a timeframe because
9  you're saying -- I think it's -- that
10 could affect the privilege issue. So if
11 you could make it a little more specific,
12 if you can, go ahead. He may or may not
13 be able to answer.
14         MS. BOLLES: That's fair.
15 BY MS. BOLLES:
16     Q   At the time that you received the
17 document preservation notices, did you
18 understand whether Signal messages were covered
19 by them?
20     A   I did not.
21     Q   Did you ever learn that Signal
22 messages were or were not covered by the
23 document preservation notices?
24     A   Again, that would be something I
25 discussed with lawyers.

222

1          MS. BOLLES: A yes-or-no answer is
2  all I'm looking for.
3          MS. WILKINSON: He said that's
4  something I discussed with lawyers.
5          MS. BOLLES: So is that a yes?
6          MS. WILKINSON: You can say yes.
7          THE WITNESS: Yes.
8          MS. WILKINSON: Then you just have
9  to say yes.
10         THE WITNESS: Yes. What am I
11 supposed to say?
12         MS. WILKINSON: It's something
13 lawyers focus on and we sometimes think
14 people that aren't lawyers remember a lot
15 more of the details than they do. No
16 problem, you just tell her what you
17 remember and what you don't.
18 BY MS. BOLLES:
19     Q   I'm just looking for a yes or no
20 on this. I'm not trying to get into the
21 contents.
22         Did you receive any additional
23 training in document retention in connection
24 with this matter?
25         MS. WILKINSON: I'm going to

223

1  object here. When you say "this matter,"
2  there's multiple matters.
3  BY MS. BOLLES:
4      Q   Do you understand the matter that
5  I'm referring to?
6      A   No, I don't really know what
7  you're getting at.
8      Q   Do you understand that in addition
9  to the MGM matter there is another FTC
10 investigation?
11     A   Yes.
12     Q   Do you understand that you've been
13 subpoenaed here today to testify as part of an
14 FTC investigation?
15     A   Yes.
16     Q   Do you feel confident that you
17 understand the scope of your document
18 preservation obligations pursuant to this FTC
19 investigation?
20     A   I think I understand them in a
21 general way. I don't know how specifically you
22 would want my understanding to be, the depth of
23 that.
24         MS. WILKINSON: And there's
25 multiple investigations. You're implying

224

1  just two, sadly for Amazon, there's more
2  than that.
3  BY MS. BOLLES:
4      Q   Did you receive additional
5  training on document retention in connection
6  with FTC investigations?
7          MS. WILKINSON: Again, I'm going
8  to object. Additional training? I don't
9  know that you established he received any
10 training. I believe he told you he
11 received legal guidance.
12 BY MS. BOLLES:
13     Q   Did you receive training on
14 document retention in connection with FTC
15 investigations?
16     A   I received legal guidance, e-mails
17 to me.
18     Q   Did you ever receive a training?
19     A   What do you mean by "a training"?
20     Q   I'm just trying to establish --
21 you testified that you had e-mail guidance.
22         Was there anything else?
23     A   No.
24         MS. WILKINSON: I'm going to
25 object. If you're going to start asking

Page 225

```
 1    about what the training is you're going
 2    to get into --
 3        MS. BOLLES:  I'm asking about
 4    whether the training existed, that's all.
 5        MS. WILKINSON:  Again, he asked
 6    you what it was.  He told you he received
 7    legal guidance and he said one of the
 8    ways was through e-mail.
 9        MS. BOLLES:  Yes.  What format was
10    the legal guidance given in?  Was it only
11    via e-mail?
12        MS. WILKINSON:  If you've got
13    multiple formats you can say multiple.
14    Did you speak to lawyers face-to-face as
15    well as receive e-mails.
16        THE WITNESS:  E-mail and
17    conversation.
18 BY MS. BOLLES:
19    Q    Who was the conversation with?
20 I'm not asking about the contents of the
21 conversation, just the name of the person it
22 was with.
23        MS. WILKINSON:  You can say the
24    name if you can remember, if it was one
25    or more people.
```

Page 226

```
 1        THE WITNESS:  I remember talking
 2    to Kelly Jo McArthur.
 3 BY MS. BOLLES:
 4    Q    And is that an Amazon attorney?
 5    A    Yes.
 6    Q    Do you recall when you spoke with
 7 them?
 8    A    No.
 9    Q    I believe you mentioned Wickr in
10 your testimony earlier.
11        What is Wickr?
12    A    It's an Amazon messaging app.
13    Q    Is it also encrypted?
14    A    Yes.  It's secure, similar to the
15 ways Signal was.
16    Q    Does it have an auto delete
17 feature?
18    A    I don't know.
19    Q    Have you used Wickr for work?
20    A    Yes, but only lightly and kind of
21 the same way, just a handful of people.  I
22 don't use it for longer topics or business
23 decisions or things like that.
24    Q    Do you recall the date you started
25 using Wickr?
```

Page 227

```
 1    A    No.  And, again, I received legal
 2 guidance that that was a secure messaging app,
 3 and we're using it.
 4    Q    Have you ever asked anyone you
 5 work with to use Wickr?
 6    A    I don't know.  Maybe.
 7    Q    Who do you communicate with on
 8 Wickr?
 9    A    Andy Jassy, Jeff Bezos.  Some of
10 my direct reports.
11    Q    How frequently do you use Wickr?
12    A    A couple times a week.
13    Q    Have you ever messaged about
14 Prime Video using Wickr?
15    A    I don't think so.  But I may have.
16    Q    What about discussing business
17 strategy, have you discussed business strategy
18 on Wickr?
19    A    It depends what you mean by
20 "business strategy."
21    Q    I'm happy to defer to your
22 definition.
23    A    Like I said, it's not kind of a
24 substantial, in-depth conversations, but every
25 now and then something does come up and there's
```

Page 228

```
 1 emergency issues or urgent issues or something
 2 like that and it does relate to business, so it
 3 does happen.  It's not the primary method.
 4    Q    Do you still use Wickr for work
 5 today?
 6    A    Yes.
 7    Q    Have you retained all of your
 8 messages about work on Wickr?
 9        MS. WILKINSON:  I don't think he
10    has an obligation to retain all of his
11    messages on Wickr.  You're asking about
12    everything he does.  Even with all the
13    investigations going on, I don't think
14    everything he does is -- he's required
15    to, so if you could stick to what you
16    were, which is -- I'm not sure he could
17    answer it, that could be responsive to
18    the investigations and maybe he keeps
19    them, but I don't want the implication
20    that he has to retain every message.
21        MS. BOLLES:  I'm not implying
22    anything.
23        MS. WILKINSON:  I know you're not.
24    I want the record to be clear that that's
25    not what you're focusing on.  I think
```

57 (Pages 225 to 228)

```
                                    229
 1    you're focusing on that he's required to
 2    retain.
 3           MS. BOLLES:  Sure.  And I'm happy
 4    to parse that later with you, but for
 5    now, Mr. Blackburn, have you retained all
 6    of your messages about work on Wickr?
 7           THE WITNESS:  I believe that I
 8    have, yes.
 9   BY MS. BOLLES:
10    Q    Have you ever used Slack for work?
11    A    The Twitch team uses Slack.  We
12   had a security incident with Twitch and at that
13   time I needed to use it with them.  But that's
14   the only time that I was using it.
15    Q    And do you recall when that was?
16    A    The Twitch security problem was
17   last fall some time, November or October a year
18   ago.
19    Q    2021?
20    A    Yes.
21    Q    Do you still use Slack with the
22   Twitch team?
23    A    No.
24    Q    How frequently did the Twitch team
25   use Slack when it was in use?
```

```
                                    230
 1    A    Well, you know, it was an
 2   emergency-type event, so we were using it many
 3   times a day for a few weeks.
 4    Q    You said "a few weeks"?
 5    A    Yeah.
 6    Q    Do you know if you can share
 7   documents via Slack?
 8    A    I don't know.  You can share a
 9   link to a document, a Cloud document.  So
10   that's what they would do.
11    Q    Do you still have -- or let me ask
12   this, did you use Slack on your computer or on
13   your phone?
14    A    I used it on my phone.
15    Q    Was there an app that you had to
16   download to use it?
17    A    Yes.
18    Q    Do you still have that app on your
19   phone?
20    A    I might.  I'm not sure.  It
21   depends when I got the new phone.  But I
22   think -- I might.  I don't use it, so -- but it
23   might be on there.
24    Q    Have you ever used WhatsApp for
25   work?
```

```
                                    231
 1    A    Nope.
 2    Q    What about Telegram?
 3    A    No.
 4    Q    I believe you testified earlier
 5   that you had used text messages for work; is
 6   that right?
 7    A    Uh-huh.
 8    Q    What was the purpose of using text
 9   messages for work?
10    A    Well, it just -- it's not that I
11   want to, just that it -- it's kind of how when
12   you're working very closely with people, it's
13   just something that's done.  I try very much to
14   not have it be my work thing.  I don't want it
15   to be, but external people, our relationships
16   with external people, they use it so then it
17   starts to blend that way.
18    Q    Do you recall having deleted
19   work-related texts?
20    A    No.
21    Q    When you transferred phones, did
22   they pull over your text messages?
23    A    I think so, yeah.
24    Q    When you transferred phones, did
25   anyone at Amazon assist you with the switch?
```

```
                                    232
 1    A    I think our IT department made
 2   sure all of the apps that I was using were
 3   refreshed, yes.
 4           MS. BOLLES:  I will take a short
 5    break and -- actually, let's go off the
 6    record.
 7           (Brief recess.)
 8           MS. BOLLES:  Mr. Blackburn, I have
 9    no further questions for you today.
10    Thank you so much for your time.
11           MS. WILKINSON:  We can go off the
12    record.
13           The deposition was concluded at
14    5:37 p.m.
15
16
17
18
19
20
21
22
23
24
25
```