UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

Case No. 2:23-cv-01495-JHC

**ORDER GRANTING AMAZON'S MOTION TO SEAL EXHIBITS TO AMAZON'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

This matter comes before the Court on Amazon's Motion to Seal Exhibits to Amazon's Opposition to Plaintiffs' Motion to Compel. Dkt. # 220. The motion is unopposed. As agreed by the parties at the status conference today, the Court may proceed to rule on this motion today, even though it is noted for tomorrow. The Court, having considered Amazon's Motion, Plaintiffs' Response, all other papers submitted in connection with the Motion, the parties' statements at the status conference today, and for good cause shown, GRANTS the Motion. The Court hereby ORDERS:

1. The highlighted portion of Exhibit 13 to the Declaration of Kosta S. Stojilkovic in Support of Amazon's Opposition to Plaintiffs' Motion to Compel Production of Documents, Dkt. #225-1, is sealed; and

2. Exhibits 20–23 to the Declaration of Kosta S. Stojilkovic in Support of Amazon's Opposition to Plaintiffs' Motion to Compel Production of Documents, Dkt. ## 225-2 – 225-5, are sealed.

IT IS SO ORDERED.

DATED this 6th day of June, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE