AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| FEDERAL TRADE COMMISSION, et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 2:23-cv-01495 |
| Amazon.com, Inc. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission       .

Date:    06/13/2024

s/ Michael Baker
*Attorney's signature*

Michael Baker - DC, #1044327
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
*Address*

mbaker1@ftc.gov
*E-mail address*

(202) 326-3220
*Telephone number*

(202) 326-2286
*FAX number*