THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br>　　　　　Plaintiffs,<br>　　v.<br>AMAZON.COM, INC.,<br>　　　　　Defendant. | Case no. 2:23-cv-01495-JHC<br><br>**NOTICE OF APPEAL BY AMERICAN BOOKSELLERS ASS'N FROM DENIAL OF ITS MOTION TO INTERVENE** |

The American Booksellers Association, Inc. ("ABA") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order entered on June 3, 2024 (Dkt. # 245) denying ABA's motion to intervene in this case. Pursuant to Circuit Rule 3-2(b), a Representation Statement is attached hereto.

DATED this 14th day of June, 2024.

**POTOMAC LAW GROUP, PLLC**

By: */s/ William D. Fisher*
William D. Fisher, WSBA No. 27475
1455 NW Leary Way, Suite 400
Seattle, WA 98107
Phone: (206) 599-8888
Email: wfisher@potomaclaw.com

Timothy W. Bergin (admitted *pro hac vice*)
1717 Pennsylvania Ave., NW, Suite 1025
Washington DC 20006
Phone: 703-447-4032
Email: tbergin@potomaclaw.com

*Attorneys for American Booksellers Association, Inc.*

2

NOTICE OF APPEAL BY AMERICAN
BOOKSELLERS ASS'N FROM DENIAL
OF ITS MOTION TO INTERVENE
in Case No. 2:23-cv-01495-JHC

Potomac Law Group, PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Tel. (703) 447-4032; (206) 599-8888

# Representation Statement

**Appellant:**

American Booksellers Association, Inc.

    Appellate Counsel:    Potomac Law Group, PLLC

William D. Fisher
1455 NW Leary Way, Suite 400
Seattle, WA 98107
Phone: (206) 599-8888
Email: wfisher@potomaclaw.com

Timothy W. Bergin
1717 Pennsylvania Ave., NW, Suite 1025
Washington DC 20006
Phone: 703-447-4032
Email: tbergin@potomaclaw.com

**Appellees/Plaintiffs:**

Federal Trade Commission
State of New York
State of Connecticut
State of New Hampshire
State of Oklahoma
State of Oregon
Commonwealth of Pennsylvania
State of Delaware
State of Maine
State of Maryland
Commonwealth of Massachusetts
State of Michigan
State of Minnesota
State of Nevada
State of New Jersey
State of New Mexico

i

NOTICE OF APPEAL BY AMERICAN
BOOKSELLERS ASS'N FROM DENIAL
OF ITS MOTION TO INTERVENE
in Case No. 2:23-cv-01495-JHC

Potomac Law Group, PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Tel. (703) 447-4032; (206) 599-8888

1. Commonwealth of Puerto Rico
2. State of Rhode Island
3. State of Vermont
4. State of Wisconsin
5. 
6. **Appellee/Defendant**
7. 
8. Amazon.com, Inc.
9. 
10. 
11. Appellate counsel for Plaintiffs or Defendant are not presently known to Appellant.
12. Counsel for Plaintiffs and Defendant, respectively, in opposing Appellant's motion
13. to intervene in the District Court below are listed in Dkt. # 234 (original pp. 13-16)
14. and Dkt. # 233 (original p. 11).

NOTICE OF APPEAL BY AMERICAN
BOOKSELLERS ASS'N FROM DENIAL
OF ITS MOTION TO INTERVENE
in Case No. 2:23-cv-01495-JHC

Potomac Law Group, PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Tel. (703) 447-4032; (206) 599-8888