THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br>　　　　Plaintiffs,<br>　　v.<br>AMAZON.COM, INC.,<br>　　　　Defendant. | Case no. 2:23-cv-01495-JHC<br><br>**CERTIFICATE AND NOTICE BY AMERICAN BOOKSELLERS ASS'N PURSUANT TO FRAP 10(b)(1)(B) AND CIRCUIT RULE 10-3.1(c)** |

Pursuant to FRAP 10(b)(1)(B) and Circuit Rule 10-3.1(c), appellant American Booksellers Association, Inc. ("ABA") hereby certifies and gives notice that no transcripts will be ordered by ABA for its appeal (Dkt. # 259) to the United States Court of Appeals for the Ninth Circuit (Docket Number 24-3835) from the Court's Order (Dkt. # 245) denying ABA's motion to intervene in this case (Dkt. # 205).

1

CERTIFICATE AND NOTICE BY AMERICAN
BOOKSELLERS ASS'N PURSUANT TO
FRAP 10(B)(1)b) AND CIRCUIT RULE 10-3.1(c)
in Case No. 2:23-cv-01495-JHC

Potomac Law Group, PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Tel. (703) 447-4032; (206) 599-8888

ABA's appeal includes all issues raised by its motion to intervene (Dkt. # 205) and by the parties' opposition thereto.

DATED this 26th day of June, 2024.

**POTOMAC LAW GROUP, PLLC**

By: */s/ William D. Fisher*
William D. Fisher, WSBA No. 27475
1455 NW Leary Way, Suite 400
Seattle, WA 98107
Phone: (206) 599-8888
Email: wfisher@potomaclaw.com

Timothy W. Bergin (admitted *pro hac vice*)
1717 Pennsylvania Ave., NW, Suite 1025
Washington DC 20006
Phone: 703-447-4032
Email: tbergin@potomaclaw.com

*Attorneys for American Booksellers Association, Inc.*

2

CERTIFICATE AND NOTICE BY AMERICAN BOOKSELLERS ASS'N PURSUANT TO FRAP 10(B)(1)b) AND CIRCUIT RULE 10-3.1(c) in Case No. 2:23-cv-01495-JHC

Potomac Law Group, PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Tel. (703) 447-4032; (206) 599-8888