1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

FEDERAL TRADE COMMISSION, *et al.*,

        Plaintiffs,

   v.

AMAZON.COM, INC., a corporation,

        Defendant.

CASE NO. 2:23-cv-01495-JHC

**STIPULATED MOTION AND**
**ORDER TO EXTEND THE**
**DEADLINE FOR COURT-**
**ORDERED RULE 30(b)(6)**
**DEPOSITION**

NOTE ON MOTION CALENDAR:
July 22, 2024

     The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below regarding a Fed. R. Civ. P. 30(b)(6) deposition ordered by the Court (Dkt. #238).

     In support of this request, the parties represent the following to the Court:

1.     On July 9, 2024, the Court ordered a Rule 30(b)(6) deposition of Defendant's representative on document retention "to take place within 30 days of this order." (Dkt. #238).  At the deposition, "Plaintiffs may inquire into (1) when and to whom the litigation hold notices were given, (2) what kinds and categories of

1   information and data Defendant's employees were instructed to preserve and

2   collect, and (3) what specific actions they were instructed to take to that end." *Id*

3   2.   The parties met and conferred about the Court's order.  Amazon confirmed that it

4   is preparing a representative to testify to the topics identified in the Court's order.

5   Amazon also indicated that, due to previously scheduled travel, it would require a

6   modest extension of the 30-day period contemplated by the Court's order.

7   3.   Plaintiffs are amenable to the modest extension proposed by Amazon.

8   4.   If acceptable to the Court, the parties have reached agreement to hold the

9   deposition on August 21, 2024, in Washington, DC.  This would result in the

10   deposition taking place within 45 days of the Court's order.

11   5.   The parties thus stipulate as follows, subject to Court approval, and jointly request

12   that the Court enter the following Order approving this Stipulation:

13   a.   The Rule 30(b)(6) deposition called for by the Court's July 9, 2024 Order

14   shall take place on August 21, 2024 in Washington, DC.

16   Stipulated to and respectfully submitted this 22nd day of July, 2024, by:

**MORGAN, LEWIS & BOCKIUS LLP**

By:  *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
       molly.terwilliger@morganlewis.com

*Attorneys for Defendant Amazon.com, Inc.*
**WILLIAMS & CONNOLLY LLP**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
         khodges@wc.com
         jpitt@wc.com
         cmetz@wc.com
         cpruski@wc.com
         ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
Kate Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
         dludwin@cov.com
         kmitchelltombras@cov.com

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

 *s/ Edward H. Takashima*

STIPULATED MOTION AND ORDER TO EXTEND THE
DEADLINE FOR COURT-ORDERED 30(b)(6) DEPOSITION - 3
CASE NO. 2:23-cv-01495-JHC

1   SUSAN A. MUSSER (DC Bar # 1531486)
    EDWARD H. TAKASHIMA (DC Bar #
2   1001641)
    EMILY K. BOLLES (NY Reg. # 5408703)
3   KARA KING (DC Bar # 90004509)
    ERIC ZEPP (NY Reg. #5538491)
4   Federal Trade Commission
    600 Pennsylvania Avenue, NW
5   Washington, DC 20580
    Tel.:    (202) 326-2122 (Musser)
6            (202) 326-2464 (Takashima)
    Email:  smusser@ftc.gov
7            etakashima@ftc.gov
             ebolles@ftc.gov
8            kking@ftc.gov
             ezepp@ftc.gov
9
    *Attorneys for Plaintiff Federal Trade*
10  *Commission*

11

12

13

14

15

16

17

18

19

20

21

22                                  *s/ Michael Jo*
                                    Michael Jo (admitted *pro hac vice*)
23
                                    Assistant Attorney General, Antitrust Bureau
24

STIPULATED MOTION AND ORDER TO EXTEND THE
DEADLINE FOR COURT-ORDERED 30(b)(6) DEPOSITION - 4
CASE NO. 2:23-cv-01495-JHC

New York State Office of the Attorney
General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Rahul A. Darwar*
Rahul A. Darwar (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Rahul.Darwar@ct.gov
*Counsel for Plaintiff State of Connecticut*

*s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

*s/ Caleb J. Smith*
Caleb J. Smith (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2230
Email: caleb.smith@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General

Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

*s/ Gary Honick*
Gary Honick (admitted *pro hac vice*)
Assistant Attorney General

STIPULATED MOTION AND ORDER TO EXTEND THE
DEADLINE FOR COURT-ORDERED 30(b)(6) DEPOSITION - 5
CASE NO. 2:23-cv-01495-JHC

Deputy Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6474
Email: Ghonick@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

*s/ Michael Mackenzie*
Michael Mackenzie (admitted *pro hac vice*)
Deputy Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2369
Email: michael.mackenzie@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

*s/ Scott A. Mertens*
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

*s/ Zach Biesanz*
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

*s/ Ana Atta-Alla*
Ana Atta-Alla (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-3070
Email: Ana.Atta-Alla@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

*s/ Jeffrey Herrera*
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

*s/ Zulma Carrasquillo-Almena*
Zulma Carrasquillo (admitted *pro hac vice*)
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00901-0192
Telephone: (787) 721-2900
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

*s/ Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General

*s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General

1   Chief, Consumer and Economic Justice Unit
    Department of the Attorney General
2   150 South Main Street
    Providence, RI 02903
3   Telephone: (401) 274-4400
    Email: sprovazza@riag.ri.gov

4

5   *Counsel for Plaintiff State of Rhode Island*

6   *s/ Sarah L.J. Aceves*
    Sara L. J. Aceves (admitted *pro hac vice*)
7   Assistant Attorney General
    Vermont Attorney General's Office
8   109 State Street
    Montpelier, VT 05609
9   Telephone: (802) 828-3170
    Email: sarah.aceves@vermont.gov
10  *Counsel for Plaintiff State of Vermont*

11  *s/ Laura E. McFarlane*
    Laura E. McFarlane (admitted *pro hac vice*)
12  Assistant Attorney General
    Wisconsin Department of Justice
13  Post Office Box 7857
    Madison, WI 53707-7857
14  Telephone: (608) 266-8911
    Email: mcfarlanele@doj.state.wi.us
15  *Counsel for Plaintiff State of Wisconsin*

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND ORDER TO EXTEND THE
DEADLINE FOR COURT-ORDERED 30(b)(6) DEPOSITION - 7
CASE NO. 2:23-cv-01495-JHC

1

**ORDER**

2

IT IS SO ORDERED.

3

DATED this 22nd day of July, 2024.

4

5

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND ORDER TO EXTEND THE
DEADLINE FOR COURT-ORDERED 30(b)(6) DEPOSITION - 8
CASE NO. 2:23-cv-01495-JHC