THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, | CASE NO.: 2:23-cv-01495-JHC |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| v. | |
| AMAZON.COM, INC., a corporation, | |
| Defendant. | |

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Pursuant to W.D. Wash. LCR 7(n), Plaintiffs submit for the Court's consideration as supplemental authority in support of their opposition to Amazon's motion to dismiss (Dkt. #149) the attached recently issued decision in *Duke Energy Carolinas, LLC v. NTE Carolinas II, LTE*, No. 22-2168, __ F.4th __, 2024 WL 3642432 (4th Cir. Aug. 5, 2024). The Fourth Circuit held that the district court failed to apply the correct legal standard to an antitrust plaintiff's allegations of anticompetitive conduct in violation of Section 2 of the Sherman Act and vacated the district court's order granting the defendant's motion for summary judgment. The Fourth Circuit's discussion of whether alleged "multi-faceted" anticompetitive conduct by a monopolist—including "exclusionary pricing allegations," *id.* at *15-16—must be considered as a whole, *see id.* at *11-13, is highly relevant to disputed issues associated with Amazon's motion to dismiss, *see* Dkt. #127 at 8-15; Dkt. #149 at 6-8, 14-15; Dkt. #178 at 3-6.

Dated: August 9, 2024

Respectfully submitted,

*s/ Colin M. Herd*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
COLIN M. HERD (NY Reg. # 5665740)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
        etakashima@ftc.gov
        cherd@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

PLAINTIFFS' NOTICE OF
SUPPLEMENTAL AUTHORITY - 1
No. 2:23-cv-01495

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| *s/ Michael Jo* | *s/ Timothy D. Smith* |
| Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| New York State Office of the Attorney General | Antitrust and False Claims Unit |
| 28 Liberty Street | Oregon Department of Justice |
| New York, NY 10005 | 100 SW Market St |
| Telephone: (212) 416-6537 | Portland, OR 97201 |
| Email: Michael.Jo@ag.ny.gov | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of New York* | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of Oregon* |
| *s/ Rahul A. Darwar* | |
| Rahul A. Darwar (admitted *pro hac vice*) | *s/ Jennifer A. Thomson* |
| Assistant Attorney General | Jennifer A. Thomson (admitted *pro hac vice*) |
| Office of the Attorney General of Connecticut | Senior Deputy Attorney General |
| 165 Capitol Avenue | Pennsylvania Office of Attorney General |
| Hartford, CT 06016 | Strawberry Square, 14th Floor |
| Telephone: (860) 808-5030 | Harrisburg, PA 17120 |
| Email: Rahul.Darwar@ct.gov | Telephone: (717) 787-4530 |
| *Counsel for Plaintiff State of Connecticut* | Email: jthomson@attorneygeneral.gov |
| | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| *s/ Alexandra C. Sosnowski* | |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | *s/ Michael A. Undorf* |
| Assistant Attorney General | Michael A. Undorf (admitted *pro hac vice*) |
| Consumer Protection and Antitrust Bureau | Deputy Attorney General |
| New Hampshire Department of Justice | Delaware Department of Justice |
| Office of the Attorney General | 820 N. French St., 5th Floor |
| One Granite Place South | Wilmington, DE 19801 |
| Concord, NH 03301 | Telephone: (302) 683-8816 |
| Telephone: (603) 271-2678 | Email: michael.undorf@delaware.gov |
| Email: Alexandra.c.sosnowski@doj.nh.gov | *Counsel for Plaintiff State of Delaware* |
| *Counsel for Plaintiff State of New Hampshire* | |
| | *s/ Christina M. Moylan* |
| *s/ Caleb J. Smith* | Christina M. Moylan (admitted *pro hac vice*) |
| Caleb J. Smith (admitted *pro hac vice*) | Assistant Attorney General |
| Assistant Attorney General | Chief, Consumer Protection Division |
| Consumer Protection Unit | Office of the Maine Attorney General |
| Office of the Oklahoma Attorney General | 6 State House Station |
| 15 West 6th Street, Suite 1000 | Augusta, ME 04333-0006 |
| Tulsa, OK 74119 | Telephone: (207) 626-8800 |
| Telephone: (918) 581-2230 | Email: christina.moylan@maine.gov |
| Email: caleb.smith@oag.ok.gov | *Counsel for Plaintiff State of Maine* |
| *Counsel for Plaintiff State of Oklahoma* | |

| | |
|---|---|
| PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY - 2<br>No. 2:23-cv-01495 | FEDERAL TRADE COMMISSION<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(202) 326-2222 |

| | |
|---|---|
| s/ *Gary Honick* | s/ *Lucas J. Tucker* |
| Gary Honick (admitted *pro hac vice*) | Lucas J. Tucker (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Deputy Chief, Antitrust Division | Office of the Nevada Attorney General |
| Office of the Maryland Attorney General | 100 N. Carson St. |
| 200 St. Paul Place | Carson City, NV 89701 |
| Baltimore, MD 21202 | Telephone: (775) 684-1100 |
| Telephone: (410) 576-6474 | Email: LTucker@ag.nv.gov |
| Email: Ghonick@oag.state.md.us | *Counsel for Plaintiff State of Nevada* |
| *Counsel for Plaintiff State of Maryland* | |
| | s/ *Ana Atta-Alla* |
| s/ *Michael Mackenzie* | Ana Atta-Alla (admitted *pro hac vice*) |
| Michael Mackenzie (admitted *pro hac vice*) | Deputy Attorney General |
| Deputy Chief, Antitrust Division | New Jersey Office of the Attorney General |
| Office of the Massachusetts Attorney General | 124 Halsey Street, 5th Floor |
| One Ashburton Place, 18th Floor | Newark, NJ 07101 |
| Boston, MA 02108 | Telephone: (973) 648-3070 |
| Telephone: (617) 963-2369 | Email: Ana.Atta-Alla@law.njoag.gov |
| Email: michael.mackenzie@mass.gov | *Counsel for Plaintiff State of New Jersey* |
| *Counsel for Plaintiff Commonwealth of Massachusetts* | |
| | s/ *Jeffrey Herrera* |
| | Jeffrey Herrera (admitted *pro hac vice*) |
| s/ *Scott A. Mertens* | Assistant Attorney General |
| Scott A. Mertens (admitted *pro hac vice*) | New Mexico Office of the Attorney General |
| Assistant Attorney General | 408 Galisteo St. |
| Michigan Department of Attorney General | Santa Fe, NM 87501 |
| 525 West Ottawa Street | Telephone: (505) 490-4878 |
| Lansing, MI 48933 | Email: jherrera@nmag.gov |
| Telephone: (517) 335-7622 | *Counsel for Plaintiff State of New Mexico* |
| Email: MertensS@michigan.gov | |
| *Counsel for Plaintiff State of Michigan* | s/ *Zulma Carrasquillo-Almena* |
| | Zulma Carrasquillo (admitted *pro hac vice*) |
| s/ *Zach Biesanz* | Assistant Attorney General |
| Zach Biesanz (admitted *pro hac vice*) | Antitrust Division |
| Senior Enforcement Counsel | Puerto Rico Department of Justice |
| Office of the Minnesota Attorney General | P.O. Box 9020192 |
| 445 Minnesota Street, Suite 1400 | San Juan, Puerto Rico 00901-0192 |
| Saint Paul, MN 55101 | Telephone: (787) 721-2900 |
| Telephone: (651) 757-1257 | Email: zcarrasquillo@justicia.pr.gov |
| Email: zach.biesanz@ag.state.mn.us | *Counsel for Plaintiff Commonwealth of Puerto Rico* |
| *Counsel for Plaintiff State of Minnesota* | |

| | |
|---|---|
| PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY - 3<br>No. 2:23-cv-01495 | FEDERAL TRADE COMMISSION<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(202) 326-2222 |

1  <u>s/ Stephen N. Provazza</u>
   Stephen N. Provazza (admitted *pro hac vice*)
2  Special Assistant Attorney General
   Chief, Consumer and Economic Justice Unit
3  Department of the Attorney General
   150 South Main Street
4  Providence, RI 02903
   Telephone: (401) 274-4400
5  Email: sprovazza@riag.ri.gov
   *Counsel for Plaintiff State of Rhode Island*

6
   <u>s/ Sarah L. J. Aceves</u>
7  Sarah L. J. Aceves (admitted *pro hac vice*)
   Assistant Attorney General
8  Vermont Attorney General's Office
   109 State Street
9  Montpelier, VT 05609
   Telephone: (802) 828-3170
10 Email: sarah.aceves@vermont.gov
   *Counsel for Plaintiff State of Vermont*

11
   <u>s/ Laura E. McFarlane</u>
12 Laura E. McFarlane (admitted *pro hac vice*)
   Assistant Attorney General
13 Wisconsin Department of Justice
   Post Office Box 7857
14 Madison, WI 53707-7857
   Telephone: (608) 266-8911
15 Email: mcfarlanele@doj.state.wi.us
   *Counsel for Plaintiff State of Wisconsin*

PLAINTIFFS' NOTICE OF
SUPPLEMENTAL AUTHORITY - 4
No. 2:23-cv-01495

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222