AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

FEDERAL TRADE COMMISSION, et al.
*Plaintiff*
v.
Amazon.com, Inc.
*Defendant*

Case No. 2:23-cv-01495

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission

Date: 08/13/2024

s/ Amanda L. Butler
*Attorney's signature*

Amanda Leigh Butler (Illinois - 6299218)
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
*Address*

abutler2@ftc.gov
*E-mail address*

(202) 326-2251
*Telephone number*

(202) 326-2286
*FAX number*