THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

Case No. 2:23-cv-01495-JHC

**AMAZON'S OBJECTION TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Amazon hereby objects to Plaintiffs' Notice of Supplemental Authority, ECF 267, on the ground that it impermissibly contains argument in violation of the Court's Local Civil Rules. *See* L. Civ. R. 7(n) (notices of supplemental authority must be submitted "without argument"). Because Amazon further disagrees with Plaintiff's characterization of the case and its consistency with Ninth Circuit law, should the court nevertheless consider Plaintiff's submission, Amazon respectfully requests that it be allowed to submit a brief supplemental response, not to exceed two pages in length.

//

//

//

AMAZON'S OBJECTION TO PLAINTIFFS'
NOTICE OF SUPPLEMENTAL AUTHORITY - 1
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

DATED this 19th day of August, 2024.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
       molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Katherine A. Trefz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
       jschmidtlein@wc.com
       khodges@wc.com
       jpitt@wc.com
       cmetz@wc.com
       ktrefz@wc.com
       cpruski@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
Kate Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
       dludwin@cov.com
       kmitchelltombras@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

AMAZON'S OBJECTION TO PLAINTIFFS'
NOTICE OF SUPPLEMENTAL AUTHORITY - 2
(Case No. 2:23-cv-01495-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401