THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

Case No. 2:23-cv-01495-JHC

**AMAZON'S OBJECTION TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Amazon hereby objects to Plaintiffs' August 23, 2024 Notice of Supplemental Authority, ECF 272. Plaintiffs have disregarded this Court's Local Civil Rules once again by including argument in support of its position. *See* L. Civ. R. 7(n) (notices of supplemental authority must be submitted "without argument"). Because Amazon disagrees with Plaintiffs' characterization of the case, should the court nevertheless consider Plaintiffs' submission, Amazon respectfully requests that it be allowed to submit a brief supplemental response, not to exceed two pages in length.

//

//

//

AMAZON'S OBJECTION TO PLAINTIFFS'
NOTICE OF SUPPLEMENTAL AUTHORITY - 1
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

DATED this 28th day of August, 2024.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
      molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Katherine A. Trefz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
      jschmidtlein@wc.com
      khodges@wc.com
      jpitt@wc.com
      cmetz@wc.com
      ktrefz@wc.com
      cpruski@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
Kate Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
      dludwin@cov.com
      kmitchelltombras@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

AMAZON'S OBJECTION TO PLAINTIFFS'
NOTICE OF SUPPLEMENTAL AUTHORITY - 2
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401