THE HONORABLE JOHN H. CHUN

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8

9  FEDERAL TRADE COMMISSION, *et al.*,

10           Plaintiffs,

11           v.

12  AMAZON.COM, INC., a corporation,

13           Defendant.

CASE NO.: 2:23-cv-01495-JHC

**NOTICE OF WITHDRAWAL**

14

15      Pursuant to Local Rule 83.2(b)(3), Michael MacKenzie of the Office of the Attorney

16  General of the Commonwealth of Massachusetts ("Commonwealth of Massachusetts")

17  withdraws as counsel for the Commonwealth of Massachusetts in the above-captioned action.

18  The Commonwealth of Massachusetts will be represented by Katherine Weiler Krems, whose

19  application for leave to appear pro hac vice was filed with the Court on September 4, 2024 (Dkt.

20  276).

21
22
23
24

NOTICE OF WITHDRAWAL -1
CASE NO. 2:23-cv-01495-JHC

**MICHAEL MACKENZIE**
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200

Dated:  September 13, 2024

Respectfully submitted,

_s/ Michael MacKenzie_____
Michael MacKenzie (admitted *pro hac vice*)
Deputy Chief, Antitrust Division
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone:  617-727-2200
Email:  michael.mackenzie@mass.gov

*Counsel for Plaintiff Commonwealth of Massachusetts*

I certify that this notice contains 65 words, in compliance with the Local Civil Rules.

_s/ Timothy D. Smith_____
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

NOTICE OF WITHDRAWAL -i
CASE NO. 2:23-cv-01495-JHC

**MICHAEL MACKENZIE**
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200