# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | **CASE NO.: 2:23-cv-01495-JHC** <br><br> **ORDER SETTING INTERIM DEADLINES** |

Based on a review of the parties' Joint Brief Regarding Interim Deadlines, Dkt. 284, the parties' Joint Status Report of August 28, 2024, Dkt. # 273, and the rest of the case file, the Court sets the following Interim Deadlines:

| Event | Deadline |
|---|---|
| Parties complete negotiations for an initial, agreed set of custodians, search terms, and TAR protocol | October 1, 2024 |
| Amazon begins its review of custodial documents based on the parameters the parties agree to by October 1, 2024 ("Initial Set" of documents) | October 8, 2024 |

| | |
|---|---|
| If needed, parties continue to negotiate the scope of Amazon's search, including custodians and search terms ("Second Set" of documents) | Through October 15, 2024 |
| Amazon makes its first production of the Initial Set of documents | Approximately October 21, 2024 |
| Deadline for Plaintiffs to file a motion regarding any disputes regarding search, including custodians or search terms | October 24, 2024 |
| Joint submission on proposed deadlines for any Second Set of documents | October 28, 2024 |
| Amazon makes rolling productions every 2-3 weeks | |
| Amazon substantially completes its production of the Initial Set of documents | January 31, 2025 |

DATED this 24th day of September, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE