THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC<br><br>**JOINT STATEMENT REGARDING PROPOSED ECONOMICS DAY HEARING** |

Pursuant to the Court's direction at the September 3, 2024, Case Status Conference (Dkt. #275), Plaintiffs Federal Trade Commission ("FTC") and the states and territories of New York, Connecticut, New Hampshire, Oklahoma, Oregon, Pennsylvania, Delaware, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, Puerto Rico, Rhode Island, Vermont, and Wisconsin, by and through their respective Attorneys General (together, "Plaintiff States," and collectively with the FTC, "Plaintiffs") and Defendant Amazon.com, Inc. ("Amazon") submit this joint statement regarding the topics to be addressed at the proposed economics day hearing.

## I. AGREED TOPICS

The parties agree that the following topics would be appropriate for discussion at the hearing:

1. What economic concepts are relevant to the operation of Amazon's store and how Amazon competes?
2. How do economists define a relevant antitrust market?
3. What economic principles apply to market definition, including but not limited to reasonable substitutability of products and services?
4. What types of qualitative evidence can inform market definition?
5. What types of quantitative evidence can inform market definition?
6. How do economists define monopoly power for antitrust purposes?
7. What types of evidence can help an economist assess whether a firm has monopoly power in a relevant market?
8. How do economists analyze barriers to entry in connection with assessing whether a firm has monopoly power?
9. What is anticompetitive conduct, as opposed to competition on the merits?

JOINT STATEMENT RE PROPOSED
ECONOMICS DAY HEARING - 2
CASE NO. 2:23-cv-01495-JHC

10. How do economists evaluate whether challenged conduct harms competition in a relevant antitrust market?

11. How do economists evaluate whether challenged conduct has generated procompetitive benefits for competition in a relevant antitrust market?

Dated: October 1, 2024               Respectfully submitted,

*s/* Kenneth H. Merber
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
KENNETH H. MERBER (DC Bar # 985703)
COLIN M. HERD (NY Reg. # 5665740)
ERIC ZEPP (NY Reg. # 5538491)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:    (202) 326-2122 (Musser)
         (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
       etakashima@ftc.gov
       kmerber@ftc.gov
       cherd@ftc.gov
       ezepp@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

JOINT STATEMENT RE PROPOSED
ECONOMICS DAY HEARING - 3
CASE NO. 2:23-cv-01495-JHC

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Rahul A. Darwar*
Rahul A. Darwar (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Rahul.Darwar@ct.gov
*Counsel for Plaintiff State of Connecticut*

*s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

*s/ Caleb J. Smith*
Caleb J. Smith (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2230
Email: caleb.smith@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

| | |
|---|---|
| *s/ Gary Honick* | *s/ Lucas J. Tucker* |
| Gary Honick (admitted *pro hac vice*) | Lucas J. Tucker (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Deputy Chief, Antitrust Division | Office of the Nevada Attorney General |
| Office of the Maryland Attorney General | 100 N. Carson St. |
| 200 St. Paul Place | Carson City, NV 89701 |
| Baltimore, MD 21202 | Telephone: (775) 684-1100 |
| Telephone: (410) 576-6474 | Email: LTucker@ag.nv.gov |
| Email: Ghonick@oag.state.md.us | *Counsel for Plaintiff State of Nevada* |
| *Counsel for Plaintiff State of Maryland* | |
| | *s/ Andrew Esoldi* |
| *s/ Katherine W. Krems* | Andrew Esoldi (admitted *pro hac vice*) |
| Katherine W. Krems (admitted *pro hac vice*) | Deputy Attorney General |
| Deputy Chief, Antitrust Division | New Jersey Office of the Attorney General |
| Office of the Massachusetts Attorney General | 124 Halsey Street, 5th Floor |
| One Ashburton Place, 18th Floor | Newark, NJ 07101 |
| Boston, MA 02108 | Telephone: (973) 648-7819 |
| Telephone: (617) 963-2189 | Email: andrew.esoldi@law.njoag.gov |
| Email: katherine.krems@mass.gov | *Counsel for Plaintiff State of New Jersey* |
| *Counsel for Plaintiff Commonwealth of Massachusetts* | |
| | *s/ Jeffrey Herrera* |
| | Jeffrey Herrera (admitted *pro hac vice*) |
| *s/ Scott A. Mertens* | Assistant Attorney General |
| Scott A. Mertens (admitted *pro hac vice*) | New Mexico Office of the Attorney General |
| Assistant Attorney General | 408 Galisteo St. |
| Michigan Department of Attorney General | Santa Fe, NM 87501 |
| 525 West Ottawa Street | Telephone: (505) 490-4878 |
| Lansing, MI 48933 | Email: jherrera@nmag.gov |
| Telephone: (517) 335-7622 | *Counsel for Plaintiff State of New Mexico* |
| Email: MertensS@michigan.gov | |
| *Counsel for Plaintiff State of Michigan* | *s/ Zulma Carrasquillo-Almena* |
| | Zulma Carrasquillo (admitted *pro hac vice*) |
| *s/ Zach Biesanz* | Assistant Attorney General |
| Zach Biesanz (admitted *pro hac vice*) | Antitrust Division |
| Senior Enforcement Counsel | Puerto Rico Department of Justice |
| Office of the Minnesota Attorney General | P.O. Box 9020192 |
| 445 Minnesota Street, Suite 1400 | San Juan, Puerto Rico 00901-0192 |
| Saint Paul, MN 55101 | Telephone: (787) 721-2900 |
| Telephone: (651) 757-1257 | Email: zcarrasquillo@justicia.pr.gov |
| Email: zach.biesanz@ag.state.mn.us | *Counsel for Plaintiff Commonwealth of Puerto Rico* |
| *Counsel for Plaintiff State of Minnesota* | |

JOINT STATEMENT RE PROPOSED
ECONOMICS DAY HEARING - 5
CASE NO. 2:23-cv-01495-JHC

s/ Stephen N. Provazza
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

s/ Sarah L. J. Aceves
Sarah L. J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: sarah.aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

s/ Laura E. McFarlane
Laura E. McFarlane (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*

JOINT STATEMENT RE PROPOSED
ECONOMICS DAY HEARING - 6
CASE NO. 2:23-cv-01495-JHC

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
           molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Katherine A. Trefz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
           khodges@wc.com
           jschmidtlein@wc.com
           jpitt@wc.com
           cmetz@wc.com
           ktrefz@wc.com
           cpruski@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
Katharine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
           dludwin@cov.com
           kmitchelltombras@cov.com

*Attorneys for Defendant Amazon.com, Inc.*