AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

FEDERAL TRADE COMMISSION, et al.
*Plaintiff*
v.
Amazon.com, Inc.
*Defendant*

Case No. 2:23-cv-01495-JHC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission

Date: 10/09/2024

s/ J. Wells Harrell
*Attorney's signature*

James Wells Harrell (DC - 995368)
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
*Address*

jharrell@ftc.gov
*E-mail address*

(202) 326-3211
*Telephone number*

(202) 326-2286
*FAX number*