AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

FEDERAL TRADE COMMISSION, et al.  
*Plaintiff*  
v.  
Amazon.com, Inc.  
*Defendant*

Case No. 2:23-cv-01495-JHC

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission

Date:   10/09/2024

s/ Bahadur Khan  
*Attorney's signature*

Bahadur Khan (NY - 5370705)  
*Printed name and bar number*

Federal Trade Commission  
600 Pennsylvania Avenue NW  
Washington, DC 20580  
*Address*

bkhan1@ftc.gov  
*E-mail address*

(202) 326-2308  
*Telephone number*

(202) 326-2286  
*FAX number*