THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>*Defendant.* | Case No. 2:23-cv-01495-JHC<br><br>**NOTICE OF WITHDRAWAL** |

Pursuant to Local Civil Rule 83.2(b)(3), Caleb J. Smith of the Office of the Oklahoma Attorney General respectfully withdraws as counsel for Plaintiff State of Oklahoma in the above-captioned action.  The State of Oklahoma remains represented in this action by the undersigned counsel.

Dated: October 10, 2024             Respectfully submitted,

*Withdrawing Attorney:*

s/ *Caleb J. Smith*
Caleb J. Smith
(admitted *pro hac vice*)

*/s/ Robert J. Carlson*
Robert J. Carlson (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2885
Email: robert.carlson@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

NOTICE OF WITHDRAWAL - 1
CASE NO. 2:23-cv-01495-JHC

**OFFICE OF THE OKLAHOMA ATTORNEY GENERAL**
14 West 6th Street, Suite 1000
Tulsa, OK 74119
(918) 581-2885