THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ET AL., | CASE NO.: 2:23-cv-01495-JHC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFF COMMONWEALTH OF PENNSYLVANIA'S MOTION FOR RECONSIDERATION** |
| v. | |
| AMAZON.COM, INC., a corporation, | |
| Defendant. | |

[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION- 1
CASE NO. 2:23-cv-01495-JHC

PENNSYLVANIA OFFICE OF ATTORNEY GENERAL
Strawberry Square, 14th Floor
Harrisburg, PA 17120
(717) 787-4530

Plaintiff Commonwealth of Pennsylvania having filed a Motion for Reconsideration in connection with the Order on Defendant's Motion to Dismiss (Dkt. #289), and the Court having considered all filings, the Motion is GRANTED. The Court hereby ORDERS:

1. Regarding the claim under Pennsylvania's consumer protection statute, Count XVIII of the Amended Complaint (Dkt. #170), Defendant's Motion to Dismiss (Dkt. #127) is denied.

IT IS SO ORDERED.

DATED this _____ day of _____, 2024

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Tracy W. Wertz*
Tracy W. Wertz (admitted *pro hac vice*)
Chief Deputy Attorney General

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General

*s/ Brandon S. Sprecher*
Brandon S. Sprecher (admitted *pro hac vice*)
Deputy Attorney General

Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: twertz@attorneygeneral.gov
jthomson@attorneygeneral.gov
bsprecher@attorneygeneral.gov

*Attorneys for Plaintiff Commonwealth of Pennsylvania*

[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION- 2
CASE NO. 2:23-cv-01495-JHC

**PENNSYLVANIA OFFICE OF ATTORNEY GENERAL**
Strawberry Square, 14th Floor
Harrisburg, PA 17120
(717) 787-4530

s/ Timothy D. Smith
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us

*Local Counsel for Plaintiff Commonwealth of Pennsylvania*

[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION- 3
CASE NO. 2:23-cv-01495-JHC

**PENNSYLVANIA OFFICE OF ATTORNEY GENERAL**
Strawberry Square, 14th Floor
Harrisburg, PA 17120
(717) 787-4530