# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> **ORDER DENYING PLAINTIFF COMMONWEALTH OF PENNSYLVANIA'S MOTION FOR RECONSIDERATION** |

Before the Court is Plaintiff Commonwealth of Pennsylvania's Motion for Reconsideration. Dkt. # 306. The Court has reviewed the motion, the rest of the file, and the governing law. Being fully advised, the Court DENIES the motion, because it does not show any manifest error in the Order at Dkt. # 289. *See* LCR 7(h)(1).

DATED this 16th day of October, 2024

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR
RECONSIDERATION- 1
CASE NO. 2:23-cv-01495-JHC