THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | **CASE NO.: 2:23-cv-01495-JHC**<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING INTERIM DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>October 17, 2024 |

The Court's September 24, 2024 Order Setting Interim Deadlines provides that the parties will continue to negotiate the scope of Amazon's search for a "Second Set" of documents through October 15, 2024; that the deadline for Plaintiffs to file a motion regarding any disputes regarding search is October 24, 2024; and that the parties will file a joint submission on proposed deadlines for any Second Set of documents by October 28, 2024. (Dkt. #288.)

The parties have met and conferred and agree that a brief extension of the above-referenced deadlines may allow the parties to narrow their disputes and reduce the number of issues that will require court intervention. Accordingly, the parties, by and through their respective attorneys of record, hereby stipulate and agree to the following deadlines:

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING INTERIM DEADLINES - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1. The deadline for Plaintiffs to file a motion regarding any disputes regarding search, including custodians or search terms, shall be October 30, 2024.

2. The deadline for a joint submission on proposed deadlines for any Second Set of documents shall be November 4, 2024.

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING INTERIM DEADLINES - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Stipulated to and respectfully submitted this 17th day of October, 2024, by:

*s/ Michael Baker*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
MICHAEL BAKER (DC Bar # 1044327)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
       etakashima@ftc.gov
       mbaker1@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING INTERIM DEADLINES - 3
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | | |
|---|---|---|
| 1 | *s/ Michael Jo* | *s/ Timothy D. Smith* |
| | Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| 2 | Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| | New York State Office of the Attorney | Antitrust and False Claims Unit |
| 3 | General | Oregon Department of Justice |
| | 28 Liberty Street | 100 SW Market St |
| 4 | New York, NY 10005 | Portland, OR 97201 |
| | Telephone: (212) 416-6537 | Telephone: (503) 934-4400 |
| 5 | Email: Michael.Jo@ag.ny.gov | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of New York* | *Counsel for Plaintiff State of Oregon* |
| 6 | | |
| | *s/ Rahul A. Darwar* | *s/ Jennifer A. Thomson* |
| 7 | Rahul A. Darwar (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| | Assistant Attorney General | Senior Deputy Attorney General |
| 8 | Office of the Attorney General of Connecticut | Pennsylvania Office of Attorney General |
| | 165 Capitol Avenue | Strawberry Square, 14th Floor |
| 9 | Hartford, CT 06016 | Harrisburg, PA 17120 |
| | Telephone: (860) 808-5030 | Telephone: (717) 787-4530 |
| 10 | Email: Rahul.Darwar@ct.gov | Email: jthomson@attorneygeneral.gov |
| | *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff Commonwealth of* |
| 11 | | *Pennsylvania* |
| | *s/ Alexandra C. Sosnowski* | |
| 12 | Alexandra C. Sosnowski (admitted *pro hac vice*) | *s/ Michael A. Undorf* |
| | | Michael A. Undorf (admitted *pro hac vice*) |
| 13 | Assistant Attorney General | Deputy Attorney General |
| | Consumer Protection and Antitrust Bureau | Delaware Department of Justice |
| 14 | New Hampshire Department of Justice | 820 N. French St., 5th Floor |
| | Office of the Attorney General | Wilmington, DE 19801 |
| 15 | One Granite Place South | Telephone: (302) 683-8816 |
| | Concord, NH 03301 | Email: michael.undorf@delaware.gov |
| 16 | Telephone: (603) 271-2678 | *Counsel for Plaintiff State of Delaware* |
| | Email: Alexandra.c.sosnowski@doj.nh.gov | |
| 17 | *Counsel for Plaintiff State of New Hampshire* | *s/ Christina M. Moylan* |
| | | Christina M. Moylan (admitted *pro hac vice*) |
| 18 | *s/ Robert J. Carlson* | Assistant Attorney General |
| | Robert J. Carlson (admitted *pro hac vice*) | Chief, Consumer Protection Division |
| 19 | Assistant Attorney General | Office of the Maine Attorney General |
| | Consumer Protection Unit | 6 State House Station |
| 20 | Office of the Oklahoma Attorney General | Augusta, ME 04333-0006 |
| | 15 West 6th Street, Suite 1000 | Telephone: (207) 626-8800 |
| 21 | Tulsa, OK 74119 | Email: christina.moylan@maine.gov |
| | Telephone: (918) 581-2885 | *Counsel for Plaintiff State of Maine* |
| 22 | Email: robert.carlson@oag.ok.gov | |
| | *Counsel for Plaintiff State of Oklahoma* | |
| 23 | | |
| 24 | | |

| | |
|---|---|
| STIPULATED MOTION AND [PROPOSED] | **FEDERAL TRADE COMMISSION** |
| ORDER EXTENDING INTERIM DEADLINES - 4 | 600 Pennsylvania Avenue, NW |
| CASE NO. 2:23-cv-01495-JHC | Washington, DC 20580 |
| | (202) 326-2222 |

| | |
|---|---|
| s/ Gary Honick<br>Gary Honick (admitted *pro hac vice*)<br>Assistant Attorney General<br>Deputy Chief, Antitrust Division<br>Office of the Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Telephone: (410) 576-6470<br>Email: Ghonick@oag.state.md.us<br>*Counsel for Plaintiff State of Maryland* | s/ Lucas J. Tucker<br>Lucas J. Tucker (admitted *pro hac vice*)<br>Senior Deputy Attorney General<br>Office of the Nevada Attorney General<br>100 N. Carson St.<br>Carson City, NV 89701<br>Telephone: (775) 684-1100<br>Email: LTucker@ag.nv.gov<br>*Counsel for Plaintiff State of Nevada* |
| s/ Katherine W. Krems<br>Katherine W. Krems (admitted *pro hac vice*)<br>Assistant Attorney General, Antitrust Division<br>Office of the Massachusetts Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Telephone: (617) 963-2189<br>Email: katherine.krems@mass.gov<br>*Counsel for Plaintiff Commonwealth of Massachusetts* | s/ Andrew Esoldi<br>Andrew Esoldi (admitted *pro hac vice*)<br>Deputy Attorney General<br>New Jersey Office of the Attorney General<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Telephone: (973) 648-7819<br>Email: andrew.esoldi@law.njoag.gov<br>*Counsel for Plaintiff State of New Jersey* |
| s/ Scott A. Mertens<br>Scott A. Mertens (admitted *pro hac vice*)<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>525 West Ottawa Street<br>Lansing, MI 48933<br>Telephone: (517) 335-7622<br>Email: MertensS@michigan.gov<br>*Counsel for Plaintiff State of Michigan* | s/ Jeffrey Herrera<br>Jeffrey Herrera (admitted *pro hac vice*)<br>Assistant Attorney General<br>New Mexico Office of the Attorney General<br>408 Galisteo St.<br>Santa Fe, NM 87501<br>Telephone: (505) 490-4878<br>Email: jherrera@nmag.gov<br>*Counsel for Plaintiff State of New Mexico* |
| s/ Zach Biesanz<br>Zach Biesanz (admitted *pro hac vice*)<br>Senior Enforcement Counsel<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>Saint Paul, MN 55101<br>Telephone: (651) 757-1257<br>Email: zach.biesanz@ag.state.mn.us<br>*Counsel for Plaintiff State of Minnesota* | s/ Zulma Carrasquillo Almena<br>Zulma Carrasquillo Almena (admitted *pro hac vice*)<br>Puerto Rico Department of Justice<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00902-0192<br>Telephone: (787) 721-2900, Ext. 1211<br>Email: zcarrasquillo@justicia.pr.gov<br>*Counsel for Plaintiff Commonwealth of Puerto Rico* |

STIPULATED MOTION AND [PROPOSED]  
ORDER EXTENDING INTERIM DEADLINES - 5  
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION  
600 Pennsylvania Avenue, NW  
Washington, DC 20580  
(202) 326-2222

1 | *s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
2 | Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
3 | Department of the Attorney General
150 South Main Street
4 | Providence, RI 02903
Telephone: (401) 274-4400
5 | Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

6

*s/ Sarah L.J. Aceves*
7 | Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
8 | Public Protection Division
Vermont Attorney General's Office
9 | 109 State Street
Montpelier, VT 05609
10 | Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
11 | *Counsel for Plaintiff State of Vermont*

12 | *s/ Laura E. McFarlane*
Laura E. McFarlane (admitted *pro hac vice*)
13 | Assistant Attorney General
Wisconsin Department of Justice
14 | Post Office Box 7857
Madison, WI 53707-7857
15 | Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us
16 | *Counsel for Plaintiff State of Wisconsin*

17

18

19

20

21

22

23

24

STIPULATED MOTION AND [PROPOSED] | FEDERAL TRADE COMMISSION
ORDER EXTENDING INTERIM DEADLINES - 6 | 600 Pennsylvania Avenue, NW
CASE NO. 2:23-cv-01495-JHC | Washington, DC 20580
| (202) 326-2222

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
khodges@wc.com
jpitt@wc.com
cmetz@wc.com
cpruski@wc.com
ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
kmitchelltombras@cov.com

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING INTERIM DEADLINES - 7
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING INTERIM DEADLINES - 8
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Michael Baker*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
MICHAEL BAKER (DC Bar # 1044327)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
          (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
          etakashima@ftc.gov
          mbaker1@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING INTERIM DEADLINES - 9
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222