THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | **CASE NO.: 2:23-cv-01495-JHC** <br><br> **GOVERNMENT PLAINTIFFS' STATEMENT REGARDING PRIVATE PLAINTIFFS' MOTION REGARDING ECONOMICS DAY HEARING** |

STATEMENT RE PRIVATE PLAINTIFFS' MOT. REGARDING ECONOMICS DAY HR'G - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

In response to the Private Plaintiffs' Motion to Participate in Coordinated Economics Day Hearing recently filed in *De Coster v. Amazon.com, Inc.*, No. 2:21-cv-693 (W.D. Wash.), Dkt. #208 and *Frame-Wilson v. Amazon.com, Inc.*, No. 2:20-cv-424 (W.D. Wash.), Dkt. #201, Plaintiffs Federal Trade Commission ("FTC") and the states and territories of New York, Connecticut, New Hampshire, Oklahoma, Oregon, Pennsylvania, Delaware, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, Puerto Rico, Rhode Island, Vermont, and Wisconsin, by and through their respective Attorneys General (together, "Plaintiff States," and collectively with the FTC, "Government Plaintiffs") submit this statement.

I.   BACKGROUND

During the June 6, 2024, status conference, the Court expressed interest in "a hearing where [the Court] would hear from both sides' economists about the theories being advanced in this case," *i.e.*, *FTC et al. v. Amazon*. June 6, 2024, Hr'g Tr. 4:14-24. On June 27, 2024, Government Plaintiffs and Amazon filed a Joint Statement Regarding Proposed Economics Day Hearing concerning the structure, timing, and protocols for the proposed economics day hearing. Dkt. #263. Following further discussions with the Court at the September 3, 2024, status conference, the parties filed a further Joint Statement Regarding Proposed Economics Day Hearing on October 1, 2024, setting forth a list of eleven topics that the parties agreed would be appropriate for discussion at the proposed economics day hearing. Dkt. #290.

On October 3, 2024, Private Plaintiffs in *De Coster* and *Frame-Wilson* filed a motion in those cases "request[ing] that the Court permit [Private] Plaintiffs and their economist to present at a coordinated economics day hearing with the FTC and Amazon," or, "[i]n the alternative . . . that they be permitted to attend and respond to the economics day hearing via submission to the Court or at a subsequent Court hearing." *See De Coster v. Amazon.com, Inc.*, No. 2:21-cv-693, Dkt. #208 at 2-3.

STATEMENT RE PRIVATE PLAINTIFFS' MOT. REGARDING
ECONOMICS DAY HR'G - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

## II. GOVERNMENT PLAINTIFFS' STATEMENT

Government Plaintiffs' understanding is that the Court is interested in holding an economics day hearing "to be as educated as possible regarding the economic theories in this case," and to hear "from both sides' economists about the theories being advanced in this case." June 6, 2024, Hr'g Tr. 4:16-19. While Private Plaintiffs are suing over some of the same Amazon conduct that is at issue here, Government Plaintiffs are also challenging conduct that is not at issue in *De Coster* or *Frame-Wilson*. *See* Notice of Related Cases, Dkt. #4 at 3. Further, the *De Coster* and *Frame-Wilson* cases are differently situated, given that class certification briefing is underway in *De Coster* and will start by December in *Frame-Wilson*.

Private Plaintiffs' motion highlights their interest in addressing class certification issues and a related *Daubert* motion in a combined economics day hearing. *See, e.g.*, *De Coster,* Dkt. #208 at 9 ("[Private] Plaintiffs request the opportunity to inform the Court about their positions on the . . . economics underlying their grounds for class-wide resolution of their claims against Amazon."); *id.* at 8 (discussing Amazon's anticipated *Daubert* challenge to Private Plaintiffs' economic expert in connection with Private Plaintiffs' class certification motion); *id.* at 2 ("Amazon could, with [Private] Plaintiffs' class certification filings and reports in hand, try to undermine [Private] Plaintiffs' analysis and sow doubt about the propriety of class treatment."). Combining economic issues related to class certification and a potential *Daubert* challenge in the class cases with the economic theories pertinent to this case would complicate any economics day hearing. A combined hearing may also need to involve different protocols for different cases—for example, Government Plaintiffs and Amazon have agreed that nothing presented at an economics day hearing may be used to cross-examine witnesses at deposition or trial. Joint Statement, Dkt. #263 at 2-3, 6. It is not clear whether that protocol would be suitable for the class cases.

STATEMENT RE PRIVATE PLAINTIFFS' MOT. REGARDING ECONOMICS DAY HR'G - 3
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

For the reasons stated above, Government Plaintiffs believe that Private Plaintiffs' alternative request for leave to "respond to the economics day hearing via submission to the Court or at a subsequent Court hearing" in those cases may be a less complicated and more efficient path forward. Government Plaintiffs will be prepared to address the proposed topics, structure, timing, and protocols for an economics day hearing at the upcoming December 2, 2024, status conference as planned, including the issues raised by Private Plaintiffs' motion.

Dated: October 18, 2024                     Respectfully submitted,

                                                       *s/ Kenneth H. Merber*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
KENNETH H. MERBER (DC Bar # 985703)
COLIN M. HERD (NY Reg. # 5665740)
ERIC ZEPP (NY Reg. # 5538491)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
        etakashima@ftc.gov
        kmerber@ftc.gov
        cherd@ftc.gov
        ezepp@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STATEMENT RE PRIVATE PLAINTIFFS' MOT. REGARDING
ECONOMICS DAY HR'G - 4
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| s/ Michael Jo | s/ Timothy D. Smith |
| Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| New York State Office of the Attorney General | Antitrust and False Claims Unit |
| 28 Liberty Street | Oregon Department of Justice |
| New York, NY 10005 | 100 SW Market St |
| Telephone: (212) 416-6537 | Portland, OR 97201 |
| Email: Michael.Jo@ag.ny.gov | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of New York* | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of Oregon* |
| s/ Rahul A. Darwar | s/ Jennifer A. Thomson |
| Rahul A. Darwar (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Office of the Attorney General of Connecticut | Pennsylvania Office of Attorney General |
| 165 Capitol Avenue | Strawberry Square, 14th Floor |
| Hartford, CT 06016 | Harrisburg, PA 17120 |
| Telephone: (860) 808-5030 | Telephone: (717) 787-4530 |
| Email: Rahul.Darwar@ct.gov | Email: jthomson@attorneygeneral.gov |
| *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| s/ Alexandra C. Sosnowski | |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | s/ Michael A. Undorf |
| Assistant Attorney General | Michael A. Undorf (admitted *pro hac vice*) |
| Consumer Protection and Antitrust Bureau | Deputy Attorney General |
| New Hampshire Department of Justice | Delaware Department of Justice |
| Office of the Attorney General | 820 N. French St., 5th Floor |
| One Granite Place South | Wilmington, DE 19801 |
| Concord, NH 03301 | Telephone: (302) 683-8816 |
| Telephone: (603) 271-2678 | Email: michael.undorf@delaware.gov |
| Email: Alexandra.c.sosnowski@doj.nh.gov | *Counsel for Plaintiff State of Delaware* |
| *Counsel for Plaintiff State of New Hampshire* | |
| | s/ Christina M. Moylan |
| s/ Robert J. Carlson | Christina M. Moylan (admitted *pro hac vice*) |
| Robert J. Carlson (admitted *pro hac vice*) | Assistant Attorney General |
| Assistant Attorney General | Chief, Consumer Protection Division |
| Consumer Protection Unit | Office of the Maine Attorney General |
| Office of the Oklahoma Attorney General | 6 State House Station |
| 15 West 6th Street, Suite 1000 | Augusta, ME 04333-0006 |
| Tulsa, OK 74119 | Telephone: (207) 626-8800 |
| Telephone: (918) 581-2885 | Email: christina.moylan@maine.gov |
| Email: Robert.carlson@oag.ok.gov | *Counsel for Plaintiff State of Maine* |
| *Counsel for Plaintiff State of Oklahoma* | |

STATEMENT RE PRIVATE PLAINTIFFS' MOT. REGARDING
ECONOMICS DAY HR'G - 5
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| *s/ Gary Honick* | *s/ Lucas J. Tucker* |
| Gary Honick (admitted *pro hac vice*) | Lucas J. Tucker (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Deputy Chief, Antitrust Division | Office of the Nevada Attorney General |
| Office of the Maryland Attorney General | 100 N. Carson St. |
| 200 St. Paul Place | Carson City, NV 89701 |
| Baltimore, MD 21202 | Telephone: (775) 684-1100 |
| Telephone: (410) 576-6470 | Email: LTucker@ag.nv.gov |
| Email: Ghonick@oag.state.md.us | *Counsel for Plaintiff State of Nevada* |
| *Counsel for Plaintiff State of Maryland* | |
| | *s/ Andrew Esoldi* |
| *s/ Katherine W. Krems* | Andrew Esoldi (admitted *pro hac vice*) |
| Katherine W. Krems (admitted *pro hac vice*) | Deputy Attorney General |
| Assistant Attorney General, Antitrust Division | New Jersey Office of the Attorney General |
| Office of the Massachusetts Attorney General | 124 Halsey Street, 5th Floor |
| One Ashburton Place, 18th Floor | Newark, NJ 07101 |
| Boston, MA 02108 | Telephone: (973) 648-7819 |
| Telephone: (617) 963-2189 | Email: andrew.esoldi@law.njoag.gov |
| Email: katherine.krems@mass.gov | *Counsel for Plaintiff State of New Jersey* |
| *Counsel for Plaintiff Commonwealth of Massachusetts* | |
| | *s/ Jeffrey Herrera* |
| *s/ Scott A. Mertens* | Jeffrey Herrera (admitted *pro hac vice*) |
| Scott A. Mertens (admitted *pro hac vice*) | Assistant Attorney General |
| Assistant Attorney General | New Mexico Office of the Attorney General |
| Michigan Department of Attorney General | 408 Galisteo St. |
| 525 West Ottawa Street | Santa Fe, NM 87501 |
| Lansing, MI 48933 | Telephone: (505) 490-4878 |
| Telephone: (517) 335-7622 | Email: jherrera@nmag.gov |
| Email: MertensS@michigan.gov | *Counsel for Plaintiff State of New Mexico* |
| *Counsel for Plaintiff State of Michigan* | |
| | *s/ Zulma Carrasquillo Almena* |
| *s/ Zach Biesanz* | Zulma Carrasquillo Almena (admitted *pro hac vice*) |
| Zach Biesanz (admitted *pro hac vice*) | Puerto Rico Department of Justice |
| Senior Enforcement Counsel | P.O. Box 9020192 |
| Office of the Minnesota Attorney General | San Juan, Puerto Rico 00902-0192 |
| 445 Minnesota Street, Suite 1400 | Telephone: (787) 721-2900, Ext. 1211 |
| Saint Paul, MN 55101 | Email: zcarrasquillo@justicia.pr.gov |
| Telephone: (651) 757-1257 | *Counsel for Plaintiff Commonwealth of Puerto Rico* |
| Email: zach.biesanz@ag.state.mn.us | |
| *Counsel for Plaintiff State of Minnesota* | |

STATEMENT RE PRIVATE PLAINTIFFS' MOT. REGARDING ECONOMICS DAY HR'G - 6
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

*s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L.J. Aceves*
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

*s/ Laura E. McFarlane*
Laura E. McFarlane (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*

STATEMENT RE PRIVATE PLAINTIFFS' MOT. REGARDING ECONOMICS DAY HR'G - 7
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222