THE HONORABLE JOHN H. CHUN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, | **CASE NO.: 2:23-cv-01495-JHC** |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING PRIVILEGE LOGGING** |
| v. | |
| AMAZON.COM, INC., a corporation, | NOTE ON MOTION CALENDAR: October 25, 2024 |
| Defendant. | |

The Court's June 11, 2024 Order Regarding Discovery of Electronically Stored Information (the "ESI Order") directed the parties to "meet and confer regarding the scope of logging for internal Federal Trade Commission communications, internal Plaintiff State communications, and internal Defendant Amazon communications." Dkt. #256 ¶ E.8.

Having met and conferred pursuant to the ESI Order, the parties, by and through their respective attorneys of record, hereby stipulate and agree that the following privileged or otherwise protected communications need not be placed on a privilege log: Email, notes, drafts, communications, memoranda, documents, or other work product produced by or exchanged solely among and between:

      a.      Outside counsel for Amazon;

STIPULATION AND [PROPOSED] ORDER REGARDING
PRIVILEGE LOGGING - 1
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

b.  Outside counsel for Amazon (for this Action and Related Actions)[1] and Amazon employees, as long as such communications are related directly to the representation of Amazon in the pre-Complaint investigation, litigation of this Action, or Related Actions;

c.  Amazon's In-House Counsel who are members of Amazon's Competition team and its Litigation Regulatory team, identified herein,[2] involved in this Action and the Related Actions as long as such communications are related directly to the representation of Amazon in the pre-Complaint investigation, litigation of this Action, or the Related Actions;

d.  Amazon's In-House Counsel who are Designated In-House Counsel under Paragraph 5.3 of the Protective Order in this Action or Designated In-House Counsel under corresponding provisions of the Protective Orders in Related Actions,[3] and Amazon employees, as long as such

---

[1] For purposes of this stipulation, "Action" refers to the above-captioned case, *Federal Trade Commission v. Amazon*, Case No. 2:23-cv-01495-JHC (W.D. Wash.) and "Related Actions" shall mean the following actions: *Frame-Wilson v. Amazon.com, Inc.*, No 2:20-cv-00424 (W.D. Wash.); *De Coster v. Amazon.com, Inc.*, No. 2:21-cv-00693 (W.D. Wash.); *Hogan v. Amazon.com, Inc.*, No. 2:21-cv-00996 (W.D. Wash.); *Hopper v. Amazon.com, Inc.*, No. 2:21-cv-01523 (W.D. Wash.); *Zulily, LLC v. Amazon.com, Inc.*, No. 2:23-cv-01900 (W.D. Wash.); *People of the State of California v. Amazon.com, Inc.*, No. CGC-22-601826 (Cal. Super. Ct.); *District of Columbia v. Amazon.com, Inc.*, No. 2021 CA 001775 B (D.C. Super. Ct.); *Mbadiwe et al. v. Amazon.com, Inc.*, No. 1:22-cv-09542 (S.D.N.Y.); *Taylor v. Amazon.com, Inc.*, No. 2:24-cv-00169 (W.D. Wash.); *Brown v. Amazon.com, Inc.*, No. 22-cv-00965 (W.D. Wash.); *State of Arizona v. Amazon.com, Inc.*, No. CV2024-012081 (Ariz. Super. Ct. Maricopa Cnty.); and any and all actions filed after the effective date of this Stipulation and Order that All Parties agree and/or the Court determines meet the criteria of Local Civil Rules 3(g)&(h).

[2] The Amazon In-House Counsel referenced in subparagraph (c) and (d) are limited to: Nate Sutton, Bryson Bachman, Cristina Fernandez, Scott Fitzgerald, Amy Posner, Jasmine Rosner, Andrew Willekes, Omid Banuelos, Caroline Jones, Erna Mamikonyan, Lee Roach, Aaron Ross, Stelios Xenakis, Elisa Perlman, Larry Reicher, Alexis Collins, Zach Jackson, Jeffrey Goldberg, Ashley Boizelle, Brad Elias, Ben Langner, Serena Orloff, Chris Pickett, Tanisha Creed, Kevin Kramer, David Metcalf, Robert Miller, Brian Buckley, Lauren Rothenberg, Sarah Eichenberger, Mike Macko, and Kyle Maurer.

[3] Stipulation and Protective Order ¶ 20(b), *People of the State of California v. Amazon.com, Inc.*, No. CGC-22-601826 (Cal. Super. Ct. Jan. 27, 2023); Protective Order ¶ 5.3(g), *Frame-Wilson v. Amazon.com, Inc.*, No. 2:20-cv-00424 (W.D. Wash. Feb. 27, 2023); Stipulated Motion and Protective Order ¶ 5.3(g), *De Coster v. Amazon.com, Inc.*, No. 2:21-cv-00693 (W.D. Wash. Mar. 15, 2023); Amended Stipulated Protective Order ¶ 5.3(g) *Brown v.*

---

STIPULATION AND [PROPOSED] ORDER REGARDING PRIVILEGE LOGGING - 2
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1    communications are related directly to the representation of Amazon in the

2    pre-Complaint investigation, litigation of this Action, or the Related

3    Actions;

4    e.    Counsel for the Federal Trade Commission involved in litigating this

5    Action or in the pre-Complaint investigation, persons employed by or

6    contracted with the Federal Trade Commission involved in litigating this

7    Action or in the pre-Complaint investigation, or Commissioners, as long

8    as such communications are related directly to the pre-Complaint

9    investigation, litigation of this Action, or the Related Actions;

10   f.    Counsel for each Plaintiff State involved in litigating this Action or in the

11   pre-Complaint investigation, persons employed by or contracted with that

12   State's Office of the Attorney General involved in litigating this Action or

13   in the pre-Complaint investigation, or that State's Attorney General, as

14   long as such communications are related directly to the pre-Complaint

15   investigation, litigation of this Action, or the Related Actions;

16   g.    The individuals described in subparagraph (e) and (f), above, as long as

17   such communications are related directly to the pre-Complaint

18   investigation, litigation of this Action, or Related Actions; and

19   h.    The individuals described in subparagraphs (e) and (f), above, and outside

20   counsel, counsel, employees, or contractors for a plaintiff or other State

21   (or that State's Attorney General) where the parties to the communication

22   shared a common legal interest, as long as such communications are

23

24   *Amazon.com, Inc.*, No. 22-cv-00965 (W.D. Wash. July 29, 2024); Amended Stipulated Protective Order ¶ 5.3(g),
*Mbadiwe et al. v. Amazon.com, Inc.*, No. 1:22-cv-09542 (S.D.N.Y. Sept. 18, 2024).

STIPULATION AND [PROPOSED] ORDER REGARDING
PRIVILEGE LOGGING - 3
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1    related directly to the pre-Complaint investigation, litigation of this

2    Action, or Related Actions.

3

4    Stipulated to and respectfully submitted this 25th day of October, 2024, by:

5
                                          *s/ J. Wells Harrell*
6                                         SUSAN A. MUSSER (DC Bar # 1531486)
                                          EDWARD H. TAKASHIMA (DC Bar # 1001641)
7                                         J. WELLS HARRELL (DC Bar # 995368)
                                          SHIRA STEINBERG (NY Reg. # 5695580)
8                                         Federal Trade Commission
                                          600 Pennsylvania Avenue, NW
9                                         Washington, DC 20580
                                          Tel.:   (202) 326-2122 (Musser)
10                                                (202) 326-2464 (Takashima)
                                          Email:  smusser@ftc.gov
11                                                etakashima@ftc.gov
                                                  jharrell@ftc.gov
12                                                ssteinberg1@ftc.gov

13                                        *Attorneys for Plaintiff Federal Trade Commission*

14

15

16

17

18

19

20

21

22

23

24

1   *s/ Michael Jo*                          *s/ Timothy D. Smith*

2   Michael Jo (admitted *pro hac vice*)     Timothy D. Smith, WSBA No. 44583
    Assistant Attorney General, Antitrust Bureau   Senior Assistant Attorney General
    New York State Office of the Attorney    Antitrust and False Claims Unit
3   General                                  Oregon Department of Justice
    28 Liberty Street                        100 SW Market St
4   New York, NY 10005                       Portland, OR 97201
    Telephone: (212) 416-6537                Telephone: (503) 934-4400
5   Email: Michael.Jo@ag.ny.gov              Email: tim.smith@doj.state.or.us
    *Counsel for Plaintiff State of New York*   *Counsel for Plaintiff State of Oregon*

6
    *s/ Rahul A. Darwar*                     *s/ Jennifer A. Thomson*
7   Rahul A. Darwar (admitted *pro hac vice*)   Jennifer A. Thomson (admitted *pro hac vice*)
    Assistant Attorney General               Senior Deputy Attorney General
8   Office of the Attorney General of Connecticut   Pennsylvania Office of Attorney General
    165 Capitol Avenue                       Strawberry Square, 14th Floor
9   Hartford, CT 06016                       Harrisburg, PA 17120
    Telephone: (860) 808-5030                Telephone: (717) 787-4530
10  Email: Rahul.Darwar@ct.gov               Email: jthomson@attorneygeneral.gov
    *Counsel for Plaintiff State of Connecticut*   *Counsel for Plaintiff Commonwealth of*
11                                           *Pennsylvania*

    *s/ Alexandra C. Sosnowski*
12  Alexandra C. Sosnowski (admitted *pro hac*   *s/ Michael A. Undorf*
    *vice*)                                  Michael A. Undorf (admitted *pro hac vice*)
13  Assistant Attorney General               Deputy Attorney General
    Consumer Protection and Antitrust Bureau   Delaware Department of Justice
14  New Hampshire Department of Justice      820 N. French St., 5th Floor
    Office of the Attorney General           Wilmington, DE 19801
15  One Granite Place South                  Telephone: (302) 683-8816
    Concord, NH 03301                        Email: michael.undorf@delaware.gov
16  Telephone: (603) 271-2678                *Counsel for Plaintiff State of Delaware*
    Email: Alexandra.c.sosnowski@doj.nh.gov
17  *Counsel for Plaintiff State of New Hampshire*   *s/ Christina M. Moylan*
                                             Christina M. Moylan (admitted *pro hac vice*)
18  *s/ Robert J. Carlson*                   Assistant Attorney General
    Robert J. Carlson (admitted *pro hac vice*)   Chief, Consumer Protection Division
19  Assistant Attorney General               Office of the Maine Attorney General
    Consumer Protection Unit                 6 State House Station
20  Office of the Oklahoma Attorney General  Augusta, ME 04333-0006
    15 West 6th Street, Suite 1000           Telephone: (207) 626-8800
21  Tulsa, OK 74119                          Email: christina.moylan@maine.gov
    Telephone: (918) 581-2885                *Counsel for Plaintiff State of Maine*
22  Email: robert.carlson@oag.ok.gov
    *Counsel for Plaintiff State of Oklahoma*

23

24

STIPULATION AND [PROPOSED] ORDER REGARDING      **FEDERAL TRADE COMMISSION**
PRIVILEGE LOGGING - 5                           600 Pennsylvania Avenue, NW
CASE NO. 2:23-cv-01495-JHC                       Washington, DC 20580
                                                 (202) 326-2222

1  s/ Gary Honick
   Gary Honick (admitted *pro hac vice*)
2  Assistant Attorney General
   Deputy Chief, Antitrust Division
3  Office of the Maryland Attorney General
   200 St. Paul Place
4  Baltimore, MD 21202
   Telephone: (410) 576-6470
5  Email: Ghonick@oag.state.md.us
   *Counsel for Plaintiff State of Maryland*
6
   s/ Katherine W. Krems
7  Katherine W. Krems (admitted *pro hac vice*)
   Assistant Attorney General, Antitrust Division
8  Office of the Massachusetts Attorney General
   One Ashburton Place, 18th Floor
9  Boston, MA 02108
   Telephone: (617) 963-2189
10 Email: katherine.krems@mass.gov
   *Counsel for Plaintiff Commonwealth of*
11 *Massachusetts*

12 s/ Scott A. Mertens
   Scott A. Mertens (admitted *pro hac vice*)
13 Assistant Attorney General
   Michigan Department of Attorney General
14 525 West Ottawa Street
   Lansing, MI 48933
15 Telephone: (517) 335-7622
   Email: MertensS@michigan.gov
16 *Counsel for Plaintiff State of Michigan*

17 s/ Zach Biesanz
   Zach Biesanz (admitted *pro hac vice*)
18 Senior Enforcement Counsel
   Office of the Minnesota Attorney General
19 445 Minnesota Street, Suite 1400
   Saint Paul, MN 55101
20 Telephone: (651) 757-1257
   Email: zach.biesanz@ag.state.mn.us
21 *Counsel for Plaintiff State of Minnesota*

22

23

24

s/ Lucas J. Tucker
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

s/ Andrew Esoldi
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

s/ Jeffrey Herrera
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

s/ Zulma Carrasquillo Almena
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

STIPULATION AND [PROPOSED] ORDER REGARDING
PRIVILEGE LOGGING - 6
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1  *s/ Stephen N. Provazza*
   Stephen N. Provazza (admitted *pro hac vice*)
2  Special Assistant Attorney General
   Chief, Consumer and Economic Justice Unit
3  Department of the Attorney General
   150 South Main Street
4  Providence, RI 02903
   Telephone: (401) 274-4400
5  Email: sprovazza@riag.ri.gov
   *Counsel for Plaintiff State of Rhode Island*
6
   *s/ Sarah L.J. Aceves*
7  Sarah L.J. Aceves (admitted *pro hac vice*)
   Assistant Attorney General
8  Public Protection Division
   Vermont Attorney General's Office
9  109 State Street
   Montpelier, VT 05609
10 Telephone: (802) 828-3170
   Email: Sarah.Aceves@vermont.gov
11 *Counsel for Plaintiff State of Vermont*

12 *s/ Laura E. McFarlane*
   Laura E. McFarlane (admitted *pro hac vice*)
13 Assistant Attorney General
   Wisconsin Department of Justice
14 Post Office Box 7857
   Madison, WI 53707-7857
15 Telephone: (608) 266-8911
   Email: mcfarlanele@doj.state.wi.us
16 *Counsel for Plaintiff State of Wisconsin*

17

18

19

20

21

22

23

24

STIPULATION AND [PROPOSED] ORDER REGARDING
PRIVILEGE LOGGING - 7
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
        molly.terwilliger@morganlewis.com


**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
        khodges@wc.com
        jpitt@wc.com
        cmetz@wc.com
        cpruski@wc.com
        ktrefz@wc.com


**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
        kmitchelltombras@cov.com

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonsteklfoff.com

*Attorneys for Defendant Amazon.com, Inc.*

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1

**[PROPOSED] ORDER**

2      IT IS SO ORDERED.

3      DATED this _____ day of _____, 2024.

4

5                                              _____
                                               JOHN H. CHUN
6                                              UNITED STATES DISTRICT JUDGE

Presented By:
7
*s/ J. Wells Harrell*_____
8    SUSAN A. MUSSER (DC Bar # 1531486)
     EDWARD H. TAKASHIMA (DC Bar # 1001641)
9    J. WELLS HARRELL (DC Bar # 995368)
     SHIRA STEINBERG (NY Reg. # 5695580)
10   Federal Trade Commission
     600 Pennsylvania Avenue, NW
11   Washington, DC 20580
     Tel.:   (202) 326-2122 (Musser)
12           (202) 326-2464 (Takashima)
     Email: smusser@ftc.gov
13          etakashima@ftc.gov
            jharrell@ftc.gov
14          ssteinberg1@ftc.gov

15   *Attorneys for Plaintiff*
     *Federal Trade Commission*
16

17

18

19

20

21

22

23

24