THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>AMAZON.COM, INC., a corporation, <br><br>Defendant. | **CASE NO.: 2:23-cv-01495-JHC** <br><br>**STIPULATION AND ORDER REGARDING PRIVILEGE LOGGING** <br><br>NOTE ON MOTION CALENDAR: October 25, 2024 |

The Court's June 11, 2024 Order Regarding Discovery of Electronically Stored Information (the "ESI Order") directed the parties to "meet and confer regarding the scope of logging for internal Federal Trade Commission communications, internal Plaintiff State communications, and internal Defendant Amazon communications." Dkt. #256 ¶ E.8.

Having met and conferred pursuant to the ESI Order, the parties, by and through their respective attorneys of record, hereby stipulate and agree that the following privileged or otherwise protected communications need not be placed on a privilege log: Email, notes, drafts, communications, memoranda, documents, or other work product produced by or exchanged solely among and between:

      a.      Outside counsel for Amazon;

      b.      Outside counsel for Amazon (for this Action and Related Actions)[1] and Amazon employees, as long as such communications are related directly to the representation of Amazon in the pre-Complaint investigation, litigation of this Action, or Related Actions;

      c.      Amazon's In-House Counsel who are members of Amazon's Competition team and its Litigation Regulatory team, identified herein,[2] involved in this Action and the Related Actions as long as such communications are related directly to the representation of Amazon in the pre-Complaint investigation, litigation of this Action, or the Related Actions;

      d.      Amazon's In-House Counsel who are Designated In-House Counsel under Paragraph 5.3 of the Protective Order in this Action or Designated In-House Counsel under corresponding provisions of the Protective Orders in Related Actions,[3] and Amazon employees, as long as such

---

[1] For purposes of this stipulation, "Action" refers to the above-captioned case, *Federal Trade Commission v. Amazon,* Case No. 2:23-cv-01495-JHC (W.D. Wash.) and "Related Actions" shall mean the following actions: *Frame-Wilson v. Amazon.com, Inc.*, No 2:20-cv-00424 (W.D. Wash.); *De Coster v. Amazon.com, Inc.*, No. 2:21-cv-00693 (W.D. Wash.); *Hogan v. Amazon.com, Inc.*, No. 2:21-cv-00996 (W.D. Wash.); *Hopper v. Amazon.com, Inc.*, No. 2:23-cv-01523 (W.D. Wash.); *Zulily, LLC v. Amazon.com, Inc.*, No. 2:23-cv-01900 (W.D. Wash.); *People of the State of California v. Amazon.com, Inc.*, No. CGC-22-601826 (Cal. Super. Ct.); *District of Columbia v. Amazon.com, Inc.*, No. 2021 CA 001775 B (D.C. Super. Ct.); *Mbadiwe et al. v. Amazon.com, Inc.*, No. 1:22-cv-09542 (S.D.N.Y.); *Taylor v. Amazon.com, Inc.*, No. 2:24-cv-00169 (W.D. Wash.); *Brown v. Amazon.com, Inc.*, No. 22-cv-00965 (W.D. Wash.); *State of Arizona v. Amazon.com, Inc.*, No. CV2024-012081 (Ariz. Super. Ct. Maricopa Cnty.); and any and all actions filed after the effective date of this Stipulation and Order that All Parties agree and/or the Court determines meet the criteria of Local Civil Rules 3(g)&(h).

[2] The Amazon In-House Counsel referenced in subparagraph (c) and (d) are limited to: Nate Sutton, Bryson Bachman, Cristina Fernandez, Scott Fitzgerald, Amy Posner, Jasmine Rosner, Andrew Willekes, Omid Banuelos, Caroline Jones, Erna Mamikonyan, Lee Roach, Aaron Ross, Stelios Xenakis, Elisa Perlman, Larry Reicher, Alexis Collins, Zach Jackson, Jeffrey Goldberg, Ashley Boizelle, Brad Elias, Ben Langner, Serena Orloff, Chris Pickett, Tanisha Creed, Kevin Kramer, David Metcalf, Robert Miller, Brian Buckley, Lauren Rothenberg, Sarah Eichenberger, Mike Macko, and Kyle Maurer.

[3] Stipulation and Protective Order ¶ 20(b), *People of the State of California v. Amazon.com, Inc.*, No. CGC-22-601826 (Cal. Super. Ct. Jan. 27, 2023); Protective Order ¶ 5.3(g), *Frame-Wilson v. Amazon.com, Inc.*, No. 2:20-cv-

STIPULATION AND ORDER REGARDING PRIVILEGE
LOGGING - 2
CASE NO. 2:23-cv-01495-JHC

communications are related directly to the representation of Amazon in the pre-Complaint investigation, litigation of this Action, or the Related Actions;

e. Counsel for the Federal Trade Commission involved in litigating this Action or in the pre-Complaint investigation, persons employed by or contracted with the Federal Trade Commission involved in litigating this Action or in the pre-Complaint investigation, or Commissioners, as long as such communications are related directly to the pre-Complaint investigation, litigation of this Action, or the Related Actions;

f. Counsel for each Plaintiff State involved in litigating this Action or in the pre-Complaint investigation, persons employed by or contracted with that State's Office of the Attorney General involved in litigating this Action or in the pre-Complaint investigation, or that State's Attorney General, as long as such communications are related directly to the pre-Complaint investigation, litigation of this Action, or the Related Actions;

g. The individuals described in subparagraph (e) and (f), above, as long as such communications are related directly to the pre-Complaint investigation, litigation of this Action, or Related Actions; and

h. The individuals described in subparagraphs (e) and (f), above, and outside counsel, counsel, employees, or contractors for a plaintiff or other State (or that State's Attorney General) where the parties to the communication

---

00424 (W.D. Wash. Feb. 27, 2023); Stipulated Motion and Protective Order ¶ 5.3(g), *De Coster v. Amazon.com, Inc.*, No. 2:21-cv-00693 (W.D. Wash. Mar. 15, 2023); Amended Stipulated Protective Order ¶ 5.3(g) *Brown v. Amazon.com, Inc.*, No. 22-cv-00965 (W.D. Wash. July 29, 2024); Amended Stipulated Protective Order ¶ 5.3(g), *Mbadiwe et al. v. Amazon.com, Inc.*, No. 1:22-cv-09542 (S.D.N.Y. Sept. 18, 2024).

1           shared a common legal interest, as long as such communications are

2           related directly to the pre-Complaint investigation, litigation of this

3           Action, or Related Actions.

4

5   Stipulated to and respectfully submitted this 25th day of October, 2024, by:

6

          *s/ J. Wells Harrell*
7           SUSAN A. MUSSER (DC Bar # 1531486)
          EDWARD H. TAKASHIMA (DC Bar # 1001641)
8           J. WELLS HARRELL (DC Bar # 995368)
          SHIRA STEINBERG (NY Reg. # 5695580)
9           Federal Trade Commission
          600 Pennsylvania Avenue, NW
10          Washington, DC 20580
          Tel.:  (202) 326-2122 (Musser)
11                  (202) 326-2464 (Takashima)
          Email: smusser@ftc.gov
12                  etakashima@ftc.gov
                 jharrell@ftc.gov
13                ssteinberg1@ftc.gov

14          *Attorneys for Plaintiff Federal Trade Commission*

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER REGARDING PRIVILEGE
LOGGING - 4
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| *s/ Michael Jo* | *s/ Timothy D. Smith* |
| Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| New York State Office of the Attorney General | Antitrust and False Claims Unit |
| 28 Liberty Street | Oregon Department of Justice |
| New York, NY 10005 | 100 SW Market St |
| Telephone: (212) 416-6537 | Portland, OR 97201 |
| Email: Michael.Jo@ag.ny.gov | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of New York* | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of Oregon* |
| *s/ Rahul A. Darwar* | |
| Rahul A. Darwar (admitted *pro hac vice*) | *s/ Jennifer A. Thomson* |
| Assistant Attorney General | Jennifer A. Thomson (admitted *pro hac vice*) |
| Office of the Attorney General of Connecticut | Senior Deputy Attorney General |
| 165 Capitol Avenue | Pennsylvania Office of Attorney General |
| Hartford, CT 06016 | Strawberry Square, 14th Floor |
| Telephone: (860) 808-5030 | Harrisburg, PA 17120 |
| Email: Rahul.Darwar@ct.gov | Telephone: (717) 787-4530 |
| *Counsel for Plaintiff State of Connecticut* | Email: jthomson@attorneygeneral.gov |
| | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| *s/ Alexandra C. Sosnowski* | |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | *s/ Michael A. Undorf* |
| Assistant Attorney General | Michael A. Undorf (admitted *pro hac vice*) |
| Consumer Protection and Antitrust Bureau | Deputy Attorney General |
| New Hampshire Department of Justice | Delaware Department of Justice |
| Office of the Attorney General | 820 N. French St., 5th Floor |
| One Granite Place South | Wilmington, DE 19801 |
| Concord, NH 03301 | Telephone: (302) 683-8816 |
| Telephone: (603) 271-2678 | Email: michael.undorf@delaware.gov |
| Email: Alexandra.c.sosnowski@doj.nh.gov | *Counsel for Plaintiff State of Delaware* |
| *Counsel for Plaintiff State of New Hampshire* | |
| | *s/ Christina M. Moylan* |
| *s/ Robert J. Carlson* | Christina M. Moylan (admitted *pro hac vice*) |
| Robert J. Carlson (admitted *pro hac vice*) | Assistant Attorney General |
| Assistant Attorney General | Chief, Consumer Protection Division |
| Consumer Protection Unit | Office of the Maine Attorney General |
| Office of the Oklahoma Attorney General | 6 State House Station |
| 15 West 6th Street, Suite 1000 | Augusta, ME 04333-0006 |
| Tulsa, OK 74119 | Telephone: (207) 626-8800 |
| Telephone: (918) 581-2885 | Email: christina.moylan@maine.gov |
| Email: robert.carlson@oag.ok.gov | *Counsel for Plaintiff State of Maine* |
| *Counsel for Plaintiff State of Oklahoma* | |

STIPULATION AND ORDER REGARDING PRIVILEGE
LOGGING - 5
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| *s/ Gary Honick* | *s/ Lucas J. Tucker* |
| Gary Honick (admitted *pro hac vice*) | Lucas J. Tucker (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Deputy Chief, Antitrust Division | Office of the Nevada Attorney General |
| Office of the Maryland Attorney General | 100 N. Carson St. |
| 200 St. Paul Place | Carson City, NV 89701 |
| Baltimore, MD 21202 | Telephone: (775) 684-1100 |
| Telephone: (410) 576-6470 | Email: LTucker@ag.nv.gov |
| Email: Ghonick@oag.state.md.us | *Counsel for Plaintiff State of Nevada* |
| *Counsel for Plaintiff State of Maryland* | |
| | *s/ Andrew Esoldi* |
| *s/ Katherine W. Krems* | Andrew Esoldi (admitted *pro hac vice*) |
| Katherine W. Krems (admitted *pro hac vice*) | Deputy Attorney General |
| Assistant Attorney General, Antitrust Division | New Jersey Office of the Attorney General |
| Office of the Massachusetts Attorney General | 124 Halsey Street, 5th Floor |
| One Ashburton Place, 18th Floor | Newark, NJ 07101 |
| Boston, MA 02108 | Telephone: (973) 648-7819 |
| Telephone: (617) 963-2189 | Email: andrew.esoldi@law.njoag.gov |
| Email: katherine.krems@mass.gov | *Counsel for Plaintiff State of New Jersey* |
| *Counsel for Plaintiff Commonwealth of Massachusetts* | |
| | *s/ Jeffrey Herrera* |
| *s/ Scott A. Mertens* | Jeffrey Herrera (admitted *pro hac vice*) |
| Scott A. Mertens (admitted *pro hac vice*) | Assistant Attorney General |
| Assistant Attorney General | New Mexico Office of the Attorney General |
| Michigan Department of Attorney General | 408 Galisteo St. |
| 525 West Ottawa Street | Santa Fe, NM 87501 |
| Lansing, MI 48933 | Telephone: (505) 490-4878 |
| Telephone: (517) 335-7622 | Email: jherrera@nmag.gov |
| Email: MertensS@michigan.gov | *Counsel for Plaintiff State of New Mexico* |
| *Counsel for Plaintiff State of Michigan* | |
| | *s/ Zulma Carrasquillo Almena* |
| *s/ Zach Biesanz* | Zulma Carrasquillo Almena (admitted *pro hac vice*) |
| Zach Biesanz (admitted *pro hac vice*) | Puerto Rico Department of Justice |
| Senior Enforcement Counsel | P.O. Box 9020192 |
| Office of the Minnesota Attorney General | San Juan, Puerto Rico 00902-0192 |
| 445 Minnesota Street, Suite 1400 | Telephone: (787) 721-2900, Ext. 1211 |
| Saint Paul, MN 55101 | Email: zcarrasquillo@justicia.pr.gov |
| Telephone: (651) 757-1257 | *Counsel for Plaintiff Commonwealth of Puerto Rico* |
| Email: zach.biesanz@ag.state.mn.us | |
| *Counsel for Plaintiff State of Minnesota* | |

STIPULATION AND ORDER REGARDING PRIVILEGE
LOGGING - 6
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| 1 | *s/ Stephen N. Provazza* |
| 2 | Stephen N. Provazza (admitted *pro hac vice*) <br> Special Assistant Attorney General |
| 3 | Chief, Consumer and Economic Justice Unit <br> Department of the Attorney General |
| 4 | 150 South Main Street <br> Providence, RI 02903 |
| 5 | Telephone: (401) 274-4400 <br> Email: sprovazza@riag.ri.gov |
| 6 | *Counsel for Plaintiff State of Rhode Island* |
| 7 | *s/ Sarah L.J. Aceves* <br> Sarah L.J. Aceves (admitted *pro hac vice*) |
| 8 | Assistant Attorney General <br> Public Protection Division |
| 9 | Vermont Attorney General's Office <br> 109 State Street |
| 10 | Montpelier, VT 05609 <br> Telephone: (802) 828-3170 |
| 11 | Email: Sarah.Aceves@vermont.gov <br> *Counsel for Plaintiff State of Vermont* |
| 12 | *s/ Laura E. McFarlane* |
| 13 | Laura E. McFarlane (admitted *pro hac vice*) <br> Assistant Attorney General |
| 14 | Wisconsin Department of Justice <br> Post Office Box 7857 |
| 15 | Madison, WI 53707-7857 <br> Telephone: (608) 266-8911 |
| 16 | Email: mcfarlanele@doj.state.wi.us <br> *Counsel for Plaintiff State of Wisconsin* |

STIPULATION AND ORDER REGARDING PRIVILEGE LOGGING - 7
CASE NO. 2:23-cv-01495-JHC

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
　　　　molly.terwilliger@morganlewis.com


**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
　　　　khodges@wc.com
　　　　jpitt@wc.com
　　　　cmetz@wc.com
　　　　cpruski@wc.com
　　　　ktrefz@wc.com


**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
　　　　kmitchelltombras@cov.com

STIPULATION AND ORDER REGARDING PRIVILEGE
LOGGING - 8
CASE NO. 2:23-cv-01495-JHC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED this 25th day of October, 2024.

				JOHN H. CHUN
				UNITED STATES DISTRICT JUDGE