THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> STIPULATED MOTION AND [PROPOSED] ORDER PARTIALLY EXTENDING INTERIM DEADLINES <br><br> NOTE ON MOTION CALENDAR: October 25, 2024 |

The Court's October 18, 2024 Order Extending Interim Deadlines provides that Plaintiffs will file any motions regarding any dispute regarding search, including custodians or search terms, by October 30, 2024. (Dkt. #319) Plaintiffs expect to file certain motions regarding search issues by that deadline.

The parties have met and conferred and agree that the October 30, 2024 deadline does not apply to disputes regarding non-custodial sources. The parties are also continuing to discuss Amazon's proposed "spam" protocol for custodians Andy Jassy and Jeff Bezos. The parties agree that a brief extension of the above-referenced deadlines may allow the parties to resolve or

STIPULATED MOTION AND [PROPOSED] ORDER PARTIALLY EXTENDING INTERIM DEADLINES - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

narrow this dispute without court intervention. Accordingly, the parties, by and through their respective attorneys of record, hereby stipulate and agree to the following:

1. The parties will continue to meet and confer regarding non-custodial sources, with any motion regarding such disputes due no later than November 14, 2024.

2. The parties will continue to meet and confer regarding Amazon's proposed "spam" protocol for custodians Andy Jassy and Jeff Bezos, with any motion regarding this topic due no later than November 14, 2024.

Stipulated to and respectfully submitted this 25th day of October, 2024, by:

*s/ Michael Baker*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
MICHAEL BAKER (DC Bar # 1044327)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:    (202) 326-2122 (Musser)
            (202) 326-2464 (Takashima)
Email:  smusser@ftc.gov
            etakashima@ftc.gov
            mbaker1@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED]
ORDER PARTIALLY EXTENDING INTERIM DEADLINES - 2
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| *s/ Michael Jo*<br>Michael Jo (admitted *pro hac vice*)<br>Assistant Attorney General, Antitrust Bureau<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>Telephone: (212) 416-6537<br>Email: Michael.Jo@ag.ny.gov<br>*Counsel for Plaintiff State of New York* | *s/ Timothy D. Smith*<br>Timothy D. Smith, WSBA No. 44583<br>Senior Assistant Attorney General<br>Antitrust and False Claims Unit<br>Oregon Department of Justice<br>100 SW Market St<br>Portland, OR 97201<br>Telephone: (503) 934-4400<br>Email: tim.smith@doj.state.or.us<br>*Counsel for Plaintiff State of Oregon* |
| *s/ Rahul A. Darwar*<br>Rahul A. Darwar (admitted *pro hac vice*)<br>Assistant Attorney General<br>Office of the Attorney General of Connecticut<br>165 Capitol Avenue<br>Hartford, CT 06016<br>Telephone: (860) 808-5030<br>Email: Rahul.Darwar@ct.gov<br>*Counsel for Plaintiff State of Connecticut* | *s/ Jennifer A. Thomson*<br>Jennifer A. Thomson (admitted *pro hac vice*)<br>Senior Deputy Attorney General<br>Pennsylvania Office of Attorney General<br>Strawberry Square, 14th Floor<br>Harrisburg, PA 17120<br>Telephone: (717) 787-4530<br>Email: jthomson@attorneygeneral.gov<br>*Counsel for Plaintiff Commonwealth of Pennsylvania* |
| *s/ Alexandra C. Sosnowski*<br>Alexandra C. Sosnowski (admitted *pro hac vice*)<br>Assistant Attorney General<br>Consumer Protection and Antitrust Bureau<br>New Hampshire Department of Justice<br>Office of the Attorney General<br>One Granite Place South<br>Concord, NH 03301<br>Telephone: (603) 271-2678<br>Email: Alexandra.c.sosnowski@doj.nh.gov<br>*Counsel for Plaintiff State of New Hampshire* | *s/ Michael A. Undorf*<br>Michael A. Undorf (admitted *pro hac vice*)<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French St., 5th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 683-8816<br>Email: michael.undorf@delaware.gov<br>*Counsel for Plaintiff State of Delaware* |
| *s/ Robert J. Carlson*<br>Robert J. Carlson (admitted *pro hac vice*)<br>Assistant Attorney General<br>Consumer Protection Unit<br>Office of the Oklahoma Attorney General<br>15 West 6th Street, Suite 1000<br>Tulsa, OK 74119<br>Telephone: (918) 581-2885<br>Email: robert.carlson@oag.ok.gov<br>*Counsel for Plaintiff State of Oklahoma* | *s/ Christina M. Moylan*<br>Christina M. Moylan (admitted *pro hac vice*)<br>Assistant Attorney General<br>Chief, Consumer Protection Division<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>Telephone: (207) 626-8800<br>Email: christina.moylan@maine.gov<br>*Counsel for Plaintiff State of Maine* |

| | |
|---|---|
| s/ Gary Honick<br>Gary Honick (admitted *pro hac vice*)<br>Assistant Attorney General<br>Deputy Chief, Antitrust Division<br>Office of the Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Telephone: (410) 576-6470<br>Email: Ghonick@oag.state.md.us<br>*Counsel for Plaintiff State of Maryland* | s/ Lucas J. Tucker<br>Lucas J. Tucker (admitted *pro hac vice*)<br>Senior Deputy Attorney General<br>Office of the Nevada Attorney General<br>100 N. Carson St.<br>Carson City, NV 89701<br>Telephone: (775) 684-1100<br>Email: LTucker@ag.nv.gov<br>*Counsel for Plaintiff State of Nevada* |
| s/ Katherine W. Krems<br>Katherine W. Krems (admitted *pro hac vice*)<br>Assistant Attorney General, Antitrust Division<br>Office of the Massachusetts Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Telephone: (617) 963-2189<br>Email: katherine.krems@mass.gov<br>*Counsel for Plaintiff Commonwealth of Massachusetts* | s/ Andrew Esoldi<br>Andrew Esoldi (admitted *pro hac vice*)<br>Deputy Attorney General<br>New Jersey Office of the Attorney General<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Telephone: (973) 648-7819<br>Email: andrew.esoldi@law.njoag.gov<br>*Counsel for Plaintiff State of New Jersey* |
| s/ Scott A. Mertens<br>Scott A. Mertens (admitted *pro hac vice*)<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>525 West Ottawa Street<br>Lansing, MI 48933<br>Telephone: (517) 335-7622<br>Email: MertensS@michigan.gov<br>*Counsel for Plaintiff State of Michigan* | s/ Jeffrey Herrera<br>Jeffrey Herrera (admitted *pro hac vice*)<br>Assistant Attorney General<br>New Mexico Office of the Attorney General<br>408 Galisteo St.<br>Santa Fe, NM 87501<br>Telephone: (505) 490-4878<br>Email: jherrera@nmag.gov<br>*Counsel for Plaintiff State of New Mexico* |
| s/ Zach Biesanz<br>Zach Biesanz (admitted *pro hac vice*)<br>Senior Enforcement Counsel<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>Saint Paul, MN 55101<br>Telephone: (651) 757-1257<br>Email: zach.biesanz@ag.state.mn.us<br>*Counsel for Plaintiff State of Minnesota* | s/ Zulma Carrasquillo Almena<br>Zulma Carrasquillo Almena (admitted *pro hac vice*)<br>Puerto Rico Department of Justice<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00902-0192<br>Telephone: (787) 721-2900, Ext. 1211<br>Email: zcarrasquillo@justicia.pr.gov<br>*Counsel for Plaintiff Commonwealth of Puerto Rico* |

STIPULATED MOTION AND [PROPOSED]  
ORDER PARTIALLY EXTENDING INTERIM DEADLINES - 4  
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION  
600 Pennsylvania Avenue, NW  
Washington, DC 20580  
(202) 326-2222

1  *s/ Stephen N. Provazza*
   Stephen N. Provazza (admitted *pro hac vice*)
2  Special Assistant Attorney General
   Chief, Consumer and Economic Justice Unit
3  Department of the Attorney General
   150 South Main Street
4  Providence, RI 02903
   Telephone: (401) 274-4400
5  Email: sprovazza@riag.ri.gov
   *Counsel for Plaintiff State of Rhode Island*
6
   *s/ Sarah L.J. Aceves*
7  Sarah L.J. Aceves (admitted *pro hac vice*)
   Assistant Attorney General
8  Public Protection Division
   Vermont Attorney General's Office
9  109 State Street
   Montpelier, VT 05609
10 Telephone: (802) 828-3170
   Email: Sarah.Aceves@vermont.gov
11 *Counsel for Plaintiff State of Vermont*

12 *s/ Laura E. McFarlane*
   Laura E. McFarlane (admitted *pro hac vice*)
13 Assistant Attorney General
   Wisconsin Department of Justice
14 Post Office Box 7857
   Madison, WI 53707-7857
15 Telephone: (608) 266-8911
   Email: mcfarlanele@doj.state.wi.us
16 *Counsel for Plaintiff State of Wisconsin*

|   |   |
|---|---|
| 1 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | By: *s/ Patty A. Eakes* |
|   | Patty A. Eakes, WSBA #18888 |
| 3 | Molly A. Terwilliger, WSBA #28449 |
|   | 1301 Second Avenue, Suite 2800 |
| 4 | Seattle, WA 98101 |
|   | Phone: (206) 274-6400 |
| 5 | Email: patti.eakes@morganlewis.com |
|   |        molly.terwilliger@morganlewis.com |
| 6 |   |
| 7 | **WILLIAMS & CONNOLLY LLP** |
| 8 | Heidi K. Hubbard (*pro hac vice*) |
|   | John E. Schmidtlein (*pro hac vice*) |
| 9 | Kevin M. Hodges (*pro hac vice*) |
|   | Jonathan B. Pitt (*pro hac vice*) |
| 10 | Carl R. Metz (*pro hac vice*) |
|   | Carol J. Pruski (*pro hac vice*) |
| 11 | Katherine Trefz (*pro hac vice*) |
|   | 680 Maine Avenue SW |
| 12 | Washington, DC 20024 |
|   | Phone: (202) 434-5000 |
| 13 | Email: hhubbard@wc.com |
|   |        khodges@wc.com |
| 14 |        jpitt@wc.com |
|   |        cmetz@wc.com |
| 15 |        cpruski@wc.com |
|   |        ktrefz@wc.com |
| 16 |   |
| 17 | **COVINGTON & BURLING LLP** |
| 18 | Thomas O. Barnett (*pro hac vice*) |
|   | Katherine Mitchell-Tombras (*pro hac vice*) |
| 19 | One CityCenter |
|   | 850 Tenth Street, NW |
| 20 | Washington, DC 20001-4956 |
|   | Phone: (202) 662-5407 |
| 21 | Email: tbarnett@cov.com |
|   |        kmitchelltombras@cov.com |
| 22 |   |
| 23 |   |
| 24 |   |

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND [PROPOSED]
ORDER PARTIALLY EXTENDING INTERIM DEADLINES - 7
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Michael Baker*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
MICHAEL BAKER (DC Bar # 1044327)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:  (202) 326-2122 (Musser)
       (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
       etakashima@ftc.gov
       mbaker1@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED]
ORDER PARTIALLY EXTENDING INTERIM DEADLINES - 8
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222