THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | **CASE NO.: 2:23-cv-01495-JHC**<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING SEALING ISSUES**<br><br>NOTE ON MOTION CALENDAR:<br>October 25, 2024 |

    Plaintiffs may file one or more discovery motions in compliance with the Court's orders regarding interim discovery deadlines. (*See* Dkt. ##288, 310). Because the briefing, declarations, and exhibits for those motions may contain a significant amount of information that Amazon or non-parties have designated Highly Confidential—Attorneys' Eyes Only or Confidential under the Protective Order. (Dkt. #160.), and to avoid burdening the Court with multiple sealing motions, the parties, by and through their respective attorneys of record, hereby stipulate and agree to the following filing and sealing procedures for any discovery motions filed on or before October 31, 2024 and any subsequent opposition or reply briefs:

STIPULATED MOTION AND [PROPOSED]  
ORDER REGARDING SEALING ISSUES - 1  
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION  
600 Pennsylvania Avenue, NW  
Washington, DC 20580  
(202) 326-2222

1. Each party shall provisionally file under seal its briefs, declarations, and exhibits containing material designated Highly Confidential—Attorneys' Eyes Only or Confidential under the Protective Order. The party shall contemporaneously file a public version of any sealed documents, redacting only the material that is provisionally filed under seal. The party is not required to file a motion to seal at the same time the party files the sealed documents.

2. Nothing in this Stipulation and Order relieves the parties of their obligations, under Local Civil Rule 5(g)(1)(A), to meet and confer before any filing to determine whether the designating party will withdraw its confidentiality designations.

3. Within 14 days of the date any reply is due, any party or non-party seeking to maintain under seal any material that was provisionally filed under seal pursuant to Paragraph 1 above shall file one omnibus motion to seal. The moving party or non-party shall include a table identifying: the document containing material to be maintained under seal, including docket number; a pincite for the material to be maintained under seal; and the basis for maintaining that material under seal.

4. Any material provisionally filed under seal pursuant to Paragraph 1 that is not the subject of a motion to seal filed within 14 days of the date any reply is due shall be deemed unsealed the following business day.

STIPULATED MOTION AND [PROPOSED]
ORDER REGARDING SEALING ISSUES - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Stipulated to and respectfully submitted this 25th day of October, 2024, by:

*s/ Michael Baker*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
MICHAEL BAKER (DC Bar # 1044327)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
etakashima@ftc.gov
mabker1@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED]
ORDER REGARDING SEALING ISSUES - 3
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | | |
|---|---|---|
| 1 | *s/ Michael Jo* | *s/ Timothy D. Smith* |
| | Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| 2 | Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| | New York State Office of the Attorney | Antitrust and False Claims Unit |
| 3 | General | Oregon Department of Justice |
| | 28 Liberty Street | 100 SW Market St |
| 4 | New York, NY 10005 | Portland, OR 97201 |
| | Telephone: (212) 416-6537 | Telephone: (503) 934-4400 |
| 5 | Email: Michael.Jo@ag.ny.gov | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of New York* | *Counsel for Plaintiff State of Oregon* |
| 6 | | |
| | *s/ Rahul A. Darwar* | *s/ Jennifer A. Thomson* |
| 7 | Rahul A. Darwar (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| | Assistant Attorney General | Senior Deputy Attorney General |
| 8 | Office of the Attorney General of Connecticut | Pennsylvania Office of Attorney General |
| | 165 Capitol Avenue | Strawberry Square, 14th Floor |
| 9 | Hartford, CT 06016 | Harrisburg, PA 17120 |
| | Telephone: (860) 808-5030 | Telephone: (717) 787-4530 |
| 10 | Email: Rahul.Darwar@ct.gov | Email: jthomson@attorneygeneral.gov |
| | *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| 11 | | |
| | *s/ Alexandra C. Sosnowski* | |
| 12 | Alexandra C. Sosnowski (admitted *pro hac vice*) | *s/ Michael A. Undorf* |
| | | Michael A. Undorf (admitted *pro hac vice*) |
| 13 | Assistant Attorney General | Deputy Attorney General |
| | Consumer Protection and Antitrust Bureau | Delaware Department of Justice |
| 14 | New Hampshire Department of Justice | 820 N. French St., 5th Floor |
| | Office of the Attorney General | Wilmington, DE 19801 |
| 15 | One Granite Place South | Telephone: (302) 683-8816 |
| | Concord, NH 03301 | Email: michael.undorf@delaware.gov |
| 16 | Telephone: (603) 271-2678 | *Counsel for Plaintiff State of Delaware* |
| | Email: Alexandra.c.sosnowski@doj.nh.gov | |
| 17 | *Counsel for Plaintiff State of New Hampshire* | *s/ Christina M. Moylan* |
| | | Christina M. Moylan (admitted *pro hac vice*) |
| 18 | *s/ Robert J. Carlson* | Assistant Attorney General |
| | Robert J. Carlson (admitted *pro hac vice*) | Chief, Consumer Protection Division |
| 19 | Assistant Attorney General | Office of the Maine Attorney General |
| | Consumer Protection Unit | 6 State House Station |
| 20 | Office of the Oklahoma Attorney General | Augusta, ME 04333-0006 |
| | 15 West 6th Street, Suite 1000 | Telephone: (207) 626-8800 |
| 21 | Tulsa, OK 74119 | Email: christina.moylan@maine.gov |
| | Telephone: (918) 581-2885 | *Counsel for Plaintiff State of Maine* |
| 22 | Email: robert.carlson@oag.ok.gov | |
| | *Counsel for Plaintiff State of Oklahoma* | |
| 23 | | |
| 24 | | |

| | |
|---|---|
| STIPULATED MOTION AND [PROPOSED] ORDER REGARDING SEALING ISSUES - 4 CASE NO. 2:23-cv-01495-JHC | **FEDERAL TRADE COMMISSION** 600 Pennsylvania Avenue, NW Washington, DC 20580 (202) 326-2222 |

s/ Gary Honick
Gary Honick (admitted *pro hac vice*)
Assistant Attorney General
Deputy Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6470
Email: Ghonick@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

s/ Katherine W. Krems
Katherine W. Krems (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: katherine.krems@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

s/ Scott A. Mertens
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

s/ Zach Biesanz
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

s/ Lucas J. Tucker
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

s/ Andrew Esoldi
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

s/ Jeffrey Herrera
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

s/ Zulma Carrasquillo Almena
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING SEALING ISSUES - 5
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1  s/ Stephen N. Provazza
   Stephen N. Provazza (admitted *pro hac vice*)
2  Special Assistant Attorney General
   Chief, Consumer and Economic Justice Unit
3  Department of the Attorney General
   150 South Main Street
4  Providence, RI 02903
   Telephone: (401) 274-4400
5  Email: sprovazza@riag.ri.gov
   *Counsel for Plaintiff State of Rhode Island*

6
   s/ Sarah L.J. Aceves
7  Sarah L.J. Aceves (admitted *pro hac vice*)
   Assistant Attorney General
8  Public Protection Division
   Vermont Attorney General's Office
9  109 State Street
   Montpelier, VT 05609
10 Telephone: (802) 828-3170
   Email: Sarah.Aceves@vermont.gov
11 *Counsel for Plaintiff State of Vermont*

12 s/ Laura E. McFarlane
   Laura E. McFarlane (admitted *pro hac vice*)
13 Assistant Attorney General
   Wisconsin Department of Justice
14 Post Office Box 7857
   Madison, WI 53707-7857
15 Telephone: (608) 266-8911
   Email: mcfarlanele@doj.state.wi.us
16 *Counsel for Plaintiff State of Wisconsin*

17

18

19

20

21

22

23

24

| STIPULATED MOTION AND [PROPOSED] | FEDERAL TRADE COMMISSION |
| ORDER REGARDING SEALING ISSUES - 6 | 600 Pennsylvania Avenue, NW |
| CASE NO. 2:23-cv-01495-JHC | Washington, DC 20580 |
| | (202) 326-2222 |

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
　　　　molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
　　　　khodges@wc.com
　　　　jpitt@wc.com
　　　　cmetz@wc.com
　　　　cpruski@wc.com
　　　　ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
　　　　kmitchelltombras@cov.com

STIPULATED MOTION AND [PROPOSED]
ORDER REGARDING SEALING ISSUES - 7
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND [PROPOSED]
ORDER REGARDING SEALING ISSUES - 8
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

# [PROPOSED] ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

                                           _____
                                           JOHN H. CHUN
                                           UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Michael Baker*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
MICHAEL BAKER (DC Bar # 1044327)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
         etakashima@ftc.gov
         mbaker1@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING SEALING ISSUES - 9
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222