THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

CASE NO.: 2:23-cv-01495-JHC

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF RE: FORTHCOMING MOTION TO COMPEL REGARDING CUSTODIANS AND SEARCH TERMS**

Plaintiffs have filed a Motion for Leave to File Over-Length Brief Re: Forthcoming Motion to Compel Regarding Custodians and Search Terms. The Court has considered the motion and deems itself fully advised. The motion is GRANTED. Plaintiffs may file an over-length brief of no more than 7,000 words in support of their motion to compel regarding certain custodian and search term disputes. Amazon will be entitled to the same extension for its opposition. The length of Plaintiffs' reply will be governed by Local Civil Rule 7(f)(4).

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

DATED this _____ day of October, 2024.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Michael Baker*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
MICHAEL BAKER (DC Bar # 1044327)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
       etakashima@ftc.gov
       mbaker1@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | | |
|---|---|---|
| 1 | *s/ Michael Jo* | *s/ Timothy D. Smith* |
| | Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| 2 | Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| | New York State Office of the Attorney | Antitrust and False Claims Unit |
| 3 | General | Oregon Department of Justice |
| | 28 Liberty Street | 100 SW Market St |
| 4 | New York, NY 10005 | Portland, OR 97201 |
| | Telephone: (212) 416-6537 | Telephone: (503) 934-4400 |
| 5 | Email: Michael.Jo@ag.ny.gov | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of New York* | *Counsel for Plaintiff State of Oregon* |
| 6 | | |
| | *s/ Rahul A. Darwar* | *s/ Jennifer A. Thomson* |
| 7 | Rahul A. Darwar (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| | Assistant Attorney General | Senior Deputy Attorney General |
| 8 | Office of the Attorney General of Connecticut | Pennsylvania Office of Attorney General |
| | 165 Capitol Avenue | Strawberry Square, 14th Floor |
| 9 | Hartford, CT 06016 | Harrisburg, PA 17120 |
| | Telephone: (860) 808-5030 | Telephone: (717) 787-4530 |
| 10 | Email: Rahul.Darwar@ct.gov | Email: jthomson@attorneygeneral.gov |
| | *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| 11 | *s/ Alexandra C. Sosnowski* | |
| 12 | Alexandra C. Sosnowski (admitted *pro hac vice*) | *s/ Michael A. Undorf* |
| | | Michael A. Undorf (admitted *pro hac vice*) |
| 13 | Assistant Attorney General | Deputy Attorney General |
| | Consumer Protection and Antitrust Bureau | Delaware Department of Justice |
| 14 | New Hampshire Department of Justice | 820 N. French St., 5th Floor |
| | Office of the Attorney General | Wilmington, DE 19801 |
| 15 | One Granite Place South | Telephone: (302) 683-8816 |
| | Concord, NH 03301 | Email: michael.undorf@delaware.gov |
| 16 | Telephone: (603) 271-2678 | *Counsel for Plaintiff State of Delaware* |
| | Email: Alexandra.c.sosnowski@doj.nh.gov | |
| 17 | *Counsel for Plaintiff State of New Hampshire* | *s/ Christina M. Moylan* |
| | | Christina M. Moylan (admitted *pro hac vice*) |
| 18 | *s/ Robert J. Carlson* | Assistant Attorney General |
| | Robert J. Carlson (admitted *pro hac vice*) | Chief, Consumer Protection Division |
| 19 | Assistant Attorney General | Office of the Maine Attorney General |
| | Consumer Protection Unit | 6 State House Station |
| 20 | Office of the Oklahoma Attorney General | Augusta, ME 04333-0006 |
| | 15 West 6th Street, Suite 1000 | Telephone: (207) 626-8800 |
| 21 | Tulsa, OK 74119 | Email: christina.moylan@maine.gov |
| | Telephone: (918) 581-2885 | *Counsel for Plaintiff State of Maine* |
| 22 | Email: robert.carlson@oag.ok.gov | |
| | *Counsel for Plaintiff State of Oklahoma* | |
| 23 | | |
| 24 | | |

| | |
|---|---|
| [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF - 3 | **FEDERAL TRADE COMMISSION** 600 Pennsylvania Avenue, NW Washington, DC 20580 (202) 326-2222 |

s/ Gary Honick
Gary Honick (admitted *pro hac vice*)
Assistant Attorney General
Deputy Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6470
Email: Ghonick@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

s/ Katherine W. Krems
Katherine W. Krems (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: katherine.krems@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

s/ Scott A. Mertens
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

s/ Zach Biesanz
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

s/ Lucas J. Tucker
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

s/ Andrew Esoldi
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

s/ Jeffrey Herrera
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

s/ Zulma Carrasquillo Almena
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

s/ Stephen N. Provazza
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

s/ Sarah L.J. Aceves
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

s/ Laura E. McFarlane
Laura E. McFarlane (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR LEAVE
TO FILE OVER-LENGTH BRIEF - 5

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222