**From:** Baker, Michael <mbaker1@ftc.gov>
**Sent:** Friday, October 25, 2024 5:47 PM
**To:** WAWDdb_COOPFilings <filing@wawd.uscourts.gov>
**Cc:** andrew.decarlow@morganlewis.com; alemens@wc.com; austin.popham@morganlewis.com; cmetz@wc.com; cpruski@wc.com; dludwin@cov.com; ereddington@wc.com; hhubbard@wc.com; jschmidtlein@wc.com; jpitt@wc.com; kmitchelltombras@cov.com; ktrefz_wc.com <ktrefz@wc.com>; kelly.kennedy@morganlewis.com; khodges@wc.com; kbroecker@wc.com; kstojilkovic@wilkinsonstekloff.com; kknapp@redgravellp.com; AmazonFTCTeam@morganlewis.com; molly_terwilliger_morganlewis_com <molly.terwilliger@morganlewis.com>; patty.eakes@morganlewis.com; tbarnett@cov.com; tcastella@wc.com; trang.la@morganlewis.com; wschmidt@wc.com; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Kennedy, Christine <ckennedy@ftc.gov>; Herd, Colin <cherd@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Quinn, Danielle <dquinn@ftc.gov>; Allen, Devon <dallen1@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Harrell, Wells <jharrell@ftc.gov>; Frech, Jacob <jfrech@ftc.gov>; Walter-Warner, Jake <jwalterwarner@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; King, Kara <kking@ftc.gov>; Schoolmeester, Kelly <kschoolmeester@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; Walters, Kurt <kwalters@ftc.gov>; Barnwell, Leigh <lbarnwell@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Henry, Megan <mhenry1@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Baker, Michael <mbaker1@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Ma, Rachel <rma@ftc.gov>; Divett, Sara <sdivett@ftc.gov>; Steinberg, Shira <ssteinberg1@ftc.gov>; Antonio, Stephen <santonio@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Martin, Teresa <TMARTIN@ftc.gov>; Miller, Thomas <tmiller2@ftc.gov>; Rudy, Z. Lily <zrudy@ftc.gov>; sosnowski@doj.nh.gov; amy.mcfarlane@ag.ny.gov; ana.atta-alla@law.njoag.gov; andrew.esoldi@law.njoag.gov; bsprecher@attorneygeneral.gov; brian.canfield@delaware.gov; ByronWarren-contact <bwarren@oag.state.md.us>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; hoffmann@ag.ny.gov; GaryHonick-contact <ghonick@oag.state.md.us>; isabella.pitt@law.njoag.gov; james.yoon@ag.ny.gov; evansj@michigan.gov; JeffHerrera-contact <jherrera@nmag.gov>; jthomson@attorneygeneral.gov; comishj@michigan.gov; JuliaMeade-contact <jmeade@nmag.gov>; katherine.krems@mass.gov; LauraMcFarlane-Contact <mcfarlanele@doj.state.wi.us>; LucusTucker-contact <LTucker@ag.nv.gov>; michael.undorf@delaware.gov; michael.devine@maine.gov; michael.jo@ag.ny.gov; nicole.demers@ct.gov; rahul.darwar@ct.gov; robert.carlson@oag.ok.gov; sarah.aceves@vermont.gov; sarah.doktori@ag.state.mn.us; mertenss@michigan.gov; StephenProvazza-contact <sprovazza@riag.ri.gov>; tim.smith@doj.state.or.us; twertz@attorneygeneral.gov; zach.biesanz@ag.state.mn.us; zcarrasquillo@justicia.pr.gov
**Subject:** Filing in FTC, et al. v. Amazon.com Inc., Case No. 2:23-cv-01495-JHC

**CAUTION - EXTERNAL:**

Good evening –

Due to the CM/ECF system maintenance, https://www.wawd.uscourts.gov/news/cmecf-scheduled-system-unavailability-october-25-28-2024, Plaintiffs in *FTC, et al. v. Amazon.com Inc.* (Case No. 2:23-cv-01495-JHC) hereby submit for filing the attached Motion for Leave to File Over-Length Brief Re: Forthcoming Motion to Compel Regarding Custodians and Search Terms and the accompanying Proposed Order.  Please let me know if you have any questions or issues.

Best,
Mike Baker



**Michael Baker** (he/him)
Anticompetitive Practices Division II
Federal Trade Commission
(202) 285-1979 | mbaker1@ftc.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.