UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF RE: FORTHCOMING MOTION TO COMPEL REGARDING CUSTODIANS AND SEARCH TERMS |

Plaintiffs have filed a Motion for Leave to File Over-Length Brief Re: Forthcoming Motion to Compel Regarding Custodians and Search Terms. Dkt. # 318. The Court has considered the motion and deems itself fully advised. The motion is GRANTED. Plaintiffs may file an over-length brief of no more than 7,000 words in support of their motion to compel regarding certain custodian and search term disputes. Amazon will be entitled to the same extension for its opposition. The length of Plaintiffs' reply will be governed by Local Civil Rule 7(f)(4).

DATED this 28th day of October, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE
TO FILE OVER-LENGTH BRIEF - 2
CASE NO. 2:23-cv-01495-JHC