THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | **CASE NO.: 2:23-cv-01495-JHC** <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES** <br><br> NOTE ON MOTION CALENDAR: <br> October 28, 2024 |

The Court's October 18, 2024 Order Extending Interim Deadlines (Dkt. #310) provides that the deadline for Plaintiffs to file a motion regarding any disputes regarding search is October 30, 2024, and that the parties will file a joint submission on proposed deadlines for any Second Set of documents by November 4, 2024.

The parties have continued to meet and confer regarding search issues. The parties agree that a brief extension of the above-referenced deadlines may allow the parties to further narrow their disputes and reduce the number of issues that will require court intervention. Accordingly, the parties, by and through their respective attorneys of record, hereby stipulate and agree to the following deadlines:

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1. The deadline for Plaintiffs to file a motion regarding any disputes regarding search, including custodians or search terms, shall be November 5, 2024.
   a. This deadline does not apply to any disputes regarding non-custodial sources or Amazon's proposed "spam" protocol for custodians Andy Jassy and Jeff Bezos. Any motions regarding those issues are due no later than November 14, 2024. (Dkt. #319).
   b. The Court's Order regarding sealing issues shall apply separately to any discovery motions, including oppositions or replies related to such motions, filed on or before November 5, 2024, and to any discovery motions, including oppositions or replies related to such motions, filed on or before November 14, 2024. (Dkt. #320).
2. The deadline for a joint submission on proposed deadlines for any Second Set of documents shall be November 12, 2024.

STIPULATED MOTION AND [PROPOSED]  
ORDER EXTENDING DEADLINES - 2  
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION  
600 Pennsylvania Avenue, NW  
Washington, DC 20580  
(202) 326-2222

Stipulated to and respectfully submitted this 28th day of October, 2024, by:

*s/ Michael Baker*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
MICHAEL BAKER (DC Bar # 1044327)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
        etakashima@ftc.gov
        mbaker1@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING DEADLINES - 3
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| *s/ Michael Jo* | *s/ Timothy D. Smith* |
| Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| New York State Office of the Attorney General | Antitrust and False Claims Unit |
| 28 Liberty Street | Oregon Department of Justice |
| New York, NY 10005 | 100 SW Market St |
| Telephone: (212) 416-6537 | Portland, OR 97201 |
| Email: Michael.Jo@ag.ny.gov | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of New York* | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of Oregon* |
| *s/ Rahul A. Darwar* | |
| Rahul A. Darwar (admitted *pro hac vice*) | *s/ Jennifer A. Thomson* |
| Assistant Attorney General | Jennifer A. Thomson (admitted *pro hac vice*) |
| Office of the Attorney General of Connecticut | Senior Deputy Attorney General |
| 165 Capitol Avenue | Pennsylvania Office of Attorney General |
| Hartford, CT 06016 | Strawberry Square, 14th Floor |
| Telephone: (860) 808-5030 | Harrisburg, PA 17120 |
| Email: Rahul.Darwar@ct.gov | Telephone: (717) 787-4530 |
| *Counsel for Plaintiff State of Connecticut* | Email: jthomson@attorneygeneral.gov |
| | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| *s/ Alexandra C. Sosnowski* | |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | *s/ Michael A. Undorf* |
| Assistant Attorney General | Michael A. Undorf (admitted *pro hac vice*) |
| Consumer Protection and Antitrust Bureau | Deputy Attorney General |
| New Hampshire Department of Justice | Delaware Department of Justice |
| Office of the Attorney General | 820 N. French St., 5th Floor |
| One Granite Place South | Wilmington, DE 19801 |
| Concord, NH 03301 | Telephone: (302) 683-8816 |
| Telephone: (603) 271-2678 | Email: michael.undorf@delaware.gov |
| Email: Alexandra.c.sosnowski@doj.nh.gov | *Counsel for Plaintiff State of Delaware* |
| *Counsel for Plaintiff State of New Hampshire* | |
| | *s/ Christina M. Moylan* |
| *s/ Robert J. Carlson* | Christina M. Moylan (admitted *pro hac vice*) |
| Robert J. Carlson (admitted *pro hac vice*) | Assistant Attorney General |
| Assistant Attorney General | Chief, Consumer Protection Division |
| Consumer Protection Unit | Office of the Maine Attorney General |
| Office of the Oklahoma Attorney General | 6 State House Station |
| 15 West 6th Street, Suite 1000 | Augusta, ME 04333-0006 |
| Tulsa, OK 74119 | Telephone: (207) 626-8800 |
| Telephone: (918) 581-2885 | Email: christina.moylan@maine.gov |
| Email: robert.carlson@oag.ok.gov | *Counsel for Plaintiff State of Maine* |
| *Counsel for Plaintiff State of Oklahoma* | |

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING INTERIM DEADLINES - 4
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | | |
|---|---|---|
| 1 | s/ *Gary Honick*<br>Gary Honick (admitted *pro hac vice*) | s/ *Lucas J. Tucker*<br>Lucas J. Tucker (admitted *pro hac vice*) |
| 2 | Assistant Attorney General | Senior Deputy Attorney General |
| | Deputy Chief, Antitrust Division | Office of the Nevada Attorney General |
| 3 | Office of the Maryland Attorney General<br>200 St. Paul Place | 100 N. Carson St.<br>Carson City, NV 89701 |
| 4 | Baltimore, MD 21202<br>Telephone: (410) 576-6470 | Telephone: (775) 684-1100<br>Email: LTucker@ag.nv.gov |
| 5 | Email: Ghonick@oag.state.md.us<br>*Counsel for Plaintiff State of Maryland* | *Counsel for Plaintiff State of Nevada* |
| 6 | | s/ *Andrew Esoldi*<br>Andrew Esoldi (admitted *pro hac vice*) |
| 7 | s/ *Katherine W. Krems*<br>Katherine W. Krems (admitted *pro hac vice*) | Deputy Attorney General |
| | Assistant Attorney General, Antitrust Division | New Jersey Office of the Attorney General |
| 8 | Office of the Massachusetts Attorney General<br>One Ashburton Place, 18th Floor | 124 Halsey Street, 5th Floor<br>Newark, NJ 07101 |
| 9 | Boston, MA 02108<br>Telephone: (617) 963-2189 | Telephone: (973) 648-7819<br>Email: andrew.esoldi@law.njoag.gov |
| 10 | Email: katherine.krems@mass.gov | *Counsel for Plaintiff State of New Jersey* |
| 11 | *Counsel for Plaintiff Commonwealth of Massachusetts* | s/ *Jeffrey Herrera*<br>Jeffrey Herrera (admitted *pro hac vice*) |
| 12 | s/ *Scott A. Mertens*<br>Scott A. Mertens (admitted *pro hac vice*) | Assistant Attorney General<br>New Mexico Office of the Attorney General |
| 13 | Assistant Attorney General | 408 Galisteo St. |
| | Michigan Department of Attorney General | Santa Fe, NM 87501 |
| 14 | 525 West Ottawa Street<br>Lansing, MI 48933 | Telephone: (505) 490-4878<br>Email: jherrera@nmag.gov |
| 15 | Telephone: (517) 335-7622<br>Email: MertensS@michigan.gov | *Counsel for Plaintiff State of New Mexico* |
| 16 | *Counsel for Plaintiff State of Michigan* | s/ *Zulma Carrasquillo Almena*<br>Zulma Carrasquillo Almena (admitted *pro hac vice*) |
| 17 | s/ *Zach Biesanz*<br>Zach Biesanz (admitted *pro hac vice*) | Puerto Rico Department of Justice |
| 18 | Senior Enforcement Counsel | P.O. Box 9020192 |
| | Office of the Minnesota Attorney General | San Juan, Puerto Rico 00902-0192 |
| 19 | 445 Minnesota Street, Suite 1400<br>Saint Paul, MN 55101 | Telephone: (787) 721-2900, Ext. 1211<br>Email: zcarrasquillo@justicia.pr.gov |
| 20 | Telephone: (651) 757-1257<br>Email: zach.biesanz@ag.state.mn.us | *Counsel for Plaintiff Commonwealth of Puerto Rico* |
| 21 | *Counsel for Plaintiff State of Minnesota* | |

1  s/ Stephen N. Provazza
   Stephen N. Provazza (admitted *pro hac vice*)
2  Special Assistant Attorney General
   Chief, Consumer and Economic Justice Unit
3  Department of the Attorney General
   150 South Main Street
4  Providence, RI 02903
   Telephone: (401) 274-4400
5  Email: sprovazza@riag.ri.gov
   *Counsel for Plaintiff State of Rhode Island*
6
   s/ Sarah L.J. Aceves
7  Sarah L.J. Aceves (admitted *pro hac vice*)
   Assistant Attorney General
8  Public Protection Division
   Vermont Attorney General's Office
9  109 State Street
   Montpelier, VT 05609
10 Telephone: (802) 828-3170
   Email: Sarah.Aceves@vermont.gov
11 *Counsel for Plaintiff State of Vermont*

12 s/ Laura E. McFarlane
   Laura E. McFarlane (admitted *pro hac vice*)
13 Assistant Attorney General
   Wisconsin Department of Justice
14 Post Office Box 7857
   Madison, WI 53707-7857
15 Telephone: (608) 266-8911
   Email: mcfarlanele@doj.state.wi.us
16 *Counsel for Plaintiff State of Wisconsin*

|   |   |
|---|---|
| 1 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | By: *s/ Patty A. Eakes* |
|   | Patty A. Eakes, WSBA #18888 |
| 3 | Molly A. Terwilliger, WSBA #28449 |
|   | 1301 Second Avenue, Suite 2800 |
| 4 | Seattle, WA 98101 |
|   | Phone: (206) 274-6400 |
| 5 | Email: patti.eakes@morganlewis.com |
|   |         molly.terwilliger@morganlewis.com |
| 6 |   |
| 7 | **WILLIAMS & CONNOLLY LLP** |
| 8 | Heidi K. Hubbard (*pro hac vice*) |
|   | John E. Schmidtlein (*pro hac vice*) |
| 9 | Kevin M. Hodges (*pro hac vice*) |
|   | Jonathan B. Pitt (*pro hac vice*) |
| 10 | Carl R. Metz (*pro hac vice*) |
|   | Carol J. Pruski (*pro hac vice*) |
| 11 | Katherine Trefz (*pro hac vice*) |
|   | 680 Maine Avenue SW |
| 12 | Washington, DC 20024 |
|   | Phone: (202) 434-5000 |
| 13 | Email: hhubbard@wc.com |
|   |         khodges@wc.com |
| 14 |         jpitt@wc.com |
|   |         cmetz@wc.com |
| 15 |         cpruski@wc.com |
|   |         ktrefz@wc.com |
| 16 |   |
| 17 | **COVINGTON & BURLING LLP** |
| 18 | Thomas O. Barnett (*pro hac vice*) |
|   | Katherine Mitchell-Tombras (*pro hac vice*) |
| 19 | One CityCenter |
|   | 850 Tenth Street, NW |
| 20 | Washington, DC 20001-4956 |
|   | Phone: (202) 662-5407 |
| 21 | Email: tbarnett@cov.com |
|   |         kmitchelltombras@cov.com |
| 22 |   |
| 23 |   |
| 24 |   |

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING INTERIM DEADLINES - 8
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

# [PROPOSED] ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Michael Baker*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
MICHAEL BAKER (DC Bar # 1044327)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
        etakashima@ftc.gov
        mbaker1@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING INTERIM DEADLINES - 9
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222