1                                                                      THE HONORABLE JOHN H. CHUN

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**
                           **WESTERN DISTRICT OF WASHINGTON**
7                                     **AT SEATTLE**

8

9    FEDERAL TRADE COMMISSION, *et al.*,              **CASE NO.: 2:23-cv-01495-JHC**

10                    Plaintiffs,                     **STIPULATED MOTION AND**
                                                      **[PROPOSED] ORDER TO SEAL**
11                    v.                              **PORTIONS OF THE SECOND**
                                                      **AMENDED COMPLAINT**
12   AMAZON.COM, INC., a corporation,

13                    Defendant.                      NOTE ON MOTION CALENDAR:
                                                      October 31, 2024

14

15        The parties, by and through their attorneys of record, respectfully request that the Court

16   enter the proposed order set forth below, sealing portions of Plaintiffs' Second Amended

17   Complaint.

18        In support of this request, the parties represent the following to the Court:

19   1.        On September 30, 2024, the Court issued an Order on Defendant's Motion to

20             Dismiss & Plaintiffs' Motion to Bifurcate (Dkt. #289), which granted Plaintiffs

21             until October 31, 2024, leave to file a Second Amended Complaint as to any

22             claims dismissed without prejudice.

23

24

2.    Pursuant to that Order, Plaintiffs are filing a Second Amended Complaint that amends claims under the state laws of Maryland, Pennsylvania, and New Jersey. The only substantive changes to the Second Amended Complaint relate to these state law claims.

3.    The Court previously entered three orders sealing portions of the Complaint. Dkts. #108, 120, 172.

4.    The Second Amended Complaint includes information the Court previously ordered to be sealed. Dkts. #108, 120, 172. That information is highlighted in the Second Amended Complaint.

5.    Plaintiffs are filing a public version of the Second Amended Complaint redacting only the information the Court previously ordered to be sealed. Dkts. #108, 120, 172.

6.    Pursuant to Local Civil Rule 5(g)(3)(A), the undersigned counsel certify that they met and conferred to reach the agreement described in this Stipulated Motion. The following attorneys conferred by email on October 29, 2024 and October 31, 2024: Edward Takashima, Kara King, and Michael Baker for the FTC; Michael Jo for the State of New York; Tim Smith for the State of Oregon; Rahul Darwar and Victoria Field for the State of Connecticut; and Kristen DeWilde, Katherine Trefz, Robert Keeling, Katharine Mitchell-Tombras, Molly Terwilliger, and CJ Pruski for Amazon.

7.    The parties stipulate as follows, subject to Court approval, and jointly request that the Court enter the following Order approving this Stipulation:

    a.    The highlighted portions of the Second Amended Complaint shall be sealed.

STIPULATED MOTION AND [PROPOSED]
ORDER TO SEAL PORTIONS OF THE SECOND
AMENDED COMPLAINT - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1    Stipulated to and respectfully submitted this 31st day of October, 2024, by:

2                                                   *s/ Kara King*
                                                    SUSAN A. MUSSER (DC Bar # 1531486)
3                                                   EDWARD H. TAKASHIMA (DC Bar # 1001641)
                                                    KARA KING (DC BAR # 90004509)
4                                                   Federal Trade Commission
                                                    600 Pennsylvania Avenue, NW
5                                                   Washington, DC 20580
                                                    Tel.:    (202) 326-2122 (Musser)
6                                                             (202) 326-2464 (Takashima)
                                                    Email: smusser@ftc.gov
7                                                            etakashima@ftc.gov
                                                            kking@ftc.gov
8
                                                    *Attorneys for Plaintiff Federal Trade Commission*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1
*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney
General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

*s/ Rahul A. Darwar*
Rahul A. Darwar (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Rahul.Darwar@ct.gov
*Counsel for Plaintiff State of Connecticut*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of
Pennsylvania*

*s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac
vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Robert J. Carlson*
Robert J. Carlson (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2885
Email: robert.carlson@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

STIPULATED MOTION AND [PROPOSED]
ORDER TO SEAL PORTIONS OF THE SECOND
AMENDED COMPLAINT - 4
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1  *s/ Gary Honick*
   Gary Honick (admitted *pro hac vice*)
2  Assistant Attorney General
   Deputy Chief, Antitrust Division
3  Office of the Maryland Attorney General
   200 St. Paul Place
4  Baltimore, MD 21202
   Telephone: (410) 576-6470
5  Email: Ghonick@oag.state.md.us
   *Counsel for Plaintiff State of Maryland*

6
   *s/ Katherine W. Krems*
7  Katherine W. Krems (admitted *pro hac vice*)
   Assistant Attorney General, Antitrust Division
8  Office of the Massachusetts Attorney General
   One Ashburton Place, 18th Floor
9  Boston, MA 02108
   Telephone: (617) 963-2189
10 Email: katherine.krems@mass.gov
   *Counsel for Plaintiff Commonwealth of*
11 *Massachusetts*

12 *s/ Scott A. Mertens*
   Scott A. Mertens (admitted *pro hac vice*)
13 Assistant Attorney General
   Michigan Department of Attorney General
14 525 West Ottawa Street
   Lansing, MI 48933
15 Telephone: (517) 335-7622
   Email: MertensS@michigan.gov
16 *Counsel for Plaintiff State of Michigan*

17 *s/ Zach Biesanz*
   Zach Biesanz (admitted *pro hac vice*)
18 Senior Enforcement Counsel
   Office of the Minnesota Attorney General
19 445 Minnesota Street, Suite 1400
   Saint Paul, MN 55101
20 Telephone: (651) 757-1257
   Email: zach.biesanz@ag.state.mn.us
21 *Counsel for Plaintiff State of Minnesota*

*s/ Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*


*s/ Andrew Esoldi*
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*


*s/ Jeffrey Herrera*
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*


*s/ Zulma Carrasquillo Almena*
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

22

23

24

STIPULATED MOTION AND [PROPOSED]
ORDER TO SEAL PORTIONS OF THE SECOND
AMENDED COMPLAINT - 5
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1   *s/ Stephen N. Provazza*
    Stephen N. Provazza (admitted *pro hac vice*)
2   Special Assistant Attorney General
    Chief, Consumer and Economic Justice Unit
3   Department of the Attorney General
    150 South Main Street
4   Providence, RI 02903
    Telephone: (401) 274-4400
5   Email: sprovazza@riag.ri.gov
    *Counsel for Plaintiff State of Rhode Island*
6
    *s/ Sarah L.J. Aceves*
7   Sarah L.J. Aceves (admitted *pro hac vice*)
    Assistant Attorney General
8   Public Protection Division
    Vermont Attorney General's Office
9   109 State Street
    Montpelier, VT 05609
10  Telephone: (802) 828-3170
    Email: Sarah.Aceves@vermont.gov
11  *Counsel for Plaintiff State of Vermont*

12  *s/ Laura E. McFarlane*
    Laura E. McFarlane (admitted *pro hac vice*)
13  Assistant Attorney General
    Wisconsin Department of Justice
14  Post Office Box 7857
    Madison, WI 53707-7857
15  Telephone: (608) 266-8911
    Email: mcfarlanele@doj.state.wi.us
16  *Counsel for Plaintiff State of Wisconsin*

17

18

19

20

21

22

23

24

STIPULATED MOTION AND [PROPOSED]                FEDERAL TRADE COMMISSION
ORDER TO SEAL PORTIONS OF THE SECOND            600 Pennsylvania Avenue, NW
AMENDED COMPLAINT - 6                            Washington, DC 20580
CASE NO. 2:23-cv-01495-JHC                       (202) 326-2222

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
      molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Katherine A. Trefz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
      JSchmidtlein@wc.com
      khodges@wc.com
      jpitt@wc.com
      cmetz@wc.com
      ktrefz@wc.com
      cpruski@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
Katharine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
      dludwin@cov.com
      kmitchelltombras@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND [PROPOSED]
ORDER TO SEAL PORTIONS OF THE SECOND
AMENDED COMPLAINT - 7
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1

**[PROPOSED] ORDER**

2      IT IS SO ORDERED.

3      DATED this _____ day of _____, 2024.

4

5                                              _____
                                               JOHN H. CHUN
                                               UNITED STATES DISTRICT JUDGE

6    Presented By:

7    *s/ Kara King*
     _____
8    SUSAN A. MUSSER (DC Bar # 1531486)
     EDWARD H. TAKASHIMA (DC Bar # 1001641)
9    KARA KING (DC BAR # 90004509)
     Federal Trade Commission
10   600 Pennsylvania Avenue, NW
     Washington, DC 20580
11   Tel.:   (202) 326-2122 (Musser)
             (202) 326-2464 (Takashima)
12   Email: smusser@ftc.gov
            etakashima@ftc.gov
13          kking@ftc.gov

14   *Attorneys for Plaintiff*
     *Federal Trade Commission*

15

16

17

18

19

20

21

22

23

24
     STIPULATED MOTION AND [PROPOSED]          **FEDERAL TRADE COMMISSION**
     ORDER TO SEAL PORTIONS OF THE SECOND      600 Pennsylvania Avenue, NW
     AMENDED COMPLAINT - 8                     Washington, DC 20580
     CASE NO. 2:23-cv-01495-JHC               (202) 326-2222