UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>AMAZON.COM, INC., a corporation, <br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br>**STIPULATED MOTION AND ORDER TO SEAL PORTIONS OF THE SECOND AMENDED COMPLAINT** <br><br>NOTE ON MOTION CALENDAR: October 31, 2024 |

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below, sealing portions of Plaintiffs' Second Amended Complaint.

In support of this request, the parties represent the following to the Court:

1. On September 30, 2024, the Court issued an Order on Defendant's Motion to Dismiss & Plaintiffs' Motion to Bifurcate (Dkt. #289), which granted Plaintiffs until October 31, 2024, leave to file a Second Amended Complaint as to any claims dismissed without prejudice.

2. Pursuant to that Order, Plaintiffs are filing a Second Amended Complaint that amends claims under the state laws of Maryland, Pennsylvania, and New Jersey. The only substantive changes to the Second Amended Complaint relate to these state law claims.

3. The Court previously entered three orders sealing portions of the Complaint. Dkts. #108, 120, 172.

4. The Second Amended Complaint includes information the Court previously ordered to be sealed. Dkts. #108, 120, 172. That information is highlighted in the Second Amended Complaint.

5. Plaintiffs are filing a public version of the Second Amended Complaint redacting only the information the Court previously ordered to be sealed. Dkts. #108, 120, 172.

6. Pursuant to Local Civil Rule 5(g)(3)(A), the undersigned counsel certify that they met and conferred to reach the agreement described in this Stipulated Motion. The following attorneys conferred by email on October 29, 2024 and October 31, 2024: Edward Takashima, Kara King, and Michael Baker for the FTC; Michael Jo for the State of New York; Tim Smith for the State of Oregon; Rahul Darwar and Victoria Field for the State of Connecticut; and Kristen DeWilde, Katherine Trefz, Robert Keeling, Katharine Mitchell-Tombras, Molly Terwilliger, and CJ Pruski for Amazon.

7. The parties stipulate as follows, subject to Court approval, and jointly request that the Court enter the following Order approving this Stipulation:

   a. The highlighted portions of the Second Amended Complaint shall be sealed.

Stipulated to and respectfully submitted this 31st day of October, 2024, by:

<div style="text-align:right">

*s/ Kara King*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
KARA KING (DC BAR # 90004509)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
       etakashima@ftc.gov
       kking@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

</div>

STIPULATED MOTION AND
ORDER TO SEAL PORTIONS OF THE SECOND
AMENDED COMPLAINT - 3
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| *s/ Michael Jo* | *s/ Timothy D. Smith* |
| Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| New York State Office of the Attorney General | Antitrust and False Claims Unit |
| 28 Liberty Street | Oregon Department of Justice |
| New York, NY 10005 | 100 SW Market St |
| Telephone: (212) 416-6537 | Portland, OR 97201 |
| Email: Michael.Jo@ag.ny.gov | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of New York* | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of Oregon* |
| *s/ Rahul A. Darwar* | |
| Rahul A. Darwar (admitted *pro hac vice*) | *s/ Jennifer A. Thomson* |
| Assistant Attorney General | Jennifer A. Thomson (admitted *pro hac vice*) |
| Office of the Attorney General of Connecticut | Senior Deputy Attorney General |
| 165 Capitol Avenue | Pennsylvania Office of Attorney General |
| Hartford, CT 06016 | Strawberry Square, 14th Floor |
| Telephone: (860) 808-5030 | Harrisburg, PA 17120 |
| Email: Rahul.Darwar@ct.gov | Telephone: (717) 787-4530 |
| *Counsel for Plaintiff State of Connecticut* | Email: jthomson@attorneygeneral.gov |
| | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| *s/ Alexandra C. Sosnowski* | |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | *s/ Michael A. Undorf* |
| Assistant Attorney General | Michael A. Undorf (admitted *pro hac vice*) |
| Consumer Protection and Antitrust Bureau | Deputy Attorney General |
| New Hampshire Department of Justice | Delaware Department of Justice |
| Office of the Attorney General | 820 N. French St., 5th Floor |
| One Granite Place South | Wilmington, DE 19801 |
| Concord, NH 03301 | Telephone: (302) 683-8816 |
| Telephone: (603) 271-2678 | Email: michael.undorf@delaware.gov |
| Email: Alexandra.c.sosnowski@doj.nh.gov | *Counsel for Plaintiff State of Delaware* |
| *Counsel for Plaintiff State of New Hampshire* | |
| | *s/ Christina M. Moylan* |
| *s/ Robert J. Carlson* | Christina M. Moylan (admitted *pro hac vice*) |
| Robert J. Carlson (admitted *pro hac vice*) | Assistant Attorney General |
| Assistant Attorney General | Chief, Consumer Protection Division |
| Consumer Protection Unit | Office of the Maine Attorney General |
| Office of the Oklahoma Attorney General | 6 State House Station |
| 15 West 6th Street, Suite 1000 | Augusta, ME 04333-0006 |
| Tulsa, OK 74119 | Telephone: (207) 626-8800 |
| Telephone: (918) 581-2885 | Email: christina.moylan@maine.gov |
| Email: robert.carlson@oag.ok.gov | *Counsel for Plaintiff State of Maine* |
| *Counsel for Plaintiff State of Oklahoma* | |

STIPULATED MOTION AND
ORDER TO SEAL PORTIONS OF THE SECOND
AMENDED COMPLAINT - 4
CASE NO. 2:23-cv-01495-JHC

<div style="columns:2">

*s/ Gary Honick*
Gary Honick (admitted *pro hac vice*)
Assistant Attorney General
Deputy Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6470
Email: Ghonick@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

*s/ Katherine W. Krems*
Katherine W. Krems (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: katherine.krems@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

*s/ Scott A. Mertens*
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

*s/ Zach Biesanz*
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

*s/ Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

*s/ Andrew Esoldi*
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

*s/ Jeffrey Herrera*
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

*s/ Zulma Carrasquillo Almena*
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

</div>

STIPULATED MOTION AND
ORDER TO SEAL PORTIONS OF THE SECOND
AMENDED COMPLAINT - 5
CASE NO. 2:23-cv-01495-JHC

1  *s/ Stephen N. Provazza*
   Stephen N. Provazza (admitted *pro hac vice*)
2  Special Assistant Attorney General
   Chief, Consumer and Economic Justice Unit
3  Department of the Attorney General
   150 South Main Street
4  Providence, RI 02903
   Telephone: (401) 274-4400
5  Email: sprovazza@riag.ri.gov
   *Counsel for Plaintiff State of Rhode Island*
6
   *s/ Sarah L.J. Aceves*
7  Sarah L.J. Aceves (admitted *pro hac vice*)
   Assistant Attorney General
8  Public Protection Division
   Vermont Attorney General's Office
9  109 State Street
   Montpelier, VT 05609
10 Telephone: (802) 828-3170
   Email: Sarah.Aceves@vermont.gov
11 *Counsel for Plaintiff State of Vermont*

12 *s/ Laura E. McFarlane*
   Laura E. McFarlane (admitted *pro hac vice*)
13 Assistant Attorney General
   Wisconsin Department of Justice
14 Post Office Box 7857
   Madison, WI 53707-7857
15 Telephone: (608) 266-8911
   Email: mcfarlanele@doj.state.wi.us
16 *Counsel for Plaintiff State of Wisconsin*

17

18

19

20

21

22

23

24

STIPULATED MOTION AND
ORDER TO SEAL PORTIONS OF THE SECOND
AMENDED COMPLAINT - 6
CASE NO. 2:23-cv-01495-JHC

|   |   |
|---|---|
| 1 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | By: *s/ Patty A. Eakes* |
|   | Patty A. Eakes, WSBA #18888 |
| 3 | Molly A. Terwilliger, WSBA #28449 |
|   | 1301 Second Avenue, Suite 2800 |
| 4 | Seattle, WA 98101 |
|   | Phone: (206) 274-6400 |
| 5 | Email: patti.eakes@morganlewis.com |
|   |        molly.terwilliger@morganlewis.com |
| 6 |   |
|   | **WILLIAMS & CONNOLLY LLP** |
| 7 |   |
|   | Heidi K. Hubbard (*pro hac vice*) |
| 8 | John E. Schmidtlein (*pro hac vice*) |
|   | Kevin M. Hodges (*pro hac vice*) |
| 9 | Jonathan B. Pitt (*pro hac vice*) |
|   | Carl R. Metz (*pro hac vice*) |
| 10 | Katherine A. Trefz (*pro hac vice*) |
|   | Carol J. Pruski (*pro hac vice*) |
| 11 | 680 Maine Avenue SW |
|   | Washington, DC 20024 |
| 12 | Phone: (202) 434-5000 |
|   | Email: hhubbard@wc.com |
| 13 |        JSchmidtlein@wc.com |
|   |        khodges@wc.com |
| 14 |        jpitt@wc.com |
|   |        cmetz@wc.com |
| 15 |        ktrefz@wc.com |
|   |        cpruski@wc.com |
| 16 |   |
|   | **COVINGTON & BURLING LLP** |
| 17 |   |
|   | Thomas O. Barnett (*pro hac vice*) |
| 18 | Derek Ludwin (*pro hac vice*) |
|   | Katharine Mitchell-Tombras (*pro hac vice*) |
| 19 | One CityCenter |
|   | 850 Tenth Street, NW |
| 20 | Washington, DC 20001-4956 |
|   | Phone: (202) 662-5407 |
| 21 | Email: tbarnett@cov.com |
|   |        dludwin@cov.com |
| 22 |        kmitchelltombras@cov.com |
| 23 | *Attorneys for Defendant Amazon.com, Inc.* |
| 24 |   |

STIPULATED MOTION AND
ORDER TO SEAL PORTIONS OF THE SECOND
AMENDED COMPLAINT - 7
CASE NO. 2:23-cv-01495-JHC

**ORDER**

IT IS SO ORDERED.

DATED this 1st day of November, 2024.

                                                        JOHN H. CHUN
                                                       UNITED STATES DISTRICT JUDGE