THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS |

Plaintiffs having filed their Motion to Compel Production of Documents (the "Motion"), and the Court having considered all papers filed in support and in opposition of the Motion, including all filings and memoranda of law concerning this matter, hereby ORDERS the following:

1. Plaintiffs' Motion is GRANTED;

2. Amazon shall conduct a diligent search for all documents relating to personnel reviews, evaluations, and promotion materials (whether in draft or final form) concerning individuals with responsibilities relating to the conduct described in the Complaint, as requested by Plaintiffs' RFP No. 32, that are held in non-custodial repositories, and shall produce all responsive documents within fourteen (14) days of this Order.

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO COMPEL PRODUCTION
OF DOCUMENTS - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

3. Amazon shall produce:

    a.    All documents relating to Amazon's actions, whether as formal commitments, voluntary commitments, or otherwise, undertaken or considered as the result of any investigation or inquiry by any government competition enforcer in any country or jurisdiction including without limitation, actions relating to implementation, monitoring, evaluation, and compliance, as well as the evaluation, consideration, proposal, study, or analysis of any alternatives, as requested by Plaintiffs' RFP No. 376.

    b.    All documents relating to Amazon's actions, whether as formal commitments, voluntary commitments, or otherwise, undertaken or considered as the result of requirements consistent with its designation as a gatekeeper, platform with strategic market status, or similar designation under any of (1) the European Union's Digital Markets Act; (2) the United Kingdom's Digital Markets, Competition, and Consumers Bill; or (3) Section 19(e) of Germany's Competition Act, including without limitation actions relating to implementation, monitoring, evaluation, and compliance, as well as the evaluation, consideration, proposal, study, or analysis of any alternatives, as requested by Plaintiffs' RFP No. 377 and later narrowed by Plaintiffs.

    c.    All documents and data, including any requests for information, responses, questionnaires, surveys, presentations, or charges received from and provided to any government competition enforcer in any country or jurisdiction in connection with an antitrust or competition-related investigation or inquiry, as requested by Plaintiffs' RFP No. 387.

    d.    Amazon shall produce custodial documents responsive to the RFPs above for Initial Set custodians as part of its Initial Set production of documents. Amazon shall produce

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO COMPEL PRODUCTION
OF DOCUMENTS - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

custodial documents responsive to the RFPs above for Second Set custodians as part of its Second Set production of documents.

   e. Amazon shall conduct a diligent search for documents responsive to the RFPs above that are held in non-custodial repositories, and shall produce all such responsive documents within twenty-one (21) days of this Order.

   f. Amazon shall run the search terms identified in Appendix A to Plaintiffs' Motion (Dkt. #331) in connection with its search of custodial documents.

  4. Amazon shall produce privilege logs for any responsive documents or ESI it redacts or withholds from production on the basis of a privilege or protection, pursuant to the Order Regarding Discovery of Electronically Stored Information (Dkt. #256) and Stipulation and Order Regarding Privilege Logging (Dkt. #313).

**IT IS SO ORDERED**.

Dated this _____ day of _____, 2024

                _____
                THE HONORABLE JOHN H. CHUN
                UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO COMPEL PRODUCTION
OF DOCUMENTS - 3
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1  Presented By:

2  *s/ Michael Baker*
   SUSAN A. MUSSER (DC Bar # 1531486)
3  EDWARD H. TAKASHIMA (DC Bar # 1001641)
   MICHAEL BAKER (DC Bar # 1044327)
4
   Federal Trade Commission
5  600 Pennsylvania Avenue, NW
   Washington, DC 20580
6  Tel.:   (202) 326-2122 (Musser)
           (202) 326-2464 (Takashima)
7  Email: smusser@ftc.gov
          etakashima@ftc.gov
8         mbaker1@ftc.gov

9  *Attorneys for Plaintiff*
   *Federal Trade Commission*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO COMPEL PRODUCTION
OF DOCUMENTS - 4
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Rahul A. Darwar*
Rahul A. Darwar (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Rahul.Darwar@ct.gov
*Counsel for Plaintiff State of Connecticut*

*s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

*s/ Robert J. Carlson*
Robert J. Carlson (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2885
Email: robert.carlson@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO COMPEL PRODUCTION
OF DOCUMENTS - 5
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| s/ Gary Honick<br>Gary Honick (admitted *pro hac vice*)<br>Assistant Attorney General<br>Deputy Chief, Antitrust Division<br>Office of the Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Telephone: (410) 576-6470<br>Email: Ghonick@oag.state.md.us<br>*Counsel for Plaintiff State of Maryland* | s/ Lucas J. Tucker<br>Lucas J. Tucker (admitted *pro hac vice*)<br>Senior Deputy Attorney General<br>Office of the Nevada Attorney General<br>100 N. Carson St.<br>Carson City, NV 89701<br>Telephone: (775) 684-1100<br>Email: LTucker@ag.nv.gov<br>*Counsel for Plaintiff State of Nevada* |
| s/ Katherine W. Krems<br>Katherine W. Krems (admitted *pro hac vice*)<br>Assistant Attorney General, Antitrust Division<br>Office of the Massachusetts Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Telephone: (617) 963-2189<br>Email: katherine.krems@mass.gov<br>*Counsel for Plaintiff Commonwealth of Massachusetts* | s/ Andrew Esoldi<br>Andrew Esoldi (admitted *pro hac vice*)<br>Deputy Attorney General<br>New Jersey Office of the Attorney General<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Telephone: (973) 648-7819<br>Email: andrew.esoldi@law.njoag.gov<br>*Counsel for Plaintiff State of New Jersey* |
| s/ Scott A. Mertens<br>Scott A. Mertens (admitted *pro hac vice*)<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>525 West Ottawa Street<br>Lansing, MI 48933<br>Telephone: (517) 335-7622<br>Email: MertensS@michigan.gov<br>*Counsel for Plaintiff State of Michigan* | s/ Jeffrey Herrera<br>Jeffrey Herrera (admitted *pro hac vice*)<br>Assistant Attorney General<br>New Mexico Office of the Attorney General<br>408 Galisteo St.<br>Santa Fe, NM 87501<br>Telephone: (505) 490-4878<br>Email: jherrera@nmag.gov<br>*Counsel for Plaintiff State of New Mexico* |
| s/ Zach Biesanz<br>Zach Biesanz (admitted *pro hac vice*)<br>Senior Enforcement Counsel<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>Saint Paul, MN 55101<br>Telephone: (651) 757-1257<br>Email: zach.biesanz@ag.state.mn.us<br>*Counsel for Plaintiff State of Minnesota* | s/ Zulma Carrasquillo Almena<br>Zulma Carrasquillo Almena (admitted *pro hac vice*)<br>Puerto Rico Department of Justice<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00902-0192<br>Telephone: (787) 721-2900, Ext. 1211<br>Email: zcarrasquillo@justicia.pr.gov<br>*Counsel for Plaintiff Commonwealth of Puerto Rico* |

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO COMPEL PRODUCTION
OF DOCUMENTS - 6
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

<u>s/ Stephen N. Provazza</u>
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

<u>s/ Sarah L.J. Aceves</u>
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

<u>s/ Laura E. McFarlane</u>
Laura E. McFarlane (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO COMPEL PRODUCTION
OF DOCUMENTS - 7
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222