THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | Case No. 2:23-cv-01495-JHC <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER** <br><br> NOTE ON MOTION CALENDAR: <br> November 8, 2024 |

The Court's October 28, 2024 Order Extending Deadlines (Dkt. #323) provides that the deadline for a joint submission on the parties' proposed deadlines for any Second Set of documents is November 12, 2024.

The parties have been productively conferring regarding the timeline for production for the Second Set of documents. In order to continue those discussions and in order to limit or eliminate any disputes, the parties, by and through their attorneys of record, hereby stipulate and agree to the following deadline, subject to Court approval:

1. The deadline for a joint submission on the parties' proposed deadlines for any Second Set of documents shall be November 21, 2024.

| | |
|---|---|
| 1 | Stipulated to and respectfully submitted this 8th day of November, 2024. |
| 2 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 3 | By: *s/ Patty A. Eakes* |
| 4 | Patty A. Eakes, WSBA #18888<br>Molly A. Terwilliger, WSBA #28449 |
| 5 | 1301 Second Avenue, Suite 3000<br>Seattle, WA 98101 |
| 6 | Phone: (206) 274-6400<br>Email: patty.eakes@morganlewis.com |
| 7 | molly.terwilliger@morganlewis.com |
| 8 | **WILLIAMS & CONNOLLY LLP** |
| 9 | Heidi K. Hubbard (*pro hac vice*)<br>John E. Schmidtlein (*pro hac vice*) |
| 10 | Kevin M. Hodges (*pro hac vice*)<br>Jonathan B. Pitt (*pro hac vice*) |
| 11 | Edward C. Reddington (*pro hac vice*)<br>Carl R. Metz (*pro hac vice*) |
| 12 | Carol J. Pruski (*pro hac vice*)<br>Katherine Trefz (*pro hac vice*) |
| 13 | 680 Maine Avenue SW<br>Washington, DC 20024 |
| 14 | Phone: (202) 434-5000<br>Email: hhubbard@wc.com |
| 15 | jschmidtlein@wc.com<br>khodges@wc.com |
| 16 | jpitt@wc.com<br>ereddington@wc.com |
| 17 | cmetz@wc.com<br>cpruski@wc.com<br>ktrefz@wc.com |
| 18 | **COVINGTON & BURLING LLP** |
| 19 | Thomas O. Barnett (*pro hac vice*) |
| 20 | Katherine Mitchell-Tombras (*pro hac vice*)<br>One CityCenter |
| 21 | 850 Tenth Street, NW<br>Washington, DC 20001-4956 |
| 22 | Phone: (202) 662-5407<br>Email: tbarnett@cov.com |
| 23 | kmitchelltombras@cov.com |
| 24 | *Attorneys for Defendant Amazon.com, Inc.* |

STIPULATED MOTION AND
[PROPOSED] ORDER - 2
CASE NO. 2:23-cv-01495-JHC

*s/ Michael Baker*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
MICHAEL BAKER (DC Bar # 1044327)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
       etakashima@ftc.gov
       mbaker1@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

| | |
|---|---|
| s/ Michael Jo | s/ Timothy D. Smith |
| Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| New York State Office of the Attorney General | Antitrust and False Claims Unit |
| 28 Liberty Street | Oregon Department of Justice |
| New York, NY 10005 | 100 SW Market St |
| Telephone: (212) 416-6537 | Portland, OR 97201 |
| Email: Michael.Jo@ag.ny.gov | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of New York* | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of Oregon* |
| s/ Rahul A. Darwar | s/ Jennifer A. Thomson |
| Rahul A. Darwar (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Office of the Attorney General of Connecticut | Pennsylvania Office of Attorney General |
| 165 Capitol Avenue | Strawberry Square, 14th Floor |
| Hartford, CT 06016 | Harrisburg, PA 17120 |
| Telephone: (860) 808-5030 | Telephone: (717) 787-4530 |
| Email: Rahul.Darwar@ct.gov | Email: jthomson@attorneygeneral.gov |
| *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| s/ Alexandra C. Sosnowski | |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | s/ Michael A. Undorf |
| Assistant Attorney General | Michael A. Undorf (admitted *pro hac vice*) |
| Consumer Protection and Antitrust Bureau | Deputy Attorney General |
| New Hampshire Department of Justice | Delaware Department of Justice |
| Office of the Attorney General | 820 N. French St., 5th Floor |
| One Granite Place South | Wilmington, DE 19801 |
| Concord, NH 03301 | Telephone: (302) 683-8816 |
| Telephone: (603) 271-2678 | Email: michael.undorf@delaware.gov |
| Email: Alexandra.c.sosnowski@doj.nh.gov | *Counsel for Plaintiff State of Delaware* |
| *Counsel for Plaintiff State of New Hampshire* | |
| | s/ Christina M. Moylan |
| s/ Robert J. Carlson | Christina M. Moylan (admitted *pro hac vice*) |
| Robert J. Carlson (admitted *pro hac vice*) | Assistant Attorney General |
| Assistant Attorney General | Chief, Consumer Protection Division |
| Consumer Protection Unit | Office of the Maine Attorney General |
| Office of the Oklahoma Attorney General | 6 State House Station |
| 15 West 6th Street, Suite 1000 | Augusta, ME 04333-0006 |
| Tulsa, OK 74119 | Telephone: (207) 626-8800 |
| Telephone: (918) 581-2885 | Email: christina.moylan@maine.gov |
| Email: robert.carlson@oag.ok.gov | *Counsel for Plaintiff State of Maine* |
| *Counsel for Plaintiff State of Oklahoma* | |

STIPULATED MOTION AND
[PROPOSED] ORDER - 4
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| s/ Gary Honick<br>Gary Honick (admitted *pro hac vice*)<br>Assistant Attorney General<br>Deputy Chief, Antitrust Division<br>Office of the Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Telephone: (410) 576-6470<br>Email: Ghonick@oag.state.md.us<br>*Counsel for Plaintiff State of Maryland* | s/ Lucas J. Tucker<br>Lucas J. Tucker (admitted *pro hac vice*)<br>Senior Deputy Attorney General<br>Office of the Nevada Attorney General<br>100 N. Carson St.<br>Carson City, NV 89701<br>Telephone: (775) 684-1100<br>Email: LTucker@ag.nv.gov<br>*Counsel for Plaintiff State of Nevada* |
| s/ Katherine W. Krems<br>Katherine W. Krems (admitted *pro hac vice*)<br>Assistant Attorney General, Antitrust Division<br>Office of the Massachusetts Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Telephone: (617) 963-2189<br>Email: katherine.krems@mass.gov<br>*Counsel for Plaintiff Commonwealth of Massachusetts* | s/ Andrew Esoldi<br>Andrew Esoldi (admitted *pro hac vice*)<br>Deputy Attorney General<br>New Jersey Office of the Attorney General<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Telephone: (973) 648-7819<br>Email: andrew.esoldi@law.njoag.gov<br>*Counsel for Plaintiff State of New Jersey* |
| s/ Scott A. Mertens<br>Scott A. Mertens (admitted *pro hac vice*)<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>525 West Ottawa Street<br>Lansing, MI 48933<br>Telephone: (517) 335-7622<br>Email: MertensS@michigan.gov<br>*Counsel for Plaintiff State of Michigan* | s/ Jeffrey Herrera<br>Jeffrey Herrera (admitted *pro hac vice*)<br>Assistant Attorney General<br>New Mexico Office of the Attorney General<br>408 Galisteo St.<br>Santa Fe, NM 87501<br>Telephone: (505) 490-4878<br>Email: jherrera@nmag.gov<br>*Counsel for Plaintiff State of New Mexico* |
| s/ Zach Biesanz<br>Zach Biesanz (admitted *pro hac vice*)<br>Senior Enforcement Counsel<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>Saint Paul, MN 55101<br>Telephone: (651) 757-1257<br>Email: zach.biesanz@ag.state.mn.us<br>*Counsel for Plaintiff State of Minnesota* | s/ Zulma Carrasquillo Almena<br>Zulma Carrasquillo Almena (admitted *pro hac vice*)<br>Puerto Rico Department of Justice<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00902-0192<br>Telephone: (787) 721-2900, Ext. 1211<br>Email: zcarrasquillo@justicia.pr.gov<br>*Counsel for Plaintiff Commonwealth of Puerto Rico* |

STIPULATED MOTION AND
[PROPOSED] ORDER - 5
CASE NO. 2:23-cv-01495-JHC

1  *s/ Stephen N. Provazza*
   Stephen N. Provazza (admitted *pro hac vice*)
2  Special Assistant Attorney General
   Chief, Consumer and Economic Justice Unit
3  Department of the Attorney General
   150 South Main Street
4  Providence, RI 02903
   Telephone: (401) 274-4400
5  Email: sprovazza@riag.ri.gov
   *Counsel for Plaintiff State of Rhode Island*
6
   *s/ Sarah L.J. Aceves*
7  Sarah L.J. Aceves (admitted *pro hac vice*)
   Assistant Attorney General
8  Public Protection Division
   Vermont Attorney General's Office
9  109 State Street
   Montpelier, VT 05609
10 Telephone: (802) 828-3170
   Email: Sarah.Aceves@vermont.gov
11 *Counsel for Plaintiff State of Vermont*

12 *s/ Laura E. McFarlane*
   Laura E. McFarlane (admitted *pro hac vice*)
13 Assistant Attorney General
   Wisconsin Department of Justice
14 Post Office Box 7857
   Madison, WI 53707-7857
15 Telephone: (608) 266-8911
   Email: mcfarlanele@doj.state.wi.us
16 *Counsel for Plaintiff State of Wisconsin*

17

18

19

20

21

22

23

24

STIPULATED MOTION AND
[PROPOSED] ORDER - 6
CASE NO. 2:23-cv-01495-JHC

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

*Presented By:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
        molly.terwilliger@morganlewis.com

*Attorneys for Defendant Amazon.com, Inc.*