UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | Case No. 2:23-cv-01495-JHC<br><br>**STIPULATED MOTION AND ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>November 8, 2024 |

The Court's October 28, 2024 Order Extending Deadlines (Dkt. #323) provides that the deadline for a joint submission on the parties' proposed deadlines for any Second Set of documents is November 12, 2024.

The parties have been productively conferring regarding the timeline for production for the Second Set of documents. In order to continue those discussions and in order to limit or eliminate any disputes, the parties, by and through their attorneys of record, hereby stipulate and agree to the following deadline, subject to Court approval:

1. The deadline for a joint submission on the parties' proposed deadlines for any Second Set of documents shall be November 21, 2024.

Stipulated to and respectfully submitted this 8th day of November, 2024.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
       molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Edward C. Reddington (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
       jschmidtlein@wc.com
       khodges@wc.com
       jpitt@wc.com
       ereddington@wc.com
       cmetz@wc.com
       cpruski@wc.com
       ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
       kmitchelltombras@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND
ORDER - 2
CASE NO. 2:23-cv-01495-JHC

|   |   |
|---|---|
| 1 |   |
| 2 | *s/ Michael Baker* |
| 3 | SUSAN A. MUSSER (DC Bar # 1531486)<br>EDWARD H. TAKASHIMA (DC Bar # 1001641) |
| 4 | MICHAEL BAKER (DC Bar # 1044327)<br>Federal Trade Commission |
| 5 | 600 Pennsylvania Avenue, NW<br>Washington, DC 20580 |
| 6 | Tel.:   (202) 326-2122 (Musser)<br>         (202) 326-2464 (Takashima) |
| 7 | Email: smusser@ftc.gov<br>         etakashima@ftc.gov |
|   |         mbaker1@ftc.gov |
| 8 |   |
| 9 | *Attorneys for Plaintiff Federal Trade Commission* |

STIPULATED MOTION AND
ORDER - 3
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| s/ Michael Jo | s/ Timothy D. Smith |
| Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| New York State Office of the Attorney General | Antitrust and False Claims Unit |
| 28 Liberty Street | Oregon Department of Justice |
| New York, NY 10005 | 100 SW Market St |
| Telephone: (212) 416-6537 | Portland, OR 97201 |
| Email: Michael.Jo@ag.ny.gov | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of New York* | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of Oregon* |
| s/ Rahul A. Darwar | s/ Jennifer A. Thomson |
| Rahul A. Darwar (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Office of the Attorney General of Connecticut | Pennsylvania Office of Attorney General |
| 165 Capitol Avenue | Strawberry Square, 14th Floor |
| Hartford, CT 06016 | Harrisburg, PA 17120 |
| Telephone: (860) 808-5030 | Telephone: (717) 787-4530 |
| Email: Rahul.Darwar@ct.gov | Email: jthomson@attorneygeneral.gov |
| *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| s/ Alexandra C. Sosnowski | |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | s/ Michael A. Undorf |
| Assistant Attorney General | Michael A. Undorf (admitted *pro hac vice*) |
| Consumer Protection and Antitrust Bureau | Deputy Attorney General |
| New Hampshire Department of Justice | Delaware Department of Justice |
| Office of the Attorney General | 820 N. French St., 5th Floor |
| One Granite Place South | Wilmington, DE 19801 |
| Concord, NH 03301 | Telephone: (302) 683-8816 |
| Telephone: (603) 271-2678 | Email: michael.undorf@delaware.gov |
| Email: Alexandra.c.sosnowski@doj.nh.gov | *Counsel for Plaintiff State of Delaware* |
| *Counsel for Plaintiff State of New Hampshire* | |
| | s/ Christina M. Moylan |
| s/ Robert J. Carlson | Christina M. Moylan (admitted *pro hac vice*) |
| Robert J. Carlson (admitted *pro hac vice*) | Assistant Attorney General |
| Assistant Attorney General | Chief, Consumer Protection Division |
| Consumer Protection Unit | Office of the Maine Attorney General |
| Office of the Oklahoma Attorney General | 6 State House Station |
| 15 West 6th Street, Suite 1000 | Augusta, ME 04333-0006 |
| Tulsa, OK 74119 | Telephone: (207) 626-8800 |
| Telephone: (918) 581-2885 | Email: christina.moylan@maine.gov |
| Email: robert.carlson@oag.ok.gov | *Counsel for Plaintiff State of Maine* |
| *Counsel for Plaintiff State of Oklahoma* | |

STIPULATED MOTION AND ORDER - 4
CASE NO. 2:23-cv-01495-JHC

<div style="column-count:2">

*s/ Gary Honick*
Gary Honick (admitted *pro hac vice*)
Assistant Attorney General
Deputy Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6470
Email: Ghonick@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

*s/ Katherine W. Krems*
Katherine W. Krems (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: katherine.krems@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

*s/ Scott A. Mertens*
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

*s/ Zach Biesanz*
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

*s/ Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

*s/ Andrew Esoldi*
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

*s/ Jeffrey Herrera*
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

*s/ Zulma Carrasquillo Almena*
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

</div>

STIPULATED MOTION AND
ORDER - 5
CASE NO. 2:23-cv-01495-JHC

*s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L.J. Aceves*
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

*s/ Laura E. McFarlane*
Laura E. McFarlane (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*

STIPULATED MOTION AND
ORDER - 6
CASE NO. 2:23-cv-01495-JHC

**ORDER**

IT IS SO ORDERED.

DATED this 8th day of November, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE