THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

Case No. 2:23-cv-01495-JHC

**[PROPOSED] ORDER GRANTING AMAZON'S MOTION TO DISMISS COUNTS XIV, XV, AND XIX OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

This matter came before the Court on Amazon's Motion to Dismiss Counts XIV, XV, and XIX of Plaintiffs' Second Amended Complaint ("the Motion"). The Court, having considered the Motion and all other papers submitted in support of the Motion, and for compelling reasons shown, GRANTS the Motion.

DATED this ____ day of _____, 2024.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING AMAZON'S MOTION
TO DISMISS COUNTS XIV, XV, AND XIX OF PLTFS'
SECOND AMENDED COMPLAINT - 1
(Case No. 2:23-cv-01495-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1

*Presented by:*

2

**MORGAN, LEWIS & BOCKIUS LLP**

3

By: *s/ Patty A. Eakes*

4

Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449

5

1301 Second Avenue, Suite 3000
Seattle, WA 98101

6

Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com

7

        molly.terwilliger@morganlewis.com

8

**WILLIAMS & CONNOLLY LLP**

9

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)

10

Kevin M. Hodges (*pro hac vice*)

11

Jonathan B. Pitt (*pro hac vice*)
Edward C. Reddington (*pro hac vice*)

12

Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)

13

Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW

14

Washington, DC 20024
Phone: (202) 434-5000

15

Email: hhubbard@wc.com
        jschmidtlein@wc.com

16

        khodges@wc.com
        jpitt@wc.com

17

        ereddington@wc.com
        cmetz@wc.com

18

        cpruski@wc.com
        ktrefz@wc.com

19

20

**COVINGTON & BURLING LLP**

21

Thomas O. Barnett (*pro hac vice*)
Kate Mitchell-Tombras (*pro hac vice*)

22

One CityCenter
850 Tenth Street, NW

23

Washington, DC 20001-4956
Phone: (202) 662-5407

24

Email: tbarnett@cov.com
        kmitchelltombras@cov.com

25

*Attorneys for Defendant Amazon.com, Inc.*

26

[PROPOSED] ORDER GRANTING AMAZON'S MOTION
TO DISMISS COUNTS XIV, XV, AND XIX OF PLTFS'
SECOND AMENDED COMPLAINT - 2
(Case No. 2:23-cv-01495-JHC)