THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, et al.,

              Plaintiffs,

    v.

AMAZON.COM, INC., a corporation,

              Defendant.

Case No. 2:23-cv-01495-JHC

**DEFENDANT'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

## PRELIMINARY STATEMENT

In the fiercely competitive retail business, Amazon seeks to provide competitive prices across a broad selection of products, features competitively priced deals rather than overpriced ones, and ensures best-in-class delivery for its Prime subscribers.  Those practices benefit consumers and are the essence of competition.  The Second Amended Complaint's assertions that these practices violate federal or state antitrust laws are meritless, as is any pretense that Plaintiffs can show Amazon's practices have caused prices to rise market-wide.

As articulated in more detail below, the Second Amended Complaint's core allegations are false, misguided, or both.  And prohibiting those pro-competitive practices, as Plaintiffs seek to do, would perversely forbid Amazon from competing on price; require Amazon to promote higher-

1   priced offers; and prohibit Amazon from highlighting offers that provide the fastest and most

2   reliable delivery.

3   **AMAZON'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

4       Amazon responds to the allegations in the Second Amended Complaint as set forth below.

5   Any allegation not expressly admitted is denied. To the extent substantive factual allegations

6   embodied in the boldface headings from the Second Amended Complaint require a response,

7   Amazon denies them.

8       1.    Amazon admits that the retail landscape is dynamic and competitive and that it was

9   able to build its store in that environment due to its dedication to customers. However, the

10  allegations in Paragraph 1 lack the specificity necessary for Amazon to admit or deny, and on that

11  basis Amazon denies them.

12      2.    Amazon denies the allegations in Paragraph 2.

13      3.    Amazon denies the allegations in Paragraph 3.

14      4.    Amazon admits Paragraph 4 purports to quote or refer to third-party sellers and to

15  an article regarding the amount of money sellers pay in exchange for access to Amazon's optional

16  fulfillment service. Amazon lacks knowledge or information sufficient to form a belief as to the

17  truth of those statements, and on that basis denies them. Amazon further admits that it used, at

18  certain times in the past, something that it internally referred to as Project Nessie, but otherwise

19  denies the allegations in the fourth and fifth sentences of Paragraph 4. Except to the extent

20  expressly admitted, Amazon denies the allegations in Paragraph 4.

21      5.    Amazon admits that Paragraph 5 purports to partially quote or refer to internal

22  Amazon documents, which speak for themselves, and Amazon denies any attempt at

23  characterizing them. Except to the extent expressly admitted, Amazon denies the allegations in

24  Paragraph 5.

25      6.    Amazon denies the allegations in Paragraph 6.

26

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 2
(Case No. 2:23-cv-01495-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

7.      The allegations in Paragraph 7 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 7.

8.      Amazon admits that Paragraph 8 purports to rely on an "industry source."  Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 regarding the industry source's statement, and on that basis denies them.  The remaining allegations in Paragraph 8 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the remaining allegations in Paragraph 8.

9.      The allegations in Paragraph 9 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 9.

10.      The allegations in the first and second sentences of Paragraph 10 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in the first and second sentences of Paragraph 10.  Amazon admits that the remaining sentences of Paragraph 10 purport to quote from a writing, which speaks for itself, and Amazon denies any attempt at characterizing the writing.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 10.

11.      Amazon denies the allegations in Paragraph 11.

12.      Amazon denies the allegations in Paragraph 12.

13.      Amazon denies the allegations in Paragraph 13.

14.      Amazon admits that its United States Business Solutions Agreement ("BSA") formerly contained a provision titled "Parity With Your Sales Channels," which was removed in March 2019; the BSA speaks for itself and Amazon denies any attempt to characterize it.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 14.

15.    Amazon admits that Paragraph 15 purports to partially quote from an internal Amazon document.  The document speaks for itself and Amazon denies any attempt to characterize it.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 15.

16.    Amazon admits that, in certain instances, third-party sellers' offers may be ineligible to be selected as a Featured Offer and that the price competitiveness of an offer is one factor among many that can affect where it appears in search results.  Those methods of featuring offers speak for themselves, and Amazon denies any attempt at characterizing them.  Amazon further admits that Paragraph 16 purports to refer to "Amazon Standards for Brands," which speaks for itself, and Amazon denies any attempt at characterizing it.  Amazon further admits that Paragraph 16 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing the documents.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 16.

17.    Amazon denies the allegations in the first, second, third, and fifth sentences of Paragraph 17.  Amazon admits that the fourth sentence of Paragraph 17 purports to quote from an executive at another retailer.  Amazon lacks knowledge or information sufficient to form a belief as to the truth of the statements from the executive, and on that basis denies them.

18.    Amazon denies the allegations in Paragraph 18.

19.    Amazon admits that it sells products as a first-party retailer through its store.  Amazon further admits that Paragraph 19 purports to refer to figures from Amazon's Q2 2023 earnings call, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 19.

20.    Amazon admits that Paragraph 20 purports to partially quote or refer to statements by an Amazon executive, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 20.

21.    Amazon denies the allegations in Paragraph 21.

1    22.    Amazon denies the allegations in Paragraph 22.

2    23.    Amazon admits that it used, at certain times in the past, something that it internally

3  referred to as Project Nessie, which speaks for itself and Amazon denies any attempt to

4  characterize it.  Amazon further admits that Paragraph 23 purports to partially quote or refer to

5  internal Amazon documents, which speak for themselves, and Amazon denies any attempt at

6  characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in

7  Paragraph 23.

8    24.    Amazon denies the allegations in Paragraph 24.

9    25.    Amazon admits Paragraph 25 purports to partially quote or refer to an internal

10  Amazon document.  The document speaks for itself and Amazon denies any attempt to characterize

11  it.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 25.

12    26.    Amazon admits that many consumers value the services that Amazon provides and

13  have chosen to sign up for Amazon Prime.  Amazon further admits that Paragraph 26 purports to

14  quote "public reports," which speak for themselves, and Amazon denies any attempt at

15  characterizing them.  Amazon further admits that many U.S. households have an Amazon Prime

16  membership, but Amazon denies any characterization of the number of Prime subscribers as a

17  static number.  Except to the extent expressly admitted, Amazon denies the allegations in

18  Paragraph 26.

19    27.    Amazon denies the allegations in Paragraph 27.

20    28.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

21  or falsity of general assertions about seller preferences and on that basis denies the allegations.  To

22  the extent the remaining allegations in Paragraph 28 are legal conclusions and characterizations,

23  no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies

24  the allegations in Paragraph 28.

25    29.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

26  or falsity of assertions about the impact of the use of independent fulfillment providers on sellers'

ability to multihome, and on that basis denies the allegations.  To the extent the remaining allegations in Paragraph 29 are legal conclusions and characterizations, no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 29.

30.     Amazon denies the allegations in Paragraph 30.

31.     Amazon admits that Paragraph 31 purports to partially quote or refer to statements by an Amazon executive, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 31.

32.     Amazon denies the allegations in Paragraph 32.

33.     Amazon denies the allegations in Paragraph 33.

34.     Amazon admits that Paragraph 34 purports to include an image derived from internal Amazon documents, but lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the image.  Those documents speak for themselves, and Amazon denies any attempt at characterizing them.   The remaining allegations in Paragraph 34 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 34.

35.     Amazon admits that Paragraph 35 purports to quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 35.

36.     The allegations in Paragraph 36 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 36.

37.     The allegations in Paragraph 37 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 37.

1     38.    Amazon admits that Paragraph 38 purports to quote a statement, which speaks for itself, and Amazon denies any attempt at characterizing the statement.  The remaining allegations in Paragraph 38 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 38.

39.    The allegations in Paragraph 39 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 39.

40.    The allegations in Paragraph 40 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 40.

41.    The allegations in Paragraph 41 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 41.

42.    The allegations in Paragraph 42 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon admits that it does business in the United States, maintains its corporate headquarters in Washington, and does business in Washington.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 42.

43.    The allegations in Paragraph 43 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 43.

44.    The allegations in Paragraph 44 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon admits that it is a corporation.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 44.

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

45.    The allegations in Paragraph 45 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon admits that it is found and transacts business in Washington.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 45.  Notwithstanding the foregoing response, Amazon does not intend to contest venue in the Western District of Washington.

46.    The allegations in Paragraph 46 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 46.

47.    The allegations in Paragraph 47 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 47.

48.    The allegations in Paragraph 48 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 48.

49.    The allegations in Paragraph 49 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 49.

50.    The allegations in Paragraph 50 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 50.

51.    The allegations in Paragraph 51 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 51.

52.    The allegations in Paragraph 52 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 52.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

53.    The allegations in Paragraph 53 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 53.

54.    The allegations in Paragraph 54 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 54.

55.    The allegations in Paragraph 55 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 55.

56.    The allegations in Paragraph 56 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 56.

57.    The allegations in Paragraph 57 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 57.

58.    The allegations in Paragraph 58 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 58.

59.    The allegations in Paragraph 59 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 59.

60.    The allegations in Paragraph 60 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 60.

61.    The allegations in Paragraph 61 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 61.

62.    The allegations in Paragraph 62 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 62.

63.    The allegations in Paragraph 63 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 63.

64.    The allegations in Paragraph 64 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 64.

65.    The allegations in Paragraph 65 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 65.

66.    Amazon admits that it is a retail company that conducts business in the United States.  Amazon further admits that it is headquartered in Seattle, Washington, with its principal place of business at 410 Terry Avenue North, Seattle, Washington 98109, and is organized and existing under the laws of Delaware.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 66.

67.    Amazon admits that its common stock is traded on the Nasdaq Global Select Market under the symbol "AMZN."  Amazon further admits that its business includes retail, media, cloud computing, consumables, healthcare, and logistics services.  Amazon further admits that it has acquired other entities, and that those acquisitions were properly disclosed and subjected to merger review by the FTC where required.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 67.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

68.     The allegations in Paragraph 68 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 68.

69.     Amazon admits it began its business in 1994 as a bookseller, and has since expanded to include additional product categories.  Amazon further admits that it sold roughly 92 million unique products in 2020.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 69.

70.     Amazon admits that it offers for sale a variety of products, including certain laundry detergent and sports equipment, that it purchases wholesale from entities it calls vendors.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 70.

71.     Amazon admits it offers products for sale under its own private labels, and that these include Kindle and Ring products, and products under the "Amazon Basics" and "Revly" labels.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 71.

72.     Amazon admits the allegations in Paragraph 72.

73.     Amazon admits that its store enables third-parties, which it sometimes refers to as third-party sellers, to offer products for sale directly to consumers.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 73.

74.     Amazon admits that it charges each third-party seller a selling fee, which can be a monthly fee or a fee for each item sold, and a referral fee that typically is a percentage of each item sold.  Amazon further admits that it offers additional optional services to third-party sellers—such as fulfillment and advertising services—and charges third-party sellers who choose to purchase those optional services from Amazon instead of another service provider.  Amazon further admits that selling fees, referral fees, and optional costs associated with fulfillment and advertising services constitute the majority of revenue Amazon receives from third-party sellers.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 74.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

75. Amazon admits that Paragraph 75 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them. Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 75.

76. Amazon admits that its decision to allow third-party sellers to sell alongside Amazon Retail in its store have contributed to the store's growth and selection, which benefits consumers. Amazon further admits that the third sentence purports to allege the number of "active sellers" in Amazon's store in the first quarter of 2021. Those allegations lack the specificity necessary for Amazon to admit or deny whether the alleged numbers are accurate, and on that basis denies them. Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 76.

77. Amazon admits that third-party sellers offer a variety of items for sale in its store, which benefits consumers. Amazon further admits that Paragraph 77 purports to partially quote or refer to internal Amazon documents and Amazon's public statements to investors. Those documents and statements speak for themselves and Amazon denies any attempt to characterize them. Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 77.

78. Amazon admits that its store presents customers with both first-party and third-party products in a way that makes it easy for them to identify the product they want, regardless of whether it is sold by Amazon or a third-party. Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 78.

79. Amazon admits that Paragraph 79 purports to quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them. Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 79.

80. Amazon admits that both it and third-party sellers offer a variety of items for sale in its store, which benefits consumers. Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 80.

81.     Amazon admits that Paragraph 81 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt to characterize them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 81.

82.     Amazon admits customers may access its store through an internet browser, a mobile application, or by visiting its brick-and-mortar locations.  Amazon further admits that the second sentence of Paragraph 82 purports to allege the number of visitors Amazon receives from mobile and desktop interfaces in an unspecified period of time.  Those allegations lack the specificity necessary for Amazon to admit or deny whether the alleged numbers are accurate, and on that basis denies them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 82.

83.     Amazon admits that shoppers in Amazon's store may search for products and receive search results, but denies that such results will always contain product listings interspersed with advertisements.  Amazon admits its search results contain relevant information about the different products, which may include the name, price, rating, and Prime status of the product.  Amazon also admits that Paragraph 83 purports to include an image from Amazon's Desktop U.S. Store and an image from Amazon's Mobile U.S. Store, but lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the images and denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 83.

84.     Amazon admits shoppers may view a product's detail page for additional information about the product, but denies that there is any single process by which Amazon shoppers identify, learn about, or purchase a product in its store.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 84.

85.     Amazon admits that Paragraph 85 purports to include an image from Amazon's Desktop U.S. Store and an image from Amazon's Mobile U.S. Store, but lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the images and denies any

1  attempt at characterizing them.  Amazon specifically denies the annotations overlaid on the image.

2  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 85.

3      86.    Amazon admits that multiple sellers may offer the same product for sale in

4  Amazon's store.  Amazon further admits that Amazon uses the Featured Merchant Algorithm to

5  determine which of the eligible offers—if any—will be displayed as a Featured Offer, but Amazon

6  denies that there is always only one offer featured.  Except to the extent expressly admitted,

7  Amazon denies the allegations in Paragraph 86.

8      87.    Amazon admits that customers often purchase the Featured Offer but denies that

9  being the Featured Offer is essential to making sales on Amazon.  Except to the extent expressly

10  admitted, Amazon denies the allegations in Paragraph 87.

11     88.    Amazon admits that offers not selected as the Featured Offer may still be purchased

12  in Amazon's store, including through the All Offer Display.  Amazon further admits that Paragraph

13  88 purports to include an image from Amazon's Desktop U.S. Store and an image from Amazon's

14  Mobile U.S. Store, but lacks sufficient knowledge or information to form a belief as to the truth or

15  accuracy of the images and denies any attempt at characterizing them.  Except to the extent

16  expressly admitted, Amazon denies the allegations in Paragraph 88.

17     89.    Amazon admits that it will sometimes choose not to feature any offer, if no offer

18  meets Amazon's standards.  Amazon further admits that offers not selected as the Featured Offer

19  may still be purchased in Amazon's store, including through the All Offer Display.  Amazon

20  further admits that Paragraph 89 purports to include an image from Amazon's Desktop U.S. Store,

21  but lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the

22  image and denies any attempt at characterizing it.  Except to the extent expressly admitted,

23  Amazon denies the allegations in Paragraph 89.

24     90.    Amazon admits that offers not selected as the Featured Offer may still be purchased

25  in Amazon's store, including through the All Offer Display.  Amazon further admits that Paragraph

26  90 purports to include an image from Amazon's Desktop U.S. Store and an image from Amazon's

1    Mobile U.S. Store, but lacks sufficient knowledge or information to form a belief as to the truth or

2    accuracy of the images and denies any attempt at characterizing them.  Except to the extent

3    expressly admitted, Amazon denies the allegations in Paragraph 90.

4          91.    Amazon admits that Paragraph 91 purports to allege the percentage of purchases

5    made from non-Featured Offers.  That allegation lacks the specificity necessary for Amazon to

6    admit or deny whether the alleged number is accurate, insofar as it is unclear what time period it

7    references and whether there was a Featured Offer for those products.  On that basis Amazon

8    denies the allegations in Paragraph 91.  Except to the extent expressly admitted, Amazon denies

9    the allegations in Paragraph 91.

10          92.    Amazon admits that it offers advertising services as an option for sellers in its store.

11    Amazon further admits that it uses an auction model to price Sponsored Products, Sponsored

12    Brands, and Sponsored Display, which are three advertising services that appear on Amazon's

13    search results page.  Amazon further admits that Paragraph 92 purports to partially quote or refer

14    to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at

15    characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in

16    Paragraph 92.

17          93.    Amazon admits that Paragraph 93 purports to quote or refer to internal Amazon

18    documents, which speak for themselves, and Amazon denies any attempt at characterizing them.

19    Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 93.

20          94.    The allegations in Paragraph 94 purport to allege that "advertisements on Amazon

21    reach" certain Americans.  The allegations lack the specificity necessary for Amazon to admit or

22    deny them, insofar as it is unclear what constitutes an "advertisement on Amazon" and what it

23    means for an advertisement to "reach" a person.  On that basis Amazon denies the allegations in

24    Paragraph 94.

25          95.    Amazon admits that its Sponsored Products ads and Sponsored Brands ads

26    generated more revenue during 2016-2023, the period of the Second Amended Complaint's

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 15
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

allegations, than other forms of Amazon advertising, such as Sponsored Display, audio ads, and video ads.  Amazon further admits that its search results pages, including the advertisements displayed therein, are responsive to customers' search queries.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 95.

96.    Amazon admits that when Sponsored Brand advertisements appear on search results pages, they sometimes appear above search results, and that when Sponsored Product advertisements appear on search results pages, they sometimes appear within search results. Amazon further admits that Paragraph 96 purports to include an image from Amazon's Desktop U.S. Store, but lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the image and denies any attempt at characterizing it.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 96.

97.    Amazon admits that Sponsored Brand and Sponsored Product advertisements sometimes appear on search results pages, including near the top of such pages.  The remaining allegations in Paragraph 97 lack the specificity necessary for Amazon to admit or deny—especially because they do not specify an applicable period of time, a relevant set of "Amazon shoppers," how to define the first page for shoppers on mobile devices, or a context in which shoppers might "click past" a Search Results Page—and on that basis Amazon denies them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 97.

98.    Amazon admits that Paragraph 98 purports to include an image from Amazon's Desktop U.S. Store and an image from Amazon's Mobile U.S. Store, but lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the images and denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 98.

99.    Amazon admits that Paragraph 99 purports to include an image from Amazon's Mobile U.S. Store, but lacks sufficient knowledge or information to form a belief as to the truth or

1   accuracy of the image and denies any attempt at characterizing it.  Except to the extent expressly

2   admitted, Amazon denies the allegations in Paragraph 99.

3        100.    Amazon admits that it offers an Amazon Prime membership and that Prime cost

4   $79 annually when it was launched.  Amazon further admits that when Prime launched, it began

5   as a shipping benefit that provided unlimited shipping on eligible items.  Amazon further admits

6   that today Prime continues to include a shipping benefit that provides unlimited, two-day shipping

7   on eligible items.  Except to the extent expressly admitted, Amazon denies the allegations in

8   Paragraph 100.

9        101.    Amazon admits that Prime offers consumers a range of products and services,

10  including video, music, gaming, and prescription and promotional services.  Amazon further

11  admits that Prime Video provides video-on-demand and streaming; that Amazon Music Prime

12  provides ad-free music streaming; that Prime Gaming provides downloadable games, in-game

13  content, and channel subscriptions; and that RxPass provides prescription medication access for a

14  $5 per month fee.  Amazon further admits that Prime subscribers receive access to Prime Day and

15  that Amazon acquired Twitch in 2014.  Amazon further admits that Paragraph 101 purports to

16  partially quote an internal Amazon document, which speaks for itself, and Amazon denies any

17  attempt to characterize it.  Except to the extent expressly admitted, Amazon denies the allegations

18  in Paragraph 101.

19       102.    Amazon admits that Prime costs $79 annually when it was launched.  Amazon

20  further admits that as of October 2023, Prime costs $139 annually and $14.99 monthly.  Except to

21  the extent expressly admitted, Amazon denies the allegations in Paragraph 102.

22       103.    Amazon admits that Paragraph 103 purports to partially quote or refer to internal

23  Amazon and public documents, which speak for themselves, and Amazon denies any attempt at

24  characterizing them.  Amazon lacks knowledge or information sufficient to form a belief as to the

25  truth or falsity of the allegations that "subscribers feel as though they must make the subscription

26

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 17
(Case No. 2:23-cv-01495-JHC)

1    fee worth it" and on that basis denies the allegations.  Except to the extent expressly admitted,

2    Amazon denies the allegations in Paragraph 103.

3        104.    Amazon admits that Paragraph 104 purports to partially quote or refer to internal

4    Amazon and third-party documents, which speak for themselves, and Amazon denies any attempt

5    at characterizing them.  Amazon lacks knowledge or information sufficient to form a belief as to

6    the truth or falsity of the allegations that competitors' "analyses also show a corresponding drop

7    in spending on their stores when shoppers become Prime subscribers" and on that basis denies the

8    allegations.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph

9    104.

10       105.    Amazon admits that Paragraph 105 purports to include an image from Amazon's

11    Desktop U.S. Store and an image from Amazon's Mobile U.S. Store, but lacks sufficient

12    knowledge or information to form a belief as to the truth or accuracy of the images and denies any

13    attempt at characterizing them.  Amazon further admits that a Prime badge is used to identify

14    products that are eligible for Prime delivery benefits at no additional cost to Prime Members, and

15    that non-Prime members may also qualify for free shipping.  Except to the extent expressly

16    admitted, Amazon denies the allegations in Paragraph 105.

17       106.    Amazon admits that Paragraph 106 purports to include an image from Amazon's

18    Desktop U.S. Store and an image from Amazon's Mobile U.S. Store, but lacks sufficient

19    knowledge or information to form a belief as to the truth or accuracy of the images and denies any

20    attempt at characterizing them.  Amazon further admits that Prime members are able to filter search

21    results to identify products that are eligible for Prime delivery benefits, and that non-Prime

22    members can also filter search results to identify products that may qualify for free shipping.

23    Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 106.

24       107.    Amazon admits that Paragraph 107 purports to partially quote or refer to internal

25    Amazon documents.  The documents speak for themselves and Amazon denies any attempt to

26

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 18
(Case No. 2:23-cv-01495-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

characterize them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 107.

108.    Amazon admits that many US households have an Amazon Prime membership, but Amazon denies any characterization of the number of Prime subscribers as a static number. Amazon further admits that Paragraph 108 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them. Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 108.

109.    Amazon admits that Paragraph 109 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 109.

110.    Amazon admits that it offers Fulfillment by Amazon ("FBA") to third-party sellers for orders placed in Amazon's store.  Amazon further admits that that it offers a "Multi-Channel Fulfillment" service for third-party sellers for orders placed in other channels.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 110.

111.    Amazon admits that the services offered through FBA include storing, picking, packing, shipping, delivery to customers, the provision of customer service, reverse logistics, and other services.  Amazon further admits that its fulfillment network includes warehouses referred to as "fulfillment centers."  Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of other parties' understanding of "fulfillment," "fulfill," and "fulfillment center" and on that basis denies the remaining allegations.

112.    Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegation in Paragraph 112, and on that basis denies the allegation.

113.    Amazon admits that the fulfillment services offered through its FBA and "Multi-Channel Fulfillment" services include delivery of products from fulfillment centers to customers. Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of other

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 19
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1  parties' understanding of "delivery" and on that basis denies the allegations.  Except to the extent

2  expressly admitted, Amazon denies the allegations in Paragraph 113.

3      114.    Amazon admits that Paragraph 114 purports to partially quote or refer to internal

4  Amazon and public documents, which speak for themselves, and Amazon denies any attempt at

5  characterizing them.  Amazon further admits that the fulfillment services offered through FBA and

6  "Multi-Channel Fulfillment" include storing, picking, packing, shipping, delivering to customers,

7  the provision of customer service, reverse logistics, and other services.  Amazon admits that it

8  delivers products itself or contracts with a third-party delivery company to do so.  Except to the

9  extent expressly admitted, Amazon denies the allegations in Paragraph 114.

10      115.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

11  or falsity of other parties' expectations, and on that basis denies the allegation.

12      116.    Amazon admits that Amazon charges sellers who choose to utilize FBA certain

13  fees, including storage fees, based on the dimensions and weight of the product.  Except to the

14  extent expressly admitted, Amazon denies the allegations in Paragraph 116.

15      117.    The Second Amended Complaint does not identify the specific items that are

16  included in "fulfillment fees" in this paragraph and thus Amazon is without information or

17  knowledge sufficient to admit or deny Paragraph 117.

18      118.    Amazon denies the allegations in the first sentence of Paragraph 118, but admits

19  that many sellers choose FBA, amongst a variety of other options, for certain of their fulfillment

20  services, including delivery.  Amazon admits that the second sentence of Paragraph 118 purports

21  to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon

22  denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies

23  the allegations in Paragraph 118.

24      119.    The allegations in Paragraph 119 are legal conclusions and characterizations to

25  which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon

26  denies the allegations in Paragraph 119.

1    120.    The allegations in Paragraph 120 are legal conclusions and characterizations to

2    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

3    denies the allegations in Paragraph 120.

4    121.    The allegations in Paragraph 121 are legal conclusions and characterizations to

5    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

6    denies the allegations in Paragraph 121.

7    122.    The allegations in Paragraph 122 are legal conclusions and characterizations to

8    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

9    denies the allegations in Paragraph 122.

10    123.    The allegations in Paragraph 123 are legal conclusions and characterizations to

11    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

12    denies the allegations in Paragraph 123.

13    124.    The allegations in Paragraph 124 are legal conclusions and characterizations to

14    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

15    denies the allegations in Paragraph 124.

16    125.    The allegations in Paragraph 125 are legal conclusions and characterizations to

17    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

18    denies the allegations in Paragraph 125.

19    126.    The allegations in Paragraph 126 are legal conclusions and characterizations to

20    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

21    denies the allegations in Paragraph 126.

22    127.    In response to the allegations in Paragraph 127, Amazon states that consumers have

23    a wide range of preferences, shop in different ways, and value stores that offer products and service

24    that meet their needs and preferences at a particular time.  Amazon otherwise denies the allegations

25    in Paragraph 127.

26    128.    Amazon denies the allegations in Paragraph 128.

1    129.    Amazon denies the allegations in Paragraph 129.

2    130.    Amazon denies the allegations in Paragraph 130, which purport to support the

3    incorrect allegations of Paragraph 129.

4    131.    Amazon denies the allegations in Paragraph 131, which purport to support the

5    incorrect allegations of Paragraph 129.

6    132.    Amazon denies the allegations in Paragraph 132, which purport to support the

7    incorrect allegations of Paragraph 129.

8    133.    Amazon admits that Paragraph 133 purports to quote or refer to a public Amazon

9    document, which speaks for itself, and Amazon denies any attempt at characterizing it.  Amazon

10    lacks knowledge or information sufficient to form a belief as to the truth or falsity of assertions

11    about the opinions of third parties and on that basis denies the allegations.  Except to the extent

12    expressly admitted, Amazon denies the allegations in Paragraph 133, which purport to support the

13    incorrect allegations of Paragraph 129.

14    134.    Amazon denies the allegations in Paragraph 134, which purport to support the

15    incorrect allegations of Paragraph 129.

16    135.    Amazon denies the allegations in Paragraph 135, which purport to support the

17    incorrect allegations of Paragraph 129.

18    136.    Amazon denies the allegations in Paragraph 136, which purport to support the

19    incorrect allegations of Paragraph 129.

20    137.    Amazon denies the allegations in Paragraph 137, which purport to support the

21    incorrect allegations of Paragraph 129.

22    138.    Amazon denies the allegations in Paragraph 138, which purport to support the

23    incorrect allegations of Paragraph 129.

24    139.    Amazon admits that Paragraph 139 purports to partially quote or refer to testimony

25    of an Amazon executive, which speaks for itself, and Amazon denies any attempt at characterizing

26

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 22
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1   it.  Amazon otherwise denies the allegations in Paragraph 139, which purport to support the

2   incorrect allegations of Paragraph 129.

3       140.    Amazon admits that Paragraph 140 purports to partially quote or refer to testimony

4   of an Amazon executive, which speaks for itself, and Amazon denies any attempt at characterizing

5   it.  Amazon otherwise denies the allegations in Paragraph 140, which purport to support the

6   incorrect allegations of Paragraph 129.

7       141.    Amazon denies the allegations in Paragraph 141.

8       142.    The allegations in the first sentence of Paragraph 142 are legal conclusions and

9   characterizations to which no responsive pleading is required.  Insofar as any responsive pleading

10  is required, Amazon denies the allegations in the first sentence of Paragraph 142. Amazon denies

11  the allegations in the second sentence of Paragraph 142.  Except to the extent expressly admitted,

12  Amazon denies the allegations in Paragraph 143.

13      143.    Amazon admits that Paragraph 143 purports to quote or refer to a public Amazon

14  document, which speaks for itself, and Amazon denies any attempt at characterizing it.  Except to

15  the extent expressly admitted, Amazon denies the allegations in Paragraph 143.

16      144.    Amazon admits that Paragraph 144 purports to quote or refer to an article, which

17  speaks for itself, and Amazon denies any attempt at characterizing the article.  Except to the extent

18  expressly admitted, Amazon denies the allegations in Paragraph 144.

19      145.    Amazon admits that Paragraph 145 purports to quote or refer to public Amazon

20  documents, which speak for themselves, and Amazon denies any attempt at characterizing them.

21  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 145.

22      146.    Amazon admits that Paragraph 146 purports to quote or refer to an internal Amazon

23  document, which speaks for itself, and Amazon denies any attempt at characterizing it.  Amazon

24  further admits that Paragraph 146 purports to include an image from an internal Amazon

25  document, and denies any attempt at characterization.  Except to the extent expressly admitted,

26  Amazon denies the allegations in Paragraph 146.

147.    Amazon denies the allegations of Paragraph 147.

148.    Amazon admits that Paragraph 148 purports to quote or refer to an article, which speaks for itself, and Amazon denies any attempt at characterizing the article.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 148.

149.    Amazon admits that Paragraph 149 purports to quote or refer to an article, which speaks for itself, and Amazon denies any attempt at characterizing the article.  Amazon further admits that Paragraph 149 purports to characterize testimony from a third-party retailer, which speaks for itself, and Amazon denies any attempt at characterizing the testimony.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 149.

150.    The allegations in the first and second sentences of Paragraph 150 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in the first and second sentences of Paragraph 150.  Amazon denies the allegations in the remaining sentences of Paragraph 150.

151.    In response to the allegations in Paragraph 151, Amazon states that consumers have a wide range of preferences, shop in different ways, and value stores that offer products and service that meet their needs and preferences at a particular time.  Amazon otherwise denies the allegations in Paragraph 151.

152.    The allegations of Paragraph 152 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations of Paragraph 152.

153.    Amazon denies the allegations of Paragraph 153, which do not accurately describe the choices available to shoppers in U.S. retail.  Amazon further denies the allegations of the first sentence of Paragraph 153, which purport to rely on the allegations of Paragraph 126.

154.    In response to the allegations of Paragraph 154, Amazon states that shoppers choose among a wide variety of retailers for their purchases, including retailers such as RainOrShineGolf.com and Amazon, and further states, on information and belief, that

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 24
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

RainorShineGolf.com offers merchandise, including golf-related merchandise, to shoppers. Amazon otherwise denies the allegations of Paragraph 154.

155.    In response to the allegations in Paragraph 155, Amazon states that retailers use a variety of approaches and strategies to appeal to consumers, and that consumers have a wide range of preferences, shop in different ways, and value stores that offer products and service that meet their needs and preferences at a particular time.  Amazon admits that shoppers can browse and purchase various products in its store.  Amazon otherwise denies the allegations in Paragraph 155.

156.    In response to the allegations in Paragraph 156, Amazon states that retailers use a variety of approaches and strategies to appeal to consumers, and that consumers have a wide range of preferences, shop in different ways, and value stores that offer products and service that meet their needs and preferences at a particular time.  Amazon otherwise denies the allegations in Paragraph 156.

157.    Amazon admits that Paragraph 157 purports to reference a retailer website, which speaks for itself, and Amazon denies any attempt to characterize it.  Amazon further admits that shoppers can browse and purchase various luggage products in Amazon's store.  Amazon otherwise denies the allegations in Paragraph 157.

158.    Amazon admits that Paragraph 158 purports to partially quote or refer to an internal Amazon document.  The document speaks for itself and Amazon denies any attempt to characterize it.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 158.

159.    Amazon admits that Paragraph 159 purports to partially quote or refer to a document, which speaks for itself, and Amazon denies any attempt to characterize it.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 159.

160.    Amazon denies the allegations in Paragraph 160.

161.    Amazon admits that Paragraph 161 purports to partially quote or refer to testimony of an Amazon executive, which speaks for itself, and Amazon denies any attempt at characterizing it.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 161.

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 25
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

162.    Amazon admits that certain food items should not be stored at room temperature for long periods of time.  The remaining allegations in Paragraph 162 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 162.

163.    Amazon admits that consumers shopping for certain groceries in Amazon's store can arrange a specific time for delivery.  Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of other retailers' operations and on that basis denies those allegations.  Amazon otherwise denies the allegations in Paragraph 163.

164.    Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 164, which purport to make sweeping generalizations about industry processes and operations, and on that basis denies them.

165.    The allegations in the first sentence of Paragraph 165 are legal conclusions and characterizations, to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in the first sentence of Paragraph 165.  Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 165, which purport to make sweeping generalizations about industry processes and operations, and on that basis denies them.

166.    Amazon admits that it operates stores in a number of countries worldwide.  The remaining allegations in Paragraph 166 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 166.

167.    The allegations in Paragraph 167 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 167.

168.    The allegations in Paragraph 168 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 168.

169.    The allegations in Paragraph 169 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 169.

170.    Amazon admits that Gross Merchandise Value ("GMV") measures total sales during a given time period.  Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations relating to how third-parties use GMV, and on that basis denies them.  Amazon otherwise the denies the allegations of Paragraph 170.

171.    Amazon denies the allegations of Paragraph 171.

172.    Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of the actions of "industry analysts and industry participants" and on that basis denies the allegations.  Amazon admits that Paragraph 172 purports to include an image titled "US eCommerce GMV Market Share % among top-4 GM platforms (AMZN, EBAY, WMT, TGT)," which speaks for itself, and Amazon denies any characterization of it.  Amazon also lacks knowledge or information sufficient to form a belief as to the truth or falsity of the information contained in the image, and on that basis denies the allegations relating to that image.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 172.

173.    Amazon denies the allegations of Paragraph 173.

174.    Amazon admits that it maintains lists of certain competitors, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 174.

175.    Amazon admits that Paragraph 175 purports to quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them. Amazon otherwise denies the allegations in Paragraph 175.

176.    Amazon admits that Paragraph 176 purports to quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them. Amazon otherwise denies the allegations in Paragraph 176.

177.    Amazon admits that Paragraph 177 purports to quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them. Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 177.

178.    The allegations in Paragraph 178 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 178.

179.    Amazon admits that Paragraph 179 purports to quote or refer to a public Amazon document, which speaks for itself, and Amazon denies any attempt at characterizing it. The remaining allegations in Paragraph 179 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 179.

180.    The allegations in Paragraph 180 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 180.

181.    Amazon admits that shoppers in Amazon's store, like shoppers at countless other retailers, can submit and read reviews. The remaining allegations in Paragraph 181 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the remaining allegations in Paragraph 181.

182.    Amazon admits that shoppers in Amazon's store, like shoppers at countless other retailers, can benefit from data about their prior transactions. The remaining allegations in Paragraph 182 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 182.

183.    The allegations of Paragraph 183 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations of Paragraph 183.

184.    Amazon admits that Paragraph 184 purports to quote or refer to a public Amazon document, which speaks for itself, and Amazon denies any attempt at characterizing it. The remaining allegations in Paragraph 184 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 184.

185.    Amazon denies the allegations in Paragraph 185.

186.    The allegations in Paragraph 186 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 186.

187.    Amazon denies the allegations in Paragraph 187.

188.    The allegations in Paragraph 188 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 188.

189.    The allegations in Paragraph 189 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 189.

190.    Amazon denies the allegations in Paragraph 190.

191.    Amazon admits that Paragraph 191 purports to quote or refer to public documents, which speak for themselves, and Amazon denies any attempt at characterizing them. Amazon otherwise denies the allegations in Paragraph 191.

192.    Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of general assertions about third parties, and on that basis denies the allegations. Amazon otherwise denies the allegations in Paragraph 192.

193.    The allegations in Paragraph 193 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 193.

194.    Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of general assertions about third parties, and on that basis denies the allegations.  Amazon otherwise denies the allegations in Paragraph 194.

195.    Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of general assertions about third parties and on that basis denies the allegations.  Amazon otherwise denies the allegations in Paragraph 195.

196.    Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of general assertions about third parties and on that basis denies the allegations.  Amazon otherwise denies the allegations in Paragraph 196.

197.    Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of general assertions about third parties and on that basis denies the allegations.  Amazon otherwise denies the allegations in Paragraph 197.

198.    Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of general assertions about third parties and on that basis denies the allegations.  Amazon admits that it makes customer-level sales data available to third-party sellers in its store.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 198.

199.    Amazon admits that Paragraph 199 purports to quote or refer to a public statement by a retailer.  Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199 regarding the retailer's statement, and on that basis denies them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 199.

200.    In response to the allegations of Paragraph 200, Amazon states that retailers have, and take advantage of, wide access to software and other services that enable them to reach customers in various channels, including direct-to-consumer channels.  Amazon further states that

1    Shopify and BigCommerce are examples of companies that offer such software and other services.

2    The remaining allegations in Paragraph 200 are legal conclusions and characterizations to which

3    no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies

4    the allegations in Paragraph 200.

5    201.    Amazon admits that Paragraph 201 purports to quote or refer to a public statement,

6    which speaks for itself, and Amazon denies any attempt at characterizing it.  Except to the extent

7    expressly admitted, Amazon denies the allegations in Paragraph 201.

8    202.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

9    or falsity of general assertions about "sellers" and "providers" and on that basis denies the

10    allegations.  Amazon otherwise denies the allegations in Paragraph 202.

11    203.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

12    or falsity of general assertions about "sellers" and "providers" and on that basis denies the

13    allegations.

14    204.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

15    or falsity of general assertions about "marketplaces" and on that basis denies the allegations.

16    Amazon otherwise denies the allegations in Paragraph 204.

17    205.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

18    or falsity of general assertions about "marketplaces" and on that basis denies the allegations.

19    Amazon otherwise denies the allegations in Paragraph 205.

20    206.    Amazon admits that Paragraph 206 purports to include an image titled "Amazon

21    Marketplace Sales: US, 2018-2022" and to refer to "commercially available data," but lacks

22    sufficient knowledge or information to form a belief as to the truth or accuracy of the image and

23    data and on that basis denies those allegations.  The remaining allegations in Paragraph 206 are

24    legal conclusions and characterizations to which no responsive pleading is required.  Insofar as

25    any responsive pleading is required, Amazon denies the allegations in Paragraph 206.

26

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 31
(Case No. 2:23-cv-01495-JHC)

207. Amazon admits that Paragraph 207 purports to include an image titled "Share of Total U.S. eCommerce Marketplace GVM" but lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the image and on that basis denies those allegations. The remaining allegations in Paragraph 207 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 207.

208. The allegations in Paragraph 208 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 208.

209. The allegations in Paragraph 209 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 209.

210. Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of general assertions about "sellers" and on that basis denies the allegations. Amazon otherwise denies the allegations in Paragraph 210.

211. The allegations in Paragraph 211 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 211.

212. The allegations in Paragraph 212 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 212.

213. Amazon denies the allegations in Paragraph 213.

214. Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of general assertions about "sellers" and on that basis denies the allegations. Amazon otherwise denies the allegations in Paragraph 214.

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 32
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

215.    Amazon admits that Paragraph 215 purports to include an image depicting internal information from a retailer, but lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the image and on that basis denies the allegations.  The remaining allegations in Paragraph 215 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 215.

216.    Amazon denies the allegations of Paragraph 216, which mischaracterize the nature of Amazon's store, and the benefits that it provides to sellers and customers.

217.    Amazon admits that Paragraph 217 purports to quote or refer to internal Amazon documents, testimony of an Amazon executive, and public Amazon documents, all of which speak for themselves, and Amazon denies any attempts to characterize them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 217.

218.    The allegations in Paragraph 218 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 218.

219.    Amazon admits that Paragraph 219 purports to quote or refer to an internal Amazon document and public Amazon documents, which speak for themselves, and Amazon denies any attempts to characterize them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 219.

220.    Amazon admits that Paragraph 220 purports to refer to an internal Amazon document, which speaks for itself, and Amazon denies any attempt to characterize it.  The remaining allegations in Paragraph 220 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 220.

221.    Amazon admits that the Prime membership includes a number of benefits but denies that a Prime membership is required to obtain fast shipping or free shipping when

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 33
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1    purchasing from Amazon's store.  Except to the extent expressly admitted, Amazon denies the

2    allegations in Paragraph 221.

3         222.    Amazon admits that customers can and do subscribe to Prime Video on a standalone

4    basis.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 222.

5         223.    Amazon denies that Prime services are offered on an all-or-nothing basis. Amazon

6    admits that Paragraph 223 purports to quote or refer to internal Amazon documents and testimony

7    of an Amazon executive, which speak for themselves, and Amazon denies any attempt to

8    characterize them.  Except to the extent expressly admitted, Amazon denies the allegations in

9    Paragraph 223.

10        224.    Amazon admits that Paragraph 224 purports to quote or refer to internal Amazon

11   documents and testimony of an Amazon executive, which speak for themselves, and Amazon

12   denies any attempt to characterize them.  The remaining allegations in Paragraph 224 are legal

13   conclusions and characterizations to which no responsive pleading is required.  Insofar as any

14   responsive pleading is required, Amazon denies the allegations in Paragraph 224.

15        225.    Amazon admits that Paragraph 225 purports to quote or refer to an internal Amazon

16   document.  The document speaks for itself and Amazon denies any attempt to characterize it.

17   Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 225.

18        226.    Amazon admits that Paragraph 226 purports to partially quote from an internal

19   Amazon document.  The document speaks for itself and Amazon denies any attempt to characterize

20   it.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 226.

21        227.    Amazon admits that Paragraph 227 purports to quote an article, which speaks for

22   itself, and Amazon denies any attempt at characterizing the article.  The remaining allegations in

23   Paragraph 227 are legal conclusions and characterizations to which no responsive pleading is

24   required.  Insofar as any responsive pleading is required, Amazon denies the allegations in

25   Paragraph 227.

26

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 34
(Case No. 2:23-cv-01495-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1    228.    Amazon admits that Paragraph 228 purports to quote or refer to internal Amazon

2    and public documents, which speak for themselves, and Amazon denies any attempt to characterize

3    them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 228.

4    229.    The allegations in Paragraph 229 are legal conclusions and characterizations to

5    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

6    denies the allegations in Paragraph 229.

7    230.    The allegations in Paragraph 230 are legal conclusions and characterizations to

8    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

9    denies the allegations in Paragraph 230.

10    231.    Amazon admits that the first sentence of Paragraph 231 purports to partially quote

11    or refer to internal Amazon documents, which speak for themselves, and Amazon denies any

12    attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the

13    allegations in Paragraph 231.

14    232.    The allegations in Paragraph 232 lack the specificity necessary for Amazon to

15    admit or deny, and on that basis Amazon denies them.  Except to the extent expressly admitted,

16    Amazon denies the allegations in Paragraph 232.

17    233.    Amazon admits that advertisements can be useful to shoppers.  Amazon further

18    admits that the fourth sentence of Paragraph 233 purports to partially quote or refer to internal

19    Amazon documents, which speak for themselves, and Amazon denies any attempt at

20    characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in

21    Paragraph 233.

22    234.    Amazon admits that Paragraph 234 purports to partially quote or refer to internal

23    Amazon documents, which speak for themselves, and Amazon denies any attempt at

24    characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in

25    Paragraph 234.

26

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 35
(Case No. 2:23-cv-01495-JHC)

235.    Amazon admits that Paragraph 235 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 235.

236.    Amazon admits that Paragraph 236 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 236.

237.    Amazon admits that Paragraph 237 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 237.

238.    Amazon admits that Paragraph 238 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 238.

239.    Amazon admits that Paragraph 239 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Amazon further admits that Paragraph 239 purports to quote "public reports," which speak for themselves, and Amazon denies any attempt at characterizing any such reports. Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 239.

240.    Amazon admits that Paragraph 240 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 240.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1      241.    Amazon admits that Paragraph 241 purports to refer to internal Amazon documents,

2  which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to

3  the extent expressly admitted, Amazon denies the allegations in Paragraph 241.

4      242.    The allegations in Paragraph 242 are legal conclusions and characterizations to

5  which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

6  denies the allegations in Paragraph 242.

7      243.    Amazon denies the allegations in Paragraph 243.

8      244.    Amazon admits that Amazon, like other retailers, recommends products it thinks

9  customers may like, and those recommendations may include products offered by Amazon or by

10  third-party sellers.  Except to the extent expressly admitted, Amazon denies the allegations in

11  Paragraph 244.

12      245.    Amazon denies the allegations in Paragraph 245.

13      246.    Amazon admits that, at times, it utilized an expert recommendation widget that

14  would suggest products based on the recommendation of certain "experts."  Except to the extent

15  expressly admitted, Amazon denies the allegations in Paragraph 246.

16      247.    Amazon admits that Paragraph 247 purports to partially quote from internal

17  Amazon communications, which speak for themselves, and Amazon denies any attempt at

18  characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in

19  Paragraph 247.

20      248.    Amazon admits that Paragraph 248 purports to partially quote or refer to internal

21  Amazon documents, which speak for themselves, and Amazon denies any attempt at

22  characterizing them.  Amazon further admits that Paragraph 246 purports to partially quote a book,

23  which speaks for itself, and Amazon denies any attempt at characterizing the book.  Except to the

24  extent expressly admitted, Amazon denies the allegations in Paragraph 248.

25      249.    Amazon admits that Paragraph 249 purports to partially quote or refer to internal

26  Amazon documents, which speak for themselves, and Amazon denies any attempt at

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 37
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1  characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in

2  Paragraph 249.

3      250.    The allegations in Paragraph 250 are legal conclusions and characterizations to

4  which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

5  denies the allegations in Paragraph 250.

6      251.    The allegation in the first sentence is a legal conclusion and characterization to

7  which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

8  denies the allegation in the first sentence.  Amazon admits that it charges each third-party seller a

9  selling fee, which can be a monthly fee or a fee for each item sold, and a referral fee that typically

10  is a percentage of each item sold.  Amazon further admits that it offers additional, optional services

11  to third-party sellers--such as fulfillment and advertising services--and charges third-party sellers

12  who choose to purchase those services from Amazon instead of another service provider.  Except

13  to the extent expressly admitted, Amazon denies the allegations in Paragraph 251.

14      252.    Amazon denies the allegations in Paragraph 252.

15      253.    The Second Amended Complaint does not identify the specific items that are

16  included in "fulfillment fees" in this paragraph and thus Amazon is without information or

17  knowledge sufficient to admit or deny the allegations in the first sentence of Paragraph 253, and

18  on that basis denies them.  Amazon denies the remaining allegations in Paragraph 253.

19      254.    Amazon admits that the second and third sentence of Paragraph 254 purports to

20  partially quote or refer to internal Amazon documents or public articles, which speak for

21  themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly

22  admitted, Amazon denies the allegations in Paragraph 254.

23      255.    Amazon admits that Paragraph 255 purports to partially quote or refer to statements

24  by third-party sellers.  Amazon lacks knowledge or information sufficient to form a belief as to

25  the truth of those sellers' alleged statements, and on that basis denies them.  Except to the extent

26  expressly admitted, Amazon denies the allegations in Paragraph 255.

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 38
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1    256.    Amazon admits that Paragraph 256 purports to partially quote or refer to statements

2    by third-party sellers.  Amazon lacks knowledge or information sufficient to form a belief as to

3    the truth of those sellers' alleged statements, and on that basis denies them.  Except to the extent

4    expressly admitted, Amazon denies the allegations in Paragraph 256.

5    257.    Amazon admits Paragraph 257 purports to quote or refers to internal Amazon

6    documents, which speak for themselves, and Amazon denies any attempt at characterizing them.

7    Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 257.

8    258.    Amazon admits that Paragraph 258 purports to partially quote or refer to statements

9    by third-party sellers.  Amazon lacks knowledge or information sufficient to form a belief as to

10    the truth of those sellers' alleged statements, and on that basis denies them.  Except to the extent

11    expressly admitted, Amazon denies the allegations in Paragraph 258.

12    259.    The allegations in Paragraph 259 are legal conclusions and characterizations to

13    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

14    denies the allegations in Paragraph 259.

15    260.    Amazon denies the allegations in Paragraph 260.

16    261.    Amazon denies the allegations in the first sentence of Paragraph 261.  The

17    remaining allegations in Paragraph 261 are legal conclusions and characterizations to which no

18    responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies

19    the allegations in Paragraph 261.

20    262.    The allegations in Paragraph 262 are legal conclusions and characterizations to

21    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

22    denies the allegations in Paragraph 262.

23    263.    The allegations in Paragraph 263 are legal conclusions and characterizations to

24    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

25    denies the allegations in Paragraph 263.

26    264.    Amazon denies the allegations in Paragraph 264.

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 39
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1     265.    Amazon admits that it has a Competitor Monitoring Team, which, among other

2  things, monitors publicly available information, including prices offered for certain items, from

3  certain competitors.  Except to the extent expressly admitted, Amazon denies the allegations in

4  Paragraph 265.

5     266.    Amazon denies the allegations in the first and second sentences of Paragraph 266.

6  The remaining allegations in Paragraph 266 are legal conclusions and characterizations to which

7  no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies

8  the allegations in Paragraph 266.

9     267.    Amazon denies the allegations in the first and second sentences of Paragraph 267.

10  The remaining allegations in Paragraph 267 are legal conclusions and characterizations to which

11  no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies

12  the allegations in Paragraph 267.

13     268.    Amazon admits that it has a Competitor Monitoring Team, which, among other

14  things, monitors publicly available information, including prices offered for certain items, from

15  certain competitors, in order to ensure that Amazon features competitive prices for its customers.

16  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 268.

17     269.    Amazon admits that it has a Competitor Monitoring Team, which, among other

18  things, monitors publicly available information, including prices offered for certain items, from

19  certain competitors, in order to ensure that Amazon features competitive prices for its customers.

20  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 269.

21     270.    Amazon admits that Paragraph 270 purports to partially quote or refer to internal

22  Amazon documents, which speak for themselves, and Amazon denies any attempt at

23  characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in

24  Paragraph 270.

25     271.    Amazon admits that, in certain instances, third-party sellers' offers may be

26  ineligible to be selected as a Featured Offer.  Those methods of selecting which offers are ineligible

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 40
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1  to be featured speak for themselves, and Amazon denies any attempt at characterizing them.

2  Amazon further admits that Paragraph 271 purports to refer to "Amazon Standards for Brands,"

3  which speaks for itself, and Amazon denies any attempt at characterizing it. Except to the extent

4  expressly admitted, Amazon denies the allegations in Paragraph 271.

5          272.    Amazon denies the allegations in Paragraph 272.

6          273.    Amazon denies the allegations in Paragraph 273.

7          274.    Amazon admits that its BSA formerly contained a provision titled "Parity With

8  Your Sales Channels"; the BSA speaks for itself and Amazon denies any attempt to characterize

9  it. Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 274.

10         275.    Amazon admits the Section S-4 Parity with Your Sales Channels provision was

11 removed from the BSA for European stores in 2013. Except to the extent expressly admitted,

12 Amazon denies the allegations in Paragraph 275.

13         276.    Amazon admits that Paragraph 276 purports to quote from public letters that speak

14 for themselves and Amazon denies any attempt at characterizing them. Amazon further admits

15 that the Section S-4 Parity with Your Sales Channels provision in the BSA was removed for the

16 U.S. store in 2019, and that the removal was widely reported in mainstream and industry press.

17 Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 276.

18         277.    Amazon denies the allegations in Paragraph 277.

19         278.    Amazon admits that Paragraph 278 purports to partially quote or refer to internal

20 Amazon documents, which speak for themselves, and Amazon denies any attempt at

21 characterizing them. Except to the extent expressly admitted, Amazon denies the allegations in

22 Paragraph 278.

23         279.    Amazon admits that, in certain instances, third-party sellers' offers may be

24 ineligible to be selected as a Featured Offer. Those methods of selecting which offers are ineligible

25 to be featured speak for themselves, and Amazon denies any attempt at characterizing them.

26 Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 279.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

280.    Amazon admits that, in certain instances, third-party sellers' offers may be ineligible to be selected as a Featured Offer. Those methods of selecting which offers are ineligible to be featured speak for themselves, and Amazon denies any attempt at characterizing them. Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 280.

281.    Amazon admits that, in certain instances, third-party sellers' offers may be ineligible to be selected as a Featured Offer. Those methods of selecting which offers are ineligible to be featured speak for themselves, and Amazon denies any attempt at characterizing them. Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 281.

282.    Amazon admits that, in certain instances, third-party sellers' offers may be ineligible to be selected as a Featured Offer. Those methods of selecting which offers are ineligible to be featured speak for themselves, and Amazon denies any attempt at characterizing them. Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 282.

283.    Amazon admits that Paragraph 283 purports to partially quote from an Amazon communication to third-party sellers. That communication speaks for itself, and Amazon denies any attempt at characterizing it. Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 283.

284.    Amazon denies the allegations in Paragraph 284.

285.    Amazon admits that, in certain instances, third-party sellers' offers may be ineligible to be selected as a Featured Offer. Those methods of selecting which offers are ineligible to be featured speak for themselves, and Amazon denies any attempt at characterizing them. Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 285.

286.    Amazon admits that the second sentence of Paragraph 286 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them. Amazon further admits that the third sentence of Paragraph 286 purports to allege the percentage of purchases made from non-Featured Offers. That allegation lacks the specificity necessary for Amazon to admit or deny whether the alleged number is

accurate, insofar as it is unclear what time period it refers to and whether there was a Featured

Offer for those products. On that basis, Amazon denies the allegations in the third sentence of

Paragraph 286. Except to the extent expressly admitted, Amazon denies the allegations in

Paragraph 286.

287.    Amazon denies the allegations in Paragraph 287.

288.    Amazon admits that it has "Standards for Brands Selling in the Amazon Store,"

which speaks for itself, and Amazon denies any attempt at characterizing it. Amazon further

admits that "Standards for Brands Selling in the Amazon Store" is sometimes referred to as

"Amazon Standards for Brands," or ASB. Except to the extent expressly admitted, Amazon denies

the allegations in Paragraph 288.

289.    Amazon admits that Paragraph 289 purports to refer to ASB, which speaks for

itself, and Amazon denies any attempt at characterizing it. Amazon further denies that it designates

sellers as "ASB sellers" as defined by Paragraph 289. Except to the extent expressly admitted,

Amazon denies the allegations in Paragraph 289.

290.    Amazon admits that Paragraph 290 purports to partially quote or refer to internal

Amazon documents, which speak for themselves, and Amazon denies any attempt at

characterizing them. Except to the extent expressly admitted, Amazon denies the allegations in

Paragraph 290.

291.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

or falsity of the allegations in the first sentence of Paragraph 291, and on that basis denies them.

Amazon admits that the second sentence of Paragraph 291 purports to partially quote or refer to

internal Amazon documents or testimony, which speak for themselves, and Amazon denies any

attempt at characterizing them. Except to the extent expressly admitted, Amazon denies the

allegations in Paragraph 291.

292.    Amazon admits that Paragraph 292 purports to refer to ASB and its BSA, both of which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 292.

293.    Amazon denies the allegations in Paragraph 293.

294.    Amazon denies the allegations in Paragraph 294.

295.    The allegations in Paragraph 295 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 295.

296.    Amazon admits that Paragraph 296 purports to partially quote or refer to ASB, which speaks for itself, and Amazon denies any attempt at characterizing it.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 296.

297.    Amazon admits that Paragraph 297 purports to refer to ASB, which speaks for itself, and Amazon denies any attempt at characterizing it.  Amazon further admits that Paragraph 297 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 297.

298.    Amazon denies the allegations in the first sentence of Paragraph 298. Amazon admits that the second sentence of Paragraph 298 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 298.

299.    Amazon admits that Paragraph 299 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 299.

300.    Amazon denies the allegations in Paragraph 300.

301.    Amazon admits that Paragraph 301 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 301.

302.    Amazon admits that Paragraph 302 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 302.

303.    Amazon admits that Paragraph 303 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 303.

304.    Amazon admits that it has Customer Experience Ambassadors, which speaks for itself, and Amazon denies any attempt at characterizing it.  Amazon further admits that Paragraph 304 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 304.

305.    Amazon denies the allegations in the first sentence of Paragraph 305.  Amazon admits that the second sentence of Paragraph 305 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 305.

306.    The allegations in Paragraph 306 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 306.

307.    Amazon denies the allegations in Paragraph 307.

1    308.    Amazon denies the allegations in Paragraph 308.

2    309.    Amazon is without the knowledge necessary to admit or deny the reasoning behind

3    other parties' pricing decisions, and on that basis denies the allegations about their reasoning.

4    Amazon denies the remaining allegations in Paragraph 309.

5    310.    Amazon denies the allegations in Paragraph 310.

6    311.    Amazon denies the allegations in Paragraph 311.

7    312.    Amazon denies the allegations in Paragraph 312.

8    313.    Amazon admits that Paragraph 313 purports to partially quote or refer to statements

9    or documents of a third-party, and Amazon lacks knowledge or information sufficient to form a

10    belief as to the truth or falsity of the allegations and on that basis denies them.  Amazon further

11    admits that Paragraph 313 purports to partially quote or refer to internal Amazon documents, which

12    speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent

13    expressly admitted, Amazon denies the allegations in Paragraph 313.

14    314.    Amazon denies the allegations in the first sentence.  Amazon admits that Paragraph

15    314 purports to partially quote or refer to statements or documents of a third-party, and Amazon

16    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

17    and on that basis denies them.  Except to the extent expressly admitted, Amazon denies the

18    allegations in Paragraph 314.

19    315.    Amazon admits that Paragraph 315 purports to partially quote or refer to statements

20    or documents of a third-party, and Amazon lacks knowledge or information sufficient to form a

21    belief as to the truth or falsity of the allegations.  Except to the extent expressly admitted, Amazon

22    denies the allegations in Paragraph 315.

23    316.    Amazon admits that Paragraph 316 purports to partially quote or refer to statements

24    or documents of a third-party, and Amazon lacks knowledge or information sufficient to form a

25    belief as to the truth or falsity of the allegations and on that basis denies them.  Except to the extent

26    expressly admitted, Amazon denies the allegations in Paragraph 316.

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 46
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

317.     Amazon admits that Paragraph 317 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 317.

318.     Amazon denies the allegations in Paragraph 318.

319.     Amazon denies the allegations in Paragraph 319.

320.     Amazon admits that Paragraph 320 purports to partially quote or refer to statements or documents of a third-party, and Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and on that basis denies them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 320.

321.     Amazon admits that Paragraph 321 purports to partially quote or refer to statements or documents of a third-party, and Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and on that basis denies them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 321.

322.     Amazon admits that Paragraph 322 purports to partially quote or refers to statements or documents of a third-party, and Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and on that basis denies them.  The remaining allegations in Paragraph 322 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 322.

323.     Amazon admits that Paragraph 323 purports to partially quote or refer to statements or documents of a third-party, and Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and on that basis denies them.

324.     Amazon admits that Paragraph 324 purports to partially quote or refer to statements or documents of a third-party, and Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and on that basis denies them.  The remaining

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 47
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1   allegations in Paragraph 324 are legal conclusions and characterizations to which no responsive

2   pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations

3   in Paragraph 324.

4          325.    Amazon admits that Paragraph 325 purports to partially quote or refer to statements

5   or documents of a third-party, and Amazon lacks knowledge or information sufficient to form a

6   belief as to the truth or falsity of the allegations and on that basis denies them.

7          326.    The allegations in Paragraph 326 are legal conclusions and characterizations to

8   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

9   denies the allegations in Paragraph 326.

10          327.    Amazon denies the allegations in Paragraph 327.

11          328.    Amazon admits that it seeks to provide customers with a positive shopping

12   experience by offering competitive prices on its Retail products.  Amazon further admits that, like

13   other retailers, it may consider the prices of its competitors when setting prices on its own products.

14   Amazon further admits that Paragraph 328 purports to partially quote or refer to internal Amazon

15   documents, which speak for themselves, and Amazon denies any attempt at characterizing them.

16   Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 328.

17          329.    Amazon denies the allegations in Paragraph 329.

18          330.    Amazon admits that Paragraph 330 purports to partially quote or refer to statements

19   by an Amazon executive, which speak for themselves, and Amazon denies any attempt at

20   characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in

21   Paragraph 330.

22          331.    Amazon denies the allegations in Paragraph 331.

23          332.    Amazon denies the allegations in Paragraph 332.

24          333.    The allegations in Paragraph 333 are legal conclusions and characterizations to

25   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

26   denies the allegations in Paragraph 333.

334.    Amazon admits that Paragraph 334 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 334.

335.    Amazon denies the allegations in Paragraph 335.

336.    Amazon admits that Paragraph 336 purports to partially quote or refer to statements or documents of a third-party, and Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and on that basis denies them.

337.    Amazon admits that Paragraph 337 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 337.

338.    Amazon admits that Paragraph 338 purports to partially quote or refer to statements or documents of a third-party, and Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and on that basis denies them.

339.    Amazon admits that Paragraph 339 purports to partially quote or refer to statements or documents of a third-party, and Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and on that basis denies them.

340.    Amazon denies the allegations in Paragraph 340.

341.    Amazon denies the allegations in Paragraph 341.

342.    Amazon admits that Paragraph 342 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 342.

343.    Amazon admits that Paragraph 343 purports to refer to Amazon's methods of selecting which offers are ineligible to be featured and Amazon's methods of pricing its Retail

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 49
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1  products.  Those methods speak for themselves, and Amazon denies any attempt at characterizing

2  them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 343.

3      344.   Amazon admits that Paragraph 344 purports to quote or refer to third parties'

4  statements or actions. Amazon lacks knowledge or information sufficient to form a belief as to the

5  truth of the allegations in Paragraph 344 regarding those third parties, and on that basis denies

6  them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 344.

7      345.   Amazon admits that Paragraph 345 purports to quote or refer to third parties'

8  statements or actions. Amazon lacks knowledge or information sufficient to form a belief as to the

9  truth of the allegations in Paragraph 345 regarding those third parties, and on that basis denies

10  them.

11      346.   Amazon admits that the first sentence of Paragraph 346 purports to quote or refer

12  to third parties' statements or actions.  Amazon lacks knowledge or information sufficient to form

13  a belief as to the truth of the allegations in the first sentence of Paragraph 346 regarding those third

14  parties, and on that basis denies them.  The remaining allegations in Paragraph 346 are legal

15  conclusions and characterizations to which no responsive pleading is required.  Insofar as any

16  responsive pleading is required, Amazon denies the allegations in Paragraph 346.

17      347.   Amazon denies the first sentence of Paragraph 347.  Amazon admits that Paragraph

18  347 purports to refer to Amazon's methods of selecting which offers are ineligible to be featured

19  and Amazon's methods of pricing its Retail products.  Those methods speak for themselves, and

20  Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted,

21  Amazon denies the allegations in Paragraph 347.

22      348.   Amazon denies the allegations in the first and second sentences of Paragraph 348.

23  Amazon admits that Paragraph 348 purports to partially quote or refer to statements or documents

24  of a third-party, and Amazon lacks knowledge or information sufficient to form a belief as to the

25  truth or falsity of the allegations and on that basis denies them.  Except to the extent expressly

26  admitted, Amazon denies the allegations in Paragraph 348.

349.    Amazon denies the allegation in the first sentence of Paragraph 349.  Amazon admits that the remainder of Paragraph 349 purports to quote or refer to third parties' statements or actions.  Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 349 regarding those third parties, and on that basis denies them.

350.    Amazon admits that Paragraph 350 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 350.

351.    Amazon admits that Paragraph 351 purports to quote or refer to third parties' statements or actions. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 351 regarding those third parties, and on that basis denies them.

352.    The allegations in Paragraph 352 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 352.

353.    The allegations in Paragraph 353 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 353.

354.    Amazon admits that a Prime badge is used to identify products that are eligible for Prime delivery benefits at no additional cost to Prime Members, and that non-Prime members may also qualify for free shipping.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 354.

355.    Amazon denies the allegations in Paragraph 355.

356.    Amazon denies the allegations in Paragraph 356.

357.    Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of general assertions about seller preferences and on that basis denies the allegations.

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 51
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

The remaining allegations in Paragraph 357 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 357.

358. The allegations in Paragraph 358 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 358.

359. The allegations in Paragraph 359 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 359.

360. Amazon admits that many US households have an Amazon Prime membership, but Amazon denies any characterization of the number of Prime subscribers as a static number. Amazon further admits that Paragraph 360 purports to quote or refer to internal Amazon documents, which speak for themselves, and denies any attempt to characterize them. Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 360.

361. Amazon admits that Paragraph 361 purports to partially quote from or refer to an internal Amazon document, which speaks for itself, and Amazon denies any attempt to characterize it. Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 361.

362. Amazon admits that both sellers and customers value free, fast, and reliable shipping, but denies that it "conditions access" based on sellers' use of FBA. The remaining allegations in Paragraph 362 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 362.

363. Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of general assertions about seller preferences and on that basis denies the allegations in the first sentence of Paragraph 363. Amazon admits that Paragraph 363 purports to quote or refer

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1   to an internal Amazon document, which speaks for itself, and Amazon denies any attempt to
2   characterize it.   Except to the extent expressly admitted, Amazon denies the allegations in
3   Paragraph 363.

4        364.   Amazon admits that Paragraph 364 purports to quote or refer to a public Amazon
5   document, which speaks for itself, and Amazon denies any attempt to characterize it.   Except to
6   the extent expressly admitted, Amazon denies the allegations in Paragraph 364.

7        365.   Amazon admits that Paragraph 365 purports to quote or refer to internal Amazon
8   documents, which speak for themselves, and Amazon denies any attempt to characterize them.
9   Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 365.

10       366.   The allegations in the first and last sentences of Paragraph 366 are legal conclusions
11  and characterizations to which no responsive pleading is required.   Insofar as any responsive
12  pleading is required, Amazon denies the allegations in those sentences.   Amazon lacks knowledge
13  or information sufficient to form a belief as to the truth or falsity of general assertions about seller
14  preferences and on that basis denies the allegations.   Amazon further admits that Paragraph 366
15  purports to quote an article, which speaks for itself, and Amazon denies any attempt at
16  characterizing the article.   Except to the extent expressly admitted, Amazon denies the allegations
17  in Paragraph 366.

18       367.   Amazon denies the allegations in Paragraph 367.

19       368.   The allegations in Paragraph 368 are legal conclusions and characterizations to
20  which no responsive pleading is required.   Insofar as any responsive pleading is required, Amazon
21  denies the allegations in Paragraph 368.

22       369.   The allegations in the first and last sentences in Paragraph 369 are legal conclusions
23  and characterizations to which no responsive pleading is required.   Insofar as any responsive
24  pleading is required, Amazon denies the allegations in Paragraph 369.   Amazon lacks knowledge
25  or information sufficient to form a belief as to the truth or falsity of general assertions about seller

26

1    preferences and business operations and on that basis denies the allegations in the second, third,

2    and fourth sentences in Paragraph 369.

3        370.    Amazon denies the allegations in Paragraph 370.

4        371.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

5    or falsity of general assertions about seller preferences and business operations and on that basis

6    denies the allegations in Paragraph 371.

7        372.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

8    or falsity of general assertions about seller preferences and on that basis denies the allegations in

9    Paragraph 372.

10       373.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

11   or falsity of general assertions about seller preferences and business operations and on that basis

12   denies the allegations in Paragraph 373.

13       374.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

14   or falsity of general assertions about seller preferences and on that basis denies the allegations.

15   The remaining allegations in Paragraph 374 are legal conclusions and characterizations to which

16   no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies

17   the allegations in Paragraph 374.

18       375.    The allegations in Paragraph 375 are legal conclusions and characterizations to

19   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

20   denies the allegations in Paragraph 375.

21       376.    The allegations in Paragraph 376 are legal conclusions and characterizations to

22   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

23   denies the allegations in Paragraph 376.

24       377.    The allegations in Paragraph 377 are legal conclusions and characterizations to

25   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

26   denies the allegations in Paragraph 377.

1    378.    The allegations in Paragraph 378 are legal conclusions and characterizations to

2    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

3    denies the allegations in Paragraph 378.

4    379.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

5    or falsity of general assertions about the retail fulfillment market and on that basis denies the

6    allegations.

7    380.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

8    or falsity of general assertions about retail fulfillment and marketplace markets and on that basis

9    denies the allegations.

10    381.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

11    or falsity of general assertions about the retail fulfillment market and on that basis denies the

12    allegations in the first sentence.  Amazon admits that it offers sellers a variety of services and

13    charges fees based on a variety of factors.  Except to the extent expressly admitted, Amazon denies

14    the allegations in Paragraph 381.

15    382.    The allegations in Paragraph 382 are legal conclusions and characterizations to

16    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

17    denies the allegations in Paragraph 382.

18    383.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

19    or falsity of general assertions about the retail fulfillment market and on that basis denies the

20    allegations in the first sentence.  The remaining allegations in Paragraph 383 are legal conclusions

21    and characterizations to which no responsive pleading is required.  Insofar as any responsive

22    pleading is required, Amazon denies the allegations in Paragraph 383.

23    384.    Amazon denies the allegations in Paragraph 384.

24    385.    The allegations in Paragraph 385 are legal conclusions and characterizations to

25    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

26    denies the allegations in Paragraph 385.

1    386.    Amazon admits that Paragraph 386 purports to quote or refer to internal Amazon

2    documents, which speak for themselves, and Amazon denies any attempt to characterize them.

3    The remaining allegations in Paragraph 386 are legal conclusions and characterizations to which

4    no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies

5    the allegations in Paragraph 386.

6    387.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

7    or falsity of general assertions about the retail fulfillment market, and on that basis denies the

8    allegations in the first sentence.  The remaining allegations in Paragraph 387 are legal conclusions

9    and characterizations to which no responsive pleading is required.  Insofar as any responsive

10    pleading is required, Amazon denies the allegations in Paragraph 387.

11    388.    The allegations in Paragraph 388 are legal conclusions and characterizations to

12    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

13    denies the allegations in Paragraph 388.

14    389.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

15    or falsity of general assertions about "independent fulfillment providers," and on that basis denies

16    the allegations in Paragraph 389.

17    390.    Amazon admits that Amazon's FBA service fulfills orders placed in Amazon's

18    store and that Amazon also provides a service to fulfill orders sold in other channels.  Amazon

19    lacks knowledge or information sufficient to form a belief as to the truth or falsity of general

20    assertions about independent fulfillment providers, and on that basis denies the allegations in the

21    third sentence.  Except to the extent expressly admitted, Amazon denies the allegations in

22    Paragraph 390.

23    391.    The allegations in Paragraph 391 are legal conclusions and characterizations to

24    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

25    denies the allegations in Paragraph 391.

26

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1    392.    Amazon admits that Paragraph 392 purports to quote or refer to internal Amazon

2    documents, which speak for themselves, and Amazon denies any attempt to characterize them.

3    Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 392.

4    393.    Amazon admits that Paragraph 393 purports to quote or refer to an internal Amazon

5    document, which speaks for itself, and Amazon denies any attempt to characterize it.  Except to

6    the extent expressly admitted, Amazon denies the allegations in Paragraph 393.

7    394.    Amazon denies the allegations in Paragraph 394.

8    395.    Amazon lacks knowledge or information sufficient to form a belief as to the truth

9    or falsity of general assertions about "independent fulfillment providers," and on that basis denies

10   the allegations.   The remaining allegations in Paragraph 395 are legal conclusions and

11   characterizations to which no responsive pleading is required.  Insofar as any responsive pleading

12   is required, Amazon denies the allegations in Paragraph 395.

13   396.    The allegations in Paragraph 396 are legal conclusions and characterizations to

14   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

15   denies the allegations in Paragraph 396.

16   397.    The allegations in Paragraph 397 are legal conclusions and characterizations to

17   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

18   denies the allegations in Paragraph 397.

19   398.    Amazon denies the allegations in the first sentence of Paragraph 398.  Amazon

20   lacks knowledge or information sufficient to form a belief as to the truth of the allegations in

21   Paragraph 398 regarding seller preferences and business operations, and on that basis denies them.

22   The remaining allegations in Paragraph 398 are legal conclusions and characterizations to which

23   no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies

24   the allegations in Paragraph 398.  Except to the extent expressly admitted, Amazon denies the

25   allegations in Paragraph 398.

26   399.    Amazon denies the allegations in Paragraph 399.

1    400.    Amazon admits that in 2015 it launched Seller Fulfilled Prime, sometimes referred

2    to as SFP, which permitted sellers to make Prime-eligible offers without using FBA.  Amazon

3    further admits that it paused new seller enrollment into SFP in 2019, and reopened enrollment into

4    SFP on October 1, 2023.  Except to the extent expressly admitted, Amazon denies the allegations

5    in Paragraph 400.

6    401.    Amazon admits that Amazon required sellers in SFP to meet certain standards to

7    enroll and receive Prime eligibility.  Amazon further admits that Paragraph 401 purports to quote

8    or refer to internal Amazon documents, which speak for themselves, and Amazon denies any

9    attempt to characterize them.  Except to the extent expressly admitted, Amazon denies the

10   allegations in Paragraph 401.

11   402.    Amazon admits that in the first full year of SFP, it enrolled approximately 3,200

12   sellers.  Amazon further admits that Paragraph 402 purports to quote or refer to internal Amazon

13   documents, which speak for themselves, and Amazon denies any attempt to characterize them.

14   Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 402.

15   403.    Amazon denies the allegations in Paragraph 403.

16   404.    Amazon admits that Paragraph 404 purports to quote or refer to internal and public

17   Amazon documents, which speak for themselves, and Amazon denies any attempt to characterize

18   them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 404.

19   405.    Amazon denies the allegations in the first sentence of Paragraph 405.  Amazon

20   admits that Paragraph 405 purports to quote or refer to internal Amazon documents, which speak

21   for themselves, and Amazon denies any attempt to characterize them.  Except to the extent

22   expressly admitted, Amazon denies the allegations in Paragraph 405.

23   406.    Amazon admits that Paragraph 406 purports to quote or refer to internal Amazon

24   documents and the testimony of an Amazon executive, which speak for themselves, and Amazon

25   denies any attempt to characterize them.  Except to the extent expressly admitted, Amazon denies

26   the allegations in Paragraph 406.

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 58
(Case No. 2:23-cv-01495-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

407.    Amazon admits that Paragraph 407 purports to quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt to characterize them. Amazon further admits that its sellers may use SFP.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 407.

408.    Amazon lacks knowledge or information sufficient to form a belief as to the truth or falsity of general assertions about SFP seller concerns, and on that basis denies the allegations. Amazon denies the remaining allegations in Paragraph 408.

409.    Amazon denies the allegations in the first sentence of Paragraph 409. Amazon admits that Paragraph 409 purports to quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt to characterize them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 409.

410.    Amazon denies the allegations in the first and last sentences of Paragraph 410. Amazon admits that Paragraph 410 purports to quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt to characterize them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 410.

411.    Amazon admits that it reopened SFP enrollment on October 1, 2023.  Amazon further admits that SFP sellers may use independent fulfillment providers.  Amazon further admits that Paragraph 411 purports to quote or refer to internal or public Amazon documents, which speak for themselves, and Amazon denies any attempt to characterize them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 411.

412.    The allegations in Paragraph 412 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 412.

413.    The allegations in Paragraph 413 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 413.

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 59
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

414.    The allegations in Paragraph 414 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 414.

415.    The allegations in Paragraph 415 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 415.

416.    The allegations in Paragraph 416 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 416.

417.    The allegations in Paragraph 417 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 417.

418.    Amazon admits that it used, at certain times in the past, something that it internally referred to as Project Nessie, but denies any attempt at characterizing it.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 418.

419.    Amazon denies the allegations in Paragraph 419.

420.    Amazon denies the allegations in Paragraph 420.

421.    Amazon admits Paragraph 421 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 421.

422.    Amazon admits that it used, at certain times in the past, something that it internally referred to as Project Nessie, but denies any attempt at characterizing it.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 422.

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 60
(Case No. 2:23-cv-01495-JHC)

423.    Amazon admits that it used, at certain times in the past, something that it internally referred to as Project Nessie, but denies any attempt at characterizing it.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 423.

424.    Amazon admits that it used, at certain times in the past, something that it internally referred to as Project Nessie, but denies any attempt at characterizing it.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 424.

425.    Amazon admits Paragraph 425 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 425.

426.    Amazon admits that it used, at certain times in the past, something that it internally referred to as Project Nessie, but denies any attempt at characterizing it.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 426.

427.    Amazon denies the allegations in Paragraph 427.

428.    Amazon admits Paragraph 428 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 428.

429.    Amazon admits Paragraph 429 purports to partially quote or refer to internal Amazon documents, which speak for themselves, and Amazon denies any attempt at characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 429.

430.    Amazon denies the allegations in Paragraph 430.

431.    Amazon denies the allegations in Paragraph 431.

432.    Amazon admits that it stopped using Project Nessie in 2019.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 432.

1    433.    Amazon admits that Paragraph 433 purports to partially quote or refer to internal

2    Amazon documents, which speak for themselves, and Amazon denies any attempt at

3    characterizing them.  Except to the extent expressly admitted, Amazon denies the allegations in

4    Paragraph 433.

5    434.    Amazon denies the allegations in Paragraph 434.

6    435.    The allegations in Paragraph 435 are legal conclusions and characterizations to

7    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

8    denies the allegations in Paragraph 435.

9    436.    The allegations in Paragraph 436 are legal conclusions and characterizations to

10    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

11    denies the allegations in Paragraph 436.

12    437.    The allegations in Paragraph 437 are legal conclusions and characterizations to

13    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

14    denies the allegations in Paragraph 437.

15    438.    Amazon denies the allegations in Paragraph 438.

16    439.    The allegations in Paragraph 439 are legal conclusions and characterizations to

17    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

18    denies the allegations in Paragraph 439.

19    440.    The allegations in Paragraph 440 are legal conclusions and characterizations to

20    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

21    denies the allegations in Paragraph 440.

22    441.    The allegations in Paragraph 441 are legal conclusions and characterizations to

23    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

24    denies the allegations in Paragraph 441.

25

26

1    442.    The allegations in Paragraph 442 are legal conclusions and characterizations to
2    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon
3    denies the allegations in Paragraph 442.

4    443.    The allegations in Paragraph 443 are legal conclusions and characterizations to
5    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon
6    denies the allegations in Paragraph 443.

7    444.    Amazon reasserts and hereby incorporates by reference its responses to each
8    paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

9    445.    The allegations in Paragraph 445 are legal conclusions and characterizations to
10   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon
11   denies the allegations in Paragraph 445.

12   446.    The allegations in Paragraph 446 are legal conclusions and characterizations to
13   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon
14   denies the allegations in Paragraph 446.

15   447.    The allegations in Paragraph 447 are legal conclusions and characterizations to
16   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon
17   denies the allegations in Paragraph 447.

18   448.    The allegations in Paragraph 448 are legal conclusions and characterizations to
19   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon
20   denies the allegations in Paragraph 448.

21   449.    The allegations in Paragraph 449 are legal conclusions and characterizations to
22   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon
23   denies the allegations in Paragraph 449.

24   450.    Amazon reasserts and hereby incorporates by reference its responses to each
25   paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

26

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

451.    The allegations in Paragraph 451 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 451.

452.    The allegations in Paragraph 452 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 452.

453.    The allegations in Paragraph 453 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 453.

454.    The allegations in Paragraph 454 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 454.

455.    The allegations in Paragraph 455 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 455.

456.    Amazon reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

457.    The allegations in Paragraph 457 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 457.

458.    The allegations in Paragraph 458 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 458.

459.    Amazon reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 64
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1    460.    The allegations in Paragraph 460 are legal conclusions and characterizations to

2    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

3    denies the allegations in Paragraph 460.

4    461.    Amazon denies the allegations in Paragraph 461.

5    462.    Amazon denies the allegations in Paragraph 462.

6    463.    Amazon denies the allegations in Paragraph 463.

7    464.    The allegations in Paragraph 464 are legal conclusions and characterizations to

8    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

9    denies the allegations in Paragraph 464.

10    465.    The allegations in Paragraph 465 are legal conclusions and characterizations to

11    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

12    denies the allegations in Paragraph 465.

13    466.    Amazon reasserts and hereby incorporates by reference its responses to each

14    paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

15    467.    The allegations in Paragraph 467 are legal conclusions and characterizations to

16    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

17    denies the allegations in Paragraph 467.

18    468.    The allegations in Paragraph 468 are legal conclusions and characterizations to

19    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

20    denies the allegations in Paragraph 468.

21    469.    The allegations in Paragraph 469 are legal conclusions and characterizations to

22    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

23    denies the allegations in Paragraph 469.

24    470.    The allegations in Paragraph 470 are legal conclusions and characterizations to

25    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

26    denies the allegations in Paragraph 470.

1    471.    The allegations in Paragraph 471 are legal conclusions and characterizations to

2    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

3    denies the allegations in Paragraph 471.

4    472.    The allegations in Paragraph 472 are legal conclusions and characterizations to

5    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

6    denies the allegations in Paragraph 472.

7    473.    Amazon reasserts and hereby incorporates by reference its responses to each

8    paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

9    474.    The allegations in Paragraph 474 are legal conclusions and characterizations to

10   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

11   denies the allegations in Paragraph 474.

12   475.    The allegations in Paragraph 475 are legal conclusions and characterizations to

13   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

14   denies the allegations in Paragraph 475.

15   476.    The allegations in Paragraph 476 are legal conclusions and characterizations to

16   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

17   denies the allegations in Paragraph 476.

18   477.    The allegations in Paragraph 477 are legal conclusions and characterizations to

19   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

20   denies the allegations in Paragraph 477.

21   478.    The allegations in Paragraph 478 are legal conclusions and characterizations to

22   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

23   denies the allegations in Paragraph 478.

24   479.    The allegations in Paragraph 479 are legal conclusions and characterizations to

25   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

26   denies the allegations in Paragraph 479.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1    480.    Amazon reasserts and hereby incorporates by reference its responses to each

2    paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

3    481.    The allegations in Paragraph 481 are legal conclusions and characterizations to

4    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

5    denies the allegations in Paragraph 481.

6    482.    The allegations in Paragraph 482 are legal conclusions and characterizations to

7    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

8    denies the allegations in Paragraph 482.

9    483.    The allegations in Paragraph 483 are legal conclusions and characterizations to

10   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

11   denies the allegations in Paragraph 483.

12   484.    The allegations in Paragraph 484 are legal conclusions and characterizations to

13   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

14   denies the allegations in Paragraph 484.

15   485.    The allegations in Paragraph 485 are legal conclusions and characterizations to

16   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

17   denies the allegations in Paragraph 485.

18   486.    Amazon reasserts and hereby incorporates by reference its responses to each

19   paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

20   487.    The allegations in Paragraph 487 are legal conclusions and characterizations to

21   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

22   denies the allegations in Paragraph 487.

23   488.    The allegations in Paragraph 488 are legal conclusions and characterizations to

24   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

25   denies the allegations in Paragraph 488.

26

489.    Amazon reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

490.    The allegations in Paragraph 490 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 490.

491.    The allegations in Paragraph 491 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 491.

492.    Amazon admits that Paragraph 492 purports to quote or refer to the Maryland Antitrust Act, which speaks for itself, and Amazon denies any attempt at characterizing it.  The remaining allegations in Paragraph 492 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 492.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 492.

493.    The allegations in Paragraph 493 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 493.

494.    The allegations in Paragraph 494 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 494.

495.    Amazon reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

496.    The allegations in Paragraph 496 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 496.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1    497.    The allegations in Paragraph 497 are legal conclusions and characterizations to

2    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

3    denies the allegations in Paragraph 497.

4    498.    The allegations in Paragraph 498 are legal conclusions and characterizations to

5    which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

6    denies the allegations in Paragraph 498.

7    499.    Amazon reasserts and hereby incorporates by reference its responses to each

8    paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

9    500.    The allegations in Paragraph 500 are legal conclusions and characterizations to

10   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

11   denies the allegations in Paragraph 500.

12   501.    The allegations in Paragraph 501 are legal conclusions and characterizations to

13   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

14   denies the allegations in Paragraph 501.

15   502.    Amazon reasserts and hereby incorporates by reference its responses to each

16   paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

17   503.    Amazon admits that Paragraph 503 purports to quote or refer to the New Jersey

18   Antitrust Act, which speaks for itself, and Amazon denies any attempt at characterizing it.  Except

19   to the extent expressly admitted, Amazon denies the allegations in Paragraph 503.

20   504.    The allegations in Paragraph 504 are legal conclusions and characterizations to

21   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

22   denies the allegations in Paragraph 504.

23   505.    The allegations in Paragraph 505 are legal conclusions and characterizations to

24   which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

25   denies the allegations in Paragraph 505.

26

506.    The allegations in Paragraph 506 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 506.

507.    Amazon reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

508.    Amazon admits that Paragraph 508 purports to quote or refer to the New Jersey Consumer Fraud Act, which speaks for itself, and Amazon denies any attempt at characterizing it. Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 508.

509.    The allegations in Paragraph 509 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 509.

510.    The allegations in Paragraph 510 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 510.

511.    The allegations in Paragraph 511 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 511.

512.    The allegations in Paragraph 512 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 512.

513.    Amazon is moving to dismiss the allegations in Paragraph 513, therefore no responsive pleading is required.  Insofar as any responsive pleading is required, without waiving its motion to dismiss, Amazon reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

514.    Amazon is moving to dismiss the allegations in Paragraph 514, therefore no responsive pleading is required.  Insofar as any responsive pleading is required, without waiving

1    its motion to dismiss, Amazon admits that Paragraph 514 purports to quote or refer to the New

2    Jersey Consumer Fraud Act, which speaks for itself, and Amazon denies any attempt at

3    characterizing it.    Except to the extent expressly admitted, Amazon denies the allegations in

4    Paragraph 514.

5        515.    Amazon is moving to dismiss the allegations in Paragraph 515, therefore no

6    responsive pleading is required.  Insofar as any responsive pleading is required, without waiving

7    its motion to dismiss, Amazon admits that Paragraph 515 purports to quote or refer to the New

8    Jersey Consumer Fraud Act, which speaks for itself, and Amazon denies any attempt at

9    characterizing it.    Except to the extent expressly admitted, Amazon denies the allegations in

10    Paragraph 515.

11        516.    Amazon is moving to dismiss the allegations in Paragraph 516, therefore no

12    responsive pleading is required.  Insofar as any responsive pleading is required, Amazon admits

13    that Paragraph 516 purports to quote or refer to the New Jersey Consumer Fraud Act, which speaks

14    for itself, and Amazon denies any attempt at characterizing it.  Except to the extent expressly

15    admitted, Amazon denies the allegations in Paragraph 516.

16        517.    Amazon is moving to dismiss the allegations in Paragraph 517, therefore no

17    responsive pleading is required.    Furthermore, the allegations in Paragraph 517 are legal

18    conclusions and characterizations to which no responsive pleading is required.  Insofar as any

19    responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

20    allegations in Paragraph 517.

21        518.    Amazon is moving to dismiss the allegations in Paragraph 518, therefore no

22    responsive pleading is required.    Furthermore, the allegations in Paragraph 518 are legal

23    conclusions and characterizations to which no responsive pleading is required.  Insofar as any

24    responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

25    allegations in Paragraph 518.

26

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 71
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1      519.    Amazon is moving to dismiss the allegations in Paragraph 519, therefore no

2  responsive pleading is required.    Furthermore, the allegations in Paragraph 519 are legal

3  conclusions and characterizations to which no responsive pleading is required.  Insofar as any

4  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

5  allegations in Paragraph 519.

6      520.    Amazon is moving to dismiss the allegations in Paragraph 520, therefore no

7  responsive pleading is required.    Furthermore, the allegations in Paragraph 520 are legal

8  conclusions and characterizations to which no responsive pleading is required.  Insofar as any

9  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

10  allegations in Paragraph 520.

11      521.    Amazon is moving to dismiss the allegations in Paragraph 521, therefore no

12  responsive pleading is required.    Furthermore, the allegations in Paragraph 521 are legal

13  conclusions and characterizations to which no responsive pleading is required.  Insofar as any

14  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

15  allegations in Paragraph 521.

16      522.    Amazon is moving to dismiss the allegations in Paragraph 522, therefore no

17  responsive pleading is required.    Furthermore, the allegations in Paragraph 522 are legal

18  conclusions and characterizations to which no responsive pleading is required.  Insofar as any

19  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

20  allegations in Paragraph 522.

21      523.    Amazon is moving to dismiss the allegations in Paragraph 523, therefore no

22  responsive pleading is required.    Furthermore, the allegations in Paragraph 523 are legal

23  conclusions and characterizations to which no responsive pleading is required.  Insofar as any

24  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

25  allegations in Paragraph 523.

26

1    524.    Amazon is moving to dismiss the allegations in Paragraph 524, therefore no

2    responsive pleading is required.  Insofar as any responsive pleading is required, without waiving

3    its motion to dismiss, Amazon reasserts and hereby incorporates by reference its responses to each

4    paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

5    525.    Amazon is moving to dismiss the allegations in Paragraph 525, therefore no

6    responsive pleading is required.  Insofar as any responsive pleading is required, without waiving

7    its motion to dismiss, Amazon admits that Paragraph 525 purports to quote or refer to the New

8    Jersey Consumer Fraud Act, which speaks for itself, and Amazon denies any attempt at

9    characterizing it.  Except to the extent expressly admitted, Amazon denies the allegations in

10   Paragraph 525.

11   526.    Amazon is moving to dismiss the allegations in Paragraph 526, therefore no

12   responsive pleading is required.  Insofar as any responsive pleading is required, without waiving

13   its motion to dismiss, Amazon admits that Paragraph 526 purports to quote or refer to the New

14   Jersey Consumer Fraud Act, which speaks for itself, and Amazon denies any attempt at

15   characterizing it.  Except to the extent expressly admitted, Amazon denies the allegations in

16   Paragraph 526.

17   527.    Amazon is moving to dismiss the allegations in Paragraph 527, therefore no

18   responsive pleading is required.  Insofar as any responsive pleading is required, without waiving

19   its motion to dismiss, Amazon admits that Paragraph 527 purports to quote or refer to the New

20   Jersey Consumer Fraud Act, which speaks for itself, and Amazon denies any attempt at

21   characterizing it.  Except to the extent expressly admitted, Amazon denies the allegations in

22   Paragraph 527.

23   528.    Amazon is moving to dismiss the allegations in Paragraph 528, therefore no

24   responsive pleading is required.  Furthermore, the allegations in Paragraph 528 are legal

25   conclusions and characterizations to which no responsive pleading is required.  Insofar as any

26

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

2  allegations in Paragraph 528.

3      529.    Amazon is moving to dismiss the allegations in Paragraph 529, therefore no

4  responsive pleading is required.  Furthermore, the allegations in Paragraph 529 are legal

5  conclusions and characterizations to which no responsive pleading is required.  Insofar as any

6  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

7  allegations in Paragraph 529.

8      530.    Amazon is moving to dismiss the allegations in Paragraph 530, therefore no

9  responsive pleading is required.  Furthermore, the allegations in Paragraph 530 are legal

10 conclusions and characterizations to which no responsive pleading is required.  Insofar as any

11 responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

12 allegations in Paragraph 530.

13     531.    Amazon is moving to dismiss the allegations in Paragraph 531, therefore no

14 responsive pleading is required.  Furthermore, the allegations in Paragraph 531 are legal

15 conclusions and characterizations to which no responsive pleading is required.  Insofar as any

16 responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

17 allegations in Paragraph 531.

18     532.    Amazon is moving to dismiss the allegations in Paragraph 532, therefore no

19 responsive pleading is required.  Furthermore, the allegations in Paragraph 532 are legal

20 conclusions and characterizations to which no responsive pleading is required.  Insofar as any

21 responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

22 allegations in Paragraph 532.

23     533.    Amazon is moving to dismiss the allegations in Paragraph 533, therefore no

24 responsive pleading is required.  Furthermore, the allegations in Paragraph 533 are legal

25 conclusions and characterizations to which no responsive pleading is required.  Insofar as any

26

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 74
(Case No. 2:23-cv-01495-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

2  allegations in Paragraph 533.

3      534.    Amazon reasserts and hereby incorporates by reference its responses to each

4  paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

5      535.    The allegations in Paragraph 535 are legal conclusions and characterizations to

6  which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

7  denies the allegations in Paragraph 535.

8      536.    Amazon reasserts and hereby incorporates by reference its responses to each

9  paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

10     537.    The allegations in Paragraph 537 are legal conclusions and characterizations to

11  which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

12  denies the allegations in Paragraph 537.

13     538.    The allegations in Paragraph 538 are legal conclusions and characterizations to

14  which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

15  denies the allegations in Paragraph 538.

16     539.    The allegations in Paragraph 539 are legal conclusions and characterizations to

17  which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

18  denies the allegations in Paragraph 539.

19     540.    The allegations in Paragraph 540 are legal conclusions and characterizations to

20  which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

21  denies the allegations in Paragraph 540.

22     541.    The allegations in Paragraph 541 are legal conclusions and characterizations to

23  which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon

24  denies the allegations in Paragraph 541.

25     542.    Amazon reasserts and hereby incorporates by reference its responses to each

26  paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

543.    The allegations in Paragraph 543 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 543.

544.    The allegations in Paragraph 544 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 544.

545.    Amazon is moving to dismiss the allegations in Paragraph 545, therefore no responsive pleading is required. Insofar as any responsive pleading is required, without waiving its motion to dismiss, Amazon reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

546.    Amazon is moving to dismiss the allegations in Paragraph 546, therefore no responsive pleading is required. Furthermore, the allegations in Paragraph 546 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, without waiving its motion to dismiss, Amazon denies the allegations in Paragraph 546.

547.    Amazon is moving to dismiss the allegations in Paragraph 547, therefore no responsive pleading is required. Furthermore, the allegations in Paragraph 547 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, without waiving its motion to dismiss, Amazon denies the allegations in Paragraph 547.

548.    Amazon is moving to dismiss the allegations in Paragraph 548, therefore no responsive pleading is required. Furthermore, the allegations in Paragraph 548 are legal conclusions and characterizations to which no responsive pleading is required. Insofar as any responsive pleading is required, without waiving its motion to dismiss, Amazon denies the allegations in Paragraph 548.

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 76
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1    549.    Amazon is moving to dismiss the allegations in Paragraph 549, therefore no

2    responsive pleading is required.    Furthermore, the allegations in Paragraph 549 are legal

3    conclusions and characterizations to which no responsive pleading is required.    Insofar as any

4    responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

5    allegations in Paragraph 549.

6    550.    Amazon is moving to dismiss the allegations in Paragraph 550, therefore no

7    responsive pleading is required.    Insofar as any responsive pleading is required, without waiving

8    its motion to dismiss, Amazon reasserts and hereby incorporates by reference its responses to

9    Paragraphs 268–270, 418, 419, 421, 428–431, and 432, as though fully set forth herein.

10    551.    Amazon is moving to dismiss the allegations in Paragraph 551, therefore no

11    responsive pleading is required.    Furthermore, the allegations in Paragraph 551 are legal

12    conclusions and characterizations to which no responsive pleading is required.    Insofar as any

13    responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

14    allegations in Paragraph 551.

15    552.    Amazon is moving to dismiss the allegations in Paragraph 552, therefore no

16    responsive pleading is required.    Insofar as any responsive pleading is required, without waiving

17    its motion to dismiss, Amazon denies the allegations in Paragraph 552.

18    553.    Amazon is moving to dismiss the allegations in Paragraph 553, therefore no

19    responsive pleading is required.    Insofar as any responsive pleading is required, without waiving

20    its motion to dismiss, Amazon denies the allegations in Paragraph 553.

21    554.    Amazon is moving to dismiss the allegations in Paragraph 554, therefore no

22    responsive pleading is required.    Insofar as any responsive pleading is required, without waiving

23    its motion to dismiss, Amazon denies the allegations in Paragraph 554.

24    555.    Amazon is moving to dismiss the allegations in Paragraph 555, therefore no

25    responsive pleading is required.    Insofar as any responsive pleading is required, without waiving

26    its motion to dismiss, Amazon denies the allegations in Paragraph 555.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

556.    Amazon is moving to dismiss the allegations in Paragraph 556, therefore no responsive pleading is required.  Insofar as any responsive pleading is required, without waiving its motion to dismiss, Amazon denies the allegations in Paragraph 556.

557.    Amazon is moving to dismiss the allegations in Paragraph 557, therefore no responsive pleading is required.  Insofar as any responsive pleading is required, without waiving its motion to dismiss, Amazon admits that Paragraph 557 purports to include an image from Amazon's website from 2015, but lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the image and denies any attempt at characterizing it.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 557.

558.    Amazon is moving to dismiss the allegations in Paragraph 558, therefore no responsive pleading is required.  Insofar as any responsive pleading is required, without waiving its motion to dismiss, Amazon admits that Paragraph 558 purports to include an image from Amazon's website from 2017, but lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the image and denies any attempt at characterizing it.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 558.

559.    Amazon is moving to dismiss the allegations in Paragraph 559, therefore no responsive pleading is required.  Insofar as any responsive pleading is required, without waiving its motion to dismiss, Amazon admits that Paragraph 559 purports to include an image from Amazon's website, but lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the image and denies any attempt at characterizing it.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph 559.

560.    Amazon is moving to dismiss the allegations in Paragraph 560, therefore no responsive pleading is required.  Insofar as any responsive pleading is required, without waiving its motion to dismiss, Amazon admits that it has a Competitor Monitoring Team, which, among other things, monitors publicly available information, including prices offered for certain items, from certain competitors, in order to ensure that Amazon features competitive prices for its

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 78
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1    customers.  Except to the extent expressly admitted, Amazon denies the allegations in Paragraph

2    560.

3        561.    Amazon is moving to dismiss the allegations in Paragraph 561, therefore no

4    responsive pleading is required.  Insofar as any responsive pleading is required, without waiving

5    its motion to dismiss, Amazon denies the allegations in Paragraph 561.

6        562.    Amazon is moving to dismiss the allegations in Paragraph 562, therefore no

7    responsive pleading is required.  Insofar as any responsive pleading is required, without waiving

8    its motion to dismiss, Amazon denies the allegations in Paragraph 562.

9        563.    Amazon is moving to dismiss the allegations in Paragraph 563, therefore no

10   responsive pleading is required.  Insofar as any responsive pleading is required, without waiving

11   its motion to dismiss, Amazon denies the allegations in Paragraph 563.

12       564.    Amazon is moving to dismiss the allegations in Paragraph 564, therefore no

13   responsive pleading is required.  Insofar as any responsive pleading is required, without waiving

14   its motion to dismiss, Amazon denies the allegations in Paragraph 564.

15       565.    Amazon is moving to dismiss the allegations in Paragraph 565, therefore no

16   responsive pleading is required.  Insofar as any responsive pleading is required, without waiving

17   its motion to dismiss, Amazon reasserts and hereby incorporates by reference its responses to each

18   paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

19       566.    Amazon is moving to dismiss the allegations in Paragraph 566, therefore no

20   responsive pleading is required.  Furthermore, the allegations in Paragraph 566 are legal

21   conclusions and characterizations to which no responsive pleading is required.  Insofar as any

22   responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

23   allegations in Paragraph 566.

24       567.    Amazon is moving to dismiss the allegations in Paragraph 567, therefore no

25   responsive pleading is required.  Furthermore, the allegations in Paragraph 567 are legal

26   conclusions and characterizations to which no responsive pleading is required.  Insofar as any

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 79
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1    responsive pleading is required, without waiving its motion to dismiss,  Amazon denies the

2    allegations in Paragraph 567.

3        568.    Amazon is moving to dismiss the allegations in Paragraph 568, therefore no

4    responsive pleading is required.  Furthermore, the allegations in Paragraph 568 are legal

5    conclusions and characterizations to which no responsive pleading is required.  Insofar as any

6    responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

7    allegations in Paragraph 568.

8        569.    Amazon is moving to dismiss the allegations in Paragraph 569, therefore no

9    responsive pleading is required.  Furthermore, the allegations in Paragraph 569 are legal

10   conclusions and characterizations to which no responsive pleading is required.  Insofar as any

11   responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

12   allegations in Paragraph 569.

13       570.    Amazon is moving to dismiss the allegations in Paragraph 570, therefore no

14   responsive pleading is required.  Furthermore, the allegations in Paragraph 570 are legal

15   conclusions and characterizations to which no responsive pleading is required.  Insofar as any

16   responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

17   allegations in Paragraph 570.

18       571.    Amazon is moving to dismiss the allegations in Paragraph 571, therefore no

19   responsive pleading is required.  Furthermore, the allegations in Paragraph 571 are legal

20   conclusions and characterizations to which no responsive pleading is required.  Insofar as any

21   responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

22   allegations in Paragraph 571.

23       572.    Amazon is moving to dismiss the allegations in Paragraph 572, therefore no

24   responsive pleading is required.  Furthermore, the allegations in Paragraph 572 are legal

25   conclusions and characterizations to which no responsive pleading is required.  Insofar as any

26

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1   responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

2   allegations in Paragraph 572.

3       573.     Amazon is moving to dismiss the allegations in Paragraph 573, therefore no

4   responsive pleading is required.   Furthermore, the allegations in Paragraph 573 are legal

5   conclusions and characterizations to which no responsive pleading is required.   Insofar as any

6   responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

7   allegations in Paragraph 573.

8       574.     Amazon is moving to dismiss the allegations in Paragraph 574, therefore no

9   responsive pleading is required.   Furthermore, the allegations in Paragraph 574 are legal

10  conclusions and characterizations to which no responsive pleading is required.   Insofar as any

11  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

12  allegations in Paragraph 574.

13      575.     Amazon is moving to dismiss the allegations in Paragraph 575, therefore no

14  responsive pleading is required.   Furthermore, the allegations in Paragraph 575 are legal

15  conclusions and characterizations to which no responsive pleading is required.   Insofar as any

16  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

17  allegations in Paragraph 575.

18      576.     Amazon is moving to dismiss the allegations in Paragraph 576, therefore no

19  responsive pleading is required.   Furthermore, the allegations in Paragraph 576 are legal

20  conclusions and characterizations to which no responsive pleading is required.   Insofar as any

21  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

22  allegations in Paragraph 576.

23      577.     Amazon is moving to dismiss the allegations in Paragraph 577, therefore no

24  responsive pleading is required.   Furthermore, the allegations in Paragraph 577 are legal

25  conclusions and characterizations to which no responsive pleading is required.   Insofar as any

26

1  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

2  allegations in Paragraph 577.

3      578.    Amazon is moving to dismiss the allegations in Paragraph 578, therefore no

4  responsive pleading is required.  Furthermore, the allegations in Paragraph 578 are legal

5  conclusions and characterizations to which no responsive pleading is required.  Insofar as any

6  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

7  allegations in Paragraph 578.

8      579.    Amazon is moving to dismiss the allegations in Paragraph 579, therefore no

9  responsive pleading is required.  Furthermore, the allegations in Paragraph 579 are legal

10  conclusions and characterizations to which no responsive pleading is required.  Insofar as any

11  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

12  allegations in Paragraph 579.

13      580.    Amazon is moving to dismiss the allegations in Paragraph 580, therefore no

14  responsive pleading is required.  Insofar as any responsive pleading is required, without waiving

15  its motion to dismiss, Amazon reasserts and hereby incorporates by reference its responses to each

16  paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

17      581.    Amazon is moving to dismiss the allegations in Paragraph 581, therefore no

18  responsive pleading is required.  Furthermore, the allegations in Paragraph 581 are legal

19  conclusions and characterizations to which no responsive pleading is required.  Insofar as any

20  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

21  allegations in Paragraph 581.

22      582.    Amazon is moving to dismiss the allegations in Paragraph 582, therefore no

23  responsive pleading is required.  Furthermore, the allegations in Paragraph 582 are legal

24  conclusions and characterizations to which no responsive pleading is required.  Insofar as any

25  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

26  allegations in Paragraph 582.

1      583.    Amazon is moving to dismiss the allegations in Paragraph 583, therefore no

2  responsive pleading is required.    Furthermore, the allegations in Paragraph 583 are legal

3  conclusions and characterizations to which no responsive pleading is required.    Insofar as any

4  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

5  allegations in Paragraph 583.

6      584.    Amazon is moving to dismiss the allegations in Paragraph 584, therefore no

7  responsive pleading is required.    Furthermore, the allegations in Paragraph 584 are legal

8  conclusions and characterizations to which no responsive pleading is required.    Insofar as any

9  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

10  allegations in Paragraph 584.

11      585.    Amazon is moving to dismiss the allegations in Paragraph 585, therefore no

12  responsive pleading is required.    Furthermore, the allegations in Paragraph 585 are legal

13  conclusions and characterizations to which no responsive pleading is required.    Insofar as any

14  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

15  allegations in Paragraph 585.

16      586.    Amazon is moving to dismiss the allegations in Paragraph 586, therefore no

17  responsive pleading is required.    Furthermore, the allegations in Paragraph 586 are legal

18  conclusions and characterizations to which no responsive pleading is required.    Insofar as any

19  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

20  allegations in Paragraph 586.

21      587.    Amazon is moving to dismiss the allegations in Paragraph 587, therefore no

22  responsive pleading is required.    Furthermore, the allegations in Paragraph 587 are legal

23  conclusions and characterizations to which no responsive pleading is required.    Insofar as any

24  responsive pleading is required, without waiving its motion to dismiss, Amazon denies the

25  allegations in Paragraph 587.

26

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

588.    Amazon is moving to dismiss the allegations in Paragraph 588, therefore no responsive pleading is required.  Furthermore, the allegations in Paragraph 588 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, without waiving its motion to dismiss, Amazon denies the allegations in Paragraph 588.

589.    Amazon is moving to dismiss the allegations in Paragraph 589, therefore no responsive pleading is required.  Furthermore, the allegations in Paragraph 589 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, without waiving its motion to dismiss, Amazon denies the allegations in Paragraph 589.

590.    Amazon is moving to dismiss the allegations in Paragraph 590, therefore no responsive pleading is required.  Furthermore, the allegations in Paragraph 590 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, without waiving its motion to dismiss, Amazon denies the allegations in Paragraph 590.

591.    Amazon is moving to dismiss the allegations in Paragraph 591, therefore no responsive pleading is required.  Furthermore, the allegations in Paragraph 591 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, without waiving its motion to dismiss, Amazon denies the allegations in Paragraph 591.

592.    Amazon is moving to dismiss the allegations in Paragraph 592, therefore no responsive pleading is required.  Furthermore, the allegations in Paragraph 592 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, without waiving its motion to dismiss, Amazon denies the allegations in Paragraph 592.

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 84
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

593.    Amazon is moving to dismiss the allegations in Paragraph 593, therefore no responsive pleading is required.    Furthermore, the allegations in Paragraph 593 are legal conclusions and characterizations to which no responsive pleading is required.    Insofar as any responsive pleading is required, without waiving its motion to dismiss, Amazon denies the allegations in Paragraph 593.

594.    Amazon is moving to dismiss the allegations in Paragraph 594, therefore no responsive pleading is required.    Furthermore, the allegations in Paragraph 594 are legal conclusions and characterizations to which no responsive pleading is required.    Insofar as any responsive pleading is required, without waiving its motion to dismiss, Amazon denies the allegations in Paragraph 594.

595.    Amazon is moving to dismiss the allegations in Paragraph 595, therefore no responsive pleading is required.    Furthermore, the allegations in Paragraph 595 are legal conclusions and characterizations to which no responsive pleading is required.    Insofar as any responsive pleading is required, without waiving its motion to dismiss, Amazon denies the allegations in Paragraph 595.

596.    Amazon reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Second Amended Complaint, as though fully set forth herein.

597.    The allegations in Paragraph 597 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 597.

598.    The allegations in Paragraph 598 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 598.

599.    The allegations in Paragraph 599 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 599.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

600.     The allegations in Paragraph 600 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 600.

601.     Amazon reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Amended Second Complaint, as though fully set forth herein.

602.     The allegations in Paragraph 602 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 602.

603.     The allegations in Paragraph 603 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as any responsive pleading is required, Amazon denies the allegations in Paragraph 603.

## AFFIRMATIVE DEFENSES

1.     Amazon asserts the following affirmative defenses to Plaintiffs' alleged causes of action.

2.     By alleging the matters set forth below, Amazon does not allege or admit that it has the burden of proof with respect to any such matter, or that Plaintiffs have adequately stated any cause of action against Amazon.  Nothing herein shall be construed as Amazon assuming the burden of proof as to any matter for which such burden properly resides with Plaintiffs.

3.     Amazon has not knowingly or intentionally waived any applicable defense and explicitly reserves the right to assert and rely on such other defenses as may become available or apparent during discovery.

4.     Amazon explicitly reserves the right to amend this Answer and/or its Affirmative Defenses.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

Plaintiffs' causes of action fail to state a claim upon which relief can be granted.

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 86
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**SECOND AFFIRMATIVE DEFENSE**

**(Procompetitive Conduct)**

The Amazon conduct challenged in the Second Amended Complaint has procompetitive justifications and benefits competition, consumers, and sellers.

**THIRD AFFIRMATIVE DEFENSE**

**(Statute of Limitations / Laches)**

Plaintiffs' claims are barred, in whole or in part, by the applicable statute(s) of limitations and/or the equitable doctrine of laches.

**FOURTH AFFIRMATIVE DEFENSE**

**(Lack of Statutory Authority to Proceed in District Court)**

Plaintiff the Federal Trade Commission lacks statutory authority to pursue in U.S. District Court the claims alleged, and relief sought, in the Second Amended Complaint.

**FIFTH AFFIRMATIVE DEFENSE**

**(Violation of Due Process to Pursue Standalone Section 5 Claims)**

Plaintiff the Federal Trade Commission's pursuit of Counts III and IV, which allege claims solely under Section 5 of the FTC Act, in U.S. District Court violates the Due Process Clause of the United States Constitution.

**SIXTH AFFIRMATIVE DEFENSE**

**(Violation of Due Process for Failure to Recuse)**

Plaintiff the Federal Trade Commission's pursuit, through Chair Lina Khan, of the claims alleged, and relief sought, and failure to recuse or consider the recusal of Chair Khan, violates the Due Process Clause of the United States Constitution.

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1

2

**SEVENTH AFFIRMATIVE DEFENSE**

**(Umbrella Damages)**

3      The claims brought by the State Plaintiffs are barred, in whole or in part, to the extent the

4  State Plaintiffs seek damages based on purchases from entities other than Amazon for which

5  Amazon is not responsible.

6

**EIGHTH AFFIRMATIVE DEFENSE**

7

**(Extraterritorial Application of State Law)**

8      Plaintiffs the State of Maryland, the State of New Jersey, and the State of Oklahoma lack

9  statutory authority to pursue the claims alleged, and the relief sought, under the laws of their

10  respective states because the claims here involve interstate commerce.

11

**NINTH AFFIRMATIVE DEFENSE**

12

**(Separation of Powers)**

13      Plaintiff the Federal Trade Commission's pursuit of the claims alleged, and relief sought,

14  in the Second Amended Complaint violates the United States Constitution's separation of powers

15  due to the non-removability at will of its Commissioners.

16

**TENTH AFFIRMATIVE DEFENSE**

17

**(Exceeding Statutory Authority)**

18      The claims alleged in the Second Amended Complaint exceed the statutory authority

19  delegated by Congress to Plaintiff the Federal Trade Commission.

20

**ELEVENTH AFFIRMATIVE DEFENSE**

21

**(Non-Delegation Doctrine)**

22      To the extent that Plaintiff the Federal Trade Commission is exercising delegated

23  legislative authority, its actions are unconstitutional because Congress did not provide the

24  Commission with an intelligible principle with which to conform.

25

26

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 88
(Case No. 2:23-cv-01495-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1

## TWELFTH AFFIRMATIVE DEFENSE

2

### (Separation of Powers and Non-Delegation Doctrine)

3

Insofar as Plaintiff the Federal Trade Commission asks this Court to give content to the

4

statutory phrase "unfair methods of competition," doing so would unconstitutionally violate

5

separation-of-powers and non-delegation principles because Congress provided neither the

6

Federal Trade Commission nor the Judiciary with an intelligible principle to apply when

7

implementing that phrase.

8

DATED this 14th day of November, 2024.

9

10

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*

11

Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449

12

1301 Second Avenue, Suite 3000
Seattle, WA 98101

13

Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com

14

molly.terwilliger@morganlewis.com

15

**WILLIAMS & CONNOLLY LLP**

16

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)

17

Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)

18

Edward C. Reddington (*pro hac vice*)
Carl R. Metz (*pro hac vice*)

19

Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)

20

680 Maine Avenue SW
Washington, DC 20024

21

Phone: (202) 434-5000

22

Email: hhubbard@wc.com
jschmidtlein@wc.com

23

khodges@wc.com
jpitt@wc.com

24

ereddington@wc.com
cmetz@wc.com

25

cpruski@wc.com
ktrefz@wc.com

26

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Kate Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Phone: (202) 662-5407
Email: tbarnett@cov.com
       kmitchelltombras@cov.com

*Attorneys for Defendant Amazon.com*

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - 90
(Case No. 2:23-cv-01495-JHC)