# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> **STIPULATED MOTION AND ORDER SETTING DEADLINES** <br><br> NOTE ON MOTION CALENDAR: <br> November 15, 2024 |

The Court's November 8, 2024 Order Extending Interim Deadlines (Dkt. #336) provides that the deadline for a joint submission on the parties' proposed deadlines for any Second Set of documents is November 21, 2024.

The parties have met and conferred regarding this issue and have reached an agreement regarding deadlines for the Second Set of documents, as well as deadlines for privilege logs for both the Initial Set and Second Set of documents. Accordingly, the parties, by and through their respective attorneys of record, hereby stipulate and agree to the following, subject to Court approval:

1. Amazon shall provide a privilege log for all documents withheld from or redacted in the Initial Set of documents, consistent with the provisions of Dkt. Nos. 256 and 313, no later than February 21, 2025.

2. Amazon shall substantially complete its production of the Second Set of documents no later than March 24, 2025.

3. Amazon shall provide a privilege log for all documents withheld from or redacted in the Second Set of documents, consistent with the provisions of Dkt. Nos. 256 and 313, no later than April 14, 2025.

Stipulated to and respectfully submitted this 15th day of November, 2024, by:

*s/ Michael Baker*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
MICHAEL BAKER (DC Bar # 1044327)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
        etakashima@ftc.gov
        mbaker1@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

| | |
|---|---|
| s/ Michael Jo | s/ Timothy D. Smith |
| Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| New York State Office of the Attorney General | Antitrust and False Claims Unit |
| 28 Liberty Street | Oregon Department of Justice |
| New York, NY 10005 | 100 SW Market St |
| Telephone: (212) 416-6537 | Portland, OR 97201 |
| Email: Michael.Jo@ag.ny.gov | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of New York* | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of Oregon* |
| s/ Rahul A. Darwar | s/ Jennifer A. Thomson |
| Rahul A. Darwar (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Office of the Attorney General of Connecticut | Pennsylvania Office of Attorney General |
| 165 Capitol Avenue | Strawberry Square, 14th Floor |
| Hartford, CT 06016 | Harrisburg, PA 17120 |
| Telephone: (860) 808-5030 | Telephone: (717) 787-4530 |
| Email: Rahul.Darwar@ct.gov | Email: jthomson@attorneygeneral.gov |
| *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| s/ Alexandra C. Sosnowski | s/ Michael A. Undorf |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | Michael A. Undorf (admitted *pro hac vice*) |
| Assistant Attorney General | Deputy Attorney General |
| Consumer Protection and Antitrust Bureau | Delaware Department of Justice |
| New Hampshire Department of Justice | 820 N. French St., 5th Floor |
| Office of the Attorney General | Wilmington, DE 19801 |
| One Granite Place South | Telephone: (302) 683-8816 |
| Concord, NH 03301 | Email: michael.undorf@delaware.gov |
| Telephone: (603) 271-2678 | *Counsel for Plaintiff State of Delaware* |
| Email: Alexandra.c.sosnowski@doj.nh.gov | |
| *Counsel for Plaintiff State of New Hampshire* | s/ Christina M. Moylan |
| | Christina M. Moylan (admitted *pro hac vice*) |
| s/ Robert J. Carlson | Assistant Attorney General |
| Robert J. Carlson (admitted *pro hac vice*) | Chief, Consumer Protection Division |
| Assistant Attorney General | Office of the Maine Attorney General |
| Consumer Protection Unit | 6 State House Station |
| Office of the Oklahoma Attorney General | Augusta, ME 04333-0006 |
| 15 West 6th Street, Suite 1000 | Telephone: (207) 626-8800 |
| Tulsa, OK 74119 | Email: christina.moylan@maine.gov |
| Telephone: (918) 581-2885 | *Counsel for Plaintiff State of Maine* |
| Email: robert.carlson@oag.ok.gov | |
| *Counsel for Plaintiff State of Oklahoma* | |

STIPULATED MOTION AND
ORDER SETTING DEADLINES - 3
CASE NO. 2:23-cv-01495-JHC

| | | |
|---|---|---|
| 1 | s/ *Gary Honick* | s/ *Lucas J. Tucker* |
| | Gary Honick (admitted *pro hac vice*) | Lucas J. Tucker (admitted *pro hac vice*) |
| 2 | Assistant Attorney General | Senior Deputy Attorney General |
| | Deputy Chief, Antitrust Division | Office of the Nevada Attorney General |
| 3 | Office of the Maryland Attorney General | 100 N. Carson St. |
| | 200 St. Paul Place | Carson City, NV 89701 |
| 4 | Baltimore, MD 21202 | Telephone: (775) 684-1100 |
| | Telephone: (410) 576-6470 | Email: LTucker@ag.nv.gov |
| 5 | Email: Ghonick@oag.state.md.us | *Counsel for Plaintiff State of Nevada* |
| | *Counsel for Plaintiff State of Maryland* | |
| 6 | | s/ *Andrew Esoldi* |
| | s/ *Katherine W. Krems* | Andrew Esoldi (admitted *pro hac vice*) |
| 7 | Katherine W. Krems (admitted *pro hac vice*) | Deputy Attorney General |
| | Assistant Attorney General, Antitrust Division | New Jersey Office of the Attorney General |
| 8 | Office of the Massachusetts Attorney General | 124 Halsey Street, 5th Floor |
| | One Ashburton Place, 18th Floor | Newark, NJ 07101 |
| 9 | Boston, MA 02108 | Telephone: (973) 648-7819 |
| | Telephone: (617) 963-2189 | Email: andrew.esoldi@law.njoag.gov |
| 10 | Email: katherine.krems@mass.gov | *Counsel for Plaintiff State of New Jersey* |
| | *Counsel for Plaintiff Commonwealth of* | |
| 11 | *Massachusetts* | s/ *Jeffrey Herrera* |
| | | Jeffrey Herrera (admitted *pro hac vice*) |
| 12 | s/ *Scott A. Mertens* | Assistant Attorney General |
| | Scott A. Mertens (admitted *pro hac vice*) | New Mexico Office of the Attorney General |
| 13 | Assistant Attorney General | 408 Galisteo St. |
| | Michigan Department of Attorney General | Santa Fe, NM 87501 |
| 14 | 525 West Ottawa Street | Telephone: (505) 490-4878 |
| | Lansing, MI 48933 | Email: jherrera@nmag.gov |
| 15 | Telephone: (517) 335-7622 | *Counsel for Plaintiff State of New Mexico* |
| | Email: MertensS@michigan.gov | |
| 16 | *Counsel for Plaintiff State of Michigan* | s/ *Zulma Carrasquillo Almena* |
| | | Zulma Carrasquillo Almena (admitted *pro hac vice*) |
| 17 | s/ *Zach Biesanz* | Puerto Rico Department of Justice |
| | Zach Biesanz (admitted *pro hac vice*) | P.O. Box 9020192 |
| 18 | Senior Enforcement Counsel | San Juan, Puerto Rico 00902-0192 |
| | Office of the Minnesota Attorney General | Telephone: (787) 721-2900, Ext. 1211 |
| 19 | 445 Minnesota Street, Suite 1400 | Email: zcarrasquillo@justicia.pr.gov |
| | Saint Paul, MN 55101 | *Counsel for Plaintiff Commonwealth of Puerto Rico* |
| 20 | Telephone: (651) 757-1257 | |
| | Email: zach.biesanz@ag.state.mn.us | |
| 21 | *Counsel for Plaintiff State of Minnesota* | |
| 22 | | |
| 23 | | |
| 24 | | |

STIPULATED MOTION AND
ORDER SETTING DEADLINES - 4
CASE NO. 2:23-cv-01495-JHC

1 | *s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
2 | Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
3 | Department of the Attorney General
150 South Main Street
4 | Providence, RI 02903
Telephone: (401) 274-4400
5 | Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

6 |
*s/ Sarah L.J. Aceves*
7 | Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
8 | Public Protection Division
Vermont Attorney General's Office
9 | 109 State Street
Montpelier, VT 05609
10 | Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
11 | *Counsel for Plaintiff State of Vermont*

12 | *s/ Laura E. McFarlane*
Laura E. McFarlane (admitted *pro hac vice*)
13 | Assistant Attorney General
Wisconsin Department of Justice
14 | Post Office Box 7857
Madison, WI 53707-7857
15 | Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us
16 | *Counsel for Plaintiff State of Wisconsin*

STIPULATED MOTION AND
ORDER SETTING DEADLINES - 5
CASE NO. 2:23-cv-01495-JHC

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
      molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
      khodges@wc.com
      jpitt@wc.com
      cmetz@wc.com
      cpruski@wc.com
      ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
      kmitchelltombras@cov.com

STIPULATED MOTION AND
ORDER SETTING DEADLINES - 6
CASE NO. 2:23-cv-01495-JHC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED this 15th day of November, 2024.

>  *[signature: John H. Chun]*
> JOHN H. CHUN
> UNITED STATES DISTRICT JUDGE