THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

Case No. 2:23-cv-01495-JHC

**DECLARATION OF KATHERINE A. TREFZ IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

**[FILED UNDER SEAL]**

I, Katherine A. Trefz, declare as follows:

1. I am a partner at Williams & Connolly LLP, counsel to Defendant Amazon.com, Inc. ("Amazon") in the above-captioned action. I am over eighteen years of age and am competent to testify herein. I make the following statements based on my personal knowledge.

2. I make this declaration in support of Amazon's Opposition to Plaintiffs' Motion to Compel Production of Documents (Dkt. No. 331).

3. ███████████████████████████████ have been designated as custodians in this action.

4. Prior to the filing of the Plaintiffs' Complaint, the FTC undertook a multi-year long investigation of Amazon. The FTC sought documents from Amazon via a Civil Investigative Demand.

DECLARATION OF KATHERINE A. TREFZ ISO DEF'S
OPPOSITION TO PLTFS' MOTION TO COMPEL - 1
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1 206 274 6400  FAX +1 206 274 6401

5. A search of documents and families in the set of documents produced in response to the FTC's Civil Investigative Demand that hit on ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ .

6. A search of documents and families in the set of documents produced in response to the FTC's Civil Investigative Demand that hit on ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ .

7. A search of documents and families in the set of documents produced in response to the FTC's Civil Investigative Demand that hit on ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ .

8. Additionally, pursuant to the parties' custodial negotiations, Amazon has agreed to run the search terms of ▓▓▓▓▓▓▓▓▓▓▓▓ across the parties' agreed-upon custodians, and produce documents that hit on those terms and discuss relevant and responsive material.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 20th day of November, 2024 in Washington, D.C.

                                 *s/ Katherine A. Trefz*
                                 Katherine A. Trefz

DECLARATION OF KATHERINE A. TREFZ ISO DEF'S OPPOSITION TO PLTFS' MOTION TO COMPEL - 2
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1 206 274 6400   FAX +1 206 274 6401