THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, | Case No. 2:23-cv-01495-JHC |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| v. | |
| AMAZON COM, INC., a corporation. | |
| Defendant | |

Pursuant to Local Rule 83.2(b)(3), Gary Honick of the Office of the Maryland Attorney General withdraws as counsel for the Plaintiff State of Maryland in the above-captioned action. The State of Maryland will continue to be represented by Assistant Maryland Attorneys General Schonette J. Walker and Byron A. Warren, who have entered their appearance in this action.

Dated: November 25, 2024

Respectfully submitted,

/s/*Gary Honick*
Gary Honick (admitted *pro hac vice*)
MD Bar No. 7806010078
Assistant Attorney General
200 St. Paul Place
Baltimore, Maryland 21202
Telephone: (410) 576-6470
Email: ghonick@oag.state.md.us

*Counsel for Plaintiff State of Maryland*

NOTICE OF WITHDRAWAL, GARY HONICK
CASE NO. 2:23-CV-01495-JHC

*s/Schonette J. Walker*
Schonette J. Walker (admitted *pro hac vice)*
Assistant Attorney General & Chief, Antitrust Division
MD Bar No. 0512290008
200 St. Paul Place
Baltimore, MD 21202
Tel:(410)576-6470
Fax: (410)576-7830
swalker@oag.state.md.us


*s/Byron A. Warren*
Byron A. Warren (admitted *pro hac vice*)
Assistant Attorney General
MD Bar No. 1612140330
200 St. Paul Place
Baltimore, MD 21202
Tel:(410)576-6470
Fax:(410)576-7830
bwarren@oag.state.md.us

*Counsel for Plaintiff State of Maryland*