THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, | CASE NO.: 2:23-cv-01495-JHC |
| Plaintiffs, | STIPULATED MOTION AND [PROPOSED] ORDER |
| v. | |
| AMAZON.COM, INC., a corporation, | NOTE ON MOTION CALENDAR: NOVEMBER 25, 2024 |
| Defendant. | |

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below. In support of this request, the parties represent the following to the Court:

1. Amazon filed its Answer to Plaintiffs' Second Amended Complaint on November 14, 2024 (Dkt. #341).

2. Pursuant to Federal Rule of Civil Procedure 12(f), Plaintiffs' deadline to file any motion(s) to strike regarding Amazon's Answer to the Second Amended Complaint is December 5, 2024.

3. The parties stipulate as follows, and jointly request that the Court enter the following order approving this stipulation:

STIPULATED MOTION AND [PROPOSED] ORDER - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

a. Plaintiffs' deadline to file any motion(s) to strike in response to Amazon's Answer shall be December 9, 2024.

b. Amazon's deadline to oppose any motion(s) to strike shall be January 10, 2025.

c. Plaintiffs' deadline to file a reply in support of any motion(s) to strike shall be January 24, 2025.

Stipulated to and respectfully submitted this 25th day of November, 2024, by:

*s/ Danielle C. Quinn*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
DANIELLE C. QUINN (NY Reg. # 5408943)
CATHLEEN WILLIAMS (MD Bar No Number)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:  (202) 326-2122 (Musser)
       (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
       etakashima@ftc.gov
       dquinn@ftc.gov
       cwilliams@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED] ORDER - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | | |
|---|---|---|
| 1 | *s/ Michael Jo* | *s/ Timothy D. Smith* |
| | Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| 2 | Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| | New York State Office of the Attorney | Antitrust and False Claims Unit |
| 3 | General | Oregon Department of Justice |
| | 28 Liberty Street | 100 SW Market St |
| 4 | New York, NY 10005 | Portland, OR 97201 |
| | Telephone: (212) 416-6537 | Telephone: (503) 934-4400 |
| 5 | Email: Michael.Jo@ag.ny.gov | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of New York* | *Counsel for Plaintiff State of Oregon* |
| 6 | | |
| | *s/ Rahul A. Darwar* | *s/ Jennifer A. Thomson* |
| 7 | Rahul A. Darwar (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| | Assistant Attorney General | Senior Deputy Attorney General |
| 8 | Office of the Attorney General of Connecticut | Pennsylvania Office of Attorney General |
| | 165 Capitol Avenue | Strawberry Square, 14th Floor |
| 9 | Hartford, CT 06016 | Harrisburg, PA 17120 |
| | Telephone: (860) 808-5030 | Telephone: (717) 787-4530 |
| 10 | Email: Rahul.Darwar@ct.gov | Email: jthomson@attorneygeneral.gov |
| | *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff Commonwealth of* |
| 11 | | *Pennsylvania* |
| | *s/ Alexandra C. Sosnowski* | |
| 12 | Alexandra C. Sosnowski (admitted *pro hac vice*) | *s/ Michael A. Undorf* |
| | | Michael A. Undorf (admitted *pro hac vice*) |
| 13 | Assistant Attorney General | Deputy Attorney General |
| | Consumer Protection and Antitrust Bureau | Delaware Department of Justice |
| 14 | New Hampshire Department of Justice | 820 N. French St., 5th Floor |
| | Office of the Attorney General | Wilmington, DE 19801 |
| 15 | One Granite Place South | Telephone: (302) 683-8816 |
| | Concord, NH 03301 | Email: michael.undorf@delaware.gov |
| 16 | Telephone: (603) 271-2678 | *Counsel for Plaintiff State of Delaware* |
| | Email: Alexandra.c.sosnowski@doj.nh.gov | |
| 17 | *Counsel for Plaintiff State of New Hampshire* | *s/ Christina M. Moylan* |
| | | Christina M. Moylan (admitted *pro hac vice*) |
| 18 | *s/ Robert J. Carlson* | Assistant Attorney General |
| | Robert J. Carlson (admitted *pro hac vice*) | Chief, Consumer Protection Division |
| 19 | Assistant Attorney General | Office of the Maine Attorney General |
| | Consumer Protection Unit | 6 State House Station |
| 20 | Office of the Oklahoma Attorney General | Augusta, ME 04333-0006 |
| | 15 West 6th Street, Suite 1000 | Telephone: (207) 626-8800 |
| 21 | Tulsa, OK 74119 | Email: christina.moylan@maine.gov |
| | Telephone: (918) 581-2885 | *Counsel for Plaintiff State of Maine* |
| 22 | Email: robert.carlson@oag.ok.gov | |
| | *Counsel for Plaintiff State of Oklahoma* | |
| 23 | | |
| 24 | | |

STIPULATED MOTION AND [PROPOSED] ORDER - 3
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | | |
|---|---|---|
| 1 | *s/ Schonette Jones Walker* | *s/ Lucas J. Tucker* |
| | Schonette Jones Walker (admitted *pro hac vice*) | Lucas J. Tucker (admitted *pro hac vice*) |
| 2 | Assistant Attorney General | Senior Deputy Attorney General |
| 3 | Antitrust Division | Office of the Nevada Attorney General |
| | Office of the Attorney General | 100 N. Carson St. |
| 4 | 200 Saint Paul Place | Carson City, NV 89701 |
| | Baltimore, Maryland 21202 | Telephone: (775) 684-1100 |
| 5 | Telephone: (410) 576-6473 | Email: LTucker@ag.nv.gov |
| | swalker@oag.state.md.us | *Counsel for Plaintiff State of Nevada* |
| 6 | *Counsel for Plaintiff State of Maryland* | |
| | | *s/ Andrew Esoldi* |
| 7 | *s/ Katherine W. Krems* | Andrew Esoldi (admitted *pro hac vice*) |
| | Katherine W. Krems (admitted *pro hac vice*) | Deputy Attorney General |
| 8 | Assistant Attorney General, Antitrust Division | New Jersey Office of the Attorney General |
| | Office of the Massachusetts Attorney General | 124 Halsey Street, 5th Floor |
| 9 | One Ashburton Place, 18th Floor | Newark, NJ 07101 |
| | Boston, MA 02108 | Telephone: (973) 648-7819 |
| 10 | Telephone: (617) 963-2189 | Email: andrew.esoldi@law.njoag.gov |
| | Email: katherine.krems@mass.gov | *Counsel for Plaintiff State of New Jersey* |
| 11 | *Counsel for Plaintiff Commonwealth of Massachusetts* | *s/ Jeffrey Herrera* |
| 12 | | Jeffrey Herrera (admitted *pro hac vice*) |
| | *s/ Scott A. Mertens* | Assistant Attorney General |
| 13 | Scott A. Mertens (admitted *pro hac vice*) | New Mexico Office of the Attorney General |
| | Assistant Attorney General | 408 Galisteo St. |
| 14 | Michigan Department of Attorney General | Santa Fe, NM 87501 |
| | 525 West Ottawa Street | Telephone: (505) 490-4878 |
| 15 | Lansing, MI 48933 | Email: jherrera@nmag.gov |
| | Telephone: (517) 335-7622 | *Counsel for Plaintiff State of New Mexico* |
| 16 | Email: MertensS@michigan.gov | |
| | *Counsel for Plaintiff State of Michigan* | *s/ Zulma Carrasquillo Almena* |
| 17 | | Zulma Carrasquillo Almena (admitted *pro hac vice*) |
| | *s/ Zach Biesanz* | Puerto Rico Department of Justice |
| 18 | Zach Biesanz (admitted *pro hac vice*) | P.O. Box 9020192 |
| | Senior Enforcement Counsel | San Juan, Puerto Rico 00902-0192 |
| 19 | Office of the Minnesota Attorney General | Telephone: (787) 721-2900, Ext. 1211 |
| | 445 Minnesota Street, Suite 1400 | Email: zcarrasquillo@justicia.pr.gov |
| 20 | Saint Paul, MN 55101 | *Counsel for Plaintiff Commonwealth of Puerto Rico* |
| | Telephone: (651) 757-1257 | |
| 21 | Email: zach.biesanz@ag.state.mn.us | |
| | *Counsel for Plaintiff State of Minnesota* | |
| 22 | | |
| 23 | | |
| 24 | | |

| | |
|---|---|
| STIPULATED MOTION AND [PROPOSED] ORDER - 4 | FEDERAL TRADE COMMISSION |
| CASE NO. 2:23-cv-01495-JHC | 600 Pennsylvania Avenue, NW |
| | Washington, DC 20580 |
| | (202) 326-2222 |

1  s/ Stephen N. Provazza
   Stephen N. Provazza (admitted *pro hac vice*)
2  Special Assistant Attorney General
   Chief, Consumer and Economic Justice Unit
3  Department of the Attorney General
   150 South Main Street
4  Providence, RI 02903
   Telephone: (401) 274-4400
5  Email: sprovazza@riag.ri.gov
   *Counsel for Plaintiff State of Rhode Island*
6
   s/ Sarah L.J. Aceves
7  Sarah L.J. Aceves (admitted *pro hac vice*)
   Assistant Attorney General
8  Public Protection Division
   Vermont Attorney General's Office
9  109 State Street
   Montpelier, VT 05609
10 Telephone: (802) 828-3170
   Email: Sarah.Aceves@vermont.gov
11 *Counsel for Plaintiff State of Vermont*

12 s/ Laura E. McFarlane
   Laura E. McFarlane (admitted *pro hac vice*)
13 Assistant Attorney General
   Wisconsin Department of Justice
14 Post Office Box 7857
   Madison, WI 53707-7857
15 Telephone: (608) 266-8911
   Email: mcfarlanele@doj.state.wi.us
16 *Counsel for Plaintiff State of Wisconsin*

        **MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
      molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
      khodges@wc.com
      jpitt@wc.com
      cmetz@wc.com
      cpruski@wc.com
      ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
      kmitchelltombras@cov.com

STIPULATED MOTION AND [PROPOSED]
ORDER - 6
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND [PROPOSED]
ORDER - 7
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Danielle C. Quinn*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
DANIELLE C. QUINN (NY Reg. # 5408943)
CATHLEEN WILLIAMS (MD Bar No Number)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
        etakashima@ftc.gov
        dquinn@ftc.gov
        cwilliams@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED] ORDER - 8
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222