UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> **STIPULATED MOTION AND ORDER** <br><br> NOTE ON MOTION CALENDAR: NOVEMBER 25, 2024 |

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below. In support of this request, the parties represent the following to the Court:

1. Amazon filed its Answer to Plaintiffs' Second Amended Complaint on November 14, 2024 (Dkt. #341).

2. Pursuant to Federal Rule of Civil Procedure 12(f), Plaintiffs' deadline to file any motion(s) to strike regarding Amazon's Answer to the Second Amended Complaint is December 5, 2024.

3. The parties stipulate as follows, and jointly request that the Court enter the following order approving this stipulation:

STIPULATED MOTION AND
ORDER - 1
CASE NO. 2:23-cv-01495-JHC

a. Plaintiffs' deadline to file any motion(s) to strike in response to Amazon's Answer shall be December 9, 2024.

b. Amazon's deadline to oppose any motion(s) to strike shall be January 10, 2025.

c. Plaintiffs' deadline to file a reply in support of any motion(s) to strike shall be January 24, 2025.

Stipulated to and respectfully submitted this 25th day of November, 2024, by:

<u>s/ Danielle C. Quinn</u>
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
DANIELLE C. QUINN (NY Reg. # 5408943)
CATHLEEN WILLIAMS (MD Bar No Number)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
       etakashima@ftc.gov
       dquinn@ftc.gov
       cwilliams@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND
ORDER - 2
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| s/ Michael Jo | s/ Timothy D. Smith |
| Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| New York State Office of the Attorney General | Antitrust and False Claims Unit |
| 28 Liberty Street | Oregon Department of Justice |
| New York, NY 10005 | 100 SW Market St |
| Telephone: (212) 416-6537 | Portland, OR 97201 |
| Email: Michael.Jo@ag.ny.gov | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of New York* | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of Oregon* |
| s/ Rahul A. Darwar | s/ Jennifer A. Thomson |
| Rahul A. Darwar (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Office of the Attorney General of Connecticut | Pennsylvania Office of Attorney General |
| 165 Capitol Avenue | Strawberry Square, 14th Floor |
| Hartford, CT 06016 | Harrisburg, PA 17120 |
| Telephone: (860) 808-5030 | Telephone: (717) 787-4530 |
| Email: Rahul.Darwar@ct.gov | Email: jthomson@attorneygeneral.gov |
| *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| s/ Alexandra C. Sosnowski | s/ Michael A. Undorf |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | Michael A. Undorf (admitted *pro hac vice*) |
| Assistant Attorney General | Deputy Attorney General |
| Consumer Protection and Antitrust Bureau | Delaware Department of Justice |
| New Hampshire Department of Justice | 820 N. French St., 5th Floor |
| Office of the Attorney General | Wilmington, DE 19801 |
| One Granite Place South | Telephone: (302) 683-8816 |
| Concord, NH 03301 | Email: michael.undorf@delaware.gov |
| Telephone: (603) 271-2678 | *Counsel for Plaintiff State of Delaware* |
| Email: Alexandra.c.sosnowski@doj.nh.gov | |
| *Counsel for Plaintiff State of New Hampshire* | s/ Christina M. Moylan |
| | Christina M. Moylan (admitted *pro hac vice*) |
| s/ Robert J. Carlson | Assistant Attorney General |
| Robert J. Carlson (admitted *pro hac vice*) | Chief, Consumer Protection Division |
| Assistant Attorney General | Office of the Maine Attorney General |
| Consumer Protection Unit | 6 State House Station |
| Office of the Oklahoma Attorney General | Augusta, ME 04333-0006 |
| 15 West 6th Street, Suite 1000 | Telephone: (207) 626-8800 |
| Tulsa, OK 74119 | Email: christina.moylan@maine.gov |
| Telephone: (918) 581-2885 | *Counsel for Plaintiff State of Maine* |
| Email: robert.carlson@oag.ok.gov | |
| *Counsel for Plaintiff State of Oklahoma* | |

STIPULATED MOTION AND ORDER - 3
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| s/ *Schonette Jones Walker* | s/ *Lucas J. Tucker* |
| Schonette Jones Walker (admitted *pro hac vice*) | Lucas J. Tucker (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Antitrust Division | Office of the Nevada Attorney General |
| Office of the Attorney General | 100 N. Carson St. |
| 200 Saint Paul Place | Carson City, NV 89701 |
| Baltimore, Maryland 21202 | Telephone: (775) 684-1100 |
| Telephone: (410) 576-6473 | Email: LTucker@ag.nv.gov |
| swalker@oag.state.md.us | *Counsel for Plaintiff State of Nevada* |
| *Counsel for Plaintiff State of Maryland* | |
| | s/ *Andrew Esoldi* |
| s/ *Katherine W. Krems* | Andrew Esoldi (admitted *pro hac vice*) |
| Katherine W. Krems (admitted *pro hac vice*) | Deputy Attorney General |
| Assistant Attorney General, Antitrust Division | New Jersey Office of the Attorney General |
| Office of the Massachusetts Attorney General | 124 Halsey Street, 5th Floor |
| One Ashburton Place, 18th Floor | Newark, NJ 07101 |
| Boston, MA 02108 | Telephone: (973) 648-7819 |
| Telephone: (617) 963-2189 | Email: andrew.esoldi@law.njoag.gov |
| Email: katherine.krems@mass.gov | *Counsel for Plaintiff State of New Jersey* |
| *Counsel for Plaintiff Commonwealth of Massachusetts* | |
| | s/ *Jeffrey Herrera* |
| s/ *Scott A. Mertens* | Jeffrey Herrera (admitted *pro hac vice*) |
| Scott A. Mertens (admitted *pro hac vice*) | Assistant Attorney General |
| Assistant Attorney General | New Mexico Office of the Attorney General |
| Michigan Department of Attorney General | 408 Galisteo St. |
| 525 West Ottawa Street | Santa Fe, NM 87501 |
| Lansing, MI 48933 | Telephone: (505) 490-4878 |
| Telephone: (517) 335-7622 | Email: jherrera@nmag.gov |
| Email: MertensS@michigan.gov | *Counsel for Plaintiff State of New Mexico* |
| *Counsel for Plaintiff State of Michigan* | |
| | s/ *Zulma Carrasquillo Almena* |
| s/ *Zach Biesanz* | Zulma Carrasquillo Almena (admitted *pro hac vice*) |
| Zach Biesanz (admitted *pro hac vice*) | Puerto Rico Department of Justice |
| Senior Enforcement Counsel | P.O. Box 9020192 |
| Office of the Minnesota Attorney General | San Juan, Puerto Rico 00902-0192 |
| 445 Minnesota Street, Suite 1400 | Telephone: (787) 721-2900, Ext. 1211 |
| Saint Paul, MN 55101 | Email: zcarrasquillo@justicia.pr.gov |
| Telephone: (651) 757-1257 | *Counsel for Plaintiff Commonwealth of Puerto Rico* |
| Email: zach.biesanz@ag.state.mn.us | |
| *Counsel for Plaintiff State of Minnesota* | |

STIPULATED MOTION AND ORDER - 4
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| 1 | *s/ Stephen N. Provazza* |
| | Stephen N. Provazza (admitted *pro hac vice*) |
| 2 | Special Assistant Attorney General |
| | Chief, Consumer and Economic Justice Unit |
| 3 | Department of the Attorney General |
| | 150 South Main Street |
| 4 | Providence, RI 02903 |
| | Telephone: (401) 274-4400 |
| 5 | Email: sprovazza@riag.ri.gov |
| | *Counsel for Plaintiff State of Rhode Island* |
| 6 | |
| | *s/ Sarah L.J. Aceves* |
| 7 | Sarah L.J. Aceves (admitted *pro hac vice*) |
| | Assistant Attorney General |
| 8 | Public Protection Division |
| | Vermont Attorney General's Office |
| 9 | 109 State Street |
| | Montpelier, VT 05609 |
| 10 | Telephone: (802) 828-3170 |
| | Email: Sarah.Aceves@vermont.gov |
| 11 | *Counsel for Plaintiff State of Vermont* |
| 12 | *s/ Laura E. McFarlane* |
| | Laura E. McFarlane (admitted *pro hac vice*) |
| 13 | Assistant Attorney General |
| | Wisconsin Department of Justice |
| 14 | Post Office Box 7857 |
| | Madison, WI 53707-7857 |
| 15 | Telephone: (608) 266-8911 |
| | Email: mcfarlanele@doj.state.wi.us |
| 16 | *Counsel for Plaintiff State of Wisconsin* |

STIPULATED MOTION AND
ORDER - 5
CASE NO. 2:23-cv-01495-JHC

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
    molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
    khodges@wc.com
    jpitt@wc.com
    cmetz@wc.com
    cpruski@wc.com
    ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
    kmitchelltombras@cov.com

STIPULATED MOTION AND ORDER - 6
CASE NO. 2:23-cv-01495-JHC

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED this 25th day of November, 2024.

                                                                                          _____
                                                                                          JOHN H. CHUN
                                                                                         UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
ORDER - 8
CASE NO. 2:23-cv-01495-JHC