THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC<br><br>**DECLARATION OF MICHAEL BAKER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>**FILED UNDER SEAL** |

I, Michael Baker, declare as follows:

1. I am an Attorney in the Federal Trade Commission's ("FTC") Bureau of Competition, and I represent the FTC in the above-captioned action. I am over eighteen years of age and am competent to testify to the matters set forth in this declaration. I make the following statements based on my personal knowledge.

2. Attached as **Exhibit A** is a true and correct copy of a document produced by Amazon with the Bates number Amazon-FTC-CID_06768414.

DECL. OF MICHAEL BAKER
ISO PLAINTIFFS' REPLY ISO
MOTION TO COMPEL - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 26, 2024, in Denver, CO.

<u>s/ Michael Baker</u>
Michael Baker

DECL. OF MICHAEL BAKER
ISO PLAINTIFFS' REPLY ISO
MOTION TO COMPEL - 2
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222