THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER REGARDING THE COURT'S OCTOBER 16, 2024 SEALED ORDER IN THE PRIVATE PLAINTIFF CASES** <br><br> NOTE ON MOTION CALENDAR: December 4, 2024 |

On October 16, 2024, the Court issued a sealed order regarding Private Plaintiffs' Motions to Compel Production of Documents from Amazon's Privilege Logs and For Appointment of a Special Master. *Frame-Wilson et al. v. Amazon.com, Inc.*, No. 2:20-cv-00424-JHC (W.D. Wash.), Dkt. #207; *De Coster et al. v. Amazon.com, Inc.*, No. 2:21-cv-00693-JHC (W.D. Wash.), Dkt. #218; *Brown et al. v. Amazon.com, Inc.*, No. 2:22-cv-00965-JHC (W.D. Wash.), Dkt. #111. Plaintiffs respectfully request access to a copy of the October 16, 2024 Order.

The parties respectfully request that Court enter the following stipulation and order. The parties have also conferred with Private Plaintiffs, who do not oppose this stipulation. The parties

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING THE COURT'S OCTOBER 16, 2024 SEALED ORDER IN THE PRIVATE PLAINTIFF CASES - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

stipulate as follows, subject to Court approval, and jointly request that the Court enter the following Order approving this stipulation:

1. Upon entry of this Order, Amazon shall provide the October 16, 2024 Order to Plaintiffs.

2. Amazon shall promptly provide Plaintiffs with any supplemental briefing regarding Private Plaintiffs' Motions to Compel, and any further sealed orders regarding those motions.

Stipulated to and respectfully submitted this 4th day of December, 2024, by:

*s/ Kara King*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
KARA KING (DC Bar # 90004509)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:  (202) 326-2122 (Musser)
       (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
       etakashima@ftc.gov
       kking@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING THE COURT'S OCTOBER 16, 2024 SEALED
ORDER IN THE PRIVATE PLAINTIFF CASES - 2
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| s/ Michael Jo<br>Michael Jo (admitted *pro hac vice*)<br>Assistant Attorney General, Antitrust Bureau<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>Telephone: (212) 416-6537<br>Email: Michael.Jo@ag.ny.gov<br>*Counsel for Plaintiff State of New York* | s/ Timothy D. Smith<br>Timothy D. Smith, WSBA No. 44583<br>Senior Assistant Attorney General<br>Antitrust and False Claims Unit<br>Oregon Department of Justice<br>100 SW Market St<br>Portland, OR 97201<br>Telephone: (503) 934-4400<br>Email: tim.smith@doj.state.or.us<br>*Counsel for Plaintiff State of Oregon* |
| s/ Rahul A. Darwar<br>Rahul A. Darwar (admitted *pro hac vice*)<br>Assistant Attorney General<br>Office of the Attorney General of Connecticut<br>165 Capitol Avenue<br>Hartford, CT 06016<br>Telephone: (860) 808-5030<br>Email: Rahul.Darwar@ct.gov<br>*Counsel for Plaintiff State of Connecticut* | s/ Jennifer A. Thomson<br>Jennifer A. Thomson (admitted *pro hac vice*)<br>Senior Deputy Attorney General<br>Pennsylvania Office of Attorney General<br>Strawberry Square, 14th Floor<br>Harrisburg, PA 17120<br>Telephone: (717) 787-4530<br>Email: jthomson@attorneygeneral.gov<br>*Counsel for Plaintiff Commonwealth of Pennsylvania* |
| s/ Alexandra C. Sosnowski<br>Alexandra C. Sosnowski (admitted *pro hac vice*)<br>Assistant Attorney General<br>Consumer Protection and Antitrust Bureau<br>New Hampshire Department of Justice<br>Office of the Attorney General<br>One Granite Place South<br>Concord, NH 03301<br>Telephone: (603) 271-2678<br>Email: Alexandra.c.sosnowski@doj.nh.gov<br>*Counsel for Plaintiff State of New Hampshire* | s/ Michael A. Undorf<br>Michael A. Undorf (admitted *pro hac vice*)<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French St., 5th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 683-8816<br>Email: michael.undorf@delaware.gov<br>*Counsel for Plaintiff State of Delaware* |
| s/ Robert J. Carlson<br>Robert J. Carlson (admitted *pro hac vice*)<br>Assistant Attorney General<br>Consumer Protection Unit<br>Office of the Oklahoma Attorney General<br>15 West 6th Street, Suite 1000<br>Tulsa, OK 74119<br>Telephone: (918) 581-2885<br>Email: robert.carlson@oag.ok.gov<br>*Counsel for Plaintiff State of Oklahoma* | s/ Christina M. Moylan<br>Christina M. Moylan (admitted *pro hac vice*)<br>Assistant Attorney General<br>Chief, Consumer Protection Division<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>Telephone: (207) 626-8800<br>Email: christina.moylan@maine.gov<br>*Counsel for Plaintiff State of Maine* |

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING THE COURT'S OCTOBER 16, 2024 SEALED ORDER IN THE PRIVATE PLAINTIFF CASES - 3
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | | |
|---|---|---|
| 1 | s/ Schonette Walker<br>Schonette Walker (admitted *pro hac vice*)<br>Assistant Attorney General | s/ Lucas J. Tucker<br>Lucas J. Tucker (admitted *pro hac vice*)<br>Senior Deputy Attorney General |

s/ Schonette Walker
Schonette Walker (admitted *pro hac vice*)
Assistant Attorney General
Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6473
Email: swalker@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

s/ Katherine W. Krems
Katherine W. Krems (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: katherine.krems@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

s/ Scott A. Mertens
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

s/ Zach Biesanz
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

s/ Lucas J. Tucker
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

s/ Andrew Esoldi
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

s/ Jeffrey Herrera
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

s/ Zulma Carrasquillo Almena
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING THE COURT'S OCTOBER 16, 2024 SEALED
ORDER IN THE PRIVATE PLAINTIFF CASES - 4
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1  | s/ Stephen N. Provazza
   | Stephen N. Provazza (admitted *pro hac vice*)
2  | Special Assistant Attorney General
   | Chief, Consumer and Economic Justice Unit
3  | Department of the Attorney General
   | 150 South Main Street
4  | Providence, RI 02903
   | Telephone: (401) 274-4400
5  | Email: sprovazza@riag.ri.gov
   | *Counsel for Plaintiff State of Rhode Island*
6  |
   | s/ Sarah L.J. Aceves
7  | Sarah L.J. Aceves (admitted *pro hac vice*)
   | Assistant Attorney General
8  | Public Protection Division
   | Vermont Attorney General's Office
9  | 109 State Street
   | Montpelier, VT 05609
10 | Telephone: (802) 828-3170
   | Email: Sarah.Aceves@vermont.gov
11 | *Counsel for Plaintiff State of Vermont*

12 | s/ Caitlin M. Madden
   | Caitlin M. Madden (admitted *pro hac vice*)
13 | Assistant Attorney General
   | Wisconsin Department of Justice
14 | Post Office Box 7857
   | Madison, WI 53707-7857
15 | Telephone: (608) 267-1311
   | Email: maddencm@doj.state.wi.us
16 | *Counsel for Plaintiff State of Wisconsin*

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING THE COURT'S OCTOBER 16, 2024 SEALED
ORDER IN THE PRIVATE PLAINTIFF CASES - 5
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
       molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Edward C. Reddington (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
       jschmidtlein@wc.com
       khodges@wc.com
       jpitt@wc.com
       erddington@wc.com
       cmetz@wc.com
       cpruski@wc.com
       ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
       kmitchelltombras@cov.com

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING THE COURT'S OCTOBER 16, 2024 SEALED
ORDER IN THE PRIVATE PLAINTIFF CASES - 6
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING THE COURT'S OCTOBER 16, 2024 SEALED
ORDER IN THE PRIVATE PLAINTIFF CASES - 7
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
By:/s/ *Barbara A. Mahoney*
Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
      barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
Email: annej@hbsslaw.com

**KELLER POSTMAN LLC**

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 690-0990
Email: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
Email: Jessica.Beringer@kellerpostman.com
Email: shane.kelly@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING THE COURT'S OCTOBER 16, 2024 SEALED
ORDER IN THE PRIVATE PLAINTIFF CASES - 8
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Kara King*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
KARA KING (DC Bar # 90004509)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
         (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
         etakashima@ftc.gov
         kking@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING THE COURT'S OCTOBER 16, 2024 SEALED
ORDER IN THE PRIVATE PLAINTIFF CASES - 9
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222