THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES** <br><br> NOTE ON MOTION CALENDAR: <br> December 9, 2024 |

The Court's November 14, 2024 Order Extending Deadlines (Dkt. #339) provides that the deadline for Plaintiffs to file a motion regarding disputes over non-custodial sources is December 9, 2024.

The parties have continued to productively meet and confer regarding this issue. The parties agree that a further extension of the above-referenced deadline may allow the parties to narrow or eliminate their disputes. Accordingly, the parties, by and through their attorneys of record, hereby stipulate and agree to the following:

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINES - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1. The deadline for Plaintiffs to file a motion or serve the opening portion of an expedited joint motion pursuant to Local Civil Rule 37(a)(2) concerning any disputes regarding non-custodial sources shall be January 10, 2025.

2. The Court's Order regarding sealing issues (Dkt. #320) shall continue to apply to any such motions regarding these issues, including oppositions or replies to such motions.

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINES - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Stipulated to and respectfully submitted this 9th day of December, 2024, by:

*s/ Jesse Vella*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
JESSE VELLA (DC Bar # 1033101)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
       etakashima@ftc.gov
       jvella@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINES - 3
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| s/ Michael Jo | s/ Timothy D. Smith |
| Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| New York State Office of the Attorney General | Antitrust and False Claims Unit |
| 28 Liberty Street | Oregon Department of Justice |
| New York, NY 10005 | 100 SW Market St |
| Telephone: (212) 416-6537 | Portland, OR 97201 |
| Email: Michael.Jo@ag.ny.gov | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of New York* | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of Oregon* |
| s/ Rahul A. Darwar | |
| Rahul A. Darwar (admitted *pro hac vice*) | s/ Jennifer A. Thomson |
| Assistant Attorney General | Jennifer A. Thomson (admitted *pro hac vice*) |
| Office of the Attorney General of Connecticut | Senior Deputy Attorney General |
| 165 Capitol Avenue | Pennsylvania Office of Attorney General |
| Hartford, CT 06016 | Strawberry Square, 14th Floor |
| Telephone: (860) 808-5030 | Harrisburg, PA 17120 |
| Email: Rahul.Darwar@ct.gov | Telephone: (717) 787-4530 |
| *Counsel for Plaintiff State of Connecticut* | Email: jthomson@attorneygeneral.gov |
| | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| s/ Alexandra C. Sosnowski | |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | s/ Michael A. Undorf |
| Assistant Attorney General | Michael A. Undorf (admitted *pro hac vice*) |
| Consumer Protection and Antitrust Bureau | Deputy Attorney General |
| New Hampshire Department of Justice | Delaware Department of Justice |
| Office of the Attorney General | 820 N. French St., 5th Floor |
| One Granite Place South | Wilmington, DE 19801 |
| Concord, NH 03301 | Telephone: (302) 683-8816 |
| Telephone: (603) 271-2678 | Email: michael.undorf@delaware.gov |
| Email: Alexandra.c.sosnowski@doj.nh.gov | *Counsel for Plaintiff State of Delaware* |
| *Counsel for Plaintiff State of New Hampshire* | |
| | s/ Christina M. Moylan |
| s/ Robert J. Carlson | Christina M. Moylan (admitted *pro hac vice*) |
| Robert J. Carlson (admitted *pro hac vice*) | Assistant Attorney General |
| Assistant Attorney General | Chief, Consumer Protection Division |
| Consumer Protection Unit | Office of the Maine Attorney General |
| Office of the Oklahoma Attorney General | 6 State House Station |
| 15 West 6th Street, Suite 1000 | Augusta, ME 04333-0006 |
| Tulsa, OK 74119 | Telephone: (207) 626-8800 |
| Telephone: (918) 581-2885 | Email: christina.moylan@maine.gov |
| Email: robert.carlson@oag.ok.gov | *Counsel for Plaintiff State of Maine* |
| *Counsel for Plaintiff State of Oklahoma* | |

| | |
|---|---|
| STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES- 4<br>CASE NO. 2:23-cv-01495-JHC | FEDERAL TRADE COMMISSION<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(202) 326-2222 |

| | | |
|---|---|---|
| 1 | s/ Schonette Walker | s/ Lucas J. Tucker |
| | Schonette Walker (admitted *pro hac vice*) | Lucas J. Tucker (admitted *pro hac vice*) |
| 2 | Assistant Attorney General | Senior Deputy Attorney General |
| | Chief, Antitrust Division | Office of the Nevada Attorney General |
| 3 | Office of the Maryland Attorney General | 100 N. Carson St. |
| | 200 St. Paul Place | Carson City, NV 89701 |
| 4 | Baltimore, MD 21202 | Telephone: (775) 684-1100 |
| | Telephone: (410) 576-6473 | Email: LTucker@ag.nv.gov |
| 5 | Email: swalker@oag.state.md.us | *Counsel for Plaintiff State of Nevada* |
| | *Counsel for Plaintiff State of Maryland* | |
| 6 | | s/ Andrew Esoldi |
| | s/ Katherine W. Krems | Andrew Esoldi (admitted *pro hac vice*) |
| 7 | Katherine W. Krems (admitted *pro hac vice*) | Deputy Attorney General |
| | Assistant Attorney General, Antitrust Division | New Jersey Office of the Attorney General |
| 8 | Office of the Massachusetts Attorney General | 124 Halsey Street, 5th Floor |
| | One Ashburton Place, 18th Floor | Newark, NJ 07101 |
| 9 | Boston, MA 02108 | Telephone: (973) 648-7819 |
| | Telephone: (617) 963-2189 | Email: andrew.esoldi@law.njoag.gov |
| 10 | Email: katherine.krems@mass.gov | *Counsel for Plaintiff State of New Jersey* |
| | *Counsel for Plaintiff Commonwealth of* | |
| 11 | *Massachusetts* | s/ Jeffrey Herrera |
| | | Jeffrey Herrera (admitted *pro hac vice*) |
| 12 | s/ Scott A. Mertens | Assistant Attorney General |
| | Scott A. Mertens (admitted *pro hac vice*) | New Mexico Office of the Attorney General |
| 13 | Assistant Attorney General | 408 Galisteo St. |
| | Michigan Department of Attorney General | Santa Fe, NM 87501 |
| 14 | 525 West Ottawa Street | Telephone: (505) 490-4878 |
| | Lansing, MI 48933 | Email: jherrera@nmag.gov |
| 15 | Telephone: (517) 335-7622 | *Counsel for Plaintiff State of New Mexico* |
| | Email: MertensS@michigan.gov | |
| 16 | *Counsel for Plaintiff State of Michigan* | s/ Zulma Carrasquillo Almena |
| | | Zulma Carrasquillo Almena (admitted *pro hac vice*) |
| 17 | s/ Zach Biesanz | Puerto Rico Department of Justice |
| | Zach Biesanz (admitted *pro hac vice*) | P.O. Box 9020192 |
| 18 | Senior Enforcement Counsel | San Juan, Puerto Rico 00902-0192 |
| | Office of the Minnesota Attorney General | Telephone: (787) 721-2900, Ext. 1211 |
| 19 | 445 Minnesota Street, Suite 1400 | Email: zcarrasquillo@justicia.pr.gov |
| | Saint Paul, MN 55101 | *Counsel for Plaintiff Commonwealth of Puerto* |
| 20 | Telephone: (651) 757-1257 | *Rico* |
| | Email: zach.biesanz@ag.state.mn.us | |
| 21 | *Counsel for Plaintiff State of Minnesota* | |
| 22 | | |
| 23 | | |
| 24 | | |

| | | |
|---|---|---|
| | STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES- 5 CASE NO. 2:23-cv-01495-JHC | FEDERAL TRADE COMMISSION 600 Pennsylvania Avenue, NW Washington, DC 20580 (202) 326-2222 |

*s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L.J. Aceves*
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

*s/ Laura E. McFarlane*
Laura E. McFarlane (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES- 6
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
         molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
         khodges@wc.com
         jpitt@wc.com
         cmetz@wc.com
         cpruski@wc.com
         ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
         kmitchelltombras@cov.com

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES- 7
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINES- 8
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

---

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Jesse Vella*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
JESSE VELLA (DC Bar # 1033101)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:  (202) 326-2122 (Musser)
       (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
       etakashima@ftc.gov
       jvella@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES- 9
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222