UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ET AL., Plaintiffs, v. AMAZON.COM, INC., a corporation, Defendant. | CASE NO. 2:23-cv-01495-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The Court has received counsel's email seeking guidance as to which local rules apply to Amazon's Rule 12(c) motion for judgment on the pleadings at Dkt. # 372.

(2) The Court DIRECTS the parties to treat the motion as one under LCR 7(d)(4) and LCR 7(e)(3) (i.e., 8,400 words, 28-day motion).

(3) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 11th day of December 2024.

MINUTE ORDER - 1

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2