# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, | CASE NO.: 2:23-cv-01495-JHC |
| Plaintiffs, | **STIPULATED MOTION AND ORDER** |
| v. | |
| AMAZON.COM, INC., a corporation, | NOTE ON MOTION CALENDAR: DECEMBER 12, 2024 |
| Defendant. | |

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below. In support of this request, the parties represent the following to the Court:

1. Amazon filed its Motion for Judgment on the Pleadings on December 6, 2024 (Dkt. # 372).

2. Plaintiffs' deadline to file an opposition to Amazon's Motion for Judgment on the Pleadings is December 27, 2024.

3. The parties stipulate as follows, and jointly request that the Court enter the following order approving this stipulation:

a. Plaintiffs' deadline to file an opposition to Amazon's Motion for Judgment on the Pleadings shall be January 14, 2025.

b. Amazon's deadline to file a reply in support of its Motion for Judgment on the Pleadings shall be February 4, 2025.

Stipulated to and respectfully submitted this 12th day of December, 2024, by:

*s/ Edward H. Takashima*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email:  smusser@ftc.gov
        etakashima@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND
ORDER - 2
CASE NO. 2:23-cv-01495-JHC

| | | |
|---|---|---|
| 1 | s/ Michael Jo | s/ Timothy D. Smith |
| 2 | Michael Jo (admitted *pro hac vice*)<br>Assistant Attorney General, Antitrust Bureau | Timothy D. Smith, WSBA No. 44583<br>Senior Assistant Attorney General |
| 3 | New York State Office of the Attorney General | Antitrust and False Claims Unit<br>Oregon Department of Justice |
| 4 | 28 Liberty Street<br>New York, NY 10005 | 100 SW Market St<br>Portland, OR 97201 |
| 5 | Telephone: (212) 416-6537<br>Email: Michael.Jo@ag.ny.gov | Telephone: (503) 934-4400<br>Email: tim.smith@doj.state.or.us |
| 6 | *Counsel for Plaintiff State of New York* | *Counsel for Plaintiff State of Oregon* |
| 7 | s/ Rahul A. Darwar<br>Rahul A. Darwar (admitted *pro hac vice*) | s/ Jennifer A. Thomson<br>Jennifer A. Thomson (admitted *pro hac vice*) |
| 8 | Assistant Attorney General<br>Office of the Attorney General of Connecticut | Senior Deputy Attorney General<br>Pennsylvania Office of Attorney General |
| 9 | 165 Capitol Avenue<br>Hartford, CT 06016 | Strawberry Square, 14th Floor<br>Harrisburg, PA 17120 |
| 10 | Telephone: (860) 808-5030<br>Email: Rahul.Darwar@ct.gov | Telephone: (717) 787-4530<br>Email: jthomson@attorneygeneral.gov |
| 11 | *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| 12 | s/ Alexandra C. Sosnowski<br>Alexandra C. Sosnowski (admitted *pro hac vice*) | s/ Michael A. Undorf<br>Michael A. Undorf (admitted *pro hac vice*) |
| 13 | Assistant Attorney General<br>Consumer Protection and Antitrust Bureau | Deputy Attorney General<br>Delaware Department of Justice |
| 14 | New Hampshire Department of Justice<br>Office of the Attorney General | 820 N. French St., 5th Floor<br>Wilmington, DE 19801 |
| 15 | One Granite Place South<br>Concord, NH 03301 | Telephone: (302) 683-8816<br>Email: michael.undorf@delaware.gov |
| 16 | Telephone: (603) 271-2678<br>Email: Alexandra.c.sosnowski@doj.nh.gov | *Counsel for Plaintiff State of Delaware* |
| 17 | *Counsel for Plaintiff State of New Hampshire* | s/ Christina M. Moylan |
| 18 | s/ Robert J. Carlson | Christina M. Moylan (admitted *pro hac vice*)<br>Assistant Attorney General |
| 19 | Robert J. Carlson (admitted *pro hac vice*)<br>Assistant Attorney General | Chief, Consumer Protection Division<br>Office of the Maine Attorney General |
| 20 | Consumer Protection Unit<br>Office of the Oklahoma Attorney General | 6 State House Station<br>Augusta, ME 04333-0006 |
| 21 | 15 West 6th Street, Suite 1000<br>Tulsa, OK 74119 | Telephone: (207) 626-8800<br>Email: christina.moylan@maine.gov |
| 22 | Telephone: (918) 581-2885<br>Email: robert.carlson@oag.ok.gov | *Counsel for Plaintiff State of Maine* |
| 23 | *Counsel for Plaintiff State of Oklahoma* | |
| 24 | | |

STIPULATED MOTION AND
ORDER - 3
CASE NO. 2:23-cv-01495-JHC

| | | |
|---|---|---|
| 1 | *s/ Schonette Walker* | *s/ Lucas J. Tucker* |
|   | Schonette Walker (admitted *pro hac vice*) | Lucas J. Tucker (admitted *pro hac vice*) |
| 2 | Assistant Attorney General | Senior Deputy Attorney General |
|   | Chief, Antitrust Division | Office of the Nevada Attorney General |
| 3 | Office of the Maryland Attorney General | 100 N. Carson St. |
|   | 200 St. Paul Place | Carson City, NV 89701 |
| 4 | Baltimore, MD 21202 | Telephone: (775) 684-1100 |
|   | Telephone: (410) 576-6473 | Email: LTucker@ag.nv.gov |
| 5 | Email: swalker@oag.state.md.us | *Counsel for Plaintiff State of Nevada* |
|   | *Counsel for Plaintiff State of Maryland* | |
| 6 | | *s/ Andrew Esoldi* |
|   | *s/ Katherine W. Krems* | Andrew Esoldi (admitted *pro hac vice*) |
| 7 | Katherine W. Krems (admitted *pro hac vice*) | Deputy Attorney General |
|   | Assistant Attorney General, Antitrust Division | New Jersey Office of the Attorney General |
| 8 | Office of the Massachusetts Attorney General | 124 Halsey Street, 5th Floor |
|   | One Ashburton Place, 18th Floor | Newark, NJ 07101 |
| 9 | Boston, MA 02108 | Telephone: (973) 648-7819 |
|   | Telephone: (617) 963-2189 | Email: andrew.esoldi@law.njoag.gov |
| 10 | Email: katherine.krems@mass.gov | *Counsel for Plaintiff State of New Jersey* |
|   | *Counsel for Plaintiff Commonwealth of* | |
| 11 | *Massachusetts* | *s/ Jeffrey Herrera* |
|   | | Jeffrey Herrera (admitted *pro hac vice*) |
| 12 | *s/ Scott A. Mertens* | Assistant Attorney General |
|   | Scott A. Mertens (admitted *pro hac vice*) | New Mexico Office of the Attorney General |
| 13 | Assistant Attorney General | 408 Galisteo St. |
|   | Michigan Department of Attorney General | Santa Fe, NM 87501 |
| 14 | 525 West Ottawa Street | Telephone: (505) 490-4878 |
|   | Lansing, MI 48933 | Email: jherrera@nmag.gov |
| 15 | Telephone: (517) 335-7622 | *Counsel for Plaintiff State of New Mexico* |
|   | Email: MertensS@michigan.gov | |
| 16 | *Counsel for Plaintiff State of Michigan* | *s/ Zulma Carrasquillo Almena* |
|   | | Zulma Carrasquillo Almena (admitted *pro hac vice*) |
| 17 | *s/ Zach Biesanz* | Puerto Rico Department of Justice |
|   | Zach Biesanz (admitted *pro hac vice*) | P.O. Box 9020192 |
| 18 | Senior Enforcement Counsel | San Juan, Puerto Rico 00902-0192 |
|   | Office of the Minnesota Attorney General | Telephone: (787) 721-2900, Ext. 1211 |
| 19 | 445 Minnesota Street, Suite 1400 | Email: zcarrasquillo@justicia.pr.gov |
|   | Saint Paul, MN 55101 | *Counsel for Plaintiff Commonwealth of Puerto Rico* |
| 20 | Telephone: (651) 757-1257 | |
|   | Email: zach.biesanz@ag.state.mn.us | |
| 21 | *Counsel for Plaintiff State of Minnesota* | |

STIPULATED MOTION AND
ORDER - 4
CASE NO. 2:23-cv-01495-JHC

*s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L.J. Aceves*
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

*s/ Caitlin M. Madden*
Caitlin M. Madden (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: maddencm@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*

STIPULATED MOTION AND
ORDER - 5
CASE NO. 2:23-cv-01495-JHC

1

2  **MORGAN, LEWIS & BOCKIUS LLP**

3  By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449

4  1301 Second Avenue, Suite 2800
Seattle, WA 98101

5  Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com

6     molly.terwilliger@morganlewis.com

7

8  **WILLIAMS & CONNOLLY LLP**

9  Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)

10 Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)

11 Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)

12 Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW

13 Washington, DC 20024
Phone: (202) 434-5000

14 Email: hhubbard@wc.com
    khodges@wc.com

15     jpitt@wc.com
    cmetz@wc.com

16     cpruski@wc.com
    ktrefz@wc.com

17

18 **COVINGTON & BURLING LLP**

19 Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter

20 850 Tenth Street, NW
Washington, DC 20001-4956

21 Phone: (202) 662-5407
Email: tbarnett@cov.com

22     kmitchelltombras@cov.com

23

24

STIPULATED MOTION AND
ORDER - 6
CASE NO. 2:23-cv-01495-JHC

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND
ORDER - 7
CASE NO. 2:23-cv-01495-JHC

**ORDER**

IT IS SO ORDERED. The Court DIRECTS the Clerk to renote Amazon's motion for judgment on the pleadings at Dkt. # 372 for February 4, 2025.

DATED this 12th day of December, 2024.

                                      JOHN H. CHUN
                                      UNITED STATES DISTRICT JUDGE