THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> **DECLARATION OF MICHAEL BAKER IN SUPPORT OF PLAINTIFFS' OPPOSITION IN PART TO AMAZON'S MOTION TO SEAL PLAINTIFFS' MOTION TO COMPEL BRIEFING AND EXHIBITS** |

I, Michael Baker, declare as follows:

    1.    I am an Attorney in the Federal Trade Commission's ("FTC") Bureau of Competition, and I represent the FTC in the above-captioned action. I am over eighteen years of age and am competent to testify to the matters set forth in this declaration. I make the following statements based on my personal knowledge.

    2.    Attached as **Exhibit 1** is a true and correct copy of the public version of the October 23, 2023 Joint Case Management Statement in *People of the State of California v. Amazon.com, Inc.*, No. CGC-22-601826 (Cal. Super. Ct.).

DECL. OF MICHAEL BAKER
ISO PLAINTIFFS' OPPOSITION
TO AMAZON'S MOTION TO SEAL - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

3. Attached as **Exhibit 2** is a true and correct copy of a publicly available webpage describing Amazon's Retail Pricing Systems team to prospective job applicants, https://www.amazon.jobs/en/teams/retail-pricing-systems, downloaded on December 23, 2024.

4. Attached as **Exhibit 3** is a true and correct copy of a publicly available webpage describing the Amazon Ads team to prospective job applicants, https://www.amazon.jobs/content/en/teams/advertising, downloaded on December 23, 2024.

5. Attached as **Exhibit 4** is a true and correct copy of a publicly available webpage describing the Business Analyst role on Amazon's Selection Monitoring team to prospective job applicants, https://www.amazon.jobs/en/jobs/2720700/business-analyst-amazon-selection-monitoring, downloaded on December 23, 2024.

6. Attached as **Exhibit 5** is a true and correct copy of the publicly available LinkedIn page of Chris Nosko, Amazon's Vice President, Chief Economist for Stores, https://www.linkedin.com/in/cnosko/, downloaded on December 23, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2024, in Denver, CO.

*s/ Michael Baker*
Michael Baker

DECL. OF MICHAEL BAKER
ISO PLAINTIFFS' OPPOSITION
TO AMAZON'S MOTION TO SEAL - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222