THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | Case No. 2:23-cv-01495-JHC<br><br>**AMENDED [PROPOSED] ORDER GRANTING AMAZON'S MOTION TO SEAL PLAINTIFFS' MOTION TO COMPEL BRIEFING AND EXHIBITS** |

This matter comes before the Court on Amazon's Motion to Seal Plaintiffs' Motion to Compel Briefing and Exhibits (the "Motion"). The Court, having considered Amazon's Motion, Plaintiffs' Response, Amazon's Reply, and all other papers submitted in connection with the Motion, and for good cause shown, GRANTS the Motion. The Court hereby ORDERS the following documents be filed under seal or redacted as follows:

| Document (Dkt. #) | Pincite if relevant | Description of Confidential Material Sought to be Sealed | Treatment |
|---|---|---|---|
| Plaintiffs' Motion (Dkt. 331) | Pgs. 3-5, 11, 13-14 | Information regarding internal Amazon databases related to personnel files, the identity and evaluation of specific Amazon employees, and foreign investigation into and regulation of Amazon | The previous version of Plaintiffs' Motion shall be maintained under seal, and the Motion attached hereto in redacted form shall be publicly filed. |

AMENDED [PROPOSED] ORDER GRANTING
AMAZON'S MOTION TO SEAL PLAINTIFFS'
MOTION TO COMPEL BRIEFING AND EXHIBITS - 1
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

| Document (Dkt. #) | Pincite if relevant | Description of Confidential Material Sought to be Sealed | Treatment |
|---|---|---|---|
| Exhibit B to the Motion (Dkt. 332-02) | Pgs. 3-4 | Information identifying specific internal Amazon emails, databases, and tools, as well as contemplated business changes | The previous version of Exhibit B shall be maintained under seal, and Exhibit B attached hereto in redacted form shall be publicly filed. |
| Exhibit C to the Motion (Dkt. 332-03) | Pg. 2 | Information regarding the identity and organization of Amazon's business units, including personal employee information and confidential investigation information | The previous version of Exhibit C shall be maintained under seal, and Exhibit C attached hereto in redacted form shall be publicly filed. |
| Exhibit D to the Motion (Dkt. 332-04) | | Information regarding Amazon's internal data organization | This document shall remain under seal, without filing a public version. |
| Exhibit E, F, G to the Motion (Dkt. 332-05, 06, 07) | | Personnel review files and evaluations of Amazon employees | These documents shall remain under seal, without filing public versions. |
| Exhibit H to the Motion (Dkt. 332-08) | Pgs. 1-2 | Information regarding the identity and data of Amazon employees | Continued redactions of the confidential information on Pg. 1 and 2. |
| Exhibit L to the Motion (Dkt. 332-12) | | Information regarding Amazon's pricing and search algorithms | This document shall remain under seal, without filing a public version. |
| Exhibit M to the Motion (Dkt. 332-13) | | Information regarding Amazon's business goals and strategies on international seller services | This document shall remain under seal, without filing a public version. |
| Exhibit N to the Motion (Dkt. 332-14) | | Information regarding foreign investigation into Amazon | This document shall remain under seal, without filing a public version. |
| Exhibit O to Motion (Dkt. 332-15) | ¶1, ¶3, ¶4, ¶6, ¶7, ¶14, ¶15, ¶16 | Information regarding the identity and organization of Amazon's business units, including the identity and personal information of specific employees | Continued redactions of the confidential information in ¶1, ¶3, ¶4, ¶6, ¶7, ¶14, ¶15, and ¶16 of this email. |

AMENDED [PROPOSED] ORDER GRANTING
AMAZON'S MOTION TO SEAL PLAINTIFFS'
MOTION TO COMPEL BRIEFING AND EXHIBITS - 2
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

| Document (Dkt. #) | Pincite if relevant | Description of Confidential Material Sought to be Sealed | Treatment |
|---|---|---|---|
| Plaintiffs' Reply (Dkt. 361) | Pgs. 2-3 | Information regarding Amazon's evaluation of its own employees and its guidelines on promotion | Continued redaction of lines 19-21 of Pg. 2, and lines 1-13 of Pg. 3. |
| Exhibit A to the Reply (Dkt. 362-01) | | Information regarding Amazon's evaluation of its own employees and its guidelines on promotion | This document shall remain under seal, without filing a public version. |

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
           molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Edward C. Reddington (*pro hac vice*)

AMENDED [PROPOSED] ORDER GRANTING AMAZON'S MOTION TO SEAL PLAINTIFFS' MOTION TO COMPEL BRIEFING AND EXHIBITS - 3
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1  Carl R. Metz (*pro hac vice*)
2  Carol J. Pruski (*pro hac vice*)
   Katherine Trefz (*pro hac vice*)
3  680 Maine Avenue SW
   Washington, DC 20024
4  Phone: (202) 434-5000
   Email: hhubbard@wc.com
5          jschmidtlein@wc.com
           khodges@wc.com
6          jpitt@wc.com
7          ereddington@wc.com
           cmetz@wc.com
8          cpruski@wc.com
           ktrefz@wc.com
9
   **COVINGTON & BURLING LLP**
10
11 Thomas O. Barnett (*pro hac vice*)
   Kate Mitchell-Tombras (*pro hac vice*)
12 One CityCenter
   850 Tenth Street, NW
13 Washington, DC 20001-4956
   Phone: (202) 662-5407
14 Email: tbarnett@cov.com
15         kmitchelltombras@cov.com

16 *Attorneys for Defendant Amazon.com, Inc.*

AMENDED [PROPOSED] ORDER GRANTING
AMAZON'S MOTION TO SEAL PLAINTIFFS'
MOTION TO COMPEL BRIEFING AND EXHIBITS - 4
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401