THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | Case No. 2:23-cv-01495-JHC<br><br>**SECOND DECLARATION OF LEE ROACH IN SUPPORT OF AMAZON'S MOTION TO SEAL PLAINTIFFS' MOTION TO COMPEL BRIEFING AND EXHIBITS** |

I, Lee Roach, declare as follows:

1. Since November 14, 2022, I have served in Amazon.com, Inc.'s ("Amazon") Litigation Department as Corporate Counsel of Litigation and Regulatory for Amazon's Competition Legal team. I am an attorney and active member in good standing licensed to practice in the District of Columbia and the Commonwealth of Virginia. I have knowledge of the matters set forth in this declaration, and I could and would competently testify thereto if called to do so.

2. I make this second declaration in support of Amazon's Motion to Seal Plaintiffs' Motion to Compel Briefing and Exhibits. From the course of my duties and responsibilities, I have knowledge of Amazon's business practices and its treatment of certain types of documents and information as confidential—including the types of documents and information that are at issue in Plaintiffs' Motion to Compel and respective briefing, as discussed in greater detail below.

SECOND ROACH DECLARATION ISO
AMAZON'S MOTION TO SEAL - 1
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401

3.  As previously explained, redactions to Exhibits C, H, and O to the Motion to Compel protect personally identifying information about non-party employees, as well as Amazon's internal data sources, and organization. The specific information disclosed, including which employees have access to which information, and which business units report to which, is not information publicly disclosed in the ordinary course. Disclosure of this information will identify specific employees and the projects they worked on and make public certain data systems Amazon does not disclose. This information is considered confidential and proprietary to Amazon, and disclosure of it may provide an advantage to Amazon's competitors by providing granular insight into how Amazon structures its business organizations.

4.  Exhibits B, D, and O to the Motion to Compel, and excerpts of Plaintiffs' Motion discussing those exhibits, disclose confidential data sources within Amazon. Amazon's data repositories are not generally known within the company, and steps are taken to limit knowledge of and access to these sources to employees who need to know.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 31st day of December, 2024 in Washington, D.C.

_____
Lee Roach

SECOND ROACH DECLARATION ISO
AMAZON'S MOTION TO SEAL - 2
(Case No. 2:23-cv-01495-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401