THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, *Plaintiffs*, v. AMAZON.COM, INC., a corporation, *Defendant.* | Case No. 2:23-cv-01495-JHC **NOTICE OF WITHDRAWAL** |

Pursuant to Local Civil Rule 83.2(b)(3), Rahul A. Darwar of the Connecticut Office of the Attorney General respectfully withdraws as counsel for Plaintiff State of Connecticut ("State of Connecticut") in the above-captioned action. The State of Connecticut remains represented in this action by Nicole Demers and Victoria Field.

Dated: January 1, 2025

Respectfully submitted,

*s/ Rahul A. Darwar*
Rahul A. Darwar (admitted *pro hac vice*)
Assistant Attorney General
Connecticut Office of the Attorney General
165 Capitol Ave.
Hartford, CT 06106
Telephone: (860) 808-5056
Email: rahul.darwar@ct.gov

*Counsel for Plaintiff State of Connecticut*

NOTICE OF WITHDRAWAL - 1
CASE NO. 2:23-cv-01495-JHC

**CONNECTICUT OFFICE OF THE ATTORNEY GENERAL**
165 Capitol Ave.
Hartford, CT 06016
(860) 808-5030

I certify that this notice contains 48 words, in compliance with the Local Civil Rules.

*s/ Nicole Demers*
Nicole Demers (admitted *pro hac vice*)
Deputy Associate Attorney General
Connecticut Office of the Attorney General
165 Capitol Ave.
Hartford, CT 06106
Telephone: (860) 808-5030
Email: nicole.demers@ct.gov

*s/ Victoria Field*
Victoria Field (admitted *pro hac vice*)
Assistant Attorney General
Connecticut Office of the Attorney General
165 Capitol Ave.
Hartford, CT 06106
Telephone: (860) 808-5262
Email: Victoria.field@ct.gov

*Counsel for Plaintiff State of Connecticut*

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us

*Counsel for Plaintiff State of Oregon and*
*Local Counsel for Plaintiff State of Connecticut*

NOTICE OF WITHDRAWAL - 2
CASE NO. 2:23-cv-01495-JHC

**CONNECTICUT OFFICE OF THE ATTORNEY GENERAL**
165 Capitol Ave.
Hartford, CT 06016
(860) 808-5030