THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES** <br><br> NOTE ON MOTION CALENDAR: <br> January 10, 2024 |

The Court's December 9, 2024 Order Extending Deadlines (Dkt. #374) provides that the deadline for Plaintiffs to file a motion regarding disputes over non-custodial sources is January 10, 2025.

The parties have continued to productively meet and confer regarding this issue. The parties agree that a further extension of the above-referenced deadline may allow the parties to narrow or eliminate their disputes. Accordingly, the parties, by and through their attorneys of record, hereby stipulate and agree to the following:

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINES - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1. The deadline for Plaintiffs to file a motion or serve the opening portion of an expedited joint motion pursuant to Local Civil Rule 37(a)(2) concerning any disputes regarding non-custodial sources shall be February 7, 2025.

2. The Court's Order regarding sealing issues (Dkt. #320) shall continue to apply to any such motions regarding these issues, including oppositions or replies to such motions.

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINES - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Stipulated to and respectfully submitted this 10th day of January, 2025, by:

*s/ Jesse Vella*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
JESSE VELLA (DC Bar # 1033101)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
         (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
        etakashima@ftc.gov
        jvella@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINES - 3
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| s/ Michael Jo | s/ Timothy D. Smith |
| Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| New York State Office of the Attorney General | Antitrust and False Claims Unit |
| 28 Liberty Street | Oregon Department of Justice |
| New York, NY 10005 | 100 SW Market St |
| Telephone: (212) 416-6537 | Portland, OR 97201 |
| Email: Michael.Jo@ag.ny.gov | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of New York* | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of Oregon* |
| s/ Victoria Field | s/ Jennifer A. Thomson |
| Victoria Field (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Office of the Attorney General of Connecticut | Pennsylvania Office of Attorney General |
| 165 Capitol Avenue | Strawberry Square, 14th Floor |
| Hartford, CT 06016 | Harrisburg, PA 17120 |
| Telephone: (860) 808-5030 | Telephone: (717) 787-4530 |
| Email: victoria.field@ct.gov | Email: jthomson@attorneygeneral.gov |
| *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| s/ Alexandra C. Sosnowski | s/ Michael A. Undorf |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | Michael A. Undorf (admitted *pro hac vice*) |
| Assistant Attorney General | Deputy Attorney General |
| Consumer Protection and Antitrust Bureau | Delaware Department of Justice |
| New Hampshire Department of Justice | 820 N. French St., 5th Floor |
| Office of the Attorney General | Wilmington, DE 19801 |
| One Granite Place South | Telephone: (302) 683-8816 |
| Concord, NH 03301 | Email: michael.undorf@delaware.gov |
| Telephone: (603) 271-2678 | *Counsel for Plaintiff State of Delaware* |
| Email: Alexandra.c.sosnowski@doj.nh.gov | |
| *Counsel for Plaintiff State of New Hampshire* | s/ Christina M. Moylan |
| | Christina M. Moylan (admitted *pro hac vice*) |
| s/ Robert J. Carlson | Assistant Attorney General |
| Robert J. Carlson (admitted *pro hac vice*) | Chief, Consumer Protection Division |
| Assistant Attorney General | Office of the Maine Attorney General |
| Consumer Protection Unit | 6 State House Station |
| Office of the Oklahoma Attorney General | Augusta, ME 04333-0006 |
| 15 West 6th Street, Suite 1000 | Telephone: (207) 626-8800 |
| Tulsa, OK 74119 | Email: christina.moylan@maine.gov |
| Telephone: (918) 581-2885 | *Counsel for Plaintiff State of Maine* |
| Email: robert.carlson@oag.ok.gov | |
| *Counsel for Plaintiff State of Oklahoma* | |

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES- 4
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1  

s/ Schonette Walker  
Schonette Walker (admitted *pro hac vice*)  
Assistant Attorney General  
Chief, Antitrust Division  
Office of the Maryland Attorney General  
200 St. Paul Place  
Baltimore, MD 21202  
Telephone: (410) 576-6473  
Email: swalker@oag.state.md.us  
*Counsel for Plaintiff State of Maryland*

s/ Katherine W. Krems  
Katherine W. Krems (admitted *pro hac vice*)  
Assistant Attorney General, Antitrust Division  
Office of the Massachusetts Attorney General  
One Ashburton Place, 18th Floor  
Boston, MA 02108  
Telephone: (617) 963-2189  
Email: katherine.krems@mass.gov  
*Counsel for Plaintiff Commonwealth of Massachusetts*

s/ Scott A. Mertens  
Scott A. Mertens (admitted *pro hac vice*)  
Assistant Attorney General  
Michigan Department of Attorney General  
525 West Ottawa Street  
Lansing, MI 48933  
Telephone: (517) 335-7622  
Email: MertensS@michigan.gov  
*Counsel for Plaintiff State of Michigan*

s/ Zach Biesanz  
Zach Biesanz (admitted *pro hac vice*)  
Senior Enforcement Counsel  
Office of the Minnesota Attorney General  
445 Minnesota Street, Suite 1400  
Saint Paul, MN 55101  
Telephone: (651) 757-1257  
Email: zach.biesanz@ag.state.mn.us  
*Counsel for Plaintiff State of Minnesota*

s/ Lucas J. Tucker  
Lucas J. Tucker (admitted *pro hac vice*)  
Senior Deputy Attorney General  
Office of the Nevada Attorney General  
100 N. Carson St.  
Carson City, NV 89701  
Telephone: (775) 684-1100  
Email: LTucker@ag.nv.gov  
*Counsel for Plaintiff State of Nevada*

s/ Andrew Esoldi  
Andrew Esoldi (admitted *pro hac vice*)  
Deputy Attorney General  
New Jersey Office of the Attorney General  
124 Halsey Street, 5th Floor  
Newark, NJ 07101  
Telephone: (973) 648-7819  
Email: andrew.esoldi@law.njoag.gov  
*Counsel for Plaintiff State of New Jersey*

s/ Jeffrey Herrera  
Jeffrey Herrera (admitted *pro hac vice*)  
Assistant Attorney General  
New Mexico Office of the Attorney General  
408 Galisteo St.  
Santa Fe, NM 87501  
Telephone: (505) 490-4878  
Email: jherrera@nmag.gov  
*Counsel for Plaintiff State of New Mexico*

s/ Zulma Carrasquillo Almena  
Zulma Carrasquillo Almena (admitted *pro hac vice*)  
Puerto Rico Department of Justice  
P.O. Box 9020192  
San Juan, Puerto Rico 00902-0192  
Telephone: (787) 721-2900, Ext. 1211  
Email: zcarrasquillo@justicia.pr.gov  
*Counsel for Plaintiff Commonwealth of Puerto Rico*

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES- 5  
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION  
600 Pennsylvania Avenue, NW  
Washington, DC 20580  
(202) 326-2222

1 | *s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L.J. Aceves*
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

*s/ Laura E. McFarlane*
Laura E. McFarlane (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES- 6
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
      molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
      khodges@wc.com
      jpitt@wc.com
      cmetz@wc.com
      cpruski@wc.com
      ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
      kmitchelltombras@cov.com

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES- 7
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINES- 8
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

<S>

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Jesse Vella*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
JESSE VELLA (DC Bar # 1033101)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email:  smusser@ftc.gov
        etakashima@ftc.gov
        jvella@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES- 9
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222