# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>AMAZON.COM, INC., a corporation, <br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br>**STIPULATED MOTION AND ORDER EXTENDING DEADLINES** <br><br>NOTE ON MOTION CALENDAR: <br>January 10, 2024 |

The Court's December 9, 2024 Order Extending Deadlines (Dkt. #374) provides that the deadline for Plaintiffs to file a motion regarding disputes over non-custodial sources is January 10, 2025.

The parties have continued to productively meet and confer regarding this issue. The parties agree that a further extension of the above-referenced deadline may allow the parties to narrow or eliminate their disputes. Accordingly, the parties, by and through their attorneys of record, hereby stipulate and agree to the following:

1. The deadline for Plaintiffs to file a motion or serve the opening portion of an expedited joint motion pursuant to Local Civil Rule 37(a)(2) concerning any disputes regarding non-custodial sources shall be February 7, 2025.

2. The Court's Order regarding sealing issues (Dkt. #320) shall continue to apply to any such motions regarding these issues, including oppositions or replies to such motions.

STIPULATED MOTION AND ORDER
EXTENDING DEADLINES - 2
CASE NO. 2:23-cv-01495-JHC

Stipulated to and respectfully submitted this 10th day of January, 2025, by:

*s/ Jesse Vella*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
JESSE VELLA (DC Bar # 1033101)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
       etakashima@ftc.gov
       jvella@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

| | | |
|---|---|---|
| 1 | s/ Michael Jo | s/ Timothy D. Smith |
| | Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| 2 | Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| | New York State Office of the Attorney | Antitrust and False Claims Unit |
| 3 | General | Oregon Department of Justice |
| | 28 Liberty Street | 100 SW Market St |
| 4 | New York, NY 10005 | Portland, OR 97201 |
| | Telephone: (212) 416-6537 | Telephone: (503) 934-4400 |
| 5 | Email: Michael.Jo@ag.ny.gov | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of New York* | *Counsel for Plaintiff State of Oregon* |

s/ Victoria Field
Victoria Field (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: victoria.field@ct.gov
*Counsel for Plaintiff State of Connecticut*

s/ Jennifer A. Thomson
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

s/ Alexandra C. Sosnowski
Alexandra C. Sosnowski (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

s/ Michael A. Undorf
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

s/ Robert J. Carlson
Robert J. Carlson (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2885
Email: robert.carlson@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

s/ Christina M. Moylan
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

STIPULATED MOTION AND ORDER
EXTENDING DEADLINES- 4
CASE NO. 2:23-cv-01495-JHC

*s/ Schonette Walker*
Schonette Walker (admitted *pro hac vice*)
Assistant Attorney General
Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6473
Email: swalker@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

*s/ Katherine W. Krems*
Katherine W. Krems (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: katherine.krems@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

*s/ Scott A. Mertens*
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

*s/ Zach Biesanz*
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

*s/ Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

*s/ Andrew Esoldi*
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

*s/ Jeffrey Herrera*
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

*s/ Zulma Carrasquillo Almena*
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

STIPULATED MOTION AND ORDER
EXTENDING DEADLINES- 5
CASE NO. 2:23-cv-01495-JHC

1  | *s/ Stephen N. Provazza*
    Stephen N. Provazza (admitted *pro hac vice*)
2  | Special Assistant Attorney General
    Chief, Consumer and Economic Justice Unit
3  | Department of the Attorney General
    150 South Main Street
4  | Providence, RI 02903
    Telephone: (401) 274-4400
5  | Email: sprovazza@riag.ri.gov
    *Counsel for Plaintiff State of Rhode Island*

7  | *s/ Sarah L.J. Aceves*
    Sarah L.J. Aceves (admitted *pro hac vice*)
    Assistant Attorney General
8  | Public Protection Division
    Vermont Attorney General's Office
9  | 109 State Street
    Montpelier, VT 05609
10 | Telephone: (802) 828-3170
    Email: Sarah.Aceves@vermont.gov
11 | *Counsel for Plaintiff State of Vermont*

12 | *s/ Laura E. McFarlane*
    Laura E. McFarlane (admitted *pro hac vice*)
13 | Assistant Attorney General
    Wisconsin Department of Justice
14 | Post Office Box 7857
    Madison, WI 53707-7857
15 | Telephone: (608) 266-8911
    Email: mcfarlanele@doj.state.wi.us
16 | *Counsel for Plaintiff State of Wisconsin*

STIPULATED MOTION AND ORDER
EXTENDING DEADLINES- 6
CASE NO. 2:23-cv-01495-JHC

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
          molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
          khodges@wc.com
          jpitt@wc.com
          cmetz@wc.com
          cpruski@wc.com
          ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
          kmitchelltombras@cov.com

STIPULATED MOTION AND ORDER
EXTENDING DEADLINES- 7
CASE NO. 2:23-cv-01495-JHC

1                      **WILKINSON STEKLOFF LLP**

2                      Kosta S. Stojilkovic (*pro hac vice*)
                       2001 M Street NW, 10th Floor

3                      Washington, DC 20036
                       Phone: (202) 847-4045

4                      Email: kstojilkovic@wilkinsonstekloff.com

5                      *Attorneys for Defendant Amazon.com, Inc.*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND ORDER
EXTENDING DEADLINES- 8
CASE NO. 2:23-cv-01495-JHC

**ORDER**

IT IS SO ORDERED.

DATED this 10th day of January, 2025.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE