THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>*Defendant.* | Case No. 2:23-cv-01495-JHC<br><br>**NOTICE OF WITHDRAWAL** |

Pursuant to Local Civil Rule 83.2(b)(3), Isabella R. Pitt, Counsel for Plaintiff Matthew J. Platkin, Attorney General of the State of New Jersey, respectfully withdraws as counsel for the Attorney General in the above-captioned action. The Attorney General remains represented in this action by Ana Atta-Alla, Andrew Esoldi, and David Reichenberg (*Pro Hac Vice* forthcoming).

Dated: January 16, 2025

Respectfully submitted,

*s/ Isabella R. Pitt*
Isabella R. Pitt (admitted *pro hac vice*)
Deputy Attorney General
Assistant Section Chief, Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, New Jersey 07101
Telephone: (201) 912-7444
Email: Isabella.Pitt@law.njoag.gov
*Counsel for Plaintiff New Jersey*

NOTICE OF WITHDRAWAL - 1
CASE NO. 2:23-cv-01495-JHC

**NEW JERSEY OFFICE OF THE ATTORNEY GENERAL**
124 Halsey Street, 5th Floor
Newark, New Jersey 07101
(973) 648-2500

I certify that this notice contains 55 words, in compliance with the Local Civil Rules.

*s/ Ana Atta-Alla*
Ana Atta-Alla (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, New Jersey 07101
Telephone: (973 648-7819
Email: Ana.Atta-Alla@law.njoag.gov

*s/ Andrew Esoldi*
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, New Jersey 07101
Telephone: (973) 648-7819
Email: Andrew.Esoldi@law.njoag.gov

*s/ David Reichenberg*
David Reichenberg (*pro hac vice* forthcoming)
Section Chief, Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, New Jersey 07101
Telephone: (973) 648-7819
Email: David.Reichenberg@law.njoag.gov

*Counsel for Plaintiff New Jersey*

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us

*Counsel for Plaintiff Oregon and*
*Local Counsel for Plaintiff New Jersey*

NOTICE OF WITHDRAWAL - 2
CASE NO. 2:23-cv-01495-JHC

**NEW JERSEY OFFICE OF THE ATTORNEY GENERAL**
124 Halsey Street, 5th Floor
Newark, New Jersey 07101
(973) 648-2500