THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMAZON'S PRIVILEGE RE-REVIEW**<br><br>NOTE ON MOTION CALENDAR:<br>January 23, 2025 |

The parties have met and conferred regarding Amazon's re-review of its privilege claims in this case and Plaintiffs' pre-Complaint investigation, and by and through their attorneys of record, hereby stipulate and agree to the following:

1. To the extent not already re-reviewed by Amazon in connection with its privilege re-review in the Private Plaintiff cases[1], Amazon shall re-review all of its privilege claims asserted or maintained in this litigation, including with respect to all documents that: (1) were withheld or redacted by Amazon during Plaintiffs' pre-Complaint investigation that exist in the files of one or more of the Parties' agreed-upon litigation custodians and hit on one or more of the parties'

---

[1] *De Coster v. Amazon.com, Inc.*, No. 2:21-cv-693-JHC (W.D. Wash.); *Frame-Wilson v. Amazon.com., Inc.*, No. 2:20-cv-424-JHC (W.D. Wash.); *Brown v. Amazon.com, Inc.*, No. 2:22-cv-965-JHC (W.D. Wash.).

STIPULATION AND [PROPOSED] ORDER REGARDING
AMAZON'S PRIVILEGE RE-REVIEW - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

agreed-upon litigation search terms; (2) were part of targeted document collections by Amazon during the aforementioned investigation; or (3) were withheld or redacted for the first time in this litigation.

2. Amazon shall substantially complete its re-review of its privilege claims directed by this Stipulation and Order no later than March 24, 2025, and produce by that date: (1) a revised privilege log; and (2) all documents as to which Amazon has downgraded or otherwise narrowed its privilege claims as a result of the re-review.

3. Plaintiffs have identified certain custodians as priorities for Amazon's privilege re-review. Amazon shall substantially complete its re-review of documents that were withheld or redacted by Amazon during Plaintiffs' pre-Complaint investigation that exist in the files of those priority custodians (the "Priority Documents") no later than March 7, 2025, and produce by that date: (1) a revised privilege log covering the Priority Documents; and (2) all of the Priority Documents as to which Amazon has downgraded or otherwise narrowed its privilege claims as a result of the re-review.

4. Amazon shall produce to Plaintiffs the privilege log(s) that Amazon produces in connection with its privilege re-review in the Private Plaintiff cases contemporaneously with the production of that privilege log(s) to the Private Plaintiffs, and no later than January 31, 2025.

Stipulated to and respectfully submitted this 23rd day of January, 2025, by:

*s/ J. Wells Harrell*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
J. WELLS HARRELL (DC Bar # 995368)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:  (202) 326-2122 (Musser)
       (202) 326-2464 (Takashima)

STIPULATION AND [PROPOSED] ORDER REGARDING
AMAZON'S PRIVILEGE RE-REVIEW - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Email: smusser@ftc.gov
etakashima@ftc.gov
jharrell@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATION AND [PROPOSED] ORDER REGARDING
AMAZON'S PRIVILEGE RE-REVIEW - 3
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| *s/ Michael Jo* | *s/ Timothy D. Smith* |
| Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Assistant Attorney General, Antitrust Bureau | Senior Assistant Attorney General |
| New York State Office of the Attorney General | Antitrust and False Claims Unit |
| 28 Liberty Street | Oregon Department of Justice |
| New York, NY 10005 | 100 SW Market St |
| Telephone: (212) 416-6537 | Portland, OR 97201 |
| Email: Michael.Jo@ag.ny.gov | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of New York* | Email: tim.smith@doj.state.or.us |
| | *Counsel for Plaintiff State of Oregon* |
| *s/ Victoria Field* | *s/ Jennifer A. Thomson* |
| Victoria Field (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Office of the Attorney General of Connecticut | Pennsylvania Office of Attorney General |
| 165 Capitol Avenue | Strawberry Square, 14th Floor |
| Hartford, CT 06016 | Harrisburg, PA 17120 |
| Telephone: (860) 808-5030 | Telephone: (717) 787-4530 |
| Email: victoria.field@ct.gov | Email: jthomson@attorneygeneral.gov |
| *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| *s/ Alexandra C. Sosnowski* | *s/ Michael A. Undorf* |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | Michael A. Undorf (admitted *pro hac vice*) |
| Assistant Attorney General | Deputy Attorney General |
| Consumer Protection and Antitrust Bureau | Delaware Department of Justice |
| New Hampshire Department of Justice | 820 N. French St., 5th Floor |
| Office of the Attorney General | Wilmington, DE 19801 |
| One Granite Place South | Telephone: (302) 683-8816 |
| Concord, NH 03301 | Email: michael.undorf@delaware.gov |
| Telephone: (603) 271-2678 | *Counsel for Plaintiff State of Delaware* |
| Email: Alexandra.c.sosnowski@doj.nh.gov | |
| *Counsel for Plaintiff State of New Hampshire* | *s/ Christina M. Moylan* |
| | Christina M. Moylan (admitted *pro hac vice*) |
| *s/ Robert J. Carlson* | Assistant Attorney General |
| Robert J. Carlson (admitted *pro hac vice*) | Chief, Consumer Protection Division |
| Assistant Attorney General | Office of the Maine Attorney General |
| Consumer Protection Unit | 6 State House Station |
| Office of the Oklahoma Attorney General | Augusta, ME 04333-0006 |
| 15 West 6th Street, Suite 1000 | Telephone: (207) 626-8800 |
| Tulsa, OK 74119 | Email: christina.moylan@maine.gov |
| Telephone: (918) 581-2885 | *Counsel for Plaintiff State of Maine* |
| Email: robert.carlson@oag.ok.gov | |
| *Counsel for Plaintiff State of Oklahoma* | |

| | |
|---|---|
| STIPULATION AND [PROPOSED] ORDER REGARDING AMAZON'S PRIVILEGE RE-REVIEW - 4<br>CASE NO. 2:23-cv-01495-JHC | FEDERAL TRADE COMMISSION<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(202) 326-2222 |

| | | |
|---|---|---|
| 1 | s/ Schonette Walker | s/ Lucas J. Tucker |
| | Schonette Walker (admitted *pro hac vice*) | Lucas J. Tucker (admitted *pro hac vice*) |
| 2 | Assistant Attorney General | Senior Deputy Attorney General |
| | Chief, Antitrust Division | Office of the Nevada Attorney General |
| 3 | Office of the Maryland Attorney General | 100 N. Carson St. |
| | 200 St. Paul Place | Carson City, NV 89701 |
| 4 | Baltimore, MD 21202 | Telephone: (775) 684-1100 |
| | Telephone: (410) 576-6473 | Email: LTucker@ag.nv.gov |
| 5 | Email: swalker@oag.state.md.us | *Counsel for Plaintiff State of Nevada* |
| | *Counsel for Plaintiff State of Maryland* | |
| 6 | | s/ Andrew Esoldi |
| | s/ Katherine W. Krems | Andrew Esoldi (admitted *pro hac vice*) |
| 7 | Katherine W. Krems (admitted *pro hac vice*) | Deputy Attorney General |
| | Assistant Attorney General, Antitrust Division | New Jersey Office of the Attorney General |
| 8 | Office of the Massachusetts Attorney General | 124 Halsey Street, 5th Floor |
| | One Ashburton Place, 18th Floor | Newark, NJ 07101 |
| 9 | Boston, MA 02108 | Telephone: (973) 648-7819 |
| | Telephone: (617) 963-2189 | Email: andrew.esoldi@law.njoag.gov |
| 10 | Email: katherine.krems@mass.gov | *Counsel for Plaintiff State of New Jersey* |
| | *Counsel for Plaintiff Commonwealth of* | |
| 11 | *Massachusetts* | s/ Jeffrey Herrera |
| | | Jeffrey Herrera (admitted *pro hac vice*) |
| 12 | s/ Scott A. Mertens | Assistant Attorney General |
| | Scott A. Mertens (admitted *pro hac vice*) | New Mexico Office of the Attorney General |
| 13 | Assistant Attorney General | 408 Galisteo St. |
| | Michigan Department of Attorney General | Santa Fe, NM 87501 |
| 14 | 525 West Ottawa Street | Telephone: (505) 490-4878 |
| | Lansing, MI 48933 | Email: jherrera@nmag.gov |
| 15 | Telephone: (517) 335-7622 | *Counsel for Plaintiff State of New Mexico* |
| | Email: MertensS@michigan.gov | |
| 16 | *Counsel for Plaintiff State of Michigan* | s/ Zulma Carrasquillo Almena |
| | | Zulma Carrasquillo Almena (admitted *pro hac vice*) |
| 17 | s/ Zach Biesanz | |
| | Zach Biesanz (admitted *pro hac vice*) | Puerto Rico Department of Justice |
| 18 | Senior Enforcement Counsel | P.O. Box 9020192 |
| | Office of the Minnesota Attorney General | San Juan, Puerto Rico 00902-0192 |
| 19 | 445 Minnesota Street, Suite 1400 | Telephone: (787) 721-2900, Ext. 1211 |
| | Saint Paul, MN 55101 | Email: zcarrasquillo@justicia.pr.gov |
| 20 | Telephone: (651) 757-1257 | *Counsel for Plaintiff Commonwealth of Puerto Rico* |
| | Email: zach.biesanz@ag.state.mn.us | |
| 21 | *Counsel for Plaintiff State of Minnesota* | |
| 22 | | |
| 23 | | |
| 24 | | |

STIPULATION AND [PROPOSED] ORDER REGARDING AMAZON'S PRIVILEGE RE-REVIEW - 5
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1 | *s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
2 | Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
3 | Department of the Attorney General
150 South Main Street
4 | Providence, RI 02903
Telephone: (401) 274-4400
5 | Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

6

*s/ Sarah L.J. Aceves*
7 | Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
8 | Public Protection Division
Vermont Attorney General's Office
9 | 109 State Street
Montpelier, VT 05609
10 | Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
11 | *Counsel for Plaintiff State of Vermont*

12 | *s/ Laura E. McFarlane*
Laura E. McFarlane (admitted *pro hac vice*)
13 | Assistant Attorney General
Wisconsin Department of Justice
14 | Post Office Box 7857
Madison, WI 53707-7857
15 | Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us
16 | *Counsel for Plaintiff State of Wisconsin*

17

18

19

20

21

22

23

24

STIPULATION AND [PROPOSED] ORDER REGARDING
AMAZON'S PRIVILEGE RE-REVIEW - 6
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
  molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
  khodges@wc.com
  jpitt@wc.com
  cmetz@wc.com
  cpruski@wc.com
  ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
  kmitchelltombras@cov.com

STIPULATION AND [PROPOSED] ORDER REGARDING
AMAZON'S PRIVILEGE RE-REVIEW - 7
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATION AND [PROPOSED] ORDER REGARDING
AMAZON'S PRIVILEGE RE-REVIEW - 8
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

# [PROPOSED] ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:

*s/ J. Wells Harrell*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
J. WELLS HARRELL (DC Bar # 995368)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
        etakashima@ftc.gov
        jharrell@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

STIPULATION AND [PROPOSED] ORDER REGARDING
AMAZON'S PRIVILEGE RE-REVIEW - 9
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222