1
2
3
4
5

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

    Plaintiffs,

    v.

AMAZON.COM, INC., a corporation,

    Defendant.

**CASE NO.: 2:23-cv-01495-JHC**

**STIPULATION AND ORDER REGARDING AMAZON'S PRIVILEGE RE-REVIEW**

NOTE ON MOTION CALENDAR: January 23, 2025

The parties have met and conferred regarding Amazon's re-review of its privilege claims in this case and Plaintiffs' pre-Complaint investigation, and by and through their attorneys of record, hereby stipulate and agree to the following:

1.    To the extent not already re-reviewed by Amazon in connection with its privilege re-review in the Private Plaintiff cases[1], Amazon shall re-review all of its privilege claims asserted or maintained in this litigation, including with respect to all documents that: (1) were withheld or redacted by Amazon during Plaintiffs' pre-Complaint investigation that exist in the files of one

---

[1] *De Coster v. Amazon.com, Inc.*, No. 2:21-cv-693-JHC (W.D. Wash.); *Frame-Wilson v. Amazon.com., Inc.*, No. 2:20-cv-424-JHC (W.D. Wash.); *Brown v. Amazon, Inc.*, No. 2:22-cv-965-JHC (W.D. Wash.).

1  or more of the Parties' agreed-upon litigation custodians and hit on one or more of the parties'

2  agreed-upon litigation search terms; (2) were part of targeted document collections by Amazon

3  during the aforementioned investigation; or (3) were withheld or redacted for the first time in this

4  litigation.

5       2.     Amazon shall substantially complete its re-review of its privilege claims directed

6  by this Stipulation and Order no later than March 24, 2025, and produce by that date: (1) a revised

7  privilege log; and (2) all documents as to which Amazon has downgraded or otherwise narrowed

8  its privilege claims as a result of the re-review.

9       3.     Plaintiffs have identified certain custodians as priorities for Amazon's privilege

10  re-review. Amazon shall substantially complete its re-review of documents that were withheld or

11  redacted by Amazon during Plaintiffs' pre-Complaint investigation that exist in the files of those

12  priority custodians (the "Priority Documents") no later than March 7, 2025, and produce by that

13  date: (1) a revised privilege log covering the Priority Documents; and (2) all of the Priority

14  Documents as to which Amazon has downgraded or otherwise narrowed its privilege claims as a

15  result of the re-review.

16       4.     Amazon shall produce to Plaintiffs the privilege log(s) that Amazon produces in

17  connection with its privilege re-review in the Private Plaintiff cases contemporaneously with the

18  production of that privilege log(s) to the Private Plaintiffs, and no later than January 31, 2025.

19       Stipulated to and respectfully submitted this 23rd day of January, 2025, by:

20

21                                  _s/ J. Wells Harrell_
                               SUSAN A. MUSSER (DC Bar # 1531486)

22                                 EDWARD H. TAKASHIMA (DC Bar # 1001641)
                               J. WELLS HARRELL (DC Bar # 995368)

23                                 Federal Trade Commission
                               600 Pennsylvania Avenue, NW

24                                 Washington, DC 20580
                               Tel.:   (202) 326-2122 (Musser)

1

(202) 326-2464 (Takashima)
Email: smusser@ftc.gov
etakashima@ftc.gov
jharrell@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

1  *s/ Michael Jo*                          *s/ Timothy D. Smith*
   Michael Jo (admitted *pro hac vice*)     Timothy D. Smith, WSBA No. 44583
2  Assistant Attorney General, Antitrust Bureau   Senior Assistant Attorney General
   New York State Office of the Attorney     Antitrust and False Claims Unit
3  General                                   Oregon Department of Justice
   28 Liberty Street                         100 SW Market St
4  New York, NY 10005                        Portland, OR 97201
   Telephone: (212) 416-6537                 Telephone: (503) 934-4400
5  Email: Michael.Jo@ag.ny.gov               Email: tim.smith@doj.state.or.us
   *Counsel for Plaintiff State of New York*  *Counsel for Plaintiff State of Oregon*
6
   *s/ Victoria Field*                       *s/ Jennifer A. Thomson*
7  Victoria Field (admitted *pro hac vice*)  Jennifer A. Thomson (admitted *pro hac vice*)
   Assistant Attorney General                Senior Deputy Attorney General
8  Office of the Attorney General of         Pennsylvania Office of Attorney General
   Connecticut                               Strawberry Square, 14th Floor
9  165 Capitol Avenue                        Harrisburg, PA 17120
   Hartford, CT 06016                        Telephone: (717) 787-4530
10 Telephone: (860) 808-5030                 Email: jthomson@attorneygeneral.gov
   Email: victoria.field@ct.gov              *Counsel for Plaintiff Commonwealth of*
11 *Counsel for Plaintiff State of Connecticut*  *Pennsylvania*

12 *s/ Alexandra C. Sosnowski*               *s/ Michael A. Undorf*
   Alexandra C. Sosnowski (admitted *pro hac*  Michael A. Undorf (admitted *pro hac vice*)
13 *vice*)                                    Deputy Attorney General
   Assistant Attorney General                Delaware Department of Justice
14 Consumer Protection and Antitrust Bureau  820 N. French St., 5th Floor
   New Hampshire Department of Justice       Wilmington, DE 19801
15 Office of the Attorney General            Telephone: (302) 683-8816
   One Granite Place South                   Email: michael.undorf@delaware.gov
16 Concord, NH 03301                         *Counsel for Plaintiff State of Delaware*
   Telephone: (603) 271-2678
17 Email: Alexandra.c.sosnowski@doj.nh.gov   *s/ Christina M. Moylan*
   *Counsel for Plaintiff State of New Hampshire*  Christina M. Moylan (admitted *pro hac vice*)
18                                           Assistant Attorney General
   *s/ Robert J. Carlson*                    Chief, Consumer Protection Division
19 Robert J. Carlson (admitted *pro hac vice*)  Office of the Maine Attorney General
   Assistant Attorney General                6 State House Station
20 Consumer Protection Unit                  Augusta, ME 04333-0006
   Office of the Oklahoma Attorney General   Telephone: (207) 626-8800
21 15 West 6th Street, Suite 1000            Email: christina.moylan@maine.gov
   Tulsa, OK 74119                           *Counsel for Plaintiff State of Maine*
22 Telephone: (918) 581-2885
   Email: robert.carlson@oag.ok.gov
23 *Counsel for Plaintiff State of Oklahoma*

24

   STIPULATION AND ORDER REGARDING AMAZON'S
   PRIVILEGE RE-REVIEW - 4
   CASE NO. 2:23-cv-01495-JHC

*s/ Schonette Walker*
Schonette Walker (admitted *pro hac vice*)
Assistant Attorney General
Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6473
Email: swalker@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

*s/ Katherine W. Krems*
Katherine W. Krems (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: katherine.krems@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

*s/ Scott A. Mertens*
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

*s/ Zach Biesanz*
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

*s/ Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

*s/ Andrew Esoldi*
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

*s/ Jeffrey Herrera*
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

*s/ Zulma Carrasquillo Almena*
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

1    _s/ Stephen N. Provazza_____
     Stephen N. Provazza (admitted *pro hac vice*)
2    Special Assistant Attorney General
     Chief, Consumer and Economic Justice Unit
3    Department of the Attorney General
     150 South Main Street
4    Providence, RI 02903
     Telephone: (401) 274-4400
5    Email: sprovazza@riag.ri.gov
     *Counsel for Plaintiff State of Rhode Island*
6
     _s/ Sarah L.J. Aceves_____
7    Sarah L.J. Aceves (admitted *pro hac vice*)
     Assistant Attorney General
8    Public Protection Division
     Vermont Attorney General's Office
9    109 State Street
     Montpelier, VT 05609
10   Telephone: (802) 828-3170
     Email: Sarah.Aceves@vermont.gov
11   *Counsel for Plaintiff State of Vermont*

12   _s/ Laura E. McFarlane_____
     Laura E. McFarlane (admitted *pro hac vice*)
13   Assistant Attorney General
     Wisconsin Department of Justice
14   Post Office Box 7857
     Madison, WI 53707-7857
15   Telephone: (608) 266-8911
     Email: mcfarlanele@doj.state.wi.us
16   *Counsel for Plaintiff State of Wisconsin*

17

18

19

20

21

22

23

24

STIPULATION AND ORDER REGARDING AMAZON'S
PRIVILEGE RE-REVIEW - 6
CASE NO. 2:23-cv-01495-JHC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
        molly.terwilliger@morganlewis.com


**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
        khodges@wc.com
        jpitt@wc.com
        cmetz@wc.com
        cpruski@wc.com
        ktrefz@wc.com


**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
        kmitchelltombras@cov.com

1

**WILKINSON STEKLOFF LLP**

2

Kosta S. Stojilkovic (*pro hac vice*)

3

2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045

4

Email: kstojilkovic@wilkinsonstekloff.com

5

*Attorneys for Defendant Amazon.com, Inc.*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1

**ORDER**

2
IT IS SO ORDERED.

3
DATED this 23rd day of January, 2025.

4

5
_John H. Chun_

6
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24