UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FEDERAL TRADE COMMISSION; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant - Appellee, <br><br> v. <br><br> AMERICAN BOOKSELLERS ASSOCIATION, INC., Proposed Intervenor, <br><br> Movant - Appellant. | No. 24-3835 <br><br> D.C. No. 2:23-cv-01495-JHC <br><br> Western District of Washington, Seattle <br><br> MANDATE |

The judgment of this Court, entered December 04, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT