1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

          Plaintiffs,

    v.

AMAZON.COM, INC., a corporation,

          Defendant.

Case No. 2:23-cv-01495-JHC

**STIPULATED MOTION AND
ORDER REGARDING SEALING
ISSUES**

NOTE ON MOTION CALENDAR:
February 20, 2025

On October 28, 2024, this Court entered an Order Regarding Sealing Issues, ECF No. 320, which provides a sealing mechanism by which the parties may provisionally submit documents under seal followed by a later omnibus motion to seal. The Order applied only to discovery motions filed on or before October 31, 2024. The Court has extended this Order with respect to certain motions in several instances. *E.g.*, January 10, 2025 Order Extending Deadlines, ECF No. 396; October 28, 2024 Order Extending Deadlines, ECF No. 323.

The parties will file an LCR 37 Joint Submission on February 20, 2025, and agree that the sealing procedure should apply. Accordingly, the parties, by and through their attorneys of record, hereby stipulate and agree that the Court's Order regarding sealing issues shall apply separately to the LCR 37 Joint Submission filed on February 20, 2025.

Stipulated to and respectfully submitted this 20th day of February, 2025.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
   molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
   khodges@wc.com
   jpitt@wc.com
   cmetz@wc.com
   cpruski@wc.com
   ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
   kmitchelltombras@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

1

2
*s/ Edward H. Takashima*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
3
MICHAEL BAKER (DC Bar # 1044327)
Federal Trade Commission
4
600 Pennsylvania Avenue, NW
Washington, DC 20580
5
Tel.:    (202) 326-2122 (Musser)
         (202) 326-2464 (Takashima)
6
Email: smusser@ftc.gov
7
       etakashima@ftc.gov
       mbaker1@ftc.gov
8
*Attorneys for Plaintiff Federal Trade Commission*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1

*s/ Michael Jo*

Michael Jo (admitted *pro hac vice*)

2   Assistant Attorney General, Antitrust Bureau

New York State Office of the Attorney

3   General

28 Liberty Street

4   New York, NY 10005

Telephone: (212) 416-6537

5   Email: Michael.Jo@ag.ny.gov

*Counsel for Plaintiff State of New York*

6

*s/ Victoria Field*

7   Victoria Field (admitted *pro hac vice*)

Assistant Attorney General

8   Office of the Attorney General of

Connecticut

9   165 Capitol Avenue

Hartford, CT 06016

10  Telephone: (860) 808-5030

Email: Victoria.Field@ct.gov

11  *Counsel for Plaintiff State of Connecticut*

12  *s/ Alexandra C. Sosnowski*

Alexandra C. Sosnowski (admitted *pro hac*

13  *vice*)

Assistant Attorney General

14  Consumer Protection and Antitrust Bureau

New Hampshire Department of Justice

15  Office of the Attorney General

One Granite Place South

16  Concord, NH 03301

Telephone: (603) 271-2678

17  Email: Alexandra.c.sosnowski@doj.nh.gov

*Counsel for Plaintiff State of New Hampshire*

18

*s/ Robert J. Carlson*

19  Robert J. Carlson (admitted *pro hac vice*)

Assistant Attorney General

20  Consumer Protection Unit

Office of the Oklahoma Attorney General

21  15 West 6th Street, Suite 1000

Tulsa, OK 74119

22  Telephone: (918) 581-2885

Email: robert.carlson@oag.ok.gov

23  *Counsel for Plaintiff State of Oklahoma*

24

*s/ Timothy D. Smith*

Timothy D. Smith, WSBA No. 44583

Attorney-in-Charge

Antitrust, False Claims, & Privacy Section

Oregon Department of Justice

100 SW Market St

Portland, OR 97201

Telephone: (503) 934-4400

Email: tim.smith@doj.state.or.us

*Counsel for Plaintiff State of Oregon*

*s/ Jennifer A. Thomson*

Jennifer A. Thomson (admitted *pro hac vice*)

Senior Deputy Attorney General

Pennsylvania Office of Attorney General

Strawberry Square, 14th Floor

Harrisburg, PA 17120

Telephone: (717) 787-4530

Email: jthomson@attorneygeneral.gov

*Counsel for Plaintiff Commonwealth of Pennsylvania*

*s/ Michael A. Undorf*

Michael A. Undorf (admitted *pro hac vice*)

Deputy Attorney General

Delaware Department of Justice

820 N. French St., 5th Floor

Wilmington, DE 19801

Telephone: (302) 683-8816

Email: michael.undorf@delaware.gov

*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*

Christina M. Moylan (admitted *pro hac vice*)

Assistant Attorney General

Chief, Consumer Protection Division

Office of the Maine Attorney General

6 State House Station

Augusta, ME 04333-0006

Telephone: (207) 626-8800

Email: christina.moylan@maine.gov

*Counsel for Plaintiff State of Maine*

1   _s/ Schonette Walker_
    Schonette Walker (admitted _pro hac vice_)
2   Assistant Attorney General
    Chief, Antitrust Division
3   Office of the Maryland Attorney General
    200 St. Paul Place
4   Baltimore, MD 21202
    Telephone: (410) 576-6473
5   Email: swalker@oag.state.md.us
    _Counsel for Plaintiff State of Maryland_
6
    _s/ Katherine W. Krems_
7   Katherine W. Krems (admitted _pro hac vice_)
    Assistant Attorney General, Antitrust
8   Division
    Office of the Massachusetts Attorney
9   General
    One Ashburton Place, 18th Floor
10  Boston, MA 02108
    Telephone: (617) 963-2189
11  Email: katherine.krems@mass.gov
    _Counsel for Plaintiff Commonwealth of_
12  _Massachusetts_

13  _s/ Scott A. Mertens_
    Scott A. Mertens (admitted _pro hac vice_)
14  Assistant Attorney General
    Michigan Department of Attorney General
15  525 West Ottawa Street
    Lansing, MI 48933
16  Telephone: (517) 335-7622
    Email: MertensS@michigan.gov
17  _Counsel for Plaintiff State of Michigan_

18  _s/ Zach Biesanz_
    Zach Biesanz (admitted _pro hac vice_)
19  Senior Enforcement Counsel
    Office of the Minnesota Attorney General
20  445 Minnesota Street, Suite 1400
    Saint Paul, MN 55101
21  Telephone: (651) 757-1257
    Email: zach.biesanz@ag.state.mn.us
22  _Counsel for Plaintiff State of Minnesota_

23

24

_s/ Lucas J. Tucker_
Lucas J. Tucker (admitted _pro hac vice_)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
_Counsel for Plaintiff State of Nevada_

_s/ Andrew Esoldi_
Andrew Esoldi (admitted _pro hac vice_)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
_Counsel for Plaintiff State of New Jersey_

_s/ Jeffrey Herrera_
Jeffrey Herrera (admitted _pro hac vice_)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
_Counsel for Plaintiff State of New Mexico_

_s/ Zulma Carrasquillo Almena_
Zulma Carrasquillo Almena (admitted _pro hac vice_)
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
_Counsel for Plaintiff Commonwealth of Puerto Rico_

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

_s/ Stephen N. Provazza_
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

_s/ Sarah L.J. Aceves_
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

_s/ Caitlin M. Madden_
Caitlin M. Madden (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: maddencm@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*

STIPULATED MOTION AND
ORDER REGARDING SEALING ISSUES - 6
(Case No. 2:23-cv-01495-JHC )

**ORDER**

IT IS SO ORDERED.

DATED this 20th day of February, 2025.

_John H. Chun_

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE