THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | Case No. 2:23-cv-01495-JHC<br><br>**[AMAZON'S PROPOSED] ORDER ON LCR 37 JOINT SUBMISSION REGARDING AMAZON'S REQUEST FOR RELIEF FROM THE FEBRUARY 21, 2025 PRIVILEGE LOG DEADLINE** |

This matter comes before the Court on the Parties' LCR 37 Joint Submission Regarding Amazon's Request for Relief from the February 21, 2025 Privilege Log Deadline (the "Submission"). The Court, having considered the Submission and all other papers filed in connection with the Submission, and for good cause shown, GRANTS the relief sought by Amazon therein.

The Court hereby ORDERS that the February 21, 2025 deadline set in the Court's November 15, 2024 Order, ECF No. 343, concerning Amazon's privilege log for the "Initial Set" of documents, as defined by the Court's September 24, 2024 Order, ECF No. 288, is hereby vacated.

1     The Court further ORDERS that Amazon shall provide a privilege log for documents withheld or redacted in the Initial Set of documents, consistent with the provisions of ECF Nos. 256 and 313, no later than March 14, 2025.

    IT IS SO ORDERED.

    DATED this _____ day of _____, 2025.

_____<br>
THE HONORABLE JOHN H. CHUN<br>
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email:  patty.eakes@morganlewis.com
        molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Edward C. Reddington (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000

[AMAZON'S PROPOSED] ORDER ON LCR 37 JOINT
SUBMISSION REGARDING RELIEF FROM DEADLINE - 2
(Case No. 23-CV-01495-JHC)

Email:   hhubbard@wc.com
        jschmidtlein@wc.com
        khodges@wc.com
        jpitt@wc.com
        ereddington@wc.com
        cmetz@wc.com
        ktrefz@wc.com
        cpruski@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Kate Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email:   tbarnett@cov.com
        kmitchelltombras@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

[AMAZON'S PROPOSED] ORDER ON LCR 37 JOINT SUBMISSION REGARDING RELIEF FROM DEADLINE - 3
(Case No. 23-CV-01495-JHC)