UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF RE: FORTHCOMING OPPOSITION TO AMAZON'S MOTION TO COMPEL FURTHER RESPONSES TO ITS FIRST SET OF INTERROGATORIES** |

Plaintiffs have filed a Motion for Leave to File Over-Length Brief Re: Forthcoming Opposition to Amazon's Motion to Compel Further Responses to Its First Set of Interrogatories. Dkt. # 423. The Court has considered the motion and deems itself fully advised. The motion is GRANTED. Plaintiffs may file an over-length brief of no more than 5,000 words in opposition to Amazon's motion to compel responses to its first set of interrogatories. The length of Amazon's reply will be governed by Local Civil Rule 7(f)(4).

ORDER GRANTING
PLAINTIFFS' MOTION FOR LEAVE
TO FILE OVER-LENGTH BRIEF - 1
CASE NO. 2:23-cv-01495-JHC

DATED this 3rd day of March, 2025.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE