THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

    Plaintiffs,

    v.

AMAZON.COM, INC., a corporation,

    Defendant.

**CASE NO.: 2:23-cv-01495-JHC**

**JOINT STATUS REPORT**

JOINT STATUS REPORT - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**TABLE OF CONTENTS**

I.   STATUS OF LITIGATION ................................................................................................... 3

II.  JOINT REPORT ON THE STATUS OF DISCOVERY ..................................................... 5

     A.   Party Discovery........................................................................................................ 5

     B.   Third Party Discovery.............................................................................................. 6

III. PENDING MOTIONS........................................................................................................ 7

JOINT STATUS REPORT - 2
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Pursuant to the February 13, 2024 Case Management Order ("CMO"), Plaintiffs Federal Trade Commission ("FTC") and the states and territories of New York, Connecticut, New Hampshire, Oklahoma, Oregon, Pennsylvania, Delaware, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, Puerto Rico, Rhode Island, Vermont, and Wisconsin, by and through their respective Attorneys General (together, "Plaintiff States," and collectively with the FTC, "Plaintiffs") and Defendant Amazon.com, Inc. ("Amazon") submit this joint status report in advance of the parties' March 7, 2025 status conference with the Court.

I.     **STATUS OF LITIGATION**

Plaintiffs filed the Complaint on September 26, 2023, Dkt. #1, and filed an Amended Complaint adding Puerto Rico and Vermont as Plaintiffs on March 14, 2024, Dkt. #170. Amazon filed a Motion to Dismiss the Complaint on December 8, 2023, Dkt. #127, which the parties agreed and the Court ordered would be deemed to be Amazon's Motion to Dismiss the Amended Complaint, Dkt. #175. The Court granted the motion as to certain state law claims and otherwise denied the motion on September 30, 2024, and granted leave to amend certain state law claims, Dkt. #289. The Court also granted Plaintiffs' motion to bifurcate. Dkt. #289.

Plaintiffs filed a Second Amended Complaint on October 31, 2024, amending state law claims under the laws of Maryland, Pennsylvania, and New Jersey. Dkt. #326. Amazon filed a motion to dismiss the amended Pennsylvania and New Jersey claims on November 14, 2024. Dkt. #340. Amazon also filed an Answer to the Second Amended Complaint on November 14, 2024. Dkt. #341. Amazon filed a Motion for Judgment on the Pleadings as to the FTC's claims on December 6, 2024. Dkt. #372.

On February 13, 2024, the Court issued a Case Scheduling Order, Dkt. #159, that included the following key dates:

JOINT STATUS REPORT - 3
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | | |
|---|---|---|
| 1 | August 8, 2025 | Close of Fact Discovery |
| 2 | February 23, 2026 | Close of Expert Discovery |
| 3 | April 6, 2026 | Deadline to File Dispositive and *Daubert* Motions |
| 4 | | (with motions noted for June 15, 2026) |
| 5 | September 28, 2026 | Final Pretrial Conference |
| 6 | October 13, 2026 | Bench Trial |

The Court has ordered certain interim deadlines for Amazon's productions of documents, Dkt. ## 288, 343, 405, including:

January 31, 2025:   Amazon substantially completes its production of the Initial Set of documents. Amazon represents that it has met this deadline in accordance with the TAR 2.0 Protocol. Plaintiffs have significant questions about the sufficiency of Amazon's production. Amazon will continue to work with Plaintiffs to address these questions, and has agreed to provide information beyond that required by the TAR 2.0 Protocol in light of Plaintiffs' questions.

February 21, 2025:   Amazon provides a privilege log for all documents withheld from or redacted in the Initial Set of documents, consistent with the provisions of Dkt. ## 256 and 313. Amazon informed Plaintiffs that it needed additional time to meet this deadline and moved to extend the deadline. That motion is pending. Dkt. #419. Amazon expects to meet this deadline by March 7.

JOINT STATUS REPORT - 4
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | | |
|---|---|---|
| 1 | March 7, 2025: | Amazon substantially completes its privilege re-review of documents that were withheld or redacted by Amazon during Plaintiffs' pre-Complaint investigation that exist in the files of agreed-upon priority custodians. |
| 5 | March 24, 2025: | Amazon substantially completes its production of the Second Set of documents. |
| 7 | March 24, 2025: | Amazon substantially completes its re-review of privilege claims asserted or maintained in this litigation, and produces (1) a revised privilege log; and (2) all documents as to which Amazon has downgraded or otherwise narrowed its privilege claims as a result of the re-review. |
| 12 | April 14, 2025: | Amazon provides a privilege log for all documents withheld from or redacted in the Second Set of documents, consistent with the provisions of Dkt. ## 256 and 313. |

The parties have been engaged in fact discovery for approximately sixteen months. Approximately five months remain before the scheduled close of fact discovery.

II.     **JOINT REPORT ON THE STATUS OF DISCOVERY**

   A.     **Party Discovery**

The parties are continuing to meet and confer regarding various discovery issues, including:

- Amazon's responses to Plaintiffs' interrogatories, including Amazon's Amended Objections and Responses to Plaintiffs' Second Set of Interrogatories, served on February 14, 2025, and Amazon's Objections and Responses to Plaintiffs' Third Set of Interrogatories, served on February 24, 2025;

JOINT STATUS REPORT - 5
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

- Amazon's responses to Plaintiffs' Fifth Set of Requests for Production of Documents (RFP Nos. 394-399), served on February 24, 2025;
- Amazon's compliance with the Court's December 27, 2024 Order compelling the production of documents, Dkt. #389; and
- Amazon's agreement to provide interim deadlines for structured dataset productions and associated data definitions.

The parties are hopeful that they will be able to resolve or narrow their disputes through further discussions, but will file discovery motions promptly if the parties come to an impasse.

Plaintiffs have noticed the depositions of 11 Amazon employees or former employees, and will continue to issue additional deposition notices on a rolling basis.

The parties have agreed to exchange supplemental initial disclosures (or confirm that they have no updates to make) on March 21 and June 2, 2025.

**B.    Third Party Discovery**

Plaintiffs have served 27 document subpoenas to third-party online retailers and marketplaces, third-party logistics providers, and sellers, and will continue to issue additional subpoenas on a rolling basis as needed. Plaintiffs are conferring with third-party subpoena recipients regarding the scope of their responses to Plaintiffs' requests.

Amazon has served 42 third-party subpoenas seeking documents from online retailers and marketplaces, third-party logistics providers, and sellers. Amazon is in the process of conferring with those parties to reach agreement on the documents to be produced in response to Amazon's requests. Amazon expects to serve third-party document subpoenas on additional third parties, including additional retailers, fulfillment and logistics providers, and other relevant parties.

JOINT STATUS REPORT - 6
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

The parties have agreed to regular exchanges of information about subpoenas to third parties and third parties' responses and objections. The parties have also agreed to hold joint meet and confers when requested by third parties in order to minimize the burden of discovery for them.

The parties have taken 11 depositions of third-party witnesses to date, including coordinated depositions. Seven third-party depositions have been scheduled in March and April 2025.

## III.   PENDING MOTIONS

The chart below lists the motions that are pending before the Court:

| Motion | Response | Reply | Notice Date |
|---|---|---|---|
| Amazon's Motion to Dismiss Counts XIV, XV, and XIX of Plaintiffs' Second Amended Complaint (Dkt. #340) (11/14/2024) | Opposition of Plaintiffs New Jersey and Pennsylvania (Dkt. #371) (12/5/2024) | Amazon's Reply (Dkt. #382) (12/12/2024) | December 12, 2024 |
| Amazon's Motion to Seal Plaintiffs' Motion to Compel Briefing and Exhibits (Dkt. #376) (12/10/2024) | Plaintiffs' Opposition (Dkt. #387) (12/23/2024) | Amazon's Reply (Dkt. #390) (12/31/2024) | December 31, 2024 |
| Amazon's Motion for Judgment on the Pleadings as to the FTC's Claims (Dkt. #372) (12/6/2024) | Plaintiff FTC's Opposition (Dkt. #399) (1/14/2025) | Amazon's Reply (Dkt. #410) (2/4/2025) | February 4, 2025 |
| LCR 37 Joint Submission for Relief from the February 21, 2025 Privilege Log Deadline (Dkt. #419) (2/20/2025) | N/A (joint submission) | N/A (joint submission) | February 20, 2025 |

JOINT STATUS REPORT - 7
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| Amazon's Motion to Compel Further Responses to its First Set of Interrogatories (Dkt. #414) (2/19/2025) | Plaintiffs' Opposition (Dkt. #_____) (3/6/2025) | Amazon's Reply (Dkt. #_____) (3/12/2025) | March 12, 2025 |
|---|---|---|---|
| Amazon's Unopposed Motion to File Confidential Document In Support of Its Motion to Compel Under Seal (Dkt. #413) (2/19/2025) | N/A (unopposed motion) | N/A (unopposed motion) | March 14, 2025 |

Dated: March 4, 2025

Respectfully submitted,

*s/ Edward H. Takashima*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
MICHAEL BAKER (DC Bar # 1044327)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
        (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
       etakashima@ftc.gov
       mbaker1@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

JOINT STATUS REPORT - 8
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Victoria Field*
Victoria Field (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Victoria.Field@ct.gov
*Counsel for Plaintiff State of Connecticut*

*s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

*s/ Robert J. Carlson*
Robert J. Carlson (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2885
Email: robert.carlson@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

JOINT STATUS REPORT - 9
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

*s/ Schonette Walker*
Schonette Walker (admitted *pro hac vice*)
Assistant Attorney General
Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6473
Email: swalker@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

*s/ Katherine W. Krems*
Katherine W. Krems (admitted *pro hac vice*)
Deputy Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: katherine.krems@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

*s/ Scott A. Mertens*
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

*s/ Zach Biesanz*
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

*s/ Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

*s/ Andrew Esoldi*
Andrew Esoldi  (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: Andrew.Esoldi  @law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

*s/ Jeffrey Herrera*
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

*s/ Zulma Carrasquillo-Almena*
Zulma Carrasquillo (admitted *pro hac vice*)
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00901-0192
Telephone: (787) 721-2900
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

JOINT STATUS REPORT - 10
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

*s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L. J. Aceves*
Sarah L. J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: sarah.aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

*s/ Caitlin M. Madden*
Caitlin M. Madden (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: maddencm@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*

JOINT STATUS REPORT - 11
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ *Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
         molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Edward C. Reddington (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Katherine A. Trefz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
       jschmidtlein@wc.com
       khodges@wc.com
       jpitt@wc.com
       ereddington@wc.com
       cmetz@wc.com
       ktrefz@wc.com
       cpruski@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
Katharine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
       dludwin@cov.com
       kmitchelltombras@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

JOINT STATUS REPORT - 12
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222