UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | Case No. 2:23-cv-01495-JHC <br><br> **STIPULATED MOTION AND ORDER TO SEAL PORTIONS OF THE PARTIES' LCR 37 JOINT SUBMISSION AND CERTAIN EXHIBITS** |

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below, permanently sealing portions of the parties' LCR 37 Joint Submission, ECF Nos. 419 (redacted submission), 421 (sealed submission), and accompanying exhibits, ECF No. 422 (sealed exhibits).

In support of this request, the parties represent the following to the Court:

1. On February 20, 2025, this Court entered an Order Regarding Sealing Issues, ECF No. 418, permitting the parties to utilize a sealing procedure set forth in the Court's October 28, 2024 Order, ECF No. 320, for their LCR 37 Joint Submission filed

on February 20, 2025, ECF No. 419. The October 28, 2024 Order provides a mechanism by which the parties may provisionally submit documents under seal followed by a later omnibus motion to seal.

2. On February 20, 2025, Amazon provisionally filed under seal portions of the LCR 37 Joint Submission, ECF No. 419 (redacted submission), and five company business documents, ECF No. 422 (sealed Exhibits 3-7).

3. Pursuant to Local Civil Rule 5(g)(3)(A), undersigned counsel certify that they met and conferred to reach the agreement described in this Stipulated Motion. The following attorneys, among others, conferred by phone and email on February 27, 2025, March 3, 2025, and March 4, 2025: Michael Baker and Shira Steinberg for the FTC; and Kristen DeWilde and Katherine Trefz for Amazon.

4. Amazon is filing a public version of the LCR 37 Joint Submission redacting only identifying names and titles of Amazon employees. This information reflects sensitive, identifying information in a non-dispositive motion. *See Benshoof v. Ferguson*, 2024 WL 5074945, at *1 (W.D. Wash. Dec. 10, 2024) (Chun, J.) (granting motion to seal personal address which was unrelated to the merits of the case); *Gnassi v. del Toro*, 2022 WL 3867376, at *3 (W.D. Wash. Aug. 30, 2022) (Chun, J.) (granting motion to seal third-party names to protect their privacy interests).

5. The five sealed exhibits accompanying the LCR 37 Joint Submission, ECF No. 422, consist of Amazon business documents produced in this litigation and designated under the February 13, 2024 Protective Order in this case, ECF No. 160, and contain confidential business information and sensitive, identifying information unnecessary to the Court's determination of the parties' LCR 37 Joint Submission.

6. The parties stipulate as follows, subject to Court approval, and jointly request that the Court enter the following Order approving this Stipulation:

    a. only the highlighted portions in the redacted LCR 37 Joint Submission reflecting identifying names and titles will remain sealed; and

    b. the five Amazon company business documents attached as exhibits to the LCR 37 Joint Submission, ECF No. 422, will remain sealed.

STIPULATED MOTION & ORDER TO SEAL PORTIONS OF THE
PARTIES' LCR 37 JOINT
SUBMISSION & CERTAIN EXHIBITS - 3
CASE NO. 2:23-cv-01495-JHC

Stipulated to and respectfully submitted this 6th day of March, 2025.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
khodges@wc.com
jpitt@wc.com
cmetz@wc.com
cpruski@wc.com
ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
kmitchelltombras@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

|   |   |
|---|---|
| 1 |  |
| 2 | *s/ Edward H. Takashima* |
|   | SUSAN A. MUSSER (DC Bar # 1531486) |
| 3 | EDWARD H. TAKASHIMA (DC Bar # 1001641) |
|   | MICHAEL BAKER (DC Bar # 1044327) |
| 4 | Federal Trade Commission |
|   | 600 Pennsylvania Avenue, NW |
| 5 | Washington, DC 20580 |
|   | Tel.:  (202) 326-2122 (Musser) |
| 6 |        (202) 326-2464 (Takashima) |
|   | Email: smusser@ftc.gov |
| 7 |        etakashima@ftc.gov |
|   |        mbaker1@ftc.gov |
| 8 | *Attorneys for Plaintiff Federal Trade Commission* |

STIPULATED MOTION AND
ORDER TO SEAL PORTIONS OF THE PARTIES' LCR 37 JOINT
SUBMISSION AND CERTAIN EXHIBITS - 5
CASE NO. 2:23-cv-01495-JHC

| | | |
|---|---|---|
| 1 | *s/ Michael Jo* | *s/ Timothy D. Smith* |
| 2 | Michael Jo (admitted *pro hac vice*)<br>Assistant Attorney General, Antitrust Bureau | Timothy D. Smith, WSBA No. 44583<br>Attorney-in-Charge |
| 3 | New York State Office of the Attorney General | Antitrust, False Claims, & Privacy Section<br>Oregon Department of Justice |

s/ Michael Jo
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

s/ Victoria Field
Victoria Field (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Victoria.Field@ct.gov
*Counsel for Plaintiff State of Connecticut*

s/ Alexandra C. Sosnowski
Alexandra C. Sosnowski (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

s/ Robert J. Carlson
Robert J. Carlson (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2885
Email: robert.carlson@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

s/ Timothy D. Smith
Timothy D. Smith, WSBA No. 44583
Attorney-in-Charge
Antitrust, False Claims, & Privacy Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

s/ Jennifer A. Thomson
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

s/ Michael A. Undorf
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

s/ Christina M. Moylan
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

STIPULATED MOTION AND
ORDER TO SEAL PORTIONS OF THE PARTIES' LCR 37 JOINT
SUBMISSION AND CERTAIN EXHIBITS - 6
CASE NO. 2:23-cv-01495-JHC

| | | |
|---|---|---|
| 1 | *s/ Schonette Walker* | *s/ Lucas J. Tucker* |
| 2 | Schonette Walker (admitted *pro hac vice*)<br>Assistant Attorney General | Lucas J. Tucker (admitted *pro hac vice*)<br>Senior Deputy Attorney General |
| 3 | Chief, Antitrust Division<br>Office of the Maryland Attorney General | Office of the Nevada Attorney General<br>100 N. Carson St. |
| 4 | 200 St. Paul Place<br>Baltimore, MD 21202 | Carson City, NV 89701<br>Telephone: (775) 684-1100 |
| 5 | Telephone: (410) 576-6473<br>Email: swalker@oag.state.md.us | Email: LTucker@ag.nv.gov<br>*Counsel for Plaintiff State of Nevada* |
| 6 | *Counsel for Plaintiff State of Maryland* | *s/ Andrew Esoldi* |
| 7 | *s/ Katherine W. Krems*<br>Katherine W. Krems (admitted *pro hac vice*) | Andrew Esoldi (admitted *pro hac vice*)<br>Deputy Attorney General |
| 8 | Assistant Attorney General, Antitrust Division | New Jersey Office of the Attorney General<br>124 Halsey Street, 5th Floor |
| 9 | Office of the Massachusetts Attorney General | Newark, NJ 07101<br>Telephone: (973) 648-7819 |
| 10 | One Ashburton Place, 18th Floor<br>Boston, MA 02108 | Email: andrew.esoldi@law.njoag.gov<br>*Counsel for Plaintiff State of New Jersey* |
| 11 | Telephone: (617) 963-2189<br>Email: katherine.krems@mass.gov | *s/ Jeffrey Herrera* |
| 12 | *Counsel for Plaintiff Commonwealth of Massachusetts* | Jeffrey Herrera (admitted *pro hac vice*)<br>Assistant Attorney General |
| 13 | *s/ Scott A. Mertens* | New Mexico Office of the Attorney General<br>408 Galisteo St. |
| 14 | Scott A. Mertens (admitted *pro hac vice*)<br>Assistant Attorney General | Santa Fe, NM 87501<br>Telephone: (505) 490-4878 |
| 15 | Michigan Department of Attorney General<br>525 West Ottawa Street | Email: jherrera@nmag.gov<br>*Counsel for Plaintiff State of New Mexico* |
| 16 | Lansing, MI 48933<br>Telephone: (517) 335-7622 | *s/ Zulma Carrasquillo Almena* |
| 17 | Email: MertensS@michigan.gov<br>*Counsel for Plaintiff State of Michigan* | Zulma Carrasquillo Almena (admitted *pro hac vice*) |
| 18 | *s/ Zach Biesanz* | Puerto Rico Department of Justice<br>P.O. Box 9020192 |
| 19 | Zach Biesanz (admitted *pro hac vice*)<br>Senior Enforcement Counsel | San Juan, Puerto Rico 00902-0192<br>Telephone: (787) 721-2900, Ext. 1211 |
| 20 | Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1400 | Email: zcarrasquillo@justicia.pr.gov<br>*Counsel for Plaintiff Commonwealth of Puerto Rico* |
| 21 | Saint Paul, MN 55101<br>Telephone: (651) 757-1257 | |
| 22 | Email: zach.biesanz@ag.state.mn.us<br>*Counsel for Plaintiff State of Minnesota* | |

STIPULATED MOTION AND
ORDER TO SEAL PORTIONS OF THE PARTIES' LCR 37 JOINT
SUBMISSION AND CERTAIN EXHIBITS - 7
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| 1 | |
| 2 | *s/ Stephen N. Provazza*<br>Stephen N. Provazza (admitted *pro hac vice*) |
| 3 | Special Assistant Attorney General<br>Chief, Consumer and Economic Justice Unit |
| 4 | Department of the Attorney General<br>150 South Main Street |
| 5 | Providence, RI 02903<br>Telephone: (401) 274-4400 |
| 6 | Email: sprovazza@riag.ri.gov<br>*Counsel for Plaintiff State of Rhode Island* |
| 7 | *s/ Sarah L.J. Aceves* |
| 8 | Sarah L.J. Aceves (admitted *pro hac vice*)<br>Assistant Attorney General |
| 9 | Public Protection Division<br>Vermont Attorney General's Office |
| 10 | 109 State Street<br>Montpelier, VT 05609 |
| 11 | Telephone: (802) 828-3170<br>Email: Sarah.Aceves@vermont.gov |
| 12 | *Counsel for Plaintiff State of Vermont* |
| 13 | *s/ Caitlin M. Madden*<br>Caitlin M. Madden (admitted *pro hac vice*) |
| 14 | Assistant Attorney General<br>Wisconsin Department of Justice |
| 15 | Post Office Box 7857<br>Madison, WI 53707-7857 |
| 16 | Telephone: (608) 267-1311<br>Email: maddencm@doj.state.wi.us |
| 17 | *Counsel for Plaintiff State of Wisconsin* |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

**ORDER**

IT IS SO ORDERED.

DATED this 6th day of March, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE