UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | Case No. 2:23-cv-01495-JHC<br><br>**ORDER GRANTING AMAZON'S UNOPPOSED MOTION TO FILE CONFIDENTIAL DOCUMENT IN SUPPORT OF ITS MOTION TO COMPEL UNDER SEAL** |

This matter comes before the Court on Amazon's Unopposed Motion to File Confidential Document in Support of Its Motion to Compel Under Seal. Dkt. # 413. This Court, having considered the unopposed Motion, and for compelling reasons shown, GRANTS the Motion and orders that Exhibit 1 to the February 19, 2025 Declaration of Carl Metz shall be placed under seal by the Clerk of Court, with a version of Exhibit 1 containing redactions of confidential information to be filed on the public docket.

IT IS SO ORDERED.

DATED this 14th day of March, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING AMAZON'S UNOPPOSED
MOT. TO FILE CONFIDENTIAL DOC. ISO ITS
MOT. TO COMPEL UNDER SEAL - 1
(Case No. 2:23-cv-01495-JHC)