# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | **CASE NO.: 2:23-cv-01495-JHC** <br><br> **ORDER GRANTING** <br> **PLAINTIFFS' MOTION TO SEAL** |

Plaintiffs having filed a Motion to Seal in connection with Plaintiffs' Opposition to Amazon's Motion to Compel Further Responses to Its First Set of Interrogatories, Dkt. # 436, and the Court having considered all filings and memoranda of law concerning this matter (as well as Defendants' non-opposition), the Motion is GRANTED. The Court hereby ORDERS:

1. The highlighted portions of Exhibit D to the Declaration of Chinwe Chukwuogo in Support of Plaintiffs' Opposition to Amazon's Motion to Compel Further Interrogatory Responses are sealed, with a version of Exhibit D containing redactions of confidential information to be filed on the public docket.

IT IS SO ORDERED.

DATED this 28th day of March, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE