UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO. 2:23-cv-01495-JHC <br><br> ORDER |

This matter comes before the Court on the parties' Joint Submission for Relief from the February 21, 2025 Privilege Log Deadline.  Dkt # 419.  To the extent that this motion is not moot,[1] the Court GRANTS it.  But the Court emphasizes the importance of meeting deadlines in this large and complex matter.

Dated this 2nd day of April, 2025.

John H. Chun
United States District Judge

---

[1] At the Economics Day hearing held on March 7, 2025, counsel for Amazon stated that the relevant privilege log would be sent out that day.  Dkt. # 441 at 4–5.

ORDER - 1