UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO. 2:23-cv-01495-JHC <br><br> ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO SEAL |

This matter comes before the Court on Amazon's Motion to Seal Plaintiffs' Motion to Compel Briefing and Exhibits. Dkt. # 376. The Court has reviewed the materials filed in support of and in opposition to the motion, the record, and the governing law.

Being fully advised, the Court DENIES the motion in part as follows:

- Amazon acknowledges that some of its redacted information on page 5 of Plaintiffs' Motion to Compel (Motion), Dkt. # 331, was made public earlier in this case. Dkt. # 390 at 6 (comparing Dkt. # 331 at 5 with Dkt. # 273 at 22 n.9). Thus, such information shall be unredacted, but the reference to the specific employee shall remain redacted.

ORDER GRANTING IN PART AND DENYING IN
PART DEFENDANT'S MOTION TO SEAL - 1

- Plaintiffs observe that Amazon confirmed in a public filing that "a central repository exists for [personnel reviews, evaluations, and promotion materials]." Dkt. # 387 at 10 (quoting Dkt. # 273 at 22). Amazon does not respond to this observation. Thus, the generalized mention of such a central repository in Exhibit B shall be unredacted.

The Court otherwise GRANTS the motion for the reasons presented in Amazon's moving papers.[1]  Dkt. ## 376; 390.

The Court ORDERS the following documents be filed under seal or redacted as follows:

| Document (Dkt. #) | Pincite if relevant | Description of Confidential Material Sought to be Sealed | Treatment |
|---|---|---|---|
| Plaintiffs' Motion (Dkt. # 331) | Pgs. 3-5, 11, 13-14 | Information regarding internal Amazon databases related to personnel files, the identity and evaluation of specific Amazon employees, and foreign investigation into and regulation of Amazon | The previous version of Plaintiffs' Motion shall be maintained under seal, and Amazon shall publicly file a redacted version consistent with this Order by April 11, 2025. |
| Exhibit B to the Motion (Dkt. # 332-02) | Pgs. 3-4 | Information identifying specific internal Amazon emails, databases, and tools, as well as contemplated business changes | The previous version of Exhibit B shall be maintained under seal, and Amazon shall publicly file a redacted version consistent with this Order by April 11, 2025. |

---

[1] To the extent that Amazon withdraws its requests to seal and narrows its requested redactions, Dkt. # 390 at 2, the motion is moot.

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO SEAL - 2

| Document (Dkt. #) | Pincite if relevant | Description of Confidential Material Sought to be Sealed | Treatment |
|---|---|---|---|
| Exhibit C to the Motion (Dkt. # 332-03) | Pg. 2 | Information regarding the identity and organization of Amazon's business units, including personal employee information and confidential investigation information | The previous version of Exhibit C shall be maintained under seal, and Amazon shall publicly file a redacted version consistent with this Order by April 11, 2025. |
| Exhibit D to the Motion (Dkt. # 332-04) | | Information regarding Amazon's internal data organization | This document shall remain under seal, without filing a public version. |
| Exhibit E, F, G to the Motion (Dkt. ## 332-05, 06, 07) | | Personnel review files and evaluations of Amazon employees | These documents shall remain under seal, without filing public versions. |
| Exhibit H to the Motion (Dkt. # 332-08) | Pgs. 1-2 | Information regarding the identity and data of Amazon employees | Continued redactions of the confidential information on Pg. 1 and 2. |
| Exhibit L to the Motion (Dkt. # 332-12) | | Information regarding Amazon's pricing and search algorithms | This document shall remain under seal, without filing a public version. |
| Exhibit M to the Motion (Dkt. # 332-13) | | Information regarding Amazon's business goals and strategies on international seller services | This document shall remain under seal, without filing a public version. |
| Exhibit N to the Motion (Dkt. # 332-14) | | Information regarding foreign investigation into Amazon | This document shall remain under seal, without filing a public version. |
| Exhibit O to Motion (Dkt. # 332-15) | ¶1, ¶3, ¶4, ¶6, ¶7, ¶14, ¶15, ¶16 | Information regarding the identity and organization of Amazon's business units, including the identity and personal information of specific employees | Continued redactions of the confidential information in ¶1, ¶3, ¶4, ¶6, ¶7, ¶14, ¶15, and ¶16 of this email. |

| Document (Dkt. #) | Pincite if relevant | Description of Confidential Material Sought to be Sealed | Treatment |
|---|---|---|---|
| Plaintiffs' Reply (Dkt. # 361) | Pgs. 2-3 | Information regarding Amazon's evaluation of its own employees and its guidelines on promotion | Continued redaction of lines 19-21 of Pg. 2, and lines 1-13 of Pg. 3. |
| Exhibit A to the Reply (Dkt. # 362-01) | | Information regarding Amazon's evaluation of its own employees and its guidelines on promotion | This document shall remain under seal, without filing a public version. |

Dated this 4th day of April, 2025.

John H. Chun
United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO SEAL - 4