# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

        Plaintiffs,

        v.

AMAZON.COM, INC., a corporation,

        Defendant.

**CASE NO.: 2:23-cv-01495-JHC**

**STIPULATED MOTION AND ORDER REGARDING SEALING ISSUES**

NOTE ON MOTION CALENDAR: May 28, 2025

On October 28, 2024, this Court entered an Order Regarding Sealing Issues, ECF No. 320, which provides a sealing mechanism by which the parties may provisionally submit documents under seal followed by a later omnibus motion to seal. The Order applied only to discovery motions filed on or before October 31, 2024. The Court has extended this Order with respect to certain motions in several instances. *E.g.*, January 10, 2025 Order Extending Deadlines, ECF No. 396; October 28, 2024 Order Extending Deadlines, ECF No. 323.

The parties will file their Joint Status Report on May 28, 2025, and agree that the sealing procedure above should apply. Accordingly, the parties, by and through their attorneys of record, hereby stipulate and agree, subject to the Court's approval, that the Court's October 28,

1  2024 Order regarding sealing issues shall apply separately to the Joint Status Report and any

2  accompanying exhibits filed on May 28, 2025.

3      Stipulated to and respectfully submitted this 28th day of May, 2025, by:

4

5      **MORGAN, LEWIS & BOCKIUS LLP**

6      By: *s/ Molly A. Terwilliger*
        Patty A. Eakes, WSBA #18888
7      Molly A. Terwilliger, WSBA #28449
        1301 Second Avenue, Suite 3000
8      Seattle, WA 98101
        Phone: (206) 274-6400
9      Email: patty.eakes@morganlewis.com
            molly.terwilliger@morganlewis.com

10     **WILLIAMS & CONNOLLY LLP**

11     Heidi K. Hubbard (*pro hac vice*)
        John E. Schmidtlein (*pro hac vice*)
12     Kevin M. Hodges (*pro hac vice*)
        Jonathan B. Pitt (*pro hac vice*)
13     Carl R. Metz (*pro hac vice*)
        Carol J. Pruski (*pro hac vice*)
14     Katherine Trefz (*pro hac vice*)
        680 Maine Avenue SW
15     Washington, DC 20024
        Phone: (202) 434-5000
16     Email: hhubbard@wc.com
            jschmidtlein@wc.com
17         khodges@wc.com
            jpitt@wc.com
            cmetz@wc.com
18         cpruski@wc.com
            ktrefz@wc.com

19     **COVINGTON & BURLING LLP**

20     Thomas O. Barnett (*pro hac vice*)
        Katherine Mitchell-Tombras (*pro hac vice*)
21     One CityCenter
        850 Tenth Street, NW
22     Washington, DC 20001-4956
        Phone: (202) 662-5407
23     Email: tbarnett@cov.com
            kmitchelltombras@cov.com

24     *Attorneys for Defendant Amazon.com, Inc.*

1

2
                                        *s/ Edward H. Takashima*
                                        SUSAN A. MUSSER (DC Bar # 1531486)
3                                       EDWARD H. TAKASHIMA (DC Bar # 1001641)
                                        MICHAEL BAKER (DC Bar # 1044327)
4                                       LEIGH BARNWELL (NY Reg. # 5440821)
                                        Federal Trade Commission
5                                       600 Pennsylvania Avenue, NW
                                        Washington, DC 20580
6                                       Tel.:    (202) 326-2122 (Musser)
                                                 (202) 326-2464 (Takashima)
7                                       Email:  smusser@ftc.gov
                                                 etakashima@ftc.gov
8                                                mbaker1@ftc.gov

9                                       *Attorneys for Plaintiff Federal Trade Commission*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

*s/ Michael Jo*

Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Victoria Field*

Victoria Field (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Victoria.Field@ct.gov
*Counsel for Plaintiff State of Connecticut*

*s/ Alexandra C. Sosnowski*

Alexandra C. Sosnowski (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

*s/ Robert J. Carlson*

Robert J. Carlson (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2885
Email: robert.carlson@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

*s/ Timothy D. Smith*

Timothy D. Smith, WSBA No. 44583
Attorney-in-Charge
Antitrust, False Claims, & Privacy Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 798-3297
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

*s/ Jennifer A. Thomson*

Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

*s/ Michael A. Undorf*

Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*

Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

_s/ Schonette Walker_
Schonette Walker (admitted _pro hac vice_)
Assistant Attorney General
Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6473
Email: swalker@oag.state.md.us
_Counsel for Plaintiff State of Maryland_

_s/ Katherine W. Krems_
Katherine W. Krems (admitted _pro hac vice_)
Assistant Attorney General, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: katherine.krems@mass.gov
_Counsel for Plaintiff Commonwealth of Massachusetts_

_s/ Scott A. Mertens_
Scott A. Mertens (admitted _pro hac vice_)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
_Counsel for Plaintiff State of Michigan_

_s/ Zach Biesanz_
Zach Biesanz (admitted _pro hac vice_)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
_Counsel for Plaintiff State of Minnesota_

_s/ Lucas J. Tucker_
Lucas J. Tucker (admitted _pro hac vice_)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
_Counsel for Plaintiff State of Nevada_

_s/ Andrew Esoldi_
Andrew Esoldi (admitted _pro hac vice_)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
_Counsel for Plaintiff State of New Jersey_

_s/ Jeffrey Herrera_
Jeffrey Herrera (admitted _pro hac vice_)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
_Counsel for Plaintiff State of New Mexico_

_s/ Zulma Carrasquillo Almena_
Zulma Carrasquillo Almena (admitted _pro hac vice_)
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
_Counsel for Plaintiff Commonwealth of Puerto Rico_

1

2  *s/ Stephen N. Provazza*
   Stephen N. Provazza (admitted *pro hac vice*)
   Special Assistant Attorney General
3  Chief, Consumer and Economic Justice Unit
   Department of the Attorney General
4  150 South Main Street
   Providence, RI 02903
5  Telephone: (401) 274-4400
   Email: sprovazza@riag.ri.gov
6  *Counsel for Plaintiff State of Rhode Island*

7  *s/ Sarah L.J. Aceves*
   Sarah L.J. Aceves (admitted *pro hac vice*)
8  Assistant Attorney General
   Public Protection Division
9  Vermont Attorney General's Office
   109 State Street
10 Montpelier, VT 05609
   Telephone: (802) 828-3170
11 Email: Sarah.Aceves@vermont.gov
   *Counsel for Plaintiff State of Vermont*

12
   *s/ Caitlin M. Madden*
13 Caitlin M. Madden (admitted *pro hac vice*)
   Assistant Attorney General
14 Wisconsin Department of Justice
   Post Office Box 7857
15 Madison, WI 53707-7857
   Telephone: (608) 267-1311
16 Email: maddencm@doj.state.wi.us
   *Counsel for Plaintiff State of Wisconsin*

17

18

19

20

21

22

23

24

STIPULATED MOTION AND
ORDER REGARDING SEALING ISSUES - 6
CASE NO. 2:23-cv-01495-JHC

**ORDER**

IT IS SO ORDERED.

DATED this 29th day of May, 2025.

_John H. Chun_
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
ORDER REGARDING SEALING ISSUES - 7
CASE NO. 2:23-cv-01495-JHC