UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO. 2:23-cv-01495-JHC <br><br> ORDER |

Before the Court is Plaintiffs' request regarding "Conferrals with Witnesses During Deposition Breaks." Dkt. # 484 at 19-28. The request was discussed at the status conference on June 2, 2025. *See* Dkt. # 487. The Court DENIES the request as inconsistent with the practice in this jurisdiction.

Dated this 3rd day of June, 2025.

John H. Chun
United States District Judge

ORDER - 1