UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| FEDERAL TRADE COMMISSION ET AL., | CASE NO. 2:23-cv-01495-JHC |
|---|---|
| Plaintiffs, | AMENDED CASE SCHEDULING ORDER |
| v. | |
| AMAZON.COM, INC., a corporation, | |
| Defendant. | |

Based on the Joint Status Report, Dkt. # 484, and the presentations at the status conference on June 2, 2025, Dkt. # 487, the Court GRANTS Plaintiffs' request regarding "Case Schedule," Dkt. # 484 at 6–19, and issues this Amended Case Scheduling Order:

| **Bench Trial** | **February 9, 2027 at 9:00 a.m. Pacific Time**<br>Length of Trial TBD |
|---|---|
| Quarterly Status Conference (Telephonic)[1] | September 2, 2025 at 11:00 a.m. Pacific Time |
| Close of Fact Discovery, including all motions related to discovery (*see* LCR 7(d)) | October 22, 2025 |
| Quarterly Status Conference (Telephonic) | December 1, 2025 at 11:00 a.m. Pacific Time |

---

[1] The parties may file a stipulated motion to strike any Quarterly Status Conference. If the Court agrees that the conference is unnecessary, it will be stricken.

AMENDED CASE SCHEDULING ORDER - 1

| Disclosure of opening expert reports from parties bearing the burden on an issue | December 31, 2025 |
|---|---|
| Quarterly Status Conference (Telephonic) | March 2, 2026 at 11:00 a.m. Pacific Time |
| Disclosure of rebuttal expert reports | March 16, 2026 |
| Disclosure of reply expert reports | May 25, 2026 |
| Quarterly Status Conference (Telephonic) | June 1, 2026 at 11:00 a.m. Pacific Time |
| Close of expert discovery | June 22, 2026 |
| Dispositive and *Daubert* motions | August 3, 2026 |
| Quarterly Status Conference (Telephonic) | August 31, 2026 at 11:00 a.m. Pacific Time |
| Oppositions to dispositive and *Daubert* motions | September 14, 2026 |
| Reply briefs in support of dispositive and *Daubert* motions | October 12, 2026 |
| Quarterly Status Conference (Telephonic) | November 30, 2026 at 11:00 a.m. Pacific Time |
| Plaintiffs' pretrial statement (LCR 16(h)) | December 9, 2026 |
| Settlement conference held no later than | December 11, 2026 |
| Defendant's pretrial statement (LCR 16(i)) | December 18, 2026 |
| Conference of attorneys (LCR 16(k)) | December 29, 2026 (10 days before the deadline to file a pretrial order) |
| All motions in limine must be filed by<br>    All motions in limine shall be filed as one motion | December 29, 2026 |
| Filing of Proposed Pretrial Order (LCR 16(e)) | January 8, 2027 |
| Deposition Designations must be submitted to the Court (not filed on CM/ECF) by:<br>    (*see* LCR 32(e)) | January 8, 2027 |

AMENDED CASE SCHEDULING ORDER - 2

| Pretrial conference to be held at 1:30 p.m. Pacific Time on | January 25, 2027 |
|---|---|
| Trial briefs, proposed findings of fact and conclusions of law by     Motions in limine raised in trial briefs will not be considered. | February 2, 2027 |
| Bench Trial | February 9, 2027 at 9:00 a.m. Pacific Time |

Dated this 4th day of June, 2025.

*John H. Chun*

John H. Chun
United States District Judge

AMENDED CASE SCHEDULING ORDER - 3