# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | Case No.: 2:23-cv-01495-JHC<br><br>**STIPULATION & ORDER REGARDING SEALING OF LCR 37 JOINT SUBMISSION REGARDING PRIVILEGE CLAW BACKS**<br><br>NOTE ON MOTION CALENDAR: August 20, 2024 |

On October 28, 2024, this Court entered an Order Regarding Sealing Issues, ECF No. 320, which provides a mechanism by which the parties may provisionally submit documents under seal followed by a later omnibus motion to seal. The Order applied only to discovery motions filed on or before October 31, 2024. The Court has extended this Order with respect to certain motions in several instances. *E.g.*, January 10, 2025 Order Extending Deadlines, ECF No. 396; October 28, 2024 Order Extending Deadlines, ECF No. 323.

The parties will file a LCR 37 Joint Submission Regarding Privilege Claw Backs on August 22, 2025, and agree that the sealing procedure set forth in the Court's October 28, 2024 Order should apply. Accordingly, the parties, by and through their attorneys of record, hereby

stipulate and agree, subject to the Court's approval, that the Court's October 28, 2024 Order regarding sealing issues shall apply to the LCR 37 Joint Submission Regarding Privilege Claw Backs and any accompanying exhibits filed on August 22, 2025.

Stipulated to and respectfully submitted this 20th day of August, 2025, by:

Respectfully submitted,

*s/ Olga Musayev*
SUSAN A. MUSSER (DC Bar # 1531486)
EDWARD H. TAKASHIMA (DC Bar # 1001641)
OLGA MUSAYEV (CA Bar # 354373)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2122 (Musser)
         (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
         etakashima@ftc.gov
         omusayev@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
         molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (pro hac vice)
John E. Schmidtlein (pro hac vice)
Kevin M. Hodges (pro hac vice)
Jonathan B. Pitt (pro hac vice)
Edward C. Reddington (pro hac vice)
Carl R. Metz (pro hac vice)

Carol J. Pruski (pro hac vice)
Katherine Trefz (pro hac vice)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
        jschmidtlein@wc.com
        khodges@wc.com
        jpitt@wc.com
        ereddington@wc.com
        cmetz@wc.com
        cpruski@wc.com
        ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (pro hac vice)
Derek Ludwin (pro hac vice)
Kate Mitchell-Tombras (pro hac vice)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
        dludwin@cov.com
        kmitchelltombras@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATION RE SEALING OF LCR 37 JOINT
SUBMISSION RE PRIVILEGE CLAW BACKS AND ORDER - 3
CASE NO. 23-CV-01495-JHC

**ORDER**

Based on the foregoing, IT IS SO ORDERED.

DATED: August 20, 2025.

                                                          John H. Chun
                                                        UNITED STATES DISTRICT JUDGE