# Exhibit 1

LAW OFFICES
WILLIAMS & CONNOLLY LLP®

CONSTANCE T. FORKNER
(202) 434-5846
cforkner@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 16, 2024

CONFIDENTIAL

Via Email

Emily Bolles, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
ebolles@ftc.gov

Re: *FTC v. Amazon.com, Inc.*, Case No. 2:23-cv-01495-JHC (W.D. Wa.)

Dear Emily:

I write in response to our January 5 and 9, 2024 meet and confers concerning the documents and data Amazon produced to the Federal Trade Commission ("FTC") in response to the February 20, 2020 Civil Investigative Demand ("CID").

Pursuant to our discussion, if Plaintiffs agree to stipulate to the following conditions, Amazon will agree to deem documents and data produced pursuant to the CID as produced in this litigation once a Protective Order is entered:

1. The February 20, 2020 CID sought the production of documents and data from Amazon that go beyond the claims and allegations in the September 26, 2023 Complaint in *FTC v. Amazon.com, Inc.*, Case No. 2:23-cv-01495 ("the litigation").

2. The documents and data produced by Amazon in response to the CID are deemed produced in the litigation solely as a matter of convenience and in the interest of efficiency.

3. All documents and data produced to the FTC pursuant to the CID and deemed produced in the litigation will be treated as Highly Confidential-Attorneys Eyes Only pursuant to the Protective Order to be entered in the litigation and until such time as it is necessary to re-evaluate the designation.

4. By deeming the documents and data produced in response to the CID as produced in the litigation, Amazon is not conceding the responsiveness, relevance, or admissibility of any such document.

5. Amazon reserves all rights to challenge the responsiveness, relevance, and/or admissibility of any document or data produced in response to the CID in the litigation.

6. Plaintiffs may not share, provide, or discuss documents or data first produced in response to the CID and deemed produced in the litigation with any State or private litigant who is not a party to this litigation.

Sincerely,

Connie Forkner

Constance T. Forkner

cc: Susan A. Musser, Edward H. Takashima, Daniel A. Principato, Colin M. Herd, FTC
Michael Jo, New York State Office of the Attorney General
Timothy D. Smith, Oregon Department of Justice
Molly A. Terwilliger, Morgan, Lewis & Bockius LLP
Robert Keeling, Sidley Austin LLP