# Exhibit 6

SIDLEY

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
+1 202 736 8000
+1 202 736 8711 FAX

+1 202 736 8396
RKEELING@SIDLEY.COM

AMERICA • ASIA PACIFIC • EUROPE

May 29, 2024

**By Email**

Emily K. Bolles
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222
ebolles@ftc.gov

Re: Federal Trade Commission v. Amazon, No. 2:23-cv-01495-JHC

Dear Emily,

Pursuant to Federal Rule of Evidence Rule 502(b), I am writing to inform you that Amazon.com, Inc. ("Amazon") inadvertently produced 4 documents that constitute work product information and/or attorney client communications. These documents were produced in response to the Civil Investigative Demand, and they are listed by their Bates numbers in Appendix A. Amazon requests that you destroy all copies of the documents identified in Appendix A, delete them from any and all litigation support or other databases in your possession, and expunge them from any work product reflecting the contents of the documents.

Enclosed with this letter, please find replacement documents with the inadvertently produced materials properly identified as redacted. Amazon will provide a privilege log entry for these documents.

* * *

SIDLEY



In submitting the above-referenced documents and information, Amazon does not waive any objections, arguments, or protections, and otherwise expressly reserves all rights. Further, Amazon does not waive any claim of privilege to which it is entitled. Accordingly, any inadvertent submission of privileged information does not preclude the subsequent assertion of a claim of attorney-client, work product, or any other applicable privilege with respect to the information.

In addition, through making this production, Amazon does not intend to waive, and is not waiving, its right to object to the scope or breadth of the FTC's investigation and/or litigation. In particular, Amazon expressly reserves all rights with respect to the nature, scope, or volume of materials or testimony sought by the FTC in connection with its investigation and/or litigation.

This letter and the enclosed materials are being provided solely for use in connection with your investigation and/or litigation and contain highly confidential business information of Amazon, the release of which would substantially harm Amazon's business. We request that they be kept confidential to the fullest extent provided under all applicable statutes, rules, and regulations, including protection from disclosure under the Freedom of Information Act, 5 U.S.C. § 552(b)(4). We further request that this letter and the enclosed materials be destroyed or returned to the undersigned when you have completed your investigation and/or litigation.

Sincerely,



Robert D. Keeling

cc:

**Appendix A**
**Inadvertently Produced Documents**

| Privilege Log ID Number | Bates Number |
|---|---|
| 0023239 | Amazon-FTC-CID_00708282 |
| 0023240 | Amazon-FTC-CID_03464072 |
| 0023241 | Amazon-FTC-CID_03464096 |
| 0023242 | Amazon-FTC-CID_05438120 |