# Exhibit 7

## FILED UNDER SEAL