# Exhibit 9

## FILED UNDER SEAL