# Exhibit 10

## FILED UNDER SEAL