# Exhibit 11

## FILED UNDER SEAL