# Exhibit 12

# FILED UNDER SEAL