# Exhibit 13

## FILED UNDER SEAL