# Exhibit 15

## FILED UNDER SEAL