# Exhibit 16

# FILED UNDER SEAL