THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

    Plaintiffs,

    v.

AMAZON.COM, INC., a corporation,

    Defendant.

**CASE NO.: 2:23-cv-01495-JHC**

**NOTICE OF WITHDRAWAL**

Pursuant to Local Civil Rule 83.2(b)(3), Michael Baker respectfully withdraws as an attorney of record for Plaintiff Federal Trade Commission in this matter. The FTC will continue to be represented by the undersigned counsel and other attorneys who have entered appearances for the FTC in this action.

Dated: October 1, 2025

*Withdrawing Attorney:*

s/ Michael Baker
MICHAEL BAKER
(DC Bar # 1044327)

Respectfully submitted,

*s/ Edward H. Takashima*
EDWARD H. TAKASHIMA (DC Bar # 1001641)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:    (202) 326-2464
Email: etakashima@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*

NOTICE OF WITHDRAWAL
CASE NO. 2:23-CV-01495

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222