# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> **ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR STAY IN LIGHT OF UNITED STATES GOVERNMENT CESSATION** |

This matter comes before the Court on Plaintiff Federal Trade Commission's motion for a stay of all proceedings in the above-captioned case during the United States government cessation. Dkt. # 547. The Court has carefully considered the parties' papers and the applicable law. Being fully advised, the Court now ORDERS and ADJUDGES that:

1. The Federal Trade Commission's Motion is GRANTED.

2. With the exception of any deposition in progress as of the date of this Order, all proceedings in this action are hereby stayed until Congress appropriates funds permitting the FTC to resume normal operations. This stay applies to all depositions coordinated between this case and any Coordinated Actions under the

ORDER GRANTING
FTC'S MOTION FOR STAY - 1
CASE NO. 2:23-cv-01495-JHC

Deposition Coordination Protocol and Order, Dkt. #337.

3. The FTC is ORDERED to notify Amazon, the Plaintiff States, the Court, and plaintiffs in coordinated cases promptly after Congress has appropriated funds permitting the FTC to resume normal operations.

4. Plaintiffs and Amazon are ORDERED to meet and confer as soon as practicable after the FTC resumes normal operations regarding appropriate new deadlines based on the duration of the lapse in appropriations and to provide the Court with a proposal for a revised schedule in this case.

IT IS SO ORDERED.

Dated: this 1st day of October, 2025.

_John H. Chun_
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING
FTC'S MOTION FOR STAY - 2
CASE NO. 2:23-cv-01495-JHC