THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, | CASE NO.: 2:23-cv-01495-JHC |
| Plaintiffs, | **NOTICE REGARDING UNITED STATES GOVERNMENT CESSATION** |
| v. | |
| AMAZON.COM, INC., a corporation, | |
| Defendant. | |

Pursuant to the Court's October 1, 2025 Order (Dkt. #548), Plaintiff Federal Trade Commission ("FTC") hereby notifies the Court that Congress has appropriated funds permitting the FTC to resume normal operations. Plaintiffs will confer with Amazon regarding new deadlines and provide the Court with a proposal for a revised schedule as soon as practicable.

Dated: November 13, 2025

Respectfully submitted,

*s/ Edward H. Takashima*
EDWARD H. TAKASHIMA (DC Bar # 1001641)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2464
Email: etakashima@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*

FTC'S NOTICE REGARDING
UNITED STATES GOVERNMENT CESSATION - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222