# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION *et al.*, | CASE NO.: 2:23-cv-01495-JHC |
| Plaintiffs, | **ORDER** |
| v. | |
| AMAZON.COM, INC., a corporation, | |
| Defendant. | |

Given the FTC's Notice Regarding United States Government Cessation, Dkt. # 555, the Court LIFTS the stay ordered at Dkt. # 548.  A status conference remains scheduled for December 1, 2025.  Any party may seek to have the conference rescheduled.

Dated this 18th day of November, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 1
CASE NO. 2:23-cv-01495-JHC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER - 2
CASE NO. 2:23-cv-01495-JHC