THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

CASE NO.: 2:23-cv-01495-JHC

**PLAINTIFFS' MOTION TO RESCHEDULE DECEMBER 1, 2025 STATUS CONFERENCE**

NOTE ON MOTION CALENDAR:
November 19, 2025

PLAINTIFFS' MOTION TO
RESCHEDULE DECEMBER 1, 2025
STATUS CONFERENCE
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Plaintiffs move to reschedule the December 1, 2025 status conference. The parties are meeting and conferring regarding a revised schedule for this case that accounts for the stay imposed due to the United States government shutdown. (Dkt. #548.) The parties exchanged scheduling proposals on November 17, 18, and 19, 2025, and Plaintiffs anticipate that the parties will continue their discussions.

Under the Case Management Order, the Joint Status Report for the upcoming December 1, 2025, status conference is due on November 24, 2025. (Dkt. # 161 at 1(b); *General Order re Holiday Season Court Closures*, U.S. Dist. Ct. for the W. Dist. of Wash. (Nov. 14, 2025), https://www.wawd.uscourts.gov/news/general-order-re-holiday-season-court-closures.) Plaintiffs request a short extension of that deadline and a brief continuance of the status conference so the parties can attempt to minimize disputes before filing a Joint Status Report. Specifically, Plaintiffs respectfully request that the Court (1) reschedule the December 1, 2025, status conference for a date between December 3 and December 5, 2025, and (2) grant the parties leave to file a Joint Status Report on November 26, 2025.

Amazon opposes this motion on the grounds that "it is important for the scheduling issue to be resolved as soon as possible." Amazon also states that the dates requested by Plaintiffs "do not work," but that Amazon is available December 9, 10, or 12.

Plaintiffs maintain their request above. However, if the Court prefers to set the status conference on any of the dates proposed by Amazon, Plaintiffs ask that the Court direct the parties to submit a Joint Status Report three Court days before the conference, as provided for in the Case Management Order. Plaintiffs can be available on any date the Court sets for the status conference.

PLAINTIFFS' MOTION TO RESCHEDULE DECEMBER 1, 2025 STATUS CONFERENCE - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Dated: November 19, 2025

Respectfully submitted,

*s/ Shira A. Steinberg*
EDWARD H. TAKASHIMA (DC Bar # 1001641)
SHIRA A. STEINBERG (NY Bar #5695580)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2464 (Takashima)
        (202) 326-3396 (Steinberg)
Email: etakashima@ftc.gov
        ssteinberg1@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

PLAINTIFFS' MOTION TO
RESCHEDULE DECEMBER 1, 2025
STATUS CONFERENCE - 2
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| *s/ Michael Jo* | *s/ Timothy D. Smith* |
| Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Assistant Attorney General, Antitrust Bureau | Attorney-in-Charge |
| Office of the New York State Attorney General | Antitrust, False Claims, & Privacy Section |
| 28 Liberty Street | Oregon Department of Justice |
| New York, NY 10005 | 100 SW Market St |
| Telephone: (212) 416-6537 | Portland, OR 97201 |
| Email: Michael.Jo@ag.ny.gov | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of New York* | Email: tim.smith@doj.oregon.gov |
| | *Counsel for Plaintiff State of Oregon* |
| *s/ Victoria Field* | |
| Victoria Field (admitted *pro hac vice*) | *s/ Jennifer A. Thomson* |
| Assistant Attorney General | Jennifer A. Thomson (admitted *pro hac vice*) |
| Office of the Attorney General of Connecticut | Senior Deputy Attorney General |
| 165 Capitol Avenue | Pennsylvania Office of Attorney General |
| Hartford, CT 06016 | Strawberry Square, 14th Floor |
| Telephone: (860) 808-5030 | Harrisburg, PA 17120 |
| Email: Victoria.Field@ct.gov | Telephone: (717) 787-4530 |
| *Counsel for Plaintiff State of Connecticut* | Email: jthomson@attorneygeneral.gov |
| | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| *s/ Alexandra C. Sosnowski* | |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | *s/ Michael A. Undorf* |
| Senior Assistant Attorney General | Michael A. Undorf (admitted *pro hac vice*) |
| Consumer Protection and Antitrust Bureau | Deputy Attorney General |
| New Hampshire Department of Justice | Delaware Department of Justice |
| Office of the Attorney General | 820 N. French St., 5th Floor |
| One Granite Place South | Wilmington, DE 19801 |
| Concord, NH 03301 | Telephone: (302) 683-8816 |
| Telephone: (603) 271-2678 | Email: michael.undorf@delaware.gov |
| Email: Alexandra.c.sosnowski@doj.nh.gov | *Counsel for Plaintiff State of Delaware* |
| *Counsel for Plaintiff State of New Hampshire* | |
| | *s/ Christina M. Moylan* |
| *s/ Christopher J. Campbell* | Christina M. Moylan (admitted *pro hac vice*) |
| Christopher J. Campbell (admitted *pro hac vice*) | Assistant Attorney General |
| Assistant Attorney General | Chief, Consumer Protection Division |
| Office of the Oklahoma Attorney General | Office of the Maine Attorney General |
| 313 N.E. 21st Street | 6 State House Station |
| Oklahoma City, OK 73105 | Augusta, ME 04333-0006 |
| Telephone: (405) 522-0858 | Telephone: (207) 626-8800 |
| Email: Chris.Campbell@oag.ok.gov | Email: christina.moylan@maine.gov |
| *Counsel for Plaintiff State of Oklahoma* | *Counsel for Plaintiff State of Maine* |

PLAINTIFFS' MOTION TO RESCHEDULE DECEMBER 1, 2025 STATUS CONFERENCE - 3
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| | |
|---|---|
| *s/ Schonette Walker* | *s/ Lucas J. Tucker* |
| Schonette Walker (admitted *pro hac vice*) | Lucas J. Tucker (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Chief, Antitrust Division | Office of the Nevada Attorney General |
| Office of the Maryland Attorney General | 100 N. Carson St. |
| 200 St. Paul Place | Carson City, NV 89701 |
| Baltimore, MD 21202 | Telephone: (775) 684-1100 |
| Telephone: (410) 576-6473 | Email: LTucker@ag.nv.gov |
| Email: swalker@oag.state.md.us | *Counsel for Plaintiff State of Nevada* |
| *Counsel for Plaintiff State of Maryland* | |
| | *s/ Andrew Esoldi* |
| *s/ Katherine W. Krems* | Andrew Esoldi (admitted *pro hac vice*) |
| Katherine W. Krems (admitted *pro hac vice*) | Deputy Attorney General |
| Assistant Attorney General, Antitrust Division | New Jersey Office of the Attorney General |
| Office of the Massachusetts Attorney General | 124 Halsey Street, 5th Floor |
| One Ashburton Place, 18th Floor | Newark, NJ 07101 |
| Boston, MA 02108 | Telephone: (973) 648-7819 |
| Telephone: (617) 963-2189 | Email: andrew.esoldi@law.njoag.gov |
| Email: katherine.krems@mass.gov | *Counsel for Plaintiff State of New Jersey* |
| *Counsel for Plaintiff Commonwealth of Massachusetts* | |
| | *s/ Anthony R. Juzaitis* |
| | Anthony R. Juzaitis (admitted *pro hac vice*) |
| *s/ Scott A. Mertens* | Deputy Attorney General, Civil Affairs |
| Scott A. Mertens (admitted *pro hac vice*) | New Mexico Office of the Attorney General |
| Assistant Attorney General | 408 Galisteo St. |
| Michigan Department of Attorney General | Santa Fe, NM 87501 |
| 525 West Ottawa Street | Telephone: (505) 651-7565 |
| Lansing, MI 48933 | Email: AJuzaitis@nmag.gov |
| Telephone: (517) 335-7622 | *Counsel for Plaintiff State of New Mexico* |
| Email: MertensS@michigan.gov | |
| *Counsel for Plaintiff State of Michigan* | *s/ Zulma Carrasquillo Almena* |
| | Zulma Carrasquillo Almena (admitted *pro hac vice*) |
| *s/ Zach Biesanz* | Senior Attorney & Special Prosecutor |
| Zach Biesanz (admitted *pro hac vice*) | Puerto Rico Department of Justice |
| Senior Enforcement Counsel | P.O. Box 9020192 |
| Office of the Minnesota Attorney General | San Juan, Puerto Rico 00902-0192 |
| 445 Minnesota Street, Suite 1400 | Telephone: (787) 721-2900, Ext. 1211 |
| Saint Paul, MN 55101 | Email: zcarrasquillo@justicia.pr.gov |
| Telephone: (651) 757-1257 | *Counsel for Plaintiff Commonwealth of Puerto Rico* |
| Email: zach.biesanz@ag.state.mn.us | |
| *Counsel for Plaintiff State of Minnesota* | |

PLAINTIFFS' MOTION TO RESCHEDULE DECEMBER 1, 2025 STATUS CONFERENCE - 4
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1  *s/ Stephen N. Provazza*
   Stephen N. Provazza (admitted *pro hac vice*)
2  Special Assistant Attorney General
   Chief, Consumer and Economic Justice Unit
3  Department of the Attorney General
   150 South Main Street
4  Providence, RI 02903
   Telephone: (401) 274-4400
5  Email: sprovazza@riag.ri.gov
   *Counsel for Plaintiff State of Rhode Island*

6

   *s/ Sarah L.J. Aceves*
7  Sarah L.J. Aceves (admitted *pro hac vice*)
   Assistant Attorney General
8  Public Protection Division
   Vermont Attorney General's Office
9  109 State Street
   Montpelier, VT 05609
10 Telephone: (802) 828-3170

11 *s/ Caitlin M. Madden*
   Caitlin M. Madden (admitted *pro hac vice*)
12 Assistant Attorney General
   Wisconsin Department of Justice
13 Post Office Box 7857
   Madison, WI 53707-7857
14 Telephone: (608) 267-1311
   Email: caitlin.madden@wisdoj.gov
15 *Counsel for Plaintiff State of Wisconsin*

16

17

18

19

20

21

22

23

24

PLAINTIFFS' MOTION TO
RESCHEDULE DECEMBER 1, 2025
STATUS CONFERENCE - 5
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222