# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO RESCHEDULE DECEMBER 1, 2025 STATUS CONFERENCE** |

This matter comes before the Court on Plaintiff Federal Trade Commission's motion to reschedule the parties' December 1, 2025 status conference (the Motion). Dkt. # 557. The Court rules as follows:

1. The parties' December 1, 2025 status conference is rescheduled for December 15, 2025.

2. The parties are given leave to file a joint status report on or before December 10, 2025.

Dated this 21st day of November, 2025.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING
PLAINTIFFS' MOTION TO RESCHEDULE
DECEMBER 1, 2025 STATUS CONFERENCE - 1
CASE NO. 2:23-cv-01495-JHC