UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO. 2:23-cv-01495-JHC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, John H. Chun, United States District Judge:

(1) Plaintiff is directed to file, by Monday, December 1, 2025, a response to Defendant's motion for reconsideration. Dkt. # 545. The text of the response briefing shall not exceed 2,100 words.

(2) The Clerk is directed to renote Defendant's motion for reconsideration to December 1, 2025. And the Clerk is directed to forward a copy of this Order to all counsel of record.

//

//

MINUTE ORDER - 1

Dated this 21st day of November 2025.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2