THE HONORABLE JOHN H. CHUN

1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**
                     **WESTERN DISTRICT OF WASHINGTON**
7                              **AT SEATTLE**

8

9   FEDERAL TRADE COMMISSION, *et al.*,            **CASE NO.: 2:23-cv-01495-JHC**

10              Plaintiffs,                          **JOINT STATUS REPORT**

11        v.

12   AMAZON.COM, INC., a corporation,

13              Defendant.

14

15

16

17

18

19

20

21

22

23

24

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

**TABLE OF CONTENTS**

I.      STATUS OF LITIGATION.................................................................................3

II.     JOINT REPORT ON THE STATUS OF DISCOVERY ...............................................4

        A.      Party Discovery.........................................................................4

        B.      Third Party Discovery................................................................5

III.    CASE SCHEDULE .......................................................................6

IV.     PENDING MOTIONS....................................................................8

JOINT STATUS REPORT - 2
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1      Pursuant to the February 13, 2024 Case Management Order ("CMO"), Plaintiffs Federal

2   Trade Commission ("FTC") and the states and territories of New York, Connecticut, New

3   Hampshire, Oklahoma, Oregon, Pennsylvania, Delaware, Maine, Maryland, Massachusetts,

4   Michigan, Minnesota, Nevada, New Jersey, New Mexico, Puerto Rico, Rhode Island, Vermont,

5   and Wisconsin, by and through their respective Attorneys General (together, "Plaintiff States,"

6   and collectively with the FTC, "Plaintiffs") and Defendant Amazon.com, Inc. ("Amazon")

7   submit this joint status report in advance of the parties' December 15, 2025 status conference

8   with the Court.

9   **I.      STATUS OF LITIGATION**

10      Plaintiffs filed the Complaint on September 26, 2023, Dkt. #1, and filed an Amended

11   Complaint adding Puerto Rico and Vermont as Plaintiffs on March 14, 2024, Dkt. #170. Amazon

12   filed a Motion to Dismiss the Complaint on December 8, 2023, Dkt. #127, which the parties

13   agreed and the Court ordered would be deemed to be Amazon's Motion to Dismiss the Amended

14   Complaint, Dkt. #175. The Court granted the motion as to certain state law claims and otherwise

15   denied the motion on September 30, 2024, and granted leave to amend certain state law claims,

16   Dkt. #289. The Court also granted Plaintiffs' motion to bifurcate. Dkt. #289.

17      Plaintiffs filed a Second Amended Complaint on October 31, 2024, amending state law

18   claims under the laws of Maryland, Pennsylvania, and New Jersey. Dkt. #326. Amazon filed a

19   motion to dismiss the amended Pennsylvania and New Jersey claims on November 14, 2024,

20   Dkt. #340, and the Court granted that motion on March 20, 2025. Dkt. #450. Amazon also filed

21   an Answer to the Second Amended Complaint on November 14, 2024. Dkt. #341. Amazon filed

22   a Motion for Judgment on the Pleadings as to the FTC's claims on December 6, 2024. Dkt. #372.

23

24

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1  The Court denied that motion on April 8, 2025, and denied Amazon's request to certify the

2  matter for an interlocutory appeal. Dkt. #463.

3       On June 4, 2025, the Court issued an Amended Case Scheduling Order, Dkt. #492, that

4  included the following key dates:

5       October 22, 2025          Close of Fact Discovery

6       June 22, 2026             Close of Expert Discovery

7       August 3, 2026            Deadline to File Dispositive and *Daubert* Motions

8                                 (with motions noted for October 12, 2026)

9       January 25, 2027          Final Pretrial Conference

10      February 9, 2027          Bench Trial

11      On October 1, 2025, the Court ordered a stay of all proceedings in this action, including

12  all depositions coordinated between this case and any Coordinated Actions pursuant to the

13  Deposition Coordination Protocol and Order, Dkt. #337, during the United States government

14  shutdown. Dkt. #548. The Court lifted that stay order on November 18, 2025. Dkt. #556.

15  **II.    JOINT REPORT ON THE STATUS OF DISCOVERY**

16      **A.    Party Discovery**

17      The parties are continuing to meet and confer regarding various discovery issues,

18  including:

19      •    Amazon's responses to Plaintiffs' interrogatories, including Amazon's Objections

20           and Responses to Plaintiffs' Fourth Set of Interrogatories;

21      •    Plaintiffs' responses to Amazon's interrogatories;

22      •    The scope and timing of a Fed. R. Civ. P. 30(b)(6) deposition of Amazon, and

23           coordination between that deposition and a corporate deposition of Amazon in

24

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

*The People of the State of California v. Amazon.com, Inc.*, No. CGC-22-601826 (Cal. Super. Ct.);

- Amazon's ongoing production of structured data, and associated data definitions;
- Amazon's privilege claims and the adequacy of Amazon's privilege logs; and
- Amazon's collection and production of documents in response to Plaintiffs' discovery requests, including Amazon's collection and production of messages from custodians' phones and devices and Amazon's "refresh" production of specific custodians and document requests identified by Plaintiffs.

The parties are hopeful that they will be able to resolve or narrow their disputes through further discussions, but will file discovery motions promptly if the parties come to an impasse.

Plaintiffs have taken the depositions of 61 Amazon employees or former employees and have noticed the depositions of an additional three Amazon employees or former employees. The parties have confirmed dates for one of these additional depositions and are engaging in active discussions about dates for the remainder. The parties have coordinated many of those depositions with the Coordinated Actions, as required by the Deposition Coordination Protocol and Order. Plaintiffs have also noticed a Fed. R. Civ. P. 30(b)(6) deposition of Amazon. As noted above, the parties are engaged in negotiations regarding the scope of that deposition and coordination issues related to the deposition.

### B.    Third Party Discovery

Plaintiffs have served 44 document subpoenas to third-party online retailers and marketplaces, third-party logistics providers, and sellers, and will issue additional subpoenas as needed. Plaintiffs are conferring with third-party subpoena recipients regarding the scope of their responses to Plaintiffs' requests.

JOINT STATUS REPORT - 5
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1    Amazon has served 48 third-party subpoenas seeking documents from online retailers

2  and marketplaces, third-party logistics providers, and sellers. Amazon is conferring with those

3  third parties to reach agreement on the documents to be produced in response to Amazon's

4  requests.

5    The parties have agreed to regular exchanges of information about subpoenas to third

6  parties and third parties' responses and objections. The parties have also agreed to hold joint

7  meet and confers when requested by third parties in order to minimize the burden of discovery

8  for them.

9    The parties have taken 39 depositions of third-party witnesses to date, including

10  coordinated depositions. To date, the parties have noticed an additional 29 depositions of third-

11  party witnesses, and have confirmed dates for six of those depositions.

12    Plaintiffs have reached an impasse with Best Buy Co., Inc. ("Best Buy") regarding the

13  scope of Best Buy's document production and deposition testimony. Plaintiffs and Best Buy

14  have agreed to submit their dispute to the Court using the LCR 37 joint submission procedure,

15  and Plaintiffs anticipate filing that joint submission no later than December 12, 2025.

16  **III.    CASE SCHEDULE**

17    Pursuant to the Court's October 1, 2025 order staying this case due to the government

18  shutdown, Dkt. #548, the parties have met and conferred regarding new case deadlines, and

19  have agreed on the proposed schedule below, subject to the Court's approval:

20

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | October 22, 2025 | January 30, 2026 |
| Deadline to file motions related to discovery | October 22, 2025 | January 30, 2026 |

24

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of opening expert reports from parties bearing the burden on an issue | December 31, 2025 (70 days after close of fact discovery) | March 27, 2026 (56 days after close of fact discovery) |
| Disclosure of rebuttal expert reports | March 16, 2026 (75 days after opening reports) | June 10, 2026 (75 days after opening reports) |
| Disclosure of reply expert reports | May 25, 2026 (70 days after rebuttal reports) | August 19, 2026 (70 days after rebuttal reports) |
| Close of expert discovery | June 22, 2026 (28 days after reply reports) | September 16, 2026 (28 days after reply reports) |
| Dispositive and *Daubert* motions | August 3, 2026 (42 days after close of expert discovery) | October 16, 2026 (30 days after close of expert discovery) |
| Oppositions to dispositive and *Daubert* motions | September 14, 2026 (42 days later) | November 25, 2026 (40 days later) |
| Reply briefs in support of dispositive and *Daubert* motions | October 12, 2026 (28 days later) | December 23, 2026 (28 days later) |
| Plaintiffs' pretrial statement | December 9, 2026 (58 days later) | February 3, 2027 (42 days later) |
| Settlement conference held no later than | December 11, 2026 (2 days later) | February 5, 2027 (2 days later) |
| Defendant's pretrial statement | December 18, 2026 (9 days after Plaintiffs' Pretrial statement) | February 12, 2027 (9 days after Plaintiffs' Pretrial statement) |
| Motions in limine | December 29, 2026 (11 days later) | February 22, 2027 (10 days later) |

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Proposed Pretrial Order | January 8, 2027 (10 days later) | March 5, 2027 (11 days later) |
| Deposition designations submitted to the Court | January 8, 2027 | March 5, 2027 |
| Pretrial conference | January 25, 2027 (17 days later) | March 15, 2027 (10 days later) |
| Trial briefs, proposed findings of fact, and proposed conclusions of law | February 2, 2027 (8 days later) | March 22, 2027 (7 days later) |
| Bench Trial | February 9, 2027 (8 days later) | March 29, 2027 (7 days later) |

The parties propose this schedule understanding that the parties to the coordinated *District of Columbia v. Amazon* action will request that the May 10, 2027 trial date in that action be continued. In the event that trial is not continued, the parties will confer regarding the schedule and update the Court as necessary.

## IV.     PENDING MOTIONS

There are no pending motions before the Court.

Dated: December 10, 2025                                Respectfully submitted,

                                *s/ Shira Steinberg*
                                EDWARD H. TAKASHIMA (DC Bar # 1001641)
                                SHIRA A. STEINBERG (NY Reg. # 5695580)
                                Federal Trade Commission
                                600 Pennsylvania Avenue, NW
                                Washington, DC 20580
                                Tel.:   (202) 326-2464 (Takashima)
                                Email: etakashima@ftc.gov
                                           ssteinberg1@ftc.gov

                                *Attorneys for Plaintiff Federal Trade Commission*

1

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)

2   Assistant Attorney General, Antitrust Bureau
Office of the New York State Attorney

3   General
28 Liberty Street

4   New York, NY 10005
Telephone: (212) 416-6537

5   Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

6

*s/ Victoria Field*

7   Victoria Field (admitted *pro hac vice*)
Assistant Attorney General

8   Office of the Attorney General of
Connecticut

9   165 Capitol Avenue
Hartford, CT 06016

10   Telephone: (860) 808-5030
Email: Victoria.Field@ct.gov

11   *Counsel for Plaintiff State of Connecticut*

12   *s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac

13   vice*)
Senior Assistant Attorney General

14   Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice

15   Office of the Attorney General
One Granite Place South

16   Concord, NH 03301
Telephone: (603) 271-2678

17   Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

18
*s/ Christopher J. Campbell*

19   Christopher J. Campbell (admitted *pro hac
vice*)

20   Assistant Attorney General
Office of the Oklahoma Attorney General

21   313 N.E. 21st Street
Oklahoma City, OK 73105

22   Telephone: (405) 522-0858
Email: Chris.Campbell@oag.ok.gov

23   *Counsel for Plaintiff State of Oklahoma*

24

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Attorney-in-Charge
Antitrust, False Claims, & Privacy Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.oregon.gov
*Counsel for Plaintiff State of Oregon*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of
Pennsylvania*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1

*s/ Schonette Walker*
Schonette Walker (admitted *pro hac vice*)
Assistant Attorney General
Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6473
Email: swalker@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

*s/ Katherine W. Krems*
Katherine W. Krems (admitted *pro hac vice*)
Assistant Attorney General, Antitrust
Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: katherine.krems@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

*s/ Scott A. Mertens*
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

*s/ Zach Biesanz*
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

*s/ Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

*s/ Andrew Esoldi*
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

*s/ Anthony Juzaitis*
Anthony Juzaitis (admitted *pro hac vice*)
Deputy Attorney General, Civil Affairs
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 561-7565
Email: ajuzaitis@nmdoj.gov
*Counsel for Plaintiff State of New Mexico*

*s/ Zulma Carrasquillo Almena*
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Senior Attorney & Special Prosecutor
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1

*s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

2

3

4

5

6

*s/ Sarah L.J. Aceves*
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

7

8

9

10

11

*s/ Caitlin M. Madden*
Caitlin M. Madden (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: caitlin.madden@wisdoj.gov
*Counsel for Plaintiff State of Wisconsin*

12

13

14

15

16

17

18

19

20

21

22

23

24

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1

2

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*

3    Patty A. Eakes, WSBA #18888
     Molly A. Terwilliger, WSBA #28449

4    1301 Second Avenue, Suite 3000
     Seattle, WA 98101

5    Phone: (206) 274-6400
     Email: patty.eakes@morganlewis.com

6            molly.terwilliger@morganlewis.com

7    **WILLIAMS & CONNOLLY LLP**

8    Heidi K. Hubbard (*pro hac vice*)
     John E. Schmidtlein (*pro hac vice*)

9    Kevin M. Hodges (*pro hac vice*)
     Jonathan B. Pitt (*pro hac vice*)

10   Edward C. Reddington (*pro hac vice*)
     Carl R. Metz (*pro hac vice*)

11   Katherine A. Trefz (*pro hac vice*)
     Carol J. Pruski (*pro hac vice*)

12   680 Maine Avenue SW
     Washington, DC 20024

13   Phone: (202) 434-5000
     Email: hhubbard@wc.com

14           jschmidtlein@wc.com
             khodges@wc.com

15           jpitt@wc.com
             ereddington@wc.com

16           cmetz@wc.com
             ktrefz@wc.com

17           cpruski@wc.com

18

19

20

21

22

23

24

JOINT STATUS REPORT - 12
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
Katharine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
       dludwin@cov.com
       kmitchelltombras@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222