UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC<br><br>**STIPULATION & ORDER REGARDING SEALING OF LCR 37 JOINT SUBMISSION REGARDING PLAINTIFFS' MOTION TO COMPEL DOCUMENTS AND TESTIMONY RELATED TO BEST BUY'S THIRD-PARTY MARKETPLACE** |

On October 28, 2024, this Court entered an Order Regarding Sealing Issues, ECF No. 320, which provides a mechanism by which the parties may provisionally submit documents under seal followed by a later omnibus motion to seal. The Order applied only to discovery motions filed on or before October 31, 2024. The Court has extended this Order with respect to certain motions in several instances. *E.g.*, January 10, 2025 Order Extending Deadlines, ECF No. 396; October 28, 2024 Order Extending Deadlines, ECF No. 323.

Plaintiffs and Best Buy Co., Inc. ("Best Buy") plan to file a LCR 37 Joint Submission Regarding Plaintiffs' Motion to Compel Documents and Testimony Related to Best Buy's Third-Party Marketplace on December 12, 2025, and agree that the sealing procedure set forth in the Court's October 28, 2024 Order should apply. Accordingly, Plaintiffs and Best Buy, by and through their attorneys, hereby stipulate and agree, subject to the Court's approval, that the Court's October 28, 2024 Order regarding sealing issues shall apply to the LCR 37 Joint Submission Regarding Plaintiffs' Motion to Compel Documents and Testimony Related to Best Buy's Third-Party Marketplace and any accompanying exhibits filed on December 12, 2025.

Stipulated to and respectfully submitted this 12th day of December, 2025, by:

*s/ Nathan A. Mendelsohn*
EDWARD H. TAKASHIMA (DC Bar # 1001641)
NATHAN A. MENDELSOHN (MD Bar # 1712140047)
ERIC ZEPP (NY Reg. # 5538491)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:    (202) 326-2464 (Takashima)
Email: etakashima@ftc.gov
           nmendelsohn@ftc.gov
           ezepp@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND
ORDER REGARDING SEALING ISSUES - 1
CASE NO. 2:23-cv-01495-JHC

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Victoria Field*
Victoria Field (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Victoria.Field@ct.gov
*Counsel for Plaintiff State of Connecticut*

*s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac vice*)
Senior Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

*s/ Robert J. Carlson*
Robert J. Carlson (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2885
Email: robert.carlson@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Attorney-in-Charge
Antitrust, False Claims, & Privacy Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.oregon.gov
*Counsel for Plaintiff State of Oregon*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov

STIPULATED MOTION AND
ORDER REGARDING SEALING ISSUES - 2
CASE NO. 2:23-cv-01495-JHC

| | | |
|---|---|---|
| 1 | *Counsel for Plaintiff State of Maine* | *Counsel for Plaintiff State of Minnesota* |

*s/ Schonette Walker*
Schonette Walker (admitted *pro hac vice*)
Assistant Attorney General
Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6473
Email: swalker@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

*s/ Katherine W. Krems*
Katherine W. Krems (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: katherine.krems@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

*s/ Scott A. Mertens*
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

*s/ Zach Biesanz*
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us

*s/ Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

*s/ Andrew Esoldi*
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

*s/ Anthony Juzaitis*
Anthony Juzaitis (admitted *pro hac vice*)
Deputy Attorney General, Civil Affairs
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 561-7565
Email: ajuzaitis@nmdoj.gov
*Counsel for Plaintiff State of New Mexico*

*s/ Zulma Carrasquillo Almena*
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Senior Attorney & Special Prosecutor
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

STIPULATED MOTION AND
ORDER REGARDING SEALING ISSUES - 3
CASE NO. 2:23-cv-01495-JHC

*s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L.J. Aceves*
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

*s/ Caitlin M. Madden*
Caitlin M. Madden (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: caitlin.madden@wisdoj.gov
*Counsel for Plaintiff State of Wisconsin*

STIPULATED MOTION AND
ORDER REGARDING SEALING ISSUES - 4
CASE NO. 2:23-cv-01495-JHC

*/s/ Anne M. Lockner*
Anne M. Lockner (*pro hac vice*)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
ALockner@RobinsKaplan.com


Ellen G. Jalkut (*pro hac vice*)
1325 Avenue of the Americas
New York, NY 10019
Telephone: 212-980-7422
ejalkut@robinskaplan.com


*/s/ Brian W. Esler*
Brian W. Esler WSBA No. 22168
Donald B. Scaramastra WSBA# 21416
Edward Decker, WSBA No. 57841
Nicholas Hesterberg, WSBA# 41970
605 5th Ave S, Ste 900
Seattle, WA 98104
Telephone: 206-624-8300
Facsimile: 206-340-9599
brian.esler@millernash.com
don.scaramastra@millernash.com
edward.decker@millernash.com
nick.hesterberg@millernash.com

*Attorneys for Best Buy Co., Inc.*

STIPULATED MOTION AND
ORDER REGARDING SEALING ISSUES - 5
CASE NO. 2:23-cv-01495-JHC

**ORDER**

IT IS SO ORDERED.

DATED this 15th day of December, 2025.

                                                                                                      */s/ John H. Chun*
                                                                                                     JOHN H. CHUN
                                                                                                     UNITED STATES DISTRICT JUDGE