1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, | **CASE NO.: 2:23-cv-01495-JHC** |
| Plaintiffs, | **ORDER REGARDING SCHEDULING** |
| v. | |
| AMAZON.COM, INC., a corporation, | |
| Defendant. | |

ORDER
REGARDING SCHEDULING - 1
CASE NO. 2:23-cv-01495-JHC

Pursuant to the Court's October 1, 2025 order staying this case due to the government shutdown, Dkt. #548, the parties have met and conferred regarding new case deadlines, and have agreed on the proposed schedule below, subject to the Court's approval:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | October 22, 2025 | January 30, 2026 |
| Deadline to file motions related to discovery | October 22, 2025 | January 30, 2026 |
| Disclosure of opening expert reports from parties bearing the burden on an issue | December 31, 2025 (70 days after close of fact discovery) | March 27, 2026 (56 days after close of fact discovery) |
| Disclosure of rebuttal expert reports | March 16, 2026 (75 days after opening reports) | June 10, 2026 (75 days after opening reports) |
| Disclosure of reply expert reports | May 25, 2026 (70 days after rebuttal reports) | August 19, 2026 (70 days after rebuttal reports) |
| Close of expert discovery | June 22, 2026 (28 days after reply reports) | September 16, 2026 (28 days after reply reports) |
| Dispositive and *Daubert* motions | August 3, 2026 (42 days after close of expert discovery) | October 16, 2026 (30 days after close of expert discovery) |
| Oppositions to dispositive and *Daubert* motions | September 14, 2026 (42 days later) | November 25, 2026 (40 days later) |
| Reply briefs in support of dispositive and *Daubert* motions | October 12, 2026 (28 days later) | December 23, 2026 (28 days later) |
| Plaintiffs' pretrial statement | December 9, 2026 (58 days later) | February 3, 2027 (42 days later) |
| Settlement conference held no later than | December 11, 2026 (2 days later) | February 5, 2027 (2 days later) |

ORDER
REGARDING SCHEDULING - 2
CASE NO. 2:23-cv-01495-JHC

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant's pretrial statement | December 18, 2026 (9 days after Plaintiffs' Pretrial statement) | February 12, 2027 (9 days after Plaintiffs' Pretrial statement) |
| Motions in limine | December 29, 2026 (11 days later) | February 22, 2027 (10 days later) |
| Proposed Pretrial Order | January 8, 2027 (10 days later) | March 5, 2027 (11 days later) |
| Deposition designations submitted to the Court | January 8, 2027 | March 5, 2027 |
| Pretrial conference | January 25, 2027 (17 days later) | March 15, 2027 (10 days later) |
| Trial briefs, proposed findings of fact, and proposed conclusions of law | February 2, 2027 (8 days later) | March 22, 2027 (7 days later) |
| Bench Trial | February 9, 2027 (8 days later) | March 29, 2027 (7 days later) |

The Court approves the proposed schedule.

IT IS SO ORDERED.

Dated: this 15th day of December, 2025

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE