UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, Inc., a corporation,<br><br>Defendant. | Case No. 2:23-cv-01495-JHC<br><br>**ORDER GRANTING BEST BUY CO., INC'S UNOPPOSED MOTION TO SEAL CERTAIN COMMERCIALLY-SENSITIVE EXHIBITS ATTACHED TO THE DECLARATION OF ELLEN JALKUT** |

This matter comes before the Court on Best Buy's Unopposed Motion to Seal Certain Commercially-Sensitive Exhibits attached to the Declaration of Ellen Jalkut. Dkt. # 578. The Court, having considered Best Buy's Motion, and all other papers submitted in connection with the Motion, and for good cause shown, GRANTS the Motion. The Court hereby ORDERS the following documents remain permanently under seal:

| Document (Dkt. #) | Pincite (If relevant) | Description of Confidential Material Sought To Be Sealed | Treatment |
|---|---|---|---|
| Exhibit 10 to LCR 37 Motion | N/A | Information regarding an internal study | This document shall remain under seal, |

ORDER GRANTING BEST BUY'S
MOTION TO SEAL
(Case No. 2:23-cv-01495-JHC)

1

| Document (Dkt. #) | Pincite (If relevant) | Description of Confidential Material Sought To Be Sealed | Treatment |
|---|---|---|---|
| (Dkt. 574-1) | | involving customer interviews. | without filing a public version. |
| Exhibit 11 to LCR 37 Motion (Dkt. 574-2) | N/A | Information regarding commissioned analysis of the competitive landscape of the online marketplace services market. | This document shall remain under seal, without filing a public version. |
| Exhibit 12 to LCR 37 Motion (Dkt. 574-3) | N/A | Information regarding internal analysis of the online marketplace industry. | This document shall remain under seal, without filing a public version. |
| Exhibit 14 to LCR 37 Motion (Dkt. 574-4) | N/A | Information regarding internal analysis of delivery services provided by Amazon and Best Buy. | This document shall remain under seal, without filing a public version. |
| Exhibit 15 to LCR 37 Motion (Dkt. 574-5) | N/A | Information regarding internal processes for reviewing and addressing vendor concerns. | This document shall remain under seal, without filing a public version. |
| Exhibit 16 to LCR 37 Motion (Dkt. 574-6) | N/A | Information regarding Best Buy's pricing tool. | This document shall remain under seal, without filing a public version. |

IT IS SO ORDERED.

DATED this 29th day of December, 2025.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE