# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | **CASE NO.: 2:23-cv-01495-JHC** <br><br> **STIPULATED MOTION AND ORDER REGARDING LEAVE TO FILE OVER-LENGTH BRIEFS RE: FORTHCOMING MOTIONS TO COMPEL RELATED TO SPOLIATION AND PRIVILEGE** <br><br> NOTE ON MOTION CALENDAR: January 23, 2026 |

Pursuant to Local Civil Rule 7(f), the parties seek leave of the Court for Plaintiffs to file two over-length motions exceeding the limits contained in Local Civil Rule 7(e)(3) but containing no more than 6,500 and 8,000 words, respectively.

First, Plaintiffs intend to seek relief related to their claim of spoliation of evidence. Amazon disputes and opposes Plaintiffs' claim. The requested word extension will assist the Court's consideration of Plaintiffs' motion by allowing the parties to provide sufficient information regarding the nature and scope of the issues. Plaintiffs request permission to file this

motion with no more than 6,500 words, and Amazon shall also have 6,500 for its opposition brief.

Second, Plaintiffs also intend to move to compel the production of documents as to which Plaintiffs claim that Amazon has made unsupported privilege claims. Amazon disputes and opposes Plaintiffs' claim. The requested word extension will assist the Court's consideration of Plaintiffs' motion by allowing the parties to provide sufficient information regarding the nature and scope of the issues. Plaintiffs request permission to file this motion with no more than 8,000 words, and Amazon shall also have 8,000 words for its opposition brief.

Amazon has stipulated to Plaintiffs' request to file over-length motions on the understanding that if the Court grants the motion, the provisions of Local Rule 7(f)(4) would apply to Amazon's opposition briefs. This is the third word extension requested for motions filed by Plaintiffs in this case. *See* Order Granting Plaintiffs' Motion for Leave to File Over-Length Brief (Dkt. #321); Order Granting Plaintiffs' Motion for Leave to File Over-Length Brief (Dkt. #428). Plaintiffs note that they were ultimately able to resolve the first of those disputes without a motion.

The parties respectfully request the Court grant an additional 2,300 words for Plaintiffs' motion related to spoliation and for Amazon's opposition brief, for a total of 6,500 words each, and grant an additional 3,800 words for Plaintiffs' motion related to privilege and for Amazon's opposition brief, for a total of 8,000 words each.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

*s/ Shira A. Steinberg*
EDWARD H. TAKASHIMA (DC Bar # 1001641)
SHIRA A. STEINBERG (NY Reg. # 5695580)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:    (202) 326-2464 (Takashima)
         (202) 326-3396 (Steinberg)
Email: etakashima@ftc.gov
         ssteinberg1@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION & ORDER FOR LEAVE
TO FILE OVER-LENGTH BRIEF - 3
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| s/ Michael Jo | s/ Timothy D. Smith |
| Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Assistant Attorney General, Antitrust Bureau | Attorney-in-Charge |
| Office of the New York State Attorney General | Economic Justice Section |
| 28 Liberty Street | Oregon Department of Justice |
| New York, NY 10005 | 100 SW Market St |
| Telephone: (212) 416-6537 | Portland, OR 97201 |
| Email: Michael.Jo@ag.ny.gov | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of New York* | Email: tim.smith@doj.oregon.gov |
| | *Counsel for Plaintiff State of Oregon* |
| s/ Victoria Field | |
| Victoria Field (admitted *pro hac vice*) | s/ Jennifer A. Thomson |
| Assistant Attorney General | Jennifer A. Thomson (admitted *pro hac vice*) |
| Office of the Attorney General of Connecticut | Senior Deputy Attorney General |
| 165 Capitol Avenue | Pennsylvania Office of Attorney General |
| Hartford, CT 06016 | Strawberry Square, 14th Floor |
| Telephone: (860) 808-5030 | Harrisburg, PA 17120 |
| Email: Victoria.Field@ct.gov | Telephone: (717) 787-4530 |
| *Counsel for Plaintiff State of Connecticut* | Email: jthomson@attorneygeneral.gov |
| | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| s/ Alexandra C. Sosnowski | |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | s/ Michael A. Undorf |
| Senior Assistant Attorney General | Michael A. Undorf (admitted *pro hac vice*) |
| Consumer Protection and Antitrust Bureau | Deputy Attorney General |
| New Hampshire Department of Justice | Delaware Department of Justice |
| Office of the Attorney General | 820 N. French St., 5th Floor |
| One Granite Place South | Wilmington, DE 19801 |
| Concord, NH 03301 | Telephone: (302) 683-8816 |
| Telephone: (603) 271-2678 | Email: michael.undorf@delaware.gov |
| Email: Alexandra.c.sosnowski@doj.nh.gov | *Counsel for Plaintiff State of Delaware* |
| *Counsel for Plaintiff State of New Hampshire* | |
| | s/ Christina M. Moylan |
| s/ Christopher J. Campbell | Christina M. Moylan (admitted *pro hac vice*) |
| Christopher J. Campbell (admitted *pro hac vice*) | Assistant Attorney General |
| Assistant Attorney General | Chief, Consumer Protection Division |
| Office of the Oklahoma Attorney General | Office of the Maine Attorney General |
| 313 N.E. 21st Street | 6 State House Station |
| Oklahoma City, OK 73105 | Augusta, ME 04333-0006 |
| Telephone: (405) 522-0858 | Telephone: (207) 626-8800 |
| Email: Chris.Campbell@oag.ok.gov | Email: christina.moylan@maine.gov |
| *Counsel for Plaintiff State of Oklahoma* | *Counsel for Plaintiff State of Maine* |

STIPULATED MOTION & ORDER FOR LEAVE
TO FILE OVER-LENGTH BRIEF - 4
CASE NO. 2:23-cv-01495-JHC

*s/ Schonette Walker*
Schonette Walker (admitted *pro hac vice*)
Assistant Attorney General
Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6473
Email: swalker@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

*s/ Katherine W. Krems*
Katherine W. Krems (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: katherine.krems@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

*s/ Scott A. Mertens*
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

*s/ Zach Biesanz*
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

*s/ Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

*s/ Andrew Esoldi*
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

*s/ Anthony R. Juzaitis*
Anthony R. Juzaitis (admitted *pro hac vice*)
Deputy Attorney General, Civil Affairs
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 651-7565
Email: AJuzaitis@nmag.gov
*Counsel for Plaintiff State of New Mexico*

*s/ Zulma Carrasquillo Almena*
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Senior Attorney & Special Prosecutor
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

STIPULATED MOTION & ORDER FOR LEAVE
TO FILE OVER-LENGTH BRIEF - 5
CASE NO. 2:23-cv-01495-JHC

*s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L.J. Aceves*
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

*s/ Caitlin M. Madden*
Caitlin M. Madden (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: caitlin.madden@wisdoj.gov
*Counsel for Plaintiff State of Wisconsin*

STIPULATED MOTION & ORDER FOR LEAVE
TO FILE OVER-LENGTH BRIEF - 6
CASE NO. 2:23-cv-01495-JHC

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
　　　　molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
　　　　khodges@wc.com
　　　　jpitt@wc.com
　　　　cmetz@wc.com
　　　　cpruski@wc.com
　　　　ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
　　　　kmitchelltombras@cov.com

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED this 23rd day of January, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE