THE HONORABLE JOHN H. CHUN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

**CASE NO.: 2:23-cv-01495-JHC**

**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING SEALING ISSUES**

NOTE ON MOTION CALENDAR: January 26, 2026

On October 28, 2024, this Court entered an Order Regarding Sealing Issues, Dkt. #320, which provides a sealing mechanism by which the parties may provisionally submit documents under seal followed by a later omnibus motion to seal. The Order applied only to discovery motions filed on or before October 31, 2024. The Court has extended this Order with respect to certain motions in several instances. *See e.g.*, January 10, 2025 Order Extending Deadlines, Dkt. #396; October 28, 2024 Order Extending Deadlines, Dkt. #323; *see also* February 20, 2025 Order on Parties Stipulated Motion Regarding Sealing Issues, Dkt. #418; May 29, 2025 Order Granting Parties' [483] Stipulated Motion re Sealing Issues, Dkt. #485; Aug. 20, 2025 Order

granting the Parties' [518] Stipulated Motion Regarding Sealing of LCR 37 Joint Submission, Dkt. #519.

Plaintiffs intend to file two forthcoming motions: (1) seeking relief related to their claim of spoliation of evidence and (2) to compel the production of documents as to which Plaintiffs claim that Amazon has made unsupported privilege claims. Amazon intends to file briefs opposing Plaintiffs' respective motions. Amazon also intends to file a forthcoming motion to appoint a special master. Plaintiffs intend to file a brief opposing Amazon's motion. The parties agree that the sealing procedure above should apply. Accordingly, the parties, by and through their attorneys of record, hereby stipulate and agree, subject to the Court's approval, that the Court's October 28, 2024 Order regarding sealing issues shall apply separately to the Plaintiffs' forthcoming motions (1) seeking relief related to their claim of spoliation of evidence and (2) to compel the production of documents as to which Plaintiffs claim that Amazon has made unsupported privilege claims, as well as (3) Amazon's motion to appoint a special master; to the Parties' respective opposition briefs; and to the Parties' respective reply briefs.

Stipulated to and respectfully submitted this [#] day of January, 2026, by:

**FEDERAL TRADE COMMISSION**

*s/ Edward H. Takashima*
EDWARD H. TAKASHIMA (DC Bar # 1001641)
SHIRA A. STEINBERG (NY Reg. # 5695580)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:    (202) 326-2464 (Takashima)
Email: etakashima@ftc.gov
            ssteinberg1@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

1    *s/ Michael Jo*
     Michael Jo (admitted *pro hac vice*)
2    Assistant Attorney General, Antitrust Bureau
     Office of the New York State Attorney
3    General
     28 Liberty Street
4    New York, NY 10005
     Telephone: (212) 416-6537
5    Email: Michael.Jo@ag.ny.gov
     *Counsel for Plaintiff State of New York*

6

     *s/ Victoria Field*
7    Victoria Field (admitted *pro hac vice*)
     Assistant Attorney General
8    Office of the Attorney General of Connecticut
     165 Capitol Avenue
9    Hartford, CT 06016
     Telephone: (860) 808-5030
10   Email: Victoria.Field@ct.gov
     *Counsel for Plaintiff State of Connecticut*

11

12   *s/ Alexandra C. Sosnowski*
     Alexandra C. Sosnowski (admitted *pro hac
13   vice*)
     Senior Assistant Attorney General
14   Consumer Protection and Antitrust Bureau
     New Hampshire Department of Justice
15   Office of the Attorney General
     One Granite Place South
16   Concord, NH 03301
     Telephone: (603) 271-2678
17   Email: Alexandra.c.sosnowski@doj.nh.gov
     *Counsel for Plaintiff State of New Hampshire*

18

     *s/ Christopher J. Campbell*
19   Christopher J. Campbell (admitted *pro hac
     vice*)
20   Assistant Attorney General
     Office of the Oklahoma Attorney General
21   313 N.E. 21st Street
     Oklahoma City, OK 73105
22   Telephone: (405) 522-0858
     Email: Chris.Campbell@oag.ok.gov
23   *Counsel for Plaintiff State of Oklahoma*

24

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Attorney-in-Charge
Economic Justice Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.oregon.gov
*Counsel for Plaintiff State of Oregon*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of
Pennsylvania*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

1   *s/ Schonette Walker*                      *s/ Lucas J. Tucker*
    Schonette Walker (admitted *pro hac vice*)   Lucas J. Tucker (admitted *pro hac vice*)
2   Assistant Attorney General                 Senior Deputy Attorney General
    Chief, Antitrust Division                  Office of the Nevada Attorney General
3   Office of the Maryland Attorney General    100 N. Carson St.
    200 St. Paul Place                         Carson City, NV 89701
4   Baltimore, MD 21202                        Telephone: (775) 684-1100
    Telephone: (410) 576-6473                  Email: LTucker@ag.nv.gov
5   Email: swalker@oag.state.md.us             *Counsel for Plaintiff State of Nevada*
    *Counsel for Plaintiff State of Maryland*
6
    *s/ Katherine W. Krems*                     *s/ Andrew Esoldi*
7   Katherine W. Krems (admitted *pro hac vice*)   Andrew Esoldi (admitted *pro hac vice*)
    Assistant Attorney General, Antitrust Division   Deputy Attorney General
8   Office of the Massachusetts Attorney General   New Jersey Office of the Attorney General
    One Ashburton Place, 18th Floor            124 Halsey Street, 5th Floor
9   Boston, MA 02108                           Newark, NJ 07101
    Telephone: (617) 963-2189                  Telephone: (973) 648-7819
10  Email: katherine.krems@mass.gov            Email: andrew.esoldi@law.njoag.gov
    *Counsel for Plaintiff Commonwealth of*    *Counsel for Plaintiff State of New Jersey*
11  *Massachusetts*

12  *s/ Scott A. Mertens*                       *s/ Anthony R. Juzaitis*
    Scott A. Mertens (admitted *pro hac vice*)   Anthony R. Juzaitis (admitted *pro hac vice*)
13  Assistant Attorney General                 Deputy Attorney General, Civil Affairs
    Michigan Department of Attorney General    New Mexico Office of the Attorney General
14  525 West Ottawa Street                     408 Galisteo St.
    Lansing, MI 48933                          Santa Fe, NM 87501
15  Telephone: (517) 335-7622                  Telephone: (505) 651-7565
    Email: MertensS@michigan.gov               Email: AJuzaitis@nmag.gov
16  *Counsel for Plaintiff State of Michigan*   *Counsel for Plaintiff State of New Mexico*

17  *s/ Zach Biesanz*                           *s/ Zulma Carrasquillo Almena*
    Zach Biesanz (admitted *pro hac vice*)      Zulma Carrasquillo Almena (admitted *pro hac*
18  Senior Enforcement Counsel                 *vice*)
    Office of the Minnesota Attorney General   Senior Attorney & Special Prosecutor
19  445 Minnesota Street, Suite 1400           Puerto Rico Department of Justice
    Saint Paul, MN 55101                       P.O. Box 9020192
20  Telephone: (651) 757-1257                  San Juan, Puerto Rico 00902-0192
    Email: zach.biesanz@ag.state.mn.us         Telephone: (787) 721-2900, Ext. 1211
21  *Counsel for Plaintiff State of Minnesota*   Email: zcarrasquillo@justicia.pr.gov
                                               *Counsel for Plaintiff Commonwealth of Puerto*
22                                              *Rico*

23

24

1   *s/ Stephen N. Provazza*
    Stephen N. Provazza (admitted *pro hac vice*)
2   Special Assistant Attorney General
    Chief, Consumer and Economic Justice Unit
3   Department of the Attorney General
    150 South Main Street
4   Providence, RI 02903
    Telephone: (401) 274-4400
5   Email: sprovazza@riag.ri.gov
    *Counsel for Plaintiff State of Rhode Island*
6
    *s/ Sarah L.J. Aceves*
7   Sarah L.J. Aceves (admitted *pro hac vice*)
    Assistant Attorney General
8   Public Protection Division
    Vermont Attorney General's Office
9   109 State Street
    Montpelier, VT 05609
10  Telephone: (802) 828-3170
    Email: Sarah.Aceves@vermont.gov
11  *Counsel for Plaintiff State of Vermont*

12  *s/ Caitlin M. Madden*
    Caitlin M. Madden (admitted *pro hac vice*)
13  Assistant Attorney General
    Wisconsin Department of Justice
14  Post Office Box 7857
    Madison, WI 53707-7857
15  Telephone: (608) 267-1311
    Email: caitlin.madden@wisdoj.gov
16  *Counsel for Plaintiff State of Wisconsin*

17

18

19

20

21

22

23

24

STIPULATED MOTION AND [PROPOSED]
ORDER REGARDING SEALING ISSUES - 5
CASE NO. 2:23-cv-01495-JHC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/  Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
           molly.terwilliger@morganlewis.com


**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
           jschmidtlein@wc.com
           khodges@wc.com
           jpitt@wc.com
           cmetz@wc.com
           cpruski@wc.com
           ktrefz@wc.com


**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
           kmitchelltombras@cov.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

1

2
                            **[PROPOSED] ORDER**

3            IT IS SO ORDERED.

4            DATED this _____ day of _____, 2026.

5
                                              _____
6                                             JOHN H. CHUN
                                              UNITED STATES DISTRICT JUDGE
7      Presented By:

8      *s/ Edward H. Takashima*
       EDWARD H. TAKASHIMA (DC Bar # 1001641)
9      SHIRA A. STEINBERG (NY Reg. # 5695580)

10     Federal Trade Commission
       600 Pennsylvania Avenue, NW
11     Washington, DC 20580
       Tel.:   (202) 326-2464 (Takashima)
12     Email: etakashima@ftc.gov
                ssteinberg1@ftc.gov
13

14

15

16

17

18

19

20

21

22

23

24