# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING DEADLINES TO FILE CERTAIN DISCOVERY MOTIONS**<br><br>NOTE ON MOTION CALENDAR:<br>January 30, 2026 |

The Court's December 15, 2025 Order Regarding Scheduling includes a January 30, 2026 deadline to "file motions related to discovery." Dkt. #577 at 2. The parties have met and conferred, and are continuing to meet and confer, about disputes related to Plaintiffs' Requests for Production Nos. 350 and 402-406, Amazon's Requests for Production Nos. 72-73 and 75-84 to the FTC, Amazon's Requests for Production Nos. 73-82 to certain Plaintiff States, and Amazon's Interrogatory Nos. 3, 9, 13, and 16. The parties believe that a brief extension of the above-referenced deadline may allow the parties to resolve or narrow these disputes. Accordingly, the parties, by and through their respective attorneys of record, hereby stipulate and agree that:

1. The deadline for the parties to file a motion or serve the opening portion of an expedited joint motion pursuant to Local Civil Rule 37(a)(2) concerning any disputes regarding Plaintiffs' Requests for Production No. 350 or Amazon's Interrogatory Nos. 3, 9, 13, and 16 shall be February 13, 2026.

2. The deadline for the parties to file a motion or serve the opening portion of an expedited joint motion pursuant to Local Civil Rule 37(a)(2) concerning any disputes regarding Plaintiffs' Requests for Production Nos. 402-406, Amazon's Requests for Production Nos. 72-73 and 75-84 to the FTC, or Amazon's Requests for Production Nos. 73-82 to certain Plaintiff States shall be February 6, 2026.

3. The Court's October 28, 2024 Order Regarding Sealing Issues, Dkt. #320, shall apply to the motions above, including oppositions or replies to such motions.

Stipulated to and respectfully submitted this 30th day of January, 2026, by:

*s/ Edward H. Takashima*
EDWARD H. TAKASHIMA (DC Bar # 1001641)
SHIRA A. STEINBERG (NY Reg.# 5695580)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2464 (Takashima)
Email: etakashima@ftc.gov
           ssteinberg1@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Victoria Field*
Victoria Field (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Victoria.Field@ct.gov
*Counsel for Plaintiff State of Connecticut*

*s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac vice*)
Senior Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

*s/ Christopher J. Campbell*
Christopher J. Campbell (admitted *pro hac vice*)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
Telephone: (405) 522-0858
Email: Chris.Campbell@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Attorney-in-Charge
Economic Justice Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.oregon.gov
*Counsel for Plaintiff State of Oregon*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

STIPULATED MOTION AND
ORDER EXTENDING INTERIM DEADLINES - 3
CASE NO. 2:23-cv-01495-JHC

| | | |
|---|---|---|
| 1 | s/ Schonette Walker | s/ Lucas J. Tucker |
| | Schonette Walker (admitted *pro hac vice*) | Lucas J. Tucker (admitted *pro hac vice*) |
| 2 | Assistant Attorney General | Senior Deputy Attorney General |
| | Chief, Antitrust Division | Office of the Nevada Attorney General |
| 3 | Office of the Maryland Attorney General | 100 N. Carson St. |
| | 200 St. Paul Place | Carson City, NV 89701 |
| 4 | Baltimore, MD 21202 | Telephone: (775) 684-1100 |
| | Telephone: (410) 576-6473 | Email: LTucker@ag.nv.gov |
| 5 | Email: swalker@oag.state.md.us | *Counsel for Plaintiff State of Nevada* |
| | *Counsel for Plaintiff State of Maryland* | |
| 6 | | |
| | s/ Katherine W. Krems | s/ Andrew Esoldi |
| 7 | Katherine W. Krems (admitted *pro hac vice*) | Andrew Esoldi (admitted *pro hac vice*) |
| | Assistant Attorney General, Antitrust Division | Deputy Attorney General |
| 8 | Office of the Massachusetts Attorney General | New Jersey Office of the Attorney General |
| | One Ashburton Place, 18th Floor | 124 Halsey Street, 5th Floor |
| 9 | Boston, MA 02108 | Newark, NJ 07101 |
| | Telephone: (617) 963-2189 | Telephone: (973) 648-7819 |
| 10 | Email: katherine.krems@mass.gov | Email: andrew.esoldi@law.njoag.gov |
| | *Counsel for Plaintiff Commonwealth of Massachusetts* | *Counsel for Plaintiff State of New Jersey* |
| 11 | | |
| 12 | s/ Scott A. Mertens | s/ Anthony R. Juzaitis |
| | Scott A. Mertens (admitted *pro hac vice*) | Anthony R. Juzaitis (admitted *pro hac vice*) |
| 13 | Assistant Attorney General | Deputy Attorney General, Civil Affairs |
| | Michigan Department of Attorney General | New Mexico Office of the Attorney General |
| 14 | 525 West Ottawa Street | 408 Galisteo St. |
| | Lansing, MI 48933 | Santa Fe, NM 87501 |
| 15 | Telephone: (517) 335-7622 | Telephone: (505) 651-7565 |
| | Email: MertensS@michigan.gov | Email: AJuzaitis@nmag.gov |
| 16 | *Counsel for Plaintiff State of Michigan* | *Counsel for Plaintiff State of New Mexico* |
| 17 | s/ Zach Biesanz | s/ Zulma Carrasquillo Almena |
| | Zach Biesanz (admitted *pro hac vice*) | Zulma Carrasquillo Almena (admitted *pro hac vice*) |
| 18 | Senior Enforcement Counsel | Senior Attorney & Special Prosecutor |
| | Office of the Minnesota Attorney General | Puerto Rico Department of Justice |
| 19 | 445 Minnesota Street, Suite 1400 | P.O. Box 9020192 |
| | Saint Paul, MN 55101 | San Juan, Puerto Rico 00902-0192 |
| 20 | Telephone: (651) 757-1257 | Telephone: (787) 721-2900, Ext. 1211 |
| | Email: zach.biesanz@ag.state.mn.us | Email: zcarrasquillo@justicia.pr.gov |
| 21 | *Counsel for Plaintiff State of Minnesota* | *Counsel for Plaintiff Commonwealth of Puerto Rico* |
| 22 | | |
| 23 | | |
| 24 | | |

STIPULATED MOTION AND
ORDER EXTENDING INTERIM DEADLINES - 4
CASE NO. 2:23-cv-01495-JHC

*s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L.J. Aceves*
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

*s/ Caitlin M. Madden*
Caitlin M. Madden (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: caitlin.madden@wisdoj.gov
*Counsel for Plaintiff State of Wisconsin*

STIPULATED MOTION AND
ORDER EXTENDING INTERIM DEADLINES - 5
CASE NO. 2:23-cv-01495-JHC

|  |  |
|---|---|
| 1 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | By: *s/ Patty A. Eakes* |
|  | Patty A. Eakes, WSBA #18888 |
| 3 | Molly A. Terwilliger, WSBA #28449 |
|  | 1301 Second Avenue, Suite 2800 |
| 4 | Seattle, WA 98101 |
|  | Phone: (206) 274-6400 |
| 5 | Email: patti.eakes@morganlewis.com |
|  |         molly.terwilliger@morganlewis.com |
| 6 |  |
| 7 | **WILLIAMS & CONNOLLY LLP** |
| 8 | Heidi K. Hubbard (*pro hac vice*) |
|  | John E. Schmidtlein (*pro hac vice*) |
| 9 | Kevin M. Hodges (*pro hac vice*) |
|  | Jonathan B. Pitt (*pro hac vice*) |
| 10 | Carl R. Metz (*pro hac vice*) |
|  | Carol J. Pruski (*pro hac vice*) |
| 11 | Katherine Trefz (*pro hac vice*) |
|  | 680 Maine Avenue SW |
| 12 | Washington, DC 20024 |
|  | Phone: (202) 434-5000 |
| 13 | Email: hhubbard@wc.com |
|  |         khodges@wc.com |
| 14 |         jpitt@wc.com |
|  |         cmetz@wc.com |
| 15 |         cpruski@wc.com |
|  |         ktrefz@wc.com |
| 16 |  |
| 17 | **COVINGTON & BURLING LLP** |
| 18 | Thomas O. Barnett (*pro hac vice*) |
|  | Katherine Mitchell-Tombras (*pro hac vice*) |
| 19 | One CityCenter |
|  | 850 Tenth Street, NW |
| 20 | Washington, DC 20001-4956 |
|  | Phone: (202) 662-5407 |
| 21 | Email: tbarnett@cov.com |
|  |         kmitchelltombras@cov.com |
| 22 |  |
| 23 |  |
| 24 |  |

STIPULATED MOTION AND
ORDER EXTENDING INTERIM DEADLINES - 6
CASE NO. 2:23-cv-01495-JHC

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED this 30th day of January, 2026.

> JOHN H. CHUN
> UNITED STATES DISTRICT JUDGE