THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC<br><br>**DECLARATION OF AMANDA L. BUTLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS**<br><br>**FILED UNDER SEAL** |

I, Amanda L. Butler, declare as follows:

1. I am an attorney in the Federal Trade Commission's ("FTC") Bureau of Competition, and I represent the FTC in the above-captioned action. I am over eighteen years of age and am competent to testify to the matters set forth in this declaration. I make the following statements based on my personal knowledge.

2. I certify that Plaintiffs conferred in good faith with counsel for Amazon in an effort to resolve the parties' dispute without Court action, and have reached an impasse. Counsel for Plaintiffs have raised issues regarding Amazon's spoliation of evidence through correspondence, conferrals regarding related discovery requests, and a telephonic meet and confer concerning this motion. *See* Ex. 62. The parties met and conferred telephonically on

DECL. OF AMANDA L. BUTLER
ISO PLAINTIFFS' MOT. FOR
SPOLIATION SANCTIONS - 1
No. 2:23-cv-01495

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1  January 6, 2026 regarding related discovery requests. The participants included Shira Steinberg,
2  Brian Shiue, and myself for Plaintiffs and Katherine Trefz, Kristen DeWilde, Patrick Bradley,
3  and Alex Peerman for Amazon. The parties also met and conferred telephonically on January 20,
4  2026. The participants included Shira Steinberg, Lance McCaskey, and myself for Plaintiffs and
5  Katherine Trefz, Kristen DeWilde, and Kristen Knapp for Amazon.

6      3.    Attached as **Exhibit 1** is a true and correct copy of a letter from FTC counsel
7  Stephen Antonio to Amazon counsel Andrew DeVore sent on June 17, 2019. This document has
8  previously been filed as Dkt. #202-11.

9      4.    Attached as **Exhibit 2** is a true and correct copy of an excerpt from the August 21,
10 2024 deposition transcript of ▮▮▮▮▮▮, Amazon's designated witness under Rule 30(b)(6).

11     5.    Attached as **Exhibit 3** is a true and correct copy of a document produced by
12 Amazon bearing the Bates stamp AMZN-RTL-FTC-07159420.

13     6.    Attached as **Exhibit 4** is a true and correct copy of a document produced by
14 Amazon bearing the Bates stamp AMZN-RTL-FTC-07159455.

15     7.    Attached as **Exhibit 5** is a true and correct copy of a document produced by
16 Amazon bearing the Bates stamp AMZN-RTL-FTC-00068348.

17     8.    Attached as **Exhibit 6** is a true and correct copy of a document produced by
18 Amazon, and marked as Exhibit 8 in the deposition of ▮▮▮▮▮▮ taken on August 21, 2024.

19     9.    Attached as **Exhibit 7** is a true and correct copy of a document produced by
20 Amazon bearing the Bates stamp AMZN-RTL-FTC-00068304.

21     10.    Attached as **Exhibit 8** is a true and correct copy of a document produced by
22 Amazon bearing the Bates stamp AMZN-RTL-FTC-00068292.

23
24

DECL. OF AMANDA L. BUTLER
ISO PLAINTIFFS' MOT. FOR
SPOLIATION SANCTIONS - 2
No. 2:23-cv-01495

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

11. Attached as **Exhibit 9** is a true and correct copy of a document produced by Amazon, and marked as Exhibit 3 in the deposition of ▮▮▮▮▮▮▮▮ taken on August 21, 2024.

12. Attached as **Exhibit 10** is a true and correct copy of a document produced by Amazon bearing the Bates stamp Amazon-FTC-CID_10294467.

13. Attached as **Exhibit 11** is a true and correct copy of an excerpt from the May 16, 2025 deposition transcript of ▮▮▮▮▮▮▮▮.

14. Attached as **Exhibit 12** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-11054761.

15. Attached as **Exhibit 13** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-09491766.

16. Attached as **Exhibit 14** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-08055413.

17. Attached as **Exhibit 15** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-12381988.

18. Attached as **Exhibit 16** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-14063464,.

19. Attached as **Exhibit 17** is a true and correct copy of an excerpt from the September 30, 2025 deposition transcript of ▮▮▮▮▮▮ on September 30, 2025.

20. Attached as **Exhibit 18** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-02783583.

21. Attached as **Exhibit 19** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-02728694.

DECL. OF AMANDA L. BUTLER  
ISO PLAINTIFFS' MOT. FOR  
SPOLIATION SANCTIONS - 3  
No. 2:23-cv-01495

FEDERAL TRADE COMMISSION  
600 Pennsylvania Avenue, NW  
Washington, DC 20580  
(202) 326-2222

22. Attached as **Exhibit 20** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-11162914.

23. Attached as **Exhibit 21** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-10820801.

24. Attached as **Exhibit 22** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-11146899.

25. Attached as **Exhibit 23** is a true and correct copy of Defendant Amazon.com, Inc's Objections and Responses to Plaintiffs' Fourth Set of Interrogatories, served on October 22, 2025.

26. Attached as **Exhibit 24** is a true and correct copy of a letter from Amazon counsel Beth Wilkinson to FTC counsel David Schwartz, received on August 31, 2022. This document has previously been filed as Dkt. #250-1.

27. Attached as **Exhibit 25** is a true and correct copy of a letter from Amazon Counsel Beth Wilkinson to FTC counsel David Schwartz, received on August 31, 2022. This document has previously been filed as Dkt. #250-6.

28. Attached as **Exhibit 26** is a true and correct copy of a webpage titled "SIGNAL SUPPORT," https://support.signal.org/hc/en-us/articles/360007320771-Set-and-manage-disappearing-messages, downloaded from the Internet on January 10, 2026.

29. Attached as **Exhibit 27** is a true and correct copy of a webpage titled "About Disappearing Messages," WhatsApp, https://faq.whatsapp.com/673193694148537, downloaded from the Internet on January 26, 2026.

30. Attached as **Exhibit 28** is a true and correct copy of a document produced by Amazon, and marked as Exhibit 5 in the deposition of Robert Keeling taken on August 21, 2024.

DECL. OF AMANDA L. BUTLER
ISO PLAINTIFFS' MOT. FOR
SPOLIATION SANCTIONS - 4
No. 2:23-cv-01495

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

31. Attached as **Exhibit 29** is a true and correct copy of an excerpt from the May 21, 2025 deposition transcript of ███████.

32. Attached as **Exhibit 30** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-14159169.

33. Attached as **Exhibit 31** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-14159170.

34. Attached as **Exhibit 32** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-14159172.

35. Attached as **Exhibit 33** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-14159302.

36. Attached as **Exhibit 34** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-00019839.

37. Attached as **Exhibit 35** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-01637906.

38. Attached as **Exhibit 36** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-00019808.

39. Attached as **Exhibit 37** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-00019809.

40. Attached as **Exhibit 38** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-10914192.

41. Attached as **Exhibit 39** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-14159298.

DECL. OF AMANDA L. BUTLER
ISO PLAINTIFFS' MOT. FOR
SPOLIATION SANCTIONS - 5
No. 2:23-cv-01495

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

42. Attached as **Exhibit 40** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-14159167.

43. Attached as **Exhibit 41** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-14159168.

44. Attached as **Exhibit 42** is a true and correct copy of a letter from Amazon Counsel Beth Wilkinson to FTC counsel David Schwartz received on August 31, 2022. This document has previously been filed as Dkt. 250-3.

45. Attached as **Exhibit 43** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-00019950.

46. Attached as **Exhibit 44** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-00020073.

47. Attached as **Exhibit 45** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-14514581.

48. Attached as **Exhibit 46** is a true and correct copy of an excerpt from the September 13, 2022 investigational hearing transcript of ▮▮▮▮▮▮▮.

49. Attached as **Exhibit 47** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-09750617.

50. Attached as **Exhibit 48** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-08641261.

51. Attached as **Exhibit 49** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-11464817.

52. Attached as **Exhibit 50** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-14043520.

DECL. OF AMANDA L. BUTLER
ISO PLAINTIFFS' MOT. FOR
SPOLIATION SANCTIONS - 6
No. 2:23-cv-01495

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

53. Attached as **Exhibit 51** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-14159510.

54. Attached as **Exhibit 52** is a true and correct copy of an excerpt from the October 7, 2022 investigational hearing transcript of ▆▆▆▆▆▆, Amazon's designated witness under Rule 2.7(h).

55. Attached as **Exhibit 53** is a true and correct copy of an excerpt from the August 21, 2025 deposition transcript of ▆▆▆▆▆.

56. Attached as **Exhibit 54** is a true and correct copy of a letter from FTC counsel Shira Steinberg to Amazon counsel Katie Trefz sent on December 22, 2025.

57. Attached as **Exhibit 55** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-11142097.

58. Attached as **Exhibit 56** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-01369321.

59. Attached as **Exhibit 57** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-11481336.

60. Attached as **Exhibit 58** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-13927015.

61. Attached as **Exhibit 59** is a true and correct copy of a document produced by Amazon bearing the Bates stamp Amazon-FTC-CID_10100838.

62. Attached as **Exhibit 60** is a true and correct copy of an excerpt of August 27, 2025 deposition transcript of ▆▆▆▆▆.

63. Attached as **Exhibit 61** is a true and correct copy of a document produced by Amazon bearing the Bates stamp Amazon-FTC-CID_09664612.

DECL. OF AMANDA L. BUTLER
ISO PLAINTIFFS' MOT. FOR
SPOLIATION SANCTIONS - 7
No. 2:23-cv-01495

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

64. Attached as **Exhibit 62** is a true and correct copy of email correspondence between Shira Steinberg, counsel for Plaintiffs, and Katherine Trefz and Kristen DeWilde, counsels for Amazon, dated January 12, 2026 through January 22, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2026, in Washington, D.C.

                                                *s/ Amanda L. Butler*
                                                Amanda L. Butler

DECL. OF AMANDA L. BUTLER
ISO PLAINTIFFS' MOT. FOR
SPOLIATION SANCTIONS - 8
No. 2:23-cv-01495

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222