# Exhibit 55

## FILED UNDER SEAL