# Exhibit 65

## FILED UNDER SEAL