# Exhibit 66

## FILED UNDER SEAL