# Exhibit 67

## FILED UNDER SEAL