# Exhibit 68

## FILED UNDER SEAL