THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR STAY IN LIGHT OF LAPSE OF APPROPRIATIONS** |

This matter came before the Court on Plaintiff Federal Trade Commission's ("FTC") motion for a stay of proceedings in the above-captioned case during the present lapse of appropriations for the FTC (the "Motion"). The Court has carefully considered the Motion. Being fully advised, the Court now ORDERS and ADJUDGES that:

1. The FTC's Motion is GRANTED.

2. Proceedings in this action are hereby stayed until Congress appropriates funds permitting the FTC to resume normal operations, with the exception of depositions that are currently scheduled and coordinated between this case and Coordinated Actions under the Deposition Coordination Protocol and Order, Dkt.

[PROPOSED] ORDER GRANTING
FTC'S MOTION FOR STAY - 1
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1  #337.

2     3.     The FTC is ORDERED to notify Amazon, the Plaintiff States, the Court, and plaintiffs in Coordinated Actions promptly after Congress has appropriated funds permitting the FTC to resume normal operations.

    4.     Plaintiffs and Amazon are ORDERED to meet and confer as soon as practicable after the FTC resumes normal operations regarding appropriate new deadlines based on the duration of the lapse in appropriations and to provide the Court with a proposal for a revised schedule in this case.

IT IS SO ORDERED.

Dated: this ____ day of _____, 2026

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Edward H. Takashima*
EDWARD H. TAKASHIMA (DC Bar # 1001641)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2464
Email: etakashima@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*

[PROPOSED] ORDER GRANTING
FTC'S MOTION FOR STAY - 2
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222