THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> **NOTICE REGARDING STAY IN LIGHT OF LAPSE OF APPROPRIATIONS** |

FTC'S NOTICE RE: STAY IN LIGHT OF
LAPSE OF APPROPRIATIONS
CASE NO. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1  Pursuant to the Court's February 2, 2026 Order (Dkt. #614), Plaintiff Federal Trade
2  Commission ("FTC") hereby notifies the Court that Congress has appropriated funds permitting
3  the FTC to resume normal operations. Plaintiffs will meet and confer with Amazon regarding
4  any new deadlines based on the duration of the lapse in appropriations.

6  Dated: February 3, 2026              Respectfully submitted,

7                                        *s/ Edward H. Takashima*
                                         EDWARD H. TAKASHIMA (DC Bar # 1001641)
8                                        Federal Trade Commission
                                         600 Pennsylvania Avenue, NW
9                                        Washington, DC 20580
                                         Tel.:   (202) 326-2464
10                                       Email: etakashima@ftc.gov

11                                       *Attorney for Plaintiff Federal Trade Commission*