# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> **STIPULATED MOTION AND ORDER REGARDING MOTION DEADLINES** <br><br> NOTE ON MOTION CALENDAR: <br> February 5, 2026 |

The Court's February 2, 2026 Order (Dkt. #614) directed the parties to meet and confer as soon as practicable after the FTC resumes normal operations regarding appropriate new deadlines based on the duration of the lapse in appropriations and to provide the Court with a proposal for a revised schedule in this case. Having met and conferred, the parties have agreed to extend the following motion deadline, subject to the Court's approval.

1. The deadline for Amazon to file a motion or serve the opening portion of an expedited joint motion pursuant to Local Civil Rule 37(a)(2) concerning any disputes regarding Amazon's Interrogatory Nos. 3, 9, 13, and 16 shall be February 17, 2026.

The parties have also met and conferred regarding certain other motion deadlines, and have agreed to the following, subject to the Court's approval:

1. The deadline for the parties to file a motion or serve the opening portion of an expedited joint motion pursuant to Local Civil Rule 37(a)(2) concerning any disputes regarding Plaintiffs' Requests for Production Nos. 402-406, Amazon's Requests for Production Nos. 72-73 and 75-84 to the FTC, or Amazon's Requests for Production Nos. 73-82 to certain Plaintiff States shall be February 27, 2026.

2. Amazon's deadline to file oppositions to Plaintiffs' Motion for Spoliation Sanctions (Dkt. #598) and Plaintiffs' Motion to Compel the Production of Documents Concerning Amazon's Manipulation of Evidence (Dkt. #604) shall be March 3, 2026.

3. Plaintiffs' deadline to file reply briefs in support of Plaintiffs' Motion for Spoliation Sanctions (Dkt. #598) and Plaintiffs' Motion to Compel the Production of Documents Concerning Amazon's Manipulation of Evidence (Dkt. #604) shall be March 17, 2026.

The parties, by and through their respective attorneys of record, hereby request that the Court order the deadlines above.

1 | Stipulated to and respectfully submitted this 5th day of February, 2026, by:

*s/ Edward H. Takashima*
EDWARD H. TAKASHIMA (DC Bar # 1001641)
SHIRA A. STEINBERG (NY Reg.# 5695580)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:    (202) 326-2464 (Takashima)
Email: etakashima@ftc.gov
            ssteinberg1@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Victoria Field*
Victoria Field (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Victoria.Field@ct.gov
*Counsel for Plaintiff State of Connecticut*

*s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac vice*)
Senior Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

*s/ Christopher J. Campbell*
Christopher J. Campbell (admitted *pro hac vice*)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st Street

STIPULATED MOTION AND ORDER REGARDING MOTION
DEADLINES - 4
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| Oklahoma City, OK 73105<br>Telephone: (405) 522-0858<br>Email: Chris.Campbell@oag.ok.gov<br>*Counsel for Plaintiff State of Oklahoma* | Email: christina.moylan@maine.gov<br>*Counsel for Plaintiff State of Maine* |
| *s/ Timothy D. Smith*<br>Timothy D. Smith, WSBA No. 44583<br>Attorney-in-Charge<br>Economic Justice Section<br>Oregon Department of Justice<br>100 SW Market St<br>Portland, OR 97201<br>Telephone: (503) 934-4400<br>Email: tim.smith@doj.oregon.gov<br>*Counsel for Plaintiff State of Oregon* | *s/ Schonette Walker*<br>Schonette Walker (admitted *pro hac vice*)<br>Assistant Attorney General<br>Chief, Antitrust Division<br>Office of the Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Telephone: (410) 576-6473<br>Email: swalker@oag.state.md.us<br>*Counsel for Plaintiff State of Maryland* |
| *s/ Jennifer A. Thomson*<br>Jennifer A. Thomson (admitted *pro hac vice*)<br>Senior Deputy Attorney General<br>Pennsylvania Office of Attorney General<br>Strawberry Square, 14th Floor<br>Harrisburg, PA 17120<br>Telephone: (717) 787-4530<br>Email: jthomson@attorneygeneral.gov<br>*Counsel for Plaintiff Commonwealth of Pennsylvania* | *s/ Katherine W. Krems*<br>Katherine W. Krems (admitted *pro hac vice*)<br>Assistant Attorney General, Antitrust Division<br>Office of the Massachusetts Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Telephone: (617) 963-2189<br>Email: katherine.krems@mass.gov<br>*Counsel for Plaintiff Commonwealth of Massachusetts* |
| *s/ Michael A. Undorf*<br>Michael A. Undorf (admitted *pro hac vice*)<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French St., 5th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 683-8816<br>Email: michael.undorf@delaware.gov<br>*Counsel for Plaintiff State of Delaware* | *s/ Scott A. Mertens*<br>Scott A. Mertens (admitted *pro hac vice*)<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>525 West Ottawa Street<br>Lansing, MI 48933<br>Telephone: (517) 335-7622<br>Email: MertensS@michigan.gov<br>*Counsel for Plaintiff State of Michigan* |
| *s/ Christina M. Moylan*<br>Christina M. Moylan (admitted *pro hac vice*)<br>Assistant Attorney General<br>Chief, Consumer Protection Division<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>Telephone: (207) 626-8800 | *s/ Zach Biesanz*<br>Zach Biesanz (admitted *pro hac vice*)<br>Senior Enforcement Counsel<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>Saint Paul, MN 55101<br>Telephone: (651) 757-1257<br>Email: zach.biesanz@ag.state.mn.us |

STIPULATED MOTION AND ORDER REGARDING MOTION
DEADLINES - 5
CASE NO. 2:23-cv-01495-JHC

*Counsel for Plaintiff State of Minnesota*

*s/ Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

*s/ Andrew Esoldi*
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

*s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L.J. Aceves*
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov

*s/ Anthony R. Juzaitis*
Anthony R. Juzaitis (admitted *pro hac vice*)
Deputy Attorney General, Civil Affairs
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 651-7565
Email: AJuzaitis@nmag.gov
*Counsel for Plaintiff State of New Mexico*

*s/ Zulma Carrasquillo Almena*
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Senior Attorney & Special Prosecutor
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

*Counsel for Plaintiff State of Vermont*

*s/ Caitlin M. Madden*
Caitlin M. Madden (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: caitlin.madden@wisdoj.gov
*Counsel for Plaintiff State of Wisconsin*

STIPULATED MOTION AND ORDER REGARDING MOTION
DEADLINES - 6
CASE NO. 2:23-cv-01495-JHC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
       molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)

Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
       khodges@wc.com
       jpitt@wc.com
       cmetz@wc.com
       cpruski@wc.com
       ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
       kmitchelltombras@cov.com

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED this 5th day of February, 2026.

                                                JOHN H. CHUN
                                                UNITED STATES DISTRICT JUDGE