# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | CASE NO.: 2:23-cv-01495-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING MOTION DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>February 11, 2026 |

The parties have met and conferred regarding briefing deadlines for Amazon's Motion to Appoint a Special Master (Dkt. #618), and have agreed to the following, subject to the Court's approval:

1. Plaintiffs' deadline to file an opposition to Amazon's Motion to Appoint a Special Master shall be March 3, 2026.

2. Amazon's deadline to file a reply brief in support of its Motion to Appoint a Special Master shall be March 10, 2026.

The parties, by and through their respective attorneys of record, hereby request that the Court order the deadlines above.

Stipulated to and respectfully submitted this 11th day of February, 2026, by:

*s/ Shira A. Steinberg*
EDWARD H. TAKASHIMA (DC Bar # 1001641)
SHIRA A. STEINBERG (NY Reg.# 5695580)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2464 (Takashima)
Email: etakashima@ftc.gov
         ssteinberg1@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND ORDER REGARDING MOTION
DEADLINES - 2
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| *s/ Michael Jo* | *s/ Timothy D. Smith* |
| Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Assistant Attorney General, Antitrust Bureau | Attorney-in-Charge |
| Office of the New York State Attorney General | Economic Justice Section |
| | Oregon Department of Justice |
| 28 Liberty Street | 100 SW Market St |
| New York, NY 10005 | Portland, OR 97201 |
| Telephone: (212) 416-6537 | Telephone: (503) 934-4400 |
| Email: Michael.Jo@ag.ny.gov | Email: tim.smith@doj.oregon.gov |
| *Counsel for Plaintiff State of New York* | *Counsel for Plaintiff State of Oregon* |
| | |
| *s/ Victoria Field* | *s/ Jennifer A. Thomson* |
| Victoria Field (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Office of the Attorney General of Connecticut | Pennsylvania Office of Attorney General |
| 165 Capitol Avenue | Strawberry Square, 14th Floor |
| Hartford, CT 06016 | Harrisburg, PA 17120 |
| Telephone: (860) 808-5030 | Telephone: (717) 787-4530 |
| Email: Victoria.Field@ct.gov | Email: jthomson@attorneygeneral.gov |
| *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| | |
| *s/ Alexandra C. Sosnowski* | *s/ Michael A. Undorf* |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | Michael A. Undorf (admitted *pro hac vice*) |
| Senior Assistant Attorney General | Deputy Attorney General |
| Consumer Protection and Antitrust Bureau | Delaware Department of Justice |
| New Hampshire Department of Justice | 820 N. French St., 5th Floor |
| Office of the Attorney General | Wilmington, DE 19801 |
| One Granite Place South | Telephone: (302) 683-8816 |
| Concord, NH 03301 | Email: michael.undorf@delaware.gov |
| Telephone: (603) 271-2678 | *Counsel for Plaintiff State of Delaware* |
| Email: Alexandra.c.sosnowski@doj.nh.gov | |
| *Counsel for Plaintiff State of New Hampshire* | *s/ Christina M. Moylan* |
| | Christina M. Moylan (admitted *pro hac vice*) |
| *s/ Christopher J. Campbell* | Assistant Attorney General |
| Christopher J. Campbell (admitted *pro hac vice*) | Chief, Consumer Protection Division |
| Assistant Attorney General | Office of the Maine Attorney General |
| Office of the Oklahoma Attorney General | 6 State House Station |
| 313 N.E. 21st Street | Augusta, ME 04333-0006 |
| Oklahoma City, OK 73105 | Telephone: (207) 626-8800 |
| Telephone: (405) 522-0858 | Email: christina.moylan@maine.gov |
| Email: Chris.Campbell@oag.ok.gov | *Counsel for Plaintiff State of Maine* |
| *Counsel for Plaintiff State of Oklahoma* | |

STIPULATED MOTION AND ORDER REGARDING MOTION
DEADLINES - 3
CASE NO. 2:23-cv-01495-JHC

s/ Schonette Walker
Schonette Walker (admitted *pro hac vice*)
Assistant Attorney General
Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6473
Email: swalker@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

s/ Katherine W. Krems
Katherine W. Krems (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: katherine.krems@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

s/ Scott A. Mertens
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

s/ Zach Biesanz
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

s/ Lucas J. Tucker
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

s/ Andrew Esoldi
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

s/ Anthony R. Juzaitis
Anthony R. Juzaitis (admitted *pro hac vice*)
Deputy Attorney General, Civil Affairs
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 651-7565
Email: AJuzaitis@nmag.gov
*Counsel for Plaintiff State of New Mexico*

s/ Zulma Carrasquillo Almena
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Senior Attorney & Special Prosecutor
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

1 | *s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L.J. Aceves*
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

*s/ Caitlin M. Madden*
Caitlin M. Madden (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: caitlin.madden@wisdoj.gov
*Counsel for Plaintiff State of Wisconsin*

STIPULATED MOTION AND ORDER REGARDING MOTION
DEADLINES - 5
CASE NO. 2:23-cv-01495-JHC

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
  molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
  khodges@wc.com
  jpitt@wc.com
  cmetz@wc.com
  cpruski@wc.com
  ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
  kmitchelltombras@cov.com

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED this 11th day of February, 2026.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE