# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01495-JHC <br><br> STIPULATED MOTION AND ORDER REGARDING DEADLINES TO FILE CERTAIN DISCOVERY MOTIONS <br><br> NOTE ON MOTION CALENDAR: February 13, 2026 |

The Court's January 30, 2026 Order granting the parties' stipulated motion (Dkt. #597) provides that the deadline for Plaintiffs to file a motion regarding disputes regarding Plaintiffs' Request for Production No. 350 shall be February 13, 2026.

The parties are continuing to meet and confer, and believe that a brief extension of the above-referenced deadline may allow the parties to resolve or narrow this dispute. Accordingly, the parties, by and through their respective attorneys of record, hereby stipulate and agree, subject to the Court's approval, that the deadline for Plaintiffs to file a motion or serve the opening portion of an expedited joint motion pursuant to Local Civil Rule 37(a)(2) concerning any disputes regarding Plaintiffs' Requests for Production No. 350 shall be February 27, 2026.

STIPULATED MOTION AND
ORDER REGARDING DEADLINES TO FILE CERTAIN
DISCOVERY MOTIONS - 1
CASE NO. 2:23-cv-01495-JHC

1  The parties request that the Court order the deadline above.

2  Stipulated to and respectfully submitted this 13th day of February, 2026, by:

3

4  *s/ Shira A. Steinberg*
   EDWARD H. TAKASHIMA (DC Bar # 1001641)
   SHIRA A. STEINBERG (NY Reg. # 5695580)
5  Federal Trade Commission
   600 Pennsylvania Avenue, NW
6  Washington, DC 20580
   Tel.:   (202) 326-2464 (Takashima)
7  Email: etakashima@ftc.gov
              ssteinberg1@ftc.gov
8
   *Attorneys for Plaintiff Federal Trade Commission*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND
ORDER REGARDING DEADLINES TO FILE CERTAIN
DISCOVERY MOTIONS - 2
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| *s/ Michael Jo* | *s/ Timothy D. Smith* |
| Michael Jo (admitted *pro hac vice*) | Timothy D. Smith, WSBA No. 44583 |
| Assistant Attorney General, Antitrust Bureau | Attorney-in-Charge |
| Office of the New York State Attorney General | Economic Justice Section |
| 28 Liberty Street | Oregon Department of Justice |
| New York, NY 10005 | 100 SW Market St |
| Telephone: (212) 416-6537 | Portland, OR 97201 |
| Email: Michael.Jo@ag.ny.gov | Telephone: (503) 934-4400 |
| *Counsel for Plaintiff State of New York* | Email: tim.smith@doj.oregon.gov |
| | *Counsel for Plaintiff State of Oregon* |
| *s/ Victoria Field* | *s/ Jennifer A. Thomson* |
| Victoria Field (admitted *pro hac vice*) | Jennifer A. Thomson (admitted *pro hac vice*) |
| Assistant Attorney General | Senior Deputy Attorney General |
| Office of the Attorney General of Connecticut | Pennsylvania Office of Attorney General |
| 165 Capitol Avenue | Strawberry Square, 14th Floor |
| Hartford, CT 06016 | Harrisburg, PA 17120 |
| Telephone: (860) 808-5030 | Telephone: (717) 787-4530 |
| Email: Victoria.Field@ct.gov | Email: jthomson@attorneygeneral.gov |
| *Counsel for Plaintiff State of Connecticut* | *Counsel for Plaintiff Commonwealth of Pennsylvania* |
| *s/ Alexandra C. Sosnowski* | *s/ Michael A. Undorf* |
| Alexandra C. Sosnowski (admitted *pro hac vice*) | Michael A. Undorf (admitted *pro hac vice*) |
| Senior Assistant Attorney General | Deputy Attorney General |
| Consumer Protection and Antitrust Bureau | Delaware Department of Justice |
| New Hampshire Department of Justice | 820 N. French St., 5th Floor |
| Office of the Attorney General | Wilmington, DE 19801 |
| One Granite Place South | Telephone: (302) 683-8816 |
| Concord, NH 03301 | Email: michael.undorf@delaware.gov |
| Telephone: (603) 271-2678 | *Counsel for Plaintiff State of Delaware* |
| Email: Alexandra.c.sosnowski@doj.nh.gov | |
| *Counsel for Plaintiff State of New Hampshire* | |
| *s/ Christopher J. Campbell* | *s/ Christina M. Moylan* |
| Christopher J. Campbell (admitted *pro hac vice*) | Christina M. Moylan (admitted *pro hac vice*) |
| Assistant Attorney General | Assistant Attorney General |
| Office of the Oklahoma Attorney General | Chief, Consumer Protection Division |
| 313 N.E. 21st Street | Office of the Maine Attorney General |
| Oklahoma City, OK 73105 | 6 State House Station |
| Telephone: (405) 522-0858 | Augusta, ME 04333-0006 |
| Email: Chris.Campbell@oag.ok.gov | Telephone: (207) 626-8800 |
| *Counsel for Plaintiff State of Oklahoma* | Email: christina.moylan@maine.gov |
| | *Counsel for Plaintiff State of Maine* |

| | | |
|---|---|---|
| 1 | s/ Schonette Walker | s/ Lucas J. Tucker |
| | Schonette Walker (admitted *pro hac vice*) | Lucas J. Tucker (admitted *pro hac vice*) |
| 2 | Assistant Attorney General | Senior Deputy Attorney General |
| | Chief, Antitrust Division | Office of the Nevada Attorney General |
| 3 | Office of the Maryland Attorney General | 100 N. Carson St. |
| | 200 St. Paul Place | Carson City, NV 89701 |
| 4 | Baltimore, MD 21202 | Telephone: (775) 684-1100 |
| | Telephone: (410) 576-6473 | Email: LTucker@ag.nv.gov |
| 5 | Email: swalker@oag.state.md.us | *Counsel for Plaintiff State of Nevada* |
| | *Counsel for Plaintiff State of Maryland* | |
| 6 | | |
| | s/ Katherine W. Krems | s/ Andrew Esoldi |
| 7 | Katherine W. Krems (admitted *pro hac vice*) | Andrew Esoldi (admitted *pro hac vice*) |
| | Assistant Attorney General, Antitrust Division | Deputy Attorney General |
| 8 | Office of the Massachusetts Attorney General | New Jersey Office of the Attorney General |
| | One Ashburton Place, 18th Floor | 124 Halsey Street, 5th Floor |
| 9 | Boston, MA 02108 | Newark, NJ 07101 |
| | Telephone: (617) 963-2189 | Telephone: (973) 648-7819 |
| 10 | Email: katherine.krems@mass.gov | Email: andrew.esoldi@law.njoag.gov |
| | *Counsel for Plaintiff Commonwealth of* | *Counsel for Plaintiff State of New Jersey* |
| 11 | *Massachusetts* | |
| 12 | s/ Scott A. Mertens | s/ Anthony R. Juzaitis |
| | Scott A. Mertens (admitted *pro hac vice*) | Anthony R. Juzaitis (admitted *pro hac vice*) |
| 13 | Assistant Attorney General | Deputy Attorney General, Civil Affairs |
| | Michigan Department of Attorney General | New Mexico Office of the Attorney General |
| 14 | 525 West Ottawa Street | 408 Galisteo St. |
| | Lansing, MI 48933 | Santa Fe, NM 87501 |
| 15 | Telephone: (517) 335-7622 | Telephone: (505) 651-7565 |
| | Email: MertensS@michigan.gov | Email: AJuzaitis@nmag.gov |
| 16 | *Counsel for Plaintiff State of Michigan* | *Counsel for Plaintiff State of New Mexico* |
| 17 | s/ Zach Biesanz | s/ Zulma Carrasquillo Almena |
| | Zach Biesanz (admitted *pro hac vice*) | Zulma Carrasquillo Almena (admitted *pro hac vice*) |
| 18 | Senior Enforcement Counsel | |
| | Office of the Minnesota Attorney General | Senior Attorney & Special Prosecutor |
| 19 | 445 Minnesota Street, Suite 1400 | Puerto Rico Department of Justice |
| | Saint Paul, MN 55101 | P.O. Box 9020192 |
| 20 | Telephone: (651) 757-1257 | San Juan, Puerto Rico 00902-0192 |
| | Email: zach.biesanz@ag.state.mn.us | Telephone: (787) 721-2900, Ext. 1211 |
| 21 | *Counsel for Plaintiff State of Minnesota* | Email: zcarrasquillo@justicia.pr.gov |
| | | *Counsel for Plaintiff Commonwealth of Puerto Rico* |
| 22 | | |
| 23 | | |
| 24 | | |

STIPULATED MOTION AND
ORDER REGARDING DEADLINES TO FILE CERTAIN
DISCOVERY MOTIONS – 4
CASE NO. 2:23-cv-01495-JHC

1   *s/ Stephen N. Provazza*
    Stephen N. Provazza (admitted *pro hac vice*)
2   Special Assistant Attorney General
    Chief, Consumer and Economic Justice Unit
3   Department of the Attorney General
    150 South Main Street
4   Providence, RI 02903
    Telephone: (401) 274-4400
5   Email: sprovazza@riag.ri.gov
    *Counsel for Plaintiff State of Rhode Island*
6
    *s/ Sarah L.J. Aceves*
7   Sarah L.J. Aceves (admitted *pro hac vice*)
    Assistant Attorney General
8   Public Protection Division
    Vermont Attorney General's Office
9   109 State Street
    Montpelier, VT 05609
10  Telephone: (802) 828-3170
    Email: Sarah.Aceves@vermont.gov
11  *Counsel for Plaintiff State of Vermont*

12  *s/ Caitlin M. Madden*
    Caitlin M. Madden (admitted *pro hac vice*)
13  Assistant Attorney General
    Wisconsin Department of Justice
14  Post Office Box 7857
    Madison, WI 53707-7857
15  Telephone: (608) 267-1311
    Email: caitlin.madden@wisdoj.gov
16  *Counsel for Plaintiff State of Wisconsin*

STIPULATED MOTION AND
ORDER REGARDING DEADLINES TO FILE CERTAIN
DISCOVERY MOTIONS – 5
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| 1 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | By: s/ *Patty A. Eakes* |
|   | Patty A. Eakes, WSBA #18888 |
| 3 | Molly A. Terwilliger, WSBA #28449 |
|   | 1301 Second Avenue, Suite 2800 |
| 4 | Seattle, WA 98101 |
|   | Phone: (206) 274-6400 |
| 5 | Email: patti.eakes@morganlewis.com |
|   |         molly.terwilliger@morganlewis.com |
| 6 | |
| 7 | **WILLIAMS & CONNOLLY LLP** |
| 8 | Heidi K. Hubbard (*pro hac vice*) |
|   | John E. Schmidtlein (*pro hac vice*) |
| 9 | Kevin M. Hodges (*pro hac vice*) |
|   | Jonathan B. Pitt (*pro hac vice*) |
| 10 | Carl R. Metz (*pro hac vice*) |
|    | Carol J. Pruski (*pro hac vice*) |
| 11 | Katherine Trefz (*pro hac vice*) |
|    | 680 Maine Avenue SW |
| 12 | Washington, DC 20024 |
|    | Phone: (202) 434-5000 |
| 13 | Email: hhubbard@wc.com |
|    |         khodges@wc.com |
| 14 |         jpitt@wc.com |
|    |         cmetz@wc.com |
| 15 |         cpruski@wc.com |
|    |         ktrefz@wc.com |
| 16 | |
| 17 | **COVINGTON & BURLING LLP** |
| 18 | Thomas O. Barnett (*pro hac vice*) |
|    | Katherine Mitchell-Tombras (*pro hac vice*) |
| 19 | One CityCenter |
|    | 850 Tenth Street, NW |
| 20 | Washington, DC 20001-4956 |
|    | Phone: (202) 662-5407 |
| 21 | Email: tbarnett@cov.com |
|    |         kmitchelltombras@cov.com |
| 22 | |
| 23 | |
| 24 | |

STIPULATED MOTION AND
ORDER REGARDING DEADLINES TO FILE CERTAIN
DISCOVERY MOTIONS – 6
CASE NO. 2:23-cv-01495-JHC

|   |   |
|---|---|
| 1 | **WILKINSON STEKLOFF LLP** |
| 2 | Kosta S. Stojilkovic (*pro hac vice*) |
| 3 | 2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Phone: (202) 847-4045 |
| 4 | Email: kstojilkovic@wilkinsonstekloff.com |
| 5 | *Attorneys for Defendant Amazon.com, Inc.* |

STIPULATED MOTION AND
ORDER REGARDING DEADLINES TO FILE CERTAIN
DISCOVERY MOTIONS – 7
CASE NO. 2:23-cv-01495-JHC

**ORDER**

IT IS SO ORDERED.

DATED this 13th day of February, 2026.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE