THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | Case No. 2:23-cv-01495-JHC<br><br>**[PROPOSED] ORDER GRANTING AMAZON'S SECOND MOTION TO COMPEL FURTHER RESPONSES TO ITS FIRST SET OF INTERROGATORIES** |

Defendant Amazon.com, Inc. having filed its Motion to Compel Further Responses to Its First Set of Interrogatories, and the Court having considered all papers filed in support and in opposition of the Motion, hereby ORDERS the following:

1. Amazon's Motion is Granted; and

2. Plaintiffs shall provide complete responses to Interrogatory Nos. 3, 13, and 16 in Amazon's July 30, 2024 First Set of Interrogatories to Plaintiffs within fourteen days of this Order.

IT IS SO ORDERED.

DATED this _____ day of _____, 2026.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
       molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Edward C. Reddington (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
       jschmidtlein@wc.com
       khodges@wc.com
       jpitt@wc.com
       ereddington@wc.com
       cmetz@wc.com
       cpruski@wc.com
       ktrefz@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
Kate Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
       dludwin@cov.com
       kmitchelltombras@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

[PROPOSED] ORDER GRANTING AMAZON'S SECOND
MOTION TO COMPEL FURTHER RESPONSES TO ITS
FIRST SET OF INTERROGATORIES - 2
(Case No. 2:23-cv-01495-JHC)