THE HONORABLE JOHN H. CHUN

1

2

3

4

5

6                        **UNITED STATES DISTRICT COURT**
                         **WESTERN DISTRICT OF WASHINGTON**
7                                    **AT SEATTLE**

8

9    FEDERAL TRADE COMMISSION, *et al.*,                **CASE NO.: 2:23-cv-01495-JHC**

10              Plaintiffs,                              **JOINT STATUS REPORT**

11         v.

12   AMAZON.COM, INC., a corporation,

13              Defendant.

14

15

16

17

18

19

20

21

22

23

24

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1

## TABLE OF CONTENTS

2    I.      STATUS OF LITIGATION..................................................................................3

3    II.     JOINT REPORT ON THE STATUS OF DISCOVERY ...............................................4

4            A.    Party Discovery...........................................................................4

5            B.    Third Party Discovery...................................................................5

6    III.    PENDING MOTIONS....................................................................5

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

JOINT STATUS REPORT - 2
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1          Pursuant to the February 13, 2024 Case Management Order ("CMO"), Plaintiffs Federal

2   Trade Commission ("FTC") and the states and territories of New York, Connecticut, New

3   Hampshire, Oklahoma, Oregon, Pennsylvania, Delaware, Maine, Maryland, Massachusetts,

4   Michigan, Minnesota, Nevada, New Jersey, New Mexico, Puerto Rico, Rhode Island, Vermont,

5   and Wisconsin, by and through their respective Attorneys General (together, "Plaintiff States,"

6   and collectively with the FTC, "Plaintiffs") and Defendant Amazon.com, Inc. ("Amazon")

7   submit this joint status report in advance of the parties' March 2, 2026 status conference with the

8   Court.

9   **I.     STATUS OF LITIGATION**

10         Plaintiffs filed the Complaint on September 26, 2023, Dkt. #1, and filed an Amended

11  Complaint adding Puerto Rico and Vermont as Plaintiffs on March 14, 2024, Dkt. #170. Amazon

12  filed a Motion to Dismiss the Complaint on December 8, 2023, Dkt. #127, which the parties

13  agreed and the Court ordered would be deemed to be Amazon's Motion to Dismiss the Amended

14  Complaint, Dkt. #175. The Court granted the motion as to certain state law claims and otherwise

15  denied the motion on September 30, 2024, and granted leave to amend certain state law claims,

16  Dkt. #289. The Court also granted Plaintiffs' motion to bifurcate. Dkt. #289.

17         Plaintiffs filed a Second Amended Complaint on October 31, 2024, amending state law

18  claims under the laws of Maryland, Pennsylvania, and New Jersey. Dkt. #326. Amazon filed a

19  motion to dismiss the amended Pennsylvania and New Jersey claims on November 14, 2024,

20  Dkt. #340, and the Court granted that motion on March 20, 2025. Dkt. #450. Amazon also filed

21  an Answer to the Second Amended Complaint on November 14, 2024. Dkt. #341. Amazon filed

22  a Motion for Judgment on the Pleadings as to the FTC's claims on December 6, 2024. Dkt. #372.

23

24

JOINT STATUS REPORT - 3
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1   The Court denied that motion on April 8, 2025, and denied Amazon's request to certify the

2   matter for an interlocutory appeal. Dkt. #463.

3          On December 15, 2025, after lifting a stay prompted by the 2025 United States

4   government shutdown, the Court issued an Amended Case Scheduling Order, Dkt. #577, that

5   included the following key dates:

6          September 16, 2026          Close of Expert Discovery

7          October 16, 2026            Deadline to File Dispositive and *Daubert* Motions

8          March 15, 2027             Final Pretrial Conference

9          March 29, 2027             Bench Trial

10         On February 2, 2026, the Court ordered a stay of all proceedings in this action during the

11  2026 United States government shutdown. Dkt. #614. The stay was lifted on February 3, 2026.

12  Dkt. #615.

13  **II.     JOINT REPORT ON THE STATUS OF DISCOVERY**

14         **A.     Party Discovery**

15         The parties are continuing to meet and confer regarding a limited set of discovery issues

16  after the close of fact discovery, including:

17  •       Amazon's ongoing production of structured data, and associated data definitions;

18  •       Plaintiffs' Requests for Production Nos. 402-406, Amazon's Requests for

19          Production Nos. 72-73 and 75-84 to the FTC, and Amazon's Requests for

20          Production Nos. 73-82 to certain Plaintiff States (Dkt. # 617); and

21  •       Plaintiffs' Requests for Production No. 350 (Dkt. #624)

22         The parties are hopeful that they will be able to resolve or narrow their disputes through

23  further discussions, but will file motions on these issues promptly if the parties come to an

24  impasse.

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Plaintiffs have taken the depositions of 68 Amazon employees or former employees and two Rule 30(b)(6) depositions of Amazon or former employees.

**B.      Third Party Discovery**

Plaintiffs have served 44 document subpoenas to third-party online retailers and marketplaces, third-party logistics providers, and sellers.

Amazon has served 48 third-party subpoenas seeking documents from online retailers and marketplaces, third-party logistics providers, and sellers.

The parties have taken 65 depositions of third-party witnesses, including coordinated depositions. The parties anticipate conducting one additional deposition of a third-party witness at this time.

**III.     PENDING MOTIONS**

The chart below lists the motions that are pending before the Court:

| Motion | Response | Reply | Notice Date |
|---|---|---|---|
| Plaintiffs' Motion for Spoliation Sanctions (Dkt. #598, filed 1/30/2026) | Amazon's Opposition (Dkt. #____, due 3/3/2026) | Plaintiffs' Reply (Dkt. #____, due 3/17/2026) | March 17, 2026 |
| Plaintiffs' Motion to Compel the Production of Documents Concerning Amazon's Manipulation Of Evidence (Dkt. #604, filed 1/30/2026) | Amazon's Opposition (Dkt. #____, due 3/3/2026) | Plaintiffs' Reply (Dkt. #____, due 3/17/2026) | March 17, 2026 |
| Amazon's Motion to Appoint a Special Master (Dkt. #618, filed 2/6/2026) | Plaintiffs' Opposition (Dkt. #____, due 3/3/2026) | Amazon's Reply (Dkt. #____, due 3/10/2026) | March 10, 2026 |

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

| Amazon's Second Motion to Compel Further Responses to Its First Set of Interrogatories (Dkt. #626, filed 2/17/2026) | Plaintiffs' Opposition (Dkt. #____, due 3/4/2026) | Amazon's Reply (Dkt. #____, due 3/10/2026) | March 10, 2026 |
|---|---|---|---|

Dated: February 25, 2026

Respectfully submitted,

*s/ Edward H. Takashima*
EDWARD H. TAKASHIMA (DC Bar # 1001641)
SHIRA A. STEINBERG (NY Reg. # 5695580)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:    (202) 326-2464 (Takashima)
Email: etakashima@ftc.gov
         ssteinberg1@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

JOINT STATUS REPORT - 6
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)

2

Assistant Attorney General, Antitrust Bureau
Office of the New York State Attorney

3

General
28 Liberty Street

4

New York, NY 10005
Telephone: (212) 416-6537

5

Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

6

7

*s/ Nicole Demers*
Nicole Demers (admitted *pro hac vice*)

8

Assistant Attorney General
Office of the Attorney General of
Connecticut

9

165 Capitol Avenue
Hartford, CT 06016

10

Telephone: (860) 808-5030
Email: Nicole.Demers@ct.gov

11

*Counsel for Plaintiff State of Connecticut*

12

*s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac
vice*)

13

Senior Assistant Attorney General

14

Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice

15

Office of the Attorney General
One Granite Place South

16

Concord, NH 03301
Telephone: (603) 271-2678

17

Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

18

*s/ Christopher J. Campbell*

19

Christopher J. Campbell (admitted *pro hac
vice*)

20

Assistant Attorney General
Office of the Oklahoma Attorney General

21

313 N.E. 21st Street
Oklahoma City, OK 73105

22

Telephone: (405) 522-0858
Email: Chris.Campbell@oag.ok.gov

23

*Counsel for Plaintiff State of Oklahoma*

24

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Attorney-in-Charge
Antitrust, False Claims, & Privacy Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.oregon.gov
*Counsel for Plaintiff State of Oregon*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of
Pennsylvania*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1  *s/ Schonette Walker*
   Schonette Walker (admitted *pro hac vice*)
2  Assistant Attorney General
   Chief, Antitrust Division
3  Office of the Maryland Attorney General
   200 St. Paul Place
4  Baltimore, MD 21202
   Telephone: (410) 576-6473
5  Email: swalker@oag.state.md.us
   *Counsel for Plaintiff State of Maryland*
6
   *s/ Katherine W. Krems*
7  Katherine W. Krems (admitted *pro hac vice*)
   Assistant Attorney General, Antitrust
8  Division
   Office of the Massachusetts Attorney General
9  One Ashburton Place, 18th Floor
   Boston, MA 02108
10 Telephone: (617) 963-2189
   Email: katherine.krems@mass.gov
11 *Counsel for Plaintiff Commonwealth of
   Massachusetts*
12
   *s/ Scott A. Mertens*
13 Scott A. Mertens (admitted *pro hac vice*)
   Assistant Attorney General
14 Michigan Department of Attorney General
   525 West Ottawa Street
15 Lansing, MI 48933
   Telephone: (517) 335-7622
16 Email: MertensS@michigan.gov
   *Counsel for Plaintiff State of Michigan*
17
   *s/ Zach Biesanz*
18 Zach Biesanz (admitted *pro hac vice*)
   Senior Enforcement Counsel
19 Office of the Minnesota Attorney General
   445 Minnesota Street, Suite 1400
20 Saint Paul, MN 55101
   Telephone: (651) 757-1257
21 Email: zach.biesanz@ag.state.mn.us
   *Counsel for Plaintiff State of Minnesota*
22

23

24

*s/ Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

*s/ Andrew Esoldi*
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

*s/ Anthony Juzaitis*
Anthony Juzaitis (admitted *pro hac vice*)
Deputy Attorney General, Civil Affairs
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 561-7565
Email: ajuzaitis@nmdoj.gov
*Counsel for Plaintiff State of New Mexico*

*s/ Zulma Carrasquillo Almena*
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Senior Attorney & Special Prosecutor
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1   *s/ Alexander Carnevale*
    Alexander Carnevale (admitted *pro hac vice*)
2   Special Assistant Attorney General
    Rhode Island Office of the Attorney General
3   150 South Main Street
    Providence, RI 02903
4   Telephone: (401) 274-4400
    Email: acarnevale@riag.ri.gov
5   *Counsel for Plaintiff State of Rhode Island*

6   *s/ Sarah L.J. Aceves*
    Sarah L.J. Aceves (admitted *pro hac vice*)
7   Assistant Attorney General
    Public Protection Division
8   Vermont Attorney General's Office
    109 State Street
9   Montpelier, VT 05609
    Telephone: (802) 828-3170
10  Email: Sarah.Aceves@vermont.gov
    *Counsel for Plaintiff State of Vermont*

11
    *s/ Caitlin M. Madden*
12  Caitlin M. Madden (admitted *pro hac vice*)
    Assistant Attorney General
13  Wisconsin Department of Justice
    Post Office Box 7857
14  Madison, WI 53707-7857
    Telephone: (608) 267-1311
15  Email: caitlin.madden@wisdoj.gov
    *Counsel for Plaintiff State of Wisconsin*

16

17

18

19

20

21

22

23

24

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
    molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Edward C. Reddington (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Katherine A. Trefz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
    jschmidtlein@wc.com
    khodges@wc.com
    jpitt@wc.com
    ereddington@wc.com
    cmetz@wc.com
    ktrefz@wc.com
    cpruski@wc.com

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
Katharine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
       dludwin@cov.com
       kmitchelltombras@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222