# EXHIBIT 18

Redacted

Page 1

1                SUPERIOR COURT OF THE STATE OF CALIFORNIA
                          COUNTY OF SAN FRANCISCO
2    _____
3                                    )
     THE PEOPLE OF THE STATE OF       )
4    CALIFORNIA,                      )
                                      ) NO. CGC-22-601826
5                 Plaintiff,          )
                                      )
6          vs.                        )
                                      )
7    AMAZON.COM, INC.,                )
                                      )
8
9    _____
10

                    ZOOM VIDEO-CONFERENCE DEPOSITION
11                    UPON ORAL EXAMINATION OF
12                      ███████████████

     _____
13
14
15
16          *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*
17
18

                          9:32 A.M.
19

                        JULY 17, 2025
20

             WITNESS LOCATION: SEATTLE, WASHINGTON
21
22
23

24   Job No. CS7478725
     REPORTED BY:  VICKY L. PINSON, RPR-CCR Washington 2559
25            California No. 9845; Oregon No. 16-0442

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    July 17, 2025

                                                    Page 191

1        Q.  And how do you read the second part of this

2    sentence, quote: ████████████████████████████████

3    ████████████████?

4        A.  I don't know.

5        Q.  Were you ever instructed while at Amazon to

6    include attorneys on emails in which you were not

7    seeking legal advice?

8        A.  No.

9              MR. VELLA:  I'd like to introduce Tab 14

10   as Exhibit 15.

11             (Exhibit 15 was marked for identification.)

12       A.  Got it.

13             MR. BLOCK:  Hold on a second.  Okay.

14   Thank you.

15             MR. VELLA:  You're good, Ben?

16             MR. BLOCK:  Yes.  It was -- mine was

17   taking a minute.

18       Q.  (By Mr. Vella)  I'd like to introduce ███████

19   Exhibit 15.  Mr. ████████, I am showing you what has been

20   marked as ███████ Exhibit 15, with Bates starting

21   AMZN-RTL-FTC-08601136.  This exhibit is an email from

22   you from ██████████████ and ██████████ on January 25th,

23   2022.  The email subject is "Re: Privileged and

24   Confidential."

25             Is that an accurate description?