1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9   FEDERAL TRADE COMMISSION, *et al.*,

10   Plaintiffs,

11   v.

12   AMAZON.COM, INC., a corporation,

13   Defendant.

14

**CASE NO.: 2:23-cv-01495-JHC**

**STIPULATED MOTION AND ORDER REGARDING DEADLINES TO FILE CERTAIN DISCOVERY MOTIONS**

NOTE ON MOTION CALENDAR:
March 13, 2026

15

16   The current deadline for the parties to file motions regarding disputes regarding

17   Plaintiffs' Request for Production to 402-406, Amazon's Requests for Production to the FTC

18   Nos. 72-73 and 75-84, and Amazon's Requests for Production Nos. 73-82 to certain Plaintiff

19   States is March 13, 2026. Dkts. #597, #617, #624, and #631.

20   The parties are continuing to meet and confer, and believe that a brief extension of the

21   above-referenced deadline may allow the parties to resolve or narrow this dispute. Accordingly,

22   the parties, by and through their respective attorneys of record, hereby stipulate and agree that:

23       1.  The deadline for the parties to file a motion or serve the opening portion of an

24           expedited joint motion pursuant to Local Civil Rule 37(a)(2) concerning any disputes

STIPULATED MOTION AND
ORDER REGARDING DEADLINES TO FILE CERTAIN
DISCOVERY MOTIONS - 1
CASE NO. 2:23-cv-01495-JHC

1  regarding Plaintiffs' Requests for Production Nos. 402-406, Amazon's Requests for

2  Production Nos. 72-73 and 75-84 to the FTC, or Amazon's Requests for Production

3  Nos. 73-82 to certain Plaintiff States shall be April 3, 2026.

4  The parties request that the Court order the deadline above. Stipulated to and respectfully

5  submitted this 13th day of March, 2026, by:

6

7  s/ Jesse Vella
   EDWARD H. TAKASHIMA (DC Bar # 1001641)
   JESSE VELLA (NY Reg.# 5655550)

8  Federal Trade Commission
   600 Pennsylvania Avenue, NW

9  Washington, DC 20580
   Tel.:   (202) 326-2464 (Takashima)

10  Email: etakashima@ftc.gov
           jvella@ftc.gov

11
    Attorneys for Plaintiff Federal Trade Commission

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND
ORDER REGARDING DEADLINES TO FILE CERTAIN
DISCOVERY MOTIONS - 2
CASE NO. 2:23-cv-01495-JHC

1

s/ Michael Jo
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
Office of the New York State Attorney
General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

s/ Nicole Demers
Nicole Demers (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Nicole.Demers@ct.gov
*Counsel for Plaintiff State of Connecticut*

s/ Alexandra C. Sosnowski
Alexandra C. Sosnowski (admitted *pro hac vice*)
Senior Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

s/ Christopher J. Campbell
Christopher J. Campbell (admitted *pro hac vice*)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
Telephone: (405) 522-0858
Email: Chris.Campbell@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

s/ Timothy D. Smith
Timothy D. Smith, WSBA No. 44583
Attorney-in-Charge
Economic Justice Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.oregon.gov
*Counsel for Plaintiff State of Oregon*

s/ Jennifer A. Thomson
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

s/ Michael A. Undorf
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

s/ Christina M. Moylan
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

STIPULATED MOTION AND
ORDER EXTENDING INTERIM DEADLINES - 3
CASE NO. 2:23-cv-01495-JHC

| | |
|---|---|
| 1 | s/ Schonette Walker | s/ Lucas J. Tucker |
| 2 | Schonette Walker (admitted *pro hac vice*) | Lucas J. Tucker (admitted *pro hac vice*) |
| | Assistant Attorney General | Senior Deputy Attorney General |

s/ Schonette Walker
Schonette Walker (admitted *pro hac vice*)
Assistant Attorney General
Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6473
Email: swalker@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

s/ Katherine W. Krems
Katherine W. Krems (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: katherine.krems@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

s/ Scott A. Mertens
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

s/ Zach Biesanz
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

s/ Lucas J. Tucker
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

s/ Andrew Esoldi
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

s/ Anthony R. Juzaitis
Anthony R. Juzaitis (admitted *pro hac vice*)
Deputy Attorney General, Civil Affairs
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 651-7565
Email: AJuzaitis@nmag.gov
*Counsel for Plaintiff State of New Mexico*

s/ Zulma Carrasquillo Almena
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Senior Attorney & Special Prosecutor
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

STIPULATED MOTION AND
ORDER EXTENDING INTERIM DEADLINES - 4
CASE NO. 2:23-cv-01495-JHC

1  | *s/ Alexander Carnevale*
   | Alexander Carnevale (admitted *pro hac vice*)
2  | Special Assistant Attorney General
   | Rhode Island Office of the Attorney General
3  | 150 South Main Street
   | Providence, RI 02903
4  | Telephone: (401) 274-4400
   | Email: acarnevale@riag.ri.gov
5  | *Counsel for Plaintiff State of Rhode Island*

6  | *s/ Sarah L.J. Aceves*
   | Sarah L.J. Aceves (admitted *pro hac vice*)
7  | Assistant Attorney General
   | Public Protection Division
8  | Vermont Attorney General's Office
   | 109 State Street
9  | Montpelier, VT 05609
   | Telephone: (802) 828-3170
10 | Email: Sarah.Aceves@vermont.gov
   | *Counsel for Plaintiff State of Vermont*
11 |
   | *s/ Caitlin M. Madden*
12 | Caitlin M. Madden (admitted *pro hac vice*)
   | Assistant Attorney General
13 | Wisconsin Department of Justice
   | Post Office Box 7857
14 | Madison, WI 53707-7857
   | Telephone: (608) 267-1311
15 | Email: caitlin.madden@wisdoj.gov
   | *Counsel for Plaintiff State of Wisconsin*
16
17
18
19
20
21
22
23
24

STIPULATED MOTION AND
ORDER EXTENDING INTERIM DEADLINES - 5
CASE NO. 2:23-cv-01495-JHC

1

**MORGAN, LEWIS & BOCKIUS LLP**

2

By: *s/ Molly Terwilliger*
Patty A. Eakes, WSBA #18888

3

Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800

4

Seattle, WA 98101
Phone: (206) 274-6400

5

Email: patti.eakes@morganlewis.com
      molly.terwilliger@morganlewis.com

6

**WILLIAMS & CONNOLLY LLP**

7

Heidi K. Hubbard (*pro hac vice*)

8

John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)

9

Jonathan B. Pitt (*pro hac vice*)
Edward C. Reddington (*pro hac vice*)

10

Carl R. Metz (*pro hac vice*)
Katherine A. Trefz (*pro hac vice*)

11

Carol J. Pruski (*pro hac vice*)
680 Maine Avenue SW

12

Washington, DC 20024
Phone: (202) 434-5000

13

Email: hhubbard@wc.com
      jschmidtlein@wc.com

14

      khodges@wc.com
      jpitt@wc.com

15

      ereddington@wc.com
      cmetz@wc.com

16

      ktrefz@wc.com
      cpruski@wc.com

17

**COVINGTON & BURLING LLP**

18

Thomas O. Barnett (*pro hac vice*)

19

Derek Ludwin (*pro hac vice*)
Katharine Mitchell-Tombras (*pro hac vice*)

20

One CityCenter
850 Tenth Street, NW

21

Washington, DC 20001-4956
Phone: (202) 662-5407

22

Email: tbarnett@cov.com
      dludwin@cov.com

23

      kmitchelltombras@cov.com

24

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND
ORDER EXTENDING INTERIM DEADLINES - 6
CASE NO. 2:23-cv-01495-JHC

1

**ORDER**

2

IT IS SO ORDERED.

3

DATED this 13th day of March, 2026.

4

5

_____
JOHN H. CHUN

6

UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND
ORDER EXTENDING INTERIM DEADLINES - 7
CASE NO. 2:23-cv-01495-JHC