THE HONORABLE JOHN H. CHUN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

**CASE NO.: 2:23-cv-01495-JHC**

**DECLARATION OF AMANDA L. BUTLER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR SPOLIATION SANCTIONS**

**PUBLIC REDACTED VERSION**

I, Amanda L. Butler, declare as follows:

1. I am an attorney in the Federal Trade Commission's ("FTC") Bureau of Competition, and I represent the FTC in the above-captioned action. I am over eighteen years of age and am competent to testify to the matters set forth in this declaration. I make the following statements based on my personal knowledge.

2. Attached as **Exhibit A** is a true and correct copy of an excerpt from the September 30, 2025 deposition transcript of ███████.

3. Attached as **Exhibit B** is a true and correct copy of an excerpt from the December 17, 2025 deposition transcript of ███████.

DECL. OF AMANDA L. BUTLER
ISO PLAINTIFFS' REPLY ISO MOT. FOR
SPOLIATION SANCTIONS - 1
No. 2:23-cv-01495

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

4.      Attached as **Exhibit C** is a true and correct copy of an excerpt from the August 14, 2025 deposition transcript of ███████.

5.      Attached as **Exhibit D** is a true and correct copy of an excerpt from the July 2, 2025 deposition transcript of ███████.

6.      Attached as **Exhibit E** is a true and correct copy of an excerpt from the June 25, 2025 deposition transcript of ███████.

7.      Attached as **Exhibit F** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-10335109.

8.      Attached as **Exhibit G** is a true and correct copy of a letter from Amazon counsel Katie Trefz to FTC counsel Shira Steinberg, received on August 8, 2024.

9.      On March 16, 2025, Plaintiffs met and conferred with Amazon about Amazon's assertion of confidentiality over Exhibits A-G.  Amazon requested that Exhibits A-G be temporarily sealed in their entirety.  Plaintiffs did not oppose Amazon's request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2026, in Washington, D.C.

*s/ Amanda L. Butler*
Amanda L. Butler

DECL. OF AMANDA L. BUTLER
ISO PLAINTIFFS' REPLY ISO MOT. FOR
SPOLIATION SANCTIONS - 2
No. 2:23-cv-01495

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222