**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, | **CASE NO.: 2:23-cv-01495-JHC** |
| Plaintiffs, | **STIPULATED MOTION AND ORDER REGARDING EXPERT MATERIALS FROM COORDINATED ACTIONS** |
| v. | |
| AMAZON.COM, INC., a corporation, | |
| Defendant. | NOTE ON MOTION CALENDAR: March 24, 2026 |

The parties previously agreed that Amazon would produce any expert materials (other than class certification expert materials) from any Coordinated Action,[1] including reports, deposition transcripts, and backup materials, when Amazon either produces or receives such

---

[1] *See* Deposition Coordination Protocol and Order ¶ 1.b, Dkt. # 337, defining the Coordinated Actions as: *The People of the State of California v. Amazon.com, Inc.*, No. CGC-22-601826 (Cal. Super. Ct.); *Frame-Wilson et al. v. Amazon.com, Inc.*, No. 2:20-cv-00424-JHC (W.D. Wash.); *De Coster et al. v. Amazon.com, Inc.*, No. 2:21-cv-00693-JHC (W.D. Wash.); *Brown et al. v. Amazon.com, Inc.*, No. 2:22-cv-00965-JHC (W.D. Wash.); *District of Columbia v. Amazon.com, Inc.*, No. 2021-CA-001775-B (D.C. Super. Ct.); *Mbadiwe et al. v. Amazon.com, Inc.*, No. 1:22-cv-9542-VSB (S.D.N.Y.); and other cases agreed upon by the parties. The parties subsequently agreed to include *Zulily LLC v. Amazon.com, Inc.*, No. 2:23-cv-1900-JHC (W.D. Wash.) and *State of Arizona v. Amazon.com, Inc.*, No. CV2024-011990 (Ariz. Super. Ct.) as Coordinated Actions.

expert materials. *See* Aug. 27, 2025 Joint Status Report at 5-6, Dkt. #527. The parties further

agreed that "[i]f the expert disclosure schedule in any case puts the disclosure of Amazon's

expert materials or a coordinated plaintiff's expert materials ahead of the disclosure of Amazon's

reports in this case, the parties [will] meet and confer in good faith regarding the production

schedule of expert materials for Amazon retained experts and plaintiff rebuttal experts." *Id.*

The parties have met and conferred, and have agreed to the following, subject to the

Court's approval:

1.     Amazon will produce expert materials served or produced by plaintiffs in any Coordinated Action, including expert reports, backup materials, and deposition transcripts of plaintiffs' experts, as follows:

     a.     Amazon will produce opening expert materials served or produced by plaintiffs in any Coordinated Action within five (5) business days of when Amazon receives such expert materials.

     b.     To the extent plaintiffs serve rebuttal expert reports in any Coordinated Action on or before the deadline for serving opening expert reports in this action on March 27, 2026, Amazon will produce such reports and any related expert materials no later than April 3, 2026.

     c.     To the extent plaintiffs serve rebuttal expert reports in any Coordinated Action after March 27, 2026, Amazon will produce such reports and any related expert materials, within five (5) business days of when it receives them.

     d.     To the extent plaintiffs serve reply expert reports in any Coordinated Action on or before the deadline for serving rebuttal expert reports in this

action on June 10, 2026, Amazon will produce such reports and any related expert materials no later than June 16, 2026.

e. To the extent plaintiffs serve reply expert reports in any Coordinated Action after June 10, 2026, Amazon will produce such reports and any related expert materials within five (5) business days of receiving them.

f. For depositions of plaintiffs' experts in any Coordinated Action taken on or before the parties serve rebuttal expert reports in this action on June 10, 2026, Amazon will produce such deposition transcripts, within five (5) business days of receiving the final signed transcript, but in any event no earlier than June 16, 2026. Amazon will also produce any errata or signature pages within five (5) business days of receiving them, but in any event no earlier than June 16, 2026.

g. For depositions of plaintiffs' experts in any Coordinated Action taken after June 10, 2026, Amazon will produce such deposition transcripts within five (5) business days of receiving them. Amazon will also produce any errata or signature pages within five (5) business days of receiving them.

2. Amazon will produce expert materials served or produced by Amazon in any Coordinated Action, including expert reports, backup materials, and deposition transcripts of Amazon's experts, as follows:

a. To the extent Amazon serves opening expert reports in any Coordinated Action on or before the parties serve opening expert reports in this action on March 27, 2026, Amazon will produce such reports and any related expert materials no later than April 3, 2026.

STIPULATED MOTION AND ORDER REGARDING EXPERT
MATERIALS FROM
COORDINATED ACTIONS - 3
CASE NO. 2:23-CV-01495-JHC

b.    To the extent Amazon serves opening expert reports in any Coordinated Action after March 27, 2026, Amazon will produce such reports and any related expert materials within five (5) business days of serving or producing them.

c.    To the extent Amazon serves rebuttal expert reports in any Coordinated Action on or before the parties serve rebuttal expert reports in this action on June 10, 2026, Amazon will produce such reports and any related expert materials no later than June 16, 2026.

d.    To the extent Amazon serves rebuttal expert reports in any Coordinated Action after June 10, 2026, Amazon will produce such reports and any related expert materials within five (5) business days of serving or producing them..

e.    To the extent Amazon serves reply expert reports in any Coordinated Action on or before the parties serve reply expert reports in this action on August 19, 2026, Amazon will produce such reports and any related expert materials no later than August 26, 2026.

f.    To the extent Amazon serves reply expert reports in any Coordinated Action after August 19, 2026, Amazon will produce such reports and any related expert materials within five (5) business days of serving or producing them.

g.    For depositions of Amazon's experts in any Coordinated Action taken on or before the parties serve reply expert reports in this action on August 19, 2026, Amazon will produce such deposition transcripts within five (5) business days of receiving them, but in any event no earlier than August

26, 2026. Amazon will also produce any errata or signature pages within five (5) business days of receiving them, but in any event no earlier than August 26, 2026.

    h.    For depositions of Amazon's experts in any Coordinated Action taken after August 19, 2026, Amazon will produce such deposition transcripts within five (5) business days of receiving them. Amazon will also produce any errata or signature pages within five (5) business days of receiving them.

3.    Paragraphs 1 and 2 above do not apply to class certification expert materials in Coordinated Actions.

4.    With respect to any class certification expert materials served, produced, or received in any Coordinated Action on or before the parties serve rebuttal expert reports in this action on June 10, 2026, Amazon will produce such materials no later than June 16, 2026, assuming Amazon has the necessary consent.

5.    With respect to any class certification expert materials served, produced, or received in any Coordinated Action after June 10, 2026, Amazon will produce such materials, assuming Amazon has the necessary consent, within five (5) business days of serving or producing them.

6.    Amazon's agreement to produce expert materials prepared by any coordinated plaintiff is contingent upon that plaintiff's consent.

7.    Amazon will produce any sealed court filings associated with dispositive motions, *Daubert* motions, or other expert motions in any Coordinated Actions (including oppositions, replies, and orders) within five (5) business days of filing.

The parties, by and through their respective attorneys of record, hereby request that the Court order the deadlines above.

Stipulated to and respectfully submitted this 24th day of March, 2026, by:

*s/ Edward H. Takashima*
EDWARD H. TAKASHIMA (DC Bar # 1001641)
SHIRA A. STEINBERG (NY Reg.# 5695580)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:    (202) 326-2464 (Takashima)
Email:  etakashima@ftc.gov
            ssteinberg1@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND ORDER REGARDING EXPERT
MATERIALS FROM
COORDINATED ACTIONS - 6
CASE NO. 2:23-CV-01495-JHC

s/ Michael Jo
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

s/ Nicole Demers
Nicole Demers (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Nicole.Demers@ct.gov
*Counsel for Plaintiff State of Connecticut*

s/ Alexandra C. Sosnowski
Alexandra C. Sosnowski (admitted *pro hac vice*)
Senior Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

s/ Christopher J. Campbell
Christopher J. Campbell (admitted *pro hac vice*)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
Telephone: (405) 522-0858
Email: Chris.Campbell@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

s/ Timothy D. Smith
Timothy D. Smith, WSBA No. 44583
Attorney-in-Charge
Economic Justice Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.oregon.gov
*Counsel for Plaintiff State of Oregon*

s/ Jennifer A. Thomson
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

s/ Michael A. Undorf
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

s/ Christina M. Moylan
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

s/ Schonette Walker
Schonette Walker (admitted *pro hac vice*)
Assistant Attorney General
Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6473
Email: swalker@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

s/ Katherine W. Krems
Katherine W. Krems (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: katherine.krems@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

s/ Scott A. Mertens
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

s/ Zach Biesanz
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

s/ Lucas J. Tucker
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

s/ Andrew Esoldi
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

s/ Anthony R. Juzaitis
Anthony R. Juzaitis (admitted *pro hac vice*)
Deputy Attorney General, Civil Affairs
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 651-7565
Email: AJuzaitis@nmag.gov
*Counsel for Plaintiff State of New Mexico*

s/ Zulma Carrasquillo Almena
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Senior Attorney & Special Prosecutor
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

STIPULATED MOTION AND ORDER REGARDING EXPERT
MATERIALS FROM
COORDINATED ACTIONS - 8
CASE NO. 2:23-cv-01495-JHC

*s/ Alexander Carnevale*
Alexander Carnevale (admitted *pro hac vice*)
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: acarnevale@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L.J. Aceves*
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

*s/ Caitlin M. Madden*
Caitlin M. Madden (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: caitlin.madden@wisdoj.gov
*Counsel for Plaintiff State of Wisconsin*

STIPULATED MOTION AND ORDER REGARDING EXPERT
MATERIALS FROM
COORDINATED ACTIONS - 9
CASE NO. 2:23-cv-01495-JHC

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
        molly.terwilliger@morganlewis.com


**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
        khodges@wc.com
        jpitt@wc.com
        cmetz@wc.com
        cpruski@wc.com
        ktrefz@wc.com


**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
        kmitchelltombras@cov.com

STIPULATED MOTION AND ORDER REGARDING EXPERT
MATERIALS FROM
COORDINATED ACTIONS - 10
CASE NO. 2:23-cv-01495-JHC

**WILKINSON STEKLOFF LLP**

Kosta S. Stojilkovic (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4045
Email: kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND ORDER REGARDING EXPERT
MATERIALS FROM
COORDINATED ACTIONS - 11
CASE NO. 2:23-cv-01495-JHC

**ORDER**

IT IS SO ORDERED.

DATED this 24th day of March, 2026.

_John H. Chun_
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER REGARDING EXPERT
MATERIALS FROM
COORDINATED ACTIONS - 12
CASE NO. 2:23-cv-01495-JHC