UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | Case No. 2:23-cv-01495-JHC |
| Plaintiffs, | |
| v. | **ORDER GRANTING AMAZON'S MOTION TO SEAL CERTAIN EXHIBITS SUBMITTED IN SUPPORT OF AMAZON'S SECOND MOTION TO COMPEL FURTHER RESPONSES TO ITS FIRT SET OF INTERROGATORIES** |
| AMAZON.COM, INC., a corporation, | |
| Defendant. | |

This matter comes before the Court on Amazon's Motion to Seal Certain Exhibits Submitted in Support of the Amazon's Motion To Compel Further Responses to Its First Set of Interrogatories (the "Motion"). Dkt. # 663. The Court, having considered Amazon's Motion, and all other papers submitted in connection with the Motion, and for good cause shown, GRANTS the Motion. The Court hereby ORDERS the following documents be filed under seal or redacted as follows:

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 1
(Case No. 2:23-cv-01495-JHC)

| Document (Dkt. #) | Pincite if relevant | Description of Confidential Material Sought to be Sealed | Requested Treatment |
|---|---|---|---|
| The sealed versions of Exhibits 1, 3, and 5 to Jonathan Pitt's Declaration, ECF Nos. 628, 628-1, and 628-2. | ECF No. 628 at 18:4-20:9; ECF No. 628-1 at 11:12-14:8; ECF No. 628-2 at 14:6-17:7, 18:20-23:2, 27:13-20, 28:23-29:4, 29:13-22, 31:11, 34:17-20, 34:23-24 38:8-13, 38:18-24, 39:15-16, 40:9-14, 44:11-17, 44:19-23. | Confidential business information and personal and identifying information of third parties | Amazon requests, and Plaintiffs join the request, continued redaction of the confidential and/or identifying information in Exhibits 1, 3, and 5, as already filed at ECF No. 627. |
| The sealed version of Exhibit 5 to Jonathan Pitt's Declaration, ECF No. 628-2. | Sealed Versions of ECF No. 628-2 at 26:12, 26:15, 26:21-22, 27:1-6, 27:21, 27:23-24, 28:11, 28:13, 28:17-21, 29:7, 29:9, 31:5-6, 31:10, 33:1-2, 33:5, 33:21-22, 34:10-11, 34:15, 37:22, 38:1, 39:18-19, 40:19, 42:13, 44:23 | Personal and identifying information of current and former Amazon employees in the sealed version of ECF No. 628-2 at 26:12, 26:15, 26:21, 27:21, 27:23-24, 28:11, 28:13, 28:20, 29:7, 29:9, 31:5-6, 31:10, 33:1-2, 33:5, 33:21-22, 34:10-11, 34:15, 37:22, 38:1, 39:18-19, 40:19, 42:13, 44:23; descriptions of internal and confidential Amazon business information conveyed in referenced testimony in the sealed versions of ECF No. 628-2 at 26:22, 27:1-6, 28:17-21, 40:15-18, 40:20-21, 42:13-14. | Amazon requests, and Plaintiffs do not oppose, continued redaction of the confidential and/or identifying information in Exhibits 5, as already filed at ECF No. 627. |

IT IS SO ORDERED

DATED this 14th day of April, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 2
(Case No. 2:23-cv-01495-JHC)