UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

Case No. 2:23-cv-01495-JHC

**ORDER GRANTING AMAZON'S MOTION TO SEAL CERTAIN MATERIALS SUBMITTED IN CONNECTION WITH THE PARTIES' EVIDENTIARY MOTION BRIEFING**

This matter comes before the Court on Amazon's Motion to Seal Certain Materials Submitted in Connection with the Parties' Evidentiary Motion Briefing (the "Motion"). Dkt. # 670. The motion is unopposed. The Court, having considered Amazon's Motion, and all other papers submitted in connection with the Motion, and for good cause shown, GRANTS the Motion. The Court hereby ORDERS the following documents be filed under seal or redacted as follows:

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 1
(Case No. 2:23-cv-01495-JHC)

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| Plaintiffs' Preservation Motion[1], Dkt. 598 | | | |
| Preservation Motion | Dkt. 598, at 6 n.3, 7-10, 12 & n.6, 13, 20 | Personal information of Amazon employees and descriptions of internal and confidential Amazon business information regarding Amazon's practices, strategies and proposals relating to document preservation, negotiations, and competition issues | Amazon may file a redacted version, attached as Exhibit B. |
| Declaration and Exhibits Filed in Support of Plaintiffs' Preservation Motion, Dkts. 599-600 | | | |
| Declaration of Amanda Butler to Preservation Motion | Dkt. 599, at 3, 5 | Personal information of Amazon employees | Amazon may file a redacted version, attached as Exhibit C. |
| Ex. 2 to Preservation Motion | Dkt. 599-2, at Tr. 146:11-14, 146:16-147:1, 150:9, 150:19-21, 151:20-152:2, 153:15, 157:3, 158:11-14, 165:6, 165:13, 166:11, 166:16, 167:3, 197:14-16, 197:20 | Personal information of Amazon employees and confidential Amazon business information regarding electronic communications on sensitive topics | Amazon may file a redacted version, attached as Exhibit D. |
| Exs. 3-5, 7-8 to Preservation Motion | Dkts.: <br> • 599-3 <br> • 599-4 <br> • 599-5 <br> • 599-7 <br> • 599-8 | Confidential Amazon business information regarding records retention and destruction | These documents shall remain fully under seal. |
| Ex. 6 to Preservation Motion | Dkt. 599-6, at 22-95 | Confidential Amazon business information regarding employment policies | Continued redaction of the confidential information in Exhibit 6, filed publicly at Dkt. 602-6. |

[1] *See* Plaintiffs' Motion for Spoliation Sanctions, Dkt. 598 (Jan. 30, 2026) ("Preservation" Motion).

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 2
(Case No. 2:23-cv-01495-JHC)

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| Exs. 9, 11, 13, 17-18, 21, 30, 33, 35, 38-39, 43-44, 50-51, 53-55 to Preservation Motion | Dkts.:<br>• 599-9, at 2-34<br>• 599-11, at Tr. 1:16, 2:1, 4:4, 283:9-10, 283:15-16, 283:25, 284:8, 284:23, 285:11, 285:20, 285:24<br>• 599-13, at 2-4<br>• 599-17, at 1:12, 5:12, 5:14, 5:16, 6:24, 183:19, 184:21, 195:22, 196:14-16, 196:25, 198:14, 198:25, 199:10, 199:17<br>• 599-18, at 2<br>• 599-21, at 2-7<br>• 599-30, at 2<br>• 600-2 (Ex. 33), at 2<br>• 600-4 (Ex. 35), at 2<br>• 600-7 (Ex. 38), at 2-4<br>• 600-8 (Ex. 39), at 2<br>• 600-12 (Ex. 43), at 2<br>• 600-13 (Ex. 44), at 2<br>• 600-19 (Ex. 50), at 2-4<br>• 600-20 (Ex. 51), at 2<br>• 600-22 (Ex. 53), at Tr. 8:12-13, 8:15, 8:17, 253:4, 254:1, 255:18-19<br>• 600-23 (Ex. 54), at 3<br>• 600-24 (Ex. 55), at 2-3 | Personal information of Amazon employees | Amazon may file redacted versions, attached as Exhibits E-V. |
| Exs. 10, 22, 46, 59, 61 to Preservation Motion | Dkts.:<br>• 599-10, at 2-5<br>• 599-22, at 2-4 | Personal information of Amazon employees and descriptions of confidential Amazon | Amazon may file redacted versions, attached as Exhibits W-Z, AA. |

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 3
(Case No. 2:23-cv-01495-JHC)

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| | • 600-15 (Ex. 46), at top of Tr. 2-5, 279-282 and Tr. 4:5, 279:21-22, 279:24, 280:3-4, 280:5-7, 280:14-15, 280:17, 280:24-25, 281:1, 281:3-9, 281:13-15, 281:17, 282:1, 282:12-13, 282:19<br>• 600-28 (Ex. 59), at 2-6<br>• 600-30 (Ex. 61), at 2-9 | business information regarding Amazon's data, efforts, considerations, and actions concerning Amazon's fulfillment services | |
| Exs. 12, 29 to Preservation Motion | Dkts.:<br>• 599-12, at 2-4<br>• 599-29, at Tr. 1:17, 5:22, 6:2, 6:7, 7:5, 7:12, 233:1, 233:3-10, 235:19, 235:21-22, 236:3, 236:10 | Personal information of Amazon employees and confidential Amazon business information regarding competitor classification | Amazon may file redacted versions, attached as Exhibits BB, CC. |
| Ex. 14 to Preservation Motion | Dkt. 599-14, at 2-27 | Personal information of Amazon employees and confidential Amazon business information regarding Amazon Prime | Amazon may file a redacted version, attached as Exhibit DD. |
| Ex. 15 to Preservation Motion | Dkt. 599-15, at 2-11 | Personal information of Amazon employees and confidential Amazon business information regarding European Union Stores | Amazon may file a redacted version, attached as Exhibit EE. |
| Exs. 16, 19-20, 47-48, 57-58 to Preservation Motion | Dkts.:<br>• 599-16 (Ex. 16), at 2-6<br>• 599-19 (Ex. 19), at 2<br>• 599-20 (Ex. 20), at 2-8<br>• 600-16 (Ex. 47), at 2-8 | Personal information of Amazon employees and confidential Amazon business information regarding Amazon Standards for Brands | Amazon may file redacted versions, attached as Exhibits FF, GG, HH, II, JJ, KK, LL. |

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 4
(Case No. 2:23-cv-01495-JHC)

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| | • 600-17 (Ex. 48), at 2-3<br>• 600-26 (Ex. 57), at 2-3<br>• 600-27 (Ex. 58), at 2-16 | | |
| Exs. 34, 36 to Preservation Motion | Dkts.:<br>• 600-3 (Ex. 34), at 2<br>• 600-5 (Ex. 36), at 2 | Confidential Amazon business information regarding third-party negotiations | Amazon may file redacted versions, attached as Exhibits MM, NN. |
| Ex. 40 to Preservation Motion | Dkt. 600-9, at 2 | Personal information of Amazon employees and confidential Amazon business information regarding third-party negotiations | Amazon may file a redacted version, attached as Exhibit OO. |
| Ex. 41 to Preservation Motion | Dkt. 600-10, at 2 | Personal information of Amazon employees and confidential Amazon business information regarding third-party negotiations | This document shall remain fully under seal. |
| Ex. 45 to Preservation Motion | Dkt. 600-14, at 2-15 | Personal information of Amazon employees and confidential Amazon business information regarding proposal related to advocacy work | This document shall remain fully under seal. |
| Ex. 49 to Preservation Motion | Dkt. 600-18, at 2-19 | Personal information of Amazon employees and confidential Amazon business information regarding Amazon Standards for Brands | This document shall remain fully under seal. |
| Ex. 56 to Preservation Motion | Dkt. 600-25, at 2-6 | Personal information of Amazon employees and confidential Amazon business information regarding seller fees | Amazon may file a redacted version, attached as Exhibit PP. |

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 5
(Case No. 2:23-cv-01495-JHC)

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| Ex. 60 to Preservation Motion | Dkt. 600-29, at Tr. 2:3, 5:1, 6:5-6, 6:8, 6:10, 6:13-16, 6:19-20, 6:21-22, 6:24, 7:2, 7:4, 7:6, 7:9, 7:12, 7:18-19, 7:21-23, 8:2, 8:5-8, 8:11, 96:11-97:3, 97:10, 98:12-14, 98:16, 99:6, 99:17, 99:19, 99:23-25 | Personal information of Amazon employees and confidential Amazon business information regarding customer experience | Amazon may file a redacted version, attached as Exhibit QQ. |
| Amazon's Preservation Response, Dkt. 639 | | | |
| Preservation Response | Dkt. 639 at 8-9, 15, 17, 21 & n.8 | Personal information of Amazon employees and confidential Amazon business information regarding Amazon's proposals relating to negotiations and competition issues | Amazon may file a redacted version, attached as Exhibit RR. |
| Declaration and Exhibits Filed in Support of Amazon's Preservation Response, Dkt. 640 | | | |
| Declaration of Katherine Trefz in Support of Preservation Response | Dkt. 640 at 2-3 | Personal information of Amazon employees | Amazon may file a redacted version, attached as Exhibit SS. |
| Exs. 2-5, 8-11, 12A, 15-16, 20, 26, 28, 32, 45-49 to Preservation Response | Dkts.:<br>• 640-2 (Ex. 2), at 5-6<br>• 640-3 (Ex. 3), at 2, 4-94<br>• 640-4 (Ex. 4), at 1 & n.2, 3-4<br>• 640-5 (Ex. 5), at Tr. 153:15, 157:3<br>• 640-8 (Ex. 8), at Tr. 1:15, 172:5<br>• 640-9 (Ex. 9), at Tr. 1:12<br>• 640-10 (Ex. 10), at Tr. 1:17, 232:12-13 | Personal information of Amazon employees | Continued redaction of the personal information in Exhibits 2-5, 8-11, 12A, 15-16, 20, 26, 28, 32, 45-49, filed publicly at Dkts. 642-2, 642-3, 642-4, 642-5, 642-8, 642-9, 642-10, 642-11, 642-13, 642-16, 642-17, 642-21, 642-27, 642-29, 642-33, 642-46, 642-47, 642-48, 642-49, 642-50. |

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 6
(Case No. 2:23-cv-01495-JHC)

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| | • 640-11 (Ex. 11), at Tr. 243:3, 243:6, 245:12, 245:1-18, 245:20, 245:24, 246:8, 247:19, 247:22, 247:24<br>• 640-13 (Ex. 12A), at 1<br>• 640-16 (Ex. 15), at 1:19, 76:25-77:2, 77:17-18, 78:23, 78:25, 97:5<br>• 640-17 (Ex. 16), at 2:1, 146:9, 146:14, 146:17-18, 146:21, 147:10, 148:10, 148:18<br>• 640-21 (Ex. 20), at 2-6<br>• 640-27 (Ex. 26), at Tr. 21:23, 242:5, 242:7, 242:7, 242:9, 254:1<br>• 640-29 (Ex. 28), at the top of Tr. 298-299, 307 and Tr. 298:21, 298:22, 298:23, 299:1, 299:5<br>• 640-33 (Ex. 32), at 2<br>• 640-46 (Ex. 45), at Tr. 1:19<br>• 640-47 (Ex. 46), at the top of Tr. 283-284 and Tr. 284:21<br>• 640-48 (Ex. 47) at the top of Tr. 35-36, 257<br>• 640-49 (Ex. 48), at 2<br>• 640-50 (Ex. 49), at 2 | | |

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 7
(Case No. 2:23-cv-01495-JHC)

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| Exs. 12, 14, 18, 21, 39 to Preservation Response | Dkts.:<br>• 640-12 (Ex. 12), at Tr. 1:13, 31:16-17, 31:21, 32:1, 32:13, 33:25-34:1, 34:6-7, 34:12-14, 34:23-24, 272:20-21, 273:7, 273:15, 273:17-18, 273:24, 274:2, 274:6, 274:18, 274:23, 275:3, 276:2, 276:15, 276:20, 277:25, 279:5-6, 279:18-19, 279:22-23, 280:10-11, 281:14-19, 282:11, 283:16, 284:7, 284:21-23, 285:1-2, 285:5, 285:11-13, 285:22, 286:4-5, 286:10, 286:18, 288:2-3, 288:6-7, 288:18-23, 289:11-15, 290:5-8, 290:10-11, 290:22-23, 291:3-4, 291:8, 291:17, 291:22, 292:20, 293:5, 293:9, 293:12, 294:21-23, 295:4, 295:25, 296:2, 296:6-8, 296:13, 296:16, 296:22, 297:12, 300:20, 300:22, 300:24, 301:2-3, 301:7, 302:3, 302:9, 302:24, 303:3, 303:6-7, 304:2, 305:14, 306:2 | Personal information of Amazon employees and confidential Amazon business information regarding Amazon Standards for Brands. | Continued redaction of the personal and confidential information in Exhibits 12, 14, 18, 21, 39, filed publicly at Dkts. 642-12, 642-15, 642-19, 642-22, 642-40. |

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 8
(Case No. 2:23-cv-01495-JHC)

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| | • 640-15 (Ex. 14), at Tr. 1, 179:4-5, 179:13-15, 182:5, 196:14-16, 196:25, 197:3, 198:14, 198:25<br>• 640-19 (Ex. 18), at 2-7<br>• 640-22 (Ex. 21), at 2-9<br>• 640-40 (Ex. 39), at 2 | | |
| Ex. 13 to Preservation Response | Dkt. 640-14, at Tr. 1:16, 283:9-10, 283:15-16 | Personal information of Amazon employees and confidential Amazon business information regarding Seller Fulfilled Prime. | Continued redaction of the personal and confidential information in Exhibit 13, filed publicly at Dkt. 640-14. |
| Ex. 17 to Preservation Response | Dkt. 640-18, at 2-5 | Personal information of Amazon employees and confidential Amazon business information regarding organizational structure and business documentation. | Continued redaction of the personal and confidential information in Exhibit 17, filed publicly at Dkt. 642-18. |
| Exs. 33-34 to Preservation Response | Dkts.:<br>• 640-34 (Ex. 33), at 2<br>• 640-35 (Ex. 34), at 2 | Personal information of Amazon employees and confidential Amazon business information regarding competitive monitoring and classification | These documents shall remain fully under seal. |
| Exs. 35-36 to Preservation Response | Dkts.<br>• 640-36 (Ex. 35), at 2-23<br>• 640-37 (Ex. 36), at 2-4 | Personal information of Amazon employees and confidential Amazon business information regarding grocery business | These documents shall remain fully under seal. |
| Exs. 37-38, 40 to Preservation Response | Dkts.:<br>• 640-38 (Ex. 37), at 2-27 | Personal information of Amazon employees and confidential Amazon business information | These documents shall remain fully under seal. |

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| | • 640-39 (Ex. 38), at 2-18<br>• 640-41 (Ex. 40), at 2-3 | regarding Amazon Standards for Brands | |
| Ex. 41 to Preservation Response | Dkt. 640-42, at 2, 4-6 | Personal information of Amazon employees and confidential Amazon business information regarding maintained data and documents and competitor classification | Continued redaction of the personal and confidential information in Exhibit 41, filed publicly at Dkt. 642-42. |
| Exs. 42-43 to Preservation Response | Dkts.<br>• 640-43 (Ex. 42), at 2-4<br>• 640-44 (Ex. 43), at 2-4 | Personal information of Amazon employees and confidential Amazon business information regarding negotiations with a third party | These documents shall remain fully under seal. |
| Ex. 44 to Preservation Response | Dkt. 640-45, at 2 | Confidential Amazon business information regarding stores | Continued redaction of the confidential information in Exhibit 44, filed publicly at Dkt. 642-45. |
| Ex. 50 to Preservation Response | Dkt. 640-51, at 2-4 | Personal information of Amazon employees and confidential Amazon business information regarding third-party negotiations | Continued redaction of the personal confidential information in Exhibit 50, filed publicly at Dkt. 642-51. |
| Plaintiffs' Reply in Support of Plaintiffs' Preservation Motion, Dkt. 651 | | | |
| Reply in Support Preservation Motion | Dkt. 651, at 4-6, 8 & n.2 | Personal information of Amazon employees and descriptions of confidential Amazon business information regarding Amazon's strategies relating to competition issues | Amazon may file a redacted version, attached as Exhibit TT. |

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 10
(Case No. 2:23-cv-01495-JHC)

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| Declaration and Exhibits Filed in Support of Plaintiffs' Reply, Dkt. 652 | | | |
| Declaration of Amanda Butler in Support of Preservation Reply | Dkt. 652, at 1-2 | Personal information of Amazon employees | Amazon may file a redacted version, attached as Exhibit UU. |
| Exs. A, B, E, G to Reply | Dkts.: <br> • 652-1, at Tr. 1:12, 5:12, 5:14, 5:16, 6:24, 190:24, 191:5, 191:10, 191:12, 191:15, 191:17, 192:9, 192:22, 193:18 <br> • 652-2, at Tr. 1:18, 5:6, 5:14-15, 5:16-17, 5:21-23, 322:13, 323:16, 323:18, 324:3, 324:9 <br> • 652-5, at Tr. 335:13, 338:6, 338:15, 338:19-20, 339:16, 340:5-6, 394:12, 394:19-20, 394:22, 395:1, 395:13, 395:23, 396:4-5, 396:13, 398:22, 398:23-24 <br> • 652-7, at 2, 4-7 | Personal information of Amazon employees | Amazon may file redacted versions, attached as Exhibits VV, WW, XX, YY. |
| Exs. C, D to Reply | Dkts.: <br> • 652-3, at Tr. 378:20-21, 379:7-8, 379:13, 380:3-5, 380:11-13, 380:16-17 <br> • 652-4, at Tr. 1:12, 176:16-21, 176:25-177:4, 177:17, 177:24-25, 178:3, 178:7, 178:15-16, | Personal information of Amazon employees and confidential Amazon information relating to fulfillment services | Amazon may file redacted versions, attached as Exhibits ZZ, AAA. |

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 11
(Case No. 2:23-cv-01495-JHC)

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| | 179:18-19, 179:21, 179:23-24, 180:18 | | |
| Ex. F to Reply | Dkt. 652-6, at 2-3 | Personal information of Amazon employees and confidential Amazon information and strategy concerning Amazon Standards for Brands | Amazon may file a redacted version, attached as Exhibit BBB. |
| Plaintiffs' Privilege Motion[2], Dkt. 604 | | | |
| Privilege Motion | Dkt. 604, at 12, 15-16, 22 | Personal information of Amazon employees and confidential Amazon information regarding Amazon's responses to competitor programs | Amazon may file a redacted version, attached as Exhibit CCC. |
| Declaration and Exhibits Filed in Support of Plaintiffs' Privilege Motion, Dkts. 605-607 | | | |
| Declaration of Lance B. McCaskey in Support of Privilege Motion | Dkt. 605, at 3-4, 9 | Personal information of Amazon employees | Amazon may file a redacted version, attached as Exhibit DDD. |
| Ex. 1 to Privilege Motion | Dkt. 605-1, at 5-8, 10, 12, 15 | Confidential Amazon information regarding competitive updates and proposals related to advocacy work | Amazon may file redacted versions, attached as Exhibit EEE. |
| Exs. 2, 9, 9A, 10, 10A, 12, 12A, 24, 33, 34, 36, 39, 44, 45, 47, | Dkts.:<br>• 605-2 (Ex. 2), at 2-5<br>• 605-10 (Ex. 9), at 2-8<br>• 605-11 (Ex. 9A), at 2-8 | Personal information of Amazon employees and confidential Amazon information regarding Amazon's data, efforts, considerations, and | Amazon may file redacted versions, attached as Exhibits FFF, GGG, HHH, III, JJJ, KKK, LLL, MMM, NNN, OOO, |

[2] *See* Plaintiffs' Motion to Compel the Production of Documents Concerning Amazon's Manipulation of Evidence, Dkt. 604 (Jan. 30, 2026) ("Privilege" Motion).

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 12
(Case No. 2:23-cv-01495-JHC)

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| 55, 56 to Privilege Motion | • 605-12 (Ex. 10), at 2-5<br>• 605-13 (Ex. 10A), at 2-4<br>• 605-16 (Ex. 12), at 2-5, 7<br>• 605-17 (Ex. 12A), at 2-8<br>• 606 (Ex. 24), at 2-3<br>• 606-9 (Ex. 33), at 2-5<br>• 606-10 (Ex. 34), at 2-9, 11-16<br>• 606-12 (Ex. 36), at 2-5<br>• 606-15 (Ex. 39), at 2<br>• 606-20 (Ex. 44), at 2-4<br>• 606-21 (Ex. 45), at 2-3<br>• 606-23 (Ex. 47), at 2-3, 5-150<br>• 607 (Ex. 55), at 2-4<br>• 607-1 (Ex. 56), at 2-5 | actions concerning Amazon's fulfillment services, along with privileged material Amazon has clawed back in the version of Exhibits 9, 10, and 12 that Plaintiffs filed for *in camera* review at 9A, 10A, 12A, Dkts. 605-11, 605-13, 605-17 | PPP, QQQ, RRR, SSS, TTT, UUU, VVV. |
| Exs. 3, 22, 27, 30, 31, 38, 41, 48, 51, 53, 61, 62, 65, 67, 68 to Privilege Motion | Dkts.:<br>• 605-3 (Ex. 3), at 2-4<br>• 605-29 (Ex. 22), at 2-6<br>• 606-3 (Ex. 27), at 2-22<br>• 606-6 (Ex. 30), at 2-3<br>• 606-7 (Ex. 31), at 2-4<br>• 606-14 (Ex. 38), at 2-3<br>• 606-17 (Ex. 41), at 2-3 | Personal information of Amazon employees and confidential information regarding Amazon's data, plans, strategies, proposals, and analyses relating to pricing practices, studies, projects, programs, monitoring, inputs, policies, and tenets | Amazon may file redacted versions, attached as Exhibits WWW, XXX, YYY, ZZZ, AAAA, BBBB, CCCC, DDDD, EEEE, FFFF, GGGG, HHHH, IIII, JJJJ, KKKK. |

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 13
(Case No. 2:23-cv-01495-JHC)

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| | • 606-24 (Ex. 48), at 2-4<br>• 606-27 (Ex. 51), at 2-35, 37, 39-41, 43-46, 48-52<br>• 606-29 (Ex. 53), at 2-3<br>• 607-6 (Ex. 61), at 2-21<br>• 607-7 (Ex. 62), at 2-4<br>• 607-10 (Ex. 65), at 2-3<br>• 607-12 (Ex. 67), at Tr. 1:12, 5:12, 5:14, 5:16, 6:24, 114:12-13, 115:2, 115:4-7, 115:13-16, 116:7, 116:14-17, 116:19 117:6-8, 117:10, 117:24, 182:5, 183:19, 184:21, 262:5-7, 262:9, 262:11-12<br>• 607-13 (Ex. 68), at 2-10 | | |
| Exs. 4, 42, 54, and 63 to Privilege Motion | Dkts.:<br>• 605-4 (Ex. 4), at 2-6<br>• 606-18 (Ex. 42), at 2-10<br>• 606-30 (Ex. 54), at 2-12, 14-20<br>• 607-8 (Ex. 63), at 2-3 | Personal information of Amazon employees and confidential Amazon considerations, business strategies, internal resources, plans, and actions relating to standards for certain sellers and brands | Amazon may file redacted versions, attached as Exhibits LLLL, MMMM, NNNN, OOOO. |
| Exs. 5, 64 to Privilege Motion | Dkts.:<br>• 605-5 (Ex. 5), at 2-6<br>• 607-9 (Ex. 64), at 2-6 | Personal information of Amazon employees and confidential Amazon business strategies, | Amazon may file a redacted version, attached as Exhibits PPPP, QQQQ. |

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| | | plans, and actions regarding fees | |
| Exs. 6, 28, 29 to Privilege Motion | Dkts.:<br>• 605-6 (Ex. 6), at 2-29<br>• 606-4 (Ex. 28), at 2-59<br>• 606-5 (Ex. 29), at 2-12 | Personal information of Amazon employees and confidential Amazon business information regarding pricing strategies, plans, inputs, and actions throughout entirety of documents | These documents shall remain fully under seal. |
| Exs. 7, 8, 8A, 26, 32, 43, 58-60 to Privilege Motion | Dkts.:<br>• 605-7 (Ex. 7), at 2-7<br>• 605-8 (Ex. 8), at 2-4<br>• 605-9 (Ex. 8A), at 2-4<br>• 606-2 (Ex. 26), at 2<br>• 606-8 (Ex. 32), at 2-3<br>• 606-19 (Ex. 43), at 2<br>• 607-3 (Ex. 58), at Tr. 6:6, 6:12, 229:5-6, 229:10, 229:16-17, 229:21, 231:1<br>• 607-4 (Ex. 59), at Tr. 1:19, 2:13, 5:8<br>• 607-5 (Ex. 60), at Tr. 1:18, 6:15, 7:2, 7:11, 7:18, 145:1-3, 145:12, 145:14, 145:17, 146:2-3, 147:2, 147:16, 147:18-19, 147:22 | Personal information of Amazon employees, along with privileged material Amazon has clawed back in the version of Exhibit 8 that Plaintiffs filed for *in camera* review at 8A, Dkt. 605-9 | Amazon may file redacted versions, attached as Exhibits RRRR, SSSS, TTTT, UUUU, VVVV, WWWW, XXXX, YYYY, ZZZZ. |
| Exs. 11, 11A to Privilege Motion | Dkts.:<br>• 605-14 (Ex. 11), at 2-4<br>• 605-15 (Ex. 11A), at 2-4 | Personal information of Amazon employees and confidential information regarding Amazon shopping and Store analytics, along with | Amazon may file redacted versions, attached as Exhibits AAAAA, BBBBB. |

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| | | privileged material Amazon has clawed back in the version of Exhibit 11 that Plaintiffs filed for *in camera* review at 11A, Dkt. 605-15 | |
| Exs. 13, 13A, 15, 17, 25, 35, 46, 57 to Privilege Motion | Dkts.:<br>• 605-18 (Ex. 13), at 2-3, 5<br>• 605-19 (Ex. 13A), at 2-5<br>• 605-22 (Ex. 15), at 2-4<br>• 605-24 (Ex. 17), at 2-7<br>• 606-1 (Ex. 25), at 2-3, 5-11, 13-15<br>• 606-11 (Ex. 35), at 2<br>• 606-22 (Ex. 46), at 2-4<br>• 607-2 (Ex. 57), at 2-5 | Personal information of Amazon employees and confidential information concerning considerations relating to competitors, along with privileged material Amazon has clawed back in the version of Exhibit 13 that Plaintiffs filed for *in camera* review at 13A, Dkt. 605-19 | Amazon may file redacted versions, attached as Exhibits CCCCC, DDDDD, EEEEE, FFFFF, GGGGG, HHHHH, IIIII, JJJJJ. |
| Exs. 14, 14A to Privilege Motion | Dkts.:<br>• 605-20 (Ex. 14), at 2-31<br>• 605-21 (Ex. 14A), at 2-31 | Personal information of Amazon employees and confidential Amazon business information regarding grocery business, along with privileged material Amazon has clawed back in the version of Exhibit 14 that Plaintiffs filed for *in camera* review at 14A, Dkt. 605-21 | These documents shall remain fully under seal. |

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| Exs. 16, 50 to Privilege Motion | Dkts.:<br>• 605-23 (Ex. 16)<br>• 606-26 (Ex. 50), at 2-4 | Personal information of Amazon employees and confidential Amazon business information in privilege log entries regarding its internal strategies, communications, plans, and proposals throughout | These documents shall remain fully under seal. |
| Exs. 18, 20, 21, 49 to Privilege Motion | Dkts.:<br>• 605-25 (Ex. 18), at 2, 4-9<br>• 605-27 (Ex. 20), at 7, 9, 10, 15<br>• 605-28 (Ex. 21), at 2-8<br>• 606-25 (Ex. 49), at 2-4 | Personal information of Amazon employees and confidential information regarding internal data and communication practices on Amazon's business operations | Amazon may file redacted versions, attached as Exhibits KKKKK, LLLLL, MMMMM, NNNNN. |
| Ex. 19 to Privilege Motion | Dkt. 605-26, at 2-5 | Confidential Amazon analyses relating to competitors and customer shopping behavior | These documents shall remain fully under seal. |
| Ex. 23 to Privilege Motion | Dkt. 605-30, at 2-45 | Personal information of Amazon employees and confidential information regarding analyses, plans, and proposals relating to Private Brands | These documents shall remain fully under seal. |
| Ex. 37 to Privilege Motion | Dkt. 606-13, at 2-3, 5-11, 13-28 | Personal information of Amazon employees and confidential Amazon business information regarding Amazon's strategies, efforts, plans, and organization regarding customer trust programs and analyses | Amazon may file redacted versions, attached as Exhibit OOOOO. |

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 17
(Case No. 2:23-cv-01495-JHC)

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| Ex. 40 to Privilege Motion | Dkt. 606-16, at 2-21 | Personal information of Amazon employees and confidential Amazon business information regarding Amazon's data, efforts, and actions concerning workplace safety | Amazon may file a redacted version, attached as Exhibit PPPPP. |
| Ex. 52 to Privilege Motion | Dkt. 606-28, at 2-31 | Personal information of Amazon employees and confidential Amazon business information regarding Amazon's data, efforts, considerations, and actions concerning Amazon's fulfillment services | This document shall remain fully under seal. |
| Ex. 66 to Privilege Motion | Dkt. 607-11, at 2-9 | Personal information of Amazon employees and confidential Amazon projects and analyses relating to Prime | Amazon may file a redacted version, attached as Exhibit QQQQQ. |
| Ex. A to Privilege Motion | Dkt. 607-14, at 8, 14 | Personal information of Amazon employees | Continued redaction of the personal information in Exhibit A, filed publicly at Dkt. 611-14 |
| Amazon's Response to Plaintiffs' Privilege Motion, Dkt. 635 | | | |
| Amazon's Response | Dkt. 635, at 13-17, 20 | Personal information of Amazon employees | Amazon may file a redacted version, attached as Exhibit RRRRR. |

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 18
(Case No. 2:23-cv-01495-JHC)

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| Declaration and Exhibits Filed in Support of Amazon's Response to Plaintiffs' Privilege Motion, Dkt. 636 | | | |
| Declaration of Katherine Trefz in Support of Amazon's Response | Dkt. 636, at 2-5 | Personal information of Amazon employees | Amazon may file a redacted version, attached as Exhibit SSSSS. |
| Exs. 2, 39, 41, 43 to Amazon's Response | Dkts.: <br> • 636-2, at 2, 4-7 <br> • 636-39, at 2-5 <br> • 636-41, at 3-4 <br> • 636-43, at 3-5 | Personal information of Amazon employees and confidential information concerning considerations relating to SC-FOD, seller communications, and pricing strategies and considerations, and internal production considerations of Amazon's outside counsel in Orders issued by the Special Master in the Related Private Cases[3] | Continued redaction of the personal and internal information in Exhibits 2, 39, 41, 43 filed publicly at Dkts. 638-2, 638-39, 638-41, 638-43. |
| Exs. 4-6, 15-16, 23 to Amazon's Response | Dkts.: <br> • 636-4, at Tr. 1, 105:14-15, 105:18-24, 122:7, 122:23, 123:9, 124:19-20, 186:2, 186:10, 186:21-22, 186:24, 187:1, 187:3-6, 187:12, 188:3, 188:23, 189:20, 190:18, 190:20-21, | Personal information of Amazon employees and confidential information regarding offers to customers and pricing strategies, inputs, monitoring, and communications guidance | Continued redaction of personal and confidential information in Exhibits 4-6, 15-16, 23 filed publicly at Dkts. 638-4, 638-5, 638-6, 638-15, 638-16, 638-23 |

[3] The private, Related Cases ("Related Cases") referenced throughout include: *De Coster v. Amazon*, No. 2:21-cv-00693-JHC (W.D. Wash.); *Frame-Wilson v. Amazon*, No. 2:20-cv-00424-JHC (W.D.Wash.); and *Brown v. Amazon*, No. 2:22-cv-00965-JHC (W.D. Wash.).

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 19
(Case No. 2:23-cv-01495-JHC)

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| | 190:25, 242:21, 245:6<br>• 636-5, at Tr. 1:19, 269:5, 269:8, 269:11, 269:20, 269:23, 270:2, 270:7, 270:12, 271:1, 271:7, 274:7-9, 274:25, 275:7, 275:9, 275:11-12, 275:14-16<br>• 636-6, at Tr. 1:18, 145:5, 145:8-10, 145:13, 145:17-18, 146:3-6, 146:9, 146:11, 146:15-20, 146:23-24<br>• 636-15, at Tr. 290:20, 510:17, 510:19-20, 511:3, 511:10, 511:16, 511:18, 511:20-21<br>• 636-16, at Tr. 2:17, 107:8-10, 107:13-14, 107:17, 108:6-7, 108:9-10, 108:14<br>• 636-23, at Tr. 1:13, 249:3-14, 249:16, 283:16, 284:7, 284:21-23<br>• | | |
| Exs. 7, 8, 10-14, 17, 19-21, 25, 27-28, 30-34, 45-46 to Amazon's Response | Dkts.:<br>• 636-7, at Tr. 1:13<br>• 636-8, at Tr. 2:15, 182:7-8, 182:11, 183:22<br>• 636-10, at Tr. 276:18<br>• 636-11, at Tr. 1:16<br>• 636-12, at 287:19, 376:13 | Personal information of Amazon employees | Continued redaction of personal information in Exhibits 7, 8, 10-14, 17, 19, 20-21, 25, 27-28, 30-34, 45-46 filed publicly at Dkts. 638-7, 638-8, 638-10, 638-11, 638-12, 638-13, 638-14, 638-17, 638-19, 638-20, 638-21, |

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| | • 636-13, at Tr. 1:17, 248:6<br>• 636-14, at Tr. 1:20, 84:5<br>• 636-17 at Tr. 1:18, 213:16<br>• 636-19, at Tr. 1:18 and header, 108 header, 109:12, 109:18, 109:22 and header<br>• 636-20, at Tr. 1:18, 146:2-3, 147:2, 147:16, 147:18-19, 147:22<br>• 636-21, at Tr. 1:15, 195:16, 198:8, 198:16, 198:20<br>• 636-25, at Tr. 1:16-17, 308:4, 308:6, 308:11, 310:13, 354:22<br>• 636-27, at Tr. 1:17, 427:5-6, 427:12, 427:15-16, 427:23, 434:12, 434:21-22, 434:25<br>• 636-28, at Tr. 2:1<br>• 636-30, at Tr. 1:15, 286:1, 286:11, 286:14, 286:16, 286:18, 286:21, 287:1, 287:8-9, 287:22, 287:24;<br>• 636-31, at Tr. 1:15, 213:9, 213:25<br>• 636-32, at Tr. 220:15, 317:18<br>• 636-33, at Tr. 1:19<br>• 636-34, at 2-4 | | 638-25, 638-27–638-28, 638-30–638-34, 638-45, 638-46. |

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| | • 636-45, at 3-4, 6-9<br>• 636-46, at 5-15 | | |
| Ex. 9 to Amazon's Response | Dkt. 636-9, at Tr. 1:8, 1:10, header, 213:1, header, 214:4-5, header | Personal information of Amazon employees and confidential business information regarding acquisition evaluations | Continued redaction of the personal and confidential information in Exhibit 9, filed publicly at Dkts. 638-9. |
| Exs. 18, 29 to Amazon's Response | Dkts.:<br>• 636-18, at Tr. 1:12, 191:2-3, 191:18-20, 191:22<br>• 636-29, at Tr. 201:1, 201:5-7, 201:20, 201:22, 201:24, 202:21, 229:5-6, 229:10, 229:16-17, 229:21, 231:1 | Personal information of Amazon employees and confidential business information regarding Amazon Prime | Continued redaction of the personal and confidential information in Exhibits 18, 29, filed publicly at Dkts. 638-18, 638-29 |
| Exs. 22, 26 to Amazon's Response | Dkts.:<br>• 636-22, at Tr. 1:12, 205:5-6, 205:10<br>• 636-26, at Tr. 1:19, 115:14, 116:11, 116:13-14, 116:16, 116:19, 116:21-24 | Personal information of Amazon employees and confidential business information regarding competitor analyses and considerations | Continued redaction of the personal and confidential information in Exhibits 22 and 26, filed publicly at Dkts. 638-22, 638-26 |
| Ex. 24 to Amazon's Response | Dkt. 636-24 at top of Tr. 334, 394-395, 407, 408 and Tr. 334:19, 394:2, 394:5, 394:12, 394:17, 394:24, 395:8-9, 395:12, 395:14-17, 395:23, 408:2, 408:21 | Personal information of Amazon employees | Amazon may file a redacted version, attached as Exhibit TTTTT. |
| Exs. 35, 40, 42, 44 to Amazon's Response | Dkts.:<br>• 636-35, at 2-7<br>• 636-40, at 2-7<br>• 636-42, at 2-17<br>• 636-44, at 2-10 | Personal information of Amazon employees and confidential Amazon business information regarding Amazon's | These documents shall remain fully under seal. |

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 22
(Case No. 2:23-cv-01495-JHC)

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| | | data, plans, strategies, proposals, and analyses relating to pricing practices, studies, projects, programs, monitoring, inputs, and policies | |
| Ex. 36 to Amazon's Response | Dkt. 636-36, at 2-4 | Personal information of Amazon employees and confidential Amazon business information regarding Amazon's data, efforts, considerations, and actions concerning Amazon's fulfillment services | Continued redaction of personal and confidential information in Exhibit 36, filed publicly at Dkt. 638-36. |
| Ex. 37 to Amazon's Response | Dkt. 636-37, at 2-3 | Personal information of Amazon employees and descriptions of internal and confidential Amazon considerations business strategies, internal resources, plans, and actions relating to Amazon Standards for Brands | Amazon may file a redacted version, attached as Exhibit UUUUU. |
| Ex. 38 to Amazon's Response | Dkt. 636-38, at 2-6 | Personal information of Amazon employees and confidential Amazon business information regarding Amazon's data, efforts, considerations, and actions concerning Amazon's fulfillment services | This document shall remain fully under seal. |

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 23
(Case No. 2:23-cv-01495-JHC)

| Document (Dkt. #) | Pincite if Relevant | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| Exhibit Filed in Support of Plaintiffs' Privilege Reply, Dkt. 656-1 | | | |
| Ex. A to Plaintiffs' Reply | Dkt. 656-1, at 2-3 | Personal information of Amazon employees and descriptions of internal and confidential Amazon considerations regarding pricing, press responses, and seller communications | Amazon may file a redacted version, attached as Exhibit VVVVV. |

IT IS SO ORDERED.

DATED this 28th day of April, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING
AMAZON'S MOTION TO SEAL - 24
(Case No. 2:23-cv-01495-JHC)