UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

Case No. 2:23-cv-01495-JHC

**ORDER GRANTING AMAZON'S UNOPPOSED MOTION TO SEAL THE DECLARATION OF CHARLES WRIGHT IN SUPPORT OF AMAZON'S SUPPLEMENTAL BRIEF**

This matter comes before the Court on Amazon's Unopposed Motion to Seal the Declaration of Charles Wright in Support of Amazon's Supplemental Brief (the "Motion").  Dkt. # 688.  The Court, having considered Amazon's Motion, and for good cause shown, GRANTS the Motion.  The Court hereby ORDERS that Amazon may publicly file the redacted version of the Declaration, attached as Exhibit A to the Motion, which redacts personal and identifying information of current and former Amazon employees in paragraphs 7(b), 7(d), 7(f), 7(h), 8(b), 8(h), 9, and 10.

IT IS SO ORDERED.

//

//

//

ORDER GRANTING AMAZON'S UNOPPOSED
MOTION TO SEAL - 1
(Case No. 2:23-cv-01495-JHC)

DATED this 26th day of June, 2026.

_John H. Chun_
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING AMAZON'S UNOPPOSED
MOTION TO SEAL - 2
(Case No. 2:23-cv-01495-JHC)