THE HONORABLE JOHN H. CHUN

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

    Plaintiffs,

    v.

AMAZON.COM, INC., a corporation,

    Defendant.

CASE NO.: 2:23-cv-01495-JHC

**PLAINTIFFS' OPPOSITION TO LAWYERS FOR CIVIL JUSTICE'S MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF**

PLAINTIFFS' OPPOSITION TO
LCJ'S MOTION FOR LEAVE TO FILE
AMICUS CURIAE BRIEF - i
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Plaintiffs oppose the request by Lawyers for Civil Justice ("LCJ") to file an amicus curiae brief in response to the Court's June 18, 2026 Order, for three reasons:

*First*, the Court should be aware that LCJ is not a disinterested party. LCJ acknowledges in its motion that Amazon is a member of LCJ. Dkt. #687 at 3. But LCJ omits that all five of the law firms representing Amazon in this case—Williams & Connolly LLP, Covington & Burling LLP, Morgan, Lewis & Bockius LLP, Wilkinson Stekloff LLP, and Redgrave LLP—are also LCJ members. *See* About LCJ, Lawyers for Civil Justice[1] ("About LCJ Website"). So is Sidley Austin LLP, which has represented Amazon in the related Private Plaintiff cases. *See id.*; Docket, *Amazon.com, Inc. v. United States District Court for W.D. Wash.*, No. 25-3099 (9th Circ.). And Redgrave LLP's founding partner, Jonathan Redgrave, is on LCJ's Board of Directors. *See* About LCJ Website.

*Second*, LCJ's motion does not comply with the Court's Local Rules. Local Civil Rule 7(o) requires the movant seeking leave to file an amicus brief to attach "a copy of the proposed amicus brief" to its motion. Local Rules W.D. Wash. LCR 7(o)(2). LCJ did not do so. *See* Dkt. #687. Because of this failure, the Court also does not have the disclosure concerning party involvement required by Local Civil Rule 7(o). *See* Local Rules W.D. Wash. LCR 7(o)(4) (requiring information mandated by Fed. R. App. P. 29(a)(4)(A), (D), and (E)). In addition, LCJ did not contact any Plaintiff before filing its motion, despite the requirement in the Local Rules to "state the position of each party as to the filing of . . . a brief." Local Rules W.D. Wash. LCR 7(o)(2).

*Third*, it is not clear that LCJ's proposed amicus brief will provide any relevant information that Amazon could not have included in its filing. "The classic role of amicus curiae

---

[1] https://www.lfcj.com/about#members (last visited June 30, 2026).

| | |
|---|---|
| PLAINTIFFS' OPPOSITION TO | **FEDERAL TRADE COMMISSION** |
| LCJ'S MOTION FOR LEAVE TO FILE | 600 Pennsylvania Avenue, NW |
| AMICUS CURIAE BRIEF - 1 | Washington, DC 20580 |
| CASE NO. 2:23-cv-01495-JHC | (202) 326-2222 |

has been to assist in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *AFGE v. Noem*, 785 F. Supp. 3d 833, 862 (W.D. Wash. 2025) (quoting *Miller-Wohl Co., Inc. v. Comm'r of Labor & Indus., State of Montana*, 694 F.2d 203, 204 (9th Cir. 1982)) (cleaned up). While Plaintiffs have not seen LCJ's anticipated brief (because, as noted above, LCJ did not file a brief with its motion), several of LCJ's proposed topics appear to contemplate fact testimony or policy considerations rather than the law, which may not be helpful to the Court. *See* Dkt. #687 at 4. To the extent LCJ intends to address the law from the "broader institutional perspective . . . of organizations [with] in-house legal departments," *id.* at 3, it is not clear what LCJ has to offer that could not have been addressed by Amazon, which has a large in-house legal department and over 1.5 million employees worldwide. *See* Amazon.com, Inc., Annual Report (Form 10-K), at 4 (Feb. 5, 2026).[2]

Plaintiffs of course defer to the Court's view as to whether it would find LCJ's proposed amicus brief helpful. If so, Plaintiffs respectfully request that the Court rule on LCJ's motion as soon as practicable, and direct LCJ to file any amicus brief within one day of the Court's order so that it will not unnecessarily delay the Court's *in camera* review. Given that LCJ should have filed its brief with its request for leave, that order should not be burdensome for LCJ.

[2] https://www.sec.gov/ix?doc=/Archives/edgar/data/1018724/000101872426000004/amzn-20251231.htm (last visited June 30, 2026).

PLAINTIFFS' OPPOSITION TO
LCJ'S MOTION FOR LEAVE TO FILE
AMICUS CURIAE BRIEF - 2
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Dated: June 30, 2026

Respectfully submitted,

*s/ Edward H. Takashima*

EDWARD H. TAKASHIMA (DC Bar # 1001641)
CHRISTOPHER A. GRAHAM (NY Reg. # 5649389)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:    (202) 326-2464 (Takashima)
Email: etakashima@ftc.gov
            cgraham@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Nicole Demers*
Nicole Demers (admitted *pro hac vice*)
Deputy Associate Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: nicole.demers@ct.gov
*Counsel for Plaintiff State of Connecticut*

*s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac vice*)
Senior Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

*s/ Christopher J. Campbell*
Christopher J. Campbell (admitted *pro hac vice*)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
Telephone: (405) 522-0858
Email: Chris.Campbell@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Attorney-in-Charge
Economic Justice Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.oregon.gov
*Counsel for Plaintiff State of Oregon*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

PLAINTIFFS' OPPOSITION TO
LCJ'S MOTION FOR LEAVE TO FILE
AMICUS CURIAE BRIEF - 3
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

s/ Michael A. Undorf
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

s/ Christina M. Moylan
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

s/ Schonette Walker
Schonette Walker (admitted *pro hac vice*)
Assistant Attorney General
Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6473
Email: swalker@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

s/ Katherine W. Krems
Katherine W. Krems (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: katherine.krems@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

s/ Scott A. Mertens
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

s/ Zach Biesanz
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

s/ Lucas J. Tucker
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

s/ Andrew Esoldi
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

PLAINTIFFS' OPPOSITION TO
LCJ'S MOTION FOR LEAVE TO FILE
AMICUS CURIAE BRIEF - 4
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

s/ Anthony R. Juzaitis
Anthony R. Juzaitis (admitted *pro hac vice*)
Deputy Attorney General, Civil Affairs
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 651-7565
Email: AJuzaitis@nmag.gov
*Counsel for Plaintiff State of New Mexico*

s/ Zulma Carrasquillo Almena
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Senior Attorney & Special Prosecutor
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

s/ Alexander Carnevale
Alexander Carnevale (admitted *pro hac vice*)
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: acarnevale@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

s/ Sarah L.J. Aceves
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

s/ Caitlin M. Madden
Caitlin M. Madden (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: caitlin.madden@wisdoj.gov
*Counsel for Plaintiff State of Wisconsin*

PLAINTIFFS' OPPOSITION TO
LCJ'S MOTION FOR LEAVE TO FILE
AMICUS CURIAE BRIEF - 5
CASE NO. 2:23-cv-01495-JHC

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222