UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION ET AL., | CASE NO. 2:23-cv-01495-JHC |
| Plaintiffs, | ORDER |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |

This matter comes before the Court on Lawyers for Civil Justice's Motion for Leave to File Amicus Brief. Dkt. # 687. The Court has considered the Motion (Dkt. # 687), Plaintiffs' Response (Dkt. # 692), and the applicable law. Because the Motion does not comply with the local rules, *see* LCR 7(o), and the Court does not believe that an amicus brief will assist it to resolve the legal questions presented by the pending *in camera* inspection, the Court DENIES the Motion.

Dated this 2nd day of July 2026.

John H. Chun
United States District Judge

ORDER - 1