**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, | **CASE NO.: 2:23-cv-01495-JHC** |
| Plaintiffs, | **STIPULATED MOTION AND ORDER REGARDING AMAZON'S PRIVILEGE RE-REVIEW** |
| v. | |
| AMAZON.COM, INC., a corporation, | |
| Defendant. | NOTE ON MOTION CALENDAR: August 11, 2026 |

Pursuant to the Court's July 7, 2026 Order, Dkt. #695, the parties have met and conferred regarding Amazon's privilege re-review.  With the exception of Paragraph 3, on which Amazon does not take a position, the Parties have agreed to the following, subject to the Court's approval:

1. Amazon shall re-review privilege claims identified by Plaintiffs, up to a cap of 10% of all of the entries on its privilege logs.[1]

---

[1] At this time, the files 2026.03.09 FTC – Amazon Consolidated Privilege Log and 2026.08.06_Amended FTC Retail 8th Set RFPs_Privilege Log contain all of the privilege claims Amazon is asserting or maintaining in this case, including over documents on privilege logs in Related Cases that Amazon has reproduced in response to Plaintiffs' discovery requests. Those privilege logs have a combined total of 68,301 entries. The 10% cap above would therefore mean a re-review of up to 6,830 privilege log entries.

STIPULATED MOTION AND ORDER RE
AMAZON'S PRIVILEGE RE-REVIEW - 1
CASE NO. 2:23-cv-01495-JHC

a. Plaintiffs shall identify privilege log entries for Amazon's re-review on a rolling basis. Plaintiffs shall complete their identification of privilege log entries no later than 14 days after entry of the Court's Order regarding Amazon's privilege re-review.

b. Plaintiffs may provide Amazon with search terms to run against the documents underlying its privilege logs, on a rolling basis.

    i. Within three days after receiving a set of search terms from Plaintiffs, Amazon shall provide a list of the privilege log entries associated with documents that hit on one or more of those terms. Amazon shall provide search term hit results separately for each search string provided by Plaintiffs by providing a list of the privilege log entries with documents that hit on each search string.  If Plaintiffs provide a list of search terms that exceeds thirty search strings, Amazon will provide its list within four days.

    ii. Plaintiffs may identify some or all of the documents that search terms hit on for Amazon's re-review, subject to the 10% cap above.

    iii. Amazon shall produce downgraded or redacted documents on a rolling basis.

2. Amazon shall complete its re-review no later than 30 days after Plaintiffs complete their identification of privilege log entries. By that date, Amazon shall produce (a) all downgraded or redacted documents, (b) an updated or revised, consolidated privilege log for all privilege claims Amazon is asserting or maintaining in this case, including documents that have gone through this re-review.

3. Plaintiffs may identify up to 20 re-reviewed documents that Amazon has continued to withhold in whole or in part for the Court's *in camera* review and validation of Amazon's re-review. If the Court decides to conduct an *in camera* review, the Parties agree to the following conditions:

    a. Unless specifically directed by the Court, the Court's review shall be based solely on the documents and Amazon's updated consolidated privilege log entries.

    b. For each document Plaintiffs identify, Plaintiffs shall include the information required by Part III(3) of the Court's April 29, 2026 Order. Dkt. #678 at 35-36.

    c. Within three days of Plaintiffs' identification of documents, Amazon shall submit the identified documents for *in camera* review, in unredacted form. Amazon may also respond to any arguments made by Plaintiffs in their submission.

4. Following Amazon's re-review of the privilege log entries identified by Plaintiffs pursuant to Paragraph 1 herein, Plaintiffs will not seek any further re-reviews of the remaining documents on Amazon's privilege logs for the duration of the litigation.

The Parties, by and through their respective attorneys of record, hereby request that the Court order Paragraphs 1, 2, and 4 above. Plaintiffs separately request that the Court enter Paragraph 3. Amazon takes no position as to Paragraph 3 above.

Stipulated to and respectfully submitted this 11th day of August, 2026, by

*s/ Olivia Jerjian*
EDWARD H. TAKASHIMA (DC Bar # 1001641)
OLIVIA JERJIAN (DC Bar # 1034299)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:   (202) 326-2464 (Takashima)
Email: etakashima@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

STIPULATED MOTION AND ORDER RE
AMAZON'S PRIVILEGE RE-REVIEW - 3
CASE NO. 2:23-cv-01495-JHC

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney
General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Rahul A. Darwar*
Rahul A. Darwar (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: Rahul.Darwar@ct.gov
*Counsel for Plaintiff State of Connecticut*

*s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

*s/ Robert J. Carlson*
Robert J. Carlson (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2885
Email: robert.carlson@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us
*Counsel for Plaintiff State of Oregon*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

STIPULATED MOTION AND ORDER
RE AMAZON'S PRIVILEGE RE-REVIEW - 4
CASE NO. 2:23-cv-01495-JHC

*s/ Gary Honick*
Gary Honick (admitted *pro hac vice*)
Assistant Attorney General
Deputy Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6470
Email: Ghonick@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

*s/ Katherine W. Krems*
Katherine W. Krems (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: katherine.krems@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

*s/ Scott A. Mertens*
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

*s/ Zach Biesanz*
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

*s/ Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

*s/ Andrew Esoldi*
Andrew Esoldi (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-7819
Email: andrew.esoldi@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

*s/ Jeffrey Herrera*
Jeffrey Herrera (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 490-4878
Email: jherrera@nmag.gov
*Counsel for Plaintiff State of New Mexico*

*s/ Zulma Carrasquillo Almena*
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

STIPULATED MOTION AND ORDER
RE AMAZON'S PRIVILEGE RE-REVIEW - 5
CASE NO. 2:23-cv-01495-JHC

*s/ Stephen N. Provazza*
Stephen N. Provazza (admitted *pro hac vice*)
Special Assistant Attorney General
Chief, Consumer and Economic Justice Unit
Department of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: sprovazza@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L.J. Aceves*
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

*s/ Laura E. McFarlane*
Laura E. McFarlane (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*

STIPULATED MOTION AND ORDER
RE AMAZON'S PRIVILEGE RE-REVIEW - 6
CASE NO. 2:23-cv-01495-JHC

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
        molly.terwilliger@morganlewis.com


**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (pro hac vice)
John E. Schmidtlein (pro hac vice)
Kevin M. Hodges (pro hac vice)
Jonathan B. Pitt (pro hac vice)
Carl R. Metz (pro hac vice)
Carol J. Pruski (pro hac vice)
Constance T. Forkner (pro hac vice)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
        khodges@wc.com
        jpitt@wc.com
        cmetz@wc.com
        cpruski@wc.com
        cforkner@wc.com


**COVINGTON & BURLING LLP**

Thomas O. Barnett (pro hac vice)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND ORDER
RE AMAZON'S PRIVILEGE RE-REVIEW - 7
CASE NO. 2:23-cv-01495-JHC

**ORDER**

IT IS SO ORDERED.

DATED this 11th day of August, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
RE AMAZON'S PRIVILEGE RE-REVIEW - 8
CASE NO. 2:23-cv-01495-JHC