UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

**CASE NO. 2:23-cv-01495-JHC**

ORDER ON LCR 37 JOINT SUBMISSION REGARDING CONTINUANCE

This matter comes before the Court on the Parties' LCR 37 Submission Regarding Continuance. Dkt. # 707. The Court has considered the materials filed in connection with the submission, the rest of the file, and the governing law. Being fully advised, the Court DENIES Defendant's request for a continuance.

The Court sympathizes with the California court, counsel, and anyone else inconvenienced by this ruling. But Plaintiffs provide solid reasons to deny the motion. *See id.* at 8-13. Plaintiffs also mention the potential "chain reaction" of scheduling conflicts with the *De Coster* and *District of Columbia* actions.[1] This is a fair point. The Court also has numerous

[1] Also looming in the back of the Court's mind is the need to manage and/or ultimately set trial dates in the following cases that share similar case theories and/or the same counsel: *Frame-Wilson et al.*

trials in unrelated cases scheduled to begin in the June to July 2027 time frame,[2] and a number of those may be affected by the requested continuance. Furthermore, internally, the Court has been preparing for some time for the March 29, 2027, trial date in this matter. As there is no scheduling conflict with the *California* action—and for the other reasons mentioned herein—the Court does not see a good reason to disturb the current schedule. *See* Fed. R. Civ. P. 16(b)(4).

DATED this 9th day of October, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE

---

*v. Amazon.com*, 2:20-cv-00424-JHC (trial not set); *Brown et al. v. Amazon.com*, 2:22-cv-00965-JHC (trial not set); *Zulily, LLC, et al. v. Amazon.com*. 2:23-cv-01900-JHC (trial set for March 13, 2028). There is also the potential need to coordinate with the schedule in *Mbadiwe v. Amazon.com*, 22-CV-9542 (VSB), United States District Court, Southern District of New York.

[2] The Court generally sets more than one trial per week. Most cases settle before trial; some trials get continued.