THE HONORABLE JOHN H. CHUN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | **CASE NO.: 2:23-cv-01495-JHC**<br><br>**JOINT STATUS REPORT REGARDING ECONOMICS DAY** |

Pursuant to the Parties' August 26, 2026 and October 2, 2026 Joint Status Reports, the Parties have met and conferred regarding the Economics Day hearing scheduled for December 4, 2026. The Parties have reached agreement on the majority of the issues discussed and jointly propose the agreed-upon terms in Section I below. The Parties have not reached agreement and submit competing proposals on how the day should be structured, as set forth in Section II below.

## I. AGREED-UPON TERMS

The Parties agree that the following terms should be included in an Order regarding the December 4, 2026 Economics Day hearing:

On December 4, 2026, the Court will hold an Economics Day hearing in which certain of the Parties' experts will provide the Court with a presentation on certain economics issues



**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

relevant to this case, without attorney advocacy. The following ground rules are established to allow the Parties' experts to present on relevant economics issues in a non-adversarial manner:

1. The Parties' experts will present in a lecture format and respond to questions from the Court during the presentations. The experts may use slides during their presentations to help guide their presentations. Attorneys may help focus the experts' presentations through a limited direct examination. No cross-examination or legal argument by either side's lawyers will be permitted, and the Parties' experts will not be permitted to question each other.

2. The Parties' presentations will address the issues of relevant antitrust markets, monopoly power, and the economic analysis of the Amazon policies and practices at issue in this case and their impact on competition. The Parties will first present their respective experts on relevant antitrust markets and monopoly power, followed by their respective experts on the economic analysis of the Amazon policies and practices at issue in this case and their impact on competition. Given the Court's time constraints and to focus the Parties' presentations, the Parties will not present on issues related to Project Nessie.

3. The Economics Day hearing is intended to be "risk free" for both sides, and the information presented, including all oral presentations and presentation materials, is intended for the Court's benefit to gain informal knowledge on relevant economics issues. Nothing stated or presented at the hearing, including written presentation materials, shall be cited, considered, or used in this litigation, admitted into evidence, or used in connection with any fact or expert witness examination (including cross-examination and impeachment) at trial.

4. The Parties will disclose to each other which experts they intend to have present at the Economics Day hearing no later than October 23, 2026.

5. The Parties shall provide the Court and opposing counsel with copies of their presentation materials no later than December 1, 2026.



**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

6. The Parties' presenting experts, and at least one attorney for each side, will appear in person for Economics Day. The Parties respectfully request that the Court allow a telephonic attendance option for non-speaking Party attorneys who are not able to attend Economics Day in person.

7. The Parties shall structure expert presentations and presentation materials so that the Economics Day hearing will not be sealed or otherwise closed to the public. The parties anticipate that some presentation materials will not be able to be shown publicly because they contain material that has been designated as Protected Material under the Protective Order, Dkt. #160.

8. The Parties and any relevant non-parties will meet and confer to address any potential confidentiality issues related to the expert presentations.

9. As with the prior Economics Day hearing, the Parties do not object to plaintiffs in the *De Coster* and *Frame Wilson* actions attending the upcoming Economics Day hearing. The Parties understand that the *De Coster* and *Frame Wilson* plaintiffs are not seeking to participate in the Economics Day hearing.

## II. DISPUTED TERM

The Parties have competing proposals regarding the structure of the Economics Day hearing for the Court's consideration.

### A. PLAINTIFFS' PROPOSAL

Plaintiffs propose that each side be allotted up to three hours of presentation time, to be divided between a morning session on market definition and monopoly power, and an afternoon session on Amazon's challenged conduct and its competitive impact. For each session, Plaintiffs may reserve rebuttal time to address Amazon's presentation or the Court's questions following Amazon's presentation. Plaintiffs believe this flexible structure best supports the Court's request



**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

to hear from the parties' experts to become "as educated as possible regarding the economic theories in this case." June 6, 2024, Hr'g Tr. 4:14-24.

**B. AMAZON'S PROPOSAL**

Amazon proposes that, in the morning session, Plaintiffs will first have 75 minutes to present on relevant market and monopoly power issues and Amazon will thereafter have 75 minutes to present on relevant market and monopoly power issues. The Court would then take a lunch break. In the afternoon session, Plaintiffs will first have 75 minutes to present on Amazon's conduct and its impact on competition, after which Amazon will have 75 minutes to present on Amazon's conduct and its impact on competition. Amazon's position is that no "rebuttal" is necessary, and expects that the Parties can address the Court's questions during their respective presentations. This approach will help ensure that the presentations are a non-adversarial "tutorial." *See* Dec. 4, 2024 Hr'g Tr. 4:23-5:4. It will avoid multiple changes in witnesses and presentation slides, and will help keep the presentations on the schedule set forth below. The schedule for the day would be as follows:

| | |
|---|---|
| 9:30am – 10:45am: | Plaintiffs' presentation on market / monopoly power |
| 10:45am – 11:00am: | Short break |
| 11:00am – 12:15pm: | Amazon's presentation on market / monopoly power |
| 12:15pm – 1:45pm: | Lunch break |
| 1:450pm – 3:00pm: | Plaintiffs' presentation on conduct / competitive effects |
| 3:00pm – 3:15pm: | Short break |
| 3:15pm – 4:30pm: | Amazon's presentation on conduct / competitive effects |

* * *



**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

Respectfully submitted this 9th day of October, 2026, by

*s/ Eric Zepp*
EDWARD H. TAKASHIMA (DC Bar # 1001641)
ERIC ZEPP (NY Reg. # 5538491)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.: (202) 326-2464 (Takashima)
Email: etakashima@ftc.gov
ezepp@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

*s/ Michael Jo*
Michael Jo (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6537
Email: Michael.Jo@ag.ny.gov
*Counsel for Plaintiff State of New York*

*s/ Nicole Demers*
Nicole Demers (admitted *pro hac vice*)
Deputy Associate Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06016
Telephone: (860) 808-5030
Email: nicole.demers@ct.gov
*Counsel for Plaintiff State of Connecticut*

*s/ Alexandra C. Sosnowski*
Alexandra C. Sosnowski (admitted *pro hac vice*)
Senior Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: (603) 271-2678
Email: Alexandra.c.sosnowski@doj.nh.gov
*Counsel for Plaintiff State of New Hampshire*

*s/ Christopher J. Campbell*
Christopher J. Campbell (admitted *pro hac vice*)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
Telephone: (405) 522-0858
Email: Chris.Campbell@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

*s/ Timothy D. Smith*
Timothy D. Smith, WSBA No. 44583
Attorney-in-Charge
Economic Justice Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.oregon.gov
*Counsel for Plaintiff State of Oregon*

*s/ Jennifer A. Thomson*
Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jthomson@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

*s/ Michael A. Undorf*
Michael A. Undorf (admitted *pro hac vice*)
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
Email: michael.undorf@delaware.gov
*Counsel for Plaintiff State of Delaware*

*s/ Christina M. Moylan*
Christina M. Moylan (admitted *pro hac vice*)
Assistant Attorney General
Chief, Consumer Protection Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800
Email: christina.moylan@maine.gov
*Counsel for Plaintiff State of Maine*

*s/ Schonette Walker*
Schonette Walker (admitted *pro hac vice*)
Assistant Attorney General
Chief, Antitrust Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6473
Email: swalker@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

*s/ Katherine W. Krems*
Katherine W. Krems (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: katherine.krems@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

*s/ Scott A. Mertens*
Scott A. Mertens (admitted *pro hac vice*)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 335-7622
Email: MertensS@michigan.gov
*Counsel for Plaintiff State of Michigan*

*s/ Zach Biesanz*
Zach Biesanz (admitted *pro hac vice*)
Senior Enforcement Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

*s/ Lucas J. Tucker*
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: LTucker@ag.nv.gov
*Counsel for Plaintiff State of Nevada*

*s/ Ana Atta-Alla*
Ana Atta-Alla (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (609) 696-5465
Email: Ana.Atta-Alla@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

*s/ Anthony R. Juzaitis*
Anthony R. Juzaitis (admitted *pro hac vice*)
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Telephone: (505) 651-7565
Email: AJuzaitis@nmag.gov
*Counsel for Plaintiff State of New Mexico*

*s/ Zulma Carrasquillo Almena*
Zulma Carrasquillo Almena (admitted *pro hac vice*)
Senior Attorney & Special Prosecutor
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1211
Email: zcarrasquillo@justicia.pr.gov
*Counsel for Plaintiff Commonwealth of Puerto Rico*

*s/ Alexander Carnevale*
Alexander Carnevale (admitted *pro hac vice*)
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: acarnevale@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*

*s/ Sarah L.J. Aceves*
Sarah L.J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: Sarah.Aceves@vermont.gov
*Counsel for Plaintiff State of Vermont*

*s/ Caitlin M. Madden*
Caitlin M. Madden (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: caitlin.madden@wisdoj.gov
*Counsel for Plaintiff State of Wisconsin*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patti.eakes@morganlewis.com
molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (pro hac vice)
John E. Schmidtlein (pro hac vice)
Kevin M. Hodges (pro hac vice)
Jonathan B. Pitt (pro hac vice)
Carl R. Metz (pro hac vice)
Carol J. Pruski (pro hac vice)
Constance T. Forkner (pro hac vice)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
khodges@wc.com
jpitt@wc.com
cmetz@wc.com
cpruski@wc.com
cforkner@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (pro hac vice)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com

*Attorneys for Defendant Amazon.com, Inc.*