THE HONORABLE JOHN H. CHUN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

**CASE NO.: 2:23-cv-01495-JHC**

**DECLARATION OF OLIVIA JERJIAN IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE DEFENDANT'S REBUTTAL EXPERT OMAR HAQUE**

I, Olivia Jerjian, declare as follows:

1. I am an attorney in the Federal Trade Commission's ("FTC") Bureau of Competition, and I represent the FTC in the above-captioned action. I am over eighteen years of age and am competent to testify to the matters set forth in this declaration. I make the following statements based on my personal knowledge.

2. Consistent with Local Rule 10(e)(10), red boxes have been added to the attachments to indicate excerpts referenced in Plaintiffs' Motion to Exclude Defendant's Rebuttal Expert Omar Haque.

3. Attached as Exhibit 1 is a true and correct copy of the Expert Rebuttal Report of Omar Haque in this matter dated June 10, 2026.



**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

4. Attached as Exhibit 2 is a true and correct copy of an excerpt from the deposition transcript of Omar Haque in this matter dated September 2, 2026.

5. Attached as Exhibit 3 is a true and correct copy of the Expert Rebuttal Report of Omar Haque in the *California* case dated April 29, 2026.

6. Attached as Exhibit 4 is a true and correct copy of an excerpt from the deposition transcript of Omar Haque in the related matter of *California v. Amazon.com*, No. CGC-22-601826 (Cal. Super. Ct.) ("the *California* case") dated August 7, 2026.

7. Attached as Exhibit 5 is a true and correct copy of Colgate-Palmolive Company's Form 10-K for the 2024 fiscal year as filed with the United States Securities and Exchange Commission.

8. Attached as Exhibit 6 is a true and correct copy of Grupo Bimbo's 2025 annual report, available at https://d2rwhogv2mrkk6.cloudfront.net/s3fs-public/reportes-2026/IA25_GB_Celebramos_ENG_28%20septiembre%2026.pdf?VersionId=KAYqOF_le33QW4imKcQ7RYmIDPVCycv8.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2026, in Washington, D.C.

*s/ Olivia Jerjian*
OLIVIA JERJIAN



**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222