THE HONORABLE JOHN H. CHUN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | **CASE NO.: 2:23-cv-01495-JHC**<br><br>**DECLARATION OF MARK SUTER IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE DEFENDANT'S REBUTTAL EXPERT LAURA WEIL** |

I, Mark Suter, declare as follows:

1. I am an Attorney in the Federal Trade Commission's ("FTC") Bureau of Competition, and I represent the FTC in the above-captioned action. I am over eighteen years of age and am competent to testify to the matters set forth in this declaration. I make the following statements based on my personal knowledge.

2. Pursuant to the Court's October 13, 2026 Order (Dkt. #715), the parties have provisionally filed under seal certain exhibits that contain material designated "Highly Confidential—Attorneys' Eyes Only" or "Confidential" under the Protective Order (Dkt. #160).



**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

3. Consistent with Local Rule 10(e)(10), red boxes have been added to the attachments to indicate excerpts referenced in Plaintiffs' Motion to Exclude Defendant's Rebuttal Expert Laura Weil.

4. Attached as **Exhibit 1** is a true and correct copy of the Rebuttal Expert Report of Laura Weil dated June 10, 2026.

5. Attached as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Laura Weil in this matter dated August 28, 2026.

6. Attached as **Exhibit 3** is a true and correct copy of the Rebuttal Expert Report of Laura Weil in the related matter of *California v. Amazon.com, Inc.*, No. CGC-22-601826 (Cal. Sup. Ct.) ("the *California* case") dated April 29, 2026.

7. Attached as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of Laura Weil in the *California* case dated August 5, 2026.

8. Attached as **Exhibit 5** is a true and correct copy of excerpts from the Expert Report of M. Keith Chen, Ph.D. in this matter dated March 26, 2026.

9. Attached as **Exhibit 6** is a true and correct copy of excerpts from the Expert Reply Report of M. Keith Chen, Ph.D. in this matter dated August 19, 2026.

10. Attached as **Exhibit 7** is a true and correct copy of excerpts from the Expert Reply Report of David S. Evans, Ph.D. in this matter dated August 19, 2026.

11. Attached as **Exhibit 8** is a true and correct copy of excerpts from the deposition transcript of Gautam Gowrisankaran, Ph.D. in this matter dated August 28, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2026, in Philadelphia, Pennsylvania.

*s/ Mark Suter*
Mark Suter



**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222