# Exhibit 1

## FILED UNDER SEAL