THE HONORABLE JOHN H. CHUN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br>Plaintiffs,<br>v.<br>AMAZON.COM, INC., a corporation,<br>Defendant. | CASE NO.: 2:23-cv-01495-JHC<br>**DECLARATION OF ETHAN D. STEVENSON**<br>**PUBLIC REDACTED VERSION** |

I, Ethan D. Stevenson, declare as follows:

1. I am an attorney in the Federal Trade Commission's ("FTC") Bureau of Competition, and I represent the FTC in the above-captioned action. I am over eighteen years of age and am competent to testify to the matters set forth in this declaration. I make the following statements based on my personal knowledge.

2. Pursuant to the Court's October 13, 2026 Order (Dkt. #715), the parties have provisionally filed under seal certain exhibits that contain material designated Highly Confidential—Attorneys' Eyes Only or Confidential under the Protective Order (Dkt. #160).

3. Attached as **Exhibit 1** is a true and correct copy of Defendant Amazon.com, Inc.'s Third Amended Objections and Responses to Plaintiffs' Interrogatory No. 1.



**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

4. Attached as **Exhibit 2** is a true and correct copy of excerpts from the June 10, 2026 Rebuttal Expert Report of Professor Justin Johnson.

5. Attached as **Exhibit 3** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-02231250.

6. Attached as **Exhibit 4** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-02528739.

7. Attached as **Exhibit 5** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-02105976.

8. Attached as **Exhibit 6** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-00369847.

9. Attached as **Exhibit 7** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-12892562.

10. Attached as **Exhibit 8** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-01076835.

11. Attached as **Exhibit 9** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-14090218.

12. Attached as **Exhibit 10** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-08604065.

13. Attached as **Exhibit 11** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-02780734.

14. Attached as **Exhibit 12** is a true and correct copy of excerpts from the March 27, 2026 Opening Expert Report of Professor Francine Lafontaine.



**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

15. Attached as **Exhibit 13** is a true and correct copy of a document produced by Amazon bearing the Bates stamp Amazon-FTC-CID_05231155.

16. Attached as **Exhibit 14** is a true and correct copy of excerpts from the transcript of the October 14, 2022 Investigational Hearing of Doug Herrington.

17. Attached as **Exhibit 15** is a true and correct copy of an excerpt from the transcript of the August 18, 2025 deposition of Jeffrey Bezos.

18. Attached as **Exhibit 16A** is a true and correct copy of an excerpt from the transcript of the August 20, 2025 deposition of [redacted]

19. Attached as **Exhibit 16B** is a true and correct copy of excerpts from the transcript of the August 21, 2025 deposition of [redacted]

20. Attached as **Exhibit 17** is a true and correct copy of excerpts from the transcript of the March 28, 2022 Investigational Interview of Doug Herrington before the California Department of Justice.

21. Attached as **Exhibit 18** is a true and correct copy of excerpts from the transcript of the September 11, 2026 deposition of Professor Francine Lafontaine.

22. Attached as **Exhibit 19** is a true and correct copy of an excerpt from the transcript of the June 23, 2022 Investigational Interview of [redacted] before the California Department of Justice.

23. Attached as **Exhibit 20** is a true and correct copy of an excerpt from the transcript of the September 23, 2022 Investigational Hearing of [redacted].

24. Attached as **Exhibit 21** is a true and correct copy of an excerpt from the transcript of the August 27, 2025 deposition of [redacted]



**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

25. Attached as **Exhibit 22** is a true and correct copy of an excerpt from the transcript of the October 11, 2022 Investigational Hearing of [redacted]

26. Attached as **Exhibit 23** is a true and correct copy of an excerpt from the transcript of the March 2, 2022 Investigational Interview of [redacted] before the California Department of Justice.

27. Attached as **Exhibit 24** is a true and correct copy of an excerpt from the transcript of the October 1, 2025 deposition of [redacted]

28. Attached as **Exhibit 25** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-02134865.

29. Attached as **Exhibit 26** is a true and correct copy of excerpts from the transcript of the August 20, 2026 deposition of [redacted].

30. Attached as **Exhibit 27** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-07953634.

31. Attached as **Exhibit 28** is a true and correct copy of a document produced by Amazon bearing the Bates stamp Amazon-FTC-CID_08640397.

32. Attached as **Exhibit 29** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-01177286.

33. Attached as **Exhibit 30** is a true and correct copy of an excerpt from the June 10, 2026 Rebuttal Expert Report of Professor Francine Lafontaine.

34. Attached as **Exhibit 31** is a true and correct copy of an excerpt from the transcript of the May 6, 2025 deposition of [redacted]

35. Attached as **Exhibit 32** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-13953279.



**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

36. Attached as **Exhibit 33A** is a true and correct copy of an excerpt from the transcript of the April 23, 2025 deposition of [redacted].

37. Attached as **Exhibit 33B** is a true and correct copy of an excerpt from the transcript of the April 24, 2025 deposition of [redacted]

38. Attached as **Exhibit 34** is a true and correct copy of Glenn Ellison & Alexander Wolitzky, *A Search Cost Model of Obfuscation*, 43 Rand J. Econ. 417 (2012).

39. Attached as **Exhibit 35** is a true and correct copy of an excerpt from the August 19, 2026 Reply Expert Report of Dr. M. Keith Chen.

40. Attached as **Exhibit 36** is a true and correct copy of Peter A. Diamond, *A Model of Price Adjustment*, 3 J. Econ. Theory 156 (1971).

41. Attached as **Exhibit 37** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-02443172.

42. Attached as **Exhibit 38** is a true and correct copy of a document produced by Amazon bearing the Bates stamp AMZN-RTL-FTC-08635004.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2026, in Brooklyn, NY.

*s/ Ethan D. Stevenson*
Ethan D. Stevenson



**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222