# Exhibit 4

## FILED UNDER SEAL