# Exhibit 5

## FILED UNDER SEAL