# Exhibit 6

## FILED UNDER SEAL