# Exhibit 8

## FILED UNDER SEAL