# Exhibit 12

## FILED UNDER SEAL