# Exhibit 14

## FILED UNDER SEAL