# Exhibit 16A

## FILED UNDER SEAL