# Exhibit 16B

## FILED UNDER SEAL