# Exhibit 17

## FILED UNDER SEAL