# Exhibit 18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | |
| Plaintiffs, | Case No. |
| v. | 2:23-cv-01495-JHC |
| AMAZON, INC., | |
| Defendant. | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Friday, September 11, 2026

Deposition of FRANCINE LAFONTAINE, PH.D., taken at the Offices of the Williams & Connolly LLP, 680 Maine Avenue SW, Washington, DC, beginning at 9:09 a.m., EST, before Ryan K. Black, Registered Professional Reporter, Certified Livenote Reporter and Notary Public in and for the District of Columbia.

Job No. CS8402556

A P P E A R A N C E S:

UNITED STATES FEDERAL TRADE COMMISSION
BY: ETHAN STEVENSON, ESQ.
HANA VERWILT, ESQ.
CHINWE CHUKWUOGO, ESQ.
BRIAN SHIUE, ESQ. - Via Zoom
441 G Street NW
GAO Bldg
Washington, DC 20548
202.445.7917
estevenson1@ftc.gov
hverwilt@ftc.gov
cchukwuogo@ftc.gov
bshiue@ftc.gov
Representing - United States of America

OREGON DEPARTMENT OF JUSTICE
BY: TIM BENNETT, ESQ. - Via Zoom
100 SW Market Street
Portland, Oregon 97201
541.296.7190
tim.bennett@doj.state.or.us

Representing - State of Oregon

WILLIAMS & CONNOLLY LLP
BY: JOHN E. SCHMIDTLEIN, ESQ.
CAROL J. PRUSKI, ESQ.
HALIE MARIANO, ESQ.
680 Maine Ave SW
Washington, DC 20024
202.434.5000
jschmidtlein@wc.com
cpruski@wc.com
hmariano@wc.com
Representing - Amazon, Inc.

ALSO PRESENT:

Trevor Gallen - Cornerstone Research - Zoom
Ana McDowell - Cornerstone Research - Zoom
Gabriela Antonie - Cornerstone Research - Zoom
Julia Reyes - Cornerstone Research
Kenneth Merber - FTC
Matthew Leisten - FTC

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Q. And would it -- does it benefit

consumers to not have to search as much by seeing an offer that they trust is a good offer in the Buy Box?

A. Yes.

MR. SCHMIDTLEIN: Objection.

THE WITNESS: Sorry.

MR. SCHMIDTLEIN: Objection to the form.

THE WITNESS: That reduces the -- their search cost, and that means they have more time to do other things or to search more if they want. But they have something in hand that makes it possible for them to spend less time searching.

BY MR. STEVENSON:

Q. Okay. And is that how consumer trust ends up benefiting consumers?

MR. SCHMIDTLEIN: Objection to the form.

THE WITNESS: Consumer trust is an expression to try and -- and represent that, to some extent.

If consumers trust what Amazon is suggesting is a good offer, then they benefit from not having to search as much on the store

or on other stores, other marketplaces, and -- so that's useful.

BY MR. STEVENSON:

Q. Would you flip to Paragraph 140 in your opening report? And that is at Page 102.

And I'd like to focus on the last sentence in that paragraph where you wrote, "If a consumer develops trust in Amazon's selection of the featured offer through shopping at Amazon, but later learns that Amazon's selection is not consistent with the consumer's expectations -- perhaps by finding a lower price elsewhere -- in the future the consumer may question the value of the featured offer in the Amazon store and may choose to shop elsewhere more frequently."

Did I read that right?

A. Yes.

Q. Would you please explain what you meant by that?

A. I think it's the same thing I just said a moment ago.

Q. Okay. All else equal, if a shopper loses trust in the featured offer due to an uncompetitive price, they would likely shop less

at Amazon in the future?

A. Yes.

[redacted]

[redacted]

BY MR. STEVENSON:

Q. But all else equal, if a shopper loses trust in the featured offer due to an uncompetitive price, Amazon will be less attractive to that shopper in the future?

A. Yes. And that will mean that the vendor also -- that the 3P seller -- because that's the policy for 3P sellers -- will also see fewer people coming to the Amazon store and buying their things.

[redacted]

[redacted]

[redacted]

Q. Is it your understanding that Macy's disqualifies sellers from its Buy Box based on external competitor prices?

A. So I have in my report some descriptions of what are the policies at various competitors. I need to think about which and where exactly, but --

Q. So I think I can help you find that if you just give me a moment.

And it -- so it starts at Page 115 of your opening report and then continues for a couple pages, I believe, is what you're likely looking for.

A. You said Page 115? Sorry. You usually say paragraph.

[redacted]

[redacted]

Q. Okay. Generally, does economic theory predict that consumers who search more tend to pay lower prices?

A. Search theories are pretty complicated, so I'm not gonna say that this is necessarily the case. But I think the answer, in general, would be yes.

Q. Okay. And do consumers who tend to search less tend to pay higher prices?

A. That is the converse of the other statement.

Q. Okay. And shoppers are -- likely fall in both categories. Some shop, or some -- withdrawn.

Shoppers likely fall in both categories: some who search more and some who search less, right?

A. That is --

MR. SCHMIDTLEIN: Objection to the form.

THE WITNESS: There are some -- there's -- there's a spectrum of consumers that search more or less. It tends to be associated with income, as well. So people that really care about prices, on average, tend to be lower income and look for bargains more.

BY MR. STEVENSON:

Q. And so I'd like to look for a moment at Exhibit 11, which is at Page 126.

A. Yes.

Q. And in this analysis, your measurement of prices treats all monitored off-Amazon websites the same; is that right?

A. So all select competitors. That's not

the set of all monitored competitors, but all select competitors.
Q. Does it treat all select competitors equally?
A. Sorry?
Q. Yeah. In terms of measuring the lowest competitor price, does it measure all compet -- select competitors in the same way?
A. It compares the prices across all of them, yes.
Q. Did you consider trying to weight the prices offered by larger retailers more significantly than smaller retailers?
A. So I'm looking at an ASIN and looking for what is the price from the lowest select competitor. And so I am just looking for the minimum across.
Q. Does the data you used to measure prices tell you whether consumers paid any of a given offered price?
A. So in the analyses of competitor data, I don't have access to transaction prices. I do do that on Amazon, though. I have transaction prices for Amazon, and I do an analysis similar to this to see what designation events do to

[redacted]

MR. STEVENSON: Okay. All right. Let's go off the record, please.

(Recess taken.)

MR. STEVENSON: Professor Lafontaine, I have no further questions.

Counsel for Amazon?

MR. SCHMIDTLEIN: We have no further questions -- or we have no questions at all.

(Deposition concluded -- 6:29 p.m.)

C E R T I F I C A T E

I do hereby certify that I am a Notary Public in good standing, that the aforesaid testimony was taken before me, pursuant to notice, at the time and place indicated; that said deponent was by me duly sworn to tell the truth, the whole truth, and nothing but the truth; that the testimony of said deponent was correctly recorded in machine shorthand by me and thereafter transcribed under my supervision with computer-aided transcription; that the deposition is a true and correct record of the testimony given by the witness; and that I am neither of counsel nor kin to any party in said action, nor interested in the outcome thereof.

WITNESS my hand and official seal this 24th day of September, 2026.



Notary Public