# Exhibit 19

## FILED UNDER SEAL