# Exhibit 20

## FILED UNDER SEAL