# Exhibit 21

## FILED UNDER SEAL