# Exhibit 22

## FILED UNDER SEAL