# Exhibit 24

## FILED UNDER SEAL