# Exhibit 25

## FILED UNDER SEAL