# Exhibit 26

## FILED UNDER SEAL