# Exhibit 27

## FILED UNDER SEAL