# Exhibit 28

## FILED UNDER SEAL