# Exhibit 29

## FILED UNDER SEAL