# Exhibit 30

## FILED UNDER SEAL