# Exhibit 31

## FILED UNDER SEAL