# Exhibit 32

## FILED UNDER SEAL