# Exhibit 33B

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Index No. 2:23-cv-01495-JHC

FEDERAL TRADE COMMISSION et al.,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendants.

______________________________________/

REMOTE VIDEOCONFERENCE

DEPOSITION OF

[redacted]

VOLUME II

Taken on behalf of Defendant

* * *

April 24, 2025

Job No. CS7333805

Rachel McRoy, RPR

Court Reporter

APPEARANCES:

For the FTC:

BRIAN SHIUE, ESQUIRE
SHUMI RUAN, ESQUIRE
FEDERAL TRADE COMMISSION (FTC)
600 Pennsylvania Avenue Northwest
Washington, District of Columbia 20580
(800)382-4357
Bshiue@ftc.gov

For California Department of Justice:

EMILY CURRAN, ESQUIRE
CALIFORNIA DEPARTMENT OF JUSTICE ATTORNEY GENERAL
1300 I Street, 10th Floor
Sacramento, California 95814
(916)210-6276
Emily.curran@doj.ca.gov

For District of Columbia:

TIMOTHY S. KEARNS, ESQUIRE
HAUSFELD, LLP
888 16th Street Northwest
Suite 300
Washington, District of Columbia 20006
(202)540-7227
Tkearns@hausfeld.com

For Amazon.com, Inc.:

GARTH D. WOJTANOWICZ, ESQUIRE
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Second Avenue
Suite 2000
Seattle, Washington 98101
(206)268-9326
Garthw@hbsslaw.com

KEVIN HODGES, ESQUIRE
PAUL RILEY, ESQUIRE
WILLIAMS & CONNOLLY, LLP
650 Fifth Avenue
Suite 1500
New York, New York 10019
(202)434.5029
Khodges@wc.com

[redacted]

[redacted]

[redacted]

BY MS. CURRAN:

Q. You can put that aside -- that exhibit aside. Thank you, Mr. Sack. So, Mr. Sack, yesterday you answered a number of questions about the Manufacturers on Amazon or MOA policy; do you recall that?

A. I do.

Q. Okay. And you testified that the MOA policy was part of the terms and conditions that every Amazon seller agrees to when they create their account; is that right?

A. I did.

Q. And the MOA policy was part of the business solutions agreement that all Amazon sellers had to agree to -- as part as registering as a seller, correct?

MR. HODGES: Object to form.

THE WITNESS: That's my understanding.

BY MS. CURRAN:
Q. And you expected Amazon sellers to follow Amazon's terms and conditions, correct?
A. Yes.
Q. Because the sellers agreed to those conditions when they registered, right?
A. Correct.
Q. And Manufacturers on Amazon apply to any brand owner selling on Amazon; is that right?
A. As well as their like duly appointed representative or agent that sold on their behalf.
[redacted]

C E R T I F I C A T E

I, Rachel McRoy, a Certified Shorthand Reporter for Oregon, do hereby certify that, pursuant to stipulation of counsel for the respective parties herein before set forth, [redacted], virtually before me at the time and place set forth in the caption hereof, that at said time and place I placed the witness under oath and all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 64, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof and that a review of the transcript was requested.

Witness my hand and CSR stamp at Seattle, Washington, this 15th day of May, 2025.



Rachel M. McRoy
Certified Shorthand Reporter
Certificate No. 22004207

Kevin Hodges, Esq.
Khodges@wc.com

May 15, 2025

RE: Federal Trade Commission v. Amazon
4/24/2025, [redacted] (#7333805)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at erratas-cs@veritext.com

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,
Veritext Legal Solutions

[redacted]

| [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|
| [redacted] | | | |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |

[redacted]

[redacted] ______________________ [redacted] __________