# Exhibit 35

## FILED UNDER SEAL