# Exhibit 37

## FILED UNDER SEAL