WAWD – Praecipe (Revised 6/2021)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

FEDERAL TRADE COMMISSION, et al.,

Plaintiff(s),

v.

AMAZON.COM, INC., a corporation,

Defendant(s).

CASE NO. 2:23-cv-01495-JHC

PRAECIPE

To the Clerk of the above-entitled court:
You will please:

Replace Dkt. No. 725 with the attached motion (filed under seal)
Replace Dkt. No. 731 with the attached motion (public version)

Corrections for both Dkt. No. 725 and Dkt. No. 731:

Page 2, Lines 22-23, FN 2, last sentence should read: "Citations in the form of Ex. __ refer to the exhibits to the Declaration of Cathleen Williams In Support of Plaintiffs' Motion to Exclude Defendant's Rebuttal Expert Catherine Brien." (corrected from "Laura Weil")

Page 14, Line 4 should read: "I certify that this memorandum contains 4,040 words, in compliance with the Local Civil Rules." (corrected from "4,030 words")

10/20/2026
Dated

s/ Cathleen Williams
Sign or use an "s/" and your name

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-3653

Name, Address, and Phone number of Counsel or Pro Se