# Exhibit 6

CNBC
Search quotes, news & videos WATCHLIST | SIGN IN
MARKETS BUSINESS INVESTING TECH POLITICS & POLICY VIDEO INVESTING CLUB JOIN PRO JOIN LIVESTREAM

TECH

# Jeff Bezos's elite Amazon 'S-team' just got a new addition -- here's a full rundown of everybody on it

PUBLISHED WED, MAY 29 2019·5:30 PM EDT | UPDATED WED, MAY 29 2019·7:42 PM EDT



Eugene Kim
@EUGENEKIM222

WATCH LIVE

## KEY POINTS

- Peter DeSantis, vice president of AWS global infrastructure and a 21-year veteran of Amazon, was promoted to the S-team earlier this year, CNBC has learned.
- The S-team, comprised of Amazon's 18 most senior leaders, meets with CEO Jeff Bezos regularly to make key business decisions.
- With DeSantis's appointment, the S-team still only has one female member.



**Peter DeSantis vice president of global infrastructure at Amazon Web Services, at AWS' re:Invent 2017 event in Las Vegas.**
*Source: CNBC*

Amazon CEO Jeff Bezos has tapped a 21-year company veteran and one of the first employees of its cloud division to his elite group of top executives, known as the S-team.

Peter DeSantis, who played a critical role in building Amazon Web Services from its early days in 2006, was promoted to the S-team, short for senior team, earlier this year, according to people familiar with the matter. The team has 18 members, said the people who asked not to be named because it's confidential.

The addition followed two high-profile departures last year. Sebastian Gunningham, who ran the company's marketplace, left to join WeWork, and Diego Piacentini opted not to return to Amazon after taking a two-year leave to work with the Italian government.

The S-team includes Bezos's most trusted advisers like Andy Jassy, the CEO of AWS, Jeff Wilke, head of the global consumer business, and finance chief Brian Olsavsky. Bezos regularly meets with the group to make key business decisions, but not every member reports directly to the CEO as they take on different projects and leadership roles within the company. DeSantis's official title remains vice president of global infrastructure and customer support at AWS.

The promotion is a big stamp of approval by Bezos and Amazon's leadership team, signifying DeSantis's rise in the ranks. Since joining the company in 1998, DeSantis has held various engineering positions, but he's best known for helping launch Elastic Compute Cloud (EC2), the cloud service that lets other businesses offload much of their data center needs to Amazon. AWS is now a $25 billion annual business and is the company's primary profit generator.

The only other AWS employees on the S-team are Jassy and Charlie Bell, senior vice president of Utility Computing Services.

## Lack of diversity

With the addition of DeSantis, Bezos's S-team remains almost exclusively male — its only female member is human relations boss Beth Galetti.

Bezos addressed the diversity issue during an internal all-hands meeting in 2017, when an employee asked about the lack of female and minority leaders on the S-team. Bezos attributed the ratio to very low turnover on the team, and he said he expects "any transition there to happen very incrementally over a long period of time."

But lack of diversity goes beyond the S-team into the broader leadership ranks. As CNBC previously reported, almost all of the executives at the top of Amazon's core businesses, like retail, cloud and hardware, are white men. Only four of the 48 executives in those roles are women. That number goes up slightly if you include public relations and human resources roles.

An Amazon spokesperson said in an email that the company is "focused on continuing to diversify our workplace," and highlighted female leaders like Maria Renz, who oversees its delivery experience, and Toni Reid, who heads up the Alexa experience. Jennifer Salke took the helm of Amazon Studios last year.

"Amazon has always been, and always will be, committed to diversity and inclusion," the spokesperson said.



**Amazon CEO Jeff Bezos announces Blue Moon, a lunar landing vehicle for the Moon, during a Blue Origin event in Washington, DC, May 9, 2019.**
*Saul Loeb | AFP | Getty Images*

Here's the full list of the S-team:

Jeff Bezos — CEO of Amazon

Jeff Wilke — CEO of worldwide consumer

Andy Jassy — CEO of Amazon Web Services

Jeff Blackburn — SVP, business and corporate development

Dave Limp — SVP, Amazon devices, digital management

Brian Olsavsky — SVP & CFO

David Zapolsky — SVP & general counsel

Beth Galetti — SVP, human resources

Jay Carney — SVP, corporate affairs

Dave Clark — SVP, worldwide operations

Doug Herrington — SVP, North America Consumer

Russ Grandinetti — SVP, international consumer

Steven Kessel — SVP physical stores

Charlie Bell — SVP Utility Computing Services

Paul Kotas — SVP, Amazon Advertising

Tom Taylor — SVP, Alexa Management

Amit Agarwal — SVP and country manager, Amazon India

Peter DeSantis — VP of global infrastructure and customer support

**WATCH:** One-day shipping a stop along the way toward same day, says expert




VIDEO 02:13

**One-day shipping a stop toward same day**

Choose CNBC as your preferred source on Google and never miss a moment from the most trusted name in business news.

## TRENDING NOW




Microsoft offers voluntary buyouts to 60,000 employees as AI leads to efficiency push




Trump DOJ unlawfully fired Epstein prosecutor Maurene Comey, judge rules




The arc of Trump: How the president lost the coalition that put him in the White House




Apple responds to user reports of broken iPhone Duo screens on new foldable phone




Anthropic IPO live updates: Here's when the stock lock-ups expire after the first trade

Sponsored Links

FROM THE WEB



Virginia Women Are Swapping Creams for These Leggings

Women's Wellness

Learn More



At 66, I Stopped Wearing Bras. Here's What I Wear Instead

Comfort Living Today

Learn More

Leave Some Honey Out For Your Dog Overnight, Here's What Happens

Pets Daily Health | Sponsored

Learn More

**FROM CNBC**

Peter Tchir: I think you're going to see Europe explode in a good way

MIT's Sinan Aral on Anthropic IPO: Enterprise is key to its market success

**FROM THE WEB**



MDs Say Mental Decline Begins When Seniors Often Say These 3 Phrases — See...

Sponsored : Memory Health Journal

**BioMarin CEO Alexander Hardy: We're an at-scale leader in rare diseases**

**Apollo to buy nearly 10% stake in Abu Dhabi-backed alternative asset manager Mubadala Capital**

**Netflix subscribers spending less time on service, aren't opening app as often: Report**

**AI cyberattacks surge as companies race to strengthen defenses**



**Declining Memory Begins When Seniors Can't Pronounce These 3 Phrases...**

Sponsored : Wellness and Guide 101



**Here's The Expected Walk In Shower Price in 2026**

Sponsored HomeBuddy

# MORE IN TECHNOLOGY




## Meta announces $95 billion stock offering to fund AI expansion

Kai Nicol-Schwarz,April Roach7

## Microsoft offers voluntary buyouts to 60,000 employees

3



**SpaceX closes $40 billion debt deal for AI chips, Elon Musk says**

Jenny Lee18



**Neocloud stocks fall as Elon Musk says more than 200 of...**

Arjun Kharpal10



**SoftBank reportedly plans $50 billion tech investment in...**

Jenny Lee14

**FROM THE WEB**

Case 2:23-cv-01495-JHC Document 757-6 Filed 11/06/26 Page 10 of 21







**Hiroshi Closes His Knife Shop After 55 Years**

Sponsored Sakura Knives

Learn More

**New SUVs With Tiny Price Tags (Take A Look)**

Sponsored SearchResultOffe...

Learn More

**Discover more context below**

gobankingrates.com | Sponsored



**Best Christmas Gift: Here Are 23+ Of The Coolest Gifts For...**

Sponsored My Gadgets Offer



**Costco Shoppers Say This Spray Has Hair Growing Like Weeds**

Sponsored : HolisticPlusLab.com

Learn More



**Finance Legend Says A New "Subprime" Crisis Is Here And...**

Sponsored : The Safe Money R...

Learn More

**FROM THE WEB**



**This Little Christmas Tree Changes After Dark**

Sponsored OLYGEE Learn More



**It's Not Salt: Doctors Now Connect High Blood Pressure to a...**

Sponsored Heart Health Care Learn More



**Best Christmas Gift: Here Are 28+ Of The Coolest Gifts For...**

Sponsored Gift List Shop Now



**The New EX90 Is Finally Affordable (Take A Look)**

Sponsored SearchInfoHub | Sea... Learn More



**Average Cost To Rent A Private Jet May Surprise You! (Take A...**

Sponsored SearchResultOffe... Learn More

# MORE FROM CNBC



## Brazil's Lula takes early lead in presidential runoff vote

Anniek Bao18



## Democrats challenge Trump's bid to block Alaska Senate...

Hugh Son




**Amgen says drug combo cuts risk of death by 58% in patients...**

Annika Kim Constantino




**Nvidia's role as AI financier faces first big test as neoclouds take...**

Kif Leswing,Isabel O'Brien




**Stocks making the biggest moves premarket: Verizon,...**

Davis Giangiulio7

**FROM THE WEB**



## Small Family Suv A Perfect Fit For Elder Couples - Take a Look!



## Blood Pressure Rising? Cardiologists Blame 1 Breakfast Food Most...

Rush To Find The Safe Small SUV Elders Love Most. (Learn More)

Sponsored : ScoutAnswers.com | Family SUV
Learn More

Sponsored : Health Research Center



**Doctors: This 1 Boxed Cereal Is On Their Radar For Forgetfulness**

Sponsored : Memory Health Journal




**Why Your Rotator Cuff Won't Heal (What Most Doctors Miss)**

Sponsored : Shoulder Relief News



**A Christmas Train Display Everyone Will Want to See**

Sponsored : Glosritystore
Learn More

FROM THE WEB



**One Pair of Self-Adjusting Glasses for Reading, Driving and Screens**

Sponsored : Bluelume




**Memory Experts Say Mental Decline Begins When Seniors Can't...**

Sponsored : Wellness and Guide 101



**Every Tax Paying American Should Be Using This Retireme...**

Sponsored : Protecting My Savings



**Why Top Authors Say Your Parent's Life Story Is the Greate...**

Sponsored : Harmony Corner



**Dermatologists: The 1 Vitamin You Need If You Have Wrinkles**

Sponsored : Anti-Aging Secrets
Learn More

# MORE FROM CNBC





## Defense tech investment boom sparks bubble warning as private equity pours in

Elsa Ohlen13

## 'Ticking time bomb': The world's pension funds face an ageing...

Lee Ying Shan19



**Top Wall Street analysts prefer these 3 dividend stocks for stab...**

TipRanks.com Staff5



**Trump says he'll soon decide whether to 'make a deal' with...**

Jenni Reid7



**In pictures: Initially peaceful protests across France over...**

Azhar Sukri

**FROM THE WEB**





## Diabetes is complicated. This tool makes it easier.

## It's Not Smoking: Pulmonologist Ties Shortness of Breath t...

Type 2 diabetes is different for everyone. With Dexcom G7 15 Day, you can see how your glucose reacts in real time and start making progress on your diabetes goals. Click for safety …

Sponsored : Dexcom

Sponsored : Lung Health Journal



**Virginia: Worst ZIP Codes For Car Insurance (Is Yours On The List?)**

Check rates now many drivers are paying more than they need to.

Sponsored : The Penguin Insurnce Click Here



**Backyard Office Pods - See What They Cost (View)**

Sponsored : SearchInfoHub | Sea... Learn More



**Try This Korean Cream Before Getting Botox**

Sponsored Beauty in Skincare

**FROM THE WEB**




**Virginia: Worst Home Zip Codes for Overcharging Insurance (Is Yours On The List?)**

Homeowners are now getting insurance at a fraction of the price, thanks to this

Sponsored OTTO Insurance Save Now



**This Charming Christmas Train Scene Draws Everyone's...**

Sponsored : Village-Train



**Ultra-Soft Cashmere Sweatshirt Loved by Thousands of Men**

The Sweatshirt that looks effortlessly cool and feels unbelievably soft — no wonder it…

Sponsored : Hudson & Clarke
Shop Now




**Meet The Cat Advent Calendar With A Surprise Every Day**

Sponsored CatCalendar



**The Latest Knee Pain Device Seniors Wish They Knew Abo…**

Sponsored RejuvaKnee


# MORE FROM CNBC



## Investors are doing just as well this year by shunning AI. How to invest if the tech trade keeps fizzling

Deena Zaidi,Nick Wells3




## Prediction market traders say an Anthropic IPO is near-…

Davis Giangiulio2



**The arc of Trump: How the president lost the coalition that…**

Steve LiesmanNaN



**Can GOP Rep. Brian Fitzpatrick keep his Pennsylvania swing…**

Justin Papp9



**Saudi Arabia says it intercepted missiles and drones from Iran-…**

Azhar Sukri

**FROM THE WEB**





**Most Expensive Zip Codes for Insurance in Virginia (Is Yours On The List?)**

Car insurance prices vary by ZIP more than most drivers realize

Sponsored : OTTO Insurance

Click Here

**Why More Daughters Are Giving Their Mom a Memoir She Doesn't...**

Sponsored : Harmony Corner




**Temu Clearance Sale**

Temu Clearance Sale, where unbeatable discounts meet your shopping needs

Sponsored : TEMU

Shop Now



**Tiny 2 Bedroom Senior Homes Near You (Take A Look)**

Looking For Senior Housing? Compare Nearby 2 Bedroom Home Options (Search…

Sponsored : FAQArena | Tiny Tw...

Learn More



**Take control of your diabetes with this small sensor.**

Dexcom G7 15 Day is a simple, wearable device that can help you find what foods…

Sponsored : Dexcom

**FROM THE WEB**




**Physical Therapist: Numb Fingers at 2 AM Are a Warning Sign People Ignore**

Sponsored : Therawrap



**Living On Less Than $2000 A Month? These 16 Things Could Help**

Sponsored FinanceBuzz Read More



**New Peptides Breakthrough Builds Muscle Like Crazy**

Sponsored : Muscle Nutrition Recovery



**Best Christmas Gift: Here Are 27+ Of The Coolest Gifts For...**

Sponsored Trending News Daily Learn More




**2026 Forester Pricing for Retirees Is Turning Heads - Ta...**

Sponsored FreshSearches.co... Learn More

# MORE FROM CNBC




## Marc Lore's Wonder bets on Texas, automation and user-built restaurants as it mulls IPO

Amelia Lucas



## Blanche defends DOJ lawsuit over Alaska Senate election...

Garrett Downs22



**Why popular airplanes are getting scrapped years early**

Leslie Josephs



**NBA enters prediction markets with Kalshi, Polymarket...**

Davis Giangiulio3



**U.S. embassies tighten security as Iran threat warnings...**

CJ Haddad

**FROM THE WEB**




## The Real Reason This Knife Maker Is Closing After 55 Years (It's Not His Age)



## Who Charges The Most For Car Insurance In Virginia? (Check Your...

Sponsored : Sakura Knives

Learn More

Check rates now—many drivers are paying more than they need to.

Sponsored The Penguin Insur...

Click Here



**Virginia: Worst Car Insurance Companies for Overcharging (Is...**

Sponsored Bindright

Read More



**10 Walmart Items People Miss At The Store**

Weird & wonderful gadgets you'd never think to buy. On sale. In stock. Free shipping on…

Sponsored : Unforgettable Gadgets




**No Monthly Payments - The New Way To Tap Home Equity...**

Tap Into Your Equity (Won't Affect Your Mortgage Rate)

Sponsored : Comparisons.org

Learn More

## FROM THE WEB



**We've tested 27 popular teeth whitening products: These 5 are the best**

Here are the 5 winners

Sponsored : Consumer Reviews

Read More



**Foreclosure Property Listings - Take a Look!**

Review Foreclosure Property Listings And Compare Your Options

Sponsored : TrendingSearch | ...

Learn More



**Average Cost Of Walk-In Shower in 2026**

Here's What All-In-1 Shower Should Cost ...

Sponsored : All-In-1 Showers Learn More



**Knee Experts Stunned: New Device Is Changing Lives Fast**

Sponsored : RejuvaKnee



**MD's #1 tasty food that helps your body use fat for energy**

Sponsored : SlimLife Learn More

CNBC

Subscribe to CNBC PRO
CNBC Councils
Closed Captioning
Internships
Site Map
Help
Subscribe to Investing Club
Select Personal Finance
Digital Products
Corrections
Podcasts
Contact
Licensing & Reprints
Join the CNBC Panel
News Releases
About CNBC
Careers

## News Tips

Got a confidential news tip? We want to hear from you.

GET IN TOUCH

## CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

SIGN UP NOW

Get this delivered to your inbox, and more info about our products and services.

## Advertise With Us

PLEASE CONTACT US

Ad Choices | Privacy Policy | Your Privacy Choices | CA Notice | Terms of Service

© 2026 Versant Media, LLC. All Rights Reserved. A Versant Media Company.

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

Market Data Terms of Use and Disclaimers

Data also provided by REFINITIV