# Exhibit 7

**From:** [redacted]

**Sent:** 12/10/2020 12:41:00 PM

**To:** Clark (Seattle), Dave [davecl@amazon.com]

**CC:** [redacted]

**Subject:** Guidance Please | S-Team Notes

**Attachments:** S-Team Notes guidelines.docx

**Flag:** Follow up

Dave – Are you okay with my sharing the attached guidelines with the EA team (I mostly want to make sure you're okay with the P&C section)? [redacted] circulated this doc before she left her role as Jeff's TA.

[redacted] Executive Assistant to Dave Clark | WW Operations

**S-Team Meeting Notes Guidelines**

Jeff Meeting Notes Guidelines

1. Do not copy Jeff on the meeting notes. Do not forget to bcc yourself.
2. Meeting notes should have subject line: Notes: <month>/<date> <Meeting Subject>
3. Keep the notes succinct yet capture the key takeaways and action items. When appropriate, separate the action items from other notes.
4. All action items should have an owner referenced in brackets in the notes.
5. Do not quote Jeff or any other individual directly, and do not capture the notes verbatim.
6. The draft notes should be reviewed with the finance leader of the meeting along with the senior finance leaders at the meeting prior to being sent to the S-Team.

Privileged and Confidential Meetings:

1. Designate only one note taker and others should not take or circulate notes.
2. Identify meeting attendees to memorialize the participation of a lawyer.
3. Only email the document to participants who cannot attend in person. The email should instruct recipients to delete the document after the meeting. Participants in the room should receive only a paper copy.
4. Collect and shred handouts at the end of the meeting.
5. Circulated meeting notes should include only essential feedback, conclusions, and action items.
6. When possible, action items should be drafted to be self-explanatory, so they can be conveyed to the appropriate owner without needing to share the meeting document or other meeting notes.
7. Have an attorney review the notes before circulating it as P&C.
8. Circulated meeting notes should be labeled “Privileged and Confidential” in the subject line, the appropriate attorney should be included in the “To:” line of the email, the top of the email should state “Do Not Forward,” and the body of the email should include a clear request to the attorney (e.g., “Susan – please continue to provide advice”).
9. After circulating meeting notes, the note-taker should then delete/shred their raw notes.
10. Do not forward meeting notes to those not in the meeting, communicate only the relevant messages as needed.