# Exhibit 8

Chat with [redacted] <W017DDGL6DC>

Direct Message

[redacted] <W017DDGL6DC>

Earliest item: 2021-11-11 13:18:15
Latest item: 2021-11-11 13:18:15

Thursday 11 November 2021

Instant Message : Amazon Slack

From 13:18:15

[redacted] <W017DDGL6DC>

[redacted]

Hi Team, Russ and I are preparing for the DaveC/RussG Core Shopping OP1 review on 30-Nov. As such, we need to identify a L7 note taker? Would anyone like to volunteer? There are specific guidelines below provided by Dave's office :slightly_smiling_face:

Note Taker Instructions: Privileged & Confidential Meetings

For those who take notes at a mtg that is considered Privileged & Confidential (guidance provided by Bezos TA in 2020 [redacted] and approved by <https://phonetool.amazon.com/users/davidz|David Zapolsky, SVP - Legal>):

• No need to copy Dave Clark on mtg notes.

• Use the following email subject line: "(Privileged & Confidential) NOTES | <mtg date> | <mtg title>"

• Designate only one note taker and other should not take or circulate notes.

• Identify mtg attendees to memorialize the participation of an attorney. [I will take a note of this and can provide for the note taker. ER]

• Have an attorney review the notes before circulating them as Privileged & Confidential.

• Do not quote any individual directly, and do not capture the notes verbatim.

• Circulated mtg notes should include only essential feedback, conclusions, and action items.

• When possible, action items should be drafted to be self-explanatory, so they can be conveyed to the appropriate owner without needing to share the mtg document or other mtg notes.

• After circulating mtg notes, the note taker should then delete/shred their raw notes.

• Do not forward mtg notes to those not in the mtg and communicate only relevant messages, as needed.

End Thread

Thread Statistics

| | Instant Message Count |
|---|---|
| | 1 |