# Exhibit 9

**From:** [redacted]

**Sent:** 3/7/2022 10:36:24 AM
**To:** [redacted]

**CC:** [redacted]
**Subject:** RE: CS Q4 QBR - final instructions

Great job everyone on a very successful QBR!

[redacted] A copy of the doc for you to mark for redaction purposes can be found here. There is already a lot of interest in being able to distribute this more widely. **Can we move up this up to EOD March 9th if not earlier?**

@[redacted] and [redacted] – If you have any questions on meeting note process, please let me know. There is usually a bit of back and forth on these once [redacted] reviews, so there is no expectation that they be disseminated to all attendees within 24hours.

Best,
[redacted]

---

**From:** [redacted]
**Sent:** Thursday, March 3, 2022 2:56 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** CS Q4 QBR - final instructions

Good afternoon,

First off, thank you for all your work on getting this doc together. No surprise, despite [redacted] early comments (☺), that it is a great showcase of all the team achieved last quarter. With the QBR scheduled for Monday, there are a few asks and instructions I'd like to pass along:

**@[redacted] and [redacted]**
- I'll need to send out the doc to all attendees by 8am PT on the 7th. This means **the latest I'd like to have the doc is 7:45am PT on the 7th if not before.** Thank you!
- One of you will need to act as notetaker at Monday's meeting. I know this is on [redacted] radar but we should adhere to the P&C practices set forth by Consumer (see below). A few things I'd like to call out –
  - This quip can be used to gather notes and solicit edits - https://quip-amazon.com/wbBtAVpR1CBH/Privileged-Confidential-Core-Shopping-Q4-2021-QBR-held-March-7-2022
  - All notes should be reviewed by [redacted] her directs and [redacted] before they are distributed.
  - As a reference, our Q2 2021 notes can be found here - https://quip-amazon.com/pv3YAqOQU8ja/Privileged-Confidential-Notes-July-07292021-Core-Shopping-Q2-2021-QBR-copy
  - When distributing the notes 1. Clark should ***not*** be included on email when notes are sent out, and 2. [redacted] should be included on the To line of all notes drafts and the final copy when they are sent out. If there are any questions on this, please let me know.

@[redacted] – As is the standard now, we would like to prepare a non-P&C version of the QBR to be able to share with partner teams. I will set up a copy of the doc to be edited on SharePoint. **Do you think it would be possible for you to review and notate the passages to be redacted by EOD March 10th?**

Thank you for all your work on this QBR!!

[redacted]

**Privileged & Confidential Meetings (Instructions from Clark's office)**

For those who take notes at a mtg that is considered Privileged & Confidential (*guidance approved by David Zapolsky, SVP - Legal*):

- Do **NOT** copy **Dave Clark** on mtg notes.

o Note: when sending, this will require you to expand the c-team alias and remove Clark before sending.

- Designate only one note taker and others should not take or circulate notes.
- Identify mtg attendees to memorialize the participation of an attorney.
- Have an attorney review the notes before circulating them as Privileged & Confidential.
- Mtg notes should have the subject line: "**Privileged & Confidential | Notes: / -** "
- Do not quote any individual directly, and do not capture the notes verbatim.
- Circulated mtg notes should include only essential feedback, conclusions, and action items.
- When possible, action items should be drafted to be self-explanatory, so they can be conveyed to the appropriate owner without needing to share the mtg document or other mtg notes.
- After circulating mtg notes, the note taker should then delete/shred their raw notes.
- Do not forward mtg notes to those not in the mtg and communicate only relevant messages, as needed.

[redacted]
Executive Assistant to:
[redacted] | Dir, Core Shopping
[redacted] | Dir, BuyX
✉: [redacted] | ☎: [redacted].