# Exhibit 10

**From:** [redacted]
**Sent:** 9/20/2019 5:03:22 PM
**To:** [redacted]
**CC:** [redacted]
**Subject:** RE: Jeff Meeting Notes Guidelines - UPDATED

We've realized it makes more sense to have the same note taker for all OP1 meetings. Going forward, I will have someone on my team be the note taker.

Thanks.
[redacted]

---

**From:** [redacted]
**Sent:** Friday, September 6, 2019 8:48 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Jeff Meeting Notes Guidelines

All,

I will be rotating off the TA role in the coming weeks/months (nothing firm yet), and we will skip the next TA cycle for Jeff. With this change, the S-team TAs need to own capturing and publishing the notes for meetings with Jeff. [redacted] team will own the meeting notes for S-team and D-team goals meetings.

It is your responsibility to follow up on the action items with the owners for completion. As some of you are already doing, the TAs should also own tracking Jeff "?" escalations and ensuring a response is shared with Jeff.

To make sure we have consistency for the meeting notes, I am including some guidelines in this email. In addition, there are additional things to pay attention to, for the P&C meetings. Please let me know if you have any questions. [redacted] (for [redacted]'s org), please make sure there is coverage for the leaders who do not have a TA.

Lastly, I would like to start the new process in shadow mode. Please share the draft notes with me starting on 9/16. On the 16th, we have reviews on WW Consumer ([redacted] Flex [redacted] and Speed [redacted]

Thanks,
[redacted]

Jeff Meeting Notes Guidelines
1. Do not copy Jeff on the meeting notes. Do not forget to bcc yourself.
2. Meeting notes should have subject line: Notes: <month>/<date> <Meeting Subject>
3. Keep the notes succinct yet capture the key takeaways and action items. When appropriate, separate the action items from other notes.
4. Do not quote Jeff or any other individual directly, and do not capture the notes verbatim.

Privileged and Confidential Meetings:

1. Designate only one note taker and others should not take or circulate notes.
2. Identify meeting attendees to memorialize the participation of a lawyer.
3. Only email the document to participants who cannot attend in person. The email should instruct recipients to delete the document after the meeting. Participants in the room should receive only a paper copy.
4. Collect and shred handouts at the end of the meeting.
5. Circulated meeting notes should include only essential feedback, conclusions, and action items.
6. When possible, action items should be drafted to be self-explanatory, so they can be conveyed to the appropriate owner without needing to share the meeting document or other meeting notes.
7. Have an attorney review the notes before circulating it as P&C.
8. Circulated meeting notes should be labeled "Privileged and Confidential" in the subject line, the appropriate attorney should be included in the "To:" line of the email, the top of the email should state "Do Not Forward," and the body of the email should include a clear request to the attorney (e.g., "[redacted] – please continue to provide advice").
9. After circulating meeting notes, the note-taker should then delete/shred their raw notes.
10. Do not forward meeting notes to those not in the meeting, communicate only the relevant messages as needed.