# Exhibit 11

**From:** [redacted]
**Sent:** 2/5/2021 4:55:33 PM
**To:** [redacted]
**CC:** [redacted]
**Subject:** RE: Document and Note Taker instructions for the Feb. 12th QBR

Yes, I did notice, thanks for checking. I'll reach out to [redacted] and confirm attendance and give him a heads up the doc timing as well.

Thanks,
[redacted]

---

**From:** [redacted]
**Sent:** Friday, February 5, 2021 4:28 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: Document and Note Taker instructions for the Feb. 12th QBR

Hi [redacted]

I wanted to make sure you saw this (you're the note taker). Also, can you check with [redacted] to make sure he attends and to make sure he blocks some time to review the doc on Thursday? (we'll send it to him EOD wed).

Thank you!
[redacted]

---

**From:** [redacted]
**Sent:** Friday, February 5, 2021 2:05 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Document and Note Taker instructions for the Feb. 12th QBR
**Importance:** High

Hi,

Dave Clark will be attending the Feb. 12th QBR.

For Dave Clark: The document needs to be sent out at least 1 hour (preferably night before). The document needs to be sent to me in <u>both a PDF and a Word Doc</u>.
**Note:** [redacted] is requesting the doc by Feb. 10th. If this is the final doc, you can send it to me then, and I will distribute on Feb. 11th to the rest of the attendees.

<u>**Dave Clark Note Requirements:**</u>

- Do **NOT** copy Dave Clark on mtg notes.
- Designate only one note taker and others should not take or circulate notes.
- Identify mtg attendees to memorialize the participation of an attorney.
- Have an attorney review the notes before circulating them as Privileged & Confidential.
- Mtg notes should have the subject line: "Privileged & Confidential | Notes: <month> / <date> - <topic>"

- Do not quote any individual directly, and do not capture the notes verbatim.
- Circulated mtg notes should include only essential feedback, conclusions, and action items.
- When possible, action items should be drafted to be self-explanatory, so they can be conveyed to the appropriate owner without needing to share the mtg document or other mtg notes.
- After circulating mtg notes, the note taker should then delete/shred their raw notes.
- Do not forward mtg notes to those not in the mtg and communicate only relevant messages, as needed

**Doug Herrington's Note Requirements:**

## NA Consumer Note-Taking Guidelines

***Please reference the below guidelines when formulating your notes for an NA Consumer review.***

Every meeting should have a designated note taker identified to capture Key Discussion Points and Action Items. The meeting owner should ensure the note taker receives the instructions below prior to the meeting.

**For non-P&C meetings only:**

- Notes should be shared with meeting attendees within two business days following the meeting end.
- Do NOT include Doug (or any L11+) on meeting note distribution. Do include the NA Consumer TA ([redacted]@).
- Separate into two bulleted lists: *Action Items* and *Key Takeaways*
- Action items are the specific actions agreed to as follow-ups for the meeting. All actions should be precise and have an assigned owner (a person, not a team) and a date for completion. Verify action items and dates with identified owners prior to publication.
- Key takeaways are points made and direction given during the meeting. It is important to accurately capture what is said when describing a situation and desired outcome.
- Do not quote any individual directly, and do not capture notes verbatim.
- The subject line should read: "Notes | <month>/<date> | <Meeting Subject>"
- **For QBR and OP1 Reviews**, include [redacted]@ on meeting note distribution.

Great meeting notes provide insight that allows those who didn't attend to quickly understand the outcomes of the meeting. While teams may document a "play-by-play" during the discussion for internal purposes, the notes published should be succinct, highlight the salient points of the conversation only, and provide a clear understanding of agreements reached and actions expected.

*For P&C meetings, notes are not to be distributed, but note takers will be responsible for tracking action items.*

Let me know if you have any questions.
Happy Friday!
[redacted]