# Exhibit 12

**From:** [redacted]
**Sent:** 3/8/2021 9:55:24 AM
**To:** [redacted]
**Subject:** FW: Dave Clark, meetings and privilege - privileged and confidential

**From:** [redacted]
**Sent:** Friday, March 05, 2021 11:41 AM
**To:** [redacted]
**Subject:** Dave Clark, meetings and privilege - privileged and confidential

Hi all

I wanted to bring your attention to some specific guidance applicable to Dave Clark's orgs regarding meetings and note taking. We should follow these practices even if Dave isn't included the meeting. Please can I ask that you cascade to your teams (this email is itself privileged, so please include me in the 'To' line when doing so).

## General Guidelines

*Updated: January 2021*

- Do **NOT** copy Dave Clark on mtg notes.
- Mtg notes should have the subject line: "**Notes | <month> <date> | <topic>**"
- Keep the notes succinct yet capture the key takeaways and action items. When appropriate, separate the action items from other notes.
- All action items should have an owner referenced in brackets in the notes.
- Do not quote any individual directly, and do not capture the notes verbatim.
- The draft notes should be reviewed with the Finance leader of the mtg, along with the senior Finance leaders at the mtg prior to being circulated.

For those who take notes at a meeting that is considered **Privileged & Confidential**:

- Do **NOT** copy Dave Clark on mtg notes.
- Designate only one note taker and others should not take or circulate notes.
- Identify mtg attendees to memorialize the participation of an attorney.
- Have an attorney review the notes before circulating them as Privileged & Confidential.
- Mtg notes should have the subject line: "**Privileged & Confidential | Notes: <month> / <date> - <topic>**"
- Do not quote any individual directly, and do not capture the notes verbatim.
- Circulated mtg notes should include only essential feedback, conclusions, and action items.
- When possible, action items should be drafted to be self-explanatory, so they can be conveyed to the appropriate owner without needing to share the mtg document or other mtg notes.

- After circulating mtg notes, the note taker should then delete/shred their raw notes.
- Do not forward mtg notes to those not in the mtg and communicate only relevant messages, as needed.

I'm seeing a lot of verbatim quote taking and many meeting notes that aren't following the above guidance. Please be mindful of these requirements.

Happy to chat specifics anytime.

Thanks so much

[redacted]

[redacted]
Senior Corporate Counsel | Amazon.com