# Exhibit 13

**From:** [redacted]
**Sent:** 6/16/2023 2:15:52 PM
**To:** [redacted]
**CC:** [redacted]
**Subject:** RE: Note Taker: Doug Review | Regional MFN Program Assessment [Privileged and Confidential]

Great! I added you to both invites. Below are the note taking guidelines. Let me know if you have any questions.

**VP & Doug Review | P&C Note Taker Responsibilities**

- Use the following email subject line: (Privileged & Confidential) NOTES | <mtg date> | <mtg title>
- Designate only one note taker and other should not take or circulate notes.
- Identify mtg attendees to memorialize the participation of an attorney.
- Have an attorney review the notes before circulating them as Privileged & Confidential.
- Do not quote any individual directly, and do not capture the notes verbatim.
- Circulated mtg notes should include only essential feedback, conclusions, and action items.
- When possible, action items should be drafted to be self-explanatory, so they can be conveyed to the appropriate owner without needing to share the mtg document or other mtg notes.
- After circulating mtg notes, the note taker should then delete/shred their raw notes.
- Do not forward mtg notes to those not in the mtg and communicate only relevant messages, as needed.

[redacted]
Executive Assistant to [redacted]

amazon.com

---

**From:** [redacted]
**Sent:** Friday, June 16, 2023 2:03 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: Note Taker: Doug Review | Regional MFN Program Assessment [Privileged and Confidential]

Hi [redacted] – No problem, I can take notes for both.

[redacted]

---

**From:** [redacted]
**Sent:** Friday, June 16, 2023 1:41 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: Note Taker: Doug Review | Regional MFN Program Assessment [Privileged and Confidential]

Looping in [redacted] to confirm he will be available to be the note taker for both the VP Review (Mon, 6/19 @3-4:30pm PT) & Doug Review (Wed, 6/21 @12-1:30pm PT).

[redacted]
Executive Assistant to [redacted]

amazon.com

---

**From:** [redacted]
**Sent:** Wednesday, June 14, 2023 1:32 PM
**To:** [redacted]

[redacted]
**Subject:** RE: Note Taker: Doug Review | Regional MFN Program Assessment [Privileged and Confidential]

I think everyone else is L8 and above. We could add [redacted]@) and ask him to take notes.

**From:** [redacted]
**Sent:** Wednesday, June 14, 2023 12:55 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: Note Taker: Doug Review | Regional MFN Program Assessment [Privileged and Confidential]

Thanks for the heads up! @[redacted] – let me know if there is someone else we can ask.

Thank you,

[redacted]
Executive Assistant to [redacted]

amazon.com

**From:** [redacted]
**Sent:** Wednesday, June 14, 2023 10:34 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: Note Taker: Doug Review | Regional MFN Program Assessment [Privileged and Confidential]

Oh shoot, I have a dentist Apt @ 1pm on 6/21.

**From:** [redacted]
**Sent:** Wednesday, June 14, 2023 10:28 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: Note Taker: Doug Review | Regional MFN Program Assessment [Privileged and Confidential]

Awesome! Just want to note that the Doug review was just rescheduled to **Wed, 6/21 at 12:30pm PT**.

[redacted]
Executive Assistant to [redacted]

amazon.com

**From:** [redacted]
**Sent:** Wednesday, June 14, 2023 9:51 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: Note Taker: Doug Review | Regional MFN Program Assessment [Privileged and Confidential]

Hi [redacted]
Sorry for the delay in response, yes I can be the note taker.

**From:** [redacted]
**Sent:** Tuesday, June 13, 2023 10:08 AM
**To:** [redacted]

**Cc:** [redacted]
**Subject:** RE: Note Taker: Doug Review | Regional MFN Program Assessment [Privileged and Confidential]

Hi [redacted]

I just wanted to follow up to confirm if you are available to be the note taker on 6/23 and for the VP prep mtg on 6/19?

Let me know if you have any concerns.

Thank you!

[redacted]
Executive Assistant to [redacted]

amazon.com

---

**From:** [redacted]
**Sent:** Friday, June 9, 2023 4:05 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Note Taker: Doug Review | Regional MFN Program Assessment [Privileged and Confidential]

Hi [redacted]

I wanted to check if you are available to be the note taker for this meeting? Sharing the expectations below.

**Note Taker Responsibilities | P&C Reviews**:
Use the following email subject line: (Privileged & Confidential) NOTES | <mtg date> | <mtg title>

- Designate only one note taker and others should not take or circulate notes.
- Identify mtg attendees to memorialize the participation of an attorney.
- Have an attorney review the notes before circulating them as Privileged & Confidential.
- Do not quote any individual directly, and do not capture the notes verbatim.
- Circulated mtg notes should include only essential feedback, conclusions, and action items.
- When possible, action items should be drafted to be self-explanatory, so they can be conveyed to the appropriate owner without needing to share the mtg document or other mtg notes.
- After circulating mtg notes, the note taker should then delete/shred their raw notes.
- Do not forward mtg notes to those not in the mtg and communicate only relevant messages, as needed.

Let me know if you have any questions.

Thank you,

[redacted]
Executive Assistant to [redacted]

amazon.com

-----Original Appointment-----
**From:** [redacted] **On Behalf Of** [redacted]
**Sent:** Thursday, June 8, 2023 10:14 AM
**To:** [redacted]; Beauchamp, Christine; [redacted] Herrington, Doug; [redacted]

**Cc:** meet@chime.aws; pin+1451545246@chime.aws; [redacted]
**Subject:** Doug Review | Regional MFN Program Assessment [Privileged and Confidential]
**When:** Friday, June 23, 2023 3:00 PM-4:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Chime // Dawson 07.103

## DO NOT FORWARD THIS INVITE

***Restricted Invite List***

The first 15 minutes of this meeting will be devoted to reading. The meeting starts once Doug has joined.

### CONTEXT

This document will provide a summary of current and planned regional MFN programs, along with unintended consequences, or one-way doors these programs may pose from a Customer, business, or regulatory perspective.

### CONTACTS

**VP Owner:** [redacted]@amazon.com

**Doc Owner:** [redacted]@amazon.com

**Note Taker:** Name | Alias

**EA Contact:** [redacted]@amazon.com

### INVITEES

*Please indicate if attending in-person by **bolding** in-person attendees <u>no later than 4pm PT the business day before the meeting</u>.*

REQUIRED

1. Beauchamp, Christine
2. [redacted]
3. [redacted]
4. [redacted]
5. [redacted]
6. [redacted]
7. Herrington, Doug
8. [redacted]
9. [redacted]
10. [redacted]
11. [redacted]
12. [redacted]
13. [redacted]
14. [redacted]
15. [redacted]
16. [redacted]
17. [redacted]
18. [redacted]
19. [redacted]
20. [redacted]
21. [redacted]
22. [redacted]
23. [redacted]

OPTIONAL

24. [redacted]

### MEETING LOCATION + CHIME

*Please confirm with doug-ea@ if Chime-only review is required. If greater than 20 attendees will be in person in Dawson, please book and hold the meeting in Dawson 02.202 or 02.203. Stores-lt-ea@ have booking access.*

MEETING ROOM (list, if applicable)

- Dawson 07.103

PIN

- 1451 54 5246

MEETING LINK

- https://chime.aws/1451545246

PHONE

- US: +1- 206-266-2000
- US Toll Free: +1-855-552-4463
- International:

https://chime.aws/dialinnumbers/

| | |
|---|---|
| **REQUIRED BUSINESS PARTNERS**<br>Finance: NA<br>Legal: [redacted]<br>PXT: NA<br>Exec Comm: NA<br>PR: NA | |

| **UPDATES TO INVITE** |
|---|
| • 6/9 – Invite Sent. – MH |

You have been invited to an online meeting, powered by Amazon Chime.

Click to join the meeting: https://chime.aws/1451545246
Meeting ID: 1451 54 5246
A headset is recommended or you may use your computer's microphone and speakers.

Call in using your phone:
United States Toll-Free (1): +1 855-552-4463
Meeting ID: 1451 54 5246
One-click Mobile Dial-in (United States Toll-Free (1)): +1 855-552-4463,,,1451545246#
United States (1): +1 206-462-5569
International: https://chime.aws/dialinnumbers/
Dial-in attendees must enter *7 to mute or unmute themselves.

To connect from an in-room video system, use one of the following Amazon Chime bridges:
SIP video system: 1451545246@meet.chime.in or meet.chime.in
H.323 system: 13.248.147.139 or 76.223.18.152
If prompted enter the Meeting PIN: 1451545246#

Download Amazon Chime at https://aws.amazon.com/chime/download
For information about creating an Amazon Chime account, see https://aws.amazon.com/chime/getting-started