# Exhibit 14

**From:** [redacted]
**Sent:** 9/1/2023 8:39:11 AM
**To:** [redacted]
**CC:** [redacted]
**Subject:** RE: Doc Distribution & Note Taking Guidelines | [Privileged & Confidential] US SIC Marketplaces Analysis and Path Forward

Thanks a ton [redacted] for your guidance. Just a quick heads up. There were some small changes suggested by SMT for AI#3 and 4 and we have merged them as follows. I hope you are fine with this.

**Action Items**

[redacted]

**Key Takeaways**

[redacted]

Regards, [redacted]

---

**From:** [redacted]
**Sent:** Friday, September 1, 2023 8:36 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: Doc Distribution & Note Taking Guidelines | [Privileged & Confidential] US SIC Marketplaces Analysis and Path Forward

Hi [redacted] – I recently discussed with another attorney that we didn't think this P&C/notes advice is right for all cases. The important thing is to leave the legal advice and sensitive details out of the notes, which I believe you've done with your revised version (below). Since this is an important topic with important action items I think it's appropriate to send out to the attendees as described in the guidelines*. Separately I'll connect with [redacted] when he's back in to ratify or modify the guidelines go forward.

* I DO believe it is correct to omit the SVPs from the notes circulation, as described in the guidelines.
~~~~~~

** ***Revised Notes*** **
**Action items**
~~~~~~

[redacted]

**Key Takeaways**

[redacted]

Regards, [redacted]

---

**From:** [redacted]
**Sent:** Friday, September 1, 2023 2:52 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: Doc Distribution & Note Taking Guidelines | [Privileged & Confidential] US SIC Marketplaces Analysis and Path Forward

Hi [redacted] Quick check on the meeting notes for the P&C review on US SIC marketplaces with [redacted]

While we have the formal meeting notes with us (also reviewed by [redacted], just checking with you on whether we should be circulating these notes to the meeting attendees ? I am asking this question since it was a P&C document and we had come across this attached note taking guidelines, where its mentioned that "*For P&C meetings, notes are not to be distributed, but note takers will be responsible for tracking action items*". Requesting your guidance on the same

Also if we have to circulate these meeting notes I believe it needs to be limited to the meeting attendees minus SVPs. Correct me if my understanding is incorrect.

Regards, [redacted]

---

**From:** [redacted]
**Sent:** Friday, July 28, 2023 9:13 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Doc Distribution & Note Taking Guidelines | [Privileged & Confidential] US SIC Marketplaces Analysis and Path Forward

Hi [redacted]

Prior to our VP review on 8/8 and the [redacted] review on 8/22, I wanted to share the current doc distribution & note taking guidelines. I will send the documents to meeting attendees for both reviews, but wanted to note the timing expectations.

**VP Review | Meeting Documents:**

- [[redacted] Soft copies and/or WorkDocs link should be sent out no later than **60min prior to the meeting start time** (unless otherwise indicated), via email (do not attach to the meeting invite).
  - [[redacted] Send doc to [redacted] by 7:15am PT on Tuesday, August 8.
- Use naming convention '[DOC] VP Review | Meeting Title' for document circulation.
- For reviews including [redacted] Always include [redacted] as part of the distribution group and ensure they have download permissions in WorkDocs.
- If finance is included be sure to add [redacted] on distribution and ensure download access is granted.
- [redacted] Post the document or WorkDocs link in the Chime Chat window at the beginning of the meeting for attendees' convenience.

**[redacted] Review | Meeting Documents:**

- [redacted] Soft copies and/or WorkDocs links should be sent out **no later than 4pm PT on the business day before the meeting** via email (do not attach to the meeting invite).
  - [redacted] Send doc to [redacted] by 3:45pm on Monday, August 21.
- Use naming convention '[DOC] [redacted] Review | Meeting Title' for document circulation.
- Always include [redacted] as part of the distribution group and ensure they have download permissions in WorkDocs.
- [[redacted]] Presenting team (EA or an attendee of the meeting) is to provide printed copies of the docs for in-room attendees.

**[redacted] VP & [redacted] Review | P&C Note Taker Responsibilities**

- Use the following email subject line: (Privileged & Confidential) NOTES | <mtg date> | <mtg title>
- Designate only one note taker and other should not take or circulate notes.
- Identify mtg attendees to memorialize the participation of an attorney.
- Have an attorney review the notes before circulating them as Privileged & Confidential.
- Do not quote any individual directly, and do not capture the notes verbatim.
- Circulated mtg notes should include only essential feedback, conclusions, and action items.
- When possible, action items should be drafted to be self-explanatory, so they can be conveyed to the appropriate owner without needing to share the mtg document or other mtg notes.
- After circulating mtg notes, the note taker should then delete/shred their raw notes.
- Do not forward mtg notes to those not in the mtg and communicate only relevant messages, as needed.

Let me know if you have any questions.

Thank you!

[redacted]

amazon.com