# Exhibit 15

**From:** [redacted]

on behalf of Ghani, Jamil [redacted]

**Sent:** 8/9/2023 10:06:22 AM

**To:** Ghani, Jamil [redacted]

**Start:** 9/25/2023 12:30:00 PM

**End:** 9/25/2023 2:00:00 PM

**Show Time As:** Busy

DO NOT FORWARD THIS MEETING INVITE

***Restricted Invite List***

*PLEASE NOTE: The beginning of the meeting will be devoted to XX minutes reading time.*

*IF a pre-read of the doc is requested, it must be approved by RG and communicated within the meeting invite title as such*

****Please call out the meeting start time, if your meeting is scheduled between 6am-7:30am PT****

**Meeting background: include short description of meeting if not P&C.**

Contacts

**Questions/Changes**: Please contact – <name>

**Documents:**

- A soft copy will be emailed to all invitees prior to the meeting.

**Grandinetti-Direct Owner**: <name>

**Topic Owner**: <name>

**Note Taker:** <name>

**EA Station:** <name>

| Required | Optional | Amazon Chime Meeting Information |
|---|---|---|
| 1. Grandinetti, Russ<br>2. [redacted]<br>(Russ' finance partner required?)<br>3. [redacted]<br>(Russ' TA required?) | 1. Name<br>2. Name | **PIN:**<br>• Meeting PIN: XXXX XX XXXX<br>**Phone:**<br>• US: +1- 206-266-2000<br>• US Toll Free: +1-855-552-4463<br>• International: https://chime.aws/dialinnumbers/<br>**Conference Room info:**<br>• XXXXXX |

| UPDATES TO INVITE |
| --- |
| • |

| Meeting start times | | |
|---|---|---|
| **UK timings** | **PT timings** | |
| 2pm - 3.30pm | 6am - 7.30am | • Docs to be emailed by 5pm PT the day before to allow US folk to pre-read.<br>• In the meeting invite template put the exact time discussion will start so US folk know when to join.<br>• Do not put pre-read in the meeting title |
| 3.30pm - 8pm | 7.30am - 12pm | • No pre-read<br>• Meeting invite template as normal. |
| 8pm - 10pm | 12pm - 2pm | • No meetings |
| 10pm - 1am | 2pm - 5pm | • Docs to be emailed 24 hours in advance.<br>• Pre-read required for everyone so discussion starts exactly when the meeting invite starts.<br>• Put pre-read in meeting invite title before the meeting title. |

**Recommended Document distribution & Note Taking guidelines**

Documents:

- Do not send the docs as an attachment in email, as they are highly sensitive and confidential. Use WorkDocs only + ensure feedback is enabled (this is how the reader takes notes for discussion).
- Use the following email subject line when distributing docs: DOC | <mtg date> | <mtg title>
- EA or doc owner to bring printed copies to Dawson 9.101 if Russ is in Seattle.

Notetaker guidelines:

- Separate into two bulleted lists: Action Items and Key Takeaways. Circulated mtg notes should include only essential feedback, conclusions, and action items.
- Designate only one note taker and others should not circulate notes.
- Do not quote any individual directly, and do not capture the notes verbatim.
- When possible, action items should be drafted to be self-explanatory, so they can be conveyed to the appropriate owner without needing to share the mtg document or other mtg notes.
- After circulating mtg notes, the note taker should then delete/shred their raw notes.
- Notes should be shared with meeting attendees within two business days following the meeting end.
- Notes do not need to be cross-checked by TA prior to distribution.