# Exhibit 16

**From:** La Marle, Corinne [/O=AMAZON/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LAMARLE]
**Sent:** 10/17/2023 10:20:13 AM
**To:** Griffith, Mark [mbg@amazon.com]; Somareddy, Vivek [viveksom@amazon.com]; Uniyal, Mayank [mayanku@amazon.com]
**CC:** Noel, Paola [noelpao@amazon.com]; M Bhat, Meera [mmbhat@amazon.com]
**Subject:** Instructions for [PRE-READ] Russ Review | WW MFN 2024 OP1

Hi,

I hope all is well. I just wanted to share with you the instructions for this meeting – please note that for confidentiality reasons, **all documents for SVP reviews need to be uploaded to WorkDocs, and only the link is emailed to attendees, as such:**

- In WorkDocs, give access to all meeting attendees + EAs listed below. Allow feedback and download.
- Via email: share link only (no attachment)
- Over Chime: do not share either link or doc

- Document owner: Please **upload the document to WorkDocs and email the link to all attendees by Monday October 30 at 7:00am PT at the latest.** Earlier is always an option 😊

**Subject:** DOC | 10/31 | [PRE-READ] Russ Review | WW MFN 2024 OP1
**To:** all meeting attendees
**Cc**: Raines, Denise <rainesd@amazon.com>; Ray, Nichole <nikkiray@amazon.com>; Chitrapura, Arathi arathic@amazon.com; Duong, Marie duomarie@amazon.com; Hawkins, Crystal [C] chawk@amazon.com; La Marle, Corinne lamarle@amazon.com

- Note taker:

o Designate only one note taker and others should not circulate notes.
The subject line of the email should read: NOTES | 10/31 | [PRE-READ] Russ Review | WW MFN 2024 OP1
o Separate into two bulleted lists: Action Items and Key Takeaways. Circulated mtg notes should include only essential feedback, conclusions, and action items.
o Do not quote any individual directly, and do not capture the notes verbatim.
o When possible, action items should be drafted to be self-explanatory, so they can be conveyed to the appropriate owner without needing to share the mtg document or other mtg notes.
o After circulating mtg notes, the note taker should then delete/shred their raw notes.
o Notes should be shared with meeting attendees within two business days following the meeting end.
o Notes do not need to be cross-checked by TA prior to distribution.

Please reach out if you have questions.

Thanks,
Corinne

-----Original Appointment-----
**From:** Broussard, Eric <broussar@amazon.com>
**Sent:** Wednesday, September 6, 2023 8:22 AM
**To:** Broussard, Eric; Agarwal (Corporate), Amit; Armato, Steven; Cox, Michael; Dakshina, Gokul; De Trogoff, Edouard; Fernandez, Juan I. (Chiton); Flamand, Xavier; Grandinetti, Russell; Griffith, Mark; Hartman, Benjamin; Kaligatla, Anil; Koch, Sebastian; MacDonald, Ripley; Mattoo, Praful; Mehta, Dharmesh; Montuori, Natalia; Oommen, Rohan; Somareddy, Vivek; Uniyal, Mayank; Van der Meulen, Jorrit; Weldele, Tobin; Ziv, Shauli
**Cc:** Ahuja, Ashish; Allison, Banny; Bhimasena, Harish; Bousono, Pedro; Caleffi, Sara; Celis, Rodrigo; Deubler, Brandy; Felton (Seattle), John; Goldberg, Sagi; Goud, Mugdha; Gunter, Sarah Jane; King-Smith, Deen; Kumar, Samir; Luthy, Dana; Madan, Udit; Mooney, Peter; Morgan (Legal), John; ONeal, Kevin; Pillai, Gopal; Prabhakar, Kaushik; Rao, Raghava; Robinson, Cherie; Shan, Pingping; Wildmann, Claudia; Witte, Jeremy; meet@chime.aws; pin+3197081244@chime.aws
**Subject:** [PRE-READ] Russ Review | WW MFN 2024 OP1

**When:** Tuesday, October 31, 2023 7:00 AM-8:00 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Dawson 09.101 | Chime ID 3197 08 1244

## DO NOT FORWARD THIS MEETING INVITE

***Restricted Invite List***

*Please note that a pre-read of the document is required - it will be sent to all participants 24h in advance. Discussion will start immediately at 7:00am PT*

**Meeting background:** WW MFN 2024 OP1 will present our plans for 2024, as well as YTD updates.

### Contacts

**Questions/Changes**: [redacted]
**Documents:**

- A soft copy will be emailed to all invitees prior to the meeting.

**Grandinetti-Direct Owner**: [redacted]
**Doc Owner**[redacted]
**Note Taker:** [redacted]
**EA Station:** [redacted]

| Required | Optional | Amazon Chime Meeting Information |
|---|---|---|
| 1. [redacted]<br>2. [redacted]<br>3. [redacted]<br>4. [redacted]<br>5. [redacted]<br>6. [redacted]<br>7. [redacted]<br>8. [redacted]<br>9. Grandinetti, Russell<br>10. [redacted]<br>11. [redacted]<br>12. [redacted]<br>13. [redacted]<br>14. [redacted]<br>15. [redacted]<br>16. [redacted]<br>17. [redacted]<br>18. [redacted]<br>19. [redacted]<br>20. [redacted]<br>21. [redacted]<br>22. [redacted]<br>23. [redacted]<br>24. [redacted] | [redacted] | **PIN:**<br>• Meeting PIN: 3717 44 2570<br><br>**Phone:**<br>• US: +1- 206-266-2000<br>• US Toll Free: +1-855-552-4463<br>• International: https://chime.aws/dialinnumbers/<br><br>**Conference Room info:**<br>• Dawson 09.101 |

[redacted]

| UPDATES TO INVITE |
|---|
| • 10/4 – Meeting moved to 10/31 (from 11/7) |
| • 9/15 – Added [redacted] |
| • 9/6 – Invitation sent |

You have been invited to an online meeting, powered by Amazon Chime.

Click to join the meeting: https://chime.aws/3197081244
Meeting ID: 3197 08 1244
A headset is recommended or you may use your computer's microphone and speakers.

Call in using your phone:
United States Toll-Free (1): +1 855-552-4463
Meeting ID: 3197 08 1244
One-click Mobile Dial-in (United States Toll-Free (1)): +1 855-552-4463,,,3197081244#
United States (1): +1 206-462-5569
International: https://chime.aws/dialinnumbers/
Dial-in attendees must enter *7 to mute or unmute themselves.

To connect from an in-room video system, use one of the following Amazon Chime bridges:
SIP video system: 3197081244@meet.chime.in or meet.chime.in
H.323 system: 13.248.147.139 or 76.223.18.152
If prompted enter the Meeting PIN: 3197081244#

Download Amazon Chime at https://aws.amazon.com/chime/download
For information about creating an Amazon Chime account, see https://aws.amazon.com/chime/getting-started