# Exhibit 17

**From:** [redacted]
**Sent:** 9/9/2024 8:55:32 AM
**To:** [redacted]
**CC:** [redacted]
**Subject:** FW: Meeting Guidelines for SVP Meetings [Important Protocols]

**Importance:** High

Sending this one along because I don't think you're on this alias yet.

---

**From:** [redacted]
**Date:** Monday, September 9, 2024 at 8:25 AM
**To:** [redacted]
**Subject:** FW: Meeting Guidelines for SVP Meetings [Important Protocols]

FYI

---

**From:** [redacted]
**Date:** Monday, September 9, 2024 at 9:32 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: Meeting Guidelines for SVP Meetings [Important Protocols]

Sharing this guidance which includes meeting and notetaking protocols for [redacted] meetings among.
[redacted]

---

**From:** [redacted]
**Date:** Sunday, September 8, 2024 at 10:24 PM
**To:** [redacted]
**Subject:** Meeting Guidelines for SVP Meetings [Important Protocols]

*bcc:* [redacted]

Hello leaders,

We are sharing the meeting and note-taking guidelines for STEAM reviews to ensure that all of our leaders are aware of the process and protocols. These guidelines follow the same process for any Herrington and Jassy Meetings – please see below.

Please pay particular attention to meeting the doc distribution deadline of "**by 4pm PT the day before the meeting**" and **HARD COPIES** requirement for the in-person meeting. Your EAs are aware of the process and need your support in reiterating the importance sending the doc out by deadline and cc'ing [redacted]@ and [redacted]@ on the email distribution. If a doc extension is needed, please work with your team EA to request an extension from [redacted]@, with [redacted]@ on cc. You **MUST** indicate when the doc would be expected.

If you have questions about the process and protocols set in place, please reach out to us ([redacted]@) or to your team lead EA.

Thanks,
[redacted]

[redacted] | Executive Assistant to [redacted] VP for NA Ops
[redacted]

*For al[redacted] meeting requests, please refer to @[redacted] alias using the template [here.](#)*
*If you [redacted] s email outside of your normal working hours, there is no need to respond until you return to work.*

# Meeting Doc Guidelines

## [redacted] Meeting Doc Guidelines

***NOTE*** hard copies of meeting docs are **required** for all [redacted] meetings.

- All docs should be emailed out by **4pm PT the day before** scheduled meeting
- Doc Owner / Meeting Owner EA is responsible for sending doc.
- Do **not** attach docs to meeting invites. Send a separate email to attendees
  - [redacted]@ should be cc'd on all doc distribution
- Timing is determined by document length and is inclusive of appendices and FAQs.
- All docs are to include page numbers.
- **Doc Owner** is responsible for providing hard copies.
- If Doc Owner is not attending in-person, it is the Meeting Owner's responsibility to provide hard copies.
- If neither the Doc Owner or Meeting Owner are in-person, please designate an in-person attendee to bring hard copies from your teams.
- For days Udit is in Day 1, [redacted] will print hard copies for [redacted]. Please ensure they have received the Docs the day before.

## Doc Length Meeting Requirement

| | |
|---|---|
| No doc | 30 minutes |
| 1-3 pages | 1 hour |
| 4-6 pages | 1.5 hours |
| 6+ pages | 1.5+ hours *(note time needed if greater than 90 minutes)* |

## Doug Herrington Meeting Doc Guidelines

- ***NEW*** PDF and/or WordDoc links should be emailed by **4pm PT on business day** before the meeting.
  - If WorkDocs link, give doug-ea@ and [redacted]@ download access
- Do **not** attach links or docs to the meeting invite.
- ***NEW*** Presenting team, EA or meeting attendee, **are to provide printed copies** for in-person attendees.

## Andy Jassy Meeting Doc Guidelines

- All docs should be uploaded via WorkDocs by 4pm PST the **day before** the meeting.
  - Give AJ-EA@ and Doug-EA@ **download permissions** on WorkDocs file.

- If [redacted] is attending, also include [redacted]@.
- Make sure Feedback options are enabled in order for attendees to make notes.

- An email should be sent by Meeting Owner EA to all attendees with link to WorkDocs file.
  - cc AJ-EA@ and Doug-EA@ on the email. If Udit is attending, also cc Udit-EA@
  - Email subject should be **DOC | [mtg date] | [mtg title]**
  - Docs are **not** to be sent as email attachments

## Note-taking

### [redacted] Meetings

There's no official notetaking template for [redacted] meetings, but notetaker should follow the below guidelines:

- Notes should be shared with meeting attendees within two (2) days after the meeting.
- No need to include [redacted]
- Make sure [redacted]@) is **always cc'd** to help drive deadlines and action items
- Keep the notes succinct yet capture the key takeaways and action items. When appropriate, separate the action items from other notes.
- Do not quote any individual directly, and do not capture the notes verbatim.
- All action items should have an owner referenced in brackets in the notes.

### Privileged & Confidential Meetings

- Designate only one note taker and others should not take or circulate notes.
- Identify meeting attendees to memorialize the participation of a lawyer.
- Only email the document to participants who cannot attend in person. The email should instruct recipients to delete the document after the meeting. Participants in the room should receive only a paper copy.
- Collect and shred handouts at the end of the meeting.
- Circulated meeting notes should include only essential feedback, conclusions, and action items.
- When possible, action items should be drafted to be self-explanatory, so they can be conveyed to the appropriate owner without needing to share the meeting document or other meeting notes.
- Have an attorney review the notes before circulating it as P&C.
- Circulated meeting notes should be labeled "Privileged and Confidential" in the subject line, the appropriate attorney should be included in the "To:" line of the email, the top of the email should state "Do Not Forward," and the body of the email should include a clear request to the attorney (e.g., "Susan – please continue to provide advice").
- After circulating meeting notes, the note-taker should then delete/shred their raw notes.
- Do not forward meeting notes to those not in the meeting, communicate only the relevant messages as needed.

# Doug Herrington Meetings

- Notes should be shared with meeting attendees within two (2) business days following the meeting end.
- Notes do not need to be cross-checked by TA prior to distribution.
- **Do not** include Doug on meeting note distribution, but include [redacted]
- Notes should include only Action Items and Key Takeaways
- Do not quote any individual directly, and do not capture notes verbatim.
- Email subject line should read: "Notes | <month>/<date> | <Meeting Subject>"

# Andy Jassy Meetings

- Calendar invite should **always** include a note taker.
- ***NEW*** Note taker should be a senior leader attending the meeting, not someone assigned to attend.
- If it's a small meeting (2-3 people), Andy's TA will be the note taker.
- Notes should capture key takeaways and action items from the meeting.
- Notes should summarize the areas discussed (i.e., should not be attributed to names and should not contain direct quotes).
- Actions items are specific actions agreed to as follow-ups from the meeting.
- All action items should be precise and have an assigned owner (a person, not a team) and date of completion.
- ***NEW* Within 2 business days**, send action items (not takeaways) in an email to [redacted] Please seek legal counsel.
- Once reviewed by [redacted], send action items in a new email to the following. Please seek legal counsel

Meeting Owner
Meeting Owner's EA
Meeting Owner TA (if applicable)
Doc Owner
Action Owners and their Managers
S-Team Attendees
Andy's EAs (aj-ea@)
Andy's TA

# Andy Jassy Meeting Note Email Format

Actions: <mtg date> | <mtg title>"

Actions:

- <action details> | <owner, due date>
- <action details> | <owner, due date>