# Exhibit 18

# WW Amazon Stores Finance Note Taking Guidance

**Primary Owner**[redacted]

Last modified 3 years ago by [redacted].

## General Guidance (non-P&C) for Note Takers in [redacted]@ Meetings:

- Designate only one note taker.
- Do not send notes to SVPs or CEOs (you may include their TA).
- Do not directly quote or attribute statements to any individual, and do not capture notes verbatim in a transcript.
- Notes do not need to be cross-checked by [redacted] prior to distribution.
- Notes should be shared with meeting attendees within two business days following the meeting end.
- Action Items should have a single owner referenced as well as a due date.
- When sending out notes follow this guidance:
    - **Subject Line:** NOTES | <Title of meeting>
    - **Cc**[redacted]@
- To include in the body of the message:
    - **Notes:**
        - <xxx>
        - <xxx>
    - **Action Items:**
        - <xxx> <Single Owner> <Due: xx/xx/xxxx>
        - <xxx> <Single Owner> <Due: xx/xx/xxxx>

## Guidance for P&C Meetings:

- Designate only one note taker.
- Do not send notes to SVPs or CEOs (you may include their TA).
- Identify meeting attendees to memorialize the participation of an attorney.
- Have an attorney review the notes before circulating them as Privileged & Confidential.
    - Include an attorney in the 'To' line when distributing the notes.
- Do not directly quote or attribute statements to any individual, and do not capture notes verbatim in a transcript.
- After circulating meeting notes, the note taker should then delete/shred their raw notes.
- Notes should be shared with meeting attendees within two business days following the meeting end.
- Do not forward meeting notes to those not in the meeting and communicate only relevant messages, as needed.
- Action Items should have a single owner referenced as well as a due date.
- When sending out notes follow this guidance:
    - **Subject Line:** (Privileged & Confidential) NOTES | <Title of meeting>

- **To:** (include lawyer in To line)
- **Cc:** [redacted]@

- To include in the body of the message:
    - **Attendees:**
        - <First and Last Name (userID@)>
        - <First and Last Name (userID@)>
    - **Notes:**
        - <xxx>
        - <xxx>
    - **Action Items:**
        - <xxx> <Single Owner> <Due: xx/xx/xxxx>
        - <xxx> <Single Owner> <Due: xx/xx/xxxx>

Tags: WWASF Note Taking Stores Finance Note Taking WWAS Finance Note Taking wwasf note WWASF Notetaking WWASF Notes