# Exhibit 19

# Notetaker Guidance for Kotas meetings

Every meeting should have a designated notetaker to capture Action Items and Key Takeaways (from the Meeting Owner/Doc Writing team). Meeting owners should ensure the notetaker receives the instructions below prior to the meeting, and all Privileged & Confidential (P&C) meeting attendees understand the P&C guidelines. Published notes should be succinct, highlight the salient points of the conversation only, and provide a clear understanding of agreements reached and actions expected.

**For ALL Meetings:**

- Separate into two bulleted lists: Action Items and Key Takeaways
  - **Action Items** are the specific actions agreed to as follow-ups for the meeting. All actions should be precise and have an assigned owner (a person, not a team) and a date for completion. Verify action items and dates with identified owners prior to publication.
  - **Key Takeaways** are points made and direction given during the meeting. These should be short, crisp sentences that highlight the punchline, not tell the story. Each bullet point should be no longer than 2-3 short sentences noting the outcome, specific guidance, or point made.
- Notes should summarize the areas discussed. Do not quote any individual directly and do not capture notes verbatim. Attempts to capture direct quotes can often misquote the individual, or lack context/nuance necessary to properly understand the statement.

**Meeting Notes Example:**

Action Items:

- <action details> | <owner, due date>
- <action details> | <owner, due date>

Key Takeaways:

- <short, crisp, 2-3 sentences per bullet point>
- <short, crisp, 2-3 sentences per bullet point>

**For Privileged & Confidential (P&C) Meetings:**

Use the following email subject line: Privileged & Confidential NOTES | <meeting date> | <meeting title>

- (1) Have an attorney review the notes before circulating them, (2) include the attorney in the "To" line, and (3) start the email by making your request for legal advice clear.
- Designate only **one** notetaker and others should not take or circulate notes.
- Identify meeting attendees to memorialize the participation of an attorney.
- Do not quote any individual directly, and do not capture the notes verbatim as detailed records of the discussion create risks of misperception and misunderstanding.

- Circulated meeting notes should include only essential feedback, conclusions, and action items.
- When possible, action items should be drafted to be self-explanatory, so they can be conveyed to the appropriate owner without needing to share the meeting document or other meeting notes.
- After circulating meeting notes, the notetaker should then delete/shred their raw notes.
- Warning: The easiest way to waive and destroy the privilege is to forward a privileged communication or document to someone who does not have a legitimate business need for the legal advice.
    - Never forward a privileged communication or document to anyone <u>outside</u> of Amazon without express direction to do so.
    - Never forward a privileged communication or document to anyone <u>inside</u> of Amazon unless you are certain that person has a need for, and the right to receive, the information. Do not forward meeting notes to those not in the meeting and communicate only relevant messages, as needed.
    - When forwarding a privileged communication or document, make sure the lawyer is in the "To" line and the subject includes "Privileged & Confidential," and make your request for legal advice clear.