# Exhibit 20

**From:** [redacted]
**Sent:** 10/17/2019 1:06:34 PM
**To:** [redacted]
**CC:** [redacted]
**Subject:** RE: [Privileged and Confidential] SFP Update notes
**Attachments:** Privileged and Confidential SFP Update notes_[redacted].docx

Apologies for the delay.

Suggested edits to Summary and Action Items attached. I've not made edits to the raw notes. Clark's office recently issued guidance that detailed, raw notes like in the attached should not be taken. This makes sense as conversations taken out of context can create issues if we end up having to produce notes to a regulator or in litigation. Please hold off on making verbatim notes, attributed to individual meeting participants, in the future.

On my suggested edits:

**Redacted A/C**

On timing, can we aim to have the new doc ready earlier than 10/25?

Let me know if you have any questions or concerns.

Thanks
[redacted]

**From:** [redacted]
**Sent:** Wednesday, October 16, 2019 8:49 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: [Privileged and Confidential] SFP Update notes

Thanks [redacted]

Sent from my iPhone

On Oct 16, 2019, at 8:33 PM, [redacted] wrote:

Hi [redacted], I'll be able to take a look first thing tomorrow. Thanks, [redacted]

Sent from my iPhone

On 16 Oct 2019, at 21:57, [redacted] wrote:

[redacted] We really need to send the notes out. Can you pls ensure this is done? Can we get [redacted] to review if needed as [redacted] is ooto?
[redacted]

Sent from my iPhone

On Oct 14, 2019, at 11:24 AM, [redacted] wrote:

Thanks [redacted] Attached with my comments. I think we also took an action to follow up on onsite.
[redacted]

**From:** [redacted]
**Sent:** Thursday, October 10, 2019 6:02 PM
**To:** [redacted]
**Subject:** [Privileged and Confidential] SFP Update notes

Hi [redacted]

Please find attached notes I captured from the meeting earlier this week. I have provided a summary and action items that will be shared along with raw verbatims I captured which will not be shared. Please let me know your feedback.

[redacted]
<Privileged and Confidential SFP Update notes_[redacted].docx>

**Summary**

[redacted]

**Action items**

[redacted]

**Raw notes**

[redacted]

[redacted]