# EXHIBIT 2

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Wednesday, 05 August 2026 20:36:33
**To:** Peerman, Alex <apeerman@wc.com>; Takashima, Edward <etakashima@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe

<cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Anderson, Barrett <banderson1@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Alex,

Thanks for your email regarding Interrogatory No. 33. We appreciate your agreement in principle to run some search terms against documents on Amazon's privilege log. To ensure we are on the same page, please confirm that Amazon will review the documents captured by search terms and then respond to Interrogatory No. 33 by (a) identifying each such document that Amazon has asserted is protected from disclosure by attorney-client privilege or work product, whether in whole or in part, regarding the destruction of or failure to preserve Relevant Materials or (b) confirm that Amazon is not withholding any such documents. Please also send Amazon's counter-proposal for those search terms, with hit counts sufficient to show the difference in hits between Plaintiffs' proposed terms and Amazon's proposed terms, both on a search string basis and overall. As noted in Olivia's email earlier today, we appear to be at an impasse regarding the privilege re-review, so we believe the parties should move forward on resolving search terms for Interrogatory No. 33.

In response to Katie's question last Friday, we currently plan to raise our disputes regarding spoliation discovery through an LCR 37 expedited joint motion. At this time we anticipate serving and filing one motion for all spoliation discovery issues.

Additionally, we are in receipt of your email regarding Amazon's proposed attorney-custodians and will respond separately.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Monday, August 3, 2026 7:19 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov'

<michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Anderson, Barrett <banderson1@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Hi, Ed and Shira. Regarding Interrogatory No. 33, we are agreed in principle that we will run some search terms related to meeting notes and Signal messages as part of the privilege re-review. But we will have a narrower set of terms to counter-propose; for example, terms like “delet*” in isolation are

likely to return many false positives. More broadly, we think the set of terms for this issue should be determined in the context of the broader privilege re-review discussion, since the review burden will turn on the entire set of documents identified rather than those of just this type. We are still awaiting a response to Kristen Dewilde's July 24 email with Plaintiffs' proposed set of overall terms for such a review.

Regarding attorney custodians, we expect to be able to provide you with our response tomorrow or Wednesday.

Best,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Monday, August 3, 2026 6:47 PM
**To:** Takashima, Edward <etakashima@ftc.gov>; Peerman, Alex <apeerman@wc.com>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>;

Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Anderson, Barrett <banderson1@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Hi Alex and Katie,

I am following up on our request from the parties' July 30 meet and confer, and below, that Amazon provide any counter-proposal regarding attorney-custodians by today. As soon as possible, can you please provide us with an update as to when you expect to be able to provide us with Amazon's response?

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Takashima, Edward <etakashima@ftc.gov>
**Sent:** Friday, July 31, 2026 12:06 PM
**To:** Peerman, Alex <apeerman@wc.com>; Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>;

'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Anderson, Barrett <banderson1@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Alex and Katie,

I'm writing to follow up on our call yesterday afternoon. Regarding Interrogatory No. 33, you indicated that Amazon may be willing to respond to the interrogatory based on a search of documents on its privilege log, and I noted that we had previously proposed search terms for that approach. Those search terms are set forth in our June 8, 2026 letter and below:

- ("note tak*" OR notetak* OR "note-tak*") w/10 (responsib* OR instruct* OR direct* OR guid*)
- note* W/10 (raw OR verbatim* OR unedited OR circulat*)
- "delete/shred*" OR delet* OR shred*
- (delet* OR shred* OR remov* OR purg* OR scrub* OR eras* OR destr*) W/20 (raw OR note* OR verbatim* OR unedited OR circulat* OR summar* OR discov*)
- (guid* OR regu*) W/10 note*
- (remov* OR delet* OR remov* OR purg* OR scrub* OR eras* OR destr*) W/10 (note OR doc*)
- Signal OR DM* OR disappear*

*See* Ltr. from S. Steinberg to K. Trefz at 6 (June 8, 2026). Please let us know by Monday whether Amazon will agree to respond to Interrogatory No. 33 based on the withheld documents that hit on those terms. Please also provide your counter-proposal regarding attorney custodians today or by Monday.

Thanks,

Ed

Edward H. Takashima
Senior Trial Counsel
Bureau of Competition
Federal Trade Commission
(202) 876-5704
etakashima@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Wednesday, July 29, 2026 11:56 AM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov'

<comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Anderson, Barrett <banderson1@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Thanks, Shira – we will send an invite for 5pm Eastern. If that doesn't work, let us know. We would like to discuss Interrogatories 31 and 33, and Plaintiffs' proposed attorney custodians.

Thanks,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Tuesday, July 28, 2026 3:57 PM
**To:** Peerman, Alex <apeerman@wc.com>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com'

<tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Anderson, Barrett <banderson1@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Hi Alex,

Thank you for your prompt response. To ensure our meeting is productive, can you please confirm what topics Amazon would like to discuss? We believe our position as to Amazon's responses to Plaintiffs' Fifth Set of Interrogatories and Ninth Set of Requests for Production is set forth in our July 27 letter, but we are available to further meet and confer on Thursday after 2 PM ET.

Please let us know your availability and we can circulate a calendar invitation accordingly.

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Tuesday, July 28, 2026 10:04 AM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov'

<andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Shira, we are in receipt of your letter of July 27 and propose that the parties meet and confer on Thursday. Are there some times that day that would work for the Plaintiffs?

Please also find attached Amazon's Amended Response to Interrogatory No. 32.

Best,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Monday, July 27, 2026 6:51 PM
**To:** Peerman, Alex <apeerman@wc.com>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe

<cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Counsel,

Please see the attached correspondence.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Monday, July 20, 2026 12:28 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>;

Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Counsel,

Please see the attached correspondence.

Best Regards,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Monday, July 20, 2026 9:16 AM
**To:** Peerman, Alex <apeerman@wc.com>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>;

'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur

<bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Hi Alex,

We did not receive a response from you to our July 2 letter last week. Please provide a response by the end of today.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Friday, July 10, 2026 7:06 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler,

Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Shira,

We are in receipt of Plaintiffs' Letter of July 2 and will provide a response next week.

Best,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Thursday, July 2, 2026 6:57 PM
**To:** Peerman, Alex <apeerman@wc.com>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>;

'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Steinberg, Shira <ssteinberg1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Counsel,

Please see the attached response.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Wednesday, June 17, 2026 8:44 AM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan

<MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Counsel,

Please see the attached correspondence.

Best Regards,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Monday, June 15, 2026 11:39 PM
**To:** 'Steinberg, Shira' <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; 'ChristinaMoylan-contact' <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; 'ByronWarren-contact' <bwarren@oag.state.md.us>; 'SchonetteWalker-contact' <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us'

<zach.biesanz@ag.state.mn.us>; 'LucusTucker-contact' <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; 'AnthonyJuzaitis-contact' <AJuzaitis@nmdoj.gov>; 'JuliaMeade-contact' <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; 'MalisaMcPherson-Contact' <Malisa.McPherson@oag.ok.gov>; 'StephenProvazza-contact' <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; 'Warren, Jacob' <jwarren1@ftc.gov>; 'Wilson, Dominique' <dwilson1@ftc.gov>
**Cc:** 'Petros, Alex' <apetros@ftc.gov>; 'Butler, Amanda' <abutler2@ftc.gov>; 'Khan, Bahadur' <bkhan1@ftc.gov>; 'Shiue, Brian' <bshiue@ftc.gov>; 'Holland, Caroline' <cholland@ftc.gov>; 'Williams, Cathleen' <cwilliams@ftc.gov>; 'Chukwuogo, Chinwe' <cchukwuogo@ftc.gov>; 'Shackelford, Christina' <cshackelford@ftc.gov>; 'Bradley, Daniel' <dbradley@ftc.gov>; 'Principato, Daniel' <dprincipato@ftc.gov>; 'Takashima, Edward' <etakashima@ftc.gov>; 'Bolles, Emily' <ebolles@ftc.gov>; 'Zepp, Eric' <ezepp@ftc.gov>; 'Stevenson, Ethan' <estevenson1@ftc.gov>; 'Verwilt, Hana' <hverwilt@ftc.gov>; 'Vella, Jesse' <jvella@ftc.gov>; 'Merber, Kenneth' <kmerber@ftc.gov>; 'McCaskey, Lance' <lmccaskey@ftc.gov>; 'Tyree, Leo' <ltyree@ftc.gov>; 'Suter, Mark' <msuter@ftc.gov>; 'Woodward, Mark' <mwoodward@ftc.gov>; 'Hill, Melissa' <mchill@ftc.gov>; 'Mendelsohn, Nathan' <nmendelsohn@ftc.gov>; 'Khan, Bahadur' <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Counsel, please find attached for service Amazon’s Objections and Responses to Plaintiffs’ Fifth Set of Interrogatories.

Best Regards,

Alex

**Alexander Peerman**

**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Peerman, Alex
**Sent:** Friday, June 12, 2026 6:19 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson,

Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Shira, we are in receipt of Plaintiffs' June 8 letter and intend to respond early next week.

Best,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Monday, June 8, 2026 5:52 PM
**To:** Peerman, Alex <apeerman@wc.com>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact

<Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Alex,

Please see the attached correspondence.

With respect to the two search terms Amazon excluded from its proposal:

- For the first string ((P&C OR priv*) W/5 note*) we have included it in our attached proposal and modified it in a way we believe will significantly reduce any chance of false positives. To the extent Amazon continues to refuse to provide hits for this search string, please explain your basis.
- For the second string (Signal W/5 (mov* OR switch* OR shift* OR chang* OR transfer OR approv* OR convers* OR call* OR offline OR talk* OR discuss* OR debat* OR argu* OR DM OR DMs OR DMed OR DM'ed OR DMing OR DM'ing OR disappear* OR messag* OR WhatsApp OR Chime OR text* OR quick* OR take OR taking OR took)), we do not understand the basis of your refusal to run these search terms to provide hits. These additional terms are intended to identify similar documents but include additional terms and are broader in scope. To the extent these

search terms hit on documents Amazon has previously produced to Plaintiffs, there should be no additional burden on Amazon as those documents are already reviewed. To the extent Amazon continues to refuse to provide hits for this search string, please explain your basis.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Friday, June 5, 2026 6:15 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>;

DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Shira, as discussed on our meet-and-confer today, please find attached a hit report reflecting Amazon's counterproposal to the search terms identified in your May 15 letter. These hit counts were generated using the previously agreed custodian set and time-in-role limitations. They do not include hits for any new custodians. Please also note that this counterproposal was prepared and is offered on the assumption that we would use TAR. Amazon's position is that this review – like the other reviews performed for this litigation - falls within the scope of the parties' agreement regarding the use of TAR. If Plaintiffs were to take the position that TAR cannot be used for this review, the additional volume for review would be significant and we would need to eliminate or tighten additional search terms, especially the term in row 4 of the attached, which we believe hits on many nonresponsive calendar invites.

In addition to the terms contained in the attached, there are two search terms excluded entirely from our proposal:

- (P&C OR priv*) W/5 note*: This search term would return documents marked privileged without any connection to either the "raw notes" or Signal issues that were the subject of the Plaintiffs' motion. Moreover, it would pull in false positives such as "a note about privacy."
- Signal W/5 (mov* OR switch* OR shift* OR chang* OR transfer OR approv* OR convers* OR call* OR offline OR talk* OR discuss* OR debat* OR argu* OR DM OR DMs OR DMed OR DM'ed OR DMing OR DM'ing OR disappear* OR messag* OR WhatsApp OR Chime OR text* OR quick* OR take OR taking OR took): This term bears substantial similarity to search terms that were previously run and reviewed in connection with RFPs 383 and 384. We are potentially open to running a Signal-related search term, but seek to understand the FTC's position about what would not have been captured by prior reviews.

Best Regards,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Tuesday, June 2, 2026 6:08 PM
**To:** Peerman, Alex <apeerman@wc.com>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com'

<tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Thanks, Alex - I just sent you the calendar invitation separately. Please forward to the appropriate individuals on your side in advance of our call on Friday.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Tuesday, June 2, 2026 5:34 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact

<Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Hi Shira – We are available to confer on Friday from 10:00-11:00 a.m. Eastern. If that works for you, we appreciate you sending the calendar invite.

Best,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Tuesday, June 2, 2026 5:05 PM
**To:** Peerman, Alex <apeerman@wc.com>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>;

'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>

**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella,

Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Counsel,

We are in receipt of Amazon's Objections to Plaintiffs' Fifth Set of Interrogatories and Amazon's Objections and Responses to Plaintiffs' Ninth Set of Requests for Production. We are available to meet and confer regarding your objections on Thursday (6/4) between 1 and 2 or after 3 PM or any time on Friday (6/5).

Please let us know when you are available during those windows and I will circulate a calendar invitation accordingly.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Friday, May 29, 2026 10:50 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact

<Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Counsel,

Please find the following documents attached for service:

- Amazon’s Objections to Plaintiffs’ Fifth Set of Interrogatories
- Amazon’s Objections and Responses to Plaintiffs’ Ninth Set of Requests for Production

Best Regards,

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Peerman, Alex
**Sent:** Wednesday, May 20, 2026 7:50 PM

**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; amy.mcfarlane@ag.ny.gov; elinor.hoffmann@ag.ny.gov; james.yoon@ag.ny.gov; michael.jo@ag.ny.gov; morgan.feder@ag.ny.gov; nicole.demers@ct.gov; victoria.field@ct.gov; bsprecher@attorneygeneral.gov; jthomson@attorneygeneral.gov; jbetsko@attorneygeneral.gov; twertz@attorneygeneral.gov; brian.canfield@delaware.gov; michael.undorf@delaware.gov; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; michael.devine@maine.gov; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; katherine.krems@mass.gov; tim.smith@doj.oregon.gov; evansj@michigan.gov; comishj@michigan.gov; mertenss@michigan.gov; sarah.doktori@ag.state.mn.us; zach.biesanz@ag.state.mn.us; LucusTucker-contact <LTucker@ag.nv.gov>; alexandra.c.sosnowski@doj.nh.gov; ana.atta-alla@law.njoag.gov; andrew.esoldi@law.njoag.gov; david.reichenberg@law.njoag.gov; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; cameron.capps@oag.ok.gov; chris.campbell@oag.ok.gov; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; caitlin.madden@wisdoj.gov; Laura.mcfarlane@wisdoj.gov; zcarrasquillo@justicia.pr.gov; sarah.aceves@vermont.gov; alazerow@cov.com; Lemens, Andrew <ALemens@wc.com>; bblock@cov.com; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; clannin@cov.com; dhlee@cov.com; dludwin@cov.com; Reddington, Edward <EReddington@wc.com>; elena@kdcounsel.com; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; kmitchelltombras@cov.com; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; kstojilkovic@wilkinsonstekloff.com; DeWilde, Kristen <kdewilde@wc.com>; lzehmer@cov.com; Hannibal, Lindsay <LHannibal@wc.com>; marent@cov.com; Newkirk, Meaghan <MNewkirk@wc.com>; molly.terwilliger@morganlewis.com; Chenelle, Nicole <NChenelle@wc.com>; patty.eakes@morganlewis.com; Bradley, Patrick <PBradley@wc.com>; rgianchetti@cov.com; slahrpastor@cov.com; tbarnett@cov.com; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Shira, at this stage we are not sure we will be able to estimate dates for completion of production on an expedited basis (May 29), but for any documents we agree to produce in our May 29 responses, we will provide such estimates by June 15. If we can provide estimates sooner, we will. To the extent the FTC contends that Amazon should make a broader scope of production than what is described in our May 29 responses, conferrals on those issues will likely affect the time necessary.

Best,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Wednesday, May 20, 2026 3:12 PM
**To:** Peerman, Alex <apeerman@wc.com>; amy.mcfarlane@ag.ny.gov; elinor.hoffmann@ag.ny.gov; james.yoon@ag.ny.gov; michael.jo@ag.ny.gov; morgan.feder@ag.ny.gov; nicole.demers@ct.gov; victoria.field@ct.gov; bsprecher@attorneygeneral.gov; jthomson@attorneygeneral.gov; jbetsko@attorneygeneral.gov; twertz@attorneygeneral.gov; brian.canfield@delaware.gov; michael.undorf@delaware.gov; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; michael.devine@maine.gov; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; katherine.krems@mass.gov; tim.smith@doj.oregon.gov; evansj@michigan.gov; comishj@michigan.gov; mertenss@michigan.gov; sarah.doktori@ag.state.mn.us; zach.biesanz@ag.state.mn.us; LucusTucker-contact <LTucker@ag.nv.gov>; alexandra.c.sosnowski@doj.nh.gov; ana.atta-alla@law.njoag.gov; andrew.esoldi@law.njoag.gov; david.reichenberg@law.njoag.gov; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; cameron.capps@oag.ok.gov; chris.campbell@oag.ok.gov; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; caitlin.madden@wisdoj.gov; Laura.mcfarlane@wisdoj.gov; zcarrasquillo@justicia.pr.gov; sarah.aceves@vermont.gov; alazerow@cov.com; Lemens, Andrew <ALemens@wc.com>; bblock@cov.com; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; clannin@cov.com; dhlee@cov.com; dludwin@cov.com; Reddington, Edward <EReddington@wc.com>; elena@kdcounsel.com; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; kmitchelltombras@cov.com; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; kstojilkovic@wilkinsonstekloff.com; DeWilde, Kristen <kdewilde@wc.com>; lzehmer@cov.com; Hannibal, Lindsay <LHannibal@wc.com>; marent@cov.com; Newkirk, Meaghan <MNewkirk@wc.com>; molly.terwilliger@morganlewis.com; Chenelle, Nicole <NChenelle@wc.com>; patty.eakes@morganlewis.com; Bradley, Patrick <PBradley@wc.com>; rgianchetti@cov.com; slahrpastor@cov.com; tbarnett@cov.com; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Alex,

Thank you for Amazon's agreement to provide objections and responses to Plaintiffs' Ninth Set of RFPs and objections to Plaintiffs' Fifth Set of Interrogatories by May 29. We understand that Amazon will provide responses to Plaintiffs' Fifth Set of Interrogatories by June 15, and will provide an estimated completion date for its production of documents when it serves its respective responses, pursuant to the CMO. *See* Case Management Order (Dkt. #161) §§ 2(a), 4(b). Please confirm that is correct.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Tuesday, May 19, 2026 5:17 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; amy.mcfarlane@ag.ny.gov; elinor.hoffmann@ag.ny.gov; james.yoon@ag.ny.gov; michael.jo@ag.ny.gov; morgan.feder@ag.ny.gov; nicole.demers@ct.gov; victoria.field@ct.gov; bsprecher@attorneygeneral.gov; jthomson@attorneygeneral.gov; jbetsko@attorneygeneral.gov; twertz@attorneygeneral.gov; brian.canfield@delaware.gov; michael.undorf@delaware.gov; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; michael.devine@maine.gov; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; katherine.krems@mass.gov; tim.smith@doj.oregon.gov; evansj@michigan.gov; comishj@michigan.gov; mertenss@michigan.gov; sarah.doktori@ag.state.mn.us; zach.biesanz@ag.state.mn.us; LucusTucker-contact <LTucker@ag.nv.gov>; alexandra.c.sosnowski@doj.nh.gov; ana.atta-alla@law.njoag.gov; andrew.esoldi@law.njoag.gov; david.reichenberg@law.njoag.gov; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; cameron.capps@oag.ok.gov; chris.campbell@oag.ok.gov; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; caitlin.madden@wisdoj.gov; Laura.mcfarlane@wisdoj.gov; zcarrasquillo@justicia.pr.gov; sarah.aceves@vermont.gov; alazerow@cov.com; Lemens, Andrew <ALemens@wc.com>; bblock@cov.com; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; clannin@cov.com; dhlee@cov.com; dludwin@cov.com; Reddington, Edward <EReddington@wc.com>; elena@kdcounsel.com; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; kmitchelltombras@cov.com; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; kstojilkovic@wilkinsonstekloff.com; DeWilde, Kristen <kdewilde@wc.com>; lzehmer@cov.com; Hannibal, Lindsay <LHannibal@wc.com>; marent@cov.com; Newkirk, Meaghan <MNewkirk@wc.com>; molly.terwilliger@morganlewis.com; Chenelle, Nicole <NChenelle@wc.com>; patty.eakes@morganlewis.com; Bradley, Patrick <PBradley@wc.com>; rgianchetti@cov.com; slahrpastor@cov.com; tbarnett@cov.com; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric

<ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Shira, we are in receipt of Plaintiffs' Ninth Set of Requests for Production and Fifth Set of Interrogatories. Your May 15 letter accompanying those discovery requests inquired whether Amazon could provide responses by May 29, even though the Federal Rules of Civil Procedure allow 30 days to respond, which would be June 15.

In the interest of compromise, and recognizing that further discussions after our initial responses are likely to be necessary, we can agree to provide objections and responses to the Ninth Set of RFPs and objections to the Fifth Set of Interrogatories by May 29. Given the breadth of Plaintiffs' new Interrogatories, we cannot provide expedited substantive responses to the Interrogatories beyond objections. We can then be available the week of June 1 to discuss issues raised by this discovery and questions Plaintiffs may have about what we serve on May 29.

Best Regards,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Friday, May 15, 2026 7:55 PM
**To:** amy.mcfarlane@ag.ny.gov; elinor.hoffmann@ag.ny.gov; james.yoon@ag.ny.gov; michael.jo@ag.ny.gov; morgan.feder@ag.ny.gov; nicole.demers@ct.gov; victoria.field@ct.gov; bsprecher@attorneygeneral.gov; jthomson@attorneygeneral.gov; jbetsko@attorneygeneral.gov; twertz@attorneygeneral.gov; brian.canfield@delaware.gov; michael.undorf@delaware.gov; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; michael.devine@maine.gov; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; katherine.krems@mass.gov; tim.smith@doj.oregon.gov; evansj@michigan.gov; comishj@michigan.gov; mertenss@michigan.gov; sarah.doktori@ag.state.mn.us; zach.biesanz@ag.state.mn.us; LucusTucker-contact <LTucker@ag.nv.gov>; alexandra.c.sosnowski@doj.nh.gov; ana.atta-alla@law.njoag.gov; andrew.esoldi@law.njoag.gov; david.reichenberg@law.njoag.gov; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; cameron.capps@oag.ok.gov; chris.campbell@oag.ok.gov; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; caitlin.madden@wisdoj.gov; Laura.mcfarlane@wisdoj.gov; zcarrasquillo@justicia.pr.gov; sarah.aceves@vermont.gov; Peerman, Alex <apeerman@wc.com>; alazerow@cov.com; Lemens, Andrew <ALemens@wc.com>; bblock@cov.com; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; clannin@cov.com; dhlee@cov.com; dludwin@cov.com; Reddington, Edward <EReddington@wc.com>; elena@kdcounsel.com; Hubbard, Heidi <HHubbard@wc.com>; Wheeler,

Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; kmitchelltombras@cov.com; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; kstojilkovic@wilkinsonstekloff.com; DeWilde, Kristen <kdewilde@wc.com>; lzehmer@cov.com; Hannibal, Lindsay <LHannibal@wc.com>; marent@cov.com; Newkirk, Meaghan <MNewkirk@wc.com>; molly.terwilliger@morganlewis.com; Chenelle, Nicole <NChenelle@wc.com>; patty.eakes@morganlewis.com; Bradley, Patrick <PBradley@wc.com>; rgianchetti@cov.com; slahrpastor@cov.com; tbarnett@cov.com; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Steinberg, Shira <ssteinberg1@ftc.gov>
**Subject:** 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Counsel,

Pursuant to the Court's April 29, 2026 order, please find attached Plaintiffs' Ninth Set of Requests for Production and Fifth Set of Interrogatories, along with correspondence related to the same.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov