# EXHIBIT 3

October 11, 2022

# Signal Log with DM Feature Information

Signal is a third-party messaging application that uses end-to-end encryption for secure communications. As has been previously disclosed, the use of Signal among a small number of Amazon executives and employees began in 2019 following the hack of Jeff Bezos's cell phone, reportedly by hostile foreign actors. As a result of this hack and ongoing concerns about unauthorized efforts to gain access to Amazon's executives' communications, certain executives and employees began using Signal in a limited fashion for short, typically time-sensitive communications, in addition to non-substantive or personal communications. Even as some Amazon executives and employees began to use Signal, other forms of electronic communication—like email and Chime—remained the primary method of work communications.

Per your request, the log below includes Signal communication threads that Amazon has collected through its due diligence involving the seven custodians referenced in your letter of June 14, 2022, and provides additional information on the settings of the disappearing message feature in each thread.[1] None of the collected messages was responsive to the CID under the parameters of the September 29, 2020 Final Production schedule. The majority of messages collected were brief and non-substantive in nature. Occasionally, the messages were substantive but related to aspects of Amazon different than those at issue in the CID or were outside the relevant production period.

Given the way Signal functions, Amazon cannot determine with certainty whether any substantive messages responsive to the CID Investigation may have been lost due to the disappearing message function. Based on Amazon's diligence as well as the custodians' testimony in FTC investigational hearings, however, Amazon does not believe that the use of Signal or the disappearing- message feature materially impacted the company's ability to provide a comprehensive production in response to the CID. Even if a small number of potentially responsive messages were no longer available due to the disappearing-message feature, there is no reasonable basis to conclude that the Commission was prejudiced. Signal communications were miniscule compared to the millions of pages of documents and many terabytes of data that Amazon collected in its response to this Investigation. Moreover, the topics that the Commission is investigating here—including Amazon's approach to retail, Prime, pricing, and fulfilment—span many years and involve decisions that are carefully studied and well-documented in Amazon documents. While the seven relevant executives occasionally sent or received substantive, work-related messages via Signal, material communications concerning Amazon's significant business decisions occurred through others means—including email, Chime, and related attachments—that were systematically collected and produced, evidenced by the more than 200,000 documents produced from the files of those seven custodians alone. This is particularly true given Amazon's well-documented and longstanding corporate culture of drafting detailed documents for meetings and important decisions—documents that FTC staff has used to probe Amazon's business practices in great depth in the dozens of investigational hearings conducted to date in this Investigation.

---

[1] Amazon is providing the information in the log without any intent to waive any privileges, protections, or immunities, including, without limitation, the attorney-client privilege, work product protection, and any other applicable privileges or protection from disclosure. However, certain materials included in the log are privileged, as indicated, for example, by the involvement of an attorney or other indicia of privilege. The descriptions in this log include only the subject matter of the thread and are not intended to reveal any privileged communication.

In addition, as we have informed you, Amazon recently launched an enterprise version of Wickr—a secure messaging application owned by Amazon—for internal use. Amazon's enterprise version of Wickr can be used by Amazon executives and other employees to send each other secure, end-to-end encrypted messages, while allowing Amazon to preserve messages sent and received by employees who are on litigation hold.

Subject to that context, for each Signal thread below, the log identifies the following available information: (i) the participants in the thread; (ii) the date range of the thread; (iii) the number of potentially work-related screenshots in the thread; (iv) the title of the thread (available for threads with more than two participants); (v) the subject matter of the thread, if the thread included any messages at the time of collection, and (vi) changes (if any) to settings of Signal's disappearing message (DM) feature before collection.[2] Where the DM feature was enabled at the time of collection, custodians were again provided legal guidance regarding Amazon's preservation obligations.

Amazon produced some of the collected threads as responsive in a separate FTC investigation, and reproduced them for overlap custodians in this Investigation. The produced threads are bolded below, and the associated Bates numbers are provided below such entries.

The log is organized in chronological order, based on the start date of each thread.

- Peter Krawiec and Dan Grossman between Sept. 17, 2019 and Feb. 1, 2021, comprising four screenshots.
    - DM settings before collection were as follows: 30 minutes on Sept. 17, 2019 (Krawiec); 5 minutes on Oct. 2, 2019 (Krawiec); 30 minutes on Oct. 3, 2019 (Krawiec); 12 hours on Dec. 5, 2019 (Grossman); 5 minutes on Aug. 30, 2020 (Krawiec); 1 hour on Sept. 11, 2020 (Krawiec); 6 hours on Sept. 11, 2020 (Krawiec); 10 seconds on Oct. 2, 2020 (Grossman); 1 hour on Oct. 2, 2020 (Grossman); 40 minutes on Oct. 2, 2020 (Krawiec); disabled on Feb. 1, 2021 (Krawiec).

- Peter Krawiec and Carlo Bertucci between Sept. 17, 2019 and May 20, 2021, comprising four screenshots and relating to opening a thread on Signal and sharing one public news article.
    - DM settings before collection were as follows: 1 day on Sept. 17, 2019 (Krawiec); 1 hour on Sept. 17, 2019 (Krawiec); 30 minutes on Sept. 17, 2019 (Krawiec); 1 week on July 7, 2020 (Krawiec); disabled on Aug. 6, 2020 (Bertucci); 1 day on Aug. 12, 2020 (Krawiec).

- Peter Krawiec and Alex Ceballos Encarnacion between Sept. 17, 2019 and Jan. 13, 2021, comprising two screenshots.
    - DM settings before collection were as follows: 5 minutes on Sept. 17, 2019 (Encarnacion); 30 minutes on Sept. 17, 2019 (Krawiec); 6 hours on Jan. 12, 2021 (Encarnacion).

---

[2] Amazon's collection of Signal messages relied on capturing screenshots of a custodian's phone. An individual screenshot may include one or more unique messages, and in some cases the content in separate screenshots overlaps. For this reason, when the same message thread was collected from multiple custodians' phones, the number of screenshots may differ between collections. Additionally, some collected threads and screenshots included in this log do not include any message content, but do include other content (*e.g.*, identity of the individuals on the thread; date when the disappearing feature was enabled or disabled).

- Peter Krawiec and Will Shu between Sept. 20, 2019 and June 16, 2021, comprising 36 screenshots and relating to the relationship between Amazon and Deliveroo.
  - DM settings before collection were as follows: 6 hours on Sept. 20, 2019 (Krawiec); disabled on Dec. 18, 2020 (Shu).

- Jeff Bezos, [redacted], Jay Carney, and Andrew Herdener between Sept. 27, 2019 and Feb. 21, 2021, comprising three screenshots and titled "Jay, Drew, [redacted] Jeff."
  - DM settings before collection were as follows: 1 week on Sept. 27, 2019 (unknown).

- Jeff Bezos and Beth Galetti between Sept. 27, 2019 and July 17, 2021, comprising one screenshot.
  - DM settings before collection were as follows: 1 week on Sept. 27, 2019 (Galetti).

- Jeff Bezos and [redacted] between Sept. 27, 2019 and April 7, 2020, comprising one screenshot.
  - DM settings before collection were as follows: 1 week on Sept. 27, 2019 ([redacted]).

- Jeff Bezos and Andrew Herdener between Sept. 27, 2019 and Jan. 29, 2021, comprising one screenshot.
  - DM settings before collection were as follows: 1 week on Sept. 27, 2019 (Herdener).

- Peter Krawiec and Cem Sibay between Sept. 27, 2019 and Feb. 1, 2021, comprising three screenshots.
  - DM settings before collection were as follows: 1 minute on Sept. 27, 2019 (Sibay); 5 minutes on Oct. 30, 2019 (Sibay); disabled on Feb. 1, 2021 (Krawiec).

- Jeff Bezos and Jeff Blackburn between Sept. 28, 2019 and March 4, 2022, comprising seven screenshots and relating to a publicly reported Netflix HR issue and March 2022 message about meeting logistics and *Lord of the Rings* marketing.
  - DM settings before collection were as follows: 1 week on Sept. 28, 2019 (Bezos); disabled on Aug. 19, 2021 (Blackburn).

- Jeff Bezos and [redacted] between Sept. 30, 2019 and April 3, 2020, comprising one screenshot and relating to personal logistics.
  - DM settings before collection were as follows: 1 week on Sept. 30, 2019 (Bezos).

- Jeff Bezos, [redacted], and [redacted] between Oct. 1, 2019 and April 7, 2020, comprising three screenshots and titled [redacted]/J."
  - DM settings before collection were as follows: 1 week on Oct. 1, 2019 (Bezos).

- Jeff Bezos and Stephen Schmidt between Oct. 1, 2019 and Aug. 15, 2020, comprising three screenshots and relating to security issues.
  - DM settings before collection were as follows: 1 week on Oct. 1, 2019 (Schmidt); disabled on July 15, 2020 (Schmidt); 1 week on Aug. 15, 2020 (Schmidt).

- Jeff Bezos, Jay Carney, Andrew Herdener, and Dan Perlet between Oct. 1, 2019 and March 2, 2021, comprising three screenshots and titled "Jeff, Jay, Drew, Dan."
  - DM settings before collection were as follows: 1 week on Oct. 1, 2019 (Bezos).

- Jeff Bezos, [redacted] between Oct. 1, 2019 and May 14, 2022, comprising 21 screenshots, titled "Kamala" [the name of an EA listserv], and relating to personal and business scheduling and coordination with Executive Assistant staff.
  - o DM settings before collection were as follows: 1 week on Oct. 2, 2019 (Bezos).

- Jeff Bezos and Jay Carney between Oct. 3, 2019 and March 16, 2020, comprising one screenshot.
  - o DM settings before collection were as follows: 1 week on Oct. 3, 2019 (Bezos).

- Jeff Bezos and Andy Jassy between Oct. 7, 2019 and March 9, 2022, comprising 30 screenshots and relating to scheduling, security, public relations, COVID-19 response, Twitch, employee compensation, [redacted] closing of stores, and personnel issues.
  - o DM settings before collection were as follows: 1 week on Oct. 7, 2019 (Jassy); disabled on Feb. 25, 2020 (Jassy); 1 week on Mar. 29, 2020 (Bezos); 30 minutes on Apr. 7, 2020 (Jassy); 5 minutes on Apr. 7, 2020 (Jassy); 1 day on Apr. 11, 2020 (Jassy); 1 week on Aug. 27, 2020 (Bezos); 1 day on Jan. 9. 2021 (Jassy); 1 week on Apr. 13, 2021 (Bezos); disabled on Jan. 4, 2022 (Bezos); 1 week on Jan. 20, 2022 (Jassy); disabled on Jan. 27, 2022 (Jassy); 1 week on Feb. 17, 2022 (Jassy); disabled on Feb. 25, 2022 (Bezos).

- **Jeff Bezos and Jennifer Salke between Oct. 8, 2019 and Dec. 24, 2021, comprising 128 screenshots and relating to scheduling and administrative issues, personnel issues, [redacted] and production and content updates.**
  - o Amazon-FTC-CID_ 09327810 to Amazon-FTC-CID_09327812; Amazon-FTC-CID_09327814 to Amazon-FTC-CID_09327815; Amazon-FTC-CID_09327817; Amazon-FTC-CID_09327819 to Amazon-FTC-CID_09327821; Amazon-FTC-CID_09327823 to Amazon-FTC-CID_09327829
  - o DM settings before collection were as follows: 1 week on Oct. 8, 2019 (Salke); disabled on June 5, 2020 (Salke).

- Jeff Bezos, Jay Carney, Andrew Herdener, Neal Karlinsky, and Dan Perlet between Oct. 23, 2019 and March 3, 2021, comprising two screenshots and titled "Jeff, Drew, Jay, Dan, Neal."
  - o DM settings before collection were as follows: 1 week on Oct. 23, 2019 (Bezos).

- Jeff Bezos, Jay Carney, Dave Clark, and Andrew Herdener between Oct. 29, 2019 and May 21, 2022, comprising two screenshots and titled "Jeff, Dave C, Jay, Drew."
  - o DM settings before collection were as follows: Unknown participant enabled DM on an unknown date; disabled DM on May 21, 2022 (Bezos).

- Jeff Bezos, Andy Jassy, and David Zapolsky between Oct. 29, 2019 and Jan. 6, 2022, comprising four screenshots and titled "Jedi Privileged and Confidential."
  - o DM settings before collection were as follows: 1 week on Oct 29, 2019 (Bezos).

- Jeff Bezos and David Zapolsky between Oct. 29, 2019 and Oct. 24, 2020, comprising one screenshot.
  - o DM settings before collection were as follows: 1 week on Oct. 29, 2019 (Bezos).

- Jeff Bezos, Jay Carney, Andrew Herdener, Neal Karlinsky, and [redacted] between Nov. 4, 2019 and April 22, 2021, comprising 26 screenshots, titled "Jeff, Jay, Drew, [redacted] Neal," and

relating to public relations issues, such as Thanksgiving wishes, Amazon support for U.S. troops, and the COVID-19 pandemic.
  - DM settings before collection were as follows: 1 week on Apr. 8, 2020 (Bezos).

- Jeff Bezos, Jay Carney, Neal Karlinsky, Andrew Herdener, Lauren Sanborn, and Dan Perlet between Nov. 8, 2019 and Jan. 29, 2021, comprising 39 screenshots, titled "Jeff, Drew, Jay, Dan, Neal, Lsanborn," and relating to social media posts.
  - DM settings before collection were as follows: 1 week on Jan. 11, 2020 (Bezos).

- Jeff Bezos, Jay Carney, and David Zapolsky between Nov. 10, 2019 and Jan. 30, 2021, comprising two screenshots and titled "Privileged Confidential DavidZ Jeff."
  - DM settings before collection were as follows: 1 week on Nov. 10, 2019 (Bezos).

- Jeff Bezos and Jeff Wilke between Nov. 22, 2019 and Aug. 6, 2022 comprising seven screenshots and relating to organization changes and the French business.
  - DM settings before collection were as follows: 1 day on Nov. 22, 2019 (Bezos); 1 week on Dec. 6, 2019 (Bezos); disabled on Dec. 11, 2020 (Bezos); 1 week on Dec. 17, 2020 (Bezos); disabled on May 21, 2021 (Bezos).

- Peter Krawiec and Donald Katz between Dec. 4, 2019 and Oct. 1, 2020, comprising two screenshots and relating to a potential Audible acquisition.
  - DM settings before collection were as follows: 1 day on Oct. 1, 2020 (Krawiec).

- Peter Krawiec and Mike George between Dec. 5, 2019 and March 5, 2020, comprising two screenshots and relating to Krawiec's promotion and interactions with [redacted]
  - DM settings before collection were as follows: DM enabled, but specifics are unknown.

- Jeff Bezos, Jay Carney, Drew Herdener, and Dan Perlet between Dec. 10, 2019 and May 12, 2022, comprising 25 screenshots, titled "Jeff, Jay, Drew, Dan," and relating to public relations issues and personal logistics.
  - DM settings before collection were as follows: 1 week on May 9, 2021 (Bezos).

- Jeff Bezos and Adam Selipsky between Dec. 21, 2019 and Jan. 7, 2022, comprising one screenshot.
  - DM settings before collection were as follows: 1 week on Aug. 30, 2021 (Bezos); disabled on Jan. 7, 2022 (Bezos).

- Jeff Bezos and Brian Olsavsky between Jan. 3, 2020 and April 29, 2020, comprising one screenshot.
  - DM settings before collection were as follows: 1 day on Jan. 3, 2020 (Bezos); 1 week on Apr. 29, 2020 (Bezos).

- Jeff Bezos, Beth Galetti, and David Zapolsky between Jan. 7, 2020 and July 17, 2021, comprising three screenshots and titled "Beth and DavidZ."
  - DM settings before collection were as follows: Bezos set DM to 1 week on Jan. 7, 2020 (Bezos).

- Jeff Bezos, Amit Agarwal, Jay Carney, and Andrew Herdener between Jan. 13, 2020 and Jan. 29, 2021, comprising 15 screenshots, titled "Amit, Jay, Jeff, Drew," and relating to a public relations issue in India.
    - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Amit Agarwal on Jan. 15, 2020, comprising one screenshot.
    - DM settings before collection were as follows: 1 week on Jan. 15, 2020 (Bezos).

- Peter Krawiec and "Jeff" (incorrect number) on Jan. 17, 2020, comprising two screenshots and relating to interactions with Mars.
    - DM settings before collection were as follows: 12 hours on Jan. 17, 2020 (Krawiec).

- Jeff Bezos and Dave Clark between Jan. 27, 2020 and June 21, 2022, comprising 16 screenshots and relating to call scheduling, the grocery business, COVID-19 hazard pay, and [redacted]
    - DM settings before collection were as follows: 1 week on Nov. 25, 2020 (Bezos); disabled DM on Feb. 25, 2022 (Bezos).

- Jeff Bezos, Jay Carney, and David Zapolsky between Jan. 27, 2020 and Jan. 11, 2021, comprising two screenshots and titled "Privileged Zapolsky Carney."
    - DM settings before collection were as follows: 1 week on Jan. 27, 2020 (Bezos).

- Jeff Bezos and Dave Limp between Feb. 12, 2020 and May 10, 2022, comprising 17 screenshots and relating to scheduling logistics for a conference and space flight.
    - DM settings before collection were as follows: 1 week on Feb. 12, 2020 (Bezos); disabled on Dec. 1, 2020 (Limp); 1 week on Dec. 4, 2020 (Bezos); DM disabled at some point.

- Jeff Bezos and [redacted] between Feb. 17, 2020 and Oct. 28, 2020, comprising two screenshots and relating to [redacted] and personal travel.
    - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Jay Carney, and Andrew Herdener between Feb. 19, 2020 and Jan. 30, 2021, comprising three screenshots, titled "Jeff, Jay, Drew," and relating to public relations.
    - DM settings before collection were as follows: 1 week on Feb. 19, 2020 (Bezos).

- **Jeff Bezos and Mike Hopkins between March 2, 2020 and March 17, 2022, comprising 15 screenshots and relating to personal logistics, personnel issues, COVID-related production impacts, [redacted], MGM, and [redacted]**
    - Amazon-FTC-CID_09327813; Amazon-FTC-CID_09327816; Amazon-FTC-CID_09327818; Amazon-FTC-CID_09327822; Amazon-FTC-CID_09327999 to Amazon-FTC-CID_09328003
    - DM settings before collection were as follows: 1 week on Apr. 25, 2020 (Bezos); disabled on Jan. 4, 2022 (Bezos).

- **Mike Hopkins and Jennifer Salke between March 3, 2020 and Oct. 28, 2021, comprising 603 screenshots and relating to personnel issues, the MGM transaction, and video production.**
    - Amazon-FTC-CID_09328041 to Amazon-FTC-CID_09328348; Amazon-FTC-CID_09328507 to Amazon-FTC-CID_09328508

  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Paul Kotas on March 6, 2020, comprising one screenshot.
  - DM settings before collection were as follows: Bezos set DM to 1 week on Mar. 6, 2020 (Bezos).

- Peter Krawiec and Cem Sibay between March 15, 2020 and Aug. 14, 2021, comprising two screenshots and relating to personal matters.
  - DM settings before collection were as follows: 5 minutes on Mar. 15, 2020 (Sibay); disabled on June 28, 2020 (Sibay); 1 week on June 29, 2020 (Sibay); 1 day on July 30, 2020 (Krawiec); 30 minutes on Feb. 23, 2021 (Sibay); 1 day on Apr. 28, 2021 (Sibay).

- Jeff Bezos, Dave Clark, Doug Herrington, and Jeff Wilke between March 19, 2020 and Dec. 7, 2020, comprising three screenshots and titled "Wilke, Doug, Dave, Jeff."
  - DM settings before collection were as follows: 1 week on Mar. 19, 2020 (Bezos).

- Jeff Bezos and [redacted] between March 23, 2020 and March 16, 2022, comprising seven screenshots and relating to [redacted]
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and John Schoettler between March 24, 2020 and April 16, 2020, comprising one screenshot.
  - DM settings before collection were as follows: 1 week on Apr. 16, 2020 (Bezos).

- Jeff Bezos and Russ Grandinetti on March 25, 2020, comprising one screenshot.
  - DM settings before collection were as follows: 1 week on Mar. 25, 2020 (Bezos).

- Jeff Bezos, Jay Carney, Dave Clark, Andrew Herdener, and David Zapolsky between April 2, 2020 and Jan. 29, 2021, comprising 12 screenshots, titled "Jeff, Dave, Jay, David, Drew, Dave," relating to a public relations issue.
  - DM settings before collection were as follows: 1 day on Apr. 2, 2020 (Bezos).

- Jeff Bezos and TJ Klomp on April 7, 2020, comprising one screenshot.
  - DM settings before collection were as follows: 1 week on Apr. 7, 2020 (Bezos).

- Jeff Bezos and Rick Thomas between April 7, 2020 and Sept. 27, 2021, comprising one screenshot and relating to Amazon Security.
  - DM settings before collection were as follows: 1 week on Apr. 7, 2020 (Bezos); disabled DM on Sept. 7, 2021 (Thomas).

- Jeff Bezos, Jay Carney, Andrew Herdener, and Andy Jassy between April 23, 2020 and Jan. 29, 2021, comprising four screenshots, titled "Drew, Jay, Andy, Jeff," and relating to a news article about Bezos's role.
  - DM settings before collection were as follows: 1 day on Apr. 23, 2020 (Bezos).

- Jeff Bezos, Mike Hopkins, Jennifer Salke, and Jay Carney between April 26, 2020 and Dec. 13, 2021, comprising five screenshots, titled "Mike, Jen, Jeff," and relating to [redacted] and an article about potential awards for Amazon content.

- DM settings before collection were as follows: 1 week on Apr. 25, 2020 (Bezos); disabled on June 20, 2020 (Salke); 1 week on Oct. 23, 2020 (Bezos).

- **Jeff Bezos and Peter Krawiec between April 27, 2020 and March 23, 2022, comprising 21 screenshots and relating to meeting logistics, personnel issues, the MGM transaction, other corporate development activity, and a logistics issue in the UK.**
  - Amazon-FTC-CID_ 09327779; Amazon-FTC-CID_09328370 to Amazon-FTC-CID_09328371
  - DM settings before collection were as follows: 1 week on Apr. 27, 2020 (Bezos); 1 day on Aug. 29, 2020 (Krawiec); disabled on Feb. 1, 2021 (Krawiec).

- Jeff Bezos and Peter DeSantis between May 3, 2020 and March 20, 2021, comprising two screenshots and relating to Chime functionality.
  - DM settings before collection were as follows: 1 day on July 2, 2020 (Bezos).

- Jeff Bezos, Beth Galetti, and David Zapolsky between May 8, 2020 and July 17, 2021, comprising seven screenshots, titled "Privileged w/ Beth & DavidZ," and relating to personnel issues.
  - DM settings before collection were as follows: 1 week on May 30, 2020 (Zapolsky).

- Jeff Bezos and Ty Rogers between May 11, 2020 and Dec. 11, 2021, comprising one screenshot.
  - DM settings before collection were as follows: 1 week on Dec. 11, 2021 (Bezos).

- **Mike Hopkins and Peter Krawiec between May 11, 2020 and Aug. 30, 2020, comprising three screenshots and relating to the MGM transaction and other corporate development topics.**
  - Amazon-FTC-CID_09328373
  - DM settings before collection were as follows: 1 day on Aug. 30, 2020 (Krawiec).

- Jeff Bezos and [redacted] between May 17, 2020 and April 1, 2022, comprising 18 screenshots and relating to [redacted].
  - DM settings before collection were as follows: 1 day on May 18, 2020 (Bezos); disabled DM on Jan. 19, 2021 ([redacted]).

- Jeff Bezos, Jay Carney, Andrew Herdener, and Neil Lindsay between May 18, 2020 and April 22, 2021, comprising nine screenshots, titled "Jeff, Neil L, Jay, Drew," and relating to media logistics and Amazon marketing.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Dave Clark, Jeff Wilke, David Zapolsky, and Pat Bajari between May 24, 2020 and Dec. 7, 2020, comprising 10 screenshots, titled "Privileged confidential zapolsky, pat, jaw, clark," relating to the COVID-19 pandemic.
  - DM settings before collection were as follows: 1 week on May 24, 2020 (Bezos).

- Jeff Bezos and Jon Rubinstein between May 28, 2020 and March 1, 2022, comprising 16 screenshots and relating to call scheduling and miscellaneous personal and business issues.
  - DM settings before collection were as follows: 1 week on May 24, 2020 (Bezos).

- **Mike Hopkins and Jay Carney between May 30, 2020 and Oct. 3, 2021, comprising 51 screenshots and relating to public relations issues.**
  - Amazon-FTC-CID_09327846 to Amazon-FTC-CID_09327852
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Jay Carney, Andrew Herdener, and Andy Jassy between June 10, 2020 and Jan. 6, 2022, comprising three screenshots and titled "Facial Recognition."
  - DM settings before collection were as follows: 1 day on June 10, 2020 (Bezos).

- Peter Krawiec and Jeff Wilke between June 12, 2020 and Feb. 1, 2021, comprising eight screenshots and relating to Zoox and personnel issues.
  - DM settings before collection were as follows: 1 week on July 24, 2020 (Wilke); disabled on Feb. 1, 2021 (Krawiec).

- Jeff Bezos, Jay Carney, and David Zapolsky between June 14, 2020 and Jan. 14, 2021, comprising 23 screenshots, titled "Privileged w/ Zapolsky & Carney," relating to regulatory affairs.
  - DM settings before collection were as follows: 1 week on June 26, 2020 (Bezos).

- Jeff Bezos, Jay Carney, Dave Clark, Beth Galetti, Andrew Herdener, and Andy Jassy between June 15, 2020 and Jan. 29, 2021, comprising 38 screenshots, titled "Jeff/Jay/Beth/Andy/Drew/Dave," and relating to the Juneteenth holiday.
  - DM settings before collection were as follows: 1 week on June 15, 2020 (Bezos).

- Jeff Bezos, Jay Carney, Andrew Herdener, David Limp, and David Zapolsky between July 14, 2020 and Jan. 30, 2021, comprising three screenshots, titled "Jeff/Davel/DavidZ/Jay/Drew," and relating to a public relations issue.
  - DM settings before collection were as follows: 1 day on July 14, 2020 (Bezos).

- Jeff Bezos, Jay Carney, Andrew Herdener, and [redacted] between June 23, 2020 and Aug. 31, 2021, comprising 26 screenshots, titled "Jeff/Jay/Drew/[redacted]," and relating to an agenda for a meeting and personal public relations.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Peter DeSantis, and Andy Jassy between July 1, 2020 and May 29, 2021, comprising two screenshots, titled "Peter, Jeff, and Andy."
  - DM settings before collection were as follows: 1 day on July 1, 2020 (Bezos).

- Jeff Bezos, Michael Frazzini, Andy Jassy, and Bing "Primary" between July 2, 2020 and Jan. 6, 2022, comprising 29 screenshots, titled "Crucible Update," and relating to updates on video games.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Jay Carney, Andrew Herdener, Neal Karlinsky, Christina Lee, Dan Perlet, and Lauren Sanborn between July 15, 2020 and March 17, 2021, comprising 14 screenshots, titled "Jeff Social," and relating to environmental and [redacted].
  - DM settings before collection were as follows: 1 week on Sept. 9, 2020 (Bezos).

- Jeff Bezos, Jay Carney, Andrew Herdener, and David Zapolsky between July 28, 2020 and Jan. 30, 2021, comprising four screenshots, titled "Privileged Jeff/Jay/David/Drew," and relating to a public relations issue.
  - DM settings before collection were as follows: 1 week on July 30, 2020 (Bezos).

- Jeff Bezos, Andy Jassy, and Dave Limp between July 30, 2020 and May 29, 2021, comprising nine screenshots, titled "Kuiper Call," and relating to Project Kuiper, a broadband internet project.
  - DM settings before collection were as follows: 1 day on July 30, 2020 (Bezos).

- Peter Krawiec and Dave Limp between Aug. 1, 2020 and June 14, 2021, comprising three screenshots and relating to a software company and an online entertainment company.
  - DM settings before collection were as follows: 1 day on Aug. 12, 2020 (Krawiec); disabled on Oct. 2, 2020 (Limp).

- Peter Krawiec and [redacted] between Aug. 4, 2020 and Feb. 1, 2021, comprising three screenshots and relating to Deliveroo.
  - DM settings before collection were as follows: 1 day on Aug. 12, 2020 (Krawiec); disabled on Feb. 1, 2020 (Krawiec).

- Mike Hopkins and David Limp on Aug. 11, 2020, comprising one screenshot with the text "Ping".
  - DM settings before collection were as follows: 1 day on Aug. 11, 2020 (Limp).

- Jeff Bezos, Mike Hopkins, and Jay Carney between Aug. 17, 2020 and Jan. 13, 2021, comprising two screenshots, titled "Social Post," and relating to public relations concerning social media posts.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Beth Galetti, and David Zapolsky between Aug. 17, 2020 and July 17, 2021, comprising five screenshots, titled "Privileged – DZ, BethG, DZ," relating to personnel issues.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Claudine Cheever, Andrew Herdener, Neal Karlinsky, and Neil Lindsay between Aug. 18, 2020 and May 3, 2022, comprising six screenshots, titled "MTM Update," and relating to sustainability-related marketing.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Andrew Herdener, Jay Carney, and David Zapolsky between Aug. 28, 2020 and Feb. 2, 2021, comprising 40 screenshots, titled "Jeff/Jay/David/ Drew," and relating to public relations and personnel issues.
  - DM settings before collection were as follows: 1 week on Nov. 24, 2020 (Bezos).

- Jeff Bezos, Jay Carney, Andrew Herdener, and David Zapolsky between Aug. 31, 2020 and Jan. 30, 2021 comprising three screenshots, titled "Jeff/Jay/David/Drew," and relating to scheduling a Board meeting.
  - DM settings before collection were as follows: 1 week on Sept. 1, 2020 (Bezos).

- Jeff Bezos, Mike Hopkins, and Dave Limp between Sept. 1, 2020 and March 1, 2022, comprising three screenshots, titled "Follow Up," and relating to Prime Video.
  - DM settings before collection were as follows: 1 week on Sept. 2, 2020 (Bezos); disabled on Mar. 1, 2021 (Limp).

- Jeff Bezos, Jay Carney, Andrew Herdener, Andy Jassy, and David Zapolsky between Sept. 4, 2020 and Jan. 6, 2022, comprising 33 screenshots, titled "Jeff/DavidZ/Andy/Jay/Drew," relating to an [redacted]
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Jay Carney, Andrew Herdener, and David Zapolsky between Sept. 9, 2020 and Jan. 30, 2021, comprising three screenshots and titled "Jeff/Jay/DavidZ/Drew."
  - DM settings before collection were as follows: 1 week on Sept. 9, 2020 (Bezos).

- Jeff Bezos, Jay Carney, Andrew Herdener, and Neal Karlinsky between Sept. 9, 2020 and Jan. 30, 2021, comprising 13 screenshots, titled "Jeff, Jay, Drew, Neal" and relating to public relations about Rivian vans, environmental issues, and a 103-year old Alexa user.
  - DM settings before collection were as follows: 1 week on Nov. 7, 2020 (Bezos).

- Jeff Bezos, Jay Carney, Andrew Herdener, Neal Karlinsky, and David Limp between Sept. 24, 2020 and Jan. 30, 2021, comprising 44 screenshots, titled "Jeff, DaveL, Jay, Drew, Neal," and relating to a public relations statement regarding the environmental sustainability of Amazon production activities.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Jay Carney, Dave Clark, Andrew Herdener, Ty Rogers, and David Zapolsky between Sept. 28, 2020 and Feb. 12, 2021, comprising 47 screenshots, titled "Privileged and Confidential," relating to COVID-19.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Jennifer Salke, Jay Carney, and Mike Hopkins between Sept. 28, 2020 and Dec. 13, 2021, comprising three screenshots, titled "Jeff, Jen, Jay, Mike," and sharing a link to a movie trailer.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Michael Frazzini, and Bing "Primary" between Oct. 1, 2020 and March 22, 2022, comprising seven screenshots, titled "AGS Update," and relating to video game development.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and [redacted] on Oct. 2, 2020, comprising two screenshots, and including the text "Hi".
  - DM settings before collection were as follows: 1 week on Oct. 2, 2020 (Bezos).

- Peter Krawiec and Abhijeet Muzumdar between Oct. 3, 2020 and Feb. 9, 2021, comprising nine screenshots and relating to meeting scheduling, the approval process for smaller deals, and personnel dynamics.
  - DM settings before collection were as follows: 12 hours on Oct. 3, 2020 (Krawiec); disabled on Feb. 1, 2021 (Krawiec).

- Dave Clark and Beth Galetti between Oct. 29, 2020 and July 5, 2022, comprising 136 screenshots and relating to personnel and organizational issues, COVID-19, remote work, meeting scheduling and logistics, holiday and COVID-19-related bonuses, and personal issues.
  - DM settings before collection were as follows: 1 week on Jan. 11, 2021 (Clark); disabled on July 19, 2021 (Galetti); 1 week on July 21, 2021 (Clark).

- Dave Clark and Darcie Henry between Oct. 29, 2020 and Feb. 23, 2021, comprising 66 screenshots and relating to succession planning, hiring strategy, and organizational and personnel issues.
  - DM settings before collection were as follows: 1 week on Dec. 10, 2020 (Clark).

- Dave Clark and Kelly Cheeseman between Oct. 30, 2020 and June 7, 2022, comprising 54 screenshots and relating to personnel issues, Clark's departure, and personal conversation.
  - DM settings before collection were as follows: 1 day on Oct. 30, 2020 (Cheeseman); disabled on Apr. 22, 2022 (Clark); one week on May 23, 2022 (Clark); five minutes on June 3, 2022 (Cheeseman); 1 day on June 3, 2022 (Cheeseman); disabled on June 7, 2022 (Clark).

- Andy Jassy and Dave Clark between Nov. 3, 2020 and April 11, 2022, comprising 17 screenshots and relating to personnel, community engagement in Seattle, renewable energy, COVID-19, polling at a fulfillment center, and safety-related visits to fulfillment centers.
  - DM settings before collection were as follows: 1 week on Nov. 11, 2020 (Jassy); disabled on Jan. 4, 2021 (Jassy); 1 day on Jan. 8, 2021 (Jassy); 1 week on Mar. 3, 2021 (Jassy); disabled on Jan. 4, 2022 (Jassy); 1 day on Jan. 12, 2022 (Jassy); disabled on Jan. 18, 2022 (Jassy).

- **Jeff Bezos, Mike Hopkins, and Jen Salke between Nov. 11, 2020 and Dec. 13, 2021, comprising 16 screenshots, titiled "Jeff & Mike," and relating to content negotiation and potential Studios content opportunities.**
  - DM settings before collection were as follows: Amazon-FTC-CID_09327799 to Amazon-FTC-CID_09327809
  - DM settings before collection were as follows: DM was never enabled.

- Dave Clark and David Zapolsky on Nov. 16, 2020, comprising three screenshots, and relating to personal security.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Ty Rogers, Jay Carney, Dave Clark, and Andrew Herdener between Nov. 24, 2020 and May 21, 2022 and titled "Holiday Bonus Blog."
  - DM settings before collection were as follows: 1 week on Nov. 24, 2020 (Bezos); disabled on May 21, 2022 (Bezos).

- Jeff Bezos, Andrew Herdener, Jay Carney, Dave Clark, and Ty Rogers between Nov. 24, 2020 and May 21, 2022, comprising six screenshots, titled "Jeff / Jay / Dave / Ty / Drew," and relating to a press release about holiday bonuses.
  - DM settings before collection were as follows: 1 week on Nov. 24, 2020 (Bezos); disabled on May 21, 2022 (Bezos).

- Jeff Bezos and Claudine Cheever between Nov. 25, 2020 and Nov. 27, 2020, comprising two screenshots and relating to casting for a Super Bowl advertisement.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Dan Perlet, Jay Carney, Beth Galetti, and Andrew Herdener between Dec. 19, 2020 and July 17, 2021, comprising two screenshots and titled "Jeff/Beth/Jay/Drew/Dan."
  - DM settings before collection were as follows: 1 week on Dec. 19, 2020 (Perlet).

- Jeff Bezos, Andrew Herdener, Jay Carney, and Dan Perlet between Dec. 20. 2020 and Jan. 29, 2021, comprising two screenshots, titled "Jeff/Jay/Drew/Dan," and relating to a COVID-19 relief donation.
  - DM settings before collection were as follows: 1 week on Dec. 20, 2020 (Bezos).

- Jeff Bezos, Beth Galetti, and Jeff Wilke between Jan. 5, 2021 and July 17, 2021, comprising two screenshots and titled "Jeff, JAWS, and Beth."
  - DM settings before collection were as follows: 1 week on Jan. 5, 2021 (Unknown).

- Mike Hopkins, Jennifer Salke, and Jay on Jan. 7, 2021, comprising one screenshot.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Jay Carney, Andrew Herdener, and David Zapolsky between Jan. 7, 2021 and Jan. 30, 2021, comprising two screenshots and titled "Drew, Jay, DavidZ, Jeff."
  - DM settings before collection were as follows: 1 week on Jan. 7, 2021 (Bezos).

- Dave Clark and Mike George between Jan. 21, 2021 and Nov. 7, 2021, comprising 10 screenshots and relating to Clark's new role, a news article, and Amazon's customer service.
  - DM settings before collection were as follows: 1 week on Nov. 7, 2021 (George).

- Jeff Wilke and David Zapolsky between Jan 22, 2021 and Feb. 26, 2022, comprising 6 screenshots and titled "David Zapolsky."
  - DM settings before collection were as follows: 1 week on Nov. 18, 2021 (Wilke); disabled on Nov. 18, 2021 (Zapolsky); 4 weeks on Feb. 26, 2022 (Wilke).

- Jeff Bezos and Dan Huttenlocher on Jan. 22, 2021, comprising one screenshot and relating to an Amazon Board meeting.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Mike Hopkins, Amit Agarwal, and Jay Carney between Jan. 23, 2021 and Jan. 24, 2022, comprising five screenshots, titled "India Issue," and relating to an issue in India.
  - DM settings before collection were as follows: DM was never enabled.

- Amit Agarwal, Jennifer Salke, Jay Marine, and Mike Hopkins on Jan. 23, 2021, comprising nine screenshots and relating to public relations issues in India.
  - DM settings before collection were as follows: DM was never enabled.

- **Mike Hopkins and Jay Marine between Jan. 23, 2021 and Dec. 21, 2021, comprising 292 screenshots and relating to personnel issues, the MGM transaction, Prime Video, and other issues.**

- Amazon-FTC-CID_09327853 to Amazon-FTC-CID_09327994; Amazon-FTC-CID_09328485 to Amazon-FTC-CID_09328499
- DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Jay Carney, and Drew Herdener on Jan. 30, 2021, comprising two screenshots and titled "Drew, Jay."
  - DM settings before collection were as follows: 1 week on Jan. 30, 2021 (Unknown).

- Dave Clark and [redacted] between Feb. 2, 2021 and May 4, 2022, comprising 37 screenshots and relating to personnel, administrative, and personal issues.
  - DM settings before collection were as follows: 1 hour on June 2, 2021 ([redacted]); disabled on Nov. 15, 2021 ([redacted]); 1 day on Apr. 12, 2022 (Clark); disabled on Apr. 22, 2022 (Clark).

- Jeff Bezos and [redacted] between Feb. 3, 2021 and March 29, 2022, comprising 10 screenshots and relating to networking and potential investments unrelated to Amazon.
  - DM settings before collection were as follows: DM was never enabled.

- Peter Krawiec and Kurt Zumwalt on Feb. 4, 2021, comprising three screenshots and relating to scheduling a time to speak.
  - DM settings before collection were as follows: DM was never enabled.

- Mike Hopkins, Jennifer Salke, Jay Marine, and Aaron McGrath between Feb. 7, 2021 and Feb. 8, 2021, comprising seven screenshots, titled "Mike and jay m," relating to a public relations issue.
  - DM settings before collection were as follows: DM was never enabled.

- Mike Hopkins, Jay Carney, and Jennifer Salke on Feb. 26, 2021, comprising two screenshots and relating to employee security in India.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Jamie Gorelick between Feb. 27, 2021 and Dec. 6, 2021, comprising three screenshots, and relating to call logistics, current events, and personal issues.
  - DM settings before collection were as follows: DM was never enabled.

- **Jeff Bezos, Neal Karlinsky, Jennifer Salke, Lauren Sanborn, and Jay Carney between Feb. 28, 2021 and Dec. 13, 2021, comprising 18 screenshots, titled "Oscars/Jeff IG," and relating to the Oscars.**
  - Amazon-FTC-CID_09327782 to Amazon-FTC-CID_09327798
  - DM settings before collection were as follows: DM was never enabled.

- Mike Hopkins, Jay Carney, Amit Agarwal, and Jennifer Salke between March 1, 2021 and March 2, 2021, comprising seven screenshots and relating to public relations issues in India.
  - DM settings before collection were as follows: DM was never enabled.

- **Peter Krawiec and Jennifer Salke on March 2, 2021, comprising two screenshots and relating to the MGM transaction.**
  - Amazon-FTC-CID_09328372
  - DM settings before collection were as follows: DM was never enabled.

- **Jeff Bezos, Jennifer Salke, and Mike Hopkins between March 6, 2021 and Dec. 13, 2021, comprising 30 screenshots, titled "Jeff Jen Mike," and relating to Prime Video content.**
  - Amazon-FTC-CID_ 09327764 to Amazon-FTC-CID_09327778
  - DM settings before collection were as follows: DM was never enabled.

- **Jeff Bezos and [redacted] between March 16, 2021 and July 9, 2021, comprising nine screenshots and relating to [redacted].**
  - Amazon-FTC-CID_ 09327763
  - DM settings before collection were as follows: DM was never enabled.

- **Andy Jassy and Mike Hopkins between March 18, 2021 and June 28, 2021, comprising 13 screenshots and relating to the MGM transaction, the NFL, Prime Video, and other issues.**
  - Amazon-FTC-CID_09327830 to Amazon-FTC-CID_09327838; Amazon-FTC-CID_09328509 to Amazon-FTC-CID_09328510
  - DM settings before collection were as follows: 1 week on June 28, 2021 (Jassy).

- Dave Clark, David Zapolsky, Andrew Herdener, and Jay Carney between March 21, 2021 and March 30, 2021, comprising two screenshots, titled "Clark/Drew/Carney/DZ-Privileged," and relating to [redacted].
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and [redacted] between March 20, 2021 and April 8, 2021, comprising two screenshots and relating to a [redacted].
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Andrew Herdener, Jay Carney, Dave Clark, Andy Jassy, Dan Perlet, Ty Rogers, and David Zapolsky between March 26, 2021 and May 21, 2022, comprising 12 screenshots, titled "Andy/Drew/JB/Jay/Dave/Ty/DZ/ Dan," and relating to public relations issues.
  - DM settings before collection were as follows: 1 day on Mar. 26, 2021 (Clark); disabled on May 21, 2022 (Bezos).

- Jay Carney, Dave Clark, Andrew Herdener, and David Zapolsky between March 29, 2021 and March 30, 2021, comprising 3 screenshots, titled "Clark/Drew/Carney/DZ – Privilege," and relating to security issues.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Jay Carney, Dave Clark, Andrew Herdener, Brian Huseman, Andy Jassy, Christina Lee, Brian Olsavsky, Michael Punke, and David Zapolsky between April 6, 2021 and Jan. 6, 2022, comprising 30 screenshots, titled "Infrastructure Talk," and relating to a public relations issue.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and [redacted] between April 8, 2021 and April 2, 2022, comprising 34 screenshots and relating to personal issues, scheduling, [redacted], B20 summit, and [redacted]
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Andrew Herdener, Jay Carney, David Limp, Aaron McGrath, and Kinley Pearsall between April 16, 2021 and Sept. 19, 2021, comprising 43 screenshots, titled "Jeff/DaveL/Aaron/Jay/Drew/Kinley," and relating to Project Kuiper.
  - DM settings before collection were as follows: DM was never enabled.

- **Jeff Bezos, Andy Jassy, and Mike Hopkins between April 23, 2021 and Jan. 6, 2022, comprising five screenshots, titled "Jeff & Andy," and relating to a sports content announcement.**
  - Amazon-FTC-CID_ 09327780 to Amazon-FTC-CID_09327781
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Jay Carney, Dave Clark, Beth Galetti, Drew Herdener, and Andy Jassy between May 7, 2021 and May 21, 2022, comprising 3 screenshots and titled "Jeff/Jay/Beth/Andy/Drew/Dave."
  - DM settings before collection were as follows: 1 week on May 7, 2021 (Unknown); disabled on May 21, 2022 (Bezos).

- **Mike Hopkins and Jim Sterner between May 16, 2021 and Aug. 24, 2021, comprising six screenshots and relating to personnel issues and the MGM transaction.**
  - Amazon-FTC-CID_ 09328349 to Amazon-FTC-CID_09328351
  - DM settings before collection were as follows: DM was never enabled.

- **Andy Jassy, Peter Krawiec, and Mike Hopkins between May 16, 2021 and May 28, 2021, comprising 13 screenshots, titled "Andy and Peter K," and relating to the MGM transaction and a transaction not involving Amazon.**
  - Amazon-FTC-CID_09328358 to Amazon-FTC-CID_09328369
  - DM settings before collection were as follows: DM was never enabled.

- **Jeff Blackburn and Mike Hopkins between May 16, 2021 and Jan. 3, 2022, comprising 56 screenshots and relating to personnel / organizational issues, meeting scheduling, the MGM transaction, the NFL, and other programming.**
  - Amazon-FTC-CID_09328004 to Amazon-FTC-CID_09328040; Amazon-FTC-CID_09328463 to Amazon-FTC-CID_09328484; Amazon-FTC-CID_09328502 to Amazon-FTC-CID_09328506
  - DM settings before collection were as follows: 1 week on May 24, 2021 (Blackburn); disabled on July 13, 2021 (Blackburn).

- **Mike Hopkins and Emily Wallis from May 16, 2021 to July 18, 2021, comprising four screenshots and relating to team meetings and the MGM transaction.**
  - Amazon-FTC-CID_09327844 to Amazon-FTC-CID_09327845
  - DM settings before collection were as follows: DM was never enabled.

- Mike Hopkins, Jennifer Salke, and Albert Cheng between May 19, 2021 and Nov. 22, 2021, comprising two screenshots and relating to safety issues.
  - DM settings before collection were as follows: DM was never enabled.

- **Carlo Bertucci, Peter Krawiec, and Mike Hopkins between May 20, 2021 and June 1, 2021, comprising 74 screenshots and relating to meeting and call scheduling, the MGM transaction, and other corporate development updates.**
  - Amazon-FTC-CID_09328374 to Amazon-FTC-CID_09328443
  - DM settings before collection were as follows: DM was never enabled.

- **Jeff Blackburn, Mike Hopkins, and Jennifer Salke between May 24, 2021 and Aug. 19, 2021, comprising eight screenshots, titled "Jblack and Mike," and relating to meeting scheduling, the MGM transaction, and personnel issues.**
  - Amazon-FTC-CID_09327995 to Amazon-FTC-CID_09327998; Amazon-FTC-CID_09328445 to Amazon-FTC-CID_09328448
  - DM settings before collection were as follows: 1 week on May 24, 2021 (Blackburn); disables on July 13, 2021 (Blackburn).

- **Andy Jassy and Jeff Blackburn between May 24, 2021 and Jan. 18, 2022, comprising 23 screenshots relating to call scheduling, personnel and organizational issues, Twitch, and the NFL.**
  - Amazon-FTC-CID_09328444
  - DM settings before collection were as follows: 1 week on May 24, 2021 (Jassy); disables on Aug. 19, 2021 (Blackburn); 1 week on Oct. 14, 2021 (Jassy); 1 week on Nov. 16, 2021 (Jassy); 1 day on Dec. 21, 2021 (Jassy); disables on Jan. 8, 2021 (Jassy).

- Peter Krawiec and Drew Herdener on May 25, 2021, comprising two screenshots and relating to getting the attention of senior executives.
  - DM settings before collection were as follows: DM was never enabled.

- **Jeff Blackburn and Jennifer Salke between May 25, 2021 and Dec. 14, 2021, comprising 25 screenshots and relating to personnel, meeting scheduling, productions, and marketing and budget issues.**
  - Amazon-FTC-CID_09328449 to Amazon-FTC-CID_09328458
  - DM settings before collection were as follows: DM was never enabled.

- **Mike Hopkins and Cory Shields between May 26, 2021 and July 22, 2021, comprising six screenshots and relating to the MGM transaction and Prime Video premieres.**
  - Amazon-FTC-CID_09327840 to Amazon-FTC-CID_09327843
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Jennifer Salke, Jeff Blackburn, and Mike Hopkins between May 27, 2021 and Dec. 13, 2021, comprising three screenshots, titled "Jen, jblack, jb," and including a link to Amazon video content and personal responses thereto.
  - DM settings before collection were as follows: DM was never enabled.

- Mike Hopkins, Jay Marine, and Jennifer Salke on June 1, 2021, comprising three screenshots and relating to a release in India.
  - DM settings before collection were as follows: DM was never enabled.

- **Jeff Blackburn, Mike Hopkins, and Jennifer Salke between June 8, 2021 and Dec. 20, 2021, comprising 11 screenshots, titled "MH-JS," and relating to meeting scheduling, programing, and the MGM transaction.**
  - Amazon-FTC-CID_09328352 to Amazon-FTC-CID_09328357; Amazon-FTC-CID_09328459 to Amazon-FTC-CID_0932846211
  - DM settings before collection were as follows: 5 min on June 8, 2021 (Blackburn); disabled on July 13, 2021 (Blackburn).

- **Mike Hopkins and Chris Brearton between June 16, 2021 and Aug. 5, 2021, comprising seven screenshots and relating to the MGM transaction.**
  - Amazon-FTC-CID_09327839
  - DM settings before collection were as follows: 1 week on July 19, 2021 (Brearton).

- Jeff Bezos and Neil Lindsay between June 27, 2021 and Jan. 7, 2022, comprising one screenshot.
  - DM settings before collection were as follows: set DM to 1 week on June 27, 2021 (Bezos); set DM to 4 weeks on June 27, 2021 (Lindsay).

- Jeff Bezos and [redacted] on July 15, 2021, comprising one screenshot and relating to scheduling a Project Kuiper meeting.
  - DM settings before collection were as follows: DM was never enabled.

- Mike Hopkins and Dawn Chimielewski between Aug 10, 2021 and Nov. 4, 2021, comprising one screenshot and relating to a news article.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Blackburn and Beth Galetti between Aug. 18, 2021 and Sept. 1, 2021, comprising two screenshots and relating to the remote work environment.
  - DM settings before collection were as follows: 1 week on Sept. 1, 2021 (Galetti).

- Jeff Blackburn and Cem Sibay on Aug. 19, 2021, comprising one screenshot.
  - DM settings before collection were as follows: 1 week on Aug. 19, 2021 (Sibay).

- Andy Jassy, Peter DeSantis, Bob Kimball, and an unidentified fourth individual between Aug. 28, 2021 and Sept. 10, 2021, comprising six screenshots, titled "AWS and Andy," and relating to [redacted]
  - DM settings before collection were as follows: DM was never enabled.

- **Jeff Bezos and Colin Needham between Sept. 27, 2021 and April 27, 2022, comprising eight screenshots and relating to watching movies and the MGM acquisition.**
  - Amazon-FTC-CID_ 09327761 to Amazon-FTC-CID_09327762
  - DM settings before collection were as follows: DM was never enabled.

- Peter Krawiec and Kyle Roche on Oct. 27, 2021, comprising one screenshot and relating to sharing contact information.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Dan Perlet, Jay Carney, Andrew Herdener, and another individual ([redacted]) between Nov. 2, 2021 and Jan. 29, 2021 comprising two screenshots and titled "Jeff, [redacted] Jay, Drew, Dan."
  - DM settings before collection were as follows: 1 week on Nov. 2, 2020 (Bezos); disabled on Nov. 2, 2020 (Perlet); 1 week on Nov. 2, 2020 (Bezos).

- Andy Jassy and Matt Garman between Dec. 1, 2021 and Jan. 3, 2022, comprising 29 screenshots and relating to AWS's annual conference, personnel issues, [redacted]
  - DM settings before collection were as follows: 1 week on Dec. 8, 2021 (Jassy).

- Andy Jassy and Andrew Herdener between Dec. 1, 2021 and Jan. 5, 2022, comprising 19 screenshots and relating to scheduling a facility tour for governors and public relations issues related to a storm and Amazon's security organization.
  - DM settings before collection were as follows: 1 day on Dec. 1, 2021 (Jassy); disabled on Dec. 13, 2021 (Jassy); 1 week on Dec. 14, 2021 (Jassy); 1 day on Dec. 20, 2021 (Jassy); 1 week on Jan. 3, 2021 (Jassy).

- Andy Jassy and Peter Krawiec between Dec. 1, 2021 and Dec. 29, 2021, comprising two screenshots and relating to a press release concerning [redacted]
  - DM settings before collection were as follows: 1 week on Dec. 1, 2021 (Krawiec).

- Andy Jassy and Stephen Schmidt between Dec. 3, 2021 and Dec. 9, 2021, comprising 11 screenshots and relating to AWS's annual conference and personnel and organizational issues.
  - DM settings before collection were as follows: 1 day on Dec. 9, 2021 (Jassy).

- Andy Jassy and Peter DeSantis between Dec. 3, 2021 and Dec. 22, 2021, comprising 11 screenshots and relating to AWS's annual conference and personnel and organizational issues.
  - DM settings before collection were as follows: 1 week on Dec. 22, 2021 (Jassy).

- Andy Jassy and Adam Selipsky between Dec. 3, 2021 and Dec. 22, 2021, comprising three screenshots and relating to AWS's annual conference.
  - DM settings before collection were as follows: 1 day on Dec. 8, 2021 (Jassy); 1 week on Dec. 22, 2021 (Jassy).

- Jeff Blackburn and Drew Herdener on Dec. 9, 2021, comprising two screenshots and relating to internal communications regarding DE&I.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos, Andrew Herdener, and Dan Perlet on Dec. 11, 2021, comprising two screenshots.
  - DM settings before collection were as follows: Unknown set DM to 1 week on Dec. 11, 2021.

- Andy Jassy, Andrew Herdener, Brian Huseman, Ty Rogers, and Jay Carney on Dec. 12, 2021, comprising six screenshots, titled "Drew/Andy/Jay/Brian/Ty," and relating to outreach to state governors following a storm.
  - DM settings before collection were as follows: DM was never enabled.

- Andy Jassy, Andrew Herdener, Bob Kimball, and David Zapolsky on Dec, 15, 2021, comprising four screenshots, titled "Bob/David/Andy," and relating to a public relations issue in China.

- DM settings before collection were as follows: DM was never enabled.

- Andy Jassy and Dan Grossman between Dec. 17, 2021 and Dec. 29, 2021, comprising seven screenshots and relating to an [redacted].
  - DM settings before collection were as follows: 1 week on Dec. 29, 2021 (Jassy).

- Jeff Blackburn and Peter Krawiec on Dec. 23, 2021, comprising three screenshots and relating to an update for an unnamed negotiation.
  - DM settings before collection were as follows: DM was never enabled.

- **Jeff Bezos, Jeff Blackburn, and Mike Hopkins between Dec. 23, 2021 and Jan. 24, 2022, comprising three screenshots, titled "Jeff and Jeff," and relating to a Super Bowl advertisement.**
  - Amazon-FTC-CID_09328500 to Amazon-FTC-CID_09328501
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Jennifer Salke between Dec. 24, 2021 and March 10, 2022, comprising seven screenshots and relating to personal issues and updates on Amazon Prime series.
  - DM settings before collection were as follows: DM was never enabled.

- Dave Clark, Kelly Cheeseman, and [redacted] on Dec. 24, 2021, comprising five screenshot, titled "Dave/[redacted]" and relating to a holiday message.
  - DM settings before collection were as follows: DM was never enabled.

- Dave Clark, [redacted], and Kelly Cheeseman, on Dec. 24, 2021, comprising four screenshots, titled "Dave/[redacted] and relating to administrative issues.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Kara Hurst between March 2, 2022 and March 3, 2022, comprising three screenshots and relating to environmental issues.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Mike Frazzini on March 22, 2022, comprising seven screenshots and relating to Frazzini's pending departure and experience at Amazon.
  - DM settings before collection were as follows: DM was never enabled.

- Jeff Bezos and Neal Karlinsky between May 11, 2022 and May 13, 2022, comprising 10 screenshots and relating to staffing, social media and public relations issues, and outreach from Shopify.
  - DM settings before collection were as follows: DM feature enabled, but specifics are unknown.

- Jeff Bezos, Dave Clark, Doug Herrington, and Jeff Wilke on May 21, 2022, comprising 2 screenshot and titled "JAW, Doug, Dave, Jeff."
  - DM settings before collection were as follows: 1 week on May 21, 2022 (Unknown); disabled on May 21, 2022 (Bezos).

- Andy Jassy and David Limp between an unknown date and Nov. 16, 2021, comprising two screenshots and relating to personal logistics while out of the office.
  - DM settings before collection were as follows: 1 week on an unknown date (Jassy); disabled on Nov. 16, 2021 (Limp).

- Jeff Bezos, Jay Carney, Andrew Herdener, Dan Perlet, and [redacted] on an unknown date, comprising two screenshots and titled "Jeff, Jay, Drew, Dan, [redacted]."
  - DM settings before collection were as follows: 1 week, but specifics are unknown.

- Dave Clark and Jeff Wilke on an unknown date, comprising one screenshot.
  - No message content.
  - DM settings before collection were as follows: DM was never enabled.

- Dave Clark and [redacted] on an unknown date, comprising one screenshot.
  - No message content.
  - DM settings before collection were as follows: DM was never enabled.