# EXHIBIT 5

**From:** DeWilde, Kristen
**Sent:** Monday, November 4, 2024 5:43 PM
**To:** 'Baker, Michael' <mbaker1@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Trefz, Katherine <KTrefz@wc.com>; rkeeling@redgravellp.com; 'Mitchell-Tombras, Katharine' <KMitchellTombras@cov.com>; molly.terwilliger@morganlewis.com
**Cc:** Takashima, Edward <etakashima@ftc.gov>; 1045-BC Amazon Paralegal-DL <1045-BCAmazonParalegal-DL@ftc.gov>; Jo, Michael <Michael.Jo@ag.ny.gov>; Smith Tim <Tim.Smith@doj.oregon.gov>; Darwar, Rahul <Rahul.Darwar@ct.gov>; Field, Victoria <Victoria.Field@ct.gov>
**Subject:** RE: Agreement Regarding David Zapolsky

Mike,

Amazon agrees.

Thank you,
Kristen

**Kristen A. DeWilde**
**Associate | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5305 | kdewilde@wc.com | www.wc.com
*She, Her, Hers*

**From:** Baker, Michael <mbaker1@ftc.gov>
**Sent:** Monday, November 4, 2024 4:33 PM
**To:** Baker, Michael <mbaker1@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Trefz, Katherine <KTrefz@wc.com>; rkeeling@redgravellp.com; 'Mitchell-Tombras, Katharine' <KMitchellTombras@cov.com>; molly.terwilliger@morganlewis.com; DeWilde, Kristen <kdewilde@wc.com>
**Cc:** Takashima, Edward <etakashima@ftc.gov>; 1045-BC Amazon Paralegal-DL <1045-BCAmazonParalegal-DL@ftc.gov>; Jo, Michael <Michael.Jo@ag.ny.gov>; Smith Tim <Tim.Smith@doj.oregon.gov>; Darwar, Rahul <Rahul.Darwar@ct.gov>; Field, Victoria <Victoria.Field@ct.gov>
**Subject:** Agreement Regarding David Zapolsky

Kristen,

We agree that a stipulation on the issue we discussed regarding David Zapolsky is not necessary. As I noted on the call, we suggested a stipulation only for the avoidance of doubt. However, we're willing to simply memorialize this by email, as we have with our various other discovery issues. Please confirm that Amazon agrees to the following:

1. Plaintiffs agree to defer their request to make David Zapolsky a custodian.

2. Amazon agrees to substantially complete its production of non-custodial documents responsive to Plaintiffs' Requests for Production No. 384 and 385 by December 4, 2024.

Amazon agrees to produce a privilege log for any such documents that it withholds on privilege grounds by December 11, 2024.

3. The parties agree that Plaintiffs are not waiving their rights to seek Mr. Zapolsky as a custodian, and that Plaintiffs may seek to make Mr. Zapolsky a custodian at a later time, whether through negotiations with Amazon or by motion to the Court.

Thanks,
Mike

**Michael Baker** (he/him)
Anticompetitive Practices Division II
Federal Trade Commission
(202) 285-1979 | mbaker1@ftc.gov