# EXHIBIT 7

**From:** DeWilde, Kristen
**Sent:** Monday, January 26, 2026 12:40 PM
**To:** 'Steinberg, Shira' <ssteinberg1@ftc.gov>; Robert D. Keeling <rkeeling@redgravellp.com>; Trefz, Katherine <KTrefz@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Pruski, Carol <CPruski@wc.com>; Mariano, Halie <hmariano@wc.com>; Patty A. Eakes, <patty.eakes@morganlewis.com>; Molly A. Terwilliger, <molly.terwilliger@morganlewis.com>; Katharine Mitchell-Tombras, <kmitchelltombras@cov.com>; Kristen Knapp <kknapp@redgravellp.com>; 'Mitchell-Tombras, Katharine' <kmitchelltombras@cov.com>
**Cc:** Takashima, Edward <etakashima@ftc.gov>; Jo, Michael <michael.jo@ag.ny.gov>; Smith Tim <tim.smith@doj.oregon.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Thomson, Jennifer A. <jthomson@attorneygeneral.gov>
**Subject:** RE: FTC et al v. Amazon, No. 2:23-cv-1495 (Document Refresh)

Shira,

We believe we have agreement but write to clarify several aspects of your email based on our previous correspondence:

- For [redacted], John Felton, Jamil Ghani, [redacted], Doug Herrington, Paul Kotas, [redacted] for any productions, Amazon intends to apply the time period in which they have served as custodian, including refresh time periods if applicable. For example, for all refresh custodians, Amazon will use the custodian's agreed start date through the refresh time period. But for the few individuals who are not refresh custodians (i.e., John Felton), Amazon will use the time period in which the parties agreed they should serve as a custodian.
- Amazon also understands per our meet and confer and December 18th email that it will apply search terms before linearly reviewing the messages.
- Our understanding per our December 18th email and our meet and confer was that for Colleen Aubrey and [redacted], Amazon will conduct an investigation into their use of mobile phones during the relevant custodian time period, make collections as appropriate, and will provide an update and assurances to Plaintiffs in writing.

Please let us know if it would be helpful to meet and confer to discuss the above.

Best,
Kristen

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Friday, January 23, 2026 4:15 PM
**To:** DeWilde, Kristen <kdewilde@wc.com>; Robert D. Keeling <rkeeling@redgravellp.com>; Trefz, Katherine <KTrefz@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Pruski, Carol <CPruski@wc.com>; Mariano, Halie <hmariano@wc.com>; Patty A. Eakes, <patty.eakes@morganlewis.com>; Molly A. Terwilliger, <molly.terwilliger@morganlewis.com>; Katharine Mitchell-Tombras, <kmitchelltombras@cov.com>; Kristen Knapp <kknapp@redgravellp.com>; 'Mitchell-Tombras, Katharine' <kmitchelltombras@cov.com>
**Cc:** Takashima, Edward <etakashima@ftc.gov>; Jo, Michael <michael.jo@ag.ny.gov>; Smith Tim

<tim.smith@doj.oregon.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Thomson, Jennifer A. <jthomson@attorneygeneral.gov>
**Subject:** RE: FTC et al v. Amazon, No. 2:23-cv-1495 (Document Refresh)

Kristen,

Thank you for confirming Amazon's agreement to Plaintiffs' January 5 proposal. To confirm, we understand that Amazon will:

- Collect messages from mobile devices for the time period between January 1, 2016, and the present, and perform a linear review of those collections, fo[redacted] John Felton, Jamil Ghani, [redacted], Doug Herrington, Paul Kotas, [redacted]. We understand Amazon reserves the right to meet and confer on the use of TAR if there proves to be any threads for which TAR would substantially reduce Amazon's review burden.
- Collect messages from mobile devices for Colleen Aubrey and [redacted] for the period from when they started in their relevant roles until May 2024 and October 2024, respectively, and perform a linear review of those collections. Amazon will perform custodial interviews of Ms. Aubrey and [redacted] to understand their usage of mobile devices after May 2024 (for Ms. Aubrey) and October 2024 (for [redacted]) for messages that may have related to their prior, relevant roles. Following these interviews, Amazon will provide an update to Plaintiffs in writing, including any plan to collect relevant messages for this period or assurances that no so such collection is needed, as merited.
- Collect messages from mobile devices for Christine Beauchamp [redacted] and perform a linear review of this collection. We understand Amazon reserves the right to meet and confer if any issues arise.

As you noted, in exchange, Plaintiffs will not seek any further mobile device collections. To be clear, Plaintiffs do not, however, waive any rights to pursue remedies for spoliation of mobile device messages, about which we have separately met and conferred. We understand the parties are now in agreement on this topic. Please let us know when we can expect Amazon to begin producing relevant mobile device messages, particularly with respect to Ms. Beauchamp in light of her upcoming deposition, and when Amazon expects to conclude these productions.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** DeWilde, Kristen <kdewilde@wc.com>
**Sent:** Thursday, January 15, 2026 9:06 AM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; Robert D. Keeling <rkeeling@redgravellp.com>; Trefz, Katherine <KTrefz@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Pruski, Carol <CPruski@wc.com>; Mariano, Halie <hmariano@wc.com>; Patty A. Eakes, <patty.eakes@morganlewis.com>; Molly A. Terwilliger,

<molly.terwilliger@morganlewis.com>; Katharine Mitchell-Tombras, <kmitchelltombras@cov.com>; Kristen Knapp <kknapp@redgravellp.com>; 'Mitchell-Tombras, Katharine' <kmitchelltombras@cov.com>
**Cc:** Takashima, Edward <etakashima@ftc.gov>; Jo, Michael <michael.jo@ag.ny.gov>; Smith Tim <tim.smith@doj.oregon.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Thomson, Jennifer A. <jthomson@attorneygeneral.gov>
**Subject:** RE: FTC et al v. Amazon, No. 2:23-cv-1495 (Document Refresh)

Shira,

In addition to the mobile collections listed in Amazon's December 18, 2025 email, Amazon agrees to collect mobile devices and linearly review any collections for the applicable custodial time period for [redacted] John Felton, [redacted] Amazon understands that in exchange, Plaintiffs will not seek any further mobile device collections.

Best,
Kristen

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Monday, January 5, 2026 1:55 PM
**To:** DeWilde, Kristen <kdewilde@wc.com>; Robert D. Keeling <rkeeling@redgravellp.com>; Trefz, Katherine <KTrefz@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Pruski, Carol <CPruski@wc.com>; Mariano, Halie <hmariano@wc.com>; Patty A. Eakes, <patty.eakes@morganlewis.com>; Molly A. Terwilliger, <molly.terwilliger@morganlewis.com>; Katharine Mitchell-Tombras, <kmitchelltombras@cov.com>; Kristen Knapp <kknapp@redgravellp.com>; 'Mitchell-Tombras, Katharine' <kmitchelltombras@cov.com>
**Cc:** Takashima, Edward <etakashima@ftc.gov>; Jo, Michael <michael.jo@ag.ny.gov>; Smith Tim <tim.smith@doj.oregon.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Thomson, Jennifer A. <jthomson@attorneygeneral.gov>; Steinberg, Shira <ssteinberg1@ftc.gov>
**Subject:** RE: FTC et al v. Amazon, No. 2:23-cv-1495 (Document Refresh)

Kristen,

Thanks for taking the time to meet with us on December 17 regarding Amazon's document "refresh" and mobile device collection.

Plaintiffs maintain Amazon has not conducted a reasonable investigation into custodians' use of mobile devices and has improperly used TAR 2.0 to review messages collected from custodians' mobile devices. While Amazon's proposal, below, is a step towards ensuring Amazon performed a reasonable investigation for the limited custodians included in the document refresh, it does not cure the issues Plaintiffs have already raised regarding Amazon's investigation, collection, and review of custodians' mobile devices to date.

Plaintiffs cannot agree to Amazon's proposal, as it waives Plaintiffs' ability to challenge or raise disputes about Amazon's collection and review for every custodian, even for additional issues Plaintiffs may encounter later on. In the interest of compromise, Plaintiffs would agree not to pursue mobile device

collections for any other custodians if the parties can agree on a more inclusive list of custodians for Amazon to re-collect and review mobile devices for. In addition to the 13 custodians proposed by Plaintiffs on December 12, we propose adding six additional custodians: [redacted] John Felton, [redacted].

Alternatively, Plaintiffs would agree to Amazon's December 18 offer with one modification: Plaintiffs agree that this resolves Plaintiffs' requests for mobile device collections with respect to the Amazon's document refresh and the 13 custodians listed in our December 12 email, but reserve our rights as to other custodians.

Please let us know if Amazon agrees to either of Plaintiffs' proposals. If not, we can be available to meet and confer if needed. Please let us know by January 9.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** DeWilde, Kristen <kdewilde@wc.com>
**Sent:** Thursday, December 18, 2025 12:07 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; Robert D. Keeling <rkeeling@redgravellp.com>; Trefz, Katherine <KTrefz@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Pruski, Carol <CPruski@wc.com>; Mariano, Halie <hmariano@wc.com>; Patty A. Eakes, <patty.eakes@morganlewis.com>; Molly A. Terwilliger, <molly.terwilliger@morganlewis.com>; Katharine Mitchell-Tombras, <kmitchelltombras@cov.com>; Kristen Knapp <kknapp@redgravellp.com>; 'Mitchell-Tombras, Katharine' <kmitchelltombras@cov.com>
**Cc:** Takashima, Edward <etakashima@ftc.gov>; Jo, Michael <michael.jo@ag.ny.gov>; Smith Tim <tim.smith@doj.oregon.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Thomson, Jennifer A. <jthomson@attorneygeneral.gov>
**Subject:** RE: FTC et al v. Amazon, No. 2:23-cv-1495 (Document Refresh)

Shira,

Following our meet and confer yesterday, Amazon can agree to the following terms for a mobile device collection:

- As for Colleen Aubrey and [redacted], Amazon will conduct an investigation into their use of mobile phones during the relevant custodian time period, make collections as appropriate, and will provide an update and assurances to Plaintiffs in writing.
- As for Christine Beauchamp and given her [redacted]
- As for the remaining custodians ([redacted] Jamil Ghani, [redacted], Doug Herrington, Paul Kotas, [redacted]), Amazon will conduct a mobile device collection of the messaging

applications on those devices and will linearly review the messages that return from the application of the parties' agreed search terms for each respective custodian. Amazon reserves the right to meet and confer on the use of TAR if there proves to be any threads to which TAR would substantially reduce Amazon's review burden.

Amazon understands that Plaintiffs will not further pursue mobile device collections of any other custodians as part of this agreement, nor will Plaintiffs raise a dispute over Amazon's past process for collecting and reviewing mobile devices.

Best,
Kristen

**Kristen A. DeWilde**
**Associate | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5305 | kdewilde@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Monday, December 15, 2025 4:06 PM
**To:** DeWilde, Kristen <kdewilde@wc.com>; Robert D. Keeling <rkeeling@redgravellp.com>; Trefz, Katherine <KTrefz@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Pruski, Carol <CPruski@wc.com>; Mariano, Halie <hmariano@wc.com>; Patty A. Eakes, <patty.eakes@morganlewis.com>; Molly A. Terwilliger, <molly.terwilliger@morganlewis.com>; Katharine Mitchell-Tombras, <kmitchelltombras@cov.com>; Kristen Knapp <kknapp@redgravellp.com>; 'Mitchell-Tombras, Katharine' <kmitchelltombras@cov.com>
**Cc:** Takashima, Edward <etakashima@ftc.gov>; Jo, Michael <michael.jo@ag.ny.gov>; Smith Tim <tim.smith@doj.oregon.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Thomson, Jennifer A. <jthomson@attorneygeneral.gov>
**Subject:** RE: FTC et al v. Amazon, No. 2:23-cv-1495 (Document Refresh)

Hi Kristen,

We're available Wednesday at 11:00 AM and I have circulated a calendar invitation for that time. Please feel free to forward along as needed to the right people. Looking forward to speaking then.

Thanks,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** DeWilde, Kristen <kdewilde@wc.com>
**Sent:** Monday, December 15, 2025 12:51 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; Robert D. Keeling <rkeeling@redgravellp.com>; Trefz, Katherine <KTrefz@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Pruski, Carol <CPruski@wc.com>; Mariano, Halie

<hmariano@wc.com>; Patty A. Eakes, <patty.eakes@morganlewis.com>; Molly A. Terwilliger, <molly.terwilliger@morganlewis.com>; Katharine Mitchell-Tombras, <kmitchelltombras@cov.com>; Kristen Knapp <kknapp@redgravellp.com>; 'Mitchell-Tombras, Katharine' <kmitchelltombras@cov.com>
**Cc:** Takashima, Edward <etakashima@ftc.gov>; Jo, Michael <michael.jo@ag.ny.gov>; Smith Tim <tim.smith@doj.oregon.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Thomson, Jennifer A. <jthomson@attorneygeneral.gov>
**Subject:** RE: FTC et al v. Amazon, No. 2:23-cv-1495 (Document Refresh)

Shira,

Amazon is not available to meet and confer today or tomorrow but is available Wednesday 11:00am –12pm or 3:30– 4:30pm.  Amazon could also make 5:00–6:00pm work if necessary.

Best,
Kristen

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Friday, December 12, 2025 11:39 AM
**To:** DeWilde, Kristen <kdewilde@wc.com>; Robert D. Keeling <rkeeling@redgravellp.com>; Trefz, Katherine <KTrefz@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Pruski, Carol <CPruski@wc.com>; Mariano, Halie <hmariano@wc.com>; Patty A. Eakes, <patty.eakes@morganlewis.com>; Molly A. Terwilliger, <molly.terwilliger@morganlewis.com>; Katharine Mitchell-Tombras, <kmitchelltombras@cov.com>; Kristen Knapp <kknapp@redgravellp.com>; 'Mitchell-Tombras, Katharine' <kmitchelltombras@cov.com>
**Cc:** Takashima, Edward <etakashima@ftc.gov>; Jo, Michael <michael.jo@ag.ny.gov>; Smith Tim <tim.smith@doj.oregon.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Thomson, Jennifer A. <jthomson@attorneygeneral.gov>; Steinberg, Shira <ssteinberg1@ftc.gov>
**Subject:** FTC et al v. Amazon, No. 2:23-cv-1495 (Document Refresh)

Counsel,

We write regarding the status of Amazon's document "refresh" to Plaintiffs, including 1) when Amazon anticipates completing its production, 2) Amazon's investigation into whether Amazon has been subject to additional relevant foreign investigations and 3) the parties' last discussions about Amazon collecting mobile devices as part of that process. Plaintiffs are available to meet and confer Monday (12/15) 11:30-2:00 PM or after 3:00 PM or Tuesday (12/16) before 11:00 AM or after 1:30 PM. Please let us know your availability during those windows and we can circulate a calendar invitation accordingly.

In advance of a call, we wanted to follow up on the parties' last discussions regarding Amazon's collection of custodians' devices as part of its document "refresh". As you are aware, Plaintiffs previously raised concerns about Amazon's process for collecting and subsequently reviewing Amazon custodians' mobile devices. During the parties' September 16 meet and confer, we agreed to provide a further narrowed list of custodians for Amazon to collect and produce a "refresh" of those custodians' mobile devices; Amazon agreed to consider Plaintiffs' narrowed list of Amazon employees. To be clear, Plaintiffs maintain Amazon's collection of

mobile devices was deficient and Amazon's subsequent review of those messages using TAR 2.0 was improper. *See* H. Verwilt Ltr. to R. Keeling (Aug. 13, 2025). However, in the interest of compromise, Plaintiffs now propose a narrowed list of custodians that Amazon should collect mobile devices from as part of its "refresh" production:

- Colleen Aubrey
- Christine Beauchamp
- [redacted]
- [redacted]
- [redacted]
- Jamil Ghani
- [redacted]
- Doug Herrington
- Paul Kotas
- [redacted]
- [redacted]
- [redacted]
- [redacted]

Plaintiffs look forward to discussing further.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.