# EXHIBIT 9

**From:** Peerman, Alex
**Sent:** Thursday, August 6, 2026 5:41 PM
**To:** 'Steinberg, Shira' <ssteinberg1@ftc.gov>; 'Takashima, Edward' <etakashima@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; 'ChristinaMoylan-contact' <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; 'ByronWarren-contact' <bwarren@oag.state.md.us>; 'SchonetteWalker-contact' <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; 'LucusTucker-contact' <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; 'AnthonyJuzaitis-contact' <AJuzaitis@nmdoj.gov>; 'JuliaMeade-contact' <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; 'MalisaMcPherson-Contact' <Malisa.McPherson@oag.ok.gov>; 'StephenProvazza-contact' <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; 'Warren, Jacob' <jwarren1@ftc.gov>; 'Wilson, Dominique' <dwilson1@ftc.gov>
**Cc:** 'Petros, Alex' <apetros@ftc.gov>; 'Khan, Bahadur' <bkhan1@ftc.gov>; 'Shiue, Brian' <bshiue@ftc.gov>; 'Holland, Caroline' <cholland@ftc.gov>; 'Williams, Cathleen' <cwilliams@ftc.gov>;

'Chukwuogo, Chinwe' <cchukwuogo@ftc.gov>; 'Shackelford, Christina' <cshackelford@ftc.gov>; 'Bradley, Daniel' <dbradley@ftc.gov>; 'Principato, Daniel' <dprincipato@ftc.gov>; 'Anderson, Barrett' <banderson1@ftc.gov>; 'Zepp, Eric' <ezepp@ftc.gov>; 'Stevenson, Ethan' <estevenson1@ftc.gov>; 'Verwilt, Hana' <hverwilt@ftc.gov>; 'Vella, Jesse' <jvella@ftc.gov>; 'Merber, Kenneth' <kmerber@ftc.gov>; 'McCaskey, Lance' <lmccaskey@ftc.gov>; 'Woodward, Mark' <mwoodward@ftc.gov>; 'Hill, Melissa' <mchill@ftc.gov>; 'Mendelsohn, Nathan' <nmendelsohn@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Shira, please find attached an updated hit report for the potential attorney custodians, now including the case-sensitive Signal term, as described in my email from yesterday.

We are in receipt of your email regarding Interrogatory No. 33 as well and will respond separately.

Best,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Wednesday, August 5, 2026 8:19 PM
**To:** 'Steinberg, Shira' <ssteinberg1@ftc.gov>; 'Takashima, Edward' <etakashima@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; 'ChristinaMoylan-contact' <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; 'ByronWarren-contact' <bwarren@oag.state.md.us>; 'SchonetteWalker-contact' <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; 'LucusTucker-contact' <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; 'AnthonyJuzaitis-contact' <AJuzaitis@nmdoj.gov>; 'JuliaMeade-contact' <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; 'MalisaMcPherson-Contact'

<Malisa.McPherson@oag.ok.gov>; 'StephenProvazza-contact' <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; 'Warren, Jacob' <jwarren1@ftc.gov>; 'Wilson, Dominique' <dwilson1@ftc.gov>
**Cc:** 'Petros, Alex' <apetros@ftc.gov>; 'Khan, Bahadur' <bkhan1@ftc.gov>; 'Shiue, Brian' <bshiue@ftc.gov>; 'Holland, Caroline' <cholland@ftc.gov>; 'Williams, Cathleen' <cwilliams@ftc.gov>; 'Chukwuogo, Chinwe' <cchukwuogo@ftc.gov>; 'Shackelford, Christina' <cshackelford@ftc.gov>; 'Bradley, Daniel' <dbradley@ftc.gov>; 'Principato, Daniel' <dprincipato@ftc.gov>; 'Anderson, Barrett' <banderson1@ftc.gov>; 'Zepp, Eric' <ezepp@ftc.gov>; 'Stevenson, Ethan' <estevenson1@ftc.gov>; 'Verwilt, Hana' <hverwilt@ftc.gov>; 'Vella, Jesse' <jvella@ftc.gov>; 'Merber, Kenneth' <kmerber@ftc.gov>; 'McCaskey, Lance' <lmccaskey@ftc.gov>; 'Woodward, Mark' <mwoodward@ftc.gov>; 'Hill, Melissa' <mchill@ftc.gov>; 'Mendelsohn, Nathan' <nmendelsohn@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Ed and Shira,

I write further to our meet-and-confer from Thursday regarding Plaintiffs' proposed attorney custodians. At the outset, we reiterate our position that attorney custodians are per se inappropriate and unnecessary. Any preservation issues could only have affected discovery in this action if they impacted the files of the custodians from whom the parties negotiated collection of documents. Plaintiffs received discovery from 132 custodians, using 1,400 search terms that Plaintiffs contended were relevant to their claims, resulting in the production of approximately 4.5 million documents – including the documents Plaintiffs used to make their spoliation motion. Moreover, Amazon has agreed to and begun reviewing over 150,000 additional documents from those 132 custodians that hit on Plaintiffs' proposed document-preservation search terms, whether or not the documents hit on any search term indicating any relevance to the merits of the litigation. Amazon has also agreed to add three new custodians—[redacted]—for their relevant times-in-role and insofar as Amazon is in possession of their documents. June 17, 2026 Ltr. from K. Trefz to S. Steinberg at 8. If any attorney communications are relevant to the preservation

arguments Plaintiffs have raised, they would presumably be captured be either the prior merits review, or the substantial additional review Amazon is conducting.

By contrast, discovery from attorney custodians is unlikely to return any documents with probative value in the litigation, and is substantially more likely to return privileged materials. Plaintiffs have asserted that there "may be communications between certain attorneys and non-custodians whose documents are relevant to this case" and that there "may be non-privileged communications between attorneys." July 2, 2026 Ltr. from S. Steinberg to K. Trefz at 7. Regarding attorney communications with non-custodians, those non-custodians are by their nature individuals who Plaintiffs did not seek to run searches against, which is inconsistent with the idea that their documents are especially probative. As to communications purely between attorneys, such documents are highly likely to be privileged. Collection of documents from attorneys, many of whom have broad subject-matter responsibilities encompassing business units and jurisdictions of no relevance to the litigation, is by its nature poorly targeted compared to discovery from non-attorneys selected for their involvement in particular business units. Accordingly, as explained in our previous correspondence, Amazon disagrees that discovery from any attorney custodians is appropriate.

In the interest of compromising this issue, however, Amazon offers to run search terms over the custodial files of [redacted] for the time periods identified below:

- [redacted]
- [redacted]
- [redacted]

[redacted] are the two attorneys identified in Plaintiffs' motion for spoliation sanctions as allegedly having directed the discarding of rough draft meeting notes. Dkt. 598, at 3-4. [redacted] is an additional attorney who Plaintiffs' motion contends directed the destruction of copies of a document, though as we have previously explained that document was in fact preserved and produced. July 20, 2026 Ltr. from K. Trefz to S. Steinberg at 9. By offering to review custodial documents of these three attorneys, Amazon does not waive any claim of privilege or concede that discovery from in-house counsel custodians is ever necessary or appropriate. Amazon's offer to review their documents is contingent on receiving agreement from Plaintiffs to forgo any further discovery from attorney custodians in this matter.

A hit report covering the documents of [redacted] as described above is attached. As you will see, Amazon has proposed using the search terms agreed for the non-attorney custodians, with the following exceptions:

- The term beginning "delet* OR shred*" has had a very high false positive rate in the ongoing non-attorney custodians review. This is particularly true because many of the terms contained therein (e.g. "delet*" and "summar*") have generic uses unrelated to the issues into which the Court authorized discovery. Accordingly, Amazon proposes tightening the proximity limiter and removing some of the generic terms with less relevance to the issues.
- The term beginning "guid* or regu*" is prone to picking up documents discussing regulations. This is especially problematic in the context of attorney custodians, and any genuine positives should be captured by the following term regarding note-taking instructions. Accordingly, Amazon proposes removing this term for any attorney custodians.

- The term beginning "P&C OR priv*" is especially likely to return privileged documents in the context of attorney custodians. Accordingly, Amazon proposes removing this term for attorney custodians.
- The Signal search term has had a very high false positive rate in the non-attorney custodians review because of the many generic uses of the lowercase word "signal" unrelated to the messaging application "Signal." Accordingly, Amazon proposes using a case-sensitive index for any further review, and reviewing only those documents hitting on the capitalized form of the term. Note that due to the time required for indexing, the attached hit report does not yet include this term. We will follow up tomorrow with a revised report including the Signal term.

Please let us know Plaintiffs' position regarding this issue. We are available to meet-and-confer further and consider a counterproposal if Plaintiffs contend the above-described scope of review is insufficient.

Best Regards,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Peerman, Alex
**Sent:** Monday, August 3, 2026 7:19 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>;

'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Anderson, Barrett <banderson1@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Hi, Ed and Shira. Regarding Interrogatory No. 33, we are agreed in principle that we will run some search terms related to meeting notes and Signal messages as part of the privilege re-review. But we will have a narrower set of terms to counter-propose; for example, terms like "delet*" in isolation are likely to return many false positives. More broadly, we think the set of terms for this issue should be determined in the context of the broader privilege re-review discussion, since the review burden will turn on the entire set of documents identified rather than those of just this type. We are still awaiting a response to Kristen Dewilde's July 24 email with Plaintiffs' proposed set of overall terms for such a review.

Regarding attorney custodians, we expect to be able to provide you with our response tomorrow or Wednesday.

Best,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**

680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Monday, August 3, 2026 6:47 PM
**To:** Takashima, Edward <etakashima@ftc.gov>; Peerman, Alex <apeerman@wc.com>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson,

Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Anderson, Barrett <banderson1@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Hi Alex and Katie,

I am following up on our request from the parties' July 30 meet and confer, and below, that Amazon provide any counter-proposal regarding attorney-custodians by today. As soon as possible, can you please provide us with an update as to when you expect to be able to provide us with Amazon's response?

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Takashima, Edward <etakashima@ftc.gov>
**Sent:** Friday, July 31, 2026 12:06 PM
**To:** Peerman, Alex <apeerman@wc.com>; Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-

contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Anderson, Barrett <banderson1@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Alex and Katie,

I'm writing to follow up on our call yesterday afternoon. Regarding Interrogatory No. 33, you indicated that Amazon may be willing to respond to the interrogatory based on a search of documents on its privilege log, and I noted that we had previously proposed search terms for that approach. Those search terms are set forth in our June 8, 2026 letter and below:

- ("note tak*" OR notetak* OR "note-tak*") w/10 (responsib* OR instruct* OR direct* OR guid*)
- note* W/10 (raw OR verbatim* OR unedited OR circulat*)
- "delete/shred*" OR delet* OR shred*
- (delet* OR shred* OR remov* OR purg* OR scrub* OR eras* OR destr*) W/20 (raw OR note* OR verbatim* OR unedited OR circulat* OR summar* OR discov*)
- (guid* OR regu*) W/10 note*
- (remov* OR delet* OR remov* OR purg* OR scrub* OR eras* OR destr*) W/10 (note OR doc*)
- Signal OR DM* OR disappear*

*See* Ltr. from S. Steinberg to K. Trefz at 6 (June 8, 2026). Please let us know by Monday whether Amazon will agree to respond to Interrogatory No. 33 based on the withheld documents that hit on those terms. Please also provide your counter-proposal regarding attorney custodians today or by Monday.

Thanks,

Ed

Edward H. Takashima
Senior Trial Counsel
Bureau of Competition
Federal Trade Commission
(202) 876-5704
etakashima@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Wednesday, July 29, 2026 11:56 AM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>;

'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Anderson, Barrett <banderson1@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Thanks, Shira – we will send an invite for 5pm Eastern. If that doesn't work, let us know. We would like to discuss Interrogatories 31 and 33, and Plaintiffs' proposed attorney custodians.

Thanks,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Tuesday, July 28, 2026 3:57 PM
**To:** Peerman, Alex <apeerman@wc.com>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact

<bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Anderson, Barrett <banderson1@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Hi Alex,

Thank you for your prompt response. To ensure our meeting is productive, can you please confirm what topics Amazon would like to discuss? We believe our position as to Amazon's responses to Plaintiffs'

Fifth Set of Interrogatories and Ninth Set of Requests for Production is set forth in our July 27 letter, but we are available to further meet and confer on Thursday after 2 PM ET.

Please let us know your availability and we can circulate a calendar invitation accordingly.

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Tuesday, July 28, 2026 10:04 AM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>;

DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Shira, we are in receipt of your letter of July 27 and propose that the parties meet and confer on Thursday. Are there some times that day that would work for the Plaintiffs?

Please also find attached Amazon's Amended Response to Interrogatory No. 32.

Best,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Monday, July 27, 2026 6:51 PM
**To:** Peerman, Alex <apeerman@wc.com>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>;

'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Counsel,

Please see the attached correspondence.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Monday, July 20, 2026 12:28 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com'

<tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Counsel,

Please see the attached correspondence.

Best Regards,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Monday, July 20, 2026 9:16 AM
**To:** Peerman, Alex <apeerman@wc.com>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov'

<david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Hi Alex,

We did not receive a response from you to our July 2 letter last week. Please provide a response by the end of today.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Friday, July 10, 2026 7:06 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina

<cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Shira,

We are in receipt of Plaintiffs' Letter of July 2 and will provide a response next week.

Best,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Thursday, July 2, 2026 6:57 PM
**To:** Peerman, Alex <apeerman@wc.com>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov'

<Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Steinberg, Shira <ssteinberg1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Counsel,

Please see the attached response.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Wednesday, June 17, 2026 8:44 AM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov'

<victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>;
'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov'
<jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>;
'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov'
<michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>;
'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact
<bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>;
'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov'
<tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov'
<comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>;
'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us'
<zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>;
'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-
alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov'
<andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov'
<david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-
contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>;
'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact
<Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>;
'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov'
<Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>;
'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com'
<alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>;
Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole
<cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>;
'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>;
'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler,
Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>;
Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz,
Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly
<Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>;
DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay
<LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan
<MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>;
Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com'
<patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com'
<rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com'
<tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson,
Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur
<bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams,
Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina
<cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>;
Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric
<ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella,
Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>;
Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>;
Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur

<bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Counsel,

Please see the attached correspondence.

Best Regards,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Monday, June 15, 2026 11:39 PM
**To:** 'Steinberg, Shira' <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; 'ChristinaMoylan-contact' <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; 'ByronWarren-contact' <bwarren@oag.state.md.us>; 'SchonetteWalker-contact' <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; 'LucusTucker-contact' <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; 'AnthonyJuzaitis-contact' <AJuzaitis@nmdoj.gov>; 'JuliaMeade-contact' <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; 'MalisaMcPherson-Contact' <Malisa.McPherson@oag.ok.gov>; 'StephenProvazza-contact' <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>;

'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; 'Warren, Jacob' <jwarren1@ftc.gov>; 'Wilson, Dominique' <dwilson1@ftc.gov>
**Cc:** 'Petros, Alex' <apetros@ftc.gov>; 'Butler, Amanda' <abutler2@ftc.gov>; 'Khan, Bahadur' <bkhan1@ftc.gov>; 'Shiue, Brian' <bshiue@ftc.gov>; 'Holland, Caroline' <cholland@ftc.gov>; 'Williams, Cathleen' <cwilliams@ftc.gov>; 'Chukwuogo, Chinwe' <cchukwuogo@ftc.gov>; 'Shackelford, Christina' <cshackelford@ftc.gov>; 'Bradley, Daniel' <dbradley@ftc.gov>; 'Principato, Daniel' <dprincipato@ftc.gov>; 'Takashima, Edward' <etakashima@ftc.gov>; 'Bolles, Emily' <ebolles@ftc.gov>; 'Zepp, Eric' <ezepp@ftc.gov>; 'Stevenson, Ethan' <estevenson1@ftc.gov>; 'Verwilt, Hana' <hverwilt@ftc.gov>; 'Vella, Jesse' <jvella@ftc.gov>; 'Merber, Kenneth' <kmerber@ftc.gov>; 'McCaskey, Lance' <lmccaskey@ftc.gov>; 'Tyree, Leo' <ltyree@ftc.gov>; 'Suter, Mark' <msuter@ftc.gov>; 'Woodward, Mark' <mwoodward@ftc.gov>; 'Hill, Melissa' <mchill@ftc.gov>; 'Mendelsohn, Nathan' <nmendelsohn@ftc.gov>; 'Khan, Bahadur' <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Counsel, please find attached for service Amazon's Objections and Responses to Plaintiffs' Fifth Set of Interrogatories.

Best Regards,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Peerman, Alex
**Sent:** Friday, June 12, 2026 6:19 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>;

'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Shira, we are in receipt of Plaintiffs’ June 8 letter and intend to respond early next week.

Best,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Monday, June 8, 2026 5:52 PM
**To:** Peerman, Alex <apeerman@wc.com>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan

<MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Alex,

Please see the attached correspondence.

With respect to the two search terms Amazon excluded from its proposal:

- For the first string ((P&C OR priv*) W/5 note*) we have included it in our attached proposal and modified it in a way we believe will significantly reduce any chance of false positives. To the extent Amazon continues to refuse to provide hits for this search string, please explain your basis.
- For the second string (Signal W/5 (mov* OR switch* OR shift* OR chang* OR transfer OR approv* OR convers* OR call* OR offline OR talk* OR discuss* OR debat* OR argu* OR DM OR DMs OR DMed OR DM'ed OR DMing OR DM'ing OR disappear* OR messag* OR WhatsApp OR Chime OR text* OR quick* OR take OR taking OR took)), we do not understand the basis of your refusal to run these search terms to provide hits. These additional terms are intended to identify similar documents but include additional terms and are broader in scope. To the extent these search terms hit on documents Amazon has previously produced to Plaintiffs, there should be no additional burden on Amazon as those documents are already reviewed. To the extent Amazon continues to refuse to provide hits for this search string, please explain your basis.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Friday, June 5, 2026 6:15 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov'

<james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov'
<morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov'
<victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>;
'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov'
<jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>;
'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov'
<michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>;
'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact
<bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>;
'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov'
<tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov'
<comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>;
'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us'
<zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>;
'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov'
<andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov'
<david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>;
'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact
<Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>;
'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov'
<Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>;
'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com'
<alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>;
Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole
<cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>;
'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>;
'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler,
Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>;
Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz,
Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly
<Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>;
DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay
<LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan
<MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>;
Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com'
<patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com'
<rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com'
<tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson,
Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur
<bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams,
Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina
<cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>;
Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric
<ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella,
Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>;

Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Shira, as discussed on our meet-and-confer today, please find attached a hit report reflecting Amazon's counterproposal to the search terms identified in your May 15 letter. These hit counts were generated using the previously agreed custodian set and time-in-role limitations. They do not include hits for any new custodians. Please also note that this counterproposal was prepared and is offered on the assumption that we would use TAR. Amazon's position is that this review – like the other reviews performed for this litigation - falls within the scope of the parties' agreement regarding the use of TAR. If Plaintiffs were to take the position that TAR cannot be used for this review, the additional volume for review would be significant and we would need to eliminate or tighten additional search terms, especially the term in row 4 of the attached, which we believe hits on many nonresponsive calendar invites.

In addition to the terms contained in the attached, there are two search terms excluded entirely from our proposal:

- (P&C OR priv*) W/5 note*: This search term would return documents marked privileged without any connection to either the "raw notes" or Signal issues that were the subject of the Plaintiffs' motion. Moreover, it would pull in false positives such as "a note about privacy."
- Signal W/5 (mov* OR switch* OR shift* OR chang* OR transfer OR approv* OR convers* OR call* OR offline OR talk* OR discuss* OR debat* OR argu* OR DM OR DMs OR DMed OR DM'ed OR DMing OR DM'ing OR disappear* OR messag* OR WhatsApp OR Chime OR text* OR quick* OR take OR taking OR took): This term bears substantial similarity to search terms that were previously run and reviewed in connection with RFPs 383 and 384. We are potentially open to running a Signal-related search term, but seek to understand the FTC's position about what would not have been captured by prior reviews.

Best Regards,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Tuesday, June 2, 2026 6:08 PM
**To:** Peerman, Alex <apeerman@wc.com>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov'

<michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Thanks, Alex - I just sent you the calendar invitation separately. Please forward to the appropriate individuals on your side in advance of our call on Friday.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Tuesday, June 2, 2026 5:34 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay

<LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Hi Shira – We are available to confer on Friday from 10:00-11:00 a.m. Eastern. If that works for you, we appreciate you sending the calendar invite.

Best,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Tuesday, June 2, 2026 5:05 PM
**To:** Peerman, Alex <apeerman@wc.com>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us'

<zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>; DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Counsel,

We are in receipt of Amazon's Objections to Plaintiffs' Fifth Set of Interrogatories and Amazon's Objections and Responses to Plaintiffs' Ninth Set of Requests for Production. We are available to meet and confer regarding your objections on Thursday (6/4) between 1 and 2 or after 3 PM or any time on Friday (6/5).

Please let us know when you are available during those windows and I will circulate a calendar invitation accordingly.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Friday, May 29, 2026 10:50 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; 'amy.mcfarlane@ag.ny.gov' <amy.mcfarlane@ag.ny.gov>; 'elinor.hoffmann@ag.ny.gov' <elinor.hoffmann@ag.ny.gov>; 'james.yoon@ag.ny.gov' <james.yoon@ag.ny.gov>; 'michael.jo@ag.ny.gov' <michael.jo@ag.ny.gov>; 'morgan.feder@ag.ny.gov' <morgan.feder@ag.ny.gov>; 'nicole.demers@ct.gov' <nicole.demers@ct.gov>; 'victoria.field@ct.gov' <victoria.field@ct.gov>; 'bsprecher@attorneygeneral.gov' <bsprecher@attorneygeneral.gov>; 'jthomson@attorneygeneral.gov' <jthomson@attorneygeneral.gov>; 'jbetsko@attorneygeneral.gov' <jbetsko@attorneygeneral.gov>; 'twertz@attorneygeneral.gov' <twertz@attorneygeneral.gov>; 'brian.canfield@delaware.gov' <brian.canfield@delaware.gov>; 'michael.undorf@delaware.gov' <michael.undorf@delaware.gov>; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; 'michael.devine@maine.gov' <michael.devine@maine.gov>; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; 'katherine.krems@mass.gov' <katherine.krems@mass.gov>; 'tim.smith@doj.oregon.gov' <tim.smith@doj.oregon.gov>; 'evansj@michigan.gov' <evansj@michigan.gov>; 'comishj@michigan.gov' <comishj@michigan.gov>; 'mertenss@michigan.gov' <mertenss@michigan.gov>; 'sarah.doktori@ag.state.mn.us' <sarah.doktori@ag.state.mn.us>; 'zach.biesanz@ag.state.mn.us' <zach.biesanz@ag.state.mn.us>; LucusTucker-contact <LTucker@ag.nv.gov>; 'alexandra.c.sosnowski@doj.nh.gov' <alexandra.c.sosnowski@doj.nh.gov>; 'ana.atta-alla@law.njoag.gov' <ana.atta-alla@law.njoag.gov>; 'andrew.esoldi@law.njoag.gov' <andrew.esoldi@law.njoag.gov>; 'david.reichenberg@law.njoag.gov' <david.reichenberg@law.njoag.gov>; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; 'cameron.capps@oag.ok.gov' <cameron.capps@oag.ok.gov>; 'chris.campbell@oag.ok.gov' <chris.campbell@oag.ok.gov>; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; 'caitlin.madden@wisdoj.gov' <caitlin.madden@wisdoj.gov>; 'Laura.mcfarlane@wisdoj.gov' <Laura.mcfarlane@wisdoj.gov>; 'zcarrasquillo@justicia.pr.gov' <zcarrasquillo@justicia.pr.gov>; 'sarah.aceves@vermont.gov' <sarah.aceves@vermont.gov>; 'alazerow@cov.com' <alazerow@cov.com>; Lemens, Andrew <ALemens@wc.com>; 'bblock@cov.com' <bblock@cov.com>; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; 'clannin@cov.com' <clannin@cov.com>; 'dhlee@cov.com' <dhlee@cov.com>; 'dludwin@cov.com' <dludwin@cov.com>; Reddington, Edward <EReddington@wc.com>; 'elena@kdcounsel.com' <elena@kdcounsel.com>; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; 'kmitchelltombras@cov.com' <kmitchelltombras@cov.com>; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; 'kstojilkovic@wilkinsonstekloff.com' <kstojilkovic@wilkinsonstekloff.com>;

DeWilde, Kristen <kdewilde@wc.com>; 'lzehmer@cov.com' <lzehmer@cov.com>; Hannibal, Lindsay <LHannibal@wc.com>; 'marent@cov.com' <marent@cov.com>; Newkirk, Meaghan <MNewkirk@wc.com>; 'molly.terwilliger@morganlewis.com' <molly.terwilliger@morganlewis.com>; Chenelle, Nicole <NChenelle@wc.com>; 'patty.eakes@morganlewis.com' <patty.eakes@morganlewis.com>; Bradley, Patrick <PBradley@wc.com>; 'rgianchetti@cov.com' <rgianchetti@cov.com>; 'slahrpastor@cov.com' <slahrpastor@cov.com>; 'tbarnett@cov.com' <tbarnett@cov.com>; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Counsel,

Please find the following documents attached for service:
- Amazon's Objections to Plaintiffs' Fifth Set of Interrogatories
- Amazon's Objections and Responses to Plaintiffs' Ninth Set of Requests for Production

Best Regards,

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Peerman, Alex
**Sent:** Wednesday, May 20, 2026 7:50 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; amy.mcfarlane@ag.ny.gov; elinor.hoffmann@ag.ny.gov; james.yoon@ag.ny.gov; michael.jo@ag.ny.gov; morgan.feder@ag.ny.gov; nicole.demers@ct.gov; victoria.field@ct.gov; bsprecher@attorneygeneral.gov; jthomson@attorneygeneral.gov; jbetsko@attorneygeneral.gov; twertz@attorneygeneral.gov; brian.canfield@delaware.gov; michael.undorf@delaware.gov; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; michael.devine@maine.gov; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; katherine.krems@mass.gov; tim.smith@doj.oregon.gov; evansj@michigan.gov; comishj@michigan.gov; mertenss@michigan.gov; sarah.doktori@ag.state.mn.us; zach.biesanz@ag.state.mn.us; LucusTucker-contact <LTucker@ag.nv.gov>; alexandra.c.sosnowski@doj.nh.gov; ana.atta-alla@law.njoag.gov; andrew.esoldi@law.njoag.gov; david.reichenberg@law.njoag.gov; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; cameron.capps@oag.ok.gov; chris.campbell@oag.ok.gov; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>;

caitlin.madden@wisdoj.gov; Laura.mcfarlane@wisdoj.gov; zcarrasquillo@justicia.pr.gov; sarah.aceves@vermont.gov; alazerow@cov.com; Lemens, Andrew <ALemens@wc.com>; bblock@cov.com; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; clannin@cov.com; dhlee@cov.com; dludwin@cov.com; Reddington, Edward <EReddington@wc.com>; elena@kdcounsel.com; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; kmitchelltombras@cov.com; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; kstojilkovic@wilkinsonstekloff.com; DeWilde, Kristen <kdewilde@wc.com>; lzehmer@cov.com; Hannibal, Lindsay <LHannibal@wc.com>; marent@cov.com; Newkirk, Meaghan <MNewkirk@wc.com>; molly.terwilliger@morganlewis.com; Chenelle, Nicole <NChenelle@wc.com>; patty.eakes@morganlewis.com; Bradley, Patrick <PBradley@wc.com>; rgianchetti@cov.com; slahrpastor@cov.com; tbarnett@cov.com; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Shira, at this stage we are not sure we will be able to estimate dates for completion of production on an expedited basis (May 29), but for any documents we agree to produce in our May 29 responses, we will provide such estimates by June 15. If we can provide estimates sooner, we will. To the extent the FTC contends that Amazon should make a broader scope of production than what is described in our May 29 responses, conferrals on those issues will likely affect the time necessary.

Best,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Wednesday, May 20, 2026 3:12 PM
**To:** Peerman, Alex <apeerman@wc.com>; amy.mcfarlane@ag.ny.gov; elinor.hoffmann@ag.ny.gov; james.yoon@ag.ny.gov; michael.jo@ag.ny.gov; morgan.feder@ag.ny.gov; nicole.demers@ct.gov; victoria.field@ct.gov; bsprecher@attorneygeneral.gov; jthomson@attorneygeneral.gov; jbetsko@attorneygeneral.gov; twertz@attorneygeneral.gov; brian.canfield@delaware.gov; michael.undorf@delaware.gov; ChristinaMoylan-contact <Christina.Moylan@maine.gov>;

michael.devine@maine.gov; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; katherine.krems@mass.gov; tim.smith@doj.oregon.gov; evansj@michigan.gov; comishj@michigan.gov; mertenss@michigan.gov; sarah.doktori@ag.state.mn.us; zach.biesanz@ag.state.mn.us; LucusTucker-contact <LTucker@ag.nv.gov>; alexandra.c.sosnowski@doj.nh.gov; ana.atta-alla@law.njoag.gov; andrew.esoldi@law.njoag.gov; david.reichenberg@law.njoag.gov; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; cameron.capps@oag.ok.gov; chris.campbell@oag.ok.gov; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; caitlin.madden@wisdoj.gov; Laura.mcfarlane@wisdoj.gov; zcarrasquillo@justicia.pr.gov; sarah.aceves@vermont.gov; alazerow@cov.com; Lemens, Andrew <ALemens@wc.com>; bblock@cov.com; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; clannin@cov.com; dhlee@cov.com; dludwin@cov.com; Reddington, Edward <EReddington@wc.com>; elena@kdcounsel.com; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; kmitchelltombras@cov.com; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; kstojilkovic@wilkinsonstekloff.com; DeWilde, Kristen <kdewilde@wc.com>; lzehmer@cov.com; Hannibal, Lindsay <LHannibal@wc.com>; marent@cov.com; Newkirk, Meaghan <MNewkirk@wc.com>; molly.terwilliger@morganlewis.com; Chenelle, Nicole <NChenelle@wc.com>; patty.eakes@morganlewis.com; Bradley, Patrick <PBradley@wc.com>; rgianchetti@cov.com; slahrpastor@cov.com; tbarnett@cov.com; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Alex,

Thank you for Amazon's agreement to provide objections and responses to Plaintiffs' Ninth Set of RFPs and objections to Plaintiffs' Fifth Set of Interrogatories by May 29. We understand that Amazon will provide responses to Plaintiffs' Fifth Set of Interrogatories by June 15, and will provide an estimated completion date for its production of documents when it serves its respective responses, pursuant to the CMO. *See* Case Management Order (Dkt. #161) §§ 2(a), 4(b). Please confirm that is correct.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov

**From:** Peerman, Alex <apeerman@wc.com>
**Sent:** Tuesday, May 19, 2026 5:17 PM
**To:** Steinberg, Shira <ssteinberg1@ftc.gov>; amy.mcfarlane@ag.ny.gov; elinor.hoffmann@ag.ny.gov; james.yoon@ag.ny.gov; michael.jo@ag.ny.gov; morgan.feder@ag.ny.gov; nicole.demers@ct.gov; victoria.field@ct.gov; bsprecher@attorneygeneral.gov; jthomson@attorneygeneral.gov; jbetsko@attorneygeneral.gov; twertz@attorneygeneral.gov; brian.canfield@delaware.gov; michael.undorf@delaware.gov; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; michael.devine@maine.gov; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; katherine.krems@mass.gov; tim.smith@doj.oregon.gov; evansj@michigan.gov; comishj@michigan.gov; mertenss@michigan.gov; sarah.doktori@ag.state.mn.us; zach.biesanz@ag.state.mn.us; LucusTucker-contact <LTucker@ag.nv.gov>; alexandra.c.sosnowski@doj.nh.gov; ana.atta-alla@law.njoag.gov; andrew.esoldi@law.njoag.gov; david.reichenberg@law.njoag.gov; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; cameron.capps@oag.ok.gov; chris.campbell@oag.ok.gov; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; caitlin.madden@wisdoj.gov; Laura.mcfarlane@wisdoj.gov; zcarrasquillo@justicia.pr.gov; sarah.aceves@vermont.gov; alazerow@cov.com; Lemens, Andrew <ALemens@wc.com>; bblock@cov.com; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; clannin@cov.com; dhlee@cov.com; dludwin@cov.com; Reddington, Edward <EReddington@wc.com>; elena@kdcounsel.com; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; kmitchelltombras@cov.com; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; kstojilkovic@wilkinsonstekloff.com; DeWilde, Kristen <kdewilde@wc.com>; lzehmer@cov.com; Hannibal, Lindsay <LHannibal@wc.com>; marent@cov.com; Newkirk, Meaghan <MNewkirk@wc.com>; molly.terwilliger@morganlewis.com; Chenelle, Nicole <NChenelle@wc.com>; patty.eakes@morganlewis.com; Bradley, Patrick <PBradley@wc.com>; rgianchetti@cov.com; slahrpastor@cov.com; tbarnett@cov.com; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina <cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>
**Subject:** RE: 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Shira, we are in receipt of Plaintiffs' Ninth Set of Requests for Production and Fifth Set of Interrogatories. Your May 15 letter accompanying those discovery requests inquired whether Amazon could provide responses by May 29, even though the Federal Rules of Civil Procedure allow 30 days to respond, which would be June 15.

In the interest of compromise, and recognizing that further discussions after our initial responses are likely to be necessary, we can agree to provide objections and responses to the Ninth Set of RFPs and objections to the Fifth Set of Interrogatories by May 29. Given the breadth of Plaintiffs' new Interrogatories, we cannot provide expedited substantive responses to the Interrogatories beyond objections. We can then be available the week of June 1 to discuss issues raised by this discovery and questions Plaintiffs may have about what we serve on May 29.

Best Regards,

Alex

**Alexander Peerman**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5064 | apeerman@wc.com | www.wc.com

**From:** Steinberg, Shira <ssteinberg1@ftc.gov>
**Sent:** Friday, May 15, 2026 7:55 PM
**To:** amy.mcfarlane@ag.ny.gov; elinor.hoffmann@ag.ny.gov; james.yoon@ag.ny.gov; michael.jo@ag.ny.gov; morgan.feder@ag.ny.gov; nicole.demers@ct.gov; victoria.field@ct.gov; bsprecher@attorneygeneral.gov; jthomson@attorneygeneral.gov; jbetsko@attorneygeneral.gov; twertz@attorneygeneral.gov; brian.canfield@delaware.gov; michael.undorf@delaware.gov; ChristinaMoylan-contact <Christina.Moylan@maine.gov>; michael.devine@maine.gov; ByronWarren-contact <bwarren@oag.state.md.us>; SchonetteWalker-contact <swalker@oag.state.md.us>; katherine.krems@mass.gov; tim.smith@doj.oregon.gov; evansj@michigan.gov; comishj@michigan.gov; mertenss@michigan.gov; sarah.doktori@ag.state.mn.us; zach.biesanz@ag.state.mn.us; LucusTucker-contact <LTucker@ag.nv.gov>; alexandra.c.sosnowski@doj.nh.gov; ana.atta-alla@law.njoag.gov; andrew.esoldi@law.njoag.gov; david.reichenberg@law.njoag.gov; AnthonyJuzaitis-contact <AJuzaitis@nmdoj.gov>; JuliaMeade-contact <jmeade@nmag.gov>; cameron.capps@oag.ok.gov; chris.campbell@oag.ok.gov; MalisaMcPherson-Contact <Malisa.McPherson@oag.ok.gov>; StephenProvazza-contact <sprovazza@riag.ri.gov>; caitlin.madden@wisdoj.gov; Laura.mcfarlane@wisdoj.gov; zcarrasquillo@justicia.pr.gov; sarah.aceves@vermont.gov; Peerman, Alex <apeerman@wc.com>; alazerow@cov.com; Lemens, Andrew <ALemens@wc.com>; bblock@cov.com; Metz, Carl <CMetz@wc.com>; Pruski, Carol <CPruski@wc.com>; Wintheiser, Cole <cwintheiser@wc.com>; clannin@cov.com; dhlee@cov.com; dludwin@cov.com; Reddington, Edward <EReddington@wc.com>; elena@kdcounsel.com; Hubbard, Heidi <HHubbard@wc.com>; Wheeler, Jenny <jwheeler@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Wood, Joseph <JWood@wc.com>; kmitchelltombras@cov.com; Trefz, Katherine <KTrefz@wc.com>; Hodges, Kevin <KHodges@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; kstojilkovic@wilkinsonstekloff.com; DeWilde, Kristen <kdewilde@wc.com>; lzehmer@cov.com; Hannibal, Lindsay <LHannibal@wc.com>; marent@cov.com; Newkirk, Meaghan <MNewkirk@wc.com>; molly.terwilliger@morganlewis.com; Chenelle, Nicole <NChenelle@wc.com>; patty.eakes@morganlewis.com; Bradley, Patrick <PBradley@wc.com>; rgianchetti@cov.com; slahrpastor@cov.com; tbarnett@cov.com; Schmidt, Bill <wschmidt@wc.com>; Warren, Jacob <jwarren1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Petros, Alex <apetros@ftc.gov>; Butler, Amanda <abutler2@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Shiue, Brian <bshiue@ftc.gov>; Holland, Caroline <cholland@ftc.gov>; Williams, Cathleen <cwilliams@ftc.gov>; Chukwuogo, Chinwe <cchukwuogo@ftc.gov>; Shackelford, Christina

<cshackelford@ftc.gov>; Bradley, Daniel <dbradley@ftc.gov>; Principato, Daniel <dprincipato@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Bolles, Emily <ebolles@ftc.gov>; Zepp, Eric <ezepp@ftc.gov>; Stevenson, Ethan <estevenson1@ftc.gov>; Verwilt, Hana <hverwilt@ftc.gov>; Vella, Jesse <jvella@ftc.gov>; Merber, Kenneth <kmerber@ftc.gov>; McCaskey, Lance <lmccaskey@ftc.gov>; Tyree, Leo <ltyree@ftc.gov>; Suter, Mark <msuter@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Hill, Melissa <mchill@ftc.gov>; Mendelsohn, Nathan <nmendelsohn@ftc.gov>; Khan, Bahadur <bkhan1@ftc.gov>; Steinberg, Shira <ssteinberg1@ftc.gov>
**Subject:** 2:23-cv-01495-JHC: Federal Trade Commission, et al. v. Amazon.com, Inc.

Counsel,

Pursuant to the Court's April 29, 2026 order, please find attached Plaintiffs' Ninth Set of Requests for Production and Fifth Set of Interrogatories, along with correspondence related to the same.

Best,

**Shira A. Steinberg**
Anticompetitive Practices Division II
Federal Trade Commission
(202) 569-7761 | ssteinberg1@ftc.gov