# EXHIBIT 10

| Term | Hits | Hits Plus Family | AMZ Position | AMZ Proposal | Hits | Hits Plus Family |
|---|---|---|---|---|---|---|
| (delet* OR shred* OR purg* OR scrub* OR eras* OR destr*) W/10 (raw OR notes OR notetak* OR note-tak* OR verbatim* OR unedited OR circulat* OR summar* OR discov*) | 3,383 | 32,038 | Modify | (delet* OR shred* OR purg* OR scrub* OR eras* OR destr*) W/5 (raw OR notes OR notetak* OR note-tak* OR verbatim* OR unedited ~~OR circulat* OR summar* OR discov*~~) | 860 | 20,456 |
| (guid* OR regu*) W/5 (note* OR notetak* OR note-tak*) | 5,624 | 63,313 | Reject | ~~(guid* OR regu*) W/5 (note* OR notetak* OR note-tak*)~~ | n/a | n/a |
| (note tak* OR notetak* OR note-tak*) W/7 (responsibilities OR instruct* OR directions OR guid*) | 1,071 | 2,752 | Accept | (note tak* OR notetak* OR note-tak*) W/7 (responsibilities OR instruct* OR directions OR guid*) | 1,071 | 2,752 |
| (notes OR notetak* OR note-tak*) W/10 (raw OR verbatim* OR unedited OR circulat*) | 1,243 | 11,012 | Accept | (notes OR notetak* OR note-tak*) W/10 (raw OR verbatim* OR unedited OR circulat*) | 1,243 | 11,012 |
| (P&C OR priv*) W/5 (note tak* OR notetak* OR note-tak*) | 98 | 309 | Reject | ~~(P&C OR priv*) W/5 (note tak* OR notetak* OR note-tak*)~~ | n/a | n/a |
| delete/shred* | 10 | 21 | Accept | delete/shred* | 10 | 21 |
| signal W/5 (convers* OR call* OR offline OR talk* OR discuss* OR debat* OR argu* OR DM OR DMs OR DMed OR DM'ed OR DMing OR DM'ing OR disappear* OR messag*) | 2,146 | 13,578 | Modify | [case-sensitive on letter "S"] Signal W/5 (convers* OR converS* OR call* OR offline OR talk* OR discuss* OR discuSS* OR discusS* OR discuSs* OR diScuSS* OR diScusS* OR diScuSs* OR diScuss* OR debat* OR argu* OR DM OR DMs OR DMS OR DMed OR DM'ed OR DMing OR DM'ing OR disappear* OR diSappear* OR messag* OR mesSag* OR meSSag* OR meSsag*) | 871 | 2,941 |
| | **12,415** | **86,380** | | | **3,916** | **32,518** |