# EXHIBIT 11

**From:** [redacted] t]

**on behalf of** [redacted]

**Sent:** 6/18/2019 2:44:57 PM

**To:** [redacted] Felton (Seattle), John [redacted]

**CC:** meet@chime.aws; pin+8129582972@chime.aws

**Subject:** Canada Flex Launch

**Location:** CONF US SEA Everest 12.200 Restricted (10)

**Start:** 7/2/2019 11:00:00 AM

**End:** 7/2/2019 12:00:00 PM

**Show Time As:** Busy

**Required Attendees:** Felton (Seattle), John; [redacted]

**Optional Attendees:** meet@chime.aws; pin+8129582972@chime.aws

| | | | |
|---|---|---|---|
| **Purpose:** | Canada Flex Launch | | |
| **Doc Owner:** | [redacted] | | |
| **Note Taker:** | TBD | | |
| **Questions/Changes Contact** | [redacted] | | |
| **SEA Conf Room** | **IN Conf Room** | **EU Conf Room** | **US Conf Room** |
| **CONF US SEA Everest 12.200 Restricted (10)** | | | |
| **Attendees** | | **Amazon Chime Meeting Information** | |
| Required (In-Person)<br>1.John Felton<br>[redacted] | Required (Remote)<br>1.Attendee | Phone:<br>US Toll Free: +1-855-552-4463<br>International: International:<br>https://chime.aws/dialinnumbers/<br>Meeting PIN: **Meeting PIN: 8129 58 2972**<br><br>AV Conference Room:<br>Amazon Chime bridge: 62000<br>Meeting PIN: **Meeting PIN: 8129 58 2972** | |

| | | |
|---|---|---|
| | | |

**Note-taking Guidelines**

Presenters should have a designated note taker identified to capture Key Discussion Points and Action Items. Notes should be shared with the [redacted]-directs@ and [redacted]team-leads@ within 48 hours of the discussion.

While teams may wish to document a "play-by-play" summary of the discussion for their internal purposes, the notes published from the discussion should be succinct, and highlight the salient points of the conversation only, as a means to provide clear understanding of agreements reached and actions expected. Great meeting notes allow someone who didn't attend to quickly understand the outcomes of the meeting. It is more important to capture the key takeaways, clarifying statements (these can be verbatim) and action items than to know who said exactly what for the duration of the meeting. If your notes are a transcript of the meeting, please summarize them into Action Items and Key Takeaways.

Format should follow the below outline. Assign an owner (a person, not a team) to each Action Item. Action items should be precise. It is ok to have many action items.

Example Template:

Notes: XXX Review with Flex – [discussion date]

**Key Discussion Points**

- Point A
- Point B
- etc.

**Action Items**

- Action A (Owner by Date)
- etc.

---------- Amazon Chime Meeting Information ----------

You have been invited to an online meeting, powered by Amazon Chime.

1. Click to join the meeting:

https://chime.aws/8129582972

Meeting ID: 8129 58 2972

2. You can use your computer's microphone and speakers; however, a headset is recommended. Or, call in using your phone:

United States Toll-Free: +1 855-552-4463
Meeting PIN: 8129 58 2972

One-click Mobile Dial-in (United States Toll-Free): +1 855-552-4463,,8129582972#

United States (1): +1 206-462-5569
International: https://chime.aws/dialinnumbers/

3. To connect from an in-room video system, use one of the following Amazon Chime bridges:

SIP video system: 8129582972@meet.chime.in or meet.chime.in
or
H.323 system: 52.23.133.56

If prompted enter the Meeting PIN: 8129582972#

---------- End of Amazon Chime Meeting Information ---------