THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

Case No. 2:23-cv-01495-JHC

**[PROPOSED] ORDER GRANTING AMAZON'S MOTION TO SEAL CERTAIN MATERIALS SUBMITTED IN CONNECTION WITH NOVEMBER 6, 2026 LCR 37 SUBMISSION**

This matter comes before the Court on Amazon's Motion to Seal Certain Materials Submitted in Connection with the Parties' November 6, 2026 LCR 37 Submission (the "Motion"). The Court, having considered Amazon's Motion, and all other papers submitted in connection with the Motion, and for good cause shown, GRANTS the Motion. The Court hereby ORDERS the following documents be filed under seal or redacted as follows:

| **Document** | **Dkt. # and Pincite** | **Description of Confidential Material Sought to Be Sealed** | **Treatment** |
|---|---|---|---|
| LCR 37 Joint Submission Regarding Spoliation Discovery, Dkt. 753 | | | |
| Joint Submission | Dkt. 753, at 24, 34, 38-39, 41-42, 44 | Personal information of Amazon employees | The personal information in this document shall remain sealed. A public |



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

| Document | Dkt. # and Pincite | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| | | | redacted version has been filed at Dkt. 756. |
| Proposed Order | Dkt. 753-1, at 2 | Personal information of Amazon employees | The personal information in this document shall remain sealed. A public redacted version has been filed at Dkt. 756-1. |
| Declaration of Edward H. Takashima in Support of Plaintiffs' LCR 37 Submission, Dkt. 754 | | | |
| Exs. 1, 2, 3, 7, 8, 9, 10, 11, 12, 13, 15, 17, 18, 21, and 22 to Takashima Decl. | Dkts.:<br>• 754-1 (Ex. 1), at 7-9<br>• 754-2 (Ex. 2), at 2-4<br>• 754-3 (Ex. 3), at 9-10<br>• 754-7 (Ex. 7), at 2<br>• 754-8 (Ex. 8), at 2<br>• 754-9 (Ex. 9), at 2-3<br>• 754-10 (Ex. 10), at 2-3<br>• 754-11 (Ex. 11), at 2-3<br>• 754-12 (Ex. 12), at 2-3<br>• 754-13 (Ex. 13), at 2-6<br>• 754-15 (Ex. 15), at 2<br>• 754-17 (Ex. 17), at 2-5<br>• 754-18 (Ex. 18), at 2-3<br>• 754-21 (Ex. 21), at 2-3<br>• 754-22 (Ex. 22), at 4 | Personal information of Amazon employees | The personal information in these documents shall remain sealed. Public redacted versions have been filed at Dkts.:<br>• 757-1 (Ex. 1)<br>• 757-2 (Ex. 2)<br>• 757-3 (Ex. 3)<br>• 757-7 (Ex. 7)<br>• 757-8 (Ex. 8)<br>• 757-9 (Ex. 9)<br>• 757-10 (Ex. 10)<br>• 757-11 (Ex. 11)<br>• 757-12 (Ex. 12)<br>• 757-13 (Ex. 13)<br>• 757-15 (Ex. 15)<br>• 757-17 (Ex. 17)<br>• 757-18 (Ex. 18)<br>• 757-21 (Ex. 21)<br>• 757-22 (Ex. 22) |



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

| Document | Dkt. # and Pincite | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| Ex. 16 to Takashima Decl. | Dkt. 754-16 (Ex. 16), at 2-4 | Personal information of Amazon employees | The personal information in Dkt. 754-16 shall remain sealed. The original redacted version filed at Dkt. 757-16 shall also be sealed. Amazon may file a new public redacted version, attached as Exhibit B to the Trefz Declaration in support of Amazon's Motion to Seal. |
| Exs. 4 and 20 to Takashima Decl. | Dkts.:<br>• 754-4 (Ex. 4), at 6, 9-10<br>• 754-20 (Ex. 20), at 2-5 | Personal information of Amazon employees and confidential Amazon business information regarding Seller Fulfilled Prime | The personal and confidential business information in these documents shall remain sealed. Public redacted versions have been filed at Dkts.:<br>• 757-4 (Ex. 4)<br>• 757-20 (Ex. 20) |
| Ex. 5 to Takashima Decl. | Dkt. 754-5 (Ex. 5), at 103:11-12, 146:11-147:1 | Personal information of Amazon employees and confidential Amazon business information regarding electronic communications on sensitive topics | The personal and confidential business information in this document shall remain sealed. A public redacted version has been filed at Dkt. 757-5 (Ex. 5). |
| Ex. 14 to Takashima Decl. | Dkt. 754-14 (Ex. 14), at 2-4 | Personal information of Amazon employees and confidential Amazon business information regarding competitor classification and pricing practices | The personal and confidential business information in this document shall remain sealed. A public redacted version has been filed at Dkt. 757-14 (Ex. 14). |



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

| Document | Dkt. # and Pincite | Description of Confidential Material Sought to Be Sealed | Treatment |
|---|---|---|---|
| Declaration of Jon Dugan in Opposition to Plaintiffs' LCR 37 Motion, Dkt. 755 | | | |
| Declaration of Jon Dugan | Dkt. 755, at 4 | Personal information of Amazon employees | The personal information in this document shall remain sealed. A public redacted version has been filed at Dkt. 758. |
| Exs. 3, 4, 6, 7, 8, 9, and 11 to Dugan Decl. | Dkts.:<br>• 755-3 (Ex. 3), at 4-12, 15-16, 19-22<br>• 755-4 (Ex. 4), at 3, 5-8<br>• 755-6 (Ex. 6), at 2, 4-6<br>• 755-7 (Ex. 7), at 2-5, 8<br>• 755-8 (Ex. 8), at 4, 8<br>• 755-9 (Ex. 9), at 4-5<br>• 755-11 (Ex. 11), at 2-3 | Personal information of Amazon employees | The personal information in these documents shall remain sealed. Public redacted versions have been filed at Dkts.:<br>• 758-3 (Ex. 3)<br>• 758-4 (Ex. 4)<br>• 758-6 (Ex. 6)<br>• 758-7 (Ex. 7)<br>• 758-8 (Ex. 8)<br>• 758-9 (Ex. 9)<br>• 758-11 (Ex. 11) |

IT IS SO ORDERED.

DATED this ____ day of ________________, 2026.

________________________________________

THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

//

//

//

//



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*

Molly A. Terwilliger, WSBA #28449
Brian D. Buckley, WSBA #26423
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com
brian.buckley@Morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Edward C. Reddington (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Katherine Trefz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: hhubbard@wc.com
jschmidtlein@wc.com
khodges@wc.com
jpitt@wc.com
ereddington@wc.com
cmetz@wc.com
ktrefz@wc.com
cpruski@wc.com

**COVINGTON & BURLING LLP**

Thomas O. Barnett (*pro hac vice*)
Katherine Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5407
Email: tbarnett@cov.com
kmitchelltombras@cov.com

*Attorneys for Defendant Amazon.com, Inc.*