THE HONORABLE JOHN H. CHUN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br>Plaintiffs,<br>v.<br>AMAZON.COM, INC., a corporation,<br>Defendant. | **CASE NO.: 2:23-cv-01495-JHC**<br><br>**DECLARATION OF ERIC ZEPP IN SUPPORT OF PLAINTIFFS' OPPOSITION TO AMAZON'S MOTION TO EXCLUDE CERTAIN PORTIONS OF DR. DAVID S. EVANS' TESTIMONY** |

I, Eric Zepp, declare as follows:

1. I am an attorney in the Federal Trade Commission's ("FTC") Bureau of Competition, and I represent the FTC in the above-captioned action. I am over eighteen years of age and am competent to testify to the matters set forth in this declaration. I make the following statements based on my personal knowledge.

2. Pursuant to the Court's October 13, 2026 Order (Dkt. #715), the parties have provisionally filed under seal certain exhibits that contain material designated Highly Confidential—Attorneys' Eyes Only or Confidential under the Protective Order (Dkt. #160).



**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

3. Consistent with Local Rule 10(e)(10), red boxes have been added to the attachments to indicate excerpts referenced in Plaintiffs' Opposition to Amazon's Motion to Exclude Certain Portions of Dr. David S. Evans' Testimony.

4. Attached as **Exhibit 1** is a true and correct copy of excerpts from the Opening Expert Report of Dr. David S. Evans in this matter, dated March 27, 2026.

5. Attached as **Exhibit 2** is a true and correct copy of excerpts from the Reply Expert Report of Dr. David S. Evans in this matter, dated August 19, 2026.

6. Attached as **Exhibit 3** is a true and correct copy of Dr. David S. Evans' Response to Professor Gautam Gowrisankaran's September 12, 2026 Notes and Amazon Price Increases in this matter, dated September 17, 2026.

7. Attached as **Exhibit 4** is a true and correct copy of excerpts from the Rebuttal Expert Report of Professor Gautam Gowrisankaran in this matter, dated June 10, 2026.

8. Attached as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the September 18, 2026 deposition of Dr. David S. Evans.

9. Attached as **Exhibit 6** is a true and correct copy of excerpts from the transcript of the September 16, 2026 deposition of Professor Gautam Gowrisankaran.

10. Attached as **Exhibit 7** is a true and correct copy of the Opening Brief of the Federal Trade Commission in *FTC v. Meta Platforms, Inc.*, No. 26-5028 (D.C. Cir. May 22, 2026), Doc. No. 2174808.

11. Attached as **Exhibit 8** is a true and correct copy of excerpts from A. Colin Cameron & Pravin K. Trivedi, *Microeconometrics: Methods and Applications* (Cambridge Univ. Press 2005).



**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222

12. Attached as **Exhibit 9** is a true and correct copy of excerpts from Deniz Dutz, et al., *Selection in Surveys: Using Randomized Incentives to Detect and Account for Nonresponse Bias*, 93(5) Rev. Econ. Studies 3086 (2026).

13. Attached as **Exhibit 10** is a true and correct copy of David S. Evans, *Tests of Alternative Theories of Firm Growth*, 95(4) J. Pol. Econ. 657.

14. Attached as **Exhibit 11** is a true and correct copy of David S. Evans & Linda S. Leighton, *Retrospective Bias in the Displaced Worker Surveys*, 30(2) J. Hum. Res. 386.

15. Attached as **Exhibit 12** is a true and correct copy of excerpts from the Supplemental Expert Report of Professor Gautam Gowrisankaran, dated November 4, 2016, filed as Exhibit A to Plaintiffs' Motion to Exclude the Expert Testimony of Gautam Gowrisankaran in *Grasso v. Electrolux Home Prods.*, No. 8:16-cv-00911 (M.D. Fla. Feb. 17, 2017), Dkt. #160.

16. Attached as **Exhibit 13** is a true and correct copy of the U.S. Department of Justice & Federal Trade Commission, *Merger Guidelines* (Dec. 18, 2023).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 25, 2026, in Washington, D.C.

*s/ Eric Zepp*
Eric Zepp



**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2222