# Exhibit 2

## FILED UNDER SEAL