# Exhibit 3

## FILED UNDER SEAL