# Exhibit 5

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

---------------------------:
FEDERAL TRADE COMMISSION, :
Plaintiff, : Case No.:
vs. : 2:23-CV-01495
AMAZON.COM, INC., : JHC
Defendant. :
---------------------------:

Videotaped Deposition of
DAVID S. EVANS, Ph.D.
Washington, D.C.
Friday, September 18, 2026
9:10 a.m.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Job No. PA-8402665
Pages 1 - 285
Reported by: Robert M. Jakupciak, RPR

Videotaped Deposition of DAVID S. EVANS, Ph.D., held at the offices of:

Berkeley Research Group
1800 M Street, N.W.
Washington, D.C.

Pursuant to Notice, before Robert Michael Jakupciak, RPR, a Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:

A P P E A R A N C E S

On behalf of the Federal Trade Commission:
CHRISTINA SHACKELFORD, ESQUIRE
ERIC ZEPP, ESQUIRE
ED TAKASHIMA, ESQUIRE
ANDREW LEE, ESQUIRE (Via Zoom)
BRIAN SHIUE, ESQUIRE (Via Zoom)
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
cshackelford@ftc.gov
ezepp@ftc.gov
etakashima@ftc.gov
alee7@ftc.gov

On behalf of Amazon.com, Inc.:
JOHN E. SCHMIDTLEIN, ESQUIRE
KIMBERLY BROECKER, ESQUIRE
Williams & Connolly, LLP
680 Main Avenue, S.W.
Washington, D.C. 20024
(202) 434-5901
jschmidtlein@wc.com
kbroecker@wc.com
and

A P P E A R A N C E S (Cont'd.)

On behalf of Amazon.com, Inc.:

SONIA LAHR-PASTOR, ESQUIRE
Covington
850 Tenth Street, N.W.
Washington, D.C.
(202) 662-5148
slahrpastor@cov.com

On behalf of the Plaintiff States:
(Via Zoom)

MORGAN J. FEDER, ESQUIRE
Office of New York State
Attorney General Antitrust Bureau
28 Liberty Street, 20th Floor
New York, New York 10005
(212) 416-8288
morgan.feder@ag.ny.gov

and

ALEXANDRA SOSNOWSKI, ESQUIRE
Department of Justice
New Hampshire
alexandra.c.sosnowski@doj.gov

A P P E A R A N C E S (Cont'd.)

Also Present:

Videographer, Sam Francis

Ana McDowall (via Zoom)

versus Amazon?

MS. SHACKELFORD: Object to form.

A. I have not done, I have not done that analysis, although the economics of the, of the mechanism for charging for sponsored product listings on eBay has differences between itself and Amazon, which necessarily make eBay's financial interest entirely coincident with the shopper making a purchase, whereas in the case of Amazon, Amazon makes a considerable amount of money regardless of whether the shopper makes a purchase.

So I haven't, I haven't -- I don't have the data to document that any further, but there's a clear difference in the mechanisms that lead to that.

Q. Have you studied or compared the click-through rates for sponsored product listings on Amazon versus Walmart and Target or eBay?

A. I have not, and I have no data to do that with.

Q. Now, the time period that you

studied -- let me back up. You may have already said this, so I apologize if you have.

The entirety of your analysis with regards to take rate and specifically your analysis of the sponsored product listings, am I correct that it excludes any and all other types of Amazon ads products?

A. Yes.

Q. Now, what was the time period that you looked at for evaluating the increase in take rate?

A. 2015 to 2024.

Q. And during that time period, did you evaluate whether, overall, the quality of the Amazon Store and the quality of the shopping experience for consumers on the store increased?

MS. SHACKELFORD: Objection to form.

A. There are, there are two separate aspects of, of that.

So the right comparison for doing the monopoly power analysis is between the actual world and the "but for" world.

So in the, in the "but for" world, I have no reason to believe that Amazon over that period of time would not, like all other online marketplaces have done, improve the quality of its marketplace.

So in the "but for" world, I would expect that the improvements in the Amazon Store would be the same as in the, in the actual store, in the actual world.

So the right comparison is between Amazon in the actual world and Amazon in the "but for" world. And the difference between the actual and the "but for" world is the expansion of sponsored product listings. And that, that's been the subject of my analysis.

Q. Are you offering an opinion in this case as to whether the overall quality of the consumer experience on the Amazon Store is better, the same, or worse than that experienced on Walmart, Target, and eBay?

A. No.

MS. SHACKELFORD: Object -- sorry.

THE WITNESS: Your objection was not "shut up, don't say anything." It's easy for me to talk over them. Sorry.

BY MR. SCHMIDTLEIN:

Q. Are you offering an opinion in this case as to whether Amazon's sponsored product listings compete with any other comparable products or services?

MS. SHACKELFORD: Objection to form.

A. There are no comparable products or services. Sponsored product listings are shown to Amazon shoppers who have entered a query for a product and are shown responsive product listings in response to their query. So at the time they are entering that query and may have an intent to purchase, they are on the Amazon search results page. So there is no, there is no substitute at that point for the sponsored product listing.

Q. So from your perspective, sellers don't have any alternatives in terms of whatever value they obtain for bidding into the auction to get a sponsored product listing?

UNITED STATES OF AMERICA )
ss:
DISTRICT OF COLUMBIA )

I, ROBERT M. JAKUPCIAK, an RPR and Notary Public within and for the District of Columbia do hereby certify:

That the witness whose deposition is hereinbefore set forth, was duly sworn and that the within transcript is a true record of the testimony given by such witness.

I further certify that I am not related to any of these parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 29th day of September, 2026.

_________________________

My Commission Expires:
February 28, 2029