# Exhibit 9

Review of Economic Studies (2026) **93**, 3086–3132 https://doi.org/10.1093/restud/rdag003
© The Author(s) 2026. Published by Oxford University Press on behalf of The Review of Economic Studies Limited. All rights reserved. For commercial re-use, please contact reprints@oup.com for reprints and translation rights for reprints. All other permissions can be obtained through our RightsLink service via the Permissions link on the article page on our site—for further information please contact journals.permissions@oup.com.
Advance access publication 23 February 2026

Downloaded from academic.oup.com/restud/article/93/5/3086/8494738 by Carnegie Mellon University user on 23 October 2026

# Selection in Surveys: Using Randomized Incentives to Detect and Account for Nonresponse Bias

Deniz Dutz
*University of Chicago, USA*
Ingrid Huitfeldt
*BI Norwegian Business School and Statistics Norway, Norway*
Santiago Lacouture
*University of Chicago, USA*
Magne Mogstad
*University of Chicago and NBER, USA; Statistics Norway, Norway*
Alexander Torgovitsky
*University of Chicago, USA*
and
Winnie van Dijk
*Yale University and NBER, USA*

*First version received October* 2022*; Accepted July* 2025 *(Eds.)*

We show how to use randomized participation incentives to test and account for nonresponse bias in surveys. We first use data from a survey about labour market conditions, linked to full-population administrative data, to provide evidence of large differences in labour market outcomes between survey participants and nonparticipants, differences which would not be observable to an analyst who only has access to the survey data. These differences persist even after correcting for observable characteristics. We then use the randomized incentives in our survey to directly test for nonresponse bias and find evidence of substantial bias. Next, we apply a range of existing methods that account for nonresponse bias and find they produce bounds (or point estimates) that are either wide or far from the ground truth. We investigate the failure of these methods by taking a closer look at the determinants of participation, finding that the composition of participants changes in opposite directions in response to incentives and reminder emails. We develop a model of participation that allows for two dimensions of unobserved heterogeneity in the participation decision. Applying the model to our data produces bounds (or point estimates) that are narrower and closer to the ground truth than the other methods. Our results highlight the benefits of

*The editor in charge of this paper was Noam Yuchtman.*

including randomized participation incentives in surveys. Both the testing procedure and the methods for bias adjustment may be attractive tools for researchers who are able to embed randomized incentives into their survey.

*Key words*: Surveys, Nonresponse bias, Selection bias, Randomized incentives, Partial identification

*JEL codes*: C0, C01, C1, C36, C42, C83, H0, J0

## 1. INTRODUCTION

Surveys are widely used to inform policy decisions. For example, survey data collected by the U.S. Census Bureau are used to distribute around $675 billion in federal funds annually (Hotchkiss and Phelan, 2017). Survey data also play an important role in economics research (Currie *et al.*, 2020, and Section 2 of this paper) and social science more broadly (Sturgis and Luff, 2021). Collecting survey data requires participation on the part of those being surveyed. If participation in a survey is correlated with potential responses to the questions asked in the survey, then the results of the survey will be contaminated with nonresponse bias, making them potentially misleading descriptions of the targeted survey population.

The issue of nonresponse bias in surveys has long been appreciated in economics.[1] It is less often discussed in recent empirical research that uses survey data. We conducted a systematic review of recent empirical research in economics to document how empirical researchers in economics cope with the possibility of nonresponse bias in survey data. We find that nonresponse rates are often high, yet discussions of potential nonresponse bias are uncommon: nearly half of the reviewed papers omit any discussion of nonresponse bias. This is perhaps surprising given the discipline's increasing focus on causal inference, which can be viewed as a more elaborate missing data problem.[2]

In this article, we show how to use randomized financial incentives for survey participation to detect and account for nonresponse bias. Incentives for participation are already common features of surveys. Randomly assigning *different* incentives creates ex ante identical groups with different participation rates whose responses should, on average, be the same if there is no nonresponse bias and if changing incentives does not directly affect participants' answers to a survey question. This observation suggests a test for the presence of nonresponse bias, which we show how to implement. We then consider ways to use the exogenous variation provided by randomly assigned incentives to identify and estimate average responses for the entire population that the survey sample is drawn from. We develop a new model of participation that combines incentives with reminders, allowing us to better learn about population average responses even in the presence of nonresponse bias.

We apply the test for nonresponse bias, and the methods designed to account for it, to data from the "Norge i Koronatid" (NiK) survey. The goal of the NiK survey was to study the immediate labour market consequences of the COVID-19 lockdown that began in March 2020. In addition to randomly assigned incentives for participation, the NiK survey has two attractive features for analysing survey participation and nonresponse bias. First, Statistics Norway drew a random sample from the entire adult population, ensuring that the survey population is representative of the target population. Second, Statistics Norway merged the survey data with data from

1. For example, see Hausman and Wise (1979) and the 1998 special issue of the *Journal of Human Resources* on attrition in longitudinal surveys.

2. For instance, Currie *et al.* (2020) document that the share of economics papers containing terms related to identification strategies, (quasi-)experimental methods, or selection bias has been consistently increasing since 1980.

Downloaded from academic.oup.com/restud/article/93/5/3086/8494738 by Carnegie Mellon University user on 23 October 2026

Case 2:23-cv-01495-JHC Document 776-9 Filed 11/25/26 Page 4 of 10



administrative sources, enabling us to quantify differences between participants and nonparticipants that would be unobserved to the survey analyst, and providing us with a ground truth to assess the performance of alternative methods designed to account for nonresponse bias.[3]

Our initial analysis of the NiK survey delivers three findings. First, the administrative data shows that the labour market outcomes of those who participated in the NiK survey are substantially different from those who did not participate. We find, in line with Bollinger *et al.* (2019), that corrections based on observable characteristics commonly used in survey research do not eliminate these differences.[4] This finding raises concerns about bias in survey responses due to selection on unobservables. Second, we directly test for nonresponse bias in survey responses by comparing responses across incentive groups. We find that there are significant and substantial differences in responses between incentive groups, and that these differences persist after adjusting for observables. These findings show that nonresponse bias can be a serious problem even in a survey implemented using best practices by a national statistical agency. Finally, we find that trying to mitigate differences between participants and nonparticipants by increasing incentives could backfire for the NiK survey: even though participation rates increase with incentives, the marginal participants induced to respond by higher incentives are even more different from nonparticipants than those who participate under lower incentives.[5]

A variety of statistical methods have been designed to account for nonresponse bias. In our review, we find that these methods are used infrequently. The most common approach is to assume that responses are missing at random after controlling for a set of observables, so that nonresponse bias can be removed by reweighting. This assumes away nonresponse bias due to unobservable differences between participants and nonparticipants. Yet, our empirical results suggest that unobservable differences can play a driving role in nonresponse bias.

Because the NiK survey is linked to administrative data, it offers an opportunity to evaluate the performance of methods that allow for selection on unobservables. We apply a range of methods, including worst-case bounds, bounds that incorporate monotonicity assumptions, and approaches based on parametric and nonparametric selection models. We evaluate these methods by their fidelity to the ground truth the population averages computed from the entire population using the administrative data when using only administrative data on the survey participants. We find that some of the methods produce bounds that contain the population quantities but are quite wide. Other methods produce bounds (or point estimates) that are inconsistent with the population quantities, suggesting that the underlying assumptions may be violated. In some cases, even seemingly weak assumptions lead to incorrect conclusions about the population quantities.

We investigate the failure of these methods in the NiK survey by taking a closer look at the determinants of participation. By considering the impacts of both incentives and reminders on response, we find evidence that there are two types of nonparticipants: "active" nonparticipants who saw the NiK survey invitation and declined to participate because the incentive was too low, and "passive" nonparticipants who never saw the invitation, but might have participated had

3. We use the term "ground truth" to refer to a benchmark for measuring nonresponse bias. For example, since the administrative data includes the adult population of Norway, we can use it to calculate the population employment rate, and compare it to the employment rate among survey participants (as measured in the administrative data). This comparison isolates nonresponse bias, because it eliminates differential measurement of employment status in the survey responses and the administrative data.

4. Bollinger *et al.* (2019) use Current Population Survey individual records linked to administrative earnings data to show that nonresponse is not independent of earnings, even after controlling for observables.

5. This finding is in line with Groves and Peytcheva (2008) and Meterko *et al.* (2015), who argue, based on a meta-analysis, that there is no clear relationship between response rate and nonresponse bias.

Downloaded from academic.oup.com/restud/article/93/5/3086/8494738 by Carnegie Mellon University user on 23 October 2026

Case 2:23-cv-01495-JHC Document 776-9 Filed 11/25/26 Page 5 of 10



they seen it. We also find evidence that these two types of nonparticipants have labour market outcomes different from those of the participants, but in opposite directions. We argue that such a scenario is one instance in which one might expect existing methods to perform poorly.

We develop a new method that builds on existing methods by incorporating a distinction between active and passive nonresponse. Our method uses a model of participation that accounts for both variation in randomly assigned incentives and the timing of reminder emails. We show how to use the new method to correct for nonresponse bias and produce either bounds or point estimates on population-level average responses under different auxiliary shape restrictions. Applying the method to our data produces bounds (or point estimates) that are narrower and closer to the ground truth than existing methods.

This article is related to literatures in statistics, economics, and survey methodology on reducing and correcting for nonresponse bias.[6] We contribute to these literatures in several ways.

First, we show how randomized financial incentives can be used to test and account for nonresponse bias due to unobserved differences between participants and nonparticipants. We document that surveys used to study aggregate statistics or treatment effects in the economics literature often include incentives, but typically do not randomly assign them.[7] In such cases, randomized incentives can often be incorporated into surveys with little to no additional costs. Our findings and methods point to additional opportunities for randomization in surveys used in economics research.

Second, our empirical results underscore that what matters for nonresponse bias is not the participation rate per se, but *who* participates. In the NiK survey, nonresponse bias actually *increases* with participation rates.[8] This suggests that guidance on survey design may benefit from more nuance. For example, the U.S. Office of Management and Budget (2006, p.60) asserts that "response rates are an important indicator of the potential for nonresponse bias" in its guidelines of minimum methodology requirements for federally funded projects. Similarly, the Abdul Latif Jameel Poverty Action Lab (J-PAL) publishes research guidelines which state that "increasing response rates on a subsample and up-weighting the subsample will reduce bias" (J-PAL, 2021); and that the "risk of bias [is] increasing with the attrition rate" (J-PAL, 2020). The NiK survey provides an example that brings this guidance into question, consistent with previous work suggesting that encouraging survey participation tends to skew sample composition along a number of dimensions (see Juster and Suzman, 1995; Martin and Winters, 2001, and references therein).[9]

Third, there are a variety of methods that correct for nonresponse bias due to selection on observable characteristics (see, for example, Little and Rubin, 2019). Our survey provides an example in which selection on unobservables is a main driver of nonresponse bias, and thus these

6. The survey methodology literature on nonresponse is reviewed in Groves *et al.* (2002), Singer (2006), Bethlehem *et al.* (2011), and National Research Council (2013a); see also Groves *et al.* (2009, Section 6) for a textbook summary.

7. Three exceptions are Moffitt (2004), Bhattacharya and Isen (2009), and Coffman *et al.* (2019) who use randomized incentives and interpret differences in survey participant means across incentive groups as evidence of selection. In the survey methodology literature, several studies have looked at the impact of incentives on survey participation rates (see Groves *et al.*, 2009; Singer and Ye, 2013, and references therein).

8. These patterns may of course be different in surveys conducted outside of periods of policy and economic uncertainty. At the same time, an advantage of surveys is that they can often provide insights to policy makers on a shorter timeline than administrative data, and are thus especially useful in times of crisis. In any case, the methods we develop and apply can be used in times of crisis or non-crisis.

9. With explicit reference to our study and findings, J-PAL has changed its advice to researchers, now emphasizing that low (high) participation rates do not necessarily indicate (small) nonresponse bias, and researchers should consider ways of testing and accounting for nonresponse bias other than adjusting for observable differences between participants and nonparticipants.

Downloaded from academic.oup.com/restud/article/93/5/3086/8494738 by Carnegie Mellon University user on 23 October 2026

methods fail to correct for nonresponse bias.[10] Moreover, we find that widely used reweighting methods sometimes exacerbate nonresponse bias by amplifying unobservable differences.

Fourth, we evaluate the performance of existing methods that try to address selection on unobservables. Our survey provides an attractive setting for evaluating the performance of these methods against a known ground truth, in the spirit of LaLonde's (1986) evaluation of non-experimental estimators of treatment effects. Worst-case bounds and bounds that incorporate shape restrictions (such as monotonicity assumptions) are considered in a series of papers by Manski and co-authors (Manski, 1989, 1990, 1994; Horowitz and Manski, 1998; Manski and Pepper, 2000; Manski, 2016), and applied to study population parameters in the presence of sample selection by, for example, Blundell *et al.* (2007). Approaches based on parametric and nonparametric selection models are based on a line of work by Gronau (1974), Heckman (1979), Heckman and Vytlacil (2001), Vytlacil (2002), and Heckman and Vytlacil (2005, 2007).[11]

Fifth, we contribute to a small and mostly theoretical literature on selection models with multiple dimensions of unobserved heterogeneity. Multiple dimensions of unobserved heterogeneity arise naturally in instrumental variable models with ordered and unordered treatments (for example, Heckman and Vytlacil, 2007; Kirkeboen *et al.*, 2016; Heckman and Pinto, 2018; Lee and Salanié, 2018; Mountjoy, 2021; Humphries *et al.*, 2024), as well as in settings with multiple instruments (Mogstad *et al.*, 2020). While related, our multidimensional selection model is designed more specifically for modelling different forms of nonparticipation in surveys with randomized incentives. Our analysis of the model highlights some of the identification challenges created by multiple unobservables, and demonstrates how one can overcome these challenges with partial identification approaches.

The structure of the article is as follows. In Section 2, we present data on the ways in which empirical research in economics addresses nonresponse bias in surveys. In Section 3, we discuss the NiK survey. In Section 4, we measure nonresponse bias in the NiK survey using administrative data, and then we show how randomized incentives can be used to directly test for nonresponse bias in survey responses. In Section 5, we evaluate the performance of existing methods that allow for selection in unobservables. In Section 6, we develop a new method based on a model that allows for both active and passive nonresponse. Section 7 concludes by distilling our results into concrete recommendations for practitioners.

## 2. SURVEY DATA AND NONRESPONSE IN EMPIRICAL ECONOMICS RESEARCH

In this section, we present descriptive facts about the use of survey data in empirical research in economics. These facts guide our discussion in the remainder of the article.

We draw on data from several sources. To document trends in the use of survey data since 1974, we use text data on NBER Working Papers and on the so-called "top-five publications"

10. Of course, the importance of observables versus unobservables depends on which variables the analyst observes. Our analysis considers a set of observables that are commonly used to assess or adjust for nonresponse bias in economics research using survey data.

11. These techniques have been applied to survey data by, for example, Horowitz and Manski (1998), Manski (2003), Heckman and LaFontaine (2006), Gørgens and Ryan (2008), Bollinger and Hirsch (2013), Hokayem *et al.* (2015), Manski (2016), McGovern *et al.* (2018), and Manski and Molinari (2021) to account for selection when using survey data to estimate population means, and by Bhattacharya and Isen (2009), Behaghel *et al.* (2015), and DiNardo *et al.* (2021) in a program evaluation context to identify treatment effects for local subpopulations (for example, the individuals who respond to the survey) under additional assumptions.

Downloaded from academic.oup.com/restud/article/93/5/3086/8494738 by Carnegie Mellon University user on 23 October 2026

from multiple databases.[12] To quantify the prevalence and severity of nonresponse, we aggregate information about nonresponse rates in large-scale U.S. household surveys that are frequently used to inform policy decisions and in academic research.[13] Finally, to systematically document nonresponse in recent empirical economics research and empirical researchers' practices in coping with possible nonresponse bias, we use the results of a systematic review of survey-based research published in top-five economics journals between 1st January 2015 and 31st August 2020. We conducted this review after consulting the most recent PRISMA guidelines for systematic reviews, which are widely followed in the biomedical sciences (Page *et al.*, 2021). A detailed description of our protocols can be found in Supplementary Appendix D.

The papers in our review use survey data to study a variety of questions. Some papers are primarily descriptive in nature, such as Piketty *et al.* (2018), who use the Current Population Survey to study mean wages among income-tax non-filers (among other things). Another example is Livshits *et al.* (2016), who use the Survey of Consumer Finances to study the fraction of households with credit cards. The review also includes studies that focus primarily on treatment effects. For example, Coffman *et al.* (2019) study how being offered a loan affects career choices of recent college graduates, using variation from a randomized controlled trial, and Booij *et al.* (2016) study treatment effects of randomly assigned peer groups on educational outcomes. As discussed in Section 4 and Supplementary Appendix H, nonresponse may lead to biased estimates both in studies aiming to answer descriptive questions and in studies that examine treatment effects.

**Descriptive Fact #1:** *The collection and use of survey data in economics research has increased over the past decade.*

Figure 1 shows how the collection and use of survey data in economics research have evolved since 1974. The use of survey data increased during the 1980s and early 1990s, before starting to decline in the mid-1990s. The increase happened in conjunction with a rise in the use of systematically collected household survey panels, such as the NLSY79, the HRS, and the SIPP. Since 2010, the data show a renewed upward trend despite no change in the use of these household survey panels.[14] This suggests that not only are economists using survey data more, but they have also turned to generating their own customized survey data. In principle, such a shift towards researcher-generated survey data would mean that researchers increasingly have the option to tailor their survey design and implementation to increase response rates as well as to test and correct for nonresponse bias, for example along the lines of the survey design we study in this article.

**Descriptive Fact #2:** *Nonresponse bias is a significant possibility in most survey-based economics research: nonresponse rates are often high, and they have been increasing even for household panels that are used to validate the representativeness of other surveys.*

12. The top-five journals referenced throughout this article are the *Journal of Political Economy*, the *American Economic Review*, the *Quarterly Journal of Economics*, the *Review of Economic Studies*, and *Econometrica*. We collected data on the titles and abstracts of publications in these journals between January 1974 and August 2020 from the Web of Science database, the EconLit database, and JSTOR. Details on data collection and harmonization across the different sources are in Supplementary Appendix A. We use the NBER Working Paper Metadata (National Bureau of Economic Research, 2020) to capture research not published in top-five journals (see Supplementary Appendix B for details).

13. See Supplementary Appendix C for details on the construction of this data set.

14. The trends are similar if we restrict attention to fields classified as applied microeconomics (see Supplementary Appendix Figure A.2), or if we instead use data on NBER Working Papers (see Supplementary Appendix Figure B.1). Currie *et al.* (2020) also find similar trends using a different approach and data set (see their Supplementary Appendix Figure A.II, Panel A).

Downloaded from academic.oup.com/restud/article/93/5/3086/8494738 by Carnegie Mellon University user on 23 October 2026




FIGURE 1

Use of survey data in top-five publications

*Notes:* Sample consists of papers with available abstract published in top-five economics journals between January 1974 and August 2020. Records were obtained from the Web of Science, JSTOR, and EconLit. The solid line depicts the fitted values of a local linear regression of the yearly share of papers that include the word “survey”, or variations thereof such as “surveyed” or “surveys”, in their title or abstract. The dashed line depicts the fitted values of a local linear regression of the yearly share of papers that include the name or acronym of any of the following surveys in their abstract or title: CPS, ACS, CEX, HRS, NLSY79, NLSY97, CNLSY, SIPP, SCF, ATUS, SCE, GSS, NHIS, or PSID, on year. We use a bandwidth of 2 years with an Epanechnikov kernel. 90% confidence intervals are presented in shaded areas. See Supplementary Appendix A for more details on sample and time series construction

Our systematic literature review reveals that nonresponse rates in economics research are often high. This is especially true when the data are researcher-generated: the average nonresponse rate is 50% for such surveys in our review sample.[15] Among studies that use data borrowed from pre-existing U.S. household surveys, the average nonresponse rate is 19%. For studies in both categories, nonresponse rates reach as high as 87%. Figure 2 visualizes the nonresponse rates in our review sample.

The phenomenon of rising nonresponse rates in major household surveys has been documented repeatedly and in a wide variety of settings.[16] It is seen even in the panel surveys that are often used to validate the representativeness of other surveys, such as the Current Population Survey. This trend has not slowed over the past five years—if anything, it appears to be accelerating (see Figure 3). Although higher nonresponse rates do not necessarily imply an increase in nonresponse bias, these levels and trends suggest that nonresponse bias is a serious possibility in most survey-based economics research even when the data comes from sources widely regarded as achieving the highest possible standards of data quality.

**Descriptive Fact #3:** *Researchers frequently omit discussion of potential nonresponse bias.*

15. Studies that did not use a probability sample (35% of papers using their own survey data) were excluded from our review as it is not possible to calculate nonresponse rates for such studies that can be compared to response rates based on probability samples. Nearly half (43%) of the studies that were excluded from our response rate analysis on this basis used data collected by marketing firms (Respondi, Qualtrics, C&T Marketing, and Growth from Knowledge).

16. See, for example, National Research Council (2013b), Meyer *et al.* (2015), and Czajka and Beyler (2016) for the U.S., and de Leeuw and de Heer (2002) for other high-income countries.

Downloaded from academic.oup.com/restud/article/93/5/3086/8494738 by Carnegie Mellon University user on 23 October 2026

Case 2:23-cv-01495-JHC Document 776-9 Filed 11/25/26 Page 9 of 10






FIGURE 2
Nonresponse rates in surveys used in top-five publications

*Notes:* This figure shows boxplots of nonresponse rates in the papers selected for our systematic review. The boxplot “Own survey data” includes papers where survey data is collected by the authors using a probability sample. The “Borrowed survey data (US)” boxplot includes papers that borrow survey data from one of the major US household surveys. See Supplementary Appendix D for more details




FIGURE 3
Nonresponse rates of U.S. large household surveys over time

*Notes:* This figure shows time trends in the yearly nonresponse rates for seven large-scale, cross-sectional U.S. surveys: the Consumer Expenditure Surveys (CE), the Current Population Survey (CPS), the General Social Survey (GSS), the National Health Interview Survey (NHIS), the American Community Survey (ACS), the Survey of Income and Program Participation (SIPP), and the American Time Use Survey (ATUS). Details on data sources and construction of the nonresponse rates can be found in Supplementary Appendix C

Downloaded from academic.oup.com/restud/article/93/5/3086/8494738 by Carnegie Mellon University user on 23 October 2026

Despite the prevalence of high nonresponse rates in economics research, we find that nearly half of the studies in our review sample do not include a discussion of potential nonresponse bias and its consequences for the study's findings. This practice stands in stark contrast to the care taken in discussing and dealing with potential selection bias when answering causal inference questions. One explanation for this practice is that researchers believe that nonresponse bias is irrelevant for the interpretation of a study's findings, which would be implied by the assumption that responses are missing completely at random. The findings in our article speak directly to whether such an assumption is warranted without further analysis and testing.

**Descriptive Fact #4:** *When researchers discuss potential nonresponse bias, they assume either that responses are missing completely at random, or that selection into participation is based exclusively on observables.*

In empirical research, economists largely use two strategies to explicitly address potential nonresponse bias. The first is to compare participant sample means to a reference population and (explicitly or implicitly) assert that no adjustment is necessary if little difference is found. Our systematic review shows such comparisons are found in 47% of papers using own survey data and in 6% of papers using borrowed survey data from one of the twelve prominent U.S. household surveys. The second is to apply a reweighting-on-observables procedure. This procedure is applied by 16% of papers using own survey data, and 53% of papers using borrowed data.

The current practice of assuming responses are missing completely at random or selection is based exclusively on observables raises the question of whether nonresponse bias due to unobservables is empirically important, and how to test and correct for it. These questions motivate our article.

**Descriptive Fact #5:** *Ex ante strategies for mitigating nonresponse bias—such as providing participation incentives—are common. These strategies are rarely designed to test for or address selection into survey participation based on unobservables.*

The studies in our review sample largely use two types of strategies to increase the overall response rate. The first is intensive modes of outreach, such as in-person interviews, or repeated emails or calls. The second is to offer financial or in-kind incentives for survey completion. Incentives for survey completion are typically offered uniformly across participants, or are varied in a non-random way, for example the type or level of incentive is determined by membership of a specific demographic group.[17] In our review of recent top-five publications, 52% of surveys from studies collecting their own survey data use some form of incentives, and nearly all of these (93%) use financial incentives.

Our findings in this article show that such ex ante strategies could increase nonresponse bias, rather than mitigate it. Moreover, by applying these strategies uniformly across potential participants, rather than using them for a random subset of invitees, existing studies forgo the ability to test and correct for selection into survey participation based on unobserved factors. This suggests a natural direction for exploring possible improvements over current practice: data collection strategies that embed exogenous variation in participation incentives, such as the one we demonstrate in this article.

17. In our review, two papers were exceptions to this rule. The first is DellaVigna *et al.* (2017), for whom the effect of randomly assigned incentives on survey participation is of substantive interest. The second is Coffman *et al.* (2019), who use survey incentives to test for selection, concluding little if any evidence of significant selection on unobservables. In Supplementary Appendix E, we re-analyse Coffman *et al.* (2019)'s published data and show that, for all but one of the variables considered, their study was underpowered to detect economically meaningful differences across incentive levels.

Downloaded from academic.oup.com/restud/article/93/5/3086/8494738 by Carnegie Mellon University user on 23 October 2026