# Exhibit 10

# Tests of Alternative Theories of Firm Growth

David S. Evans

*Fordham University*

This study examines the relationships among firm growth, firm size, and firm age for a sample of manufacturing firms between 1976 and 1982. Firm growth is found to decrease with firm age and firm size. These findings are robust to alternative assumptions concerning the effects of sample censoring and the functional form of the growth relationship. The inverse growth-age relationship is consistent with a theory of firm learning proposed by Jovanovic while the inverse growth-size relationship is inconsistent with a number of theories that assume or imply Gibrat's law.

## I. Introduction

This paper makes several contributions to the empirical literature on firm growth. First, it examines the relationship between firm growth and firm age. This relationship is important because some theories of firm growth predict a particular pattern of growth over the life cycle of the firm. The study finds that firm growth decreases with firm age. This inverse relationship between growth and age is consistent with

This article is a substantially revised version of a paper that has circulated under several titles since 1984. I would like to thank James Albrecht, Zvi Griliches, John Hause, James Heckman, Bruce Phillips, Mark Schankerman, Herbert Simon, William Whiston, Sidney Winter, two anonymous referees, and seminar participants at New York University and Yale University for helpful comments. I am especially grateful to Boyan Jovanovic and Ariel Pakes. Some of my research was completed while I was a visiting scholar at New York University's C. V. Starr Center for Applied Economics. My research was supported in part by funding from the Office of Advocacy, U.S. Small Business Administration, to CERA Economic Consultants, Inc., under contract SBA-7186-OA83. The views expressed in this article do not necessarily reflect the views of the Small Business Administration or its employees or any of my colleagues who have so kindly commented on earlier versions of this article.

[*Journal of Political Economy*, 1987, vol. 95, no. 4]
© 1987 by The University of Chicago. All rights reserved 0022-3808/87/9504-0001$01.50

Jovanovic's (1982) theory of firm growth in which firms uncover their true efficiencies over time with a Bayesian learning process.

Second, it examines the relationship between firm growth and firm size for several alternative samples of firms including the complete size distribution of firms. The precise form of this relationship is important because a number of theories either assume or imply a certain relationship for particular samples. The study finds that firm growth decreases with firm size for all relevant samples. This finding is important because a number of theories, including Simon and Bonini (1958), Lucas (1967, 1978), and special cases of Jovanovic (1982), either assume or imply that firm growth is independent of firm size, that is, that Gibrat's law holds.[1]

Third, in examining the relationship between firm growth and firm size the study addresses three econometric questions that previous studies have largely ignored. The first question concerns the shape of the firm growth–firm size relationship. Previous studies have assumed a linear relationship. This study finds that the relationship is highly nonlinear so that the growth-size relationship varies over the size distribution of firms. The second question concerns the effect of sample selection on the growth-size relationship. Mansfield (1962) conjectured that the inverse relationship between growth and size was an artifact of the exit of slow-growing firms from the sample. This study finds that the inverse relationship is robust to this kind of sample censoring. The third question concerns the effect of heteroscedasticity on inferences. This study reports results that pass White's (1980*a*, 1982) specification test and are therefore presumably not afflicted by heteroscedasticity or, for that matter, a host of other possible specification problems.

The study is based on a sample of approximately 20,000 manufacturing firms drawn from a data set created by the Small Business Administration from information originally collected by Dun and Bradstreet. Firm growth is analyzed between 1976 and 1982, which was the longest time span available at the time the study was done. Firm size is measured by employment since asset data are not available. Data are pooled across industries.[2] Two related papers examine whether the results are sensitive to the time span considered (which ends in the 1982 recession), the pooling of industries, and the use of employment as a size measure. Evans (1987) reports separate results for four-digit Standard Industrial Classification industries and examines growth between 1976 and 1980. Evans (1986*a*) examines the

[1] See also Nelson and Winter (1982), who predict an inverted U relationship for older firms.

[2] The inclusion of dummies for two-digit industries was found, in preliminary work, not to affect the general results.

growth of assets, sales, and employment for Fortune 500 companies between 1958 and 1984. The results of these papers are consistent with the results reported below.

The next section of the paper describes the data used in the study. The third section summarizes the assumptions or implications of various theories for the firm growth-size-age relationship and then presents a statistical framework for testing these assumptions or implications. The fourth section reports the estimation and test results. The fifth section discusses the results and makes some suggestions for future research in this area.[3]

## II. Data

The sample was drawn from the Small Business Data Base (SBDB), which was constructed by the Office of Advocacy of the U.S. Small Business Administration (SBA) from information originally collected by Dun and Bradstreet for its credit reports. (See Executive Office of the President [1984, pp. 405–38] for further details.) Data are available on firm age, number of employees, sales, and various aspects of corporate structure for 1976, 1978, 1980, and 1982. Employment data are available for more fims and are more reliable than are sales data.[4] Asset data are not available. Consequently, this study uses employment as a measure of firm size. The data set includes most manufacturing firms with employees. Because Dun and Bradstreet collects data either in response to a credit check on a firm or because a firm wants a credit rating, firms that do not purchase factors on credit are less likely to enter the data set. The result of this selection is that very small firms are underrepresented. For 1980, the data set contains 4.0 million firms from all industries, whereas the Internal Revenue Service (IRS) lists 13.3 million firms filing tax returns. The breakdowns by sales size are: $1 million or more: 0.5 million firms for SBA and 0.5 million firms for IRS; $100,000–$999,999: 2.1 million versus 2.3 million; $25,000–$99,999: 1.1 million versus 2.7 million; and $0–$25,000: 0.25 million versus 7.8 million. Most firms with sales of under $100,000 do not have employees other than the owner; many are not full-time concerns (see Executive Office of the President 1984,

[3] Three appendices are available in Evans (1986*b*). The first discusses theories of firm growth in greater detail than is desirable here. The second discusses the statistical methodology used to obtain the estimates. The third examines the sensitivity of the results to assumptions about sample selection and the functional form of the growth relationship.

[4] Most firms have employment data on a quarterly basis for FICA reporting, whereas sales data are often available on a yearly basis. Consequently, the employment data reported to Dun and Bradstreet interviewers are more likely to be up-to-date and accurate than the sales data. Estimates for sales are similar to those for employment.

p. 417). Thus, while this data set does not represent the complete population of firms, it does represent most full-time enterprises.

The fact that a firm has data on a file for a particular year does not necessarily mean that the data apply to that year. Because of reporting and collecting delays, the data for some firms are older than the data for other firms. In order to ensure that the growth rates apply to roughly the same time period, firms were excluded from the study if their data were more than 2 years old in either 1976 or 1982.[5] The growth rate used in this study is defined as the annual logarithmic change in employment between the date at which data on the 1976 file applied and the date at which the data on the 1982 file applied. The dependent variable for the growth regressions is therefore defined as $(\ln S_{t'} - \ln S_t)/4(t' - t)$, where $t$ and $t'$ are measured in 3-month intervals.

Dun and Bradstreet asked firms when they were started. The SBA used this information to calculate the age of the firm. Unfortunately, age is reported by year only for firms under 7 years of age in 1976. It is reported by four age intervals for firms 7 years and older: 7–20, 21–45, 46–95, and 96 and older. Separate estimates were obtained for firms with continuous age data and for firms in each of the age intervals. Firms in the 46–95 and 96 and over age categories were pooled because there are few firms in the latter category.[6] The regressions for firms in each of the age intervals are correctly specified under the null hypothesis that age does not matter and are therefore sufficient for testing some of the hypotheses discussed in the next section.

There is no information in the data set concerning mergers or acquisitions. When one firm acquires another firm, the acquiring firm will experience growth and the acquired firm will appear as a dissolution. It is not possible to treat internal growth and growth from merger separately with this data set. (The major previous studies of growth, with the exception of Kumar [1985], have also ignored mergers and acquisitions.) While this treatment of growth and dissolution is not entirely satisfactory, it is a reasonable price to pay for the quantity of data obtained.[7]

[5] Roughly a fifth of all firms were excluded from the sample. The results of the analysis, however, are basically unchanged when all firms are included.

[6] An alternative method for handling the lack of continuous data on age for older firms is to fit a distribution to the age data, calculate average age for firms in given age intervals, and include imputed age as a regressor. See Brock and Evans (1986) and Evans (1987) for estimates based on this approach.

[7] A study of mergers of food manufacturing firms with more than 20 employees found that 21.4 percent of firms exited while 3.3 percent were acquired by other firms. The proportion of mergers among all firms is probably smaller. See MacDonald (1986), who also discusses the reliability of the data.

As with most data based on surveys, the SBDB data are subject to various errors due to firms' reporting bad data, firms' misunderstanding questions, or Dun and Bradstreet's making various clerical errors. Several studies have examined the quality of these data. MacDonald (1986) found that Dun and Bradstreet tends to assign more small firms to manufacturing than does the Census Bureau. Given the ambiguity of industry definitions, this is not surprising. This study reduces the seriousness of this problem by undersampling small firms. For the larger firms he examines, MacDonald found that the SBDB employment data are fairly accurate when checked with the firms themselves or other data sources. Jacobson (1985) reached a similar conclusion about the quality of the data from a comparison of SBDB data and unemployment insurance records. One problem he found is that many of the firms with no employment in the SBDB had closed according to the unemployment records. This is less likely to be a problem for the 6-year time period considered in this study. For analyzing growth over fairly long periods of time, the quality of the SBDB appears reasonable compared with other micro data sets used by economists. The results of this study are sufficiently promising to warrant the development of more refined data sets on which the results of this study can be replicated and extended.

This study drew a sample of 27,046 firms stratified by firm size in 1976 from the data set. Larger firms were oversampled. Of the 21,218 surviving firms, data less than 2 years old were available for 17,399. The average length of time between observations was 5.8 years with a standard deviation of 0.5 years. For each age-size category, table 1 reports the number of surviving firms, the average annual growth rate of employment between 1976 and 1982 for these surviving firms, and the fraction of firms that survived between 1976 and 1982. As one would expect given that the economy was in a severe recession in 1982, there are substantial decreases in employment especially for larger firms. Exit rates generally decline with the age and size of the firm.

## III. Empirical Framework

### *Some Theoretical Considerations*

Empirical findings that firm growth is roughly independent of firm size (see Hart and Prais [1956] for the classic study) have led to the development of a number of industrial organization theories in which Gibrat's law is taken as an assumption or as a desirable implication. Simon and Bonini (1958) assume that Gibrat's law holds for firms above the minimum efficient size level. Lucas's (1978) influential

TABLE 1

GROWTH RATE, EXIT RATE, AND SAMPLE SIZE

| Number of Employees (1976) | Age (1976) 0–6 | 7–20 | 21–45 | 46–95 | 96+ | Mean Rates and Total Survivors |
|---|---|---|---|---|---|---|
| 1–19: | | | | | | |
| Growth rate | 8.88 | 4.16 | 2.78 | 5.99 | 2.87 | 5.70 |
| Exit rate | 39.59 | 22.11 | 20.09 | 17.41 | .0 | 29.42 |
| Number of survivors | 3,079 | 3,018 | 1,761 | 185 | 7 | 8,050 |
| 20–49: | | | | | | |
| Growth rate | 2.72 | .60 | .15 | 1.50 | 7.42 | .89 |
| Exit rate | 32.26 | 14.42 | 10.80 | 11.42 | 16.66 | 16.99 |
| Number of survivors | 466 | 1,032 | 925 | 155 | 5 | 2,583 |
| 50–99: | | | | | | |
| Growth rate | −1.47 | −.73 | −.96 | −.20 | 7.18 | −.86 |
| Exit rate | 30.75 | 13.10 | 10.22 | 13.98 | 15.38 | 15.20 |
| Number of survivors | 385 | 1,001 | 1,071 | 203 | 11 | 2,671 |
| 100–249: | | | | | | |
| Growth rate | −3.10 | −2.55 | −2.61 | −2.41 | −4.74 | −2.64 |
| Exit rate | 25.32 | 12.16 | 10.94 | 6.54 | 10.52 | 12.71 |
| Number of survivors | 286 | 715 | 993 | 357 | 17 | 2,368 |
| 250–499: | | | | | | |
| Growth rate | −5.54 | −4.67 | −5.17 | −4.01 | −2.84 | −4.77 |
| Exit rate | 31.91 | 12.75 | 7.20 | 6.90 | 5.55 | 11.33 |
| Number of survivors | 96 | 260 | 451 | 256 | 17 | 1,080 |
| 500–999: | | | | | | |
| Growth rate | −4.87 | −7.70 | −5.59 | −4.38 | −6.65 | −5.55 |
| Exit rate | 21.21 | 9.85 | 6.43 | 4.58 | 5.00 | 7.51 |
| Number of survivors | 26 | 64 | 160 | 125 | 19 | 394 |
| 1,000 +: | | | | | | |
| Growth rate | −11.83 | −13.77 | −9.20 | −5.84 | −3.33 | −7.47 |
| Exit rate | .0 | 12.82 | 8.92 | 2.09 | 8.00 | 5.59 |
| Number of survivors | 5 | 34 | 51 | 140 | 23 | 253 |
| Mean growth rate | 6.09 | 1.38 | −.42 | −1.37 | −1.98 | 1.75 |
| Mean exit rate | 37.08 | 17.85 | 13.57 | 9.25 | 8.33 | 21.95 |
| Surviving firms | 4,343 | 6,124 | 5,412 | 1,421 | 99 | 17,399 |

NOTE —Growth rate is the average annual logarithmic growth rate of employment for firms in the age-size category between 1976 and 1982 times 100. Exit rate is the percentage of firms in the age-size category that were in the sample in 1976 but not in 1982 Total number of survivors is the number of firms that were in the sample in both 1976 and 1982

model of the size distribution of firms assumes Gibrat's law in order to prove the existence and uniqueness of an equilibrium. Lucas's (1967) model of capital adjustment (see also Lucas and Prescott 1971) implies that the time series of firm employment, capital, and output obey Gibrat's law. Jovanovic (1982) develops special cases of his model of firm learning in which Gibrat's law holds in the limit for mature firms or for firms that entered the industry at the same time.

While many studies do find that Gibrat's law holds, at least as a first approximation, most of these studies are based on samples of the largest firms in the economy. Yet the theories cited above apply to the complete size distribution of firms in homogeneous-product industries. It is well known that firm growth decreases with firm size for smaller firms (see Scherer 1980). But there is a tendency to dismiss this finding because this inverse relationship is possibly an artifact of sample censoring (see Mansfield 1962). The major contribution made here is to test Gibrat's law for theoretically relevant samples of firms after controlling for sample censoring. Evans (1987) reports separate industry results that are broadly consistent with the results reported here.

Recent theoretical work on industry evolution has emphasized the importance of learning on firm growth and changes in market structure. Jovanovic (1982) and Lippman and Rumelt (1982) examine the implications of the assumption that firms can learn about their efficiencies from realizations of costs (see also recent work by Hopenhayn [1986]). Nelson and Winter (1982) develop a model in which boundedly rational firms search for innovations.

Jovanovic's model has an especially rich set of testable predictions concerning the life cycle patterns of firm growth. (See app. A to Evans [1986*b*] for details.) A general version of his model predicts that firm growth decreases with firm age when firm size is held constant. This version of his model assumes that output is a decreasing convex function of managerial inefficiency. (See eq. 3.1 of Jovanovic [1982] for the precise condition that places restrictions on the first three derivatives of cost with respect to managerial inefficiency.) The convexity assumption is plausible on theoretical and empirical grounds. First, it holds for commonly used cost functions such as linear-quadratic and Cobb-Douglas (with decreasing returns to scale). Second, Gort and Klepper's (1982) study of industry evolution found that industry price typically declines over time. The convexity assumption is necessary for Jovanovic's model to imply such a decreasing price sequence (see Jovanovic 1982, theorem 3).

Under certain assumptions concerning technology and the distribution of ability, Jovanovic's theory implies that firm growth is independent of firm size for mature firms or for firms that entered the

industry at the same time. The first implication holds if technology is Cobb-Douglas with decreasing returns to scale. The second implication holds if in addition the distribution of ability in the population is lognormal.

Nelson and Winter (1982) discuss circumstances under which firm growth initially increases with firm size but then decreases with firm size. They report regressions between firm growth and firm size (based on simulations of their model for firms 20 years or older) that show just such a concave relationship.

The firm growth relationship is given by

$$S_{t+1} = [G(A_t, S_t)]^d(S_t)e_t, \qquad (1)$$

where $t$ denotes time with $t' > t$, $d = t' - t$, and $e$ is a lognormally distributed error term with possibly a nonconstant variance. Equation (1) suggests the following regression framework:[8]

$$\frac{\ln S_{t'} - \ln S_t}{d} = \ln G(A_t, S_t) + u_t, \qquad (2)$$

where $u_t$ is normally distributed with mean zero and possibly a nonconstant variance and is independent of $A$ and $S$.

This study tests some of the assumptions or implications of the theories discussed above for firm growth by estimating the relationships among firm growth, firm size, and firm age and evaluating the partial derivatives of growth with respect to age and size. Let $g_A = \partial \ln G/\partial \ln A$ denote the partial derivative of the logarithmic growth rate with respect to logarithmic firm age and $g_S = \partial \ln G/\partial \ln S$ denote the partial derivative of the logarithmic growth rate with respect to firm size. The assumptions or predictions of the theories above for these partial derivatives are reported in table 2. (See app. A to Evans [1986*b*] for further discussion.) It is also useful to note at this point that the elasticity of end-of-period size with respect to beginning-of-period size is given by

$$E_S = \frac{\partial \ln(S_{t'})}{\partial \ln(S_t)} = 1 + dg_S$$

and that the elasticity of end-of-period firm size with respect to beginning-of-period firm age is given by

[8] For the related work reported in Brock and Evans (1986), alternative functional forms for the ln $g$ were tested by regressing the dependent variable below against Box-Cox transforms of the levels, squares, and cross-products of age and size. But the likelihood function failed to converge. A semilog specification (where the exogenous variables are measured in levels) was also tested. The mean square error for the double-log specification was slightly lower than that for the semilog specification. Apparently, the likelihood function is relatively flat with respect to the Box-Cox transform parameter. Results for the semilog equation were similar to the results for the double-log equation.

TABLE 2

SUMMARY OF ASSUMPTIONS OR IMPLICATIONS OF THEORIES OF FIRM GROWTH

| Theory | Sample | Implication |
|---|---|---|
| Learning (Jovanovic 1982): | | |
| General* | All firms | $g_A < 0$, $g_S \neq 0$ |
| Cobb-Douglas | Mature firms | $g_S = 0$ as $A \rightarrow \infty$ |
| Lognormal and Cobb-Douglas | Firms of the same age | $g_S = 0$ conditional on $A$ |
| Capital-adjustment (Lucas 1967) | All firms | $g_S = 0$ and $g(A, S) = g(S)$ |
| Stochastic (Simon and Bonini 1958) | Firms larger than minimum efficient size level | $g_S = 0$ and $g(A, S) = g(S)$ |
| Evolutionary (Nelson and Winter 1982) | Firms older than 20 years | $g_S > 0$ and $g_{SS} < 0$ |

* This implication holds when output is convex in managerial inefficiency. See Evans (1986*b*) for details

$$E_A = \frac{\partial \ln(S_{t'})}{\partial \ln(A_t)} = dg_A.$$

In order to compare these figures across studies based on different periods of time, it is useful to normalize $d$ to 10 years in reporting these elasticities.

### *Empirical Issues*

Several statistical issues arise in estimating ln $G(A, S)$ and calculating the partial derivatives of growth with respect to size and age. (These problems are discussed in more detail in app. B to Evans [1986*b*].) The first concerns the functional form of $G$. This study tested successive higher-order logarithmic expansions until there was no evidence of further nonlinearity.

The second issue concerns heteroscedasticity. Previous studies (e.g., Hymer and Pashigian 1962) have found that the variability of firm growth decreases with firm size, which suggests that $u_t$ is not constant across firms. For all the regressions reported here it was possible to find a weighting scheme that purged the heteroscedasticity in the sense that the weighted regression passed White's (1980) heteroscedasticity test.

The third issue concerns sample censoring. The extent to which the sample is censored varies with age (see table 1). The exit rate decreases from more than a third for young firms to less than a tenth for old firms. Standard methods (see, e.g., Amemiya 1984) were used to test whether sample censoring biases the results. The probability of remaining in the sample is assumed to depend on firm size and firm

age. The probit of survival is estimated jointly with the firm growth equation using maximum likelihood.[9]

The fourth issue concerns the level of statistical significance to use in the various tests. Because the sample used in the estimation is extremely large by conventional standards, the tests reported here are much more powerful than tests reported in most fields of economics. At any given level of statistical significance, the tests reported here place a greater burden of proof on the null hypothesis than would tests calculated from the sample sizes typically used by economists. In order to offset this bias against the null hypothesis, this study relies on the Bayesian approach suggested by Leamer (1978). He provides a formula for adjusting the critical value of the $F$-statistic for changes in sample size. The formula leads to rejection of the null hypothesis if the posterior probability of the null hypothesis falls short of the (diffuse) prior probability of the null hypothesis. The formula is given by $[(T - k)/p](T^{p/T} - 1)$, where $T$ is sample size, $p$ is the number of restrictions, and $k$ is the number of variables.

## IV. Estimation and Test Results

Separate results are reported for firms between 0 and 6 years, 7–20, 21–45, and 46 and older in 1976. The regressions for firms younger than 7 years in 1976 are based on a logarithmic expansion of ln $G(A, S)$ in $A$ and $S$. The regressions for firms older than 7 years in 1976 are based on a logarithmic expansion of ln $G(S|A)$ in $S$ because continuous-age information is not available for these age cohorts. A second-order expansion was taken in both cases. Table 3 reports summary statistics for the variables used in the regression analysis.

White's (1980*a*) portmanteau specification test was applied to the ordinary least squares regression. Failure of this test may indicate a number of possible problems. The most likely problems in the present context are heteroscedasticity and nonlinearities. If the test failed—as it did for older firms—alternative specifications that involve weighting to purge the heteroscedasticity and higher-order approximations were considered. All the final specifications reported passed White's test.

The problem of sample selection was then considered. This problem is potentially the most serious for young firms that have high exit

[9] It is important to recognize that nonlinearity, heteroscedasticity, and sample censoring are interrelated. A bad approximation to the functional form can manifest itself as heteroscedasticity. Sample censoring can appear as nonlinearity in the growth equation. Appendix B to Evans (1986*b*) discusses these problems in more detail, and app. C examines the sensitivity of the results to alternative assumptions concerning functional form, heteroscedasticity, and sample censoring.

TABLE 3

SUMMARY STATISTICS ON VARIABLES USED IN REGRESSION ANALYSIS

| | AGE | | | |
|---|---|---|---|---|
| | 0–6 | 7–20 | 21–45 | 46+ |
| ln $S$: log(employment) | 1.995 | 2.810 | 3.480 | 4.815 |
| | (1.461) | (1.581) | (1.622) | (1.705) |
| ln $A$: log(age)* | 1.306 | ... | ... | ... |
| ln $G$: growth† | .035 | .004 | −.012 | −.026 |
| | (.150) | (.129) | (.125) | (.150) |

NOTE.—Figures are means. Standard deviations are in parentheses
* Age + 1 is used in place of age.
† Growth equals the logarithmic difference reported employment in 1982 and 1976 divided by the number of years between reports.

rates. For these firms, a probit equation for survival over the period and a regression equation for growth over the period were estimated jointly using maximum likelihood. The study found that the correlation between the error terms of the growth and survival equations was small and not statistically significant and that the maximum likelihood estimates of the growth equation were almost identical to the regression estimates. Similar findings were reached for older firms. While caution is always advisable in distinguishing sample selection from nonlinearities, the sensitivity tests reported in appendix C to Evans (1986*b*) suggest that the nonlinearities documented below are not an artifact of the selection process.[10]

*Young Firms*

Taking a second-order expansion of ln $G(A, S)$ yields

$$\ln G = b_0 + b_1 \ln S + b_2 \ln A + b_3(\ln S)^2 + b_4(\ln A)^2 + b_5(\ln S)(\ln A) + u.$$

Table 4 reports the estimation and specification test results. Using White's specification test, we cannot reject the hypothesis that the ordinary least squares specification is correct. Thus we can reject heteroscedasticity and additional nonlinearity in the functional form

[10] Sample selection manifests itself as an omitted variable in the growth regressions. This omitted variable is a nonlinear function of firm age and size, which are the key determinants of firm survival. (See, e.g., Heckman [1976] for further discussion of sample selection as an omitted-variable problem.) It is therefore difficult to identify the effects of sample censoring from nonlinearities in the growth function. This problem is treated in detail in app. C to Evans (1986*b*), which shows that the findings reported below are robust to alternative assumptions concerning sample censoring and nonlinearities.

TABLE 4

FIRM GROWTH ESTIMATES FOR YOUNG FIRMS

| | ORDINARY LEAST SQUARES: | MAXIMUM LIKELIHOOD | |
|---|---|---|---|
| | Firm Growth | Firm Growth | Firm Survival |
| ln $S$ | −.0689 | −.0682 | .0886 |
| | (.0059) | (.0062) | (.0112) |
| | [.0068] | [.0066] | [.0113] |
| ln $A$ | .0047 | .0071 | .2895 |
| | (.0076) | (.0096) | (.0272) |
| | [.0087] | [.0089] | [.0272] |
| ln $S$ × ln $A$ | .0920 | .0918 | . . . |
| | (.0383) | (.0183) | (.0383) |
| | [.0428] | [.0199] | [.0429] |
| ln $S^2$ | .0641 | .0639 | . . . |
| | (.0214) | (.0215) | |
| | [.0222] | [.0223] | |
| ln $A^2$ | −.2273 | −.2270 | . . . |
| | (.0485) | (.0486) | |
| | [.0533] | [.0535] | |
| Constant | .1792 | .1657 | −.2193 |
| | (.0082) | (.0332) | (.0414) |
| | [.0095] | [.0131] | [.0417] |
| Correlation | . . . | .1034 | . . . |
| | | (.2452) | |
| | | [.0580] | |
| Sigma | .1412 | .1417 | . . . |
| Summary statistics: | | | |
| White's $F$-test* | 5.5884 | . . . | . . . |
| Critical Leamer $F$-level† | 8.4650 | . . . | . . . |
| $R^2$ | .1438 | .1405 | .0295 |
| System log-likelihood | . . . | −2,112.6 | . . . |

NOTE.—Maximum likelihood standard errors are in parentheses White's heteroscedasticity-consistent standard errors are in brackets The second-order regressors are divided by 10.

* $F$-test statistic for the hypothesis that the coefficients in the regression of the squared residuals of the regression against the squares and cross-products of the regressors are jointly zero

† Leamer sample-size adjusted $F$-statistic at the 5 percent significance level.

of ln $G(A, S)$.[11] Table 4 also reports maximum likelihood estimates of the growth and survival equations. The positive sign on the correlation coefficient is consistent with Mansfield's (1962) conjecture that exits tend to be slow-growing firms. However, the coefficient is small and statistically insignificant. The fact that the ordinary least squares

[11] The following crude test for further nonlinearity, suggested by White (1980*b*), was conducted. Weighted least squares estimates using the inverse square root of employment as a weight were obtained and compared with the ordinary least squares estimates. The coefficient estimates were within a standard error of each other. This fact indicates that the second-order approximation is probably sufficient. Of course, passage of the White test also indicates that the approximation is reasonable.

and maximum likelihood estimates are close indicates that sample selection bias is not a problem here.[12]

With the ordinary least squares specification reported in table 4, $F$-tests of some of the hypotheses listed in table 2 were performed. The $F$-statistic for the hypothesis that $g_S = 0$ is 225.53, for the hypothesis that $G_A = 0$ it is 18.99, and for the joint hypothesis that $g_S = g_A = 0$ it is 145.75. These $F$-statistics are well above the Leamer 5 percent critical level of 8.4. We can therefore reject the hypothesis that growth is independent of either size or age. At the sample mean, $g_S = -0.0374$ and $g_A = -0.0381$. Moreover, $g_S$ and $g_A$ are both less than zero over most of the sample space. Therefore, firm growth decreases with firm size when firm age is held constant and decreases with firm age when firm size is held constant.

At the sample mean the estimates imply that the elasticity of end-of-period size with respect to beginning-of-period size is .63 for a 10-year period. The elasticity of end-of-period firm size with respect to beginning-of-period age is −.38 for a 10-year period. Thus a 1.0 percent increase in beginning-of-period firm size leads to a 0.63 percent increase in end-of-period firm size over a decade when beginning-of-period age is held constant. A 1.0 percent increase in beginning-of-period firm age leads to a 0.38 percent decrease in end-of-period size over a decade when beginning-of-period size is held constant.

Preliminary investigation for the older-age categories found that the regression equations were nonlinear in size and that the residuals were heteroscedastic. Regressions that passed White's specification test are reported in table 5. Heteroscedasticity was purged by using weights estimated from a regression of the squared residuals from the ordinary least squares regression against the squares and cross-products of the regressors. (See app. C to Evans [1986*b*] for further discussion of this procedure, which was suggested by White [1980*a*].) Fourth-order expansions were necessary for the 7–20- and 21–45-year-old age groups.[13] As one would expect given the results for the young firms and given the relatively small exit rates of the old firms, sample selection bias was not empirically important for the old firms. Appendix C to Evans (1986*b*) shows that the findings reported below are robust to alternative treatments of sample censoring and nonlinearities.

The $F$-statistic for the hypothesis that $g_S = 0$ is 103.27 for firms between the ages of 8 and 20, 53.3575 for firms between the ages of

[12] This result is also true when a first-order approximation to the growth equation is considered.

[13] The weighted and unweighted estimates are very close, indicating that further nonlinearity is not a problem. See app. C to Evans (1986*b*) for further details.

TABLE 5

FIRM GROWTH ESTIMATES FOR FIRMS 7 YEARS OR OLDER IN 1976
(Weighted Least Squares)

| | Ages | | |
|---|---|---|---|
| | 7–20 | 21–45 | 46+ |
| ln $S$ | −.1275 | −.1203 | −.0302 |
| | (.0182) | (.0217) | (.0117) |
| | [.0202] | [.0245] | [.0121] |
| ln $S^2$ | .3651 | .4345 | .0112 |
| | (.1017) | (.1040) | (.0123) |
| | [.1109] | [.1143] | [.0128] |
| ln $S^3$ | −.5940 | −.7090 | ... |
| | (.2243) | (.2011) | |
| | [.2411] | [.2174] | |
| ln $S^4$ | .2999 | .3805 | . . |
| | (.1679) | (.1345) | |
| | [.1784] | [.1436] | |
| Constant | .1275 | .1296 | .1068 |
| | (.0114) | (.0157) | (.0275) |
| | [.0128] | [.0183] | [.0282] |
| Sigma | .1249 | .1251 | .1254 |
| Summary statistics: | | | |
| $R^2$ | .0622 | .0499 | .0461 |
| Observations | 6,124 | 5,413 | 1,520 |
| White's $F$-test* | 1.4782 | 2.6250 | 1.6663 |
| Critical Leamer $F$-level† | 8.7550 | 8.6333 | 7.3651 |

NOTE.—Ordinary least squares standard errors are in parentheses. White's heteroscedasticity-consistent standard errors are in brackets Ln $S^2$ is divided by 10, ln $S^3$ by 100, and ln $S^4$ by 1,000.

* $F$-test statistic for the hypothesis that the coefficients in the regression of the squared residuals of the regression against the squares and cross-products of the regressors are jointly zero.

† Leamer sample-size adjusted $F$-statistic at the 5 percent significance level.

21 and 45, and 39.8736 for firms older than 45 years. The critical level of the $F$-statistic (based on the Leamer 5 percent level) is approximately 10 for all the samples. Thus we can reject the hypothesis that firm growth is independent of firm size at a high significance level. At the sample mean $g_S$ is −0.0512 for ages 8–20, −0.0231 for ages 21–45, and −0.019 for ages 45 and older. At the sample mean the elasticity of end-of-period size with respect to beginning-of-period size for a 10-year period is .488 for ages 8–20, .769 for ages 21–45, and .806 for ages 46 and older. (The sign of $g_S$ is negative for all observations with the exception of five firms between the ages of 21 and 45.)

## V. Conclusions

Two key empirical findings emerge from these estimates together with the estimates reported in several companion studies. First, firm

growth decreases with firm age when firm size is held constant for young firms. The companion study reported in Evans (1987) found that this relationship also holds between 1976 and 1980 for 87 of the 100 four-digit industries examined in that study. The companion study also found that firm growth decreases with firm age between 1976 and 1980 for a sample that pools the older firms together and uses an estimate of age based on the mean for the age category as a regressor. Thus the inverse relationship between growth and age is robust to the alternative specifications considered in appendix C to Evans (1986*b*), to alternative samples, and to alternative time periods.

Second, firm growth decreases with firm size. Gibrat's law predicts that $E_S = 1.00$. This study found at the sample mean that $E_S = .63$ for 0–6-year-old firms, .49 for 7–20-year-old firms, .77 for 21–45-year-old firms, and .81 for firms more than 45 years old for growth over a decade. A companion study based on growth for 1976–80 (Evans 1987) found that $E_S$ is .68 for 0–6-year-old firms and .85 for firms older than 7 years at the sample mean. That study also found that firm growth decreases with firm size for 89 out of 100 industries analyzed. Studies of large firms by Kumar (1985), Evans (1986*a*), and Hall (1987) found that Gibrat's law fails for several different measures of firm size, over longer periods of time than considered here, and for different phases of the business cycle. These studies found that $E_S$ is approximately .90 over a decade. The growth-size relationship reported here therefore appears robust.[14] The departures from Gibrat's law tend to decrease with firm size. This relationship is seen from the fact that $E_S$ is larger (and closer to 1.0) for samples with larger firms.[15]

These results help assess the validity of the theories that either are based on some assumption about the growth-size-age relationship or have some prediction about this relationship. Jovanovic's (1982) theory generally implies that firm growth decreases with firm age. This prediction is confirmed at least for the young firms in the sample considered here. Under the special assumption that firm costs are Cobb-Douglas, with decreasing returns to scale, his theory implies that firm growth is independent of firm size for mature firms. This implication fails whether we define mature firms as older than 45, older than 20, or older than 7. Under the further assumption that the distribution of efficiency is lognormal, his theory implies that firm

[14] Hart's (1975) summary of earlier studies suggests that there was a negative relationship before World War II and a neutral or positive relationship between the end of World War II and the early 1960s. Recent studies based on post-1960 data generally have found a negative relationship.

[15] This relationship is also seen from the fact that $g_{SS}$ is positive at the sample mean for all but one of the regressions—that for 20–45-year-old firms—reported here.

growth is independent of firm size for firms that entered at the same time. This prediction also fails. Firm growth decreases with firm size when firm age is held constant according to the young-firm regressions.[16]

Lucas's (1967) capital adjustment theory predicts (as a consequence of the assumed constant returns to scale technology) that Gibrat's law holds for the complete size distribution of firms. His theory of the size distribution of firms (Lucas 1978) assumes that Gibrat's law holds for the complete size distribution of firms. The evidence reported here shows that there are strong departures from Gibrat's law and that these departures are not due to sample selection bias as conjectured by Mansfield (1962).[17]

Simon and Bonini (1958) assume that firm growth is independent of firm size for firms that are larger than the level of minimum efficient size. Presumably, most older firms have reached this level.[18] Otherwise they could not have survived for long periods of time. Therefore, the fact that firm growth is not independent of firm size for firms older than 7, 20, and 45 years is not consistent with the stochastic theory. Recent studies of large firms by Kumar (1985), Evans (1986*a*), and Hall (1987) also found that Gibrat's law fails, although not as severely as for the mainly small firms considered in this study.

Finally, Nelson and Winter (1982) report simulation results that indicate that firm growth increases and then decreases with firm size for firms 20 years or older. This prediction is not confirmed by the results reported above or in Evans (1987).

Naturally, the growth-size-age relationships documented in this study are only one criterion by which to assess the theories mentioned above. The rejection of the assumptions or implications of these theories does not necessarily repudiate many of the basic insights offered by these theories. These relationships do, however, show that our theories of firm growth could use some refinement and suggest some avenues to pursue. The inverse growth-size relationship indicates some caution in appealing to Gibrat's law for theories that are meant to apply to the complete size distribution of firms rather than to the largest firms in the economy. It also suggests the development of theories that can explain this relationship.[19] The inverse growth-age

[16] Jovanovic's predictions that firm failure decreases with firm size and that the variability of firm growth decreases with firm age are confirmed in Evans (1987).

[17] For further discussion of the importance of the failure of Gibrat's law, see Evans (1987).

[18] The average number of employees is 527 for firms older than 45 years, 73 for firms older than 20 years, and 37 for firms older than 7 years.

[19] For work in this direction, see Jovanovic and Rob (1987), who develop a model in which departures from Gibrat's law across industries are determined by differences in

relationship suggests that the learning considerations captured by Jovanovic's model are important. Further theoretical and empirical work on the life cycle aspects of firms may prove fruitful.

## References


Amemiya, Takeshi. "Tobit Models: A Survey." *J. Econometrics* 24 (January/February 1984): 3–61.

Brock, William A., and Evans, David S. *The Economics of Small Businesses: Their Role and Regulation in the U.S. Economy.* New York: Holmes & Meier, 1986.

Evans, David S. "Gibrat's Law, Firm Growth, and the Fortune 500." Working paper. New York: New York Univ., Starr Center Appl. Econ., September 1986. (*a*)

———. "Tests of Alternative Theories of Firm Growth." Working paper. New York: New York Univ., Starr Center Appl. Econ., September 1986. (*b*)

———. "The Relationship between Firm Growth, Size, and Age: Estimates for 100 Manufacturing Industries." *J. Indus. Econ.* (June 1987).

Executive Office of the President. *The State of Small Business: A Report of the President.* Washington: Government Printing Office, 1984.

Gort, Michael, and Klepper, Steven. "Time Paths in the Diffusion of Product Innovations." *Econ. J.* 92 (September 1982): 630–53.

Hall, Bronwyn. "The Relationship between Firm Size and Firm Growth in the U.S. Manufacturing Sector." *J. Indus. Econ.* (June 1987).

Hart, P. E. *The Evolution of Giant Firms in Great Britain.* Cambridge: Cambridge Univ. Press, 1975.

Hart, P. E., and Prais, S. J. "The Analysis of Business Concentration: A Statistical Approach." *J. Royal Statis. Soc.* 119, pt. 2 (1956): 150–81.

Heckman, James J. "The Common Structure of Statistical Models of Truncation, Sample Selection and Limited Dependent Variables and a Simple Estimator for Such Models." *Ann. Econ. and Soc. Measurement* 5 (Fall 1976): 475–92.

Hopenhayn, Hugo. "A Competitive, Stochastic Model of Entry and Exit to an Industry." Mimeographed. Minneapolis: Univ. Minnesota, Dept. Econ., April 1986.

Hymer, Stephen, and Pashigian, Peter. "Firm Size and Rate of Growth." *J.P.E.* 70 (December 1962): 556–69.

Jacobson, Louis. *Analysis of the Accuracy of SBA's Small Business Data Base.* Alexandria, Va.: Center Naval Analyses, 1985.

Jovanovic, Boyan. "Selection and Evolution of Industry." *Econometrica* 50 (May 1982): 649–70.

Jovanovic, Boyan, and Rob, Rafael. "Demand-driven Innovation and Spatial Competition over Time." *Rev. Econ. Studies* 54 (January 1987): 63–72.

Kumar, M. S. "Growth, Acquisition Activity and Firm Size: Evidence from the United Kingdom." *J. Indus. Econ.* 33 (March 1985): 327–38.

Leamer, Edward E. *Specification Searches: Ad Hoc Inference with Nonexperimental Data.* New York: Wiley, 1978.


product heterogeneity. See also Leonard (1986), who has argued that the inverse growth-size relationship arises from the lagged adjustment of firms to their optimal sizes. Unfortunately, without a more refined theory of optimal firm size than we currently have, it is difficult to identify Leonard's regression-toward-the-mean explanation of the inverse growth-size relationship from alternative structural explanations.

Leonard, Jonathan. "On the Size Distribution of Employment and Establishments." Working Paper no. 1951. Cambridge, Mass.: N.B.E.R., June 1986.

Lippman, Steven A., and Rumelt, R. P. "Uncertain Imitability: An Analysis of Interfirm Differences in Efficiency under Competition." *Bell J. Econ.* 13 (Autumn 1982): 418–38.

Lucas, Robert E., Jr. "Adjustment Costs and the Theory of Supply." *J.P.E.* 75, no. 4, pt. 1 (August 1967): 321–34.

———. "On the Size Distribution of Business Firms." *Bell J. Econ.* 9 (Autumn 1978): 508–23.

Lucas, Robert E., Jr., and Prescott, Edward C. "Investment under Uncertainty." *Econometrica* 39 (September 1971): 659–81.

MacDonald, James M. "Entry and Exit on the Competitive Fringe." *Southern Econ. J.* 52 (January 1986): 640–52.

Mansfield, Edwin. "Entry, Gibrat's Law, Innovation, and the Growth of Firms." *A.E.R.* 52 (December 1962): 1023–51.

Nelson, Richard R., and Winter, Sidney G. *An Evolutionary Theory of Economic Change.* Cambridge, Mass.: Harvard Univ. Press, 1982.

Scherer, Frederic M. *Industrial Market Structure and Economic Performance.* 2d ed. Boston: Houghton Mifflin, 1980.

Simon, Herbert A., and Bonini, Charles P. "The Size Distribution of Business Firms." *A.E.R.* 48 (September 1958): 607–17.

White, Halbert. "A Heteroskedasticity-Consistent Covariance Matrix Estimator and a Direct Test for Heteroskedasticity." *Econometrica* 48 (May 1980): 817–38. (*a*)

———. "Using Least Squares to Approximate Unknown Regression Functions." *Internat. Econ. Rev.* 21 (February 1980): 721–46. (*b*)

———. "Maximum Likelihood Estimation of Misspecified Models." *Econometrica* 50 (January 1982): 1–25.