# Exhibit 11

# Communications

# Retrospective Bias in the Displaced Worker Surveys

**David S. Evans**
**Linda S. Leighton**

ABSTRACT

*The Displaced Worker Survey of the U.S. Bureau of Labor Statistics understates the number of workers displaced over the preceding five years covered by the survey by approximately one-third. The bias results from the fact that respondents' memory of displacement erodes over time. Memory loss is not randomly distributed across demographic groups, thereby making analyses based on these survey data suspect. The note reports memory-loss adjusted estimates of the number of displaced workers between 1979 and 1989 based on Displaced Worker Surveys for 1984, 1986, 1988, and 1990.*

## I. Introduction

The Displaced Worker Survey (DWS) is the major source of data on job displacement resulting from plant closings, firm dissolution, and layoffs.[1]

*David S. Evans is a researcher for National Economic Research Associates, Inc. Linda S. Leighton is a professor of economics at Fordham University.* *The authors would like to thank Christopher Erath and two anonymous referees for helpful comments. The data used in this article can be obtained beginning August 1995 through August 1998 from David S. Evans, National Economic Research Associates, Inc., One Main Street, Cambridge, MA 02142.*
[Submitted December 1992; accepted October 1993]

1. BLS defines displaced workers as workers with three or more years of job tenure who lose their jobs because of plant closings or moves, slack work, or the abolishment of their positions or shifts; the BLS

The U.S. Bureau of Labor Statistics (BLS) commissioned Census to conduct the DWS as a periodic supplement to the Current Population Surveys in January 1984, 1986, 1988, and 1990.[2] Each survey asked respondents whether they had lost their jobs in the previous five years and collected detailed information from those respondents who said they had.[3] The BLS has used the DWS to summarize the number of jobs lost in the preceding five years as a result of plant closings or moves, slack work, or the abolishment of positions. The results are reported periodically in the *Monthly Labor Review* and are carried widely by the popular press.[4] The DWS is also used widely by economists to study various aspects of job loss.[5]

In this note, we show that the DWS is a severely biased sample of workers who have lost their jobs.[6] By pooling the DWSs, it is possible to compare estimates of the number of displaced workers for the same point in time based on recollections from different points in time. We show that peoples' memory of having been displaced erodes over time. Barely 40 percent of those displaced five years ago appear to remember; the degree of bias increases the further back respondents are asked to remember. As a result, the DWS underestimates the number of workers who were displaced. The DWS shows that approximately 26.5 million workers were displaced between 1980 and 1989. After adjusting for recall bias we find that approximately 34.2 million workers were displaced. Section II presents further details.

If memory loss were randomly distributed across the population, this underestimation would not necessarily pose a problem for researchers who are more interested in estimating behavioral relationships than in producing population estimates of job loss. In fact, memory loss is not random. Those more likely to lose their jobs are more likely to forget. Blacks, people without a college education, and people who have short tenures with their employers have higher rates of "memory loss." Section III reports the results.

## II. Remembrance of Things Past

It is well known that measures of unemployment based on retrospective reports are substantially different from measures of unemployment based

reports include agricultural workers. Most researchers who use the DWS exclude agricultural workers but otherwise adopt a broader definition, as discussed below.

2. The 1992 survey was released after the research for this paper was completed.

3. The Census asked respondents in the regular Current Population Survey whether they had lost or left a job in the last five years because of a plant closing, an employer going out of business, a layoff, or other similar reasons. If they had been displaced, Census then asked additional questions about the reason for displacement, the job the individual had lost, the duration of time not at work since displacement, and details about the job the respondent found. Information about demographic characteristics is available from the monthly CPS interview.

4. See Flaim and Seghal (1985), Horvath (1987), Herz (1990), and Herz (1991).

5. Recent papers include Addison and Portugal (1987), Hamermesh (1987a,b); Kletzer (1987, 1988a, 1988b, 1989), Podgursky and Swaim (1987a,b); Shapiro and Sandell (1987); and Kruse (1988).

6. After completing this research, we learned of a somewhat similar treatment of this topic by William Carrington (1990) in his unpublished Ph.D. dissertation. Unlike him, we quantify the magnitude of the recall bias and document the degree of bias across demographic groups.

on current reports. Morgenstern and Barrett (1974), Horvath (1982) and Akerlof and Yellen (1985) have documented differences between the retrospective data (between two and 14 months) on unemployment obtained from the Work Experience Survey (WES) supplement to the March Current Population Survey (CPS) and the current data on unemployment obtained from the monthly Currently CPS. For example, Horvath finds that the WES estimates of the unemployment rate are 19.1 percent less than the CPS estimates for 1967–79 with the degree of bias varying across demographic groups. We would expect a more severe bias for the DWS, which asks respondents to recall events as long ago as five years, than for the WES which asks respondents to recall events no more than 14 months ago.

Table 1 shows that retrospective bias is a serious problem for the DWS. The table reports the number of workers (weighted to the population level) who reported job loss for each survey year/response year. In every case for which there are multiple observations on the same year, estimates from later survey years are smaller than from earlier survey years.

The differences in the number of displaced workers reported for overlapping years may reflect several possible sources of biases. Psychologists have pointed to two major biases in retrospective surveys; see Sudman and Bradburn (1974) for one of the leading papers. "Recall bias" arises from the fact that we all forget things from our pasts. The literature suggests that memory decays exponentially with time (see Sudman and Bradburn 1974 for a summary) but that people are more likely to remember more important events from the past (see Akerlof and Yellen 1985 for a summary). "Telescoping" arises from the fact that people remember events as having happened more recently than they actually did. That leads to an overstatement of the number of events reported for recent periods and an understatement for more distant periods. Sudman and Bradburn (1974) report that telescoping is a more severe problem for frequent events since respondents have greater difficulty distinguishing and dating events.[7]

For the DWS, recall bias would result in an understatement of displacement while telescoping would result in a skewing of reported displacements towards more recent periods. We conjecture that telescoping is not a serious source of bias for the DWS. Job displacement is a relatively infrequent event for most people (compared with buying milk, which is the example considered by Sudman and Bradburn) so that it is easier for people to date this event. Moreover, we would expect that it would be easier for people to estimate the year in which they were displaced than the month since it requires less precision. There is some

7. There are other potential sources of bias in the DWS which we do not consider in this paper and which could lead the DWS to overstate or understate the "true" number of displaced workers. (1) Respondents who were laid off but not recalled at the time of the survey would be included in the data but, if they were subsequently recalled, would not be included in subsequent surveys covering the period of their layoff. (2) The CPS tends to undersample individuals who move (they become attritions when they change addresses) and may thereby underrepresent workers with more distant displacements. (3) Respondents only report their most recent job loss. Multiple job losses do not get counted thereby leading to an understatement of job losses in earlier years. We suspect that these infirmities, while important, are small compared to the recall bias we document in this note. All three sources of bias, however, reinforce our view that data from the earlier years of each survey are suspect and that it is advisable for researchers to rely only on the most recent year of data.

**Table 1**
*Number of Individuals Who Lost Their Jobs Based on the Displaced Worker Surveys, 1984, 1986, 1988, and 1990*[a]

| | Survey Year | | | |
|---|---|---|---|---|
| Response Year | 1984 | 1986 | 1988 | 1990 |
| 1979 | 1,228,461 | | | |
| 1980 | 1,703,596 | | | |
| 1981 | 2,330,561 | 1,595,358 | | |
| 1982 | 3,187,618 | 2,143,935 | | |
| 1983 | 3,389,583 | 2,002,807 | 1,534,634 | |
| 1984 | | 2,196,078 | 1,680,201 | |
| 1985 | | 3,383,146 | 2,185,785 | 1,452,848 |
| 1986 | | | 2,413,648 | 1,787,274 |
| 1987 | | | 3,065,457 | 2,000,933 |
| 1988 | | | | 1,912,937 |
| 1989 | | | | 2,924,736 |

a. Entries denote the total number of workers who lost their jobs based on the Displaced Worker Surveys. Census weights were used to calculate population estimates.

empirical evidence that telescoping is present but is not a major problem.[8] Horvath reports an average understatement of 19.1 percent between the WES and CPS with the average reporting lag in the WES being eight months. We find that the average understatement after eight months is 12.1 percent. The difference between these two estimates may reflect telescoping.[9]

Under the assumption that telescoping is a negligible source of bias, it is possible to estimate the rate of "memory loss" from the DWSs and to use the rate of memory loss to estimate the true number of displaced workers. The DWSs have been conducted every two years and have each asked about job loss in the previous five years. As shown in Table 2, there are seven years in which there are observations on job loss from two (in five years) or three (in two years) different DWSs. We used the multiple observations on displacement to estimate the rate of memory loss. We then used the rate of memory loss to calculate "recall-bias adjusted" estimates of displacement that remove the effects of memory loss. The recall-bias adjusted estimate is an overestimate of the number of displaced workers to the extent that telescoping is present.[10]

8. Horvath (1982) reports evidence, however, of intrayear telescoping from a comparison of WES and CPS figures. She also reports that a study of similar Canadian surveys found evidence of intrayear telescoping.

9. There are, however, substantial differences between the WES, CPS, and DWS questions and in the methods used to derive an unemployment rate for the WES. The difference between the two estimates of bias may reflect these factors as well.

10. The rate of memory loss is biased upwards in this case because telescoping biases more recent figures upwards and earlier figures downwards independently of recall bias.

**Table 2**
*Overlap in Responses for Displaced Worker Survey*[a]

| | Survey Year | | | |
|---|---|---|---|---|
| Response Year | 1984 | 1986 | 1988 | 1990 |
| 1979 | 4.5 | | | |
| 1980 | 3.5 | | | |
| 1981 | 2.5 | 4.5 | | |
| 1982 | 1.5 | 3.5 | | |
| 1983 | 0.5 | 2.5 | 4.5 | |
| 1984 | | 1.5 | 3.5 | |
| 1985 | | 0.5 | 2.5 | 4.5 |
| 1986 | | | 1.5 | 3.5 |
| 1987 | | | 0.5 | 2.5 |
| 1988 | | | | 1.5 |
| 1989 | | | | 0.5 |

a. Entries denote the average number of years that have elapsed since the date of the survey.

We pooled all years of information on displaced workers (1979–89) across all four surveys and calculated the weighted counts of displaced workers for each year and for each survey. We then regressed the natural logarithm of the weighted count of displaced workers on the number of years of memory lag (see entries in Table 2) and on dummy variables for the specific year in which the worker was displaced. The coefficient on the memory lag was −.194 (p-value of .00).[11] This coefficient indicates that memory of job displacement erodes at the rate of approximately 17.6 percent per year. That rate of memory loss implies that, after 4.5 years, respondents report 41.8 percent of actual losses, 50.7 percent after 3.5

11. To study whether memory loss accelerated or decelerated with time, we included a lag squared term. It was positive but not significant ($p$-value = 0.182). We also regressed the log of the weighted count of displaced workers on the memory lag for each of the four surveys separately. These four regressions yielded coefficients on the memory lag of −.266 (23.3 percent) for the 1984 survey, −.153 (14.2 percent) for the 1986 survey, −.175 (16.0 percent) for the 1988 survey, and −.147 (13.6 percent) for the 1990 survey (all with p values of less than .05). It is also possible to obtain three independent estimates of the number of workers displaced in 1983 and 1985 and two independent estimates for 1987. These estimates differ in that workers are being asked to recall events which took place 0.5, 2.5, or 4.5 years ago. Based on the 1984 survey, the weighted count of displaced workers in 1983 is 3,389,583; based on the 1986 survey, 2,002,807 (a ratio of .591 of the 0.5-year lagged estimate); and based on the 1988 survey, 1,534,634 (a ratio of .453 of the 0.5-year lagged estimate). Similarly, the estimates of displaced workers for 1985 are 3,383,146, 2,185,785 and 1,452,848 based on the 1986, 1988, and 1990 surveys, respectively, and yield ratios of .646 and .429 respectively. For 1987, the estimates are 3,065,457 and 2,000,933 based on the 1988 and 1990 surveys, yielding a ratio of .600. Annual memory loss rates were calculated from these ratios. The ratios imply annual memory loss of 23.1, 18.0, 19.6, 19.0, and 19.2, respectively; the average annual rate of memory loss is 19.8 percent.

years, 61.6 percent after 2.5 years, 74.8 percent after 1.5 years, and 90.8 percent after 0.5 years.

We then used the estimated rate of memory loss to inflate the actual weighted counts of displaced workers. Table 3 reports the number of displaced workers for each year based on the actual and memory-bias corrected counts. The most recent DWSs were used for each response year. The reported number of displaced workers between 1980 and 1989 is 26,507,360. The memory-bias adjusted number is 34,200,947—29 percent more than the reported number. As mentioned earlier, this figure is biased upwards if there is telescoping bias as well as recall bias.

The definition of displaced workers used above, and by most researchers who have used these data, is somewhat broader than that used by the U.S. Bureau of Labor Statistics. The BLS defines displaced workers as workers with three or more years of job tenure who lose their jobs because of plant closings or moves, slack work, or the abolishment of their positions or shifts.[12] The exclusion of workers with fewer than three years of tenure sharply reduces the sample size. For example, the BLS (1985) reports that 11.5 million workers lost jobs because of plant closings or employment cutbacks over the January 1979–January 1984 period, but the number is reduced to 5.1 million when those with short tenure are excluded. Thus, the BLS has a different and more narrow sample than we (and most users of the DWS data) rely upon.

Given the wide dissemination of the BLS reports on displacement, it is useful to summarize the effects of memory loss on the BLS estimates. We have reproduced the BLS estimates of the count of displaced workers for 1979–83, 1981–85, 1983–87, and 1985–89, and calculated the extent of underreporting for the four separate five-year periods. The estimated annual rate of memory loss is 12.0 percent using a pooled regression. It turns out that underreporting is somewhat less severe for the BLS sample because longer-tenure workers are less likely to forget about their job loss. Nevertheless, the bias is substantial.[13] An annual rate of memory loss of 12.0 percent implies that after 4.5 years, respondents report 56.2 percent of actual losses, 63.9 percent after 3.5 years, 72.6 percent after 2.5 years, 82.5 percent after 1.5 years, and 93.8 percent after 0.5 years.

12. We have included a category called "other reasons" in our sample, but like the BLS, have excluded workers whose self-operated businesses failed or who lost their jobs because seasonal work ended. The BLS includes workers who lost their job in the survey month, we have excluded them. Agricultural workers are included in the BLS definition. We define age as of the year of displacement and exclude any workers who are less than 18 years old. The BLS defines age as of the survey week.

13. We pooled all years of information on displaced workers (1979–89) across all four surveys and calculated the weighted counts of displaced workers, using the BLS definition, for each year for each survey. We lose 314,896 workers because information on the years of displacement is missing. We regressed the natural log of the weighted count of displaced workers on the memory lag and on dummy variables for the specific year in which the worker was displaced. The coefficient on the memory lag was −.128 (p-value = 0.00). The second approach was to regress the log of the weighted count of displaced workers on the memory lag for each of the four surveys separately. These four regressions yielded coefficients on the memory lag of −.243 for the 1984 survey, −.0847 for the 1986 survey, −.1018 for the 1988 survey, and −.0366 for the 1990 survey. Only the regressions for 1984 and 1988 are significant at $p < .05$. Next we utilized the overlapping dates of the four surveys to produce independent estimates of displacement with memory lags of 0.5, 2.5, and 4.5 years. The memory losses range from .115 to .172 per year; the average annual rate of memory loss is 13.2 percent.

**Table 3**
*Estimates of Displaced Workers, 1980–89*[a]

| Year | Reported Number | Memory-Lag Adjusted Number |
|---|---|---|
| 1980 | 1,703,596 | 3,360,154 |
| 1981 | 2,330,561 | 3,785,903 |
| 1982 | 3,187,618 | 4,264,732 |
| 1983 | 3,389,583 | 3,734,978 |
| 1984 | 2,196,078 | 2,938,145 |
| 1985 | 3,383,146 | 3,727,885 |
| 1986 | 2,413,648 | 3,229,233 |
| 1987 | 3,065,457 | 3,377,824 |
| 1988 | 1,912,937 | 2,559,329 |
| 1989 | 2,924,736 | 3,222,764 |
| 1980–89 | 26,507,360 | 34,200,947 |

a. Reported number is based on weighted counts from the most recent Displaced Worker Survey available. Memory-lag adjusted number inflates the reported number using the estimated annual rate of memory loss.

Table 4 presents the reported and the memory-loss adjusted number of displaced workers using the BLS definition of displacement. Our calculations suggest that BLS estimates of displaced workers with three or more years of tenure over a five-year period underestimate the true count by 1.6 million (31.8 percent) in 1979–83, 1.8 million (37.0 percent) in 1981–85, 1.6 million (36.4 percent) in 1983–87, and 1.6 million (38.6 percent) in 1985–89.[14] Of course, the loss over the five-year period is much larger than 12.0 percent per year because the loss accumulates over time.

## III. Who Remembers?

Is memory loss randomly distributed across population groups? The answer to this question is important for researchers who treat the DWS as a random sample of people who have lost their jobs. If memory loss were randomly distributed, the fact that the DWS undercounts job losers would not affect the estimation of behavioral relationships from these data. If memory loss is not randomly distributed, then estimates of behavioral relationships from the DWS

14. The relative undercount for the BLS definition reported in Table 4 is greater than the relative undercount for our definition reported in Table 3 despite the fact that the annual memory loss is lower for the BLS definition than for our definition. The results from the fact that Table 3 uses the most recent DWS estimate available to calculate the most reliable estimates of displacement for each year; as a result few of the entries are based on five-year-old recollections. Table 4, on the other hand, reports memory loss for each DWS and therefore includes the older data.

**Table 4**
*Estimates of Displaced Workers Using BLS Sample Definition*[a]

| Year | Reported Number | Memory-Lag Adjusted Number |
|---|---|---|
| 1979 | 566,633 | 1,007,488 |
| 1980 | 702,888 | 1,099,721 |
| 1981 | 1,016,119 | 1,398,940 |
| 1982 | 1,345,620 | 1,630,178 |
| 1983 | 1,383,009 | 1,474,334 |
| 1979–83 | 5,014,269 | 6,610,661 |
| 1981 | 774,623 | 1,377,300 |
| 1982 | 1,081,786 | 1,692,535 |
| 1983 | 948,723 | 1,306,153 |
| 1984 | 970,972 | 1,176,304 |
| 1985 | 1,248,782 | 1,331,244 |
| 1981–85 | 5,024,886 | 6,883,535 |
| 1983 | 769,507 | 1,368,203 |
| 1984 | 721,383 | 1,128,658 |
| 1985 | 968,109 | 1,332,842 |
| 1986 | 1,027,209 | 1,244,433 |
| 1987 | 1,073,209 | 1,144,077 |
| 1983–87 | 4,559,417 | 6,218,213 |
| 1985 | 763,420 | 1,357,381 |
| 1986 | 895,095 | 1,400,443 |
| 1987 | 840,882 | 1,157,683 |
| 1988 | 781,367 | 946,603 |
| 1989 | 981,490 | 1,046,301 |
| 1985–89 | 4,262,254 | 5,908,410 |

a. Reported number is based on weighted counts from the relevant Displaced Worker Survey. Memory-lag adjusted number inflates the reported number using the estimated annual rate of memory loss.

are likely to be biased. To address this question we return to the full sample of DWS.

Using the ratios generated from the independent samples for 1983, 1985, and 1987 suggests that precisely those groups that are affected most by unemployment are the groups most likely to fail to report displacement five years later.[15] Table 5 reports the results. Individuals are more likely to forget displacement if they are not white and are less educated, have fewer years of tenure, are in the lowest-paid jobs, or are in the service industries. However, white collar workers are more likely to forget than blue-collar workers and there is no clear age-pattern to forgetfulness.

15. The ratios are the weighted count of workers for year 2.5 (or 4.5) relative to year 0.5.

**Table 5**
*Memory Lag by Population Groups*[a]

| | Average Annual Memory Loss Based on | |
|---|---|---|
| | Two-year lags | Four-year lags |
| Race | | |
| Nonwhite | 0.266 | 0.200 |
| White | 0.195 | 0.182 |
| Sex | | |
| Male | 0.221 | 0.179 |
| Female | 0.185 | 0.196 |
| Age | | |
| 18–24 | 0.232 | 0.233 |
| 25–39 | 0.185 | 0.173 |
| 40–55 | 0.225 | 0.165 |
| 56–70 | 0.197 | 0.180 |
| Education | | |
| <High school | 0.288 | 0.230 |
| High school | 0.214 | 0.200 |
| Some college | 0.145 | 0.176 |
| College | 0.162 | 0.139 |
| Graduate school | 0.083 | 0.090 |
| Tenure | | |
| Less than three years | 0.258 | 0.243 |
| Three or more years | 0.142 | 0.123 |
| Wage quartile | | |
| First quartile | 0.319 | 0.308 |
| Second quartile | 0.193 | 0.187 |
| Third quartile | 0.192 | 0.157 |
| Fourth quartile | 0.050 | 0.029 |
| Occupation | | |
| Blue collar | 0.138 | 0.158 |
| White colar | 0.257 | 0.203 |
| Industry | | |
| Service | 0.242 | 0.230 |
| Trade | 0.163 | 0.163 |
| Durable goods | 0.186 | 0.174 |
| Nondurable goods | 0.189 | 0.209 |

a. Entries are based on the average annual memory loss calculated from the overlap in responses in 1983, 1985, and 1987.

The results in Table 5 are consistent with Akerlof and Yellen's (1985) conjecture that people remember more salient episodes of unemployment. Respondents with weak job attachments to begin with appear to have a higher rate of memory loss. Those with less than three years of tenure have about twice as high a rate of memory loss as those with three or more years of tenure. Those in the first quartile of the wage distribution have about ten times the rate of memory loss as those in the fourth quartile. There is also some evidence that better-educated people, for whom losing a job is a more unusual event than for less well-educated people, have a lower rate of memory loss.[16]

## IV. Summary

The overlapping nature of the DWS provided us with a unique opportunity to evaluate the importance of recall bias in the survey data. The results indicate that this recall bias leads to a dramatic undercount of the number of displaced workers. Counts of the number of displaced workers published by the BLS are too low by between 32 and 39 percent. Failure to report job displacement is not randomly distributed, thereby making inferences from data drawn from the DWS suspect. To minimize the effects of memory loss, we would advise researchers to focus on individuals who report job loss in the calendar year preceding the month of the survey. Based on the estimates reported above, this sample should represent 90.8 percent of workers displaced each year using the full sample, and 93.8 percent using the smaller BLS-defined sample.[17]

## References

Addison, John T., and Pedro Portugal. 1987. "The Effect of Advance Notification of Plant Closings on Unemployment." *Industrial and Labor Relations Review* 41(1):3–16.

Akerlof, George A., and Janet L. Yellen. 1985. "Unemployment Through the Filter of Memory." *The Quarterly Journal of Economics* 100(3):747–73.

Carrington, William James. 1990. *Specific Human Capital and Worker Displacement.* PhD Dissertation. Chicago: University of Chicago.

Flaim, Paul O., and Ellen Seghal. 1985. "Displaced Workers of 1979–1983: How Well Have They Fared." *Monthly Labor Review* 108(8):3–16.

Hamermesh, Daniel S. 1987. "The Costs of Worker Displacement." *The Quarterly Journal of Economics* 102(1):51–75.

16. These results are also consistent, however, with the view that better-educated people report more complete and accurate information. Tenure, education, and wages are positively correlated.

17. Using a sample-selection framework, Carrington (1990) argues that memory loss biases the cross-section regression of wage loss on tenure towards zero. Unfortunately, in a multivariate context it is very difficult to determine the direction of the bias on individual coefficients as a result of sample selection (or, equivalently, the exclusion of independent variables from the regression) since the bias depends on the multiple correlations between all of the included independent variables (not just the ones of interest to the analyst) and the excluded sample selection term. It would be prudent for researchers to test bias conjectures, such as that made by Carrington, by comparing estimates based on the most recent year of displacement with estimates based on the complete sample.

———. 1989. "What Do We Know About Worker Displacement in the U.S.?" *Industrial Relations* 28(1):51–59.
Herz, Diane E. 1990. "Worker Displacement in a Period of Rapid Job Expansion: 1983–1987." *Monthly Labor Review* 113(5):21–33.
———. 1991. "Worker Displacement Still Common in the Late 1980's." *Monthly Labor Review* 114(5):3–9.
Horvath, Frances E. 1982. "Forgotten Unemployment: Recall Bias in Retrospective Data." *Monthly Labor Review* 150(3):40–43.
———. 1987. "The Pulse of Economic Change: Displaced Workers of 1981–85." *Monthly Labor Review* 110(6):3–12.
Kletzer, Lori Gladstein. 1987. *Job Tenure and Earnings After Permanent Job Loss.* Williamstown, Mass.: Williams College Research Paper Series of the Department of Economics.
———. 1988a. *Returns to Seniority After Permanent Job Loss.* Williamstown, Mass.: Williams College Research Paper Series of the Department of Economics.
———. 1988b. *Industry Wage Differentials and Permanent Job Loss: Do Workers Displaced from High-Wage Industries Have Longer Durations of Joblessness?* Williamstown, Mass.: Williams College Research Paper Series of the Department of Economics.
———. 1989. *Earnings After Job Displacement: Job Tenure, Industry, and Occupation.* Williamstown, Massachusetts: Williams College Research Paper Series of the Department of Economics.
Kruse, Douglas L. 1988. "International Trade and the Labor Market Experience of Displaced Workers." *Industrial and Labor Relations Review* 41(3):402–17.
Morgenstern, Richard D., and Nancy S. Barrett, "The Retrospective Bias in Unemployment Reporting by Sex, Race and Age." *Journal of the American Statistical Association* 69(346):355–57.
Podgursky, Michael, and Paul Swain. 1987. "Job Displacement and Earnings Loss: Evidence from the Displaced Worker Survey." *Industrial and Labor Relations Review* 41(1):17–29.
Shapiro, David, and Steven H. Sandell. 1987. "Age Discrimination in Wages and Displaced Older Men." *Southern Economic Journal* 52(1):90–102.
Sudman, Seymour, and Norman M. Bradburn. 1973. "Effects of Time and Memory on Response." *Journal of the American Statistical Association* 68(344):805–15.